LARRY WARNER

AP 76,100 - RAMIREZ

---

Ramirez v State
AP 76,100
Ambiguity construed against waiver
International Harvester,
Knight v. 627 SW 2d 382 (Tex 1982)

Western Cas. & Surety v Newell,
566 SW 2d 74 (Tex Civ App — San Antonio 1978)

Ruling was obvious
Ward v State, 829 SW 2d 787, 789 (Tex. Crim. App. 1992)

Basis for ruling obvious
State v Ruddy, 321 SW 3d 92 (Fort Worth 2010)

EMBASSY SUITES HOTELS
HHONORS HILTON WORLDWIDE
embassysuites.com 800-Embassy
USA Official Sponsor

FILED IN
COURT OF CRIMINAL APPEALS
JAN 12 2011
Louise Pearson, Clerk