REPORTER'S RECORD
TRIAL COURT CAUSE NO. 04-CR-3453-C
APPELLATE COURT CAUSE NO. AP-76,000 *AP-76100*
VOLUME 1 OF 25 VOLUMES

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 94TH JUDICIAL DISTRICT |
| | ) | |
| JOHN HENRY RAMIREZ | ) | NUECES COUNTY, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MASTER INDEX

OCT 0 5 2009

**Louise Pearson, Clerk**

| VOLUME 1 | MASTER | |
|---|---|---|
| VOLUME 2 | ARRAIGNMENT | 02/21/08 |
| VOLUME 3 | STATUS/ARRAIGNMENT | 02/29/08 |
| VOLUME 4 | PRETRIAL HEARING | 10/03/08 |
| VOLUME 5 | PRETRIAL HEARING | 10/21/08 |
| VOLUME 6 | JURY QUALIFICATIONS | 10/22/08 |
| VOLUME 7 | PRETRIAL/JURY STRIKES | 10/29/08 |
| VOLUME 8 | PRETRIAL/JURY STRIKES | 11/04/08 |
| VOLUME 9 | INDIVIDUAL VOIR DIRE | 11/10/08 |
| VOLUME 10 | INDIVIDUAL VOIR DIRE | 11/12/08 |
| VOLUME 11 | INDIVIDUAL VOIR DIRE | 11/13/08 |
| VOLUME 12 | INDIVIDUAL VOIR DIRE | 11/14/08 |
| VOLUME 13 | INDIVIDUAL VOIR DIRE | 11/17/08 |
| VOLUME 14 | INDIVIDUAL VOIR DIRE | 11/18/08 |
| VOLUME 15 | INDIVIDUAL VOIR DIRE | 11/19/08 |
| VOLUME 16 | GUILT/INNOCENCE | 13/01/08 |
| VOLUME 17 | GUILT/INNOCENCE | 12/02/08 |
| VOLUME 18 | GUILT/INNOCENCE | 12/03/08 |
| VOLUME 19 | GUILT/INNOCENCE | 12/04/08 |
| VOLUME 20 | GUILT/INNOCENCE | 12/05/08 |
| VOLUME 21 | PUNISHMENT | 12/05/08 |
| VOLUME 22 | PUNISHMENT | 12/08/08 |
| VOLUME 23 | MOTION FOR NEW TRIAL | 02/05/09 |
| VOLUME 24 | EXHIBIT VOLUME | |
| VOLUME 25 | EXHIBIT VOLUME | |

FILED IN
COURT OF CRIMINAL APPEALS

OCT 0 5 2009

Louise Pearson, Clerk

MARY LOPEZ BUITRON, CSR, RPR
SARA RIVERA, CSR, RPR, CRR
Official Court Reporters
94th District Court
Nueces County, Texas

```
 1                    INDEX TO MASTER INDEX

 2

 3

 4
     CHRONOLOGICAL INDEXES                  PAGE NO. 3
 5

 6
     ALPHABETICAL INDEX TO VENIREMEN        PAGE NO. 27
 7

 8
     ALPHABETICAL INDEX TO WITNESSES        PAGE NO. 34
 9

10
     EXHIBIT INDEXES                        PAGE NO. 36
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

INDEX
VOLUME 2 OF 25 VOLUMES
ARRAIGNMENT PROCEEDINGS

| FEBRUARY 21, 2008 | PAGE | VOL. |
|---|---|---|
| Court calls case ................................ | 4 | 2 |
| Court's admonishions to Defendant................. | 4 | 2 |
| Arraignment proceedings reset .................... | 6 | 2 |
| State's request to increase bond ................ | 7 | 2 |
| Court's ruling ................................... | 8 | 2 |
| Adjournment ...................................... | 8 | 2 |
| Court Reporter's Certificate ..................... | 9 | 2 |

INDEX
VOLUME 3 of 25 VOLUMES
STATUS AND ARRAIGNMENT PROCEEDINGS

| February 29, 2008 | Page | Vol. |
|---|---|---|
| Court Calls Case for Hearing..................... | 4 | 3 |
| Court Inquires of Defendant Receiving Indictment. | 4 | 3 |
| Court Appoints Defendant Counsel.................. | 5 | 3 |
| Defendant Waives Holding Period of Indictment.... | 5 | 3 |
| Court Informs Defendant of Charges on Indictment. | 5 | 3 |
| Defendant Enters Plea of Not Guilty.............. | 6 | 3 |
| Discussion In Re:  Settings, DNA lab results..... | 6 | 3 |
| Defense Counsel Requests Oral Protective Order... | 8 | 3 |
| Court's Ruling................................... | 9 | 3 |
| Proceedings Adjourned............................ | 10 | 3 |
| Court Reporter's Certificate..................... | 11 | 3 |

INDEX
VOLUME 4 OF 25 VOLUMES
PRETRIAL PROCEEDINGS

| OCTOBER 3, 2008 | | PAGE | VOL. |
|---|---|---|---|
| Court calls case................................. | | 6 | 4 |
| Announcements of ready .......................... | | 6 | 4 |

| Witness Name | Direct | Cross | V.Dire | Vol. |
|---|---|---|---|---|
| KELLY ISAACKS   ................. | 8,31 | 28 | | 4 |
| MARIANO CERVANTES ................ | 33,60 | 44 | | 4 |
| RALPH LEE........................ | 63 | 76 | | 4 |
| KASHIF BUTT...................... | 79 | 94 | | 4 |
| HUGO STIMMLER.................... | 103 | 114 | | 4 |
| RUBY PENA........................ | 121 | | | 4 |
| APRIL METTING................... | 131 | 144 | | 4 |

| | Page | Vol. |
|---|---|---|
| Conclusion of state's witnesses .................. | 148 | 4 |

```
1                           INDEX
                   VOLUME 4 OF 25 VOLUMES
2                     PRETRIAL PROCEEDINGS
```

```
     OCTOBER 3, 2008                          PAGE   VOL.
3    By Mr. Garza ...............................  149    4
     Court's ruling on motion for discovery .....  149    4
4    Commencement of motion for discovery .......  150    4
     In Re:  Exculpatory and mitigating evidence   150    4
5    Court's ruling .............................  150    4
     In Re:  Other crimes, acts, etc. ..........  150    4
6    Court's ruling .............................  151    4
     In Re:  Notice of unadjudicated extraneous crimes .  151    4
7    Response by Mr. Skurka .....................  152    4
     In Re:  List of witnesses at guilt/innocence ......  152    4
8    Court's ruling .............................  152    4
     In Re:  List of witnesses at punishment ....  153    4
9    Response By Mr. Skurka .....................  153    4
     In Re:  Witness Statements .................  153    4
10   Response by Mr. Skurka .....................  153    4
     In Re:  Written or oral statements ........  154    4
11   Court's ruling .............................  154    4
     In Re:  Agreements with witnesses.. ........  154    4
12   Response by Mr. Skurka .....................  154    4
     In Re:  Threats to witnesses ..............  155    4
13   Response by Mr. Skurka .....................  155    4
     In Re:  Production of statements ..........  155    4
14   Response by Mr. Skurka .....................  155    4
     In Re:  Offense reports and other police rec'ds  ..  155    4
15   Response by Mr. Skurka .....................  155    4
     In Re:  Names of other law enforcement agencies ...  156    4
16   Response by Mr. Skurka .....................  156    4
     In Re:  Forensic analysis of evidence .....  156    4
17   Reponse by Mr. Skurka ......................  156    4
     In Re:  Medical examiner reports ..........  157    4
18   Response by Mr. Skurka .....................  157    4
     In Re:  Tangible objects ..................  157    4
19   Court's ruling .............................  158    4
     In Re:  Fingerprint, palm print, etc ......  158    4
20   Response by Mr. Skurka .....................  158    4
     In Re:  Still photographs/motion pictures ..  159    4
21   Response by Mr. Skurka .....................  159    4
     In Re:  Videotapes ........................  159    4
22   Response by Mr. Skurka .....................  159    4
     In Re:  Identification evidence ...........  160    4
23   Response by Mr. Skurka .....................  160    4
     In Re:  Witness exposed to line-ups .......  160    4
24   Response by Mr. Skurka .....................  160    4
     In Re:  Criminal history of Defendant .....  161    4
25   Court's ruling .............................  161    4
     In Re:  Criminal history of Co-Defendant ..  161    4
```

INDEX
VOLUME 4 OF 25 VOLUMES
PRETRIAL PROCEEDINGS

| OCTOBER 3, 2008 | Page | Vol. |
|---|---|---|
| Court's ruling | 161 | 4 |
| In Re:   Criminal history records | 161 | 4 |
| Response by Mr. Skurka | 161 | 4 |
| In Re:   Criminal history of other witnesses | 161 | 4 |
| Court's ruling | 162 | 4 |
| In Re:   Notice of business records | 163 | 4 |
| Response by Mr. Skurka | 163 | 4 |
| In Re:   Search or arrest warrants | 163 | 4 |
| In Re:   Request for notice of items seized | 163 | 4 |
| Response by Mr. Skurka | 164 | 4 |
| In Re:   Statements of Co-Defendant | 164 | 4 |
| Court's ruling | 164 | 4 |
| In Re:   Polygraph records | 164 | 4 |
| Response by Mr. Skurka | 164 | 4 |
| In Re:   Trial exhibits and enlargments | 164 | 4 |
| Court's ruling | 164 | 4 |
| In Re:   Victim impact statements | 165 | 4 |
| Response by Mr. Skurka | 165 | 4 |
| In Re:   Expert testimony | 166 | 4 |
| Court's ruling | 167 | 4 |
| In Re:   Polygraph records | 167 | 4 |
| In Re:   Jail records of Defendant | 167 | 4 |
| Court's ruling | 167 | 4 |
| In Re:   Crime Victim's Compensation Act | 167 | 4 |
| Court's ruling- | 168 | 4 |
| Response by Mr. Skurka | 168 | 4 |
| In Re:   Request for in-camera inspection | 168 | 4 |
| Court's ruling | 168 | 4 |
| In Re:   Request that obligations be continuous | 168 | 4 |
| Court's ruling | 168 | 4 |
| In Re:   Request for certain matters to be included | 168 | 4 |
| By Mr. Skurka, In Re:  Jury Questionnaire | 169 | 4 |
| Defendant's request for transcripts | 170 | 4 |
| Court's ruling | 170 | 4 |
| Adjournment | 171 | 4 |
| Court reporter's certificate | 172 | 4 |

INDEX
VOLUME 5 OF 25 VOLUMES
PRETRIAL PROCEEDINGS

| OCTOBER 21, 2008 | PAGE | VOL. |
|---|---|---|
| Court calls case | 4 | 5 |
| Defendant's motion to sever | 4 | 5 |
| State's response | 5 | 5 |

```
 1                        INDEX
                VOLUME 5 OF 25 VOLUMES
 2               PRETRIAL PROCEEDINGS
     OCTOBER 21, 2008                        PAGE   VOL.
 3   By Mr. Skurka, In Re:  404(b) motion. ..............  8     5
     Response by Mr. Garza ...........................  9     5
 4   Court's admonishments to Defendant ...............  11    5
     Court's ruling on Defendant's motion .............  12    5
 5
     Discussion, In Re:  Juror questionnaire...........  12    5
 6   By Mr. Skurka, In Re:  Transcript ................  16    5
     Adjournment ......................................  24    5
 7   Court Reporter's Certificate .....................  25    5

 8

                         INDEX
 9               VOLUME 6 OF 25 VOLUMES
                     JURY SELECTION
10   OCTOBER 22, 2008
     JURY SELECTION                Voir Dire     Page   Vol.
11   Jury qualifications begin .......................  10    6
     Pledge of allegiance recited ....................  10    6
12   Jury panel sworn ................................  10    6
     Court's opening remarks .........................  11    6
13   Court recites juror qualifications  .............  11    6

14   EXCUSES AND EXEMPTIONS:          Voir Dire     Page   Vol.
     MARTIN GUAJARDO, NO. 72          16                    6
15
     PRISCILLA CASTILLO, NO. 666      19                    6
16
     RICHARD RAMOS, NO. 493           21                    6
17   Juror No. 493 excused ...........................  23    6

18   ROBERT DeLEON, NO. 581           24                    6

19   FERNANDO SALINAS, NO. 587        24                    6
     Juror No. 587 excused ...........................  25    6
20
     MAURO VERA, NO. 484              26                    6
21
     SALVADOR DELMONTES, NO. 521      27                    6
22   Juror No. 521 excused ............................  27    6

23   CARMEN BONELLI, NO. 26           27                    6
     Juror No. 26 excused ............................  27    6
24
     MARY LOU DUNCAN, NO. 347         28                    6
25   Juror No. 347 excused ...........................  29    6
```

```
 1                                    INDEX
                           VOLUME 6 OF 25 VOLUMES
 2                              JURY SELECTION
       OCTOBER 22, 2008
 3     JURY SELECTION                   Voir Dire        Page   Vol.
       LINDA CALHOUN, NO. 148           29                      6
 4     Juror No. 148 excused ............................ 31    6

 5     RAUL DeLEON, NO. 446             31                      6
       Juror No. 446 excused ............................ 32    6
 6
       GUILLERMO TREVINO, NO. 201       33                      6
 7
       JESSE LEE FOSTER, NO. 354        34                      6
 8
       JOHN NAJVAR, NO. 705             35                      6
 9
       BERNARD BUFFINGTON, NO. 281      36                      6
10
       ISIDRO DE LA ROSA, NO. 643       37                      6
11     Juror No. 643 excused ............................ 38    6

12     JUDITH STUESSER, NO. 3           38                      6

13     IRA WALTON, NO. 680              39                      6
       Juror No. 680 excused ............................ 40    6
14
       SEAN TAYLOR, NO. 165             41                      6
15
       DELISSA FRANCO, NO. 364          42                      6
16     Juror No. 364 excused ............................ 42    6

17     LISA GARRETT, NO. 765            42                      6
       Juror No. 765 excused ............................ 43    6
18
       RACHEL MANSUR, NO. 400           43                      6
19     Juror No. 400 excused ............................ 44    6

20     VICKIE SAUSEDA, NO. 375          44                      6
       Juror No. 375 excused ............................ 44    6
21
       PHILIP VARSEL, NO. 247           44                      6
22     Juror No. 247 excused ............................ 45    6

23     MICHAEL BRANCH, NO. 14           45                      6
       Juror No. 14 excused ............................. 46    6
24
       JAMES VENABLE, NO. 528           46                      6
25     Juror No. 528 excused ............................ 47    6
```

```
 1                                    INDEX
                            VOLUME 6 OF 25 VOLUMES
 2                               JURY SELECTION
     OCTOBER 22, 2008
 3     EXCUSES AND EXEMPTIONS:            Voir Dire        Page   Vol.
     ALEJANDRO MORALES, NO.352             47                     6
 4   Juror No. 352 excused ........................... 47         6

 5   DIANA RIOS, NO. 429                   48                      6

 6   RONALD STUCKEY, NO. 65               48                       6
     Juror No. 65 excused ............................ 49         6
 7
     WILLIE HILL, NO. 419                  49                      6
 8
     RAZIEL GONZALEZ, NO. 614             51                       6
 9   Juror No. 614 excused ........................... 51         6
     Juror No. 614 excused ........................... 51         6
10
     RICARDO OLIVEIRA, NO. 134            51                       6
11   Juror No. 134 excused ........................... 51         6

12   KATHY SPARKS, NO. 180                52                       6

13   RICHARD ATWELL, NO. 721              54                       6
     Juror No. 721 excused ........................... 54         6
14
     MARIA CASTRO, NO. 652                55                       6
15   Juror No. 652 excused ........................... 55         6

16   FELICITAS ORDONEZ, NO. 492           56                       6
     Juror No. 492 excused ........................... 56         6
17
     CYNTHIA CIFUENTES, NO. 576           57                       6
18   Juror No. 576 excused ........................... 57         6

19   JASON HAMILTON, NO. 621              57                       6
     Juror No. 621 excused ........................... 58         6
20
     ANN MARIE BARRERA, NO. 573           58                       6
21
     JERRY TAGLE, NO. 360                 59                       6
22   Juror No. 360 excused ........................... 59         6

23   ROBERT KAY, NO. 188                  59                       6

24   CRYSTAL CRUZ, NO. 496                61                       6
     Juror No. 496 excused ........................... 61         6
25
```

```
 1                              INDEX
                     VOLUME 6 OF 25 VOLUMES
 2                          JURY SELECTION
      OCTOBER 22, 2008
 3    EXCUSES AND EXEMPTIONS:              Voir Dire      Page   Vol.
      SYLVIA BOSQUEZ, NO. 682                62                   6
 4    Juror No. 682 excused ........................... 62       6

 5    AUBREY MYERS, NO. 90                   62                   6
      Juror No. 90 excused ............................ 63       6
 6
      MICHAEL SIERRA, NO. 139                63                   6
 7    Juror No. 139 excused ........................... 63       6

 8    RICKEY GARCIA, NO. 754                 63                   6
      Juror No. 754 excused ........................... 64       6
 9
      CLARA MUGUERZA, NO. 478                64                   6
10
      ERIC RIOS, NO. 7                       65                   6
11    Juror No. 7 excused ............................. 66       6

12    DIONICIA CAMPOS, NO. 736               66                   6
      Juror No. 736 excused ........................... 67       6
13
      GEORGE GUTIERREZ, NO. 569              67                   6
14    Juror No. 569 excused ........................... 68       6

15    LAURA ALANIZ, NO. 245                  68                   6
      Juror No. 245 excused ........................... 68       6
16
      RACHEL PULIDO, NO. 444                 69                   6
17
      MICHAEL BRANCH W., NO. 218             71                   6
18    Juror No. 218 excused ........................... 72       6

19    ROBERT RAMIREZ, NO. 190                72                   6
      Juror No. 190 excused ........................... 72       6
20
      VINNIE MATHIS, NO. 618                 72                   6
21    Juror No. 618 excused ........................... 73       6

22    DEBBY KRAUSE, NO. 402                  74                   6
      Juror No. 402 excused ........................... 74       6
23
      DIANA FERDIN, NO. 112                  74                   6
24    Juror No. 112 excused ........................... 75       6

25    LUCIUS THOMAS, NO. 516                 75                   6
      Juror No. 516 excused ........................... 75       6
```

```
 1                              INDEX
                       VOLUME 6 OF 25 VOLUMES
 2                          JURY SELECTION
      OCTOBER 22, 2008
 3    EXCUSES AND EXEMPTIONS:
      JURY SELECTION                    Voir Dire      Page  Vol.
 4    THOMAS MATULA, NO. 491            76                    6

 5    SHAWN SMITH, NO. 589             77                     6
      Juror No. 589 excused ...........................  77  6
 6
      NATALIE DEJARNETT, NO. 273       77                     6
 7    Juror No. 273 excused ...........................  78  6

 8    RUSSELL WOOLSEY, NO. 593         79                     6
      Juror No. 593 excused ...........................  79  6
 9
      DARRYL HURT, NO. 648             80                     6
10
      CHRISTOPHER VELA, NO. 109        81                     6
11    Juror No. 109 excused ...........................  81  6

12    MARIE RUTLEDGE, NO. 562          81                     6

13    JOSEPHINE SOLIZ, NO. 422         83                     6

14    REFUGIO FIGUEROA, NO. 602        84                     6
      Juror No. 602 excused ...........................  85  6
15
      HERLINDA RANGEL, NO. 212         85                     6
16    Juror No. 212 excused ...........................  86  6

17    PATRICIA TROMBLEY, NO. 170       86                     6
      Juror No. 170 excused ...........................  86  6
18
      BOBBY SALINAS, NO. 458           87                     6
19    Juror No. 458 excused ...........................  87  6

20    STEPHEN CAGLE, NO. 230           87                     6

21    ROSA LINDA VILLARREAL, NO. 507   88                     6
      Juror No. 507 excused ...........................  89  6
22
      ANNETTE CANO, NO. 282            89                     6
23    Juror No. 282 excused ...........................  90  6

24    CECILA DAY, NO. 559              90                     6
      Juror No. 559 excused ...........................  90  6
25
```

```
 1                          INDEX
                    VOLUME 6 OF 25 VOLUMES
 2                       JURY SELECTION
     OCTOBER 22, 2008
 3   EXCUSES AND EXEMPTIONS:
     JURY SELECTION                  Voir Dire      Page  Vol.
 4   DOMENIQUE MARTINEZ, NO 694         91                 6
     Juror No. 694 excused ......................... 91    6
 5
     CHRISTIE AYALA, NO. 574            91                 6
 6   Juror No. 574 excused ......................... 91    6

 7   ARTHUR REYES, NO. 371              92                 6
     Juror No. 371 excused ......................... 92    6
 8
     ALICIA PENA, NO. 789               92                 6
 9   Juror No. 789 excused ......................... 93    6

10   ADDITIONAL JURORS EXCUSED:                            6
     Juror No. 201 excused ......................... 95    6
11   Juror No. 281 excused ......................... 96    6
     Juror No. 3   excused ......................... 97    6
12   Juror No. 419 excused ......................... 97    6
     Juror No. 180 excused ......................... 98    6
13   Juror No. 573 excused ......................... 98    6
     Juror No. 491 excused ......................... 99    6
14   Juror No. 648 excused ......................... 100   6
     Juror No. 422 excused ......................... 100   6
15   Juror No. 230 excused ......................... 101   6

16   Jurors seated ................................. 102   6
     No objections to mail-in excuses .............. 110   6
17
                            INDEX
18                  VOLUME 6 OF 25 VOLUMES
                        JURY SELECTION
19   OCTOBER 22, 2008                               PAGE  VOL.
     Court's opening remarks  ...................... 112   6
20
                      GENERAL VOIR DIRE:
21   Mr. Skurka's general voir dire................. 118   6
     Mr. Garza's general voir dire ................. 141   6
22
     Court's final instructions to jurors ......... 144   6
23   Instructions by court administrator .......... 147   6
     End of general voir dire ..................... 148   6
24   Court reporter's certificate ................. 149   6

25
```

```
 1                             INDEX
                      VOLUME 7 OF 25 VOLUMES
 2              PRETRIAL PROCEEDINGS/AGREED JUROR STRIKES
      OCTOBER 29, 2008                              PAGE   VOL.
 3    Court calls case ............................. 4      7
      Announcements of ready........................ 4      7
 4    Commencement of pretrial ..................... 4      7

 5    Witness Name                    Direct  Cross  Vdire  Vol.
      JAMES GRAY, JR. ...................5      23     27    7
 6    Closing argument by Mr. Skurka ................... 30      7
      Court's ruling ................................. 37      7
 7
      Agreed juror strikes ........................... 40      7
 8       In Re:  Juror Nos. 4, 5, 6, 8, 9, 10, 12, 14,
         16, 19, 20, 24, 26, 27, 29, and 32
 9    Juror No. 67 excused ........................... 43      7

10    Adjournment .................................... 44      7
      Court Reporter's Certificate ................... 45      7
11

12                             INDEX
                      VOLUME 8 OF 25 VOLUMES
13              PRETRIAL PROCEEDINGS/AGREED JUROR STRIKES
      NOVEMBER 4, 2008                              PAGE   VOL.
14    Court calls case ............................. 4      8
      Agreed strikes ............................... 4      8
15       In Re:  Juror Nos. 35 & 67

16    Agreed strikes ............................... 4      8
         In Re:  Juror Nos. 37, 40, 42, 43, 45, 47, 50,
17       51, 52, 54, 56, 61, 66, 68, 69, 72, 73, 74, 75,
         76, 78, 83, 86, 89, 91, 93, 95, 107, 109, 110,
18       114, 115. 117, 118, 119, 120, 121, 129, 133,
         135, 136, 138, 139, 140, 143, 145, 147, 149,
19       150, 153, 154, 157

20    Adjournment .................................... 10     8
      Court Reporter's Certificate ................... 11     8
21

22                             INDEX
                      VOLUME 9 OF 25 VOLUMES
23                   VOIR DIRE PROCEEDINGS
      OCTOBER 10, 2008                              PAGE   VOL.
24    Proceedings called by the Court.................. 6      9

25
```

```
 1                            INDEX
                      VOLUME 9 OF 25 VOLUMES
 2                     VOIR DIRE PROCEEDINGS
     OCTOBER 10, 2008                          PAGE   VOL.
 3   Announcements:....................................  6     9
        By Mr. Skurka................................  6     9
 4      By Mr. Garza.................................  6     9
        By Mr. Jones.................................  6     9
 5

 6          (INDIVIDUAL QUESTIONING OF VENIREPERSONS)
     VENIREPERSON                  Voir Dire       Page   Vol.
 7   JESUS ADAN JIMENEZ, NO. 1      7,13,38               9
     Peremptory No. 1 by the State...................  55    9
 8
     JAMES ALBERT KOLLAJA, NO. 2    58,64,68              9
 9   Challenge for Cause by the State................  72    9
     Granted.........................................  72    9
10
     PATRICE NICOLE REED, NO. 3     73,81                 9
11   Challenge for Cause by the State................  90    9
     Defense concurs.................................  90    9
12   Granted.........................................  90    9

13   THOMAS ERNEST DREYER, NO. 7    91,97,127             9
     Accepted by the State...........................  141   9
14   Peremptory No. 1 by Defense.....................  141   9

15   PATRICIA MCGEE HUMPHREY, NO. 11  142,150,179,194     9
     Challenge for cause by Defense..................  196   9
16   Granted.........................................  196   9
     Granted.........................................  196   9
17
     Discussion on No. 123...........................  199   9
18
     LAWRENCE VAN HOOZER, NO. 13    204,211,238           9
19   Accepted by the State...........................  250   9
     Peremptory No. 2 by the Defense.................  251   9
20
     ANNE CHRISTINE MATTSON, NO. 15  252,259,292,299      9
21   Accepted by the State...........................  301   9
     Peremptory No. 3 by Defense.....................  301   9
22
     MARY ANN GILBERT, NO. 17       302,310,331           9
23   Accepted by the State...........................  353   9
     Accepted by the Defense.........................  353   9
24   Juror No. 1 admonished..........................  353   9

25   ANGEL R. ESCOBAR, NO. 18       355,361,385,404       9
     Agreed strike...................................  409   9
```

```
 1                              INDEX
                      VOLUME 9 OF 25 VOLUMES
 2                     VOIR DIRE PROCEEDINGS
         OCTOBER 10, 2008                          PAGE   VOL.
 3       Evening recess ................................ 410    9
         Court Reporter's Certification................ 411    9
 4


 5
                                INDEX
 6                    VOLUME 10 OF 25 VOLUMES
               (INDIVIDUAL QUESTIONING OF VENIREPERSONS)
 7       NOVEMBER 12, 2008                          Page   Vol.
         Voir Dire Proceedings Continued.............. 5      10
 8
         VENIREPERSON                  Voir Dire    Page   Vol.
 9       WENDELL LOVELY, NO. 21           6                  10
         Dft's Challenge for Cause ....................  13    10
10       Agreement by the State .......................  14    10
         Accepted by the State ........................ 244    10
11       Venireperson Excused .........................  14    10

12       ROBERTO CASTANEDA, NO. 22       16,28,58           10
         Dfs. Obj. To PJ No. 22 for Cause .............  64    10
13       State's response to objection ................  65    10
         Denied .......................................  72    10
14       PJ No. 22 accepted by the State ..............  88    10
         PJ No. 22 accepted by Defense ................  88    10
15       Juror No. 3 Instructed by Court ..............  88    10

16       JANA MALM MENARD, NO. 123       90                 10
         PJ No. 123 Challenge by Defense .............. 113    10
17       PJ. No. 123 Excused .......................... 114    10

18       JEREMY JOHN CALBAT, NO. 23      115,153            10
         PJ No. 23 Accepted by State .................. 190    10
19       PJ No. 23 Accepted by Defense ................ 190    10
         Juror No. 3 Admonished by Court .............. 190    10
20
         Noon recess .................................. 193    10
21
         THOMAS DICUS M., NO. 30         193                10
22       Peremptory No. 4 by the Defense .............. 244    10

23       DIANA LOUISE O'BRIEN, NO. 33    245                10
         Strike for cause by Defense .................. 296    10
24       Challenge for cause by Defense ............... 442    10
         Agreed strike by the State ................... 296    10
25
```

```
 1                           INDEX
                     VOLUME 10 OF 25 VOLUMES
 2             (INDIVIDUAL QUESTIONING OF VENIREPERSONS)
      NOVEMBER 12, 2008                          Page    Vol.
 3    KENNETH L. STARKEY, NO. 31        298               10
      Peremptory No. 2 by  the State .................. 346   10
 4
      NOE G. BENAVIDEZ, NO. 34         347                10
 5    Accepted by the Defense ......................... 386   10
      Juror No. 4 admonished .......................... 386   10
 6

 7                           INDEX
                     VOLUME 11 OF 25 VOLUMES
 8    NOVEMBER 13, 2008
      VENIREPERSON                   Voir Dire   Page    Vol.
 9    Proceedings Continued ......................... 4     11
      ROBERT CASTANEDA, NO. 39        4                  11
10    No. 39 Struck by Agreement ...................... 4     11

11    AHMAD YAZDANINIA, NO. 36        5,10               11
      No. 36 Struck by Agreement. ..................... 17    11
12
      LONNIE JOHNSTON, NO. 38         18,30,64,76        11
13    Accepted by the State ........................... 79    11
      Accepted by the Defense ......................... 79    11
14    Juror No. 5 Admonished .......................... 79    11
      No. 41 excused by Agreement. .................... 81    11
15
      REID BAUCOM, NO. 44             83,94,125          11
16    Accepted by the State. .......................... 157   11
      Accepted by the Defense. ........................ 157   11
17    Juror No. 6 Admonished. ......................... 157   11

18    SAMMY MOSER WAYNE, NO. 48       159,171,191,200    11
      Challenge for cause by Defense .................. 201   11
19    Granted ......................................... 201   11
      No. 59 Struck by Agreement. ..................... 202   11
20
      Evening Recess .................................. 202   11
21    Court Reporter's Certificate .................... 203   11

22
                             INDEX
23                   VOLUME 12 OF 25 VOLUMES
                         JURY SELECTION
24    NOVEMBER 14, 2008
      VENIREPERSON                   Voir Dire   Page    Vol.
25    Proceedings Continued ........................... 5     12
      Discussion on PJ 46 and 47. ..................... 5     12
```

```
 1                          INDEX
                 VOLUME 12 OF 25 VOLUMES
 2                      JURY SELECTION
     NOVEMBER 14, 2008
 3   VENIREPERSON                Voir Dire        Page   Vol.

 4   ROBERT ARNOLD, NO. 47          6,20,48               12
     Accepted by the State. ........................ 61    12
 5   Peremptory No. 6 by the Defense. .............. 61    12

 6   ROLAND TREVINO, NO. 57        62,75,80,87,90          12
     Challenge for Cause by the State ............. 94     12
 7   Granted ...................................... 94     12

 8   JESSE LEE FOSTER, NO. 58      95,105,126              12
     Excused by Agreement ......................... 134    12
 9
     JAY BLANTON, NO. 60          136,146,164,169,171      12
10   Peremptory No. 7 by the Defense ............... 176   12

11   ROBERT CORTINAS, JR., NO. 62     177                  12

12   Noon recess .................................. 190    12

13   JOE HOPKINS, NO. 53          190,202,239              12
     Accepted by the State. ........................ 260   12
14   Peremptory No. 8 by the Defense ............... 260   12

15   ROBERT CORTINAS, JR. NO. 62      263                  12
     Excused by agreement. ......................... 276   12
16
     JOSEFINA GARCIA, NO. 55      277,292,297              12
17   Challenge for Cause by the State. ............. 300   12
     Agreed Strike. ................................ 300   12
18
     JEANNE BOWMAN, NO. 63        301,314,342              12
19   Accepted by the State. ........................ 364   12
     Accepted by the Defense. ...................... 364   12
20   Juror No. 7 Admonished. ....................... 365   12

21   Evening Recess ............................... 367    12
     Court Reporter's Certificate. ................. 368   12
22

23                          INDEX
                 VOLUME 13 OF 25 VOLUMES
24                 VOIR DIRE PROCEEDINGS

25   November 17, 2008                        PAGE    VOL.
     Proceedings Commence.......................... 5     13
```

```
 1                              INDEX
                      VOLUME 13 OF 25 VOLUMES
 2                      VOIR DIRE PROCEEDINGS
     November 17, 2008                          PAGE      VOL.
 3            (INDIVIDUAL QUESTIONING OF VENIREPERSONS)
     PROSPECTIVE JURORS
 4   VENIREPERSON                      Voir Dire     Page     Vol.
     GLORIA E. LIGHT, NO. 65           5,15,40                13
 5   Accepted by the State............................. 60
     Accepted by the Defense........................... 60
 6   Juror No. 8 Admonished............................ 60
     Discussion on Scheduling of Venirepersons......... 61
 7   Agreement to Excuse PJ No. 144.................... 63
     PJ No. 71 Struck by Agreement..................... 64
 8

 9                              INDEX
                      VOLUME 13 OF 25 VOLUMES
10                      VOIR DIRE PROCEEDINGS
     NOVEMBER 17, 2008                           PAGE      VOL.
11   LINDA HITE, NO. 70                65,76,92              13
     Peremptory No. 3 by the State..................... 92
12

     DAVID CHARLES KOCIAN, NO. 64      93,105,124,144        13
13   Accepted by the State............................ 145
     Peremptory No. 9 by the Defense.................. 145
14   Discussion on Scheduling of Venirepersons........ 145

15   JOSEPHINE GUERRERO GOMEZ, NO. 77  150,162,188,202       13
                                       204,207,209
16   Challenge for Cause by the Defense............... 211
     Granted.......................................... 213
17   Discussion on Scheduling of Venirepersons........ 213

18   TINA LOUISE TORREZ, NO. 79        218,226,242           13
     Peremptory No. 4 by the State.................... 242
19

     CLARA ANN MUGUERZA, NO. 81        243,255,273           13
20   Peremptory No. 5 by the State.................... 275

21   RYAN RICHARD HILL, NO. 80         276,287,303,321,323   13
     Peremptory No. 6 by the State.................... 323
22

     ANTONIO G. MARTINEZ, JR., NO. 49  324,335,351           13
23   Agreed Challenge for Cause by State and Defense.... 366

24   LAURA LOPEZ HINOJOSA, NO. 82      367                   13
     Agreed Challenge for Cause by State and Defense.... 371
25
```

```
1                          INDEX
               VOLUME 13 OF 25 VOLUMES
2                 VOIR DIRE PROCEEDINGS
   NOVEMBER 17, 2008                          PAGE     VOL.
3  CHRISTINE FOUTCH, NO. 84          371,379,400        13
   Accepted by the State............................ 413
4  Accepted by the Defense.......................... 413
   Juror No. 9 Admonished........................... 414
5
   Proceedings adjourned............................ 414   13
6  Court Reporter's Certification................... 415   13


7
                           INDEX
8                VOLUME 14 OF 25 VOLUMES
                  VOIR DIRE PROCEEDINGS
9  NOVEMBER 18, 2008                          PAGE     Vol.
   Proceedings Commence..............................  5    14
10
          (INDIVIDUAL QUESTIONING OF VENIREPERSONS)
11
   PROSPECTIVE JURORS
12 VENIREPERSON                     Voir Dire    Page   Vol.
   MAURO VERA, NO. 85                  5,20               14
13 Agreement to Excuse by State and Defense.......... 28

14 GUADALUPE LOPEZ, NO. 87            29,42               14
   Peremptory No. 10 by the Defense................. 61
15
   EVELYN REYES, NO. 88              62,71,87             14
16 Peremptory No. 7 by the State.................... 89

17 DALE STEPHEN LYLES, NO. 90       90,100,119            14
   Accepted by the State............................ 138
18 Accepted by the Defense.......................... 139
   Juror No. 10 Admonished.......................... 139
19
   JOSEFA TREVINO, NO. 92           140,150,156           14
20 Challenge for Cause by the State................. 162
   Granted.......................................... 163
21
   WALTER MOORE, NO. 94             163,172,191           14
22 Accepted by the State............................ 205
   Peremptory No. 11 by Defense..................... 205
23
   ELIZABETH RODRIGUEZ, NO. 96    206,218,237,260         14
24 Accepted by the State............................ 265
   Peremptory No. 12 by the Defense................. 265
25
```

INDEX
VOLUME 14 OF 25 VOLUMES
VOIR DIRE PROCEEDINGS

NOVEMBER 18, 2008                                    PAGE      Vol.
CONTESSA EBANKS, NO. 98              267                        14
Discussion on Venireperson 98..................... 266
Challenge for Cause by the State.................. 267
Granted........................................... 269

LORRAINE LEAL, NO. 97          270,283,304                     14
Accepted by the State............................. 315
Accepted by the Defense........................... 315
Juror No. 11 Admonished........................... 315

Proceedings adjourned............................. 316          14
Court Reporter's Certification.................... 316


INDEX
VOLUME 15 OF 25 VOLUMES
VOIR DIRE PROCEEDINGS

NOVEMBER 19, 2008                                    PAGE      VOL.
Proceedings Commence.............................   5          15

(INDIVIDUAL QUESTIONING OF VENIREPERSONS)

PROSPECTIVE JURORS
VENIREPERSON                    Voir Dire     Page     Vol.
ANDREW VELA, NO. 99              5,18,36                        15
Accepted by the State.............................  49
Peremptory No. 13 by the Defense.................  49

RUTH VERMACE, NO. 100          50,58,75,88                     15
Accepted by the State.............................  88
Accepted by the Defense...........................  88
Juror No. 12 Admonished...........................  89
Agreement on PJ No. 101...........................  90

FELIX GUAJARDO, NO. 102        91,104,126                     15
Accepted by the State............................. 133
Accepted by the Defense........................... 134
Alternate No. 1 Admonished........................ 134
Discussion on Juror PJ 104........................ 134
Agreement to Excuse PJ No. 104.................... 136

ROBERT DELEON, NO. 103         137,150,174                    15
Accepted by the State............................. 177
Accepted by the Defense........................... 177
Alternate Juror No. 2 Admonised................... 177

```
 1                         INDEX
                  VOLUME 15 OF 25 VOLUMES
 2                 VOIR DIRE PROCEEDINGS
      NOVEMBER 19, 2008                        PAGE      Vol.
 3    End of Voir Dire Proceedings.................... 177

 4    Discussion In Re:  Recap of Jurors Chosen........ 178    15
      Discussion In Re:  Trial Matters................. 180
 5    End of Proceedings............................. 182
      Court Reporter's Certification................. 183

 6


 7                         INDEX
                  VOLUME 16 OF 25 VOLUMES
 8                   GUILT/INNOCENCE
      DECEMBER 1, 2008                          Page    Vol.
 9    Commencement of trial proceedings................. 6    16
      Announcements of ready........................... 6    16
10    Jury sworn....................................... 6    16
      Court's instructions to jury..................... 6    16
11
      Reading of indictment........................... 11    16
12    Defendant's plea of not guilty.................. 12    16

13    Opening statements by State..................... 12    16
      Opening statements by Defense................... 36    16
14    Rule invoked.................................... 41    16

15    STATE'S WITNESSES              Direct Cross V.Dire  Vol.
      LYDIA SALINAS...................... 42,81   69        16
16    MARIANO CERVANTES ................. 86      125       16
                                        136      138
17                                               Page    Vol.
      Hearing, In Re:  SX-17 ......................... 111   16
18    Court's ruling ................................ 116    16

19    STATE'S WITNESSES (Cont'd)     Direct Cross V.Dire  Vol.
      MICHAEL WENZEL .................... 142     189       16
20                                               Page    Vol.
      Hearing, In Re:  Exhibits ...................... 167   16
21    Court's ruling ................................ 171    16
      Defendant's objection to exhibits ............. 174    16
22    Defendant's further objection to exhibit ...... 180    16

23    STATE'S WITNESSES (Cont'd)     Direct Cross V.Dire  Vol.
      KASHIF ISHAN BUTT ................. 193     216       16
24                                        222     224

25    APRIL METTING .................... 225     250        16
                                        255
```

```
 1                           INDEX
                    VOLUME 16 OF 25 VOLUMES
 2                       GUILT/INNOCENCE
      DECEMBER 1, 2008                         Page   Vol.
 3    GREG KINANE ......................... 259         16

 4    Adjournment  ......................................... 274   16
      Court Reporter's Certificate ....................... 275   16
 5


 6                           INDEX
                    VOLUME 17 OF 25 VOLUMES
 7                      TRIAL PROCEEDINGS
      DECEMBER 2, 2008                         PAGE   VOL.
 8    Continuation of trial proceedings................. 6    17

 9    STATE'S WITNESSES (Cont'd)        Direct Cross V.Dire   Vol.
      GREG KINANE (Cont'd) .................          7       17
10    RUBY PENA HINOJOSA ................. 9      33          17
      TANYA FLORES OELSCHLEGEL ............ 39    63          17
11
      Hearing out of the presence of the jury............ 40    17
12    In Re:  Witness Tanya Flores Oelschlegel

13    STATE'S WITNESSES (Cont'd)        Direct Cross V.Dire   Vol.
      JAMES GRAY ......................... 65                17
14    MIKE FRAKES ......................... 99               17
      RALPH VASQUEZ ...................... 123    141        17
15                                       151
      ROBERT CHAPA ....................... 156               17
16    FRANK PEREZ ........................ 176    185        17
                                         187
17    VICTOR CASARES ..................... 191    202        17

18    Hearing out the presence of the jury ............. 203   17
          In Re:  Graphic photos
19
      STATE'S WITNESSES (Cont'd)        Direct Cross V.Dire   Vol.
20    ALLEN KIRKSEY ...................... 211               17

21    Adjournment ....................................... 242   17
      Court Reporter's Certificate ...................... 243   17
22


23                           INDEX
                    VOLUME 18 OF 25 VOLUMES
24                      TRIAL PROCEEDINGS
      DECEMBER 3, 2008                         PAGE   VOL.
25    Continuation of trial proceedings ................. 5    18
```

```
 1                              INDEX
                        VOLUME 18 OF 25 VOLUMES
 2                        TRIAL PROCEEDINGS
       DECEMBER 3, 2008                          PAGE   VOL.
 3     STATE'S WITNESSES (Cont'd)       Direct Cross V.Dire  Vol.
       ALLEN KIRKSEY (Cont'd) ..............  7     95          18
 4                                          106    108

 5     Brief hearing out of presence of jury ............ 5     18
           In Re:  State's Exhibit 109-146
 6     Hearing outside presence of jury ................. 85    18
           In Re:  Exhibit
 7     Hearing out of the presence of jury .............. 110   18
           In Re:  Extraneous offenses
 8     Witness admonished as to rule..................... 113   18

 9     STATE'S WITNESSES (Cont'd)       Direct Cross V.Dire  Vol.
       CHRISTINA CHAVEZ ................... 114    158          18
10                                          181    185

11     Hearing out of the presence of the jury .......... 173   18
           In Re: Videotaped statement of Christina Chavez
12     Court's ruling ................................... 176   18

13     STATE'S WITNESSES (Cont'd)       Direct Cross V.Dire  Vol.
       JOHN PREBUL ....................... 188    220   210    18
14                                          213

15     MARSHA PARKER ....................... 222               18

16     RUBY GARCIA ......................... 237    257        18

17     Adjournment ...................................... 269   18
       Court Reporter's Certificate ..................... 270   18
18

19                              INDEX
                        VOLUME 19 OF 25 VOLUMES
20                        TRIAL PROCEEDINGS
       DECEMBER 4, 2008                          PAGE   VOL.
21     Continuation of trial proceedings................. 5     19
       State's case continued........................... 5     19
22
       STATE'S WITNESSES (Cont'd)       Direct Cross V.Dire  Vol.
23     KELLY ISAACKS...........................5     47        19
       PAMELA SMITH.......................49                   19
24     REY FERNANDEZ, MD, ME................129    182         19
                                          185
25     Discussion on Defendant's plea of guilty.......... 120   19
       Court's admonition to Defendant. ................. 120   19
```

INDEX
VOLUME 19 OF 25 VOLUMES
TRIAL PROCEEDINGS

DECEMBER 4, 2008                                      PAGE   VOL.
State rests ................................... 188    19
Defendant rests .............................. 188    19
State closes ................................. 188    19
Defendant closes ............................. 188    19
Defendant's request for instruction.............. 189    19
    In Re:  Lesser included of murder
Defendant's request for instruction .............. 189    19
    In Re:  Accomplice testimony
State agrees to lesser included of murder.......... 197    19

Adjournment...................................... 199    19
Court Reporter's Certificate..................... 200    19


INDEX
VOLUME 20 OF 25 VOLUMES
TRIAL PROCEEDINGS

DECEMBER 5, 2008                                      PAGE   VOL.
Continuation of trial proceedings ................. 4     20
No objections to Court's Charge ................... 4     20

Defendant rests and closes ....................... 5     20
State rests and closes ........................... 5     20

Reading of the Court's Charge .................... 6     20

State waives opening on closing argument .......... 17    20
Defendant's closing argument ..................... 18    20
State's closing argument ......................... 29    20

Alternate juror excused .......................... 46    20

Commencement of jury deliberations ................ 46    20
Note from the jury ............................... 46    20
Continuation of jury deliberations ............... 47    20

Verdict of the jury .............................. 48    20
Jury polled ...................................... 48    20

Jury excused for noon recess ..................... 49    20
Discussion out of the presence of the jury......... 49    20
Noon recess ...................................... 51    20

Conclusion of trial proceedings .................. 51    20
Court Reporter's Certificate ..................... 52    20

```
 1                              INDEX
                     VOLUME 21 OF 25 VOLUMES
 2                        PUNISHMENT PHASE
     PROCEEDINGS                                     PAGE   VOL.
 3   Commencement of punishment proceedings ............4     21
     Discussion, In Re:  Alternate juror ..............  4   21
 4   No objections from State/Defense .................  4   21
     Discussion, In Re:  Media ........................  4   21
 5   Rule invoked .....................................  5   21
     Witnesses instructed on rule .....................  6   21
 6   Jury enters courtroom ............................  6   21
     Court's instructions to jury .....................  6   21
 7   Opening statement by the State ...................  7   21

 8   STATE'S WITNESSES:
     Witness Name                    Direct Cross V.Dire Vol.
 9   BETTY MENDEZ ........................ 16                 21
     MICHAEL WERTANEN..................... 30                 21
10   PATRICK McMENAMY..................... 43                 21
     SYDNEY MORRIS........................ 60      77    86   21
11   KELLY ISAACKS........................ 96                 21

12   Defense reserves opening.........................16     21

13   DEFENDANT'S WITNESSES:
     Witness Name                    Direct Cross V.Dire Vol.
14   JOHN RAMIREZ, JR. ................... 114    123   131  21

15   State rests on punishment........................104    21
     Opening statement by Defense.....................105    21
16   Evening recess...................................133    21
     Court Reporter's Certificate.....................134    21

17


18                              INDEX
                     VOLUME 22 OF 25 VOLUMES
19                     PUNISHMENT PROCEEDINGS
     OCTOBER 8, 2008                               PAGE VOL.
20   Continuation of punishment proceedings ..........  4   22
     Hearing out of the presence of the jury ..........  4   22
21      In Re:  Defendant's instructions to Counsel
        regarding defense
22   Discussion on Defendant's request ...............  4   22
        In Re:  Rest at punishment, no closing with
23      exception of Bible Scripture
     Court's admonishments to Defendant ..............  6   22
24
     DEFENDANT'S EVIDENCE:
25   Witness Name                    Direct Cross V.Dire Vol.
     TROY MARTINEZ ....................... 11      8        22
```

```
 1                           INDEX
                     VOLUME 22 OF 25 VOLUMES
 2                    PUNISHMENT PROCEEDINGS
       OCTOBER 8, 2008                            PAGE VOL.
 3     Charge conference .............................. 12   22
       State's response ............................... 15   22
 4     Court's rulings ................................ 16   22

 5     No objectiions to Court's Charge ............... 18   22
       Defense rests .................................. 20   22
 6     State rests and closes ......................... 20   22
       Defense closes ................................. 20   22
 7
       Reading of Court's Charge ...................... 20   22
 8
       State reserves right to open on closing ........ 27   22
 9     Defendant's closing argument ................... 27   22
       State's closing argument ....................... 28   22
10
       Court excuses alternate juror .................. 35   22
11     Commencement of jury deliberations ............. 35   22
       Note from the jury ............................. 35   22
12     Continuation of jury deliberations ............. 36   22

13     Verdict of the jury ............................ 36   22
       Jury polled .................................... 37   22
14     Court sentences Defendant to death ............. 37   22
       Defendant's rights of appeal ................... 37   22
15
       Jurors excused ................................. 38   22
16     Adjournment .................................... 38   22
       Court Reporter's Certificate ................... 39   22
17

18                           INDEX
                     VOLUME 23 of 25 VOLUMES
19                    MOTION FOR NEW TRIAL

20     February 5, 2009                            Page   Vol.
       Court Calls Case for Motion for New Trial........  5    23
21     Opening Statement by Mr. Warner.................   5    23
       Opening Statement by Mr. Skurka................  12    23
22
       DEFENSE WITNESSES:        Direct  Cross  Voir Dire   Vol.
23     Ed Garza                    17     43                 23

24     Ashley Isaac              59,125   82      90         23

25     Frank Bautista           128,136  132                23
```

```
1                              INDEX
                     VOLUME 23 of 25 VOLUMES
2                     MOTION FOR NEW TRIAL
```

```
   February 5, 2009                           Page    Vol.
3  Defense Rests................................. 139     23
   State Rests and Close......................... 139     23
4  Defense Closes............................... 139     23

5  Closing Argument by Mr. Warner................... 139     23
   Closing Argument by Mr. Skurka.................. 148     23
6  Closing Argument by Mr. Warner................... 153     23

7  Discussion In Re:  Bill of Exception............. 164     23
   Proceedings adjourned......................... 166     23
8  Court Reporter's Certificate................... 167     23
```

```
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ALPHABETICAL INDEX TO PROSPECTIVE JURORS

JURY SELECTION                                              PAGE  VOL.

ALANIZ, LAURA, No. 245 ............................... 68   6
ATWELL, RICHARD, No. 721 ............................. 54   6
AYALA, CHRISTIE, No. 574 ............................. 91   6
BARRERA, ANN MARIE, No. 573 .......................... 58   6
BONELLI, CARMEN, No. 26 .............................. 27   6
BOSQUEZ, SYLVIA, No. 682 ............................. 62   6
BRANCH, MICHAEL W., No. 218 .......................... 71   6
BRANCH, MICHAEL, No. 14 .............................. 45   6
BUFFINGTON, BERNARD No. 281 .......................... 36   6
CAGLE, STEPHEN, No. 230 .............................. 87   6
CALHOUN, LINDA, No. 148 .............................. 29   6
CAMPOS, DIONICIA, No. 736 ............................ 66   6
CANO, ANNETTE, No. 282 ............................... 89   6
CASTILLO, PRISCILLA, No. 666 ......................... 19   6
CASTRO, MARIA, No. 652 ............................... 55   6
CIFUENTES, CYNTHIA, No. 576 .......................... 57   6
CRUZ, CRYSTAL, No. 496 ............................... 61   6
DAY, CECILA, No. 559 ................................. 90   6
DE LA ROSA, ISIDRO, No. 643 .......................... 37   6
DEJARNETT, NATALIE, No. 273 .......................... 77   6
DeLEON, RAUL, No. 446 ................................ 31   6
DeLEON, ROBERT, No. 581 .............................. 24   6
DELMONTES, SALVADOR, 521 ............................. 27   6
DUNCAN, MARY LOU, No. 347 ............................ 28   6
FERDIN, DIANA, No. 112 ............................... 74   6
FIGUEROA, REFUGIO, No. 602 ........................... 84   6
FOSTER, JESSE LEE, No. 354 ........................... 34   6
FRANCO, DELISSA, No. 364 ............................. 42   6
GARCIA, RICKEY, No. 754 .............................. 63   6
GONZALEZ, RAZIEL, No. 614 ............................ 51   6
GUAJARDO, MARTIN, No. 72 ............................. 16   6
GUTIERREZ, GEORGE, No. 569 ........................... 67   6
HAMILTON, JASON, No. 621 ............................. 57   6
HILL, WILLIE, No. 419 ................................ 49   6
HURT, DARRYL, No. 648 ................................ 80   6
KAY, ROBERT, No. 188 ................................. 59   6
KRAUSE, DEBBY, No. 402 ............................... 74   6
GARRETT, LISA, No. 765 ............................... 42   6
MANSUR, RACHEL, No. 400 .............................. 43   6
MARTINEZ, DOMENIQUE, No 694 .......................... 91   6
MATHIS, VINNIE, No. 618 .............................. 72   6
MATULA, THOMAS, No. 491 .............................. 76   6
MORALES, ALEJANDRO, No.352 ........................... 47   6
MUGUERZA, CLARA, No. 478 ............................. 64   6
MYERS, AUBREY, No. 90 ................................ 62   6
NAJVAR, JOHN, No. 705 ................................ 35   6
OLIVEIRA, RICARDO, No. 134 ........................... 51   6
ORDONEZ, FELICITAS, No. 492 .......................... 56   6

```
 1        ALPHABETICAL INDEX TO PROSPECTIVE JURORS
   JURY SELECTION                                    PAGE  VOL.
 2 PENA, ALICIA, No. 789 ..........................  92    6
   PULIDO, RACHEL, No. 444 ........................  69    6
 3 RAMIREZ, ROBERT, No. 190 .......................  72    6
   RAMOS, RICHARD, No. 493 ........................  21    6
 4 RANGEL, HERLINDA, No. 212 ......................  85    6
   ARTHUR, REYES, No. 371 .........................  92    6
 5 RIOS, DIANA, No. 429 ...........................  48    6
   RIOS, ERIC, No. 7 .............................   65    6
 6 RUTLEDGE, MARIE, No. 562 .......................  81    6
   SALINAS, BOBBY, No. 458 ........................  87    6
 7 SALINAS, FERNANDO, No. 587 .....................  24    6
   SAUSEDA, VICKIE, No. 375 .......................  44    6
 8 TAYLOR, SEAN, No. 165 ..........................  41    6
   SIERRA, MICHAEL, No. 139 .......................  63    6
 9 SMITH, SHAWN, No. 589 ..........................  77    6
   SOLIZ, JOSEPHINE, No. 422 ......................  83    6
10 SPARKS, KATHY, No. 180 .........................  52    6
   STUCKEY, RONALD, No. 65 ........................  48    6
11 STUESSER, JUDITH, No. 3 ........................  38    6
   TAGLE, JERRY, No. 360 ..........................  59    6
12 THOMAS, LUCIUS, No. 516 ........................  75    6
   TREVINO, GUILLERMO, No. 201 ....................  33    6
13 TROMBLEY, PATRICIA, No. 170 ....................  86    6
   VARSEL, PHILIP, No. 247 ........................  44    6
14 VELA, CHRISTOPHER, No. 109 .....................  81    6
   VENABLE, JAMES, No. 528 ........................  46    6
15 VERA, MAURO, No. 484 ...........................  26    6
   VILLARREAL, ROSA LINDA, 507 ....................  88    6
16 IRA WALTON, No. 680 ............................  39    6
   WOOLSEY, RUSSELL, No. 593 ......................  79    6
17

          ALPHABETICAL INDEX TO VENIREPERSONS
18 VENIREPERSON              Voir Dire           Page  Vol.
   ARNOLD, ROBERT, NO. 47    6,20,48                   12
19 Accepted by the State. .........................  61    12
   Peremptory No. 6 by the Defense. ...............  61    12
20
   BAUCOM, REID, NO. 44      83,94,125                 11
21 Accepted by the State. ......................... 157    11
   Accepted by the Defense. ....................... 157    11
22 Juror No. 6 Admonished. ........................ 157    11

23 BENAVIDEZ, NOE G., NO. 34    347                    10
   Accepted by the Defense ........................ 386    10
24 Juror No. 4 admonished ......................... 386    10

25 BLANTON, JAY, NO. 60     136,146,164,169,171        12
   Peremptory No. 7 by the Defense ................ 176    12
```

```
 1              ALPHABETICAL INDEX TO VENIREPERSONS
      VENIREPERSON                    Voir Dire         Page   Vol.
 2    BOWMAN, JEANNE, NO. 63          301,314,342              12
      Accepted by the State. ........................... 364    12
 3    Accepted by the Defense. ......................... 364    12
      Juror No. 7 Admonished. .......................... 365    12
 4
      CALBAT, JEREMY JOHN, NO. 23     115,153                   10
 5    PJ No. 23 Accepted by State ...................... 190    10
      PJ No. 23 Accepted by Defense .................... 190    10
 6    Juror No. 3 Admonished by Court .................. 190    10

 7    CASTANEDA, ROBERTO, NO. 22      16,28,58                  10
      Dfs. Obj. To PJ No. 22 for Cause ................. 64     10
 8    State's response to objection .................... 65     10
      Denied ........................................... 72     10
 9    PJ No. 22 accepted by the State .................. 88     10
      PJ No. 22 accepted by Defense .................... 88     10
10    Juror No. 3 Instructed by Court .................. 88     10
      No. 39 Struck by Agreement ....................... 4      11
11
      CORTINAS, ROBERT, JR. NO. 62    263                      12
12    Excused by agreement.............................. 276    12

13    DELEON, ROBERT, NO. 103         137,150,174              15
      Accepted by the State............................. 177
14    Accepted by the Defense........................... 177
      Alternate Juror No. 2 Admonised................... 177
15
      DREYER, THOMAS ERNEST, NO.      91,97,127                9
16    Accepted by the State ............................ 141    9
      Peremptory No. 1 by Defense....................... 141    9
17
      DICUS, THOMAS M., NO. 30        193                      10
18    Peremptory No. 4 by the Defense................... 244    10

19    ESCOBAR, ANGEL R., NO. 18       355,361,385,404          9
      Agreed strike..................................... 409    9
20
      EBANKS, CONTESSA, NO. 98        267                      14
21    Discussion on Venireperson 98..................... 266
      Challenge for Cause by the State.................. 267
22    Granted........................................... 269

23    FOSTER, JESSE LEE, NO. 58       95,105,126               12
      Excused by Agreement.............................. 134    12
24
      FOUTCH, CHRISTINE, NO. 84       371,379,400              13
25    Accepted by the State............................. 413
      Accepted by the Defense........................... 413
```

```
               ALPHABETICAL INDEX TO VENIREPERSONS
1
    VENIREPERSON                    Voir Dire           Page  Vol.
2   Juror No. 9 Admonished.......................... 414

3   GARCIA, JOSEFINA, NO. 55        277,292,297               12
    Challenge for Cause by the State............... 300       12
4   Agreed Strike.................................. 300        12

5   GILBERT, MARY ANN, NO. 17       302,310,331                9
    Accepted by the State.......................... 353        9
6   Accepted by the Defense........................ 353        9
    Juror No. 1 admonished......................... 353        9
7
    GOMEZ, JOSEPHINE GUERRERO, NO. 77 150,162,188,202         13
8                                    204,207,209
    Challenge for Cause by the Defense............. 211
9   Granted........................................ 213

10  GUAJARDO, FELIX, NO. 102        91,104,126                15
    Accepted by the State.......................... 133
11  Accepted by the Defense........................ 134
    Alternate No. 1 Admonished..................... 134
12
    HILL, RYAN RICHARD, NO. 80      276,287,303,321,323       13
13  Peremptory No. 6 by the State.................. 323

14  HOPKINS, JOE, NO. 53            190,202,239               12
    Accepted by the State. ........................ 260       12
15  Peremptory No. 8 by the Defense ............... 260       12

16  HUMPHREY, PATRICIA MCGEE, NO.11 142,150,179,194            9
    Challenge for cause by Defense................. 196        9
17  Granted........................................ 196        9
    Granted........................................ 197        9
18
    JIMENEZ, JESUS ADAN, NO. 1      7,13,38                    9
19  Peremptory No. 1 by the State.................. 55         9
    JOHNSTON, LONNIE, NO. 38        18,30,64,76               11
20  Accepted by the State ......................... 79        11
    Accepted by the Defense ....................... 79        11
21  Juror No. 5 Admonished ........................ 79        11

22  KILLAJA, JAMES ALBERT, NO. 2    58,64,68                   9
    Challenge for Cause by the State............... 72         9
23  Granted ....................................... 72         9

24  KOCIAN, DAVID CHARLES, NO. 64   93,105,124,144            13
    Accepted by the State.......................... 145
25  Peremptory No. 9 by the Defense................ 145
```

```
                   ALPHABETICAL INDEX TO VENIREPERSONS
     VENIREPERSON                      Voir Dire           Page   Vol.
     LEAL, LORRAINE, NO. 97            270,283,304                 14
     Accepted by the State........................... 315
     Accepted by the Defense......................... 315
     Juror No. 11 Admonished......................... 315

     LIGHT, GLORIA E., NO. 65         5,15,40                      13
     Accepted by the State........................... 60
     Accepted by the Defense......................... 60
     Juror No. 8 Admonished.......................... 60

     LOPEZ, GUADALUPE, NO. 87         29,42                        14
     Peremptory No. 10 by the Defense................ 61

     LOVELY, WENDELL, NO. 21          6                            10
     Dft's Challenge for Cause ...................... 13    10
     Agreement by the State ......................... 14    10
     Accepted by the State .......................... 244   10
     Venireperson Excused ........................... 14    10

     LYLES, DALE STEPHEN NO. 90       90,100,119                   14
     Accepted by the State........................... 138
     Accepted by the Defense......................... 139
     Juror No. 10 Admonished......................... 139

     MARTINEZ, JR., ANTONIO G., NO. 49   324,335,351              13
     Agreed Challenge for Cause by State and Defense.... 366

     MATTSON, ANNE CHRISTINE, NO.15   252,259,292,299            9
     Accepted by the State  ......................... 301   9
     Peremptory No. 3 by Defense..................... 301   9

     MENARD, JANA MALM, NO. 123       90                          10
     PJ No. 123 Challenge by Defense ................ 113   10
     PJ. No. 123 Excused ............................ 114   10

     MEZA, THERESA, NO. 35            388                         10
     Challenge for Cause Overruled .................. 455   10
     Peremptory No. 5 by Defense .................... 455   10

     MOORE, WALTER, NO. 94            163,172,191                 14
     Accepted by the State........................... 205
     Peremptory No. 11 by Defense.................... 205

     MOSER, SAMMY WAYNE, NO. 48       159,171,191,200            11
     Challenge for cause by Defense ................. 201   11
     Granted ........................................ 201   11
```

```
                 ALPHABETICAL INDEX TO VENIREPERSONS
 1
     VENIREPERSON                    Voir Dire          Page  Vol.
 2   MUGUERZA, CLARA ANN, NO. 81         243,255,273          13
     Peremptory No. 5 by the State..................... 275
 3
     O'BRIEN, DIANA LOUISE, NO. 33    245                     10
 4   Strike for cause by Defense ...................... 296   10
     Challenge for cause by Defense ................... 442   10
 5   Agreed strike by the State ....................... 296   10

 6   REED, PATRICE NICOLE, NO. 3      73,81                    9
     Challenge for Cause by the State.................. 90     9
 7   Defense concurs................................... 90     9
     Granted........................................... 90     9
 8
     REYES, EVELYN, NO. 88               62,70,87            14
 9   Peremptory No. 7 by the State..................... 89

10   RODRIGUEZ, ELIZABETH, NO. 96     206,218,237,260        14
     Accepted by the State............................. 265
11   Peremptory No. 12 by the Defense.................. 26

12   STARKEY, KENNETH L., NO. 31      298                     10
     Peremptory No. 2 by  the State ................... 346   10
13
     TORREZ, TINA LOUISE, NO. 79      218,226,242            13
14   Peremptory No. 4 by the State..................... 24

15   TREVINO, JOSEFA, NO. 92          134,150,156            14
     Challenge for Cause by the State.................. 162
16   Granted........................................... 163

17   TREVINO, ROLAND, NO. 57          62,75,80,87,90         12
     Challenge for Cause by the State ................. 94    12
18   Granted .......................................... 94    12

19   VAN HOOZER, LAWRENCE, NO. 13     204,211,238             9
     Accepted by the State............................. 250    9
20   Peremptory No. 2 by the Defense................... 251    9

21   VELA, ANDREW, NO. 99                5,18,36             15
     Accepted by the State............................. 49
22   Peremptory No. 13 by the Defense.................. 49

23   VERA, MAURO, NO. 85                 5,20                14
     Agreement to Excuse by State and Defense.......... 28
24

25
```

```
 1              ALPHABETICAL INDEX TO VENIREPERSONS
        VENIREPERSON                  Voir Dire        Page  Vol.
 2      VERMACE, RUTH, NO. 100        50,58,75,88            15
        Accepted by the State............................ 88
 3      Accepted by the Defense.......................... 88
        Juror No. 12 Admonished.......................... 89
 4      Agreement on PJ No. 101.......................... 90

 5      YAZDANINIA, AHMAD, NO. 36     5,10                   11
        No. 36 Struck by Agreement. ................. 17    11

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                 ALPHABETICAL INDEX TO WITNESS
Witness Name                         Direct  Cross  V.Dire  Vol.
BUTT, KASHIF ISHAN .. ..............    79     94             4
BUTT, KASHIF ISHAN ..................   193    216            16
                                        222    224

BAUTISTA, FRANK....................28,136     132            23

GARZA, ED..........................     17     43            23

ISAAC, ASHLEY......................  59,125    82    90       23

GARCIA, RUBY ......................    237    257            18

CASARES, VICTOR ...................    191    202            17

CERVANTES, MARIANO ................33,60      44             4
CERVANTES, MARIANO ................    86     125            16
                                       136    138

CHAPA, ROBERT .....................    156                   17

CHAVEZ, CHRISTINA .................    114    158            18
                                       181    185
FERNANDEZ, REY, MD, ME.............    129    182            19
                                       185

FRAKES, MIKE ......................     99                   17

GRAY, JAMES, JR....................      5     23    27       7

GRAY, JAMES .......................     65                   17

HINOJOSA, RUBY PENA ...............      9     33            17

ISAACKS, KELLY  ...................   8,31     28             4
ISAACKS, KELLY.....................      5     47            19
ISAACKS, KELLY.....................     96                   21

KINANE, GREG ......................    259                   16
KINANE, GREG (Cont'd) .............            7            17

KIRKSEY, ALLEN ....................    211                   17
KIRKSEY, ALLEN (Cont'd) ...........  7,106   95,108         18

LEE, RALPH.........................     63     76             4

McMENAMY, PATRICK..................     43                   21

MENDEZ, BETTY .....................     16                   21
```

```
 1                    ALPHABETICAL INDEX TO WITNESS
        Witness Name                   Direct  Cross  V.Dire Vol.
 2      METTING, APRIL.........................131     144          4
        METTING, APRIL ....................... 225     250          16
 3                                         255

 4      MORRIS, SYDNEY....................... 60      77    86    21

 5      OELSCHLEGEL, TANYA FLORES ........... 39      63          17

 6      PARKER, MARSHA ..................... 222                  18

 7      PENA, RUBY.......................... 121                  4

 8      PEREZ, FRANK ....................... 176     185          17
                                           187
 9      PREBUL, JOHN ....................... 188     220   210   18
                                           213
10
        RAMIREZ, JOHN, JR.................... 114    123   131   21
11
        SALINAS, LYDIA..................... 42,81    69          16
12
        SMITH, PAMELA.........................49                 19
13
        STIMMLER, HUGO.......................103     114          4
14
        VASQUEZ, RALPH ..................... 123     141          17
15                                         151

16      WENZEL, MICHAEL .................... 142     189          16

17      WERTANEN, MICHAEL.................... 30                  21

18

19

20

21

22

23

24

25
```

```
 1                    EXHIBITS TO PRETRIAL EXHIBITS
         OCTOBER 3, 2008
 2                     FOR THE STATE:
         NO.          DESCRIPTION          OFFERED ADMITTED VOL.
 3       SX-1      Photo lineup ...............24      25       4
         SX-2      Photo lineup ...............74      74       4
 4       SX-3      Photo lineup ...............120     121      4
         SX-4      Photo lineup ...............114     117      4
 5

 6                     INDEX TO TRIAL EXHIBITS
         FOR THE STATE:
 7       NO.          DESCRIPTION          OFFERED ADMITTED VOL.
         SX-1      Photo (victim/girlfriend) . 47     47      16
 8       SX-2      Aerial map ................. 48     48      16
         SX-3      Aerial photo............... 60      61      16
 9       SX-4-7    Photos (crime scene)....... 60      61      16
         SX-8-15   Aerial photos ............. 105     105     16
10       SX-17     Photo (victim) ............ 111     116     16
         SX-18-19  Photos (Id. Markers)....... 172     173     16
11       SX-20-22  Photos (Id. Markers)....... 172     174     16
         SX-23     Photo (Id. Marker)........ 172      174     16
12       SX-24     Photo (victim) ........... 178      178     16
         SX-25-30  Aerial photos (Whataburger) 239     239     16
13       SX-31     Photo (Whataburger) ....... 239     239     16
         SX-32-35  Photos (menu board) ....... 239     239     16
14       SX-36-40  Photos (A. Metting vehicle) 239     239     16
         SX-41     Google map ................ 237     237     16
15       SX-42     Photo (wallet) ............ 248     248     16
         SX-43     Photo (Visa card) ......... 248     248     16
16       SX-44     Google map ................ 269     269     16
         SX-45-47  Aerial photos.............. 12      12      17
17       SX-48-51  Aerial photos (Whataburger) 25      25      17
         SX-52     Photo (Whataburger)........ 25      25      17
18       SX-53-58  Photos (Ruby Pena's vehicle)25      25      17
         SX-59     Photo (van)................ 59      59      17
19       SX-60     Google map................. 79      79      17
         SX-61-69  Aerial photos.............. 116     116     17
20       SX-70     Google map.................111      111     17
         SX-71-73  Photos (van)...............111      111     17
21       SX-74     Photo (Christina Chavez)....133     133     17
         SX-75     Photo (Angela Rodriguez)....133     133     17
22       SX-76     Aerial photo...............154      154     17
         SX-77     Photo (Christina Chavez)....150     151     17
23       SX-78     Photo (Angela Rodriguez)....150     151     17
         SX-79-84  Photos (sandal)............182      182     17
24       SX-85     Paper sack containing.......190     190     17
                   sandal
25       SX-86-89  Photos (rag)...............199      199     17
         SX-90-91  Photos (victim)............209      210     17
```

INDEX TO TRIAL EXHIBITS

FOR THE STATE:

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|-----|-------------|---------|----------|------|
| SX-92-93 | Sketches (crime scene)...... | 220 | 220 | 17 |
| SX-94-95 | Photos (envelope) .......... | 225 | 226 | 17 |
| SX-96-97 | Photos (ball cap) .......... | 228 | 228 | 17 |
| SX-98-99 | Photos (ring) ............. | 230 | 230 | 17 |
| SX-100-101 | Photos (ring) ............. | 237 | 237 | 17 |
| SX-102 | Paper sack containing ball . cap | 239 | 239 | 17 |
| SX-103 | 10K gold ring ............. | 240 | 241 | 17 |
| SX-104 | Quarter .................... | 242 | 242 | 17 |
| SX-105 | Hanes T-shirt  ............. | 10 | 10 | 18 |
| SX-106 | Rustler blue jeans ......... | 13 | 13 | 18 |
| SX-107 | Purple top tube ........... | 17 | 17 | 18 |
| SX-108 | Blood swab (pay stub) ...... | 21 | 21 | 18 |
| SX-109-146 | Photos .................... | 5 | 6 | 18 |
| SX-147 | CD-ROM case .............. | 55 | 55 | 18 |
| SX-148 | White shirt  ............. | 57 | 57 | 18 |
| SX-149 | Steering wheel cover ....... | 60 | 61 | 18 |
| SX-150 | Vodka bottle ............. | 63 | 63 | 18 |
| SX-151 | Two $1.00 bills ........... | 63 | 64 | 18 |
| SX-152 | Two Little Caesar receipts . | 63 | 64 | 18 |
| SX-153 | Visa card ................. | 63 | 64 | 18 |
| SX-154 | Photo (child) ............. | 63 | 64 | 18 |
| SX-155 | Gearshift lever ........... | 63 | 64 | 18 |
| SX-156 | Bic lighter ............... | 63 | 64 | 18 |
| SX-157-167 | Blood and control sample ... swabs | 63 | 64 | 18 |
| SX-168-170 | Latent fingerprint cards ... | 83 | 84 | 18 |
| SX-171-176 | Photos (Angela Rodriguez) .. | 195 | 196 | 18 |
| SX-177-178 | Photos (Carpris) .......... | 195 | 196 | 18 |
| SX-179-188 | Photos (Christina Chavez) .. | 195 | 196 | 18 |
| SX-189 | White rag ................. | 210 | 217 | 18 |
| SX-190 | Clothing and changing sheet (Angela Rodriguez) | 219 | 219 | 18 |
| SX-191 | Clothing and change sheet .. (Christina Chavez) | 220 | 220 | 18 |
| SX-192-193 | Fingerprints and palm prints (John Henry Ramirez) | 231 | 232 | 18 |
| SX-194 | 2 tubes of blood (Rodriguez/Chavez).......... | 43 | 43 | 19 |
| SX-195 | 2 tubes of blood .......... (J. Ramirez, Jr.) | 46 | 46 | 19 |
| SX-196 | Summary serology results.... | 77 | 78 | 19 |
| SX-197 | D.N.A. lab results.......... | 77 | 78 | 19 |
| SX-198 | Work notes of P. Smith...... | 80 | 81 | 19 |
| SX-199-224 | Autopsy photos (Castro)..... | 125 | 126 | 19 |
| SX-225-226 | Autopsy diagram wounds...... | 125 | 126 | 19 |

```
1                    INDEX TO TRIAL EXHIBITS
       FOR THE STATE:
2      NO.           DESCRIPTION              OFFERED ADMITTED VOL.
       SX-227        Photo of victim and wife.... 21      21      21
3      SX-228        Photo of victim & children.. 21      21      21
       SX-229        Photo..................... 58      59      21
4      SX-230        Photo..................... 58      59      21
       SX-231        Marine Corp. Records....... 105     105     21
5      SX-232        Judgment.................. 70      70      21
       SX-233        SASSI Test................ 92      93      21
6

7      FOR THE DEFENDANT:
       NO.           DESCRIPTION              OFFERED ADMITTED VOL.
8      DX-3          SASSI Test................ 93      93      21
       DX-4          Educational assessment..... 95      95      21
9

10                     INDEX TO EXHIBITS
                     MOTION FOR NEW TRIAL
11     FOR THE STATE:
       NO.           DESCRIPTION              OFFERED ADMITTED VOL.
12     4             Blowup layout photo       62,68   62      23
       6             Diagram                   101     101     23
13     7             Diagram                   76      76      23
       8-28          Photographs               101     101     23
14
       FOR THE DEFENSE:
15     NO.           DESCRIPTION              OFFERED ADMITTED VOL.
       1             Blowup layout photo       62,70   62      23
16     2             Diagram                   101     101     23
       3             Diagram                   76      76      23
17

18

19

20

21

22

23

24

25
```