```
                    REPORTER'S RECORD
            TRIAL COURT CAUSE NO. 04-CR-3453-C
            APPELLATE COURT CAUSE NO. AP-76,000  76100
                   VOLUME 24 OF 25 VOLUMES

THE STATE OF TEXAS      )     IN THE DISTRICT COURT
VS.                     )     94TH JUDICIAL DISTRICT
JOHN HENRY RAMIREZ      )       NUECES COUNTY, TEXAS
```

INDEX TO EXHIBITS

FILED IN
COURT OF CRIMINAL APPEALS
OCT 06 2009
Louise Pearson, Clerk

| NO. | DESCRIPTION |
|---|---|
| SX-1 | Photo (victim/girlfriend) |
| SX-2 | Aerial map |
| SX-3 | Aerial photo |
| SX-4-7 | Photos (crime scene) |
| SX-8-15 | Aerial photo |
| SX-17 | Photo (victim) |
| SX-18-19 | Photos (Id. markers) |
| SX-20-22 | Photos (Id. markers) |
| SX-23 | Photo (Id. marker) |
| SX-24 | Photo (victim) |
| SX-25-30 | Aerial photos (Whataburger) |
| SX-31 | Photo (Whataburger) |
| SX-32-35 | Photos (menu board) |
| SX-36-40 | Photos (A. Metting vehicle) |
| SX-41 | Google map |
| SX-42 | Photo (wallet) |
| SX-43 | Photo (Visa card) |
| SX-44 | Google map |
| SX-45-47 | Aerial photos |
| SX-48-51 | Aerial photos (Whataburger) |
| SX-52 | Photo (Whataburger) |
| SX-53-58 | Photos (Ruby Pena's vehicle) |
| SX-59 | Photo (van) |
| SX-60 | Google map |
| SX-61-69 | Aerial photos |
| SX-70 | Google map |
| SX-71-73 | Photos (van) |
| SX-74 | Photo (Christina Chavez) |
| SX-75 | Photo (Angela Rodriguez) |
| SX-76 | Aerial photo |
| SX-77 | Photo (Christina Chavez) |
| SX-78 | Photo (Angela Rodriguez) |
| SX-79-84 | Photos (sandal) |

| NO. | DESCRIPTION |
|---|---|
| SX-85 | Paper sack containing sandal |
| SX-86-89 | Photos (rag) |
| SX-90-91 | Photos (victim) |
| SX-92-93 | Sketches (crime scene) |
| SX-94-95 | Photos (envelope) |
| SX-96-97 | Photos (ball cap) |
| SX-98-99 | Photos (ring) |
| SX-100-101 | Photos (ring) |
| SX-102 | Paper sack containing ball cap |
| SX-103 | 10K gold ring |
| SX-104 | Quarter |
| SX-105 | Hanes T-shirt |
| SX-106 | Rustler blue jeans |
| SX-107 | Purple top tube |
| SX-108 | Blood swab (pay stub) |
| SX-109-146 | Photos |
| SX-147 | CD-ROM case |
| SX-148 | White shirt |
| SX-149 | Steering wheel cover |
| SX-150 | Vodka bottle |









































STATE'S EXHIBIT 10

















STATE'S EXHIBIT 15



STATE'S EXHIBIT 17


