



























STATE'S
EXHIBIT
25



STATE'S
EXHIBIT
26



STATE'S
EXHIBIT
27



STATE'S
EXHIBIT
28





STATE'S
EXHIBIT
29



STATE'S
EXHIBIT
30



STATE'S
EXHIBIT
31



STATE'S
EXHIBIT
32



STATE'S
EXHIBIT
33



STATE'S
EXHIBIT
34









STATE'S
EXHIBIT
36



STATE'S
EXHIBIT
37









STATE'S
EXHIBIT
39