



STATE'S
EXHIBIT
39





STATE'S
EXHIBIT
40

Weber Rd, Corpus Christi, TX to north - Google Maps

Page 1 of 1





STATE'S
EXHIBIT
41

http://maps.google.com/maps?saddr=Weber+Rd,+Corpus+Christi,+TX&geocode=&dirfl...   10/29/2008



STATE'S
EXHIBIT
4 2





corpus christi texas - Google Maps                                          Page 1 of 1



Address **Corpus Christi, TX**







STATE'S
EXHIBIT
45



STATE'S
EXHIBIT
46



STATE'S
EXHIBIT
47





STATE'S
EXHIBIT
48



STATE'S
EXHIBIT
49









STATE'S EXHIBIT
51



STATE'S
EXHIBIT
52





STATE'S
EXHIBIT









STATE'S
EXHIBIT

55













STATE'S
EXHIBIT
58





STATE'S
EXHIBIT
59