

**Directions to 2200 S Staples St,
Corpus Christi, TX 78404**
3.5 mi – about 11 mins

Save trees. Go green!
Download Google Maps on your
phone at google.com/gmm





STATE'S
EXHIBIT











STATE'S
EXHIBIT
63









STATE'S
EXHIBIT
65





STATE'S
EXHIBIT
66









STATE'S
EXHIBIT
68





corpus christi texas - Google Maps

Page 1 of 1





STATE'S
EXHIBIT
70





STATE'S
EXHIBIT
72





STATE'S
EXHIBIT
74





STATE'S EXHIBIT

76









STATE'S
EXHIBIT
28



STATE'S
EXHIBIT
_79_





STATE'S
EXHIBIT
_____80_____