













STATE'S
EXHIBIT
84

1

2

3

4

5

6

7

8

9

10                    STATE'S EXHIBIT NO. 85 –

11                         SANDAL

12

13

14

15

16

17

18

19

20

21

22

23       (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24              (NUECES COUNTY, TEXAS)

25





















STATE'S
EXHIBIT
90





Offense: Capital Murder
Offense Number: 04-045987
Location: 1902 Baldwin
Offense Date: 7-19-04
Sketched By: William Allen Kirksey

Victim: Castro, Pablo D.O.B. 3-22-58

Scale 1" = 8'

Legend

Blood Shoe Impressions = B,E,M,Q,R,S,V,A2,A5,A6,A8,A10,A11,A12,A13,A14,A15
Blood Tire Impressions = C, X, Y, Z, A1, A3, A4    Small Paper Sacks = K, A9
Tire Skid Marks = U, W, Yellow Cone    A/C Paper & "Walmart" Receipt = A7
White Envelope with Paystubs = G, H, J    Notebook Pad = F
10K Gold Ring = P
White Ballcap = N
One Quarter = T
-------- = Hurricane Fence
—·—·— = Wooden Fence
◯ = Telephone Pole

NORTH

Riggan Street

Air Machine

Dumpster

Light

Sidewalk

Times Market

Concrete Island

Yellow Cone

See Close-up Sketch

STATE'S
EXHIBIT

9 Z

Offense: Capital Murder
Offense Number: 04-045987
Location: 1902 Baldwin
Offense Date: 7-19-04
Sketched By: William Allen Kirksey

Victim: Castro, Pablo D.O.B. 3-22-58

Scale 1" = 5'

## Legend

Blood Shoe Impressions = B,E,M,Q,R,S,V,A2,A5,A6,A8,A10,A11,A12,A13,A14,A15

Blood Tire Impressions = C, X, Y, Z, A1, A3, A4     Small Paper Sacks = K, A9

Tire Skid Marks = U, W, Yellow Cone     A/C Paper & "Walmart" Receipt = A7

White Envelope with Paystubs = G, H, J     Notebook Pad = F

10K Gold Ring = P     - - - - - - - - = Hurricane Fence

White Ballcap = N     — · — · — · — = Wooden Fence

One Quarter = T     ◯ = Telephone Pole



STATE'S
EXHIBIT
93











STATE'S
EXHIBIT
96











STATE'S
EXHIBIT
99







