1
2
3
4
5
6
7
8
9
10                    STATE'S EXHIBIT NO. 102 -
11                          BALL CAP
12
13
14
15
16
17
18
19
20
21
22
23          (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
24                     (NUECES COUNTY, TEXAS)
25

1

2

3

4

5

6

7

8

9

10          STATE'S EXHIBIT NO. 103 -

11              10K GOLD RING

12

13

14

15

16

17

18

19

20

21

22

23     (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24              (NUECES COUNTY, TEXAS)

25

1

2

3

4

5

6

7

8

9

10              STATE'S EXHIBIT NO. 104 –

11                      QUARTER

12

13

14

15

16

17

18

19

20

21

22

23        (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24              (NUECES COUNTY, TEXAS)

25

1

2

3

4

5

6

7

8

9

10          STATE'S EXHIBIT NO. 105 –

11              HANES T-SHIRT

12

13

14

15

16

17

18

19

20

21

22

23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24              (NUECES COUNTY, TEXAS)

25

```
1

2

3

4

5

6

7

8

9

10              STATE'S EXHIBIT NO. 106 -

11                RUSTLER BLUE JEANS

12

13

14

15

16

17

18

19

20

21

22

23       (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24              (NUECES COUNTY, TEXAS)

25
```

```
1

2

3

4

5

6

7

8

9

10              STATE'S EXHIBIT NO. 107 –

11                 PURPLE TOP TUBE

12

13

14

15

16

17

18

19

20

21

22

23     (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24            (NUECES COUNTY, TEXAS)

25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              STATE'S EXHIBIT NO. 108 -
11              BLOOD SWAB (PAY STUB)
12
13
14
15
16
17
18
19
20
21
22
23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
24              (NUECES COUNTY, TEXAS)
25
```















STATE'S
EXHIBIT
112





STATE'S
EXHIBIT
113





















STATE'S
EXHIBIT
118















