







STATE'S
EXHIBIT
123









STATE'S
EXHIBIT
125



STATE'S
EXHIBIT
126











STATE'S
EXHIBIT
129





STATE'S
EXHIBIT
130





STATE'S
EXHIBIT
13(



STATE'S
EXHIBIT
132





STATE'S
EXHIBIT
133













STATE'S
EXHIBIT
136













STATE'S
EXHIBIT
139





STATE'S
EXHIBIT
140









STATE'S
EXHIBIT
142













STATE'S
EXHIBIT
145





STATE'S
EXHIBIT
196

1

2

3

4

5

6

7

8

9

10                    STATE'S EXHIBIT NO. 147 –

11                        CD-ROM CASE

12

13

14

15

16

17

18

19

20

21

22

23        (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24               (NUECES COUNTY, TEXAS)

25



STATE'S EXHIBIT NO. 148 –

WHITE SHIRT

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

STATE'S EXHIBIT NO. 149 –

STEERING WHEEL COVER

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)



STATE'S EXHIBIT NO. 150 –

VODKA BOTTLE

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

THE STATE OF TEXAS )

COUNTY OF NUECES    )


     I, Mary Lopez Buitron, Official Court Reporter in and

for the 94th District Court of Nueces County, Texas, do hereby

certify that the following exhibits constitute true and

Complete duplicates of the original exhibits, excluding

physical evidence, offered into evidence during the Proceeding

in the above-entitled and numbered cause as set out herein

before the Honorable Bobby Galvan, Judge Presiding for the 94th

District Court of Nueces County, Texas, and a Jury trial,

beginning December 1, 2008.

          I further certify that the total cost for the

preparation of this Reporter's Record is _____ and was paid

for by the _____.


WITNESS MY OFFICIAL HAND on this,

the 4th day of October 2009.


MARY LOPEZ BUITRON, CSR, RPR, Texas CSR #2731
Expiration Date:  12/31/2009
Official Court Reporter,
94th District Court
Nueces County, Texas
901 Leopard, Room 901
Corpus Christi, Texas 78401
(361) 888-0658