REPORTER'S RECORD
TRIAL COURT CAUSE NO. 04-CR-3453-C
APPELLATE COURT CAUSE NO. AP-76,~~000~~ 76100
VOLUME 25 OF 25 VOLUMES

THE STATE OF TEXAS        )      IN THE DISTRICT COURT
VS.                       )      94TH JUDICIAL DISTRICT
JOHN HENRY RAMIREZ        )        NUECES COUNTY, TEXAS

INDEX TO EXHIBITS

FOR THE STATE:

| SX-151 | Two $1.00 bills |
| SX-152 | Two Little Caesar receipts |
| SX-153 | Visa card |
| SX-154 | Photo (child) |
| SX-155 | Gearshift lever |
| SX-156 | Bic lighter |
| SX-157-167 | Blood and control sample swabs |
| SX-168-170 | Latent fingerprint cards |
| SX-171-176 | Photos (Angela Rodriguez) |
| SX-177-178 | Photos (Carpris) |
| SX-179-188 | Photos (Christina Chavez) |
| SX-189 | White rag |
| SX-190 | Clothing and changing sheet (Angela Rodriguez) |
| SX-191 | Clothing and change sheet (Christina Chavez) |
| SX-192-193 | Fingerprints and palm prints (John Henry Ramirez) |
| SX-194 | 2 tubes of blood (Rodriguez/Chavez) |
| SX-195 | 2 tubes of blood (J. Ramirez, Jr.) |
| SX-196 | Summary serology results |
| SX-197 | D.N.A. lab results |
| SX-198 | Work notes of P. Smith |
| SX-199-224 | Autopsy photos (Castro) |
| SX-225-226 | Autopsy diagram wounds |
| SX-227 | Photo of victim and wife |
| SX-228 | Photo of victim & children |
| SX-229 | Photo |
| SX-230 | Photo |
| SX-231 | Marine Corp. records |
| SX-232 | Judgment |
| SX-233 | SASSI Test |

FOR THE DEFENDANT:

| DX-3 | SASSI Test |
| DX-4 | Educational assessment |

FILED IN
COURT OF CRIMINAL APPEALS

OCT 06 2009

Louise Pearson, Clerk

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                    STATE'S EXHIBIT NO. 151 -
11                       TWO $1 BILLS
12
13
14
15
16
17
18
19
20
21
22
23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
24               (NUECES COUNTY, TEXAS)
25
```



STATE'S EXHIBIT NO. 152 –
TWO LITTLE CAESAR RECEIPTS

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
(NUECES COUNTY, TEXAS)

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                    STATE'S EXHIBIT NO. 153 -

11                         VISA CARD

12

13

14

15

16

17

18

19

20

21

22

23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24                 (NUECES COUNTY, TEXAS)

25
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10                STATE'S EXHIBIT NO. 154 -
11                   PHOTO (CHILD)
12
13
14
15
16
17
18
19
20
21
22
23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
24              (NUECES COUNTY, TEXAS)
25
```

1

2

3

4

5

6

7

8

9

10                     STATE'S EXHIBIT NO. 155 –

11                        GEARSHIFT LEVER

12

13

14

15

16

17

18

19

20

21

22

23         (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24                 (NUECES COUNTY, TEXAS)

25



STATE'S EXHIBIT NO. 156 –

BIC LIGHTER

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

1

2

3

4

5

6

7

8

9

10                  STATE'S EXHIBIT NO. 157 -

11          BLOOD AND CONTROL SAMPLE SWAB

12

13

14

15

16

17

18

19

20

21

22

23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24              (NUECES COUNTY, TEXAS)

25



STATE'S EXHIBIT NO. 158 –

BLOOD AND CONTROL SAMPLE SWAB

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

1

2

3

4

5

6

7

8

9

10                    STATE'S EXHIBIT NO. 159 –

11             BLOOD AND CONTROL SAMPLE SWAB

12

13

14

15

16

17

18

19

20

21

22

23        (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24                    (NUECES COUNTY, TEXAS)

25

1

2

3

4

5

6

7

8

9

10                    STATE'S EXHIBIT NO. 160 –

11          BLOOD AND CONTROL SAMPLE SWAB

12

13

14

15

16

17

18

19

20

21

22

23        (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24               (NUECES COUNTY, TEXAS)

25



STATE'S EXHIBIT NO. 161 -

BLOOD AND CONTROL SAMPLE SWAB

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

STATE'S EXHIBIT NO. 162 -

BLOOD AND CONTROL SAMPLE SWAB

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

1

2

3

4

5

6

7

8

9

10                      STATE'S EXHIBIT NO. 163 -

11              BLOOD AND CONTROL SAMPLE SWAB

12

13

14

15

16

17

18

19

20

21

22

23          (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24                    (NUECES COUNTY, TEXAS)

25

1
2
3
4
5
6
7
8
9
10              STATE'S EXHIBIT NO. 164 –
11          BLOOD AND CONTROL SAMPLE SWAB
12
13
14
15
16
17
18
19
20
21
22
23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
24              (NUECES COUNTY, TEXAS)
25

1

2

3

4

5

6

7

8

9

10              STATE'S EXHIBIT NO. 165 -

11        BLOOD AND CONTROL SAMPLE SWAB

12

13

14

15

16

17

18

19

20

21

22

23    (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

24            (NUECES COUNTY, TEXAS)

25



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STATE'S EXHIBIT NO. 166 –

BLOOD AND CONTROL SAMPLE SWAB

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

1
2
3
4
5
6
7
8
9
10           STATE'S EXHIBIT NO. 167 –
11        BLOOD AND CONTROL SAMPLE SWAB
12
13
14
15
16
17
18
19
20
21
22
23      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
24             (NUECES COUNTY, TEXAS)
25

| COMPLAINANT PABLO CASTRO | | | | | | OFFENSE # 04-045987 |
| LOCATION OF OFFENSE 1902 BALDWIN | | | | | | DATE 7-23-04 |
| BURG RES. | BURG N.R. | BURG VEH. | RORBERY W.E. | A.T. | HOMICIDE | MISC. CAPITAL MURDER |

LATENTS OBTAINED FROM
EXTERIOR SIDE OF THE FRONT DRIVER SIDE DOOR MIRROR GLASS OF A

MAROON 1999 FORD E-150 VAN BEARING TEXAS LICENSE #3CM-RO1,

| LATENTS OBTAINED BY | EMP. NUMBER |
| Rebel cole Massey | 1046 |



| COMPLAINANT | | | | | | OFFENSE # |
|---|---|---|---|---|---|---|
| PABLO CASTRO | | | | | | 04-045987 |
| LOCATION OF OFFENSE | | | | | | DATE |
| 1902 BALDWIN . | | | | | | 7-24-04 |
| BURG RES. | BURG N.R. | BURG VEH. | ROBBERY W.B. | A.T. | HOMICIDE | MISC. CAPITAL MURDER |

LATENTS OBTAINED FROM

EXTERIOR FRONT SIDE OF A CLEAR PLASTIC "MEMOREX" CD-R COMPACT

DISC CASE WITH (NEW CKRON & WRITTEN ON THE CD AND "WRITEBOY JOHN"

WRITTEN ON THE INSIDE COVER FOUND INSIDE OF THE TOP FOLD OUT TRAY OF

THE CENTER CONSOLE OF A MAROON 1994 DODGE RAM 2500 VAN BEARING TEXAS

LICENSE # J32-RDN.

| LATENTS OBTAINED BY | EMP. NUMBER |
|---|---|
| | 1046 |



STATE'S
EXHIBIT
169

Ramirez, John
374888
9-22-04 650mp