| COMPLAINANT PABLO CASTRO | | | | | | | OFFENSE # 04-045987 |
|---|---|---|---|---|---|---|---|
| LOCATION OF OFFENSE 1902 BALDWIN | | | | | | | DATE 7-26-04 |
| BURG RES. | BURG N.R. | BURG VEH. | ROBBERY W.B. | A.T. | HOMICIDE | MISC. CAPITAL MURDER | |

LATENTS OBTAINED FROM

BACK SIDE OF A WALLET SIZE PHOTOGRAPH PICTURE OF A SMALL

BOY THAT WAS FOUND LAYING ON THE FRONT PASSENGER FLOORBOARD

OF A MAROON 1999 FORD E-150 VAN BEARING TEXAS LICENSE #

3CM-RO1.

| LATENTS OBTAINED BY | EMP. NUMBER |
|---|---|
| *(signature)* | 1046 |

STATE'S
EXHIBIT
170



Ramirez, John
274888
9-16-04
65611N











STATE'S
EXHIBIT
171













































STATE'S
EXHIBIT
182





STATE'S
EXHIBIT
163









STATE'S
EXHIBIT
185



STATE'S
EXHIBIT
186





STATE'S
EXHIBIT
187







STATE'S EXHIBIT NO. 189 –

WHITE RAG

(ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)

(NUECES COUNTY, TEXAS)

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10              STATE'S EXHIBIT NO. 190 –
11          CLOTHING AND CHANGING SHEET
12              (ANGELA RODRIGUEZ)
13
14
15
16
17
18
19
20
21
22
23
24      (ORIGINAL ON FILE WITH DISTRICT CLERK'S OFFICE)
25              (NUECES COUNTY, TEXAS)
```