MCTFS BASIC TRAINING RECORD                    12/02/2003

SSN: 0454713620        NAME: RAMIREZ JR, JOHN H
RUC: 54980      COMPANY CODE:      PRES-GRADE: E2     RECSTAT: E    COMP CODE: 11
                PLT CODE:          TRNGRP:      R-RECSTAT:      RCOMP-CODE:
--------------------------------**UNIT TRAINING**---------------------------------

PFT DATE:    20030221      PRIOR PFT DATE:   00000000      BST/EST DATE:   200302

PFT SA:         1          PRIOR PFT SA:                   PERFORMED:      050
PFT SCORE:    253          PRIOR PFT SCORE:                ATTEMPTED:      050
PFT CLASS:      1          PRIOR PFT CLASS:                SCORE:          50
ANNIVERSARY DATE:          00000000
WEIGHT CONTROL STATUS:                         LEADERSHIP TRAINING:     1 BASIC
WEIGHT CONTROL DATE:       00000000            LEADERSHIP TRAINING DT:  200302
MIL APPEARANCE STATUS:                         SECURITY LECTURE DATE:   200304
MIL APPEARANCE DATE:       00000000            WATER SURVIVAL CODE:     2 2ND CLASS

WT CNTL QY:  00        MILAP QY:  00           WATER SURV REQUAL DATE:  200601
                                               GAS MASK SIZE:           C MEDIUM
HIV-III LECTURE DATE:      200302              GAS MASK TYPE:           N XM40
DRIVER IMPROVEMENT:        1 PASSED            GAS CHAMBER DATE:        200302
DRUG LECTURE DATE:         000000              HELMET SIZE:             C MEDIUM

CURRENT RIFLE QUAL DATE: 20030210             CURRENT PISTOL QUAL DATE:  000000
CURRENT RIFLE SCORE CD:       221             CURRENT PISTOL SCORE CD:
CURRENT RIFLE CLASS CD:         E             CURRENT PISTOL CLASS CD:

DISTINGUISHED DATE:           000000          DISTINGUISHED DATE:          000000
PET DATE:                     000000          PET DATE:                    000000
EXCEPTION:                                    EXCEPTION:
EXCEPTION DATE:               000000          EXCEPTION DATE:              000000

EXPERT RIFLE QUALIFICATIONS:   01             EXPERT PISTOL QUALIFICATIONS:  00

MASTER BRIEF SHEET

****** ADMINISTRATIVE INFORMATION (ORIGINATES FROM MCTFS - CONTACT YOUR ADMIN SECTION FOR CORRECTIONS) ******

| NAME | SSN | GRADE | RANK | LCN | DOR | TIG | TIS | CURRENT DUTY ASSIGNMENT | BILLET DESCRIPTION | LANGUAGES | DCTB |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOT IN ODS | xxxxx3620 | | N/A | | | | | | | UNKNOWN | |

| KEY DATE SUMMARY | | AWARDS | | | MILITARY OCCUPATIONAL SPECIALTIES | | | | | TRAINING SUMMARY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DEAF | | | | | PMOS | | | | | RIFLE | |
| TIS | | | | | AMOS1 | | AMOS4 | | | PISTOL | |
| PEBD | | | | | AMOS2 | | AMOS5 | | | PFT | |
| AFADBD | | | | | AMOS3 | | JOINT | | | MCMAP | |
| OSCD | | | | | | | BMOS | | | | |

| | CIVILIAN | | | | MILITARY | EDUCATION SUMMARY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACC COMM | | | | | | | | | PME | | |
| DOR COMM | | | | | | | | | | | |
| DOR LDO | | | | | | | | | | | |
| DSG PILOT | | | | | | | | | | | |
| DCADB | | | | | | | | | | | |
| EAS | | | | | | | | | | | |

****** PERFORMANCE EVALUATION SUMMARY ******

| | | | | REPORTING SENIOR MARKINGS | | | | | | | | | | | | REVIEWING OFFICER MARKINGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporting Senior | | Per | Pro | Cou | Eff | Ini | Lea | Dev | Set | Ens | Co | PME | Dec | Jud | Eval | Reviewing Officer | RO marks - same grade at processing |
| Promote | Reports | RPT Avg | | Rs Avg | | RS High | | RPT at High | RV at Proc | | Cum RV | | | | | Obser | Concur | RO marks - same grade cumulative |

| ADMINISTRATIVE SUMMARY | | | |
|---|---|---|---|
| Grade | OCC | From | Months | Billet Description |
| | | To | Com|Adv | Command |
| BMOS | Type | | |

CAUSE NO. _04-2686-3_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| vs. | § | AT LAW NO. _3_ |
| _John Ramirez_ | § | |
| | § | OF NUECES COUNTY, TEXAS |

### ORDER DEFERRING ADJUDICATION OF GUILTY AND
### PLACING DEFENDANT ON COMMUNITY SUPERVISION

Defendant, having been charged in the above entitled and numbered cause for the misdemeanor offense of _unlawful carrying of a weapon_ alleged to have been committed on or about _March 25, 2004_. This cause being this day called for trial, the State appeared by her County Attorney and the Defendant appeared in person "with" or "having waived" counsel, and both parties announced ready for trial. The said Defendant elected to proceed under Article 42.12 Sec. 5(d) of the Code of Criminal Procedure and in open court, no jury having been provided, the Defendant having waived ~~arraignment~~ and formal reading of the information, pleaded "guilty" "nolo contendere" to the offense as described above.

The trial proceeded before the Court, and the Court having heard the testimony and having found that the evidence substantiates the Defendant's guilt, and the Court being of the opinion that the best interests of society and of the Defendant would be served by deferring further proceedings without an adjudication of guilty being entered and there upon places the Defendant on community supervision in this cause.

IT IS THEREFORE ORDERED by the Court, with the authority conferred by Article 42.12 Section 5(d) of the Texas Code of Criminal Procedure, that the Defendant in this cause is hereby placed on community supervision, without a judgment of guilty entered, upon those conditions as set out below for a period of _9_ months, said community supervisionary period beginning with the date entered in this order.

IT IS THE ORDER OF THE COURT THAT YOU COMPLY WITH THE FOLLOWING CONDITIONS OF COMMUNITY SUPERVISION:

1. Not commit an offense against the laws of this state or of any other state or of the United States.

2. Report to the Community Supervision Officer as directed by the Court or Community Supervision Officer, at least once each month, and obey all rules and regulations of the Community Supervision Department.

-1-


STATE'S
EXHIBIT
_232_

3. Remain in Nueces County, Texas, unless permitted to depart by the Court through the Community Supervision Department.

4. Report any change of residence, job or job status to the Community Supervision Officer within seventy-two (72) hours.

5. Permit the Community Supervision Officer to visit you at home, at your work, or elsewhere.

6. Work faithfully at employment suitable to the Court and Community Supervision Department.

7. Avoid persons or places of disreputable or harmful character.

8. Avoid injurious or vicious habits, avoid the excessive use of alcoholic beverages, and/or avoid the unlawful use of drugs, narcotics, or any other controlled substances.

9. Shall complete ___100___ hours of community service under the direction of the Community Supervision Correction Department or Sheriff's Department. All programs including community service hours, must begin within (10) days of this order and must be completed ~~within (120) days~~ *as follows:* 20 hrs by July 30, 2004; 20 hrs by Aug 30, 2004; 20 hrs by Sept 30, 2004; 20 hrs by Oct 30, 2004; 20 hrs by Nov 30, 2004

10. Other: _random urine analysis_        *anger management*

YOU ARE FURTHER ORDERED TO PAY THE FOLLOWING:

|   |   | AMOUNT | TO BE PAID BY |
|---|---|---|---|
| a. | FINE | $ 0 | *installment agreement* |
| b. | COURT COSTS (estimated to be) | $ 211.00 | |
| c. | COMMUNITY SUPERVISION FEE | $ 35.00 | *monthly due on reporting date* |
| d. | REIMBURSEMENT FOR APPOINTED ATTORNEY | $ | |
| e. | RESTITUTION | $ 25.00 | *1X contribution to Crime Stoppers Program* |

THE FINE, COURT COSTS, AND REIMBURSEMENT for Appointed Attorney shall be paid to the Clerk of the County Courts at Law, Nueces County, Texas.

**COMMUNITY SUPERVISION FEES** shall be paid to the Nueces County Community Supervision & Corrections Department each and every month upon reporting to the Community Supervision Officer.

**RESTITUTION** shall be paid through the Nueces County Community Supervision Department as set out above to:

_____
_____
_____
_____

**SIGNED ORDERED AND ENTERED THIS DATE**

April 16, 2004                          _M_____
DATE                    JUDGE PRESIDING

I HAVE RECEIVED A COPY OF THIS ORDER AND THE CONDITIONS OF COMMUNITY SUPERVISION.

X _John H. _____ Jr.
DEFENDANT

_Pro Se_
DEFENSE COUNSEL (IF ANY)

Clerk of the Court furnished Community Supervisor with a copy of this order.

FILED

_Heather a tranguy_

MC 4/16/04

a:forms/04-07-98 Revised LGJ/og

-3-

STATE OF TEXAS
COUNTY OF NUECES
The above and foregoing is a true and
correct copy as the same appears on
file and/or recorded in the appropriate
records of Nueces County, Texas

I hereby certified on ___11/24/2008___

PATSY PEREZ
NUECES COUNTY DISTRICT CLERK
CLERK OF THE DISTRICT AND COUNTY COURTS AT LAW

mc

# SASSI-3  Substance Abuse Subtle Screening Inventory
For free consultation on this profile 1-888 BY SASSI • 1-888-297-2774 • M–Th 8–6 • Fri 8–5 EST


SASSI

Name  Ramirez, John Henry   Gender **M**  Age 19
Client ID _____   Test Date  4/20/4

| RAP | Random Answering Pattern |
|---|---|

O

Check if RAP is 2 or more.
Results may not be meaningful.
Try to resolve problem before proceeding.

### Adult Male Profile

| | Face Valid Alcohol | Face Valid Other Drugs | Symptoms | Obvious Attributes | Subtle Attributes | Defensiveness | Supplemental Addiction Measure | Family vs. Controls | Correctional |
|---|---|---|---|---|---|---|---|---|---|
| | FVA | FVOD | SYM | OAT | SAT | DEF | SAM | FAM | COR |
| Scores | 9 | 11 | 8 | 6 | 5 | 6 | 11 | 5 | 8 |

Check every rule, yes or no.

| Rule 1 | FVA 18 or more? | yes / no ✓ |
| Rule 2 | FVOD 16 or more? | yes / no ✓ |
| Rule 3 | SYM 7 or more? | yes ✓ / no |
| Rule 4 | OAT 10 or more? | yes / no ✓ |
| Rule 5 | SAT 6 or more? | yes / no ✓ |

Rule 6
OAT   7 or more □ and
SAT   5 or more □. Both?  yes / no ✓

Rule 7
FVA   9 or more OR } □ and
FVOD  15 or more
SAM   □ or more.  Both?  yes ✓ / no

Rule 8
OAT   5 or more □ and
DEF   8 or more □ and
SAM   8 or more □. All three?  yes / no ✓

Rule 9
FVA   8 or more OR } □ and
FVOD  6 or more
SAT   2 or more □ and
DEF   4 or more □ and
SAM   4 or more □. All four?  yes / no

THE DECISION RULE:

3.79

**ANY** rule answered "yes"?  ⇒  **HIGH PROBABILITY** of having a Substance Dependence Disorder

**All** rules answered "no"?  ⇒  LOW PROBABILITY of having a Substance Dependence Disorder

Check if DEF is 8 or more. Elevated DEF scores increase the possibility of the SASSI missing substance dependent individuals. Elevated DEF may also reflect situational factors.
Copyright © 1988, 1994, 1997 Glenn A. Miller          B-P301 P-B  7/99

STATE'S EXHIBIT
233

DEFENDANT'S EXHIBIT
3

1381

For each item below, circle the number which reflects how often you have experienced the situation described during:

☑ your entire life
☐ the past six months
☐ the six months before _____
☐ the six months since _____



the **S·A·S·S·I**

## ALCOHOL (FVA)

| | | Never | Once or Twice | Several Times | Repeatedly |
|---|---|---|---|---|---|
| 1. | Had drinks with lunch? | 0 | 1 | 2 | 3 |
| 2. | Taken a drink or drinks to help you express your feelings or ideas? | 0 | 1 | 2 | 3 |
| 3. | Taken a drink or drinks to relieve a tired feeling or give you energy to keep going? | 0 | 1 | 2 | 3 |
| 4. | Had more to drink than you intended to? | 0 | 1 | 2 | 3 |
| 5. | Experienced physical problems after drinking (e.g. nausea, seeing/hearing problems, dizziness, etc.)? | 0 | 1 | 2 | 3 |
| 6. | Gotten into trouble on the job, in school, or at home because of drinking? | 0 | 1 | 2 | 3 |
| 7. | Become depressed after having sobered up? | 0 | 1 | 2 | 3 |
| 8. | Argued with your family or friends because of your drinking? | 0 | 1 | 2 | 3 |
| 9. | Had the effects of drinking recur after not drinking for a while (e.g. flashbacks, hallucinations, etc.)? | 0 | 1 | 2 | 3 |
| 10. | Had problems in relationships because of your drinking (e.g. loss of friends, separation, divorce, etc.)? | 0 | 1 | 2 | 3 |
| 11. | Become nervous or had the shakes after having sobered up? | 0 | 1 | 2 | 3 |
| 12. | Tried to commit suicide while drunk? | 0 | 1 | 2 | 3 |

## OTHER DRUGS (FVOD)

| | | Never | Once or Twice | Several Times | Repeatedly |
|---|---|---|---|---|---|
| 1. | Taken drugs to improve your thinking and feeling? | 0 | 1 | 2 | 3 |
| 2. | Taken drugs to help you feel better about a problem? | 0 | 1 | 2 | 3 |
| 3. | Taken drugs to become more aware of your senses (e.g. sight, hearing, touch, etc.)? | 0 | 1 | 2 | 3 |
| 4. | Taken drugs to improve your enjoyment of sex? | 0 | 1 | 2 | 3 |
| 5. | Taken drugs to help forget that you feel helpless and unworthy? | 0 | 1 | 2 | 3 |
| 6. | Taken drugs to forget school, work, or family pressures? | 0 | 1 | 2 | 3 |
| 7. | Gotten into trouble with the law because of drugs? | 0 | 1 | 2 | 3 |
| 8. | Gotten really stoned or wiped out on drugs (more than just high)? | 0 | 1 | 2 | 3 |
| 9. | Tried to talk a doctor into giving you some prescription drug (e.g. tranquilizers, pain killers, diet pills, etc.)? | 0 | 1 | 2 | 3 |
| 10. | Spent your spare time in drug-related activities (e.g. talking about drugs, buying, selling, taking, etc.)? | 0 | 1 | 2 | 3 |
| 11. | Used drugs and alcohol at the same time? | 0 | 1 | 2 | 3 |
| 12. | Continued to take a drug or drugs in order to avoid the pain of withdrawal? | 0 | 1 | 2 | 3 |
| 13. | Felt your drug use has kept you from getting what you want out of life? | 0 | 1 | 2 | 3 |
| 14. | Been accepted into a treatment program because of drug use? | 0 | 1 | 2 | 3 |

Marital Status:  Married or equivalent ☐  Never Married ☐  Divorced ☐  Widowed ☐  Separated ☐

Employment Status:  Full-time ☐  Part-time ☐  Not employed ☑  Student ☐  Homemaker ☐  Disabled ☐  Retired ☐

Highest Grade Completed _12th_   Ethnic Origin _Hispanic_   Number of People in your Family: _4_

Weekly Family Take Home Income:

☐ Refuse not to answer
☐ $0
☐ Less than $200
☐ $200-300

☐ $301-400
☐ $401-500
☐ $501-600
☐ $501-700

☐ $701-800
☐ $801-900
☐ Over $900
☑ Not Sure

Miscellaneous

☐ A   ☐ D
☐ B   ☐ E
☐ C   ☐ F

# SASSI - 3
# ADULT FORM

If a statement tends to be TRUE for you, fill in the square in the column headed T: that is, ■
If a statement tends to be FALSE for you, fill in the square in the column headed F: that is, ■
Please try to answer all questions.

Fill in this way ■
Not like this ☒

| T | F | |
|---|---|---|
| 1. | | Most people would lie to get what they want. |
| 2. | | Most people make some mistakes in their life. |
| 3. | | I usually "go along" and do what others are doing. |
| 4. | | I have never been in trouble with the police. |
| 5. | | I was always well behaved in school.* |
| 6. | | My troubles are not all my fault.* |
| 7. | | I have not lived the way I should. |
| 8. | | I can be friendly with people who do many wrong things. |
| 9. | | I do not like to sit and daydream.* |
| 10. | | No one has ever criticized or punished me. |
| 11. | | Sometimes I have a hard time sitting still. |
| 12. | | People would be better off if they took my advice. |
| 13. | | At times I feel worn out for no special reason.* |
| 14. | | I think I would enjoy moving to an area I've never been before. |
| 15. | | It is better not to talk about personal problems. |
| 16. | | I have had days, weeks or months when I couldn't get much done because I just wasn't up to it. |
| 17. | | I am very respectful of authority. |
| 18. | | I like to obey the law.* |
| 19. | | I have been tempted to leave home.* |
| 20. | | I often feel that strangers look at me with disapproval. |
| 21. | | Other people would fall apart if they had to deal with what I handle. |
| 22. | | I have avoided people I did not wish to speak to: |
| 23. | | Some crooks are so clever that I hope they get away with what they have done. |
| 24. | | My school teachers had some problems with me.* |
| 25. | | I have never done anything dangerous just for fun. |
| 26. | | I need to have something to do so I don't get bored. |
| 27. | | I have sometimes drunk too much.* |
| 28. | | Much of my life is uninteresting. |
| 29. | | Sometimes I wish I could control myself better.* |
| 30. | | I believe that people sometimes get confused. |
| 31. | | Sometimes I am no good for anything at all.* |
| 32. | | I break more laws than many people.* |
| 33. | | If some friends and I were in trouble together, I would rather take the whole blame than tell on them. |

| T | F | |
|---|---|---|
| 34. | | Crying does not help anything. |
| 35. | | I think there is something wrong with my memory.* |
| 36. | | I have sometimes been tempted to hit people.* |
| 37. | | My most important successes are not a direct result of my effort. |
| 38. | | I always feel sure of myself. |
| 39. | | I have never broken a major law.* |
| 40. | | There have been times when I have done things I couldn't remember later. |
| 41. | | I think carefully about all my actions.* |
| 42. | | I have used alcohol or "pot" too much or too often. |
| 43. | | Nearly everyone enjoys being picked on and made fun of. |
| 44. | | I know who is to blame for most of my troubles. |
| 45. | | I frequently make lists of things to do. |
| 46. | | I guess I know some pretty undesirable types.* |
| 47. | | Most people will laugh at a joke at times. |
| 48. | | I have rarely been punished.* |
| 49. | | I smoke cigarettes regularly. |
| 50. | | At times I have been so full of energy that I felt I didn't need sleep for days at a time. |
| 51. | | I have sometimes sat about when I should have been working.* |
| 52. | | I am often resentful. |
| 53. | | I take all my responsibilities seriously.* |
| 54. | | I have neglected obligations to family or work because of drinking or using drugs. |
| 55. | | I have had a drink; first thing in the morning to steady my nerves or get rid of a hangover. |
| 56. | | While I was a teenager, I began drinking or using other drugs regularly. |
| 57. | | My father was/is a heavy drinker or drug user. |
| 58. | | When I drink or use drugs I tend to get into trouble. |
| 59. | | My drinking or other drug use causes problems between me and my family. |
| 60. | | I do most of my drinking or drug using away from home. |
| 61. | | At least once a week I use some non-prescription antacid and/or diarrhea medicine. |
| 62. | | I have never felt sad over anything. |
| 63. | | I am rarely at a loss for words.* |
| 64. | | I am usually happy.* |
| 65. | | I am a restless person. |
| 66. | | I like doing things on the spur of the moment. |
| 67. | | I am a binge drinker/drug user. |

Name __John Henry Ramirez Jr.__   Date __11-27-04__   Sex __M__   Age __19__

IT IS ILLEGAL TO REPRODUCE THIS FORM

©Copyright, June 1997 by Glenn Miller

the S·A·S·S·I

*These items are taken from the Psychological Screening Inventory, Copyright 1986 by Richard I. Lanyon, Ph.D. and are used here by permission.

S  P001LGT  2/97



# ADULT PLACEMENT INDICATOR (API)

Form A ☐  **ANSWER SHEET**  Form B ☐

Name

APR 27 2004

REMINDER: Mark only on the answer sheet. Keep the mark in the answer space. Make sure the row you mark has the same number as the question. Each question has only one correct answer. If you change an answer, erase cleanly.

## VOCABULARY

PRACTICE
( a )  ( b )  ( c )  ( d )

| | | |
|---|---|---|
| 9 (a) ● (c) (d) | 23 (a) (b) (c) ● | 37 (a) (b) (c) (d) |
| 10 (a) ● (c) (d) | 24 ● (b) (c) (d) | 38 (a) (b) (c) (d) |
| 11 (a) (b) ● (d) | 25 (a) (b) ● (d) | 39 (a) (b) (c) (d) |
| 12 (a) ● (c) (d) | 26 (a) ● (c) (d) | 40 (a) (b) (c) (d) |
| 13 (a) ● (c) (d) | 27 (a) (b) (c) (d) | 41 (a) (b) (c) (d) |
| 14 (a) (b) (c) ● | 28 (a) ● (c) (d) | 42 (a) (b) (c) (d) |
| 15 (a) ● (c) (d) | 29 (a) (b) (c) ● | 43 (a) (b) (c) (d) |
| 16 (a) (b) ● (d) | 30 (a) (b) ● (d) | 44 (a) (b) (c) (d) |
| 17 (a) (b) (c) ● | 31 (a) (b) (c) ● | 45 (a) (b) (c) (d) |
| 18 (a) (b) ● (d) | 32 (a) ● (c) (d) | 46 (a) (b) (c) (d) |
| 19 ● (b) (c) (d) | 33 (a) (b) (c) ● | 47 (a) (b) (c) (d) |
| 20 (a) ● (c) (d) | 34 ● (b) (c) (d) | 48 (a) (b) (c) (d) |
| 21 (a) (b) ● (d) | 35 (a) (b) ● (d) | 49 (a) (b) (c) (d) |
| 22 (a) (b) (c) (d) | 36 (a) (b) ● (d) | 50 (a) (b) (c) (d) |

| | |
|---|---|
| 1 (a) (b) ● (d) | |
| 2 ● (b) (c) (d) | |
| 3 ● (b) (c) (d) | |
| 4 (a) (b) (c) ● | |
| 5 ● (b) (c) (d) | |
| 6 ● (b) (c) (d) | |
| 7 ● (b) (c) (d) | |
| 8 (a) (b) ● (d) | |

## COMPREHENSION

**— E —**
| | | |
|---|---|---|
| 12 (a) ● (c) (d) | 27 (a) (b) ● (d) | 42 (a) (b) (c) (d) |
| 13 (a) ● (c) ● | 28 (a) (b) (c) ● | 43 (a) (b) (c) (d) |
| 14 ● (b) (c) (d) | 29 (a) (b) (c) ● | 44 (a) (b) (c) (d) |

**— A —** / **— F —** / **— J —** / **— K —** / **— O —** / **— P —**
| | | |
|---|---|---|
| 1 (a) ● (c) (d) | 15 ● (b) (c) (d) | 30 ● (b) (c) (d) |
| 2 ● (b) (c) (d) | 16 (a) ● (c) (d) | 31 (a) (b) ● (d) |
| | 17 (a) (b) (c) ● | 32 (a) (b) ● (d) |

**— B —** / **— G —** / **— L —** / **— Q —**
| | | |
|---|---|---|
| 3 (a) (b) (c) ● | 18 (a) ● (c) (d) | 33 (a) (b) (c) ● |
| 4 (a) ● (c) (d) | 19 (a) (b) ● (d) | 34 (a) (b) (c) ● |
| 5 (a) ● (c) (d) | 20 (a) (b) ● (d) | 35 (a) (b) ● (d) |

**— C —** / **— H —** / **— M —**
| | | |
|---|---|---|
| 6 ● (b) (c) (d) | 21 ● (b) (c) (d) | 36 (a) (b) ● (d) |
| 7 (a) (b) ● (d) | 22 (a) ● (c) (d) | 37 (a) ● (c) (d) |
| 8 (a) ● (c) (d) | 23 (a) (b) (c) ● | 38 (a) ● (c) (d) |

**— D —** / **— I —** / **— N —**
| | | |
|---|---|---|
| 9 (a) (b) ● (d) | 24 ● (b) (c) (d) | 39 (a) (b) (c) (d) |
| 10 (a) (b) ● (d) | 25 (a) (b) (c) (d) | 40 (a) (b) (c) (d) |
| 11 ● (b) (c) (d) | 26 (a) (b) ● (d) | 41 (a) (b) (c) (d) |

DEFENDANT'S EXHIBIT 4



NAME  John          Henry          Ramirez
        First         Middle          Last

ADDRESS  Corpus Christi        Te.        78415
            City               State        Zip

06-29-84    454713620    (361) 0195
Birthdate   Social Security No.   Phone

| SCORES | | RAW SCORE | G.E. |
|---|---|---|---|
| Vocabulary | Pre | | |
| | Post | 25 | |
| Comprehensive | Pre | | |
| | Post | 36 | |
| TOTAL | Pre | | |
| | Post | 61 | 8.1 |

# Hadley Press

3654 Hadley Road, Hadley, Michigan 48440
Copyright©, 1986 Hadley Press
All rights reserved. The purchase of this Answer Sheet entitles the buyer the right to reproduce this sheet for use in the classroom.
Rev. 5/92




mc

# SASSI-3 Substance Abuse Subtle Screening Inventory
For free consultation on this profile 1-888 BY SASSI • 1-888-297-2774 • M–Th 8–6 • Fri 8–5 EST


the S·A·S·S·I

Name **Ramirez, John Henry**   Gender **M**   Age **19**

Client ID _____   Test Date **4/20/14**

| RAP | Random Answering Pattern |
|---|---|
| 0 | **Check if RAP is 2 or more.** Results may not be meaningful. Try to resolve problem before proceeding. |

## Adult Male Profile

| | Face Valid Alcohol | Face Valid Other Drugs | Symptoms | Obvious Attributes | Subtle Attributes | Defensiveness | Supplemental Addiction Measure | Family vs. Controls | Correctional |
|---|---|---|---|---|---|---|---|---|---|
| | FVA | FVOD | SYM | OAT | SAT | DEF | SAM | FAM | COR |
| Scores | 9 | 11 | 8 | 6 | 5 | 6 | 11 | 5 | 8 |

### Check every rule, yes or no.

**Rule 1** — FVA 18 or more?   yes [ ] no [✓]

**Rule 2** — FVOD 16 or more?   yes [ ] no [✓]

**Rule 3** — SYM 7 or more?   yes [✓] no [ ]

**Rule 4** — OAT 10 or more?   yes [ ] no [✓]

**Rule 5** — SAT 6 or more?   yes [ ] no [✓]

**Rule 6**
OAT 7 or more  6  and
SAT 5 or more  4.   **Both?**   yes [ ] no [✓]

**Rule 7**
FVA 9 or more OR  9  } 4 and
FVOD 15 or more
SAM 8 or more  4.   **Both?**   yes [✓] no [ ]

**Rule 8**
OAT 5 or more  4  and
DEF 8 or more  4  and
SAM 8 or more  4.   **All three?**   yes [ ] no [✓]

**Rule 9**
FVA 8 or more OR  9  } 4 and
FVOD 6 or more
SAT 2 or more  4  and
DEF 4 or more  4  and
SAM 4 or more  4.   **All four?**   yes [✓] no [ ]

## THE DECISION RULE:

3, 7, 9

**Any rule answered "yes"?**  →  **HIGH PROBABILITY** of having a Substance Dependence Disorder

**All rules answered "no"?**  →  **LOW PROBABILITY** of having a Substance Dependence Disorder

Check if DEF is 8 or more. Elevated DEF scores increase the possibility of the SASSI missing substance dependent individuals. Elevated DEF may also reflect situational factors.

STATE'S EXHIBIT 233

DEFENDANT'S EXHIBIT 3

1381

Copyright © 1988, 1994, 1997 Glenn A. Miller    B-P301 P-B 7/99



**The S·A·S·S·I**

For each item below, circle the number which reflects how often you have experienced the situation described during:
☑ your entire life
☐ the past six months
☐ the six months before _____
☐ the six months since _____

## OTHER DRUGS (FVOD)

| | Never | Once or Twice | Several Times | Repeatedly |
|---|---|---|---|---|
| 1. Taken drugs to improve your thinking and feeling? | 0 | 1 | 2 | 3 |
| 2. Taken drugs to help you feel better about a problem? | 0 | 1 | 2 | 3 |
| 3. Taken drugs to become more aware of your senses (e.g. sight, hearing, touch, etc.)? | 0 | 1 | 2 | 3 |
| 4. Taken drugs to improve your enjoyment of sex? | 0 | 1 | 2 | 3 |
| 5. Taken drugs to help forget that you feel helpless and unworthy? | 0 | 1 | 2 | 3 |
| 6. Taken drugs to forget school, work, or family pressures? | 0 | 1 | 2 | 3 |
| 7. Gotten into trouble with the law because of drugs? | 0 | 1 | 2 | 3 |
| 8. Gotten really stoned or wiped out on drugs (more than just high)? | 0 | 1 | 2 | 3 |
| 9. Tried to talk a doctor into giving you some prescription drug (e.g. tranquilizers, pain killers, diet pills, etc.)? | 0 | 1 | 2 | 3 |
| 10. Spent your spare time in drug-related activities (e.g. talking about drugs, buying, selling, taking, etc.)? | 0 | 1 | 2 | 3 |
| 11. Used drugs and alcohol at the same time? | 0 | 1 | 2 | 3 |
| 12. Continued to take a drug or drugs in order to avoid the pain of withdrawal? | 0 | 1 | 2 | 3 |
| 13. Felt your drug use has kept you from getting what you want out of life? | 0 | 1 | 2 | 3 |
| 14. Been accepted into a treatment program because of drug use? | 0 | 1 | 2 | 3 |




## ALCOHOL (FVA)

| | Never | Once or Twice | Several Times | Repeatedly |
|---|---|---|---|---|
| 1. Had drinks with lunch? | 0 | 1 | 2 | 3 |
| 2. Taken a drink or drinks to help you express your feelings or ideas? | 0 | 1 | 2 | 3 |
| 3. Taken a drink or drinks to relieve a tired feeling or give you energy to keep going? | 0 | 1 | 2 | 3 |
| 4. Had more to drink than you intended to? | 0 | 1 | 2 | 3 |
| 5. Experienced physical problems after drinking (e.g. nausea, seeing/hearing problems, dizziness, etc.)? | 0 | 1 | 2 | 3 |
| 6. Gotten into trouble on the job, in school, or at home because of drinking? | 0 | 1 | 2 | 3 |
| 7. Become depressed after having sobered up? | 0 | 1 | 2 | 3 |
| 8. Argued with your family or friends because of your drinking? | 0 | 1 | 2 | 3 |
| 9. Had the effects of drinking recur after not drinking for a while (e.g. flashbacks, hallucinations, etc.)? | 0 | 1 | 2 | 3 |
| 10. Had problems in relationships because of your drinking (e.g. loss of friends, separation, divorce, etc.)? | 0 | 1 | 2 | 3 |
| 11. Become nervous or had the shakes after having sobered up? | 0 | 1 | 2 | 3 |
| 12. Tried to commit suicide while drunk? | 0 | 1 | 2 | 3 |

Marital Status:  Married or equivalent ☐  Never Married ☐  Divorced ☐  Widowed ☐  Separated ☐

Employment Status:  Full-time ☑  Part-time ☐  Not employed ☑  Student ☐  Homemaker ☐  Disabled ☐  Retired ☐

Highest Grade Completed  12th   Ethnic Origin  hispanic   Number of People in your Family:  4

Weekly Family Take Home Income:
☐ Prefer not to answer  ☐ $301-400  ☐ $701-800  Miscellaneous
☐ $0  ☐ $401-500  ☐ $801-900  ☐ A  ☐ D
☐ Less than $200  ☐ $501-600  ☐ Over $900  ☐ B  ☐ E
☐ $200-300  ☐ $601-700  ☐ Not Sure  ☐ C  ☐ F

138

# SASSI - 3
## ADULT FORM

If a statement tends to be TRUE for you, fill in the square in the column headed T: that is,
If a statement tends to be FALSE for you, fill in the square in the column headed F: that is,
Please try to answer all questions.

Fill in this way
Not like this

1. Most people would lie to get what they want.
2. Most people make some mistakes in their life.
3. I usually "go along" and do what others are doing.
4. I have never been in trouble with the police.*
5. I was always well behaved in school.*
6. My troubles are not all my fault.*
7. I have not lived the way I should.
8. I can be friendly with people who do many wrong things.
9. I do not like to sit and daydream.*
10. No one has ever criticized or punished me.
11. Sometimes I have a hard time sitting still.
12. People would be better off if they took my advice.
13. At times I feel worn out for no special reason.*
14. I think I would enjoy moving to an area I've never been before.
15. It is better not to talk about personal problems.
16. I have had days, weeks or months when I couldn't get much done because I just wasn't up to it.
17. I am very respectful of authority.
18. I like to obey the law.
19. I have been tempted to leave home.*
20. I often feel that strangers look at me with disapproval.
21. Other people would fall apart if they had to deal with what I handle.
22. I have avoided people I did not wish to speak to.
23. Some crooks are so clever that I hope they get away with what they have done.
24. My school teachers had some problems with me.
25. I have never done anything dangerous just for fun.
26. I need to have something to do so I don't get bored.
27. I have sometimes drunk too much.*
28. Much of my life is uninteresting.*
29. Sometimes I wish I could control myself better.*
30. I believe that people sometimes get confused.
31. Sometimes I am no good for anything at all.*
32. I break more laws than many people.*
33. If some friends and I were in trouble together, I would rather take the whole blame than tell on them.

34. Crying does not help anything.
35. I think there is something wrong with my memory.*
36. I have sometimes been tempted to hit people.
37. My most important successes are not a direct result of my effort.
38. I always feel sure of myself.
39. I have never broken a major law.*
40. There have been times when I have done things I couldn't remember later.
41. I think carefully about all my actions.*
42. I have used alcohol or "pot" too much or too often.
43. Nearly everyone enjoys being picked on and made fun of.
44. I know who is to blame for most of my troubles.
45. I frequently make lists of things to do.
46. I guess I know some pretty undesirable types.
47. Most people will laugh at a joke at times.
48. I have rarely been punished.*
49. I smoke cigarettes regularly.
50. At times I have been so full of energy that I felt I didn't need sleep for days at a time.
51. I have sometimes sat about when I should have been working.*
52. I am often resentful.
53. I take all my responsibilities seriously.*
54. I have neglected obligations to family or work because of drinking or using drugs.
55. I have had a drink first thing in the morning to steady my nerves or get rid of a hangover.
56. While I was a teenager, I began drinking or using other drugs regularly.
57. My father was/is a heavy drinker or drug user.
58. When I drink or use drugs I tend to get into trouble.
59. My drinking or other drug use causes problems between me and my family.
60. I do most of my drinking or drug using away from home.
61. At least once a week I use some non-prescription antacid and/or diarrhea medicine.
62. I have never felt sad over anything.
63. I am rarely at a loss for words.*
64. I am usually happy.
65. I am a restless person.
66. I like doing things on the spur of the moment.
67. I am a binge drinker/drug user.

Name: John Henry Ramirez Jr.   Date: 04-27-04   Sex M   Age 19

**IT IS ILLEGAL TO REPRODUCE THIS FORM**
©Copyright, June 1997 by Glenn Miller

the S.A.S.S.I

*These items are taken from the Psychological Screening Inventory. Copyright 1968 by Richard I. Lanyon, Ph.D. and are used here by permission.

S   P301LGT   2/97

1582

# ADULT PLACEMENT INDICATOR (API)

## ANSWER SHEET

Form A ☐     Form B ☐

Name

APR 27 2004

REMINDER: Mark only on the answer sheet. Keep the mark in the answer space. Make sure the row you mark has the same number as the question. Each question has only one correct answer. If you change an answer, erase cleanly.

### VOCABULARY

PRACTICE
( a ) ( b ) ( c ) ( d )

9 ( a ) ● ( c ) ( d )     23 ( a ) ( b ) ( c ) ●     37 ( a ) ( b ) ( c ) ( d )
10 ( a ) ● ( c ) ( d )     24 ● ( b ) ( c ) ( d )     38 ( a ) ( b ) ( c ) ( d )
11 ( a ) ( b ) ● ( d )     25 ( a ) ( b ) ● ( d )     39 ( a ) ( b ) ( c ) ( d )
12 ( a ) ● ( c ) ( d )     26 ( a ) ( b ) ● ( d )     40 ( a ) ( b ) ( c ) ( d )
13 ( a ) ● ( c ) ( d )     27 ( a ) ( b ) ( c ) ( d )     41 ( a ) ( b ) ( c ) ( d )
14 ( a ) ( b ) ● ( c )     28 ( a ) ( b ) ● ( d )     42 ( a ) ( b ) ( c ) ( d )

1 ( a ) ( b ) ● ( d )     15 ( a ) ( b ) ● ( d )     29 ( a ) ( b ) ● ( d )     43 ( a ) ( b ) ( c ) ( d )
2 ● ( b ) ( c ) ( d )     16 ( a ) ( b ) ● ( d )     30 ( a ) ( b ) ● ( d )     44 ( a ) ( b ) ( c ) ( d )
3 ● ( b ) ( c ) ( d )     17 ( a ) ( b ) ● ( c )     31 ( a ) ( b ) ( c ) ( d )     45 ( a ) ( b ) ( c ) ( d )
4 ( a ) ( b ) ( c ) ●     18 ( a ) ( b ) ● ( d )     32 ( a ) ( b ) ( c ) ( d )     46 ( a ) ( b ) ( c ) ( d )
5 ( a ) ● ( c ) ( d )     19 ● ( b ) ( c ) ( d )     33 ( a ) ( b ) ( c ) ( d )     47 ( a ) ( b ) ( c ) ( d )
6 ( a ) ( b ) ● ( d )     20 ( a ) ( b ) ( c ) ●     34 ( a ) ( b ) ( c ) ( d )     48 ( a ) ( b ) ( c ) ( d )
7 ● ( b ) ( c ) ( d )     21 ( a ) ( b ) ( c ) ●     35 ( a ) ( b ) ( c ) ( d )     49 ( a ) ( b ) ( c ) ( d )
8 ( a ) ( b ) ● ( d )     22 ● ( b ) ( c )     36 ( a ) ( b ) ( c ) ( d )     50 ( a ) ( b ) ( c ) ( d )

### COMPREHENSION

— E —
12 ( a ) ● ( c ) ( d )
13 ( a ) ( b ) ( c ) ●
14 ● ( b ) ( c ) ( d )

— J —
27 ( a ) ( b ) ( c ) ( d )
28 ( a ) ( b ) ● ( d )
29 ( a ) ( b ) ( c ) ●

— O —
42 ( a ) ( b ) ( c ) ( d )
43 ( a ) ( b ) ( c ) ( d )
44 ( a ) ( b ) ( c ) ( d )

— A —
1 ( a ) ● ( c ) ( d )
2 ● ( b ) ( c ) ( d )

— F —
15 ● ( b ) ( c ) ( d )
16 ( a ) ● ( c ) ( d )
17 ( a ) ( b ) ● ( c )

— K —
30 ( a ) ( b ) ● ( d )
31 ( a ) ( b ) ⓒ ●
32 ( a ) ( b ) ( c ) ●

— P —
45 ( a ) ( b ) ( c ) ( d )
46 ( a ) ( b ) ( c ) ( d )
47 ( a ) ( b ) ( c ) ( d )

— B —
3 ( a ) ( b ) ● ( d )
4 ( a ) ● ( c ) ( d )
5 ( a ) ● ( c ) ( d )

— G —
18 ● ( b ) ( c ) ( d )
19 ( a ) ● ( c ) ( d )
20 ( a ) ● ( c ) ( d )

— L —
33 ( a ) ( b ) ● ( d )
34 ( a ) ( b ) ● ( c )
35 ( a ) ● ( c ) ( d )

— Q —
48 ( a ) ( b ) ( c ) ( d )
49 ( a ) ( b ) ( c ) ( d )
50 ( a ) ( b ) ( c ) ( d )

— C —
6 ● ( b ) ( c ) ( d )
7 ( a ) ( b ) ● ( d )
8 ( a ) ● ( c ) ( d )

— H —
21 ● ( b ) ( c ) ( d )
22 ( a ) ( b ) ● ( d )
23 ( a ) ( b ) ● ( d )

— M —
36 ( a ) ● ( c ) ( d )
37 ● ( b ) ( c ) ( d )
38 ● ( b ) ( c ) ( d )

— D —
9 ( a ) ● ( c ) ( d )
10 ( a ) ● ( c ) ( d )
11 ● ( b ) ( c ) ( d )

— I —
24 ( a ) ● ( c ) ( d )
25 ( a ) ● ( c ) ( d )
26 ( a ) ( b ) ● ( d )

— N —
39 ( a ) ( b ) ( c ) ( d )
40 ( a ) ● ( c ) ( d )
41 ( a ) ( b ) ( c ) ( d )

DEFENDANT'S
EXHIBIT
4

NAME  John        Henry     Ramirez
      First       Middle    Last

ADDRESS  Corpus Christi          Tx.        78415
          City              State       Zip

06-29-84        454713620        (361)688-0195
Birthdate       Social Security No.     Phone

| SCORES | | RAW SCORE | G.E. |
|---|---|---|---|
| Vocabulary | Pre | | |
| | Post | 25 | |
| Comprehensive | Pre | | |
| | Post | 36 | |
| TOTAL | Pre | | |
| | Post | 61 | 81 |



## Hadley Press

3654 Hadley Road, Hadley, Michigan 48440
Copyright©, 1986 Hadley Press
All rights reserved. The purchase of this Answer Sheet entitles the buyer the right to reproduce this sheet for use in the classroom.

1  THE STATE OF TEXAS )

2  COUNTY OF NUECES   )

3

4       I, Mary Lopez Buitron, Official Court Reporter in and

5  for the 94th District Court of Nueces County, Texas, do hereby

6  certify that the following exhibits constitute true and

7  Complete duplicates of the original exhibits, excluding

8  physical evidence, offered into evidence during the Proceeding

9  in the above-entitled and numbered cause as set out herein

10  before the Honorable Bobby Galvan, Judge Presiding for the 94th

11  District Court of Nueces County, Texas, and a Jury trial,

12  beginning December 1, 2008.

13            I further certify that the total cost for the

14  preparation of this Reporter's Record is _____ and was paid

15  for by the _____.

16

17  WITNESS MY OFFICIAL HAND on this,

18  the 4th day of October 2009.

19

20  _____

21  MARY LOPEZ BUITRON, CSR, RPR, Texas CSR #2731
    Expiration Date: 12/31/2009

22  Official Court Reporter,
    94th District Court

23  Nueces County, Texas
    901 Leopard, Room 901

24  Corpus Christi, Texas 78401
    (361) 888-0658

25