Scanned  Jun 18, 2013  Scanning Cover Sheet



2497635

CaseNumber: WR-72,735-03
EventDate: 09/13/2012
Style 1: RAMIREZ, JOHN HENRY
Style 2:
Event code: RR ADD'L VOLUME

EventID: 2497635
Applicant first name: JOHN HENRY
Applicant last name: RAMIREZ
Offense: 19.03
Offense code: Capital Murder
Trial court case number: 04-CR-3453-C(2)
Trial court name: 94th District Court
Trial court number: 321780094
County: Nueces
Trial court ID: 267
Event map code: GENERIC
Event description: Habeas Corpus - Capital Death
Event description code: 11.071
Remarks: VOL. 5 OF 6 VOLS. -- EXHIBIT VOLUME

☐ Document Scanned                          ☐ Created or
                                            ☐ Appended

Scanned by          date          Image ID

Comment

Scanned Jun 18, 2013



REPORTER'S RECORD
APPELLATE COURT NO. AP-76,100
TRIAL COURT CAUSE NO. 04-CR-3453-C
VOLUME 5 of 6 VOLUMES

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 94TH JUDICIAL DISTRICT |
| | ) | |
| JOHN HENRY RAMIREZ | ) | NUECES COUNTY, TEXAS |

EXHIBIT VOLUME

COPY

2011 DEC 12  A 11: 01

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013

```
 1
 2                              EXHIBITS
    NO.      DESCRIPTION                    OFFERED  ADMITTED  VOL.
 3  SX-1     Photograph ................... 47       47        2
    SX-2     Photograph ................... 46       46        2
    SX-3     Photograph ................... 46       46        2
 4  SX-4     Juror questionnaires.........  13       14        4
    DX-1     Defendant's file with C.D. ..  23       23        2
 5  DX-2     Attorney fee voucher ........  27       27        2
    DX-3     Defendant's school records     5        5         3
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Scanned Jun 18, 2013



1
2
3
4
5
6
7
8
9
10
11
12        STATE'S EXHIBITS
13
14
15
16
17
18
19
20
21
22
23
24
25

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013



SX-1





SX-2

MARY LOPEZ BUITRON, CSR, RPR
Official Court Reporter - 94th District Court



STATE'S
EXHIBIT
2

PENGAD 800-631-6989

Scanned Jun 18, 2013



SX-3

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013



Scanned Jun 18, 2013



SX-4

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013



1

2

3

4

5

6

7

8

9

10

11

12          SX-4 ARE JUROR QUESTIONNAIRES AND ARE

13     UNDER SEAL BY ORDER OF COURT.   ORIGINAL IS ON FILE

14          WITH THE DISTRICT CLERK'S OFFICE.

15

16

17

18

19

20

21

22

23

24

25

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013

1
2
3
4
5
6
7
8
9
10
11
12
13 DEFENDANT'S EXHIBITS
14
15
16
17
18
19
20
21
22
23
24
25

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DX-1

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned Jun 18, 2013

**GRANT JONES**
Attorney At Law
5826 Beauvais Dr.
Corpus Christi, Texas 78414
Tel: 361-815-2470
Fax: 361- 866-243-9810

April 20, 2009

Mr. Michael Gross
Attorney At Law
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205

Ref:
State v. John Henry Ramirez
04-CR-3453-C
94th District Court
Nueces County, Texas

Mr. Gross:

Enclosed is a CD containing my file from the John Ramirez case.

Sincerely,

Grant Jones
Attorney At Law
Email: grant800@.att.net
State Bar Number: 10917000

DEFENDANT'S
EXHIBIT

Scanned Jun 18, 2013

**LAW OFFICE OF MICHAEL C. GROSS, P.C.**
106 SOUTH ST. MARY'S STREET, SUITE 260
SAN ANTONIO, TEXAS 78205
WWW.TXMILITARYLAW.COM
(210) 354-1919
Fax: (210) 354-1920

MICHAEL C. GROSS
BOARD CERTIFIED · CRIMINAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY
TEXAS BOARD OF LEGAL SPECIALIZATION

JOSEPH A. ESPARZA
BOARD CERTIFIED · CRIMINAL LAW
NATIONAL BOARD OF TRIAL ADVOCACY
TEXAS BOARD OF LEGAL SPECIALIZATION

March 3, 2009

**SENT BY FAX ONLY 866-243-9810**
Grant Jones, Esquire
5826 Beauvais
Corpus Christi, Texas 78414

RE:    **Cause No. 04-CR-3453C, State v. John Henry Ramirez, In the 94th Judicial District Court, Nueces County, Texas**

Dear Mr. Jones:

I have been court appointed to represent Mr. John Henry Ramirez on his state writ.  Please send me a copy of your file.  Enclosed please find a copy of the Authorization for Release of Records signed by Mr. Ramirez.

Thank you for your attention to this matter.

Sincerely,

Michael C. Gross

MCG/pry
Enclosure

Scanned  Jun 18, 2013



Scanned  Jun 18, 2013



Scanned  Jun 18, 2013



Scanned  Jun 18, 2013



Scanned  Jun 18, 2ʊ13



Scanned Jun 18, 2013



RAMIREZ

Mr. Michael Gross
Attorney At Law

106 South St. Mary's St., Ste. 260
San Antonio, TX 78205

APR 21 2008
RECEIVED

John "Craig"
Attorney At Law
5955 Brown Dr.
Corpus Christi, TX 78414

Scanned  Jun 18, 2013



Scanned Jun 18, 2013



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13                          DX-2
14
15
16
17
18
19
20
21
22
23
24
25
```

Scanned  Jun 18, 2013

**Attorney Fee Voucher**
**Nueces County District Courts**
**Court # 94th**

| PO# | | INSTRUCTIONS | Page 1 of 2 |
|---|---|---|---|

Show only one cause number per defendant.
Each claim must be printed or typed. Please do not use black ink.
Itemized statement on services rendered is required. See page 2.
Submit separate claims for investigations, expert witness costs and other expenses.
Forward completed claims to the court for approval.

| Cause No.: C4-CR-3453-C | Offense: Capital Murder / Death Penalty | | Degree Capital |
|---|---|---|---|

In the case of: State of Texas vs  John Ramirez    AGE

Case Level
[ ] Felony (CR)  [ ] Misdemeanor (CR)  [ ] Revocation-Felony (CR)  [ ] Revocation-Misdemeanor(CR)  [ ] Dismissal (CR)  [ ] Habeas Corpus
[ ] Appeal (AF-A) [ ] Juvenile (JUV)  [X] Capital Case (CM)  [ ] No Charges Filed (AR)  [ ] Divert/Other:

| | | Total Number of Hours/Days | Authorized Rates | Not to Exceed | |
|---|---|---|---|---|---|
| Guilty Plea or Plea of True | In court | | $250 to $450 | | Sub-total |
| | Out of court | | Flat Fee | | |
| Dismissal on State's Motion | In court | | $100 to $400 | | Sub-total |
| | Out of court | | Flat Fee | | |
| Nonjury Trial and Contested Hearings | In court | | $60 to $80/hr | | Sub-total |
| | Out of court | | $30 to $60/hr | | |
| Jury Trial | In court  2nd chair | 39.5 | $150 / hr.* | | Sub-total |
| | Out of court  2nd chair | 18.8 | $150/ hr.* | | |
| Direct Appeal or Discretionary Review | Death sentence case | | $50 to $75/hr | $10,000 | Sub-total |
| | Non-death capital, first or second degree case | | $50 to $75/hr | $3,000 | |
| | Third degree or state jail case | | $50 to $75/hr | $2,500 | |
| | Misdemeanor case | | $50 to $75/hr | $1,500 | |

| | | Reimbursable costs  (Please itemize on Page 2) | | |
|---|---|---|---|---|
| | | | Total | |

* See Admin Jud Dist of Tx Standards & Rules For Qualifications of Attys For Appointment In Death Penalty Cases

ATTORNEY IDENTIFICATION INFORMATION

| Attorney Name: Grant Jones | Vendor No.: V - |
|---|---|
| E-Mail Address: grant800@att.net | For County Auditor Use |
| Mailing Address (Number, Street, Suite, City, State, Zip Code) | Dept - KeyCode:    Secondary Reference: |
| 5826 Beauvais Dr.  Corpus Christi, Texas 78414 | |

| State Bar Number: 10917000 | Telephone Number: 361-815-2470 | Fax Number: 1-866-243-9810 |
|---|---|---|

ATTORNEY CERTIFICATION

I, the undersigned attorney, certify that the above information is true and correct and in accordance with the laws of the State of Texas. The compensation and expenses claimed were reasonable and necessary to provide effective assistance of counsel. I further swear or affirm that I have not received nor will receive any money or anything else of value for representing the accused, except as otherwise disclosed to the Court in writing.

Time Period of Services Rendered:  From  11/20/2008   to  12/09/2008    (Complete Page 2)

Signature and Date   12-18-08

Have previous vouchers been submitted for this case? [ ] YES or [ ] NO   (Check one)
If yes, PO# required above.    Is this voucher for: [X] Final payment?  or  [X] Partial payment?

SIGNATURE OF TRIAL JUDGE

| Reason(s) for Denial or Variation: | Date | $ Amount |
|---|---|---|

Recorded by:  Patsy Perez, District Clerk by Deputy District Clerk (Signature)

AttnyVoucherForm 2007

DEFENDANT'S
EXHIBIT
2

Scanned  Jun 18, 2013

## DETAILS OF SERVICES PERFORMED

| Date of Service | Description of Service | Time |
|---|---|---|
| In Court Services:  See Exhibit A | | |
| | | |
| | | |
| | | |
| Out of Court Services: | | |
| Conference with defendant:   See Exhibit A | | |
| | | |
| Conference with District Attorney:  See Exhibit A | | |
| | | |
| Conference with others:  See Exhibit A | | |
| | | |
| Other Services and Reimbursable Expenses: See Exhibit A | | |
| (Reimbursable expenses must be itemized below and total amount carried over to Page 1) | | |
| | | |
| | Total | |
| Appeal to Court of Appeals: See Exhibit A | | |
| | | |
| | Total | |
| Petition for Discretionary Review: See Exhibit A | PDR Appointment Date: | |
| | | |
| | Total | |

Scanned  Jun 18, 2013

In Court Services

Exhibit A
Fee Application Number 2 Of Grant Jones
The State of Texas vs. John Ramirez
04-CR-3453-C
94th District Court
Nueces County, Texas

DETAILS OF SERVICES PERFORMED -- ATTACHMENT

| Date of Service | Description of Service | Time |
|---|---|---|

### In Court Services

| Date of Service | Description of Service | Time |
|---|---|---|
| 12/01/2008 | In Court Appearance for trial on merits -- day 1 | 7.00 |
| 12/02/2008 | Court appearance for trial on merits-- day 2 | 7.00 |
| 12/03/2008 | In court appearance for trial on merits -- day 3 | 7.00 |
| 12/04/2008 | In court appearance for trial -- day 4 | 7.00 |
| 12/05/2008 | In court appearance for trial -- day 5 | 7.00 |
| 12/08008 | Court appearance for trial -- day 6 | 4.50 |
| | Subtotal | 39.50 |

## Out Of Court Services

### Conference With Defendant

| Date of Service | Description of Service | Time |
|---|---|---|
| 11/24/2008 | Meeting with defendant at jail | 1.50 |
| 12/07/2008 | Meeting with defendant at Nueces County Jail with Ed Garza and Dr. Troy Martinez | 1.00 |

Scanned  Jun 18, 2013

| 12/09/2008 | Post trial visit with defendant at jail | 0.30 |
|---|---|---|
| | Subtotal | 3.30 |

## Conference With Others

| 11/20/2008 | Meeting with Ed Garza, Dr. Troy Martinez, and investigator Joe Barrera | 2.00 |
|---|---|---|
| 11/24/2008 | Meeting with defendant's maternal grandmother | 1.50 |
| 11/24/2008 | Meeting at Ed Garza office with Joe Barrera | 1.00 |
| 12/032008 | Tel conf with Dr. Troy Martinez | 0.20 |
| 12/07/2008 | Meeting at Ed Garza's office with Dr. Troy Martinez | 2.00 |
| 12/09/2008 | Conf with court manager and ADA Skurka ref transfer of defendant to Huntsville | 0.50 |
| 12/09/2008 | Tel conf with attorney Hector Gonzalez | 0.10 |
| | Subtotal | 7.30 |

## Other Services

| 11/25/2008 | Trial preparation of offense reports from continuous form offense report / organization of discovery materials for use in trial | 3.00 |
|---|---|---|
| 11/29/2008 | Preparation, of request for jury instruction on accomplice testimony; review of recent cases on law of accomplice testimony; and preparation of trial brief containing general rules relating to accomplice testimony | 2.00 |

Scanned  Jun 18, 2013

| | | |
|---|---|---|
| 12/06/2008 | Preparation of objections to punishment charge / filed in trial | 2.00 |
| 12/07/2008 | Review of case law relating to standard of review of future dangerousness issue and evidentiary factors that reviewing court considers | 1.20 |
| | Subtotal | 8.20 |
| | | 18.80 |
| | Total | |
| | | 58.30 |

Scanned  Jun 18, 2013



DX-3

MARY LOPEZ BUITRON, CSR, RPR
*Official Court Reporter - 94th District Court*

Scanned  Jun 18, 2013

# STATE V. JOHN H. RAMIREZ

## SCHOOL RECORDS



DEFENDANT'S
EXHIBIT
3
9-26-11

Scanned Jun 18, 2013

OFFICE OF LEGAL SERVICES



**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
P.O. BOX 110 Corpus Christi, Texas 78403-0110 • 801 Leopard Street
(361) 886-9067  Fax: (361) 844-0283
www.ccisd.us

April 24, 2009

Mr. Michael C. Gross
Law Office of Michael C. Gross, P.C.
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205

RE:   Cause No. 04-CR-3453-C, The State of Texas vs. John Henry Ramirez; In the
      94th Judicial District Court of Nueces County, Texas

Dear Mr. Gross:

Pursuant to your subpoenas received in our office on or about April 13, 2009, please find
enclosed a copy of the responsive academic and special education records on file with
the Corpus Christi Independent School District ("District") regarding John Henry
Ramirez.  Also enclosed are Affidavits, which have been signed by the appropriate
custodians of record, and have been properly notarized.  Please note that the custodians
of record, Mr. Jose Hernandez, Principal of Allen Elementary School, Ms. Angela Portis-
Woodson, Principal of Wynn Seale Academy, and Mr. Conrado Garcia, Principal of
Moody High School, have been notified that they are not required to appear in court to
testify in the above-referenced matter.

Additionally, pursuant to your request dated April 27, 2009, please find enclosed
additional special education records, which have been provided by the District's Office of
Special Education.   Please note that some records have been redacted to exclude
another student's confidential student information, which is protected by FERPA (these
pages have been flagged).

Should you have any questions, please do not hesitate to contact me at 886-9067.
Thank you.

Sincerely,

*Imelda Martinez By: mas w/ permission*

Imelda Martinez, In-House Counsel
Office of Legal Services

mas

Enclosures

Scanned  Jun 18, 2013

CAUSE NO. 04-CR-3453-C

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 94TH JUDICAL DISTRICT |
| | § | |
| JOHN HENRY RAMIREZ | § | NUECES COUNTY, TEXAS |

### AFFIDAVIT OF NO RECORDS

Records Pertaining To:  **John Henry Ramirez**

Type of Records:  **To include all school records, including testing, disciplinary, and special education records for John Henry Ramirez, DOB: 06/29/84.**

Before me, the undersigned authority, personally appeared _Jose Hernandez_

who, being by me duly sworn, deposed as follows:                     (Custodian of Records)

I, the undersigned, am the Custodian of Records for:

**Allen Elementary School**

am over eighteen (18) years of age, competent of making this affidavit and personally acquainted with the facts herein stated:

(a)  That a thorough search of our files, carried out under my direction and control, revealed no records, as described above, on the person(s) named in the attached subpoena duces tecum.

(b)  It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished to our office and to the best of our knowledge, no such records exist in our files.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _20TH_ day of _April_____, 200_9_.

_Monica A. Salinas_
NOTARY PUBLIC

**MONICA A SALINAS**
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-12-2010

My Commission Expires:  _08-12-10_

Scanned  Jun 18, 2013

CAUSE NO. 04-CR-3453-C

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 94TH JUDICAL DISTRICT |
| | § | |
| JOHN HENRY RAMIREZ | § | NUECES COUNTY, TEXAS |

AFFIDAVIT OF NO RECORDS

Records Pertaining To:  **John Henry Ramirez**

Type of Records:      **To include all school records, including testing, disciplinary, and special education records for John Henry Ramirez, DOB: 06/29/84.**

Before me, the undersigned authority, personally appeared *Angela Portis-Woodson*
who, being by me duly sworn, deposed as follows:                    (Custodian of Records)

I, the undersigned, am the Custodian of Records for:
**Wynn Seale Academy**
am over eighteen (18) years of age, competent of making this affidavit and personally acquainted
with the facts herein stated:

(a)   That a thorough search of our files, carried out under my direction and control, revealed no records, as described above, on the person(s) named in the attached subpoena duces tecum.

(b)   It is to be understood that this does not mean that records do not exist under another spelling, another name or under another classification, but that with the information furnished to our office and to the best of our knowledge, no such records exist in our files.

AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the *17* day of *April*, 200*9*.

NOTARY PUBLIC

JULIE CANTU
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-14-2011

My Commission Expires: *2/14/2011*

Scanned  Jun 18, 2013

<u>CAUSE NO. 04-CR-3453-C</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 94TH JUDICAL DISTRICT |
| | § | |
| JOHN HENRY RAMIREZ | § | NUECES COUNTY, TEXAS |

**AFFIDAVIT**

Records Pertaining To: **John Henry Ramirez**

Type of Records: **To include all school records, including testing, disciplinary, and special education records for John Henry Ramirez, DOB: 06/29/84**

Before me, the undersigned authority, personally appeared _____Conrado Garcia_____, who, being by me duly sworn, deposed as follows: (Custodian of Records)

I am the Custodian of Records for:
**Moody High School**

Attached hereto are _203_ pages of records from this facility. These records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _21_ day of _____April_____, 2009

_____
NOTARY PUBLIC

CYNTHIA E. VARGAS
My Commission Expires
March 13, 2013

My Commission Expires: _3/13/2013_

Scanned Jun 18, 2013



# CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT CD 178-904
## STATE OF TEXAS ACADEMIC ACHIEVEMENT RECORD

STUDENT
..IREZ, JOHN H
D.:178-904-004
X: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
3 :06/29/19/84     Sex:M
Hispanic

PARENT/GUARDIAN
MARTINEZ, PRISCILLA
1412 SOUTHGATE DR
CORPUS CHRISTI TX 78415-4631

MOODY
CDC:178-904-004 CRCC:441501
1818 TROJAN DRIVE
CORPUS CHRISTI TX 78416
(361)854-3261

EXIT TAAS MASTERY
Reading:10/01/2001 Exempt
Writing:10/01/2001 Exempt
Math: 10/01/2001 Exempt

END OF COURSE
Algebra 1:
Biology 1:
English 1:
U.S. History:

| Sch | Course | Cd Grd | Cr | Withdraw Cd |
|-----|--------|--------|-----|-------------|
| 004 | READ APP | 81 | .5 | |
| 004 | ENG 1 | 80 | .5 | |
| 004 | ENG 1 | 70 | .0 | |
| 004 | ENG 2 | | | |
| | **Mathematics** | | | |
| 046 | ALG-1 | 81 | 78 | 1.0 |
| 004 | GEOM | 81 | .5 | |
| 004 | GEOM | 90 | .0 | |
| 004 | ALG-2 | | | |
| | **Sciences** | | | |
| 004 | BIO | 81 | .5 | |
| | **Soc. Studies** | | | |
| 004 | US HIST | 81 | 1.0 | |
| 004 | W GEOG | 78 | 1.0 | |
| | **Health** | | | |
| 004 | HLTH ED | 90 | .5 | |
| | **P.E.** | | | |
| 004 | PE 1B | 80 | .5 | |

Credit Totals   ST: 22.5   Local: 0.0

Rank Date:
Rank: 312 of 395
GPA: 74.163
QUARTILE:

DATE OF GRADUATION   5/24/02

GRADUATION PROGRAM TYPE:
☑ Minimum  ☐ Recommended  ☐ DAP

Texas Grant Eligible as of Grade 11:

Title of School Official   Asst Registrar
Signature   Lorena Martinez

..454713620 RAMIREZ, JOHN H

Run Date:06/11/2002

| YY Memb Abs | YY Memb Abs |
|-------------|-------------|
| 002.176 | 3 |
| 00.173 | 28 |
| 00.155 | 14 |
| '99.174 | 10 |
| '98 Unavail | |

# Scanned  Jun 18, 2013

STANDARDIZED TEST/TEAMS RESULTS

**C O N F I D E N T I A L**
TEXAS END-OF-COURSE - U.S. HISTORY
TEST DATE: SPRING 1999
STUDENT: RAMIREZ JOHN H
STUDENT-ID (PEIMS): 454713620 DOB: 06/29/84
DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 004 MOODY H S
GRADE: 09

| | SCALE SCORE | PASS |
|---|---|---|
| U.S. HISTORY | 1610 | YES |

**III CONFIDENTIAL**
EXIT LEVEL CUMULATIVE LABEL
STUDENT: RAMIREZ JOHN H
STUDENT-ID (PEIMS): 454713620 DOB: 06/29/84
DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 004 MOODY H S

| | SCALE SCORE | TLI | MET MIN. EXPECT. | TEST DATE |
|---|---|---|---|---|
| WRITING | ABSENT | | | 02/01 |
| READING | ABSENT | | | 02/01 |
| MATH | ABSENT | | | 02/01 |

G R A D E 10

**C O N F I D E N T I A L**
TEXAS END-OF-COURSE - BIOLOGY
TEST DATE: FALL 1999
STUDENT: RAMIREZ JOHN H
STUDENT-ID (PEIMS): 454713620 DOB: 06/29/84
DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 004 MOODY H S
GRADE: 09

| | SCALE SCORE | PASS |
|---|---|---|
| BIOLOGY | 1610 | YES |

**III CONFIDENTIAL**
EXIT LEVEL CUMULATIVE LABEL
STUDENT: RAMIREZ JOHN H
STUDENT-ID (PEIMS): 454713620 DOB: 06/29/84
DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 004 MOODY H S

| | SCALE SCORE | TLI | MET MIN. EXPECT. | TEST DATE |
|---|---|---|---|---|
| WRITING | EXEMPT-ARD | | | 10/01 |
| READING | EXEMPT-ARD | | | 10/01 |
| MATH | EXEMPT-ARD | | | 10/01 |

G R A D E 11

ACADEMIC ACHIEVEMENT RECORD SENT:

REQUESTING AGENCY       DATE SENT

ACADEMIC ACHIEVEMENT RECORD SENT:

REQUESTING AGENCY   DATE SENT
_Stella O Mc Cashlier High_   7-5-08

HONORS / ACTIVITIES

SPECIAL COMMENTS     Recom. Plan: On Track  Y  (N)

**FOR LOCAL USE**

A = Articulated credit for a high school course in which both high school and college credit will be awarded for a state approved Tech-Prep program. Specific college awarding credit is named on the reverse side of this record.

A = Del Mar College
Bee County College

Scanned  Jun 18, 2013

QUERY:   QUERY  REQUERY  NEXT  PREVIOUS  FIRST  LAST  ZOOM  SCREEN  ...
SELECT DIFFERENT SCREEN                                                    09/04/2008
                                                                                 GC
STUDENT ID    FIRST NAME        MIDDLE NAME        LAST NAME
   131995     JOHN                  R              RAMIREZ
STATE REPORTING ID              PRIOR ID
454713620

                    G E N E R A L   I N F O R M A T I O N

SOCIAL SECURITY  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    LANGUAGE 98  ENGLISH
STATUS           I              RESIDENT  R  ELIGIBLE

        P E R S O N A L                   S C H O L A S T I C

SEX             M                  COUNSELOR
YEAR OF GRAD    2002               GRADE        17 5TH YEAR AFTER  0 STAFF
BIRTHDATE       06/29/1984         HOMEROOM     N/A
ETHNIC CODE     4 HISPANIC         HRM TEACHER               0 STAFF
BUILDING        4 MOODY            CURRICULUM   01 REGULAR
LOCKER #                           CALENDAR     0

2

Scanned  Jun 18, 2013

QUERY: QUERY   REQUERY   NEXT   PREVIOUS   FIRST   LAST   ZOOM   SCREEN
SELECT DIFFERENT SCREEN

STUDENT ID     131995                NAME    RAMIREZ, JOHN H        09/04/2008
STATE REPORTING ID  454713620
PRIOR ID

          M I S C E L L A N E O U S   I N F O R M A T I O N

MEAL STATUS              00  NOT IDENTIFIED         SCHD ALGO STAT    UNDEFINED
EXCEPTION CODE           S   SPECIAL ED             HONOR FLAG 1      Y
HOUSE/TEAM                                          HONOR FLAG 2      Y
FAMILY/CENSUS #                                     HONOR FLAG 3      Y
PROMOTION                Y                           HONOR FLAG 4      Y
NEXT BUILDING                4  MOODY               RANK FLAG 1       Y
NEXT GRADE               17  5TH YEAR AFTER         RANK FLAG 2       Y
NEXT HOMEROOM            N/A                         RANK FLAG 3       Y
NEXT HOUSE/TEAM                                     RANK FLAG 4       Y
PRE-REG FLAG             N                           GRADUATION REQ    MN MASTER GRP
SCHED PRIORITY          50                          ALT DISTRICT
                                                    ALT BUILDING

2

Scanned Jun 18, 2013

```
QUERY:  QUERY REQUERY NEXT PREVIOUS FIRST LAST ZOOM SCREEN    ...
SELECT DIFFERENT SCREEN

STUDENT ID        131995                    NAME  RAMIREZ, JOHN H         09/04/2006
STATE REPORTING ID  454713620
PRIOR ID

      E N T R Y / W I T H D R A W A L   I N F O R M A T I O N

SCHOOL            --- ENTRY ---              SPED  --WITHDRAWAL-- ADM
YEAR  BUILDING CAL DATE    CODE  GR CUR R %  DATE  CODE CODE
2002    4    0  09/13/2001  69   12   01  R  0  05/24/2002  01
2001    4    0  12/06/2000  69   10   01  R  0  05/25/2000  69
2001    4    0  08/10/2000  69   10   01  R  0  12/04/2000  50
2000    4    0  08/10/1999  69   09   01  R  0  05/25/2000  69
1999    4    0  08/17/1998  69   09   01  R  0  05/25/2000  69
1998   46    0  08/13/1997   1   08   01  R  0  05/28/1999  69
1997   46    0  08/14/1996   1   07   01  R  0  06/01/1998  69
1996   53    0  08/21/1995   1   06   01  R  0  06/01/1997  69
                                            0  06/01/1996  69
```

2