Scanned  Jun 18, 2013

9/5/2008

# Medical Card Report

## 4-MOODY HS

| Student Id | Name | Gender | Grade | DOB | Schos | Counselor |
|---|---|---|---|---|---|---|
| 131995 | Ramirez, John H | M | 17 | 6/23/1984 | G | 0 |

**Immunization Shots**

Overall Status:        As Of:        Override: N

| Shot Code | Dose | Exempt | Override | Had Disease | Disease Date | Immunization Dates |
|---|---|---|---|---|---|---|
| DTP | 5 | | N | N | | 08/29/1984,10/24/1984,01/17/1985,03/06/1985,09/05/1989, 08/08/1999 |
| HEPB | 1 | | N | N | | 08/08/1999 |
| MMR | 3 | | N | N | | 12/18/1985,11/07/1995,10/16/2000 |
| OPV | 5 | | N | N | | 08/29/1984,10/24/1984,01/17/1985,03/06/1985,09/05/1989 |

Copyright 2001- 2008 SunGard Pentamation Inc.

Scanned  Jun 18, 2013

*Counselor*

Locked: ☐

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

☐ Initial   ☐ 3-Year Review   ☒ Dismissal   and/or   ☐ Annual   and/or   ☐ Failure   ☐ Discipline
☐ Transfer   ☐ Review   ☐ End of Year Dismissal

| | | | |
|---|---|---|---|
| Student ID: | 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 | Meeting Date: | 5/23/02 |
| Student's Name: | JOHN H. RAMIREZ | Instructional Arrangement: | 03 |
| Date of Birth: | 0/26/84   Sex: M | Resource Room | |
| Home Campus: | To Be Determined High School | Speech: | 0 |
| Current Campus: | Moody High School | Grade: | 11 |
| Parent's Name: | GUADALUPE ALEJANDRO | | |
| Parent's Address: | 380 I CASTILLA CT. | Home Phone: | (512) 854-1481 |
| | CORPUS CHRISTI, TX 78415- | Work Phone: | (512) 853-8891  Ext. 0000 |

☐ *An interpreter was used to assist in conducting the meeting.        If yes, specify language: _____

☐ Parent/Adult student waives the 5 school days written notice of the ARD meeting and agrees to an earlier meeting.

Parent's Signature: _____        4/27/01

**GUADALUPE ALEJANDRO**

**I. *REVIEW OF ASSESSMENT/EVALUATION DATA (check if applicable)**

☒ Assessment/Evaluation Reports
☒ ARD Full and Individual Evaluation        Date(s) of Report(s):
☐ Other Assessments/Evaluations. Specify :

| Assessment | Initial Date | Current Date | Needed | Complete By | Active |
|---|---|---|---|---|---|
| None | | | ☐ | | ☐ |

☒ Vocational Assessment        Date(s) or Report(s): 8/24/97

☐ Current FIE, other assessments/evaluations, and associated eligibility reports have been given to the parents.
☒ Information from the student's Individual Transition Plan        (attach supplement dated: _____ )
☐ Records from other school district.
☒ Information from parents/student.
☒ Information from school personnel.
☐ Information/Records from other agencies/professionals.
☒ Information from Language Proficiency Assessment Committee.
☐ Additional assessment/evaluation is needed. Refer to the Other Assessments/Evaluations table above for specific assessments/evaluations and associated timelines.

A Full and Individual Evaluation (FIE) must be completed by: 4/27/2004

☒ Yes ☐ No   The IEP previously developed was reviewed.

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section I. |
|---|---|---|---|

5/23/02

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

2

II. *DETERMINATION OF ELIGIBILITY (check if applicable):
Based on the assessment/evaluation data reviewed, the committee has determined that the student:

☐ does not meet specific TEA and Federal eligibility criteria to receive special education services.

☒ meets specific TEA and Federal eligibility criteria to receive the following special education services for the following conditions:

| Condition 1: | Learning Disabled | Condition 4: | None |
| Condition 2: | Other Health Impaired | Condition 5: | None |
| Condition 3: | None | | |

Complete the following section for transfer students only:

☐ The parent or parents verify that the student was receiving special education services in
_____ Verification from the former district ☐ by telephone reported by
_____ , or ☐ type of document _____ and date received _____

The instructional arrangement and related service provided in the previous district were as follows:

Eligibility is temporary contingent upon receipt of valid assessment data or collection of new assessment data. A second ARD will be held within 30 school days to develop an IEP based on assessment data available at that time.

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section II. |

III. COMPETENCIES:   ☒ discussed below   ☐ to be addressed at 30 day ARD/IEP

A. PHYSICAL, as it affects participation in:

*Instructional settings:
☒ normal vision   (☐ with glasses)   ☒ normal hearing   ☒ good general health
and/or

*physical education
☒ Yes ☐ No   Student is capable of receiving instruction in regular P.E. with no modifications. If no, see services to be provided.

Other Physical Competencies
Not Applicable

*This field was added 8/1/96.  Refer to deliberation for additional competencies, if any prior to this date.

B. BEHAVIORAL, as it affects:
Educational placement/programming:

(Check the appropriate competencies)

| ☐ interacts appropriately with peers | Other Behavior 1: | Disruptive classroom behavior at times |
| ☐ interacts appropriately with adults | | |
| ☐ adjusts easily to new situations | Other Behavior 2: | Can be argumentative with authority figures |
| ☐ respects authority | | |
| ☐ cooperative | Other Behavior 3: | |
| ☐ completes tasks | | |

5/23/02

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

3

C. *Discipline:

(Check the appropriate competencies)

[X]  is mentally able to follow regular discipline rules

[ ]  is emotionally able to follow regular discipline rules; or   [X]  refer to comments below

[X]  Student's behavior impedes his/her learning or that of others (if 'X' complete
     function behavioral assessment, Behavior Intervention Plan/Behavioral IEP).

[ ]  able to follow classroom management plan

[ ] Yes   [X] No   The student is capable of following the Student Code of Conduct without modification.  If NO,
                    complete Special Discipline Procedures form.

Comments:

D. *Prevocational/Vocational (when appropriate)

| | | |
|---|---|---|
| [ ] not appropriate for this student | [ ] has good attendance | [X] is able to work on time schedule |
| [ ] keeps work area neat | [ ] follows directions | [ ] Other 1: _____ |
| [ ] has good social skills | [ ] is reliable | [ ] Other 2: _____ |
| [ ] is mechanically inclined | [ ] cares for materials | |
| [X] has a part-time job | [ ] is responsible | |

E. * Academic/Developmental, including LEP student language competencies relevant to developing the IEP
   (grade or age levels alone are not acceptable):

| | |
|---|---|
| Area 1: | draws conclusions |
| Area 2: | identify main idea |
| Area 3: | uses capitalization |
| Area 4: | describes setting |
| Area 5: | Adds, subtracts, multiplies, and divides whole numbers, decimals, and fractions |
| Area 6: | |
| Area 7: | |

F. Assistive Technology needs were considered.

[X]  Based on informal and/or formal information, A.T. devices and services are not recommended at this time.

[ ]  A.T. addressed through one or more of the following: modifications, IEP goals and objectives, related services,
     supplementary aids and services.  A.T. devices will be provided for:  [ ] Current Year  [ ] Next Year  [ ] Both

(Note: Refer to formal A.T. screenings, FIE, and/or other formal and informal information for detailed A.T. recommendations.)

G. *Indicate content areas in which the student's disability significantly interferes with his/her
   ability to meet regular academic mastery levels.

| | |
|---|---|
| [X] Language Arts/English | [ ] Science |
| [ ] Reading | [ ] Social Studies |
| [ ] Math | [ ] Other: _____ |

H. Communication needs were considered.  (Added 8/5/99)

[X]  No additional communication services are recommended.

[ ]  Communication needs are addressed through one or more of the following: modifications, IEP goals and objectives, related
     services, supplementary aids and services. (Complete Communication Needs Supplement for students w/ AL.)

I. *The student's disability affects involvement or progress in the general curriculum or, for preschool,
   appropriate activities in the following ways: (Added 8/5/99)

John needs modifications and content mastery to be successful in general education classes.

[X]  Individual Educational Plan (IEP) is attached. (Refer to Appendix A)        [ ] An IEP is not applicable

[ ]  Refer to the previous IEP as no changes are being made at this meeting.

| | | | |
|---|---|---|---|
| [ ] Yes | [ ] No | [X] Not in Attendance | Parent/Guardian agrees with all entries in Section III. |

5/23/02

Scanned  Jun 18, 2013

VND (....)

## Individual Education Plan
### (Appendix A)
### JOHN RAMIREZ

| | | Date of Report: | 01/12/2001 |
| --- | --- | --- | --- |
| School: | Moody High School | ARD Meeting Date: | 11/14/2000 |

| DOB: 06/29/1984 Grade: 11 | | | | | |
| --- | --- | --- | --- | --- | --- |
| Report | IP | Mast | Com | Dis |
| Goals | ☒ | ☒ | N/A | ☒ |
| Objectives | ☒ | ☒ | N/A | ☒ |
| Progress | ☒ | ☒ | ☒ | ☒ |

Goals and Objectives are listed for the period beginning:   08/13/2001  Ending:  5/23/200 2.

**Goal:  D2: The learner will demonstrate measurable progress in the acquisition of developmentally appropriate functional Independent living skills.**

Start Date: 08/13/2001  End Date: _____   ☒ In Progress   ☐ Mastered   ☐ Discontinued

### Objectives:

ILE102: Cooperate with others: supervisor / teacher / peers.90%

| Start date: 08/13/2001 Ending date | ☒ IP ☐ Mast ☐ Disc |
| --- | --- |
| Person Init. Resp: | Vocational Adjustment Coordinator |
| Initial Eval. Crit: | employer evals/observations |

3/8/02

**Progress Reports**

ILE103: Follow general rules / regulations / guidelines.90%

| Start date: 08/13/2001 Ending date | ☒ IP ☐ Mast ☐ Disc |
| --- | --- |
| Person Init. Resp: | Vocational Adjustment Coordinator |
| Initial Eval. Crit: | employer evals/observations |

3/8/02

**Progress Reports**

ILE104: Cope with changes in routine, assignment, personnel, work conditions.90%

| Start date: 08/13/2001 Ending date | ☒ IP ☐ Mast ☐ Disc |
| --- | --- |
| Person Init. Resp: | Vocational Adjustment Coordinator |
| Initial Eval. Crit: | employer evals/observations |

3/8/02

**Progress Reports**

ILE170: Arrive to work punctually.90%

| Start date: 08/13/2001 Ending date | ☒ IP ☐ Mast ☐ Disc |
| --- | --- |
| Person Init. Resp: | Vocational Adjustment Coordinator |
| Initial Eval. Crit: | employer evals/observations |

3/8/02

**Progress Reports**

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**
**IEP Transition Supplement**

Locked ☐

ARD Meeting Date:

5/23/02

**JOHN H. RAMIREZ**

Developed for students 16 years of age and above and other students for whom transition planning is appropriate.

The transition needs of this student were considered by the ARD Committee. Based upon the student's needs, taking into account his/her preferences and interests, needed services were identified as follows:

I. INSTRUCTION and    For instructional objectives based upon ITP/Transition needs, see IEP goals and objectives.
RELATED SERVICES:
    Related Services: None

    Other:
    ☐ None needed.   Basis of determination:

II. COMMUNITY EXPERIENCE:  The committee has determined that student instruction will be enhanced through community experiences. See ARD/IEP goals and objectives and ARD/IEP schedule page 4 of 8.
    ☒ None needed.  Basis for determination:
       ☒ Student is successfully integrated.
       ☒ Student is able to transfer skills beyond the classroom.
       ☐ Other:

III. EMPLOYMENT:   The committee has determined that the student requires vocational instruction. See ARD/IEP schedule page 4 of 8.

    Other:
    ☒ None needed. Basis of determination:
       ☒ Student is successfully employed.
       ☒ Student has demonstrated employability skills.
       ☒ Student has the skills to access post-secondary training programs.
       ☐ Other:

IV. ACQUISITION OF DAILY LIVING SKILLS AND OTHER POST-SECONDARY ADULT LIVING OBJECTIVES:
    The committee has determined that the student will benefit from specific instruction in adult living skills. See IEP goals and objectives.
    ☒ None needed.  Basis of determination:
       ☐ Student has demonstrated independent living skills.
       ☒ Student will need no support with post-secondary adult living skills.
       ☐ Other:

ASSURANCE THAT STUDENT PREFERENCE AND INTEREST WAS CONSIDERED:
    ☐ Student participated in ITP draft.
    ☒ Student attended ITP meeting.
    ☐ Functional Vocational Assessment was done.
       ☐ Level I:      ☐ Student interview    ☐ Parent interview
       ☐ Level II:      ☐ Vocational interest    ☐ Vocational aptitude
       ☐ Level III:      assessment
    ☒ Parent contact:    ☒ Letter  ☐ Phone

| AGENCY | ATTENDED | | OTHER PARTICIPATION | | |
|---|---|---|---|---|---|
| Texas Rehabilitation Commission (TRC) | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |
| Texas Mental Health/Mental Retardation (Tx. MHMR) | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |
| Texas Workforce Commission (TWC) | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |
| Texas Commission for the Blind (TCB) | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |
| Texas Department of Human Services (TDHS) | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |
| Local Education Agency (LEA) | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |
| Other: | ☐ Yes | ☐ No | ☐ Brochure | ☐ Letter | ☐ Phone conference |

Steps taken to ensure agency participation: ☐ Notices   ☐ Phone Calls   Other:

Notes:  Educational agencies are not responsible for a student's attainment of post-secondary goals and the delivery of services that extend beyond his/her eligibility for public education.

If a participation agency fails to provide agreed upon transition services contained in the IEP, the public agency responsible for the student's education will initiate a meeting as soon as possible for the purpose of identifying alternative strategies to meet the transition objectives and, if necessary, revise the student's IEP.

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

4

Date: 5/23/02                     JOHN H. RAMIREZ

IV. DETERMINATION OF SERVICES TO BE PROVIDED          Vocational Adjustment Class

A. Justification Indicates that the Identified placement is in the least restrictive environment and is based on the needs of the student. Alternative placement was discussed.

Year: 2001-02  Semester: F/S

Start Time: 8:00   End Time: 16:00

Total Day: 480

SpEd=Special Education; Reg=Regular Education; Rel=Related Services; IA=Instructional Arrangement

| | Qtr | Total | Reg | Rel | SpEd | IA |
|---|---|---|---|---|---|---|
| F | 1 | 577 | 505 | 0 | 72 | 08 |
| | 2 | 577 | 505 | 0 | 72 | 08 |
| S | 3 | 577 | 505 | 0 | 72 | 08 |
| | 4 | 577 | 505 | 0 | 72 | 08 |

Student's placement this year will be at:   Moody High School

| Subject (Option) | Ont/ Sem | *Service Provider | *Grade Assigned | Min. Reg. Freq/Period | Min. SpE | Class Modifications Select Up to 10 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *VAC | B | SE | BE | 0 | 360 | | | | | |
| | | | | 1 time(s) | /wk | | | | | |
| | B | RIE | REG | 55 | 0 | | | | | |
| | | | | 1 time(s) | /day | | | | | |
| | F | RIE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) | /day | 29 | 30 | | | |
| | B | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) | /day | 29 | 30 | | | |
| | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) | /day | 29 | 30 | | | |
| | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) | /day | 29 | 30 | | | |
| | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) | /day | 29 | 30 | | | |
| | B | RE | RE | 90 | 0 | | | | | |
| | | | | 1 time(s) | /day | | | | | |
| | B | RE | RE | 90 | 0 | | | | | |
| | | | | 1 time(s) | /day | | | | | |
| | B | RE | RE | 0 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) | /day | 29 | 30 | | | |

** Modifications: (*denotes assistive technology)

1. Change pace of instruction
2. Oral tests
3. Short answer tests
4. Modified tests/tests
5. Taped tests*
6. Highlighted tests*
7. Taping lectures*
8. Note taking assistance*

9. Extended time assignments
10. Shortened assignments
11. Assignment notebooks*
12. Study alds/manipulatives
13. Repeated review
14. Reduce written task
15. Calculator*
16. Preferential seating

17. Interpreter for the deaf
18. Frequent breaks
19. Defined physical space
20. Cooling-off period
21. Concrete reinforcers
22. Positive reinforcers
23. Behavior management plan
24. Oral directives

25. Special instruction/adaptive equipment
26. Change in TEKS
27. Change in project, report requirements.
28. Change in tool, equipment/ machinery used in classroom
29. Check for understanding
30. Other 1: _____
31. Other 2: _____
32. Other 3: _____

Additional modifications are listed in the deliberations.

Modifications needed to assure success in regular, remedial, and supportive programs, including eligibility for participation in extracurricular activities, are specified in the Individual Educational Plan.

Parents will be notified of progress by:
-Regular report card

5/23/02

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**
**Admission, Review and Dismissal (ARD) Meeting**
JOHN H. RAMIREZ

4 cont.

Date:   5/23/02

| Related Service | Provider | Min | Freq/ Period | Other | Gni/ Sem |
|---|---|---|---|---|---|
| None | | | time(s) per | | |

**COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION**

This person is responsible for monitoring the student's performance in regular education:
No Longer Provided

Monitoring Frequency:     Every 9 wks.

Monitoring Method:     Report cards

Schedule for evaluating progress for participation in extracurricular activities will be every:

☒ 3 weeks   ☐ 6 weeks   ☐ 9 weeks

☐ Other

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted. Exceptions for this student, if any, are documented on the IEP.

Explanation of Alternative Assessment Decisions (rationale/accommodations/mods)

NA

Assessment of Student Progress:   ☐ not offered for this student's grade

| | Mathematics | Writing | Reading | Science | SS | | RPTE |
|---|---|---|---|---|---|---|---|
| Will Take TAAS | | | | | | ☒ Will Take | |
| State Alt. Assess. | | | | | | ☒ Will Not Take | |
| Oth. Alt. Assess. | ☒ | ☒ | ☒ | | | ☒ NA | |
| NA/Passed | | | | ☒ | ☒ | | |

**TAAS and End-of-Course Exam Test Mods as defined in test administration materials.**

| 0 | 0 | 0 |
|---|---|---|
| 0 | 0 | |

**Refer to the attached Test Modifications for a description of each modification.

| ☐ Yes | No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section IV. |
|---|---|---|---|

5/23/02

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

**JOHN H. RAMIREZ**

5

### V. DETERMINATION OF PLACEMENT

Placement alternatives provided, tried, or considered (p, t, c), including services in regular and compensatory education, for which the student is eligible and additional services needed) area identified below. Consideration of the vocational training needs for students at or before entry into high school was discussed. (Modified 2/10/95)

| | |
|---|---|
| T — Regular education only | Compensatory education |
| Regular education with modifications in pacing, methods, or materials | Alternative school |
| Regular education with support services | T — Regular vocational education |
| Self-contained class (special education) | Regional Day School for the Deaf |
| Resource classroom (special education) | Homebound |
| Discipline center | Speech therapy |
| Related services: | Hospital class |
| Home - based instruction | Classroom (VAC) |
| On the job training (VAC) | Home Campus |
| P — Bilingual education/ESL | T — Other:   Content Mastery |

| Results | If efforts are not successful, provide reason(s): |
|---|---|
| -Successful in current placement. | |

[ ] Yes  [ ] No  [X] N/A   Parents of students who meet eligibility criteria for visual or auditory impairments or deafblindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or Texas School for the Deaf, including eligibility and admissions requirements and the rights of student's related to admission.

Date(s) Informed:  School for Blind: _____   School for Deaf: _____

The committee determined that the student's placement will be at:

**Current Year:** _____ Moody High School _____

Vocational Adjustment Class

Name of Current Instructional Arrangement

[X] Yes  [ ] No   This is the campus which the student would attend if not in special education. If no, name the student's home campus:

[X] Yes  [ ] No   This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin:  8/13/01     Anticipated duration of services:  05/02

**Next Year:** _____ Moody High School _____

Resource Room/Services- <21%

Name of Next Year's Instructional Arrangement

[X] Yes  [ ] No   This is the campus which the student would attend if not in special education. If no, name the student's home campus:

[X] Yes  [ ] No   This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin: _____   Anticipated duration of services: _____

[ ] Yes  [ ] No  [X] Not in Attendance   Parent/Guardian agrees with all entries in Section V.

### VI. EXTENDED SCHOOL YEAR SERVICES (ESY)

[ ] Yes  [X] No   Documentation has been submitted and the student is in need of ESY. If yes, attach the ESY SUPPLEMENT, IEP's for ESY and documentation of need.

Services to be provided:

| Subject | Amount of Time | Related Services |
|---|---|---|
| | | |
| | | |
| | | |

Transportation:  [ ] Yes  [X] No

[ ] Yes  [ ] No  [X] Not in Attendance   Parent/Guardian agrees with all entries in Section VI.

### VII. GRADUATION (High School Student Only):

The student is expected to graduate in:  2002

[X] Yes  [ ] No   Graduation Supplement with Transition Statement is attached.

[ ] Yes  [ ] No  [X] Not in Attendance   Parent/Guardian agrees with all entries in Section VII.

5/23/02

Scanned  Jun 18, 2ᴗ13

Locked: ☐

**Corpus Christi Independent School District**
**ARD/IEP Supplement**
**Graduation with Transition Statement**

Student's Name:   JOHN H. RAMIREZ

Anticipated Date of Graduation:    5/25/02          ARD Meeting Date:    5/23/02

Note: Graduation is a change of placement and JOHN H. RAMIREZ, upon graduation, will no longer be eligible for services under Part B of the Individuals with Disabilities Act and graduation with a regular high school diploma terminates JOHN H. RAMIREZ's entitlement to the benefits of the Foundation Schools Program. (Refer to the footnotes at the bottom of this supplement for exceptions.)

The ARD committee has determined that this student will graduate under the following option:

☐   This student has satisfactorily completed the minimum academic credit requirements for graduation applicable to students without disabilities, which includes satisfactory performance on an exit level assessment instrument.

☒   This student has maintained full-time employment without direct and ongoing educational support of the local school district based on this student's abilities and local employment opportunities. This option requires this student to complete his/her IEP and attain sufficient self-help skills to maintain the employment.*

☐   This student has demonstrated mastery of specific employability and self-help skills which will not require direct ongoing educational support of the local school district. This option requires this student to complete his/her IEP.*

☐   This student has gained access to services which are not within the legal responsibility of public education, or employment, or further educational opportunities. This option requires this student to complete his/her IEP.*

☐   This student no longer meets age eligibility requirements and has completed the requirements specified in the IEP.

☐   This student has satisfactorily completed the minimum academic credit requirements for graduation applicable to students in general education and has been exempted from the exit-level assessment instrument because modifications and accommodations provided during instruction would render the results of the assessment invalid.

Based on the anticipated method of graduation, the following instructional and educational experiences are planned to assist the student to prepare for transition from secondary education to post-secondary life. (Transition service needs should focus on the student's course of study):

     John plans to attend UTI in Houston to study auto or marine mechanics. He will continue

     working full-time to acquire credits for graduation.

- When considering graduation under this option, the ARD committee, when appropriate, shall seek in writing and consider written recommendations from appropriate adult service agencies and the views of the parent and, when appropriate, the student.
- Employability and self-help skills are those skills directly related to the preparation of students for employment, including general skills necessary to obtain or retain employment.
- Students with disabilities who are eligible to take the exit level assessment instrument but have not performed satisfactorily are eligible for instruction in accordance with TEC, §39.024.
- For students who receive a diploma under this option, the ARD committee shall determine needed educational services upon the request of the student or parent to resume services, as long as the student meets the age eligibility requirements.

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

6

**IV. LEAST RESTRICTIVE ENVIRONMENT SUPPLEMENT**

A. Evidence that removal of students with disabilities from the general educational environment/campus occurs only when the nature and severity of the disability is such that education in regular education classes/campus with the use of supplementary aids and services cannot be achieved satisfactorily based on the following:

John is a full-time VAC student.

Supplementary aides and services previously provided to the student include:

| | | | |
|---|---|---|---|
| ☐ Title I/Compensatory education | | ☐ Adaptive equipment | |
| ☐ School health Services | | ☐ Counseling | |
| ☐ Bilingual classes | | ☒ Modifications in regular education | |
| ☐ ESL | | ☐ Speech Modeling | |
| ☒ Tutorials | | ☐ Other 1: _____ | |
| ☐ Pre-school | | ☐ Other 2: _____ | |

B. In selecting the least restrictive environment, the following considerations were given to any potential harmful effects on the student and the quality of services he or she needs.

| | | |
|---|---|---|
| ☐ Increased student frustration/stress | ☐ Increased mobility problems in a large school setting |
| ☐ decreased student self esteem/worth | ☐ Increased safety concerns caused by physical aspects |
| ☐ increased difficulty with distractions of regular environment | ☐ Increased safety concerns caused by student adaptive equipment |
| ☒ large student/teacher ratio vs. increased need for attention | ☐ lack of emotional control harmful to others |
| ☒ excessive time required to master objectives | ☐ lack of social skill causes harm |
| ☒ Increased difficulty completing tasks | ☐ wide difference in development levels causes isolation |
| ☐ Increased difficulty controlling behavior | ☐ lack of specialized setting required for related service |
| ☐ other students distracted by related service | ☐ Other: |

C. Opportunities for this student to participate in all nonacademic and extracurricular activities available to students without disabilities to the maximum extent appropriate for the individual student.

| Nonacademic | | Extracurricular | |
|---|---|---|---|
| ☒ lunch | | ☒ athletics | |
| ☐ recess | | ☒ clubs | |
| ☒ counseling services, including emergency | | ☒ band | |
| ☒ transportation | | ☒ choral groups | |
| ☒ health services | | ☐ not applicable | |
| ☒ recreational services | | ☒ other school sponsored activities | |
| ☒ assemblies | | ☐ other: | |
| ☐ others: _____ | | | |

If any of the above items are NOT checked, document the ARD/IEP committee's decision to exclude this student from the opportunity to participate:

D. ☒ Yes ☐ No  This student is being educated with regular education students to the maximum extent appropriate to the needs of the student and is unable to benefit from education with regular education students to any greater extent.

5/23/02

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**                                    6b

**Admission, Review and Dismissal (ARD) Meeting**

JOHN H. RAMIREZ

E.   *Removal from General Education Campus

☐  Services and/or therapies in the student's IEP cannot be provided on a general education campus.

☐  The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

☐  The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

☐  The student had a previously unsuccessful placement on a general education campus.  If selected, list instructional and
    related service goals and objectives and modification/support services that address returning the student to the general
    education campus.


☐  Other: _____
☐

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section VIII. |
|-------|------|---------------------|----------------------------------------------------------|

5/21/02

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting    Deliberations

JOHN H. RAMIREZ

Additional Deliberations of the ARD Committee
Appendix B

Purpose:  Dismissal ARD  to review credits for graduation and discuss transition.  John has 18.5 credits.  He is a full-time VAC student this year.  Anticipated graduation is 5/02 as an IEP graduate.  John is exempt from the exit-level TAAS.  He is interested in attending UTI in Houston for training in auto or marine mechanics.  John was given information about services offered by TRC and encouraged to set up an intake appointment with them.  He was also advised to talk to the school counselor for information about UTI.

Recorder:    Karen Boyd

Special Ed. Teacher (Res)
Recorder Title

5/23/02

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

**JOHN H. RAMIREZ**

7

## IX. ASSURANCES

The committee assures that special education placement:

* is as close as possible to the student's home.
* for national origin minority group students or linguistically different students is not based on criteria which were developed solely on command of the English language

*Basis for assurances:

☐ adaptations in testing procedures ☒ review of parent/student information
☐ use of interpreter ☐ review of language assessment

* is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

*Basis for assurances:

☒ review of parent/student information ☐ review of sociological assessment

*The ARD committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs ( including academic and developmental areas such as language and socialization).

*The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents as part of the general education program may be charged (i.e., art or laboratory fees).

NOTE IF APPROPRIATE, COMPLETE ARD/IEP SUPPLEMENT: OUT-OF-DISTRICT PLACEMENT VERIFICATION OR REFERRAL TO A REGIONAL DAY SCHOOL PROGRAM FOR THE DEAF.

## X. SIGNATURES OF COMMITTEE MEMBERS

☒ Yes ☒ No ☐ N/A   A transfer of rights notice has been provided to the student and/or parent prior to the age of majority.

Parent ☐ agrees ☐ not in attendance
☒ disagrees

with required entries in Sections I thru VIII of this document.

Note: Disagrees indicates that "No" was entered, or neither box was checked at the end of one or more of the sections.

| Signature | Position | Agree | Disagree |
|---|---|---|---|
| | Parent/Adult Student | ☐ | ☐ |
| | Administration | ☑ | ☐ |
| | Instruction | ☑ | ☐ |
| Karen Boyd | Special Education | ☑ | ☐ |
| | Assessment | ☐ | ☐ |
| | Speech Therapist | ☐ | ☐ |
| John Irving | Student | ☑ | ☐ |

☒ This IEP has been developed by the members of the ARD committee by mutual agreement.

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional data, and/or obtain additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on :

☐ The members of this ARD committee have not reached mutual agreement.

| at | at | [2] Statements of the reason mutual agreement has not been reached may be attached. |
|---|---|---|
| Date | Location | Time |

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full explanation of all procedural safeguards is included with this form. Please contact Robert Garcia at (361) 994-3500 if you have any questions or need names of other individuals to assist you in understanding this document or your procedural safeguards

[1] Assessment personnel are required when interpretations of assessment data are being considered.

[2] Include documentation concerning the reconvened ARD.

Scanned  Jun 18, 2ᴏ13

CONFIDENTIAL
RECEIVED

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi,  Texas

Psychological Services

Reevaluation Assessment

#R156

**Reason for Referral:**

Emotional/behavioral testing was requested by a Reevaluation ARD Committee due to John's disruptive, non-compliant classroom behavior. John is currently receiving Special Education services at Moody High School due to a Learning Disability and ADHD/OHI (Other Health Impairment).

**Testing Conditions/Observations:**

Testing was attempted on several occasions, but could not be conducted due to John's excessive absenteeism. John attends Moody High School half-day and works off campus in the afternoons. However, he refuses to attend all day, except for one morning class and frequently skips school altogether.

Standardized assessment procedures were not used with this student. Projective assessment was refused by examiner. Therefore, the following procedures were utilized: interview and behavior rating scales were administered.

I.    Assessment of Physical, Mental, and/or Emotional
      Conditions

      Sources of data include the Request for Educational
      Assistance (R.E.A.) (demographic information and
      academic/behavioral concerns) which was completed by
      the student's teacher on 11/16/01, and the Health
      Inventory and Family Information form, completed via
      parent interview, which includes physical,
      emotional/behavioral, sociological, and adaptive
      behavior information. Dates of assessment data obtained
      from other sources will be listed only if different
      from the "Date of Evaluation" given below.

                          Name: Ramirez, John
                          DOB: 6/29/84  CA: 16 Years, 10 Mos.
                          School: Moody H.S. Grade: 10
                          Date of Evaluation: 4/20/01
                          Student ID#: 454313620
                          Date of Report: 4/27/01

Scanned  Jun 18, 2013

Psycho-educational Evaluation

C. Assessment of Emotional/Behavioral Factors

Tests/Measures Used:

| | |
|---|---|
| R.E.A. | 11/16/01 |
| Behavior/Academic checklist from teacher | 12/11/00 |
| Reports of Behavior from Staff | 11/16/00,4/20/01 |
| Reports of Behavior during Testing by Counselor/Team | 4/20/01 |
| Clinical Interview | 4/20/01 |

Interpretation:

Based on information from the identified sources, emotional/behavioral factors do not at present appear to adversely influence John's learning to a significant degree.

John appears to be a socially maladjusted individual, who chooses to violate school and community rules for personal gain. He is able to understand the consequences of his own behavior and, by his own admission, is also in control of his behavior. He expresses no remorse for his actions and proudly states that he has no intention to change.

Please see attached eligibility report for Emotional Disturbance.

Characteristics of John's behavior, as manifested in in-school and/or out-of-school settings which appear to influence his educational placement and programming include:

John is described by his teachers as aggressive, argumentative with authority, disrespectful to others, and disruptive in class.

Characteristics of John's behavior as manifested in in-school and/or out-of-school settings which appear to influence his ability to follow school disciplinary rules include:

John is able to follow all school disciplinary rules and should be subject to regular discipline procedures.

2    Student's Name: John Ramirez

Scanned  Jun 18, 2013

Psycho-educational Evaluation

   D.  Assessment of Sociological Factors

      Measures Used:

      R.E.A.                                              11/16/01

      Teacher Reports                                     4/20/01

      Interpretation:

      Information from identified sources does indicate that significant
      culture and/or lifestyle factors may influence John's learning and
      behavioral patterns.

      John belongs to a peer group, possibly gang-like and it's
      activities, which does not appear to value compliance with school
      and community rules. John may act inappropriately (i.e.,
      disrespectful, aggressive, etc.) in order to preserve his
      reputation and esteem in his own eyes and in the eyes of his peer
      group.

      ch

                          3     Student's Name: John Ramirez

Scanned  Jun 18, 2013

CORPUS  ~RISTI INDEPENDENT SCHOOL ~ ~TRICT
Comprehensive Individual Assessment
Statement of Eligibility

Date of Report: 4-2?-01    SSN: 454 31 3620    Age: 16:10

Based on the data in this report, the student: John Ramirez

School: Moody High School    Grade: 10    Sex: M

☑    does meet the eligibility criteria for special education services with the
disability of:

Condition 1: Learning Disability Condition 4: _____
Condition 2: OHI : ADHD        Condition 5: _____
Condition 3: _____

☐    does not meet eligibility criteria for special education services.

ASSURANCES    (Representative of multidisciplinary team initial below.)

*The multidisciplinary team assures that the testing, evaluation materials, and
procedures used for the purposes of evaluation were selected and
administered so as not to be racially or culturally discriminatory.
*The multidisciplinary team assures that the tests and other evaluation materials
have been validated for the specific purpose for which they were used.
*The multidisciplinary team assures that the tests and other evaluation
materials were administered by trained personnel in conformance with the
instructions provided by their producers.

I have reviewed this report and it reflects my professional conclusions.

| Multidisciplinary Team | Position | Agree | Disagree |
|---|---|---|---|
| Justine L. Hansen | LSSP | ☑ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

*  Denotes required item.
** If you disagree, submit a written explanation of area(s) of disagreement.

REVIEWED BY:

IV.   Verification of Eligibility as Severely Emotionally Disturbed

   A.   Tests Administered                              Date: 4/27/01

   _____ Thematic Apperception Test          _____ Incomplete Sentences
   _____ Make a Picture Story                _____ Despert Fables
   _____ Children's Apperception Test        _____ Self-Concept Questionnaire
   _____ Rorschach                           _____ Draw-A-Person
   _____ Minnesota Multiphasic Personality   _____ House-Tree-Person
   _____ Inventory                           _____ Kinetic Family Drawing
   _____ Parent Interview                    _____ Behavior Evaluation Scale
   __✓__ Clinical Interview                  __✓__ Other: BASC – Teacher Rating Scale, BASC –
                                                    Self-Report, and Teacher Information and
                                                    Interview

   __✓__ Student Observation(s)

   B.   Test Interpretation:

   John was extremely resistant to testing. He expressed anger
   towards this examiner for embarrassing him by coming into his
   classroom to get him for testing. He stated that he did not need
   to be tested, and that he believes the tests are designed to make
   people feel bad about themselves. He also expressed anger about
   having been previously labeled LD and ADHD/OHI and placed in
   Special Education. However, he does not want to be exited from
   Special Education because it's the only way he can be in the
   half-day work program, but added that he otherwise doesn't need
   Special Education services. He attributed his failing grades to
   his lack of effort, attendance, and concern; but defended his
   ability to do the work.

   John refused to participate in projective testing, but allowed an
   interview and completed a BASC. John's BASC responses indicate
   that his attitude toward school and teachers are areas of
   significant maladjustment for him. A BASC completed by John's
   teacher indicates that hyperactivity and aggression are areas of
   concern. No other emotional/behavioral concerns were noted by
   John's teacher.

   An interview revealed that John does not value or prioritize
   school. He expressed a general dislike of teachers and school. He
   does value his job and his peer group. However, he lost his job
   due to possession of marijuana and belongs to a delinquent peer
   group. John appears extremely wary of trusting others and states
   that he will purposefully lash out at any person he perceives to
   be disrespectful of him. He has done this in the past and has no
   remorse for his actions.

   John's teachers describe him as an oppositional student with an
   attitude problem and suspect him of gang membership. They state
   that he has rejected efforts to help him meet his school goal.
   One of his teachers has established adequate rapport and John
   describes her as the only teacher he likes/tolerates. However, he
   skips and behaves inappropriately in her class despite that he is
   afforded many privileges and rewards. John does not attend his
   other classes at all.

Scanned  Jun 18, 2013

Severely Emotionally Disturbed (Cont.)

_____ This student has demonstrated the following characteristics of severe emotional disturbance for/and to such a degree that educational performance has been adversely affected.

_____ an inability to learn which cannot be explained by intellectual, sensory, or health factors;

_____ an inability to build or maintain satisfactory interpersonal relationships with peers and teachers;

_____ inappropriate types of behavior or feelings under normal circumstances;

_____ a general pervasive mood of unhappiness under normal circumstances; or

_____ a tendency to develop physical symptoms or fears associated with personal or school problems.

__✓__ This student does not demonstrate characteristics of emotional disturbance.

C.   **Type and Severity of Emotional Disturbance**

None.

D.   **Behavioral Concerns**

1.   **Degree to which the student's in-school and out-of-school behavior reflects symptoms consistent with the diagnosis:**

John appears to be in control of and understands the consequences of his behavior. He expresses no remorse for his previous wrong doings and no intention to change his behavior.

2.   **Behavior(s) considered to be a direct result of the emotional disturbance:**

None.

3.   **Functional implications for situations involving instruction:**

John is likely to be aggressive, argumentative, disruptive, and disrespectful at school. He should be held responsible for these behaviors.

Scanned  Jun 18, 2013

4.   Recommendations for behavioral management in the educational
setting:

Firm, clear boundaries and expectations should be set with
John. All redirections should be made in private. Every
attempt to demonstrate respect towards John should be made.
He will refuse to work with, and may be aggressive towards
any person he perceives as lacking respect for him. John
does not like working with his peers, especially those he
perceives to be inferior to him. Little can be gained from
forcing him to work with others as he will resist and may
fight verbally or physically with other students. John works
best in hands-on activity oriented situations. John may
agree to work for special privileges, such as computer time
or free time. John enjoys computers.

_Justine Stlbnsen_
Licensed Specialist in School Psychology

Reviewed/Supervised by: _____
Coordinator for Psychological Services
Licensed Psychologist

PS-94-Psy-ED   Name: _John Ramirez_   DOB: _6/29/84_ School: _Moody H.S._
ch

Scanned  Jun 18, 2013

counselor

**Corpus Christi Independent School District**
**Admission, Review and Dismissal (ARD) Meeting**

Locked: ☐

| ☐ Initial | ☐ 3-Year Review | ☐ Dismissal | and/or | ☒ Annual | and/or | ☐ Failure | ☐ Discipline |
| ☐ Transfer | ☒ Review | ☐ End of Year Dismissal | | | | | |

| Student ID: | 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 | | Meeting Date: | 9/5/01 |
| Student's Name: | JOHN H. RAMIREZ | | Instructional Arrangement: | D3 |
| Date of Birth: | 6-29/54 | Sex: | M | Resource Room |
| Home Campus: | Moody High School | | | Speech: | 0 |
| Current Campus: | Moody High School | | Grade: | 12 |
| Parent's Name: | GUADALUPE ALEJANDRO | | | |
| Parent's Address: | 3801 CASTILLA CT, | | Home Phone: | (512) 654-1481 |
| | CORPUS CHRISTI, TX 78415- | | Work Phone: | (512) 653-8691 Ext. 0000 |

☐ *An interpreter was used to assist in conducting the meeting.          If yes, specify language:

☐ Parent/Adult student waives the 5 school days written notice of the ARD meeting and agrees to an
earlier meeting.

Parent's Signature:                    GUADALUPE ALEJANDRO                    4/27/01

**I. *REVIEW OF ASSESSMENT/EVALUATION DATA (check if applicable)**

☒ Assessment/Evaluation Reports
☒ ARD Full and Individual Evaluation (FIE)          Date(s) of Report(s):
☐ Other Assessments/Evaluations. Specify :

| Assessment | Initial Date | Current Date | Needed | Complete By | Active |
|---|---|---|---|---|---|
| None | | | | | |

☒ Vocational Assessment          Date(s) or Report(s):     9/24/97

☐ Current FIE, other assessments/evaluations, and associated eligibility reports have been given to the parents.
☒ Information from the student's Individual Transition Plan          (attach supplement dated:              )
☐ Records from other school district.
☒ Information from parents/student.
☒ Information from school personnel.
☐ Information/Records from other agencies/professionals.
☒ Information from Language Proficiency Assessment Committee.
☐ Additional assessment/evaluation is needed. Refer to the Other Assessments/Evaluations table above for specific
assessments/evaluations and associated timelines.

A Full and Individual Evaluation (FIE) must be completed by:          4/27/2004

☒ Yes ☐ No     The IEP previously developed was reviewed.

| ☐ Yes ☐ No ☒ Not in Attendance     Parent/Guardian agrees with all entries in Section I. | 9/5/01 |

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

2

II. *DETERMINATION OF ELIGIBILITY (check if applicable):

Based on the assessment/evaluation data reviewed, the committee has determined that the student:

☐ does not meet specific TEA and Federal eligibility criteria to receive special education services.

☒ meets specific TEA and Federal eligibility criteria to receive the following special education services for the following conditions:

| | | | |
|---|---|---|---|
| Condition 1: | Learning Disabled | Condition 4: | None |
| Condition 2: | Other Health Impaired | Condition 5: | None |
| Condition 3: | None | | |

Complete the following section for transfer students only:

☐ The parent or parents verify that the student was receiving special education services in

_____ , Verification from the former district ☐ by telephone reported by

_____ , or ☐ type of document _____ and date

received _____

The instructional arrangement and related service provided in the previous district were as follows:

_____

Eligibility is temporary contingent upon receipt of valid assessment/evaluation data or collection of new assessment/evaluation data. A second ARD will be held within 30 school days to develop an IEP based on

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section 8. |
|---|---|---|---|

III. COMPETENCIES:   ☒ discussed below       ☐ to be addressed at 30 day ARD/IEP

A. PHYSICAL, as it affects participation in:

*Instructional settings:

☒ normal vision   (☐ with glasses)   ☒ normal hearing   ☒ good general health

and/or

*physical education

☒ Yes ☐ No   Student is capable of receiving instruction in regular P.E. with no modifications. If no, see services to be provided.

Other Physical Competencies

Not Applicable

*This field was added 8/1/98. Refer to deliberation for additional competencies, if any prior to this date.

B. BEHAVIORAL, as it affects:

Educational placement/programming:

(Check the appropriate competencies)

| | | |
|---|---|---|
| ☐ Interacts appropriately with peers | Other Behavior 1: | Disruptive classroom behavior at times |
| ☐ Interacts appropriately with adults | | |
| ☐ adjusts easily to new situations | Other Behavior 2: | Can be argumentative with authority figures |
| ☐ respects authority | | |
| ☐ cooperative | Other Behavior 3: | |
| ☐ completes tasks | | |

8/5/01

Scanned Jun 18, 2013

### Corpus Christi Independent School District
### Admission, Review and Dismissal (ARD) Meeting

#### JOHN H. RAMIREZ

C. *Discipline:

(Check the appropriate competencies)

☐ Is mentally able to follow regular discipline rules

☒ Is emotionally able to follow regular discipline rules; or   ☐ refer to comments below

☒ Student's behavior impedes his/her learning or that of others (if 'X' complete function behavioral assessment, Behavior Intervention Plan/Behavioral IEP).

☐ able to follow classroom management plan

☐ Yes   ☒ No   The student is capable of following the Student Code of Conduct without modification. If NO, complete Special Discipline Procedures form.

Comments:   Behavior Plan developed 11/28/00 will remain in effect in 2001-02 school year.

D. *Prevocational/Vocational (when appropriate)

☐ not appropriate for this student      ☐ has good attendance       ☒ is able to work on time schedule
☐ keeps work area neat                 ☐ follows directions          ☐ Other 1: _____
☐ has good social skills               ☐ is reliable                 ☐ Other 2: _____
☐ is mechanically inclined             ☐ cares for materials
☒ has a part-time job                  ☐ is responsible

E. * Academic/Developmental, including LEP student language competencies relevant to developing the IEP (grade or age levels alone are not acceptable):

| Area 1: | draws conclusions |
| Area 2: | identify main idea |
| Area 3: | uses capitalization |
| Area 4: | describes setting |
| Area 5: | Adds, subtracts, multiplies, and divides whole numbers, decimals, and fractions |
| Area 6: | |
| Area 7: | |

F. Assistive Technology needs were considered.

☒ Based on informal and/or formal information, A.T. devices and services are not recommended at this time.

☐ A.T. addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services.   A.T. devices will be provided for:   ☐ Current Year ☐ Next Year ☐ Both

(Note: Refer to formal A.T. screenings, FIE, and/or other formal and informal information for detailed A.T. recommendations.)

G. *Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels.

☒ Language Arts/English      ☐ Science
☐ Reading                    ☐ Social Studies
☐ Math                       ☐ Other: _____

H. Communication needs were considered. (Added 8/5/99)

☒ No additional communication services are recommended.

☐ Communication needs are addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services. (Complete Communication Needs Supplement for students w/ AL)

I. *The student's disability affects involvement or progress in the general curriculum or, for preschool, appropriate activities in the following ways: (Added 8/5/99)

John needs modifications and content mastery to be successful in general education classes.

☒ Individual Educational Plan (IEP) is attached. (Refer to Appendix A)      ☐ An IEP is not applicable

☐ Refer to the previous IEP as no changes are being made at this meeting.

☐ Yes   ☐ No   ☒ Not in Attendance        Parent/Guardian agrees with all entries in Section III.

9/5/01

Scanned  Jun 18, 2ᴜ13

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Behavior Intervention Plan

11-28-00

9/5/01 - BIP reviewed at
annual ARD; will
remain in effect for
2001-02 school yr.

PLEASE PRINT

| STUDENT LAST NAME | FIRST | MI | SS NUMBER | DOB |
|---|---|---|---|---|
| Ramirez | John | H | 454713620 | 6-29-84 |

Please list below each behavior, reinforcement, consequence, person responsible for administering the name and date to be reviewed.
Appropriate interventions might arise from assessment data, discipline history, social history, or parental reports.

(Indicate intervention strategies by code)

| Specific Behavior | Description of Means for Rewarding Desirable Behavior | Description of Consequences for Undesirable Behavior | Person Responsible Date to be Reviewed |
|---|---|---|---|
| Improve school attendance | - Verbal praise<br>- Set well-defined limits -<br>- isolate student in another part of class- preferential seating<br>- call/conference w/parent<br>- earn privileges/ activities in class + at home | - Verbal warning<br>- call/conference w/parent<br>- loss of privileges in class<br>- office referral<br>- detention<br>- offer choices<br>- detention<br>- ISS<br>Suspension<br>AEP | student<br>Parent<br>School staff |
| refrain from verbal + physical aggression (fighting) | | | |
| Comply w/directives from authority figures | - attend tutorials before + after school to complete assignments + make-up absences + do community services<br>- complete attendance waiver<br>- suggest parent contact | - file truancy charges<br>- contact truant officer | |

John's doctor to see
if medication for ADD would be helpful.

7/98

**Scanned  Jun 18, 2013**

## Corpus Christi Independent School District
## Admission, Review and Dismissal (ARD) Meeting

Date: ___9/5/01___

JOHN H. RAMIREZ

IV. DETERMINATION OF SERVICES TO BE PROVIDED          Resource Room/Services- <21%

A. Justification indicates that the identified placement is in the least restrictive environment and is based on the needs of the student. Alternative placement was discussed.

| | Qtr | Reg | Rel | SpEd | IA |
|---|---|---|---|---|---|
| | 1 | 490 | 0 | 6 | 41 |
| F | 2 | 490 | 0 | 6 | 41 |
| | 3 | 490 | 0 | 6 | 41 |
| 8 | 4 | 490 | 0 | 6 | 41 |

Year: ___2001-02___  Semester: ___F/S___

Start Time: ___8:00___  End Time: ___16:00___

Total Day: ___480___   Inst Time ___310___

SpEd=Special Education; Reg=Regular Education; Rel=Related Services; IA=Instructional Arrangement

Student's placement this year will be at: ___Moody High School___          Other Setting All Qtrs

| Subject (Option) | Qtr/Sem | *Service Provider | *Grade Assigned | Min. Reg. | Min.SpE | Class Modifications Select Up to 10 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Freq/Period | | | | | | |
| Content Mastery | B | SE | SE | -30 | 30 | | | | | |
| | | | | 1 time(s) /wk | | | | | | |
| Non-Instruct Time | B | RE | RE | 55 | 0 | | | | | |
| | | | | 1 time(s) /day | | | | | | |
| PE/Health | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| RCP | B | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| English 2 | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| US Govt/KY/BWP | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| Algebra 2 | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| CO-OP/VK | B | RE | RE | 90 | 0 | | | | | |
| | | | | 1 time(s) /day | | | | | | |
| | B | RE | RE | 90 | 0 | | | | | |
| | | | | 1 time(s) /day | | | | | | |
| | | RE | RE | 0 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |

Min. Reg. are provided in the regular classroom.  Min. SpEd. and/or Min. Related Service are provide outside the regular classroom.  Special locations for providing services are described as part of the subject, in the Related Service Other column, or in the deliberations.

** Modifications: (*denotes assistive technology)

1. Change pace of instruction
2. Oral tests
3. Short answer tests
4. Modified tests/texts
5. Taped texts*
6. Highlighted texts*
7. Taping lectures*
8. Note taking assistance*

9. Expanded time assignments
10. Shortened assignments
11. Assignment notebooks*
12. Study aids/manipulatives
13. Repeated/review
14. Reduce written task
15. Calculator*
16. Preferential seating

17. Interpreter for the deaf
18. Frequent breaks
19. Defined physical space
20. Cooling-off period
21. Concrete reinforcers
22. Positive reinforcers
23. Behavior management plan
24. Oral directives

25. Special instruction/adaptive equipment
26. Change to TEKS.
27. Change in project, report requirements.
28. Change in tool, equipment/ machinery used in classroom
29. Check for understanding
30. Other 1: Content mastery
31. Other 2: _____
32. Other 3: _____

Additional modifications are listed in the deliberations.

Modifications needed to assure success in regular, remedial, and supportive programs, including eligibity for participation in extracurricular activities, are specified on the Individual Educational Plan.

Parents will be notified of progress by: -Regular report card

9/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**
**Admission, Review and Dismissal (ARD) Meeting**

4 cont.

Date:   9/5/01

JOHN H. RAMIREZ

| Related Service | Provider | Min | Freq/ Period | Other | Qtr/ Sem |
|---|---|---|---|---|---|
| None | | | time(s) per | | |

**COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION**

This person is responsible for monitoring the student's performance in regular education:
Reg/Spec. Ed. Teacher

Monitoring Frequency:  Every 9 wks.

Monitoring Method:  Report cards

Schedule for evaluating progress for participation in extracurricular activities will be every:

[X] 3 weeks   [ ] 6 weeks   [ ] 9 weeks

[ ] Other

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted. Exceptions for this student, if any, are documented on the IEP.

Explanation of Alternative Assessment Decisions (rationale/accommodations/mods)
NA

**Assessment of Student Progress:**     [X] not offered for this student's grade

| | Mathematics | Writing | Reading | Science | SS | | RPTE | |
|---|---|---|---|---|---|---|---|---|
| Will Take TAAS | [X] | [X] | [X] | | | [ ] | Will Take | |
| State Alt. Assess. | [ ] | [ ] | [ ] | | | [ ] | Will Not Take | |
| Oth. Alt. Assess. | [ ] | [ ] | [ ] | | | [ ] | NA | |
| N/A/Passed | [ ] | [ ] | [ ] | [X] | [X] | | | |

**TAAS and End-of-Course Exam Test Mods as defined in test administration materials.**

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| | 0 | 0 | |

**Refer to the attached Test Modifications for a description of each modification.

| [ ] | Yes | [ ] | No | [X] | Not In Attendance | Parent/Guardian agrees with all entries in Section IV. |

9/5/01

Scanned  Jun 18, 2013

Corpus Christi Independent School District
Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ                                                                   5

V. DETERMINATION OF PLACEMENT

Placement alternatives provided, tried, or considered (p, t, c), including services in regular and compensatory education, for which the student is eligible and additional services needed) area identified below.  Consideration of the vocational training needs for students at or before entry into high school was discussed. (Modified 2/10/98)

| | | | |
|---|---|---|---|
| P | Regular education only | | Compensatory education |
| | Regular education with modifications in pacing, methods, or materials | | Alternative school |
| | Regular education with support services | P | Regular vocational education |
| | Self-contained class (special education) | | Regional Day School for the Deaf |
| | Resource classroom (special education) | | Homebound |
| | Discipline center | | Speech therapy |
| | Related services: | | Hospital class |
| | Home - based instruction | | Classroom (VAC) |
| | On the job training (VAC) | | Home Campus |
| | Bilingual education/ESL | P | Other:    Content Mastery |

| Results | If efforts are not successful, provide reason(s): |
|---|---|
| Passed all classes last year except English 2 and algebra 2 | Excessive absences, incomplete assignments and performance standards |

[ ] Yes  [ ] No  [X] N/A  Parents of students who meet eligibility criteria for visual or auditory impairments or deaf/blindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or Texas School for the Deaf, including eligibility and admissions requirements and the rights of student's related to admission.

Date(s) informed: School for Blind: _____    School for Deaf: _____

The committee determined that the student's placement will be at:

Current Year:      Moody High School          Resource Room
                                     Name of Current Instructional Arrangement

[X] Yes  [ ] No     This is the campus which the student would attend if not in special education.
                          If no, name the student's home campus:
[X] Yes  [ ] No     This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin: ___8/5/01___    Anticipated duration of services: ___6/5/02___

Next Year:      Moody High School          Resource Room/Services- <21%
                                     Name of Next Year's Instructional Arrangement

[X] Yes  [ ] No     This is the campus which the student would attend if not in special education.
                          If no, name the student's home campus:
[X] Yes  [ ] No     This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin: _____    Anticipated duration of services: _____

[ ] Yes  [ ] No  [X] Not In Attendance     Parent/Guardian agrees with all entries in Section V.

VI. EXTENDED SCHOOL YEAR SERVICES (ESY)
[ ] Yes  [X] No     Documentation has been submitted and the student is in need of ESY. If yes, attach the ESY SUPPLEMENT, IEP's for ESY and documentation of need.

Services to be provided:
| Subject | Amount of Time | Related Services |
|---|---|---|
| | | |
| | | |
| | | |

Transportation:  [ ] Yes  [X] No

[ ] Yes  [X] No  [ ] Not In Attendance     Parent/Guardian agrees with all entries in Section VI.

VII. GRADUATION (High School Student Only):
The student is expected to graduate in: ___2002___
[ ] Yes  [X] No     Graduation Supplement with Transition Statement is attached.

[ ] Yes  [ ] No  [X] Not In Attendance     Parent/Guardian agrees with all entries in Section VII.

8/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

JOHN H. RAMIREZ

6

**IV.  LEAST RESTRICTIVE ENVIRONMENT SUPPLEMENT**

A.  Evidence that removal of students with disabilities from the general educational environment/campus occurs only when the nature and severity of the disability is such that education in regular education classes/campus with the use of supplementary aids and services cannot be achieved satisfactorily based on the following:

-JOHN is receiving all services in the general education classroom.

Supplementary aids and services previously provided to the student include:

| | | |
|---|---|---|
| ☐ Title I/Compensatory education | ☐ Adaptive equipment |
| ☐ School health Services | ☐ Counseling |
| ☐ Bilingual classes | ☒ Modifications in regular education |
| ☐ ESL | ☐ Speech Modeling |
| ☒ Tutorials | ☐ Other 1: |
| ☐ Pre-school | ☐ Other 2: _____ |

B.  In selecting the least restrictive environment, the following considerations were given to any potential harmful effects on the student and the quality of services he or she needs.

| | |
|---|---|
| ☐ increased student frustration/stress | ☐ increased mobility problems in a large school setting |
| ☐ decreased student self esteem/worth | ☐ increased safety concerns caused by physical aspects |
| ☐ increased difficulty with distractions of regular environment | ☐ increased safety concerns caused by student adaptive equipment |
| ☒ large student/teacher ratio vs. increased need for attention | ☐ lack of emotional control harmful to others |
| ☒ excessive time required to master objectives | ☐ lack of social skill causes harm |
| ☒ increased difficulty completing tasks | ☐ wide difference in development levels causes isolation |
| ☐ increased difficulty controlling behavior | ☐ lack of specialized setting required for related service |
| ☐ other students distracted by related service | ☐ Other: |

C.  Opportunities for this student to participate in all nonacademic and extracurricular activities available to students without disabilities to the maximum extent appropriate for the individual student.

Nonacademic

| | |
|---|---|
| ☒ lunch | |
| ☐ recess | |
| ☒ counseling services, including emergency | |
| ☒ transportation | |
| ☒ health services | |
| ☒ recreational services | |
| ☒ assemblies | |
| ☐ others: | |

Extracurricular

| | |
|---|---|
| ☒ athletics | |
| ☒ clubs | |
| ☒ band | |
| ☐ choral groups | |
| ☐ not applicable | |
| ☒ other school sponsored activities | |
| ☐ others: | |

If any of the above items are NOT checked, document the ARD/IEP committee's decision to exclude this student from the opportunity to participate:

D.  ☒ Yes   ☐ No   This student is being educated with regular education students to the maximum extent appropriate to the needs of the student and is unable to benefit from education with regular education students to any greater extent.

9/5/01

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

8b

E.   'Removal from General Education Campus

☐  Services and/or therapies in the student's IEP cannot be provided on a general education campus.

☐  The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

☐  The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

☐  The student had a previously unsuccessful placement on a general education campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

☐  Other: _____

☐

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section VIII. |

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting          Deliberations

JOHN H. RAMIREZ

## Additional Deliberations of the ARD Committee
## Appendix B

Purpose:Annual ARD held to discuss current progress, future goals, and schedule/services for the 2001-02 school year.  John has 14.5 credits at this time.  John qualifies for special ed. services as an LD/OHI student.  J. Hansen reviewed assessment for emotional disturbance(re-eval.4/27/01).  John does not qualify as ED.  ARD members were in agreement and no additional testing was requested.

Schedule was developed.  John must pass all courses in order to graduate this year.  John is currently looking for a job to earn credits through the work program.The work program teacher offered John several volunteer work options, but John stated that he would only work for money.  Mr. Adamez stated that John would not graduate if he did not start a job soon and earn credits in the work program.  TAAS was discussed.  John will take TAAS in October, 2001.  Current BIP was reviewed and continued for the current school yr.

| Recorder:  Karen Boyd | Special Ed. Teacher (Res) |
| --- | --- |
| | Recorder Title |

9/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

**JOHN H. RAMIREZ**

7

**IX. ASSURANCES**

The committee assures that special education placement:

* In as close as possible to the student's home.
* for national origin minority group students or linguistically different students is not based on criteria which were developed solely on command of the English language

*Basis for assurances:*

☐ adaptations in testing procedures        ☒ review of parent/student information
☐ use of interpreter                        ☐ review of language assessment

* is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

*Basis for assurances:*

☒ review of parent/student information      ☐ review of sociological assessment

*The ARD committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs ( including academic and developmental areas such as language and socialization).

*The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents as part of the general education program may be charged (i.e., art or laboratory fees).

NOTE: IF APPROPRIATE, COMPLETE ARDIEP SUPPLEMENT: OUT-OF-DISTRICT PLACEMENT VERIFICATION OR REFERRAL TO A REGIONAL DAY SCHOOL PROGRAM FOR THE DEAF.

**X. SIGNATURES OF COMMITTEE MEMBERS**

☒ Yes  ☐ No  ☐ NA      A transfer of rights notice has been provided to the student and/or parent prior to the age of majority.

Parent  ☐ agrees     ☐ not in attendance.      with required entries in        Note:  Disagrees indicates that "No" was
       ☒ disagrees                              Sections I thru VIII of this document.            entered, or neither box was checked at
                                                                                                   the end of one or more of the sections.

| Signature | Position | Agree | Disagree |
|---|---|---|---|
| | Parent/Adult Student | ☐ | ☐ |
| | Administration | ☑ | ☐ |
| | Instruction | ☑ | ☐ |
| | Special Education | ☑ | ☐ |
| | Assessment | ☑ | ☐ |
| | Speech Therapist | ☐ | ☐ |
| | Student | | |
| | | ☐ | ☐ |

☒ This IEP has been developed by the members of the ARD committee by mutual agreement.

☐ The members of this ARD committee have not reached mutual agreement. This school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional data, and/or obtain additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on :

☐ The members of this ARD committee have not reached mutual agreement.

_____ at _____ _____                              2       Statements of the reason mutual
Date        Location        Time                                     agreement has not been reached
                                                                     may be attached.

Your rights were explained to you when you or child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.  A full explanation of all procedural safeguards is included with this form.  Please contact Robert Garcia at (361) 994-3500 d you have any questions or need names of other individuals to assist you in understanding this document or your procedural safeguards.

1  Assessment personnel are required when interpretations of assessment data are being considered.
2  Include documentation concerning the reconvened ARD.

9/5/01

Scanned  Jun 18, 2013

*counselor*

CORPUS CHRISTI **INDE**PENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ARD/**IEP** SPECIAL REVIEW

| | Purpose of ARD |
|---|---|
| | Course Change ☑ |
| | EYS (Only) ☐ |
| | Failure ☐ |
| | PLC ☐ |

Date of ARD Notification _9/28/01_
Date of Meeting _10/10/01_

_John_ (First) _____ (MI) DOB _06 29 84_ ID _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_

Condition (1) _LD_ (2) _OHI_ Grade _11_ School _Moody H.S._ # _004_

committee is meeting to modify the ARD committee report dated _9/5/01_ and assures that the deliberations of that have been reviewed.

R MEETING: _Discuss Student's schedule_

of interpreter if used: _____

MENT REPORT(S) FOR RELATED SERVICES: _____

OPMENT OF THE IEP

Present competencies are unchanged.
Present competencies have changed as follows:

ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP COURSE/SERVICE | TIME* REG. | MOD(✓) | SP. ED. | ADD COURSE/SERVICE | TIME* REG. | MOD(✓) | SP. ED. | NEW SCHEDULE COURSE | TIME REG. | MOD(✓) | SP. ED. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Health | 90 | ✓ | | VAC | | | 360 | VAC | | | 360 |
| ICP | 90 | ✓ | | | | | | | | | |
| reg 2 | 90 | ✓ | | | | | | | | | |
| Gov't, KXO | 90 | ✓ | | | | | | | | | |
| Am Govt | 90 | ✓ | | TOTAL COURSE | | | 360 | | | | |
| TOTAL COURSE | 360/sem. | | | | | | | TOTAL | | | 360 |

* indicate weekly or other contact time for related/other services

☑ New IEPs have been developed for the courses/services added above (attached).
☐ New modifications have been developed for the courses added above (attached).
☐ A Behavior Management Plan has been developed (attached).

* Other ARD committee recommendations: _____

* Address time changes in speech and related services here.

Scanned  Jun 18, 2013

Student _John Ramirez_                                    ID# _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_

The ARD committee has determined that the student's placement will be:

School _Moody H.S._                    Instructional Arrangement _VAC_

[✓] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: TAAS/TBS

|  | Take | Exempt | Modifications: |
|---|---|---|---|
| [✓] Mathematics | [ ] | [✓] | [ ] use an interpreter |
| [✓] Writing | [ ] | [✓] | [ ] allow oral response |
| [✓] Reading | [ ] | [✓] | [ ] administer individually |

| ✦UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education ____ | Parent/Guardian/Surrogate Parent/Adult Student |  |  |  |  |
| Special education _360_ | Administration |  | _C. Albarez_ | ✓ |  |
| Related/Other Services: | Instruction |  |  |  |  |
| Speech ____ | Instruction (SPEECH) |  |  |  |  |
| OT ____ | Consultant/Chairperson |  | ✓ _Karen Boyd_ | ✓ |  |
| PT ____ | Assessment ▲ |  |  |  |  |
| Counselor ____ | Counselor |  |  |  |  |
| Health ____ | Related Services Rep. |  |  |  |  |
| Auditory ____ | Vocational Teacher ◆ | VAC | ✓ _C. Villanueva_ | ✓ |  |
| Vision ____ | Certified VH/AH Specialist ✦ |  |  |  |  |
| Music Th. ____ | LPAC ★ |  |  |  |  |
| O&M ____ |  |  |  |  |  |
| Special Education Transportation ____ (V) |  |  |  |  |  |

✦Total time for speech and all related services    ▲When assessment data are considered    ◆When vocational programs are considered
✦When student is identified as VH/AH    ★For limited English proficient students

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[✓] The committee mutually agreed to implement the program reflected in these proceedings. OR:

[ ] The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on _____

at _____    Place and Time                                      _____ Date

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to

_Parent_                   by _K. Boyd_                   on

_4/23/01_ . If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY _K. Boyd_

| UPDATED DATA |  |  |  |
|---|---|---|---|
| New School Placement | Previous IA Code _4/_ | New IA Code _08_ | New Program Type _VAC_ |

**Scanned  Jun 18, 2013**

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ARD/IEP SPECIAL REVIEW

| Purpose of ARD: | |
|---|---|
| Course Change | ☑ |
| EYS (Only) | ☐ |
| Failure | ☐ |
| PLC | ☐ |

**Note: This form is not to be used for:**
Initial ARD
Annual Review
Shortened Day
A E/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

Date of ARD Notification  9/28/01
Date of Meeting  10/10/01

Student  Ramirez         John              (MI)       DOB 06 29 84  ID 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

Handicapping Condition (1)  LD   (2)  OHI   Grade 11   School  Moody H.S. # 004

The ARD committee is meeting to modify the ARD committee report dated  9/5/01 , and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING:  Discuss Student's Schedule

Signature of interpreter if used: _____

ASSESSMENT REPORT(S) FOR RELATED SERVICES: _____

DEVELOPMENT OF THE IEP

☑  Present competencies are unchanged.
☐  Present competencies have changed as follows:

_____

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP | | | | ADD | | | | NEW SCHEDULE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COURSE/SERVICE | REG. | MOD(✓) | SP. ED. | COURSE/SERVICE | REG. | MOD(✓) | SP. ED. | COURSE | REG. | MOD(✓) | SP. ED. |
| PE/Health | 90 | ✓ | | VAC | | | 360 | VAC | | | 360 |
| TLC | 90 | ✓ | | | | | | | | | |
| Eng. 2 | 90 | ✓ | | | | | | | | | |
| TS Youth/K98 | 90 | ✓ | | | | | | | | | |
| Adv. Adv. Comp Lit | 90 | ✓ | | | | | | | | | |
| TOTAL COURSE 360/sem. | | | | TOTAL COURSE | | | 360 | | | | |
| | | | | | | | | TOTAL | | | 360 |

*  Indicate weekly or other contact time for related/other services

☑  New IEPs have been developed for the courses/services added above (attached).
☐  New modifications have been developed for the courses added above (attached).
☐  A Behavior Management Plan has been developed (attached).

*  Other ARD committee recommendations: _____

_____

*  Address time changes in speech and related services here.

Scanned  Jun 18, 2013

### Corpus Christi Independent School District
### Admission, Review and Dismissal (ARD) Meeting
JOHN H. RAMIREZ

4b

Date: 3/16/00

IV.  DETERMINATION OF SERVICES TO BE PROVIDED                    Resource Room

A. Justification indicates that the identified placement is in the least restrictive environment and is based on the needs of the student. Alternative placement was discussed.

Year: 2000-1   Semester: fall

Start Time: 8:00   End Time: 18:00

Total Day: 480   Inst Time 330

| Qtr | Reg | Rel | SpEd | IA |
|-----|-----|-----|------|----|
| 1 | 409 | 0 | 6 | 03 |
| 2 | 409 | 0 | 6 | 03 |
| 3 | 409 | 0 | 6 | 03 |
| 4 | 409 | 0 | 6 | 03 |

SpEd=Special Education; Reg=Regular Education; Rel=Related Services; IA=Instructional Arrangement

Student's placement next year will be at:   Moody High School                Other Setting All Qtrs:

| Subject (Option) | Qrt/Sem | *Service Provider | *Grade Assigned | Min. Reg. Freq/Period | Min.SpE | Class Modifications Select Up to 10 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Content Mastery | B | SE | SE | -30 1 time(s) / wk | 30 | | | | | |
| Non-Instruct Time | B | RE | RE | 55 1 time(s) / day | 0 | | | | | |
| English 2 | F | RE | RE | 90 1 time(s) / day | 0 | 04 29 | 09 30 | 10 | 13 | 20 |
| IPC | F | RE | RE | 90 1 time(s) / day | 0 | 04 29 | 09 30 | 10 | 13 | 22 |
| Algebra 2 | F | RE | RE | 90 1 time(s) / day | 0 | 04 29 | 09 30 | 10 | 13 | 22 |
| PLFP | B | RE | RE | 90 1 time(s) / day | 0 | 30 | 22 | 09 | | |
| Eng. 3 | S | RE | RE | 90 1 time(s) / day | 0 | 30 | 29 | 22 | 04 | 13 |
| US History | S | RE | RE | 90 1 time(s) / day | 0 | 30 | 29 | 22 | 04 | 13 |
| healthVKYBWP | S | RE | RE | 90 1 time(s) / day | 0 | 30 | 09 | 04 | 22 | 29 |

Min. Reg. are provided in the regular classroom. Min. SpEd. and/or Min Related Service are provide outside the regular classroom. Special locations for providing services are described as part of the subject, in the Related Service Other column, or in the deliberations.

** Modifications: (*denotes assistive technology)

1. Change pace of instruction
2. Oral tests
3. Short answer tests
4. Modified tests/texts
5. Taped texts*
6. Highlighted texts*
7. Taping lectures*
8. Note taking assistance*
9. Extended time assignments
10. Shortened assignments
11. Assignment notebooks*
12. Study aids/manipulatives
13. Repeated review
14. Reduce written task
15. Calculator*
16. Preferential seating
17. Interpreter for the deaf
18. Frequent breaks
19. Defined physical space
20. Cooling-off period
21. Concrete reinforcers
22. Positive reinforcers
23. Behavior management plan
24. Oral directives
25. Special instruction/adaptive equipment
26. Change in TEKS.
27. Change in project, report requirements.
28. Change in tool, equipment/ machinery used in classroom
29. Check for understanding
30. Other 1: Content Mastery
31. Other 2: _____
32. Other 3: _____

Additional modifications are listed in the deliberations.
Modifications needed to assure success in regular, remedial, and supportive programs, including eligibility for participation in extracurricular activities, are specified on the Individual Educational Plan.

Parents will be notified of progress by:
-Regular report card

3/16/00

Scanned Jun 18, 2013

**Corpus Christi Independent School District**
**Admission, Review and Dismissal (ARD) Meeting**
**JOHN H. RAMIREZ**

4b cont.

Date: 3/16/00

| Related Service | Provider | Min | Freq/ Period | Other | Qtr/ Sem |
|---|---|---|---|---|---|
| | | | time(s) per | | |

**COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION**

This person is responsible for monitoring the student's performance in regular education:
Regular Education Teacher

Monitoring Frequency: 9 wks.

Monitoring Method: Report cards

Schedule for evaluating progress for participation in extracurricular activities will be

[X] 3 weeks   [ ] 6 weeks   [ ] 9 weeks
[ ] Other

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted. Exceptions for this student, if any, are documented on the IEP

Alternative (non-TAAS) Assessments:

*Criterion referenced assessment (TAAS)

[ ] not offered for this student's grade placement

**TAAS Test Modifications as defined in test administration materials.

**Refer to the attached Test Modifications for a description of each modification.

| | Mathematics | Writing | Reading | Science | Social Studies |
|---|---|---|---|---|---|
| Will Take | [X] | [X] | [X] | [ ] | [ ] |
| Will Not Take | [ ] | [ ] | [ ] | [ ] | [ ] |
| Alt. Assess. | [ ] | [ ] | [ ] | [ ] | [ ] |
| NA/Passed | [ ]/[ ] | [ ]/[ ] | [ ]/[ ] | [X]/[ ] | [X]/[ ] |

[ ] Yes   [ ] No   [X] Not in Attendance   Parent/Guardian agrees with all entries in Section IV.

3/16/00

Scanned  Jun 18, 2013

Meeting Date: _____

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
Corpus Christi, Texas

Last Assessment: _1-15-98_

### REEVALUATION BY ARD

Student: _John Ramirez_

☒ Three-year Reevaluation          ☐ Special Request

ID: _4547/3620_   School: _Moody HS_   Grade: _10_   Age: _16_   D.O.B.: _6-29-84_   Sex: _M_

Current disabilities: _____ _LD / OHI_

### A.   Review of Existing Data

The chart below indicates the areas the ARD Committee has included in its review of existing assessment data and the committee's recommendations for the student's comprehensive assessment.

N= assessment is needed in this area          C= current data is satisfactory/no need to reassess

| Sources of Data | Dates/Discussion | Recommendation |
|---|---|---|
| Language/Communication | | ☐ N   ☒ C |
| | _adequate_ | |
| Physical (Motor/Health) | | ☐ N   ☒ C |
| | _history @ ARD - took meds in part_ | |
| Emotional/Behavioral | | ☒ N   ☐ C |
| | _can be argumentative w/ authority - may need clearly defined limits - cooling off time - will walk out of class, can be disrespectful_ | |
| Intellectual/Adaptive Behavior | | ☐ N   ☒ C |
| | _1-95 WISC-3 FSIQ-107     1-98 TONI IQ 110  > AVG to Hi AVG Range_ | |
| Present Levels of Educational Performance | | ☐ N   ☒ C |
| | _1-95 WJ-R A 4.5, RC 4.2, WL 3.2, M-6.0_   (grade level) Eng: draws | |
| | _1-98 WRAT-3 R-6, M-8_   writes conclusion, FC | |
| | _main idea, describes setting   Math: comp, dec part_ | |
| Sociological | | ☒ N   ☐ C |
| | _has had excessive abs, incomplete assign_ | |
| Assistive Technology | | ☐ N   ☒ C |
| | _use calc/computers_ | |
| Additional Information | _passed end of course US Hist Spr 99_ | |

| OFFICE USE ONLY: | ☐ | No | (additional assessment **IS NOT** needed.) |
|---|---|---|---|
| Staff ID: _____ | ☐ | Yes | (additional assessment **IS** needed.) |
| Date of Next 3 Year Review : _____ | | | |

Scanned  Jun 18, 2013

Summary of Data to Determine Specific Disability and/or Services

☐ No Additional Data Needed.

Upon review of current assessment data, the ARD Committee agrees that:

☐ The student manifests no disabling conditions and is not eligible to receive (*see below) special education and related services.
☐ The student manifests the following disabling conditions(s): _____

☐ ☐    The student needs special education and related services which will be determined when the ARD/IEP
Yes No    Committee develops/reviews the IEP and makes recommendations for programming and placement. If NO, the student is not eligible to receive special education and related services. (Conduct a subsequent ARD to address dismissal from special education.)

The following section is to be completed if no additional data are required:

☐ Yes ☐ No    The district has explained to the parent(s) the reasons for its determination that no additional data are needed to determine whether this student continues to be a student with a disability.
☐ Yes ☐ No    The district has made the parent(s) aware of their right to request an assessment to determine whether this student continues to be a student with a disability.

☒ Additional Data Needed *

The ARD Committee has determined that additional data are needed to determine whether: A) this student has or continues to have a particular category of disability; B) the present levels of performance and educational needs of the student; and C) if applicable, the nature and scope of special education and related services needed.

Note:

* A student is not eligible for a new disability without formal assessment
* The parent must complete and sign a Consent for Assessment and must also receive a Notice of Assessment prior to starting the comprehensive assessment
* Requests for initial assessment for related services require the school to complete and submit to special education the customary packet of information required for consideration of services. Also, parents are required to provide a physician's prescription prior to services.

## ASSURANCES

YES / NO    The ARD Committee assures that the testing, evaluation materials, and procedures used for the purposes of evaluation were selected and administered so as not to be racially or culturally discriminatory.
YES / NO    The ARD Committee assures that the tests and other evaluation materials have been validated for the specific purpose of which they were used.
YES / NO    The ARD Committee assures that the tests and other evaluation materials were administered by trained personnel in conformance with the instructions provided by their producers.

\* A FOLLOW-UP ARD MUST BE HELD UPON COMPLETION OF ASSESSMENT.

(* Conduct a subsequent ARD to address dismissal from special education.)

tu PS-2000

Scanned Jun 18, 2013

## SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| parent not in attendance | | Parent(s)/Adult Student | | |
| O. Olden | | Administration | ✓ | |
| Josefa M. Trevino | | Instruction | ✓ | |
| S. Moreno | ✓ | Instruction/Speech | ✓ | |
| Cristina Dela Garza | X | Assessment[1] | ✓ | |
| **OTHER PARTICIPANTS** | | | | |
| | | Representative of LPAC[2] | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☒ The committee mutually agreed to implement the program reflected in these proceedings.  OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than ten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach a mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or to others, or if the student has committed an expellable offense. The committee will reconvene on _____ at _____ , _____

Date     Place and Time

Information explaining why mutual agreement has not been reached must be noted in the ARD minutes. Participants may attach statements of agreement, disagreement, or clarification to the ARD minutes.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been given to parent _____ by C. De La Garza _____ on 11-2-00 _____ If you have questions regarding these safeguards, please feel free to call 994-3500.

[1] Assessment personnel are required when assessment issues are included in the ARD committee's deliberations.
[2] LPAC representative is required at the ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

Scanned  Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Office of Special Education

Date Notified by Phone: _11-13-00_

Date Mailed/Sent: _11-2-00_

## FOLLOW-UP NOTICE OF ARD COMMITTEE ACTION
### WHEN PARENT DOES NOT ATTEND ARD/IEP MEETING

Student: _John_ _____ _Ramirez_ _6-29-84_
       First            Middle                Last           Date of Birth

We are sorry that you were unable to attend the Admission, Review, and Dismissal/Individual Educational Program (ARD/IEP) meeting on _11-16-00_. At the meeting it was determined that the above-named student:

____ Was eligible for special education services. **Please read the enclosed ARD/IEP Committee report, which:**

      ☐    Outlines the Individual Education Plan and describes the services the student will receive.

      ☐    Reviews current data to determine any need for additional assessment

            ☐    The ARD committee determined that additional assessment was not needed.

            ☐    The ARD committee determined that additional assessment is needed. *Notice of Reevaluation* and *Consent for Reevaluation* are being sent to you on _____. Please complete and return *Consent for Reevaluation* to _____

____ Was not eligible for special education services. **Please read the enclosed ARD/IEP Committee report,** which indicates why the student was not eligible and the educational program the student will receive.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in their native language or other mode of communication each time the District proposes or refuses to initiate or change the identification, evaluation, or educational placement of a child or the provision of a free, appropriate public education (FAPE) to a child. **A full explanation of all procedural safeguards is** cluded with this form:

Date:_____     To:_____

As legal guardian, I have received and reviewed the ARD/IEP report and committee recommendations. The *Explanation of Rights and Procedural Safeguards Of a Parent with a Child With Disabilities in School* has been given to me and I understand its contents. I further understand that after the special education services have begun, the ARD committee determines change or termination of services.

____ I agree with and grant consent for the proposed special education program.

____ I agree with the review of current data to determine need for additional assessment.

____ I do not agree and request that another ARD/IEP meeting be scheduled at a mutually agreeable time so that I may attend and participate.

____ I understand that the above-named student is **not** eligible for special education services.

_____     _____
Parent/Guardian/Adult Student Signature     Date

Comments:_____

If you wish to have more information or if you have questions, please contact the following staff person:

_Karen Boyd, Sp Ed Chairperson_ _____ Phone: _854-3861_

Please keep the original copy and return the copy of this form to:_____

      Address: _____

Attach the ARD document and the *Explanation of Procedural Safeguards* to this letter and send to the parent when the parent has not attended the ARD.

Original: Parent    Copy: Eligibility folder    Copy: School    Copy: Psychological Services

6/98

Parent 3