Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ARD/IEP SPECIAL REVIEW

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/JJ Placement
Reevaluation
Removal/Expulsion
Other District Transfer

Purpose of ARD
Course Change ☑
EYS (Only) ☐
Failure ☐
PLC ☐

Date of ARD Notification 11/13/00
Date of Meeting 11/28/00

Student Ramirez (Last) John (First) (MI) DOB 06/29/84 ID 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

Handicapping Condition (1) LD (2) OHI Grade 10 School Moody H.S. # 004

The ARD committee is meeting to modify the ARD committee report dated 1/21/00, and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: Discuss student's schedule

Signature of interpreter if used:

ASSESSMENT REPORT(S) FOR RELATED SERVICES:

DEVELOPMENT OF THE IEP

☑ Present competencies are unchanged.
☐ Present competencies have changed as follows:

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP COURSE/SERVICE | TIME* REG. | TIME* MOD (✓) | TIME* SP. ED. | ADD COURSE/SERVICE | TIME* REG. | TIME* MOD (✓) | TIME* SP. ED. |
|---|---|---|---|---|---|---|---|
| KYBWP | 90 | ✓ | | VAC | | | 90 |
| IPC | 90 | ✓ | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL COURSE | 180 | ✓ | | TOTAL COURSE | | | 90 |

NEW SCHEDULE

| COURSE | TIME REG. | TIME MOD (✓) | TIME SP. ED. |
|---|---|---|---|
| Eng. 2 | 90 | ✓ | |
| Eng. 3 | 90 | ✓ | |
| PFP | 90 | ✓ | |
| Alg. 2 | 90 | ✓ | |
| US Hist. | 90 | ✓ | |
| VAC | | | 90 |
| | | | |
| TOTAL | 840 | ✓ | 90 |

☑ New IEP have been developed for the courses services added above (attached)
☐ New modifications have been developed for the courses added above (attached)
☐ A Behavior Management Plan has been developed (attached).

✱ Other ARD committee recommendations:

✱ Address time changes in speech and related services here.

Scanned Jun 18, 2013

Student John Ramirez ID # 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

The ARD committee has determined that the student's placement will be:

School Moody H.S. Instructional Arrangement 03-Resource Room

☑ This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

☐ This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: TAAS/TBS

| | Take | Exempt | Modifications |
|---|---|---|---|
| ☑ Mathematics | ☑ | ☐ | ☐ Use an interpreter |
| ☑ Writing | ☑ | ☐ | ☐ Allow oral responses |
| ☑ Reading | ☑ | ☐ | ☐ Administer individually |

| ● UPDATED TIME | POSITION | SPECIAL EDUCATION | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular Education 270 | Parent/Guardian/Surrogate Parent/Adult Student | | | | |
| Special Education 90 | Administration | | Alma Medina | ✓ | |
| Related/Other Services: | Instruction | | C. Lemcke | ✓ | |
| Speech ______ | Instruction (SPEECH) | | | | |
| OT ______ | Consultant/Chairperson | ✓ | Karen Boyd | ✓ | |
| PT ______ | Assessment ▲ | ✓ | P. Woolsey | ✓ | |
| Counselor ______ | Counselor | | | | |
| Heath ______ | Related Services Rep. | | | | |
| Auditory ______ | Vocational Teacher ◆ VAC | ✓ | C. Villanueva | ✓ | |
| Vision ______ | Certified VH/AH Specialist ✣ | | | | |
| Music Th. ______ | LPAC ★ | | | | |
| O&M ______ | Student | | John Ramirez | ✓ | |
| Special Education Transportation: ______ (✓) | ● Total time for speech and all related services ✣ When student is identified as VH/AH | | ▲ When assessment data are considered ★ For limited English proficient students | ◆ When vocational programs are considered | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than ten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed a[n] [illegible] offense. The [committee] will [reconvene] on ______ at ______

Date Place and Time

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to Parent by Pat Woolsey on 11/13/00. If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY K. Boyd

UPDATED DATA

| New School Placement | Previous IA Code 03 | New IA Code 03 | New Program Type |
|---|---|---|---|

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Counselor Copy

DATE OF MEETING: 11-28-01

FUNCTIONAL BEHAVIORAL ASSESSMENT/
BRIEF ARD FORM: BEHAVIOR INTERVENTION PLAN

PLEASE PRINT

| Ramirez | John H | | 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 | 6-29-84 |
|---|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | SS NUMBER | DOB |

The behavior intervention plan is designed to help understand a student's behavior and to provide options in interventions when (1) the student is incapable of understanding or following the school rules, (2) behavior problems interfere with the student's ability to learn, (3) behavior problems interfere with the learning of others, or (4) the student's misconduct results in repeated removals from the class.

**REVIEW OF EXISTING EVALUATION DATA:**

- ✓ Information provided by the parents.
- ✓ Evaluations(s) performed by the District 3-year Re-evaluation Assessment Report
- ___ Evaluations(s) provided by outside agencies ______
- ✓ Current classroom based assessments and observations.
- ✓ Teacher and/or related service providers observations.
- ✓ Discipline records.
- ✓ Behavior Intervention Plan developed on 11-28-01
- ✓ Other. Specify: grades, attendance reports

**FUNCTIONAL BEHAVIORAL ASSESSMENT:**

☑ Teacher Information ☑ Parent Information ☑ Other Professional

The functional behavioral assessment addresses the relationship between a behavior and the relevant factors that may affect a student's performance.

Behaviors Reported by School Staff that Interfere with Learning (including estimated frequency): persistent misbehavior rude, disrespectful, profanity, insubordination, failure to comply w/ directions, harassing other students, disruptions in classroom, fighting in hallway, leaving class w/o permission several times, taking both lunch shifts.

Behaviors Reported by Parents (including estimated frequency): (Parent did not attend)

John has maintained successful employment for past 2 months, has obtained satisfactory job evaluation

Summarize Behavior Observations (if any): Has excessive absences up to 31 days in 2nd per. + 22 absences, 4th per. 1st 6 weeks report card grades Eng 2 (70), Food [illegible] (38) - failed History 2 (42) - Has earned 9 credits [illegible]

Original: Special Education Copy: Counselor Copy: Teacher Copy: Parent

[illegible]

Scanned Jun 18, 2013

Page ___ of ___

Describe the events that typically precede problem behaviors in the school setting.

- ✓ Request/directive from teachers/staff. (see attached discipline
- ✓ Redirected from inappropriate activity. referrals)
- ✓ Non-compliance.
- ___ Provocation by peers
- ___ Engaged in academic activity.
- ✓ Off task.
- ✓ Student is in an unstructured setting (e.g. hallways, cafeteria). fighting
- ___ No observed precipitating events.
- ___ Other:
- ___ Other:

Describe the events that typically follow the problem behaviors in the school setting.

- ___ Positive social reinforcement from others.
- ✓ Discontinuing or removing something undesired by student (e.g. teacher directs student to complete a task and the student then begins to protest and the teacher stops trying to require the student to complete the task).
- ✓ Corrective feedback. late to class - sent to office + conference w student
- ✓ Removal from the classroom
- ✓ Sent to the principal's office
- ✓ After school detention or lunch detention. dress code violation insubordinate
- ✓ ISS skipping class - taking both lunch shifts
- ✓ Suspension taunting/harassing another student, fighting
- ___ Other:

Describe reinforcers (activities, people, tangible items, privileges, token economics, etc.) that have been attempted during the past year, and their effectiveness: verbal reminders, doing activities he likes + is interested in.

Describe consequences that have been attempted during the past year and their effectiveness: detentions, ISS, suspensions

Scanned Jun 18, 2013

RESULTS AND INTERPRETATIONS OF EXISTING DATA AND FUNCTIONAL ASSESSMENT:

☑ Yes ☐ No The student is capable of understanding the school rules as outlined in the district's code of conduct. If no, the ARD committee should develop/review/modify an individualized Behavior Intervention Plan

☑ Yes ☐ No The student is capable of following the student code of conduct. If no, the ARD committee should develop/review/modify an individualized Behavior Intervention Plan.

☑ Yes ☐ No The student's behavior interferes with learning. If yes, the ARD committee should develop/review/modify an individualized Behavior Intervention Plan.

List behaviors to be targeted for improvement so as to enable the student to make educational progress:

1.) improve school attendance
2.) refrain from verbal + physical aggression (fighting)
3.) Comply w/ directives from authority figures

ARD DETERMINATION OF APPROPRIATENESS OF REGULAR DISCIPLINE:

In addition to the intervention strategies listed below for the targeted behaviors, the Regular Discipline Plan may be used SUBJECT TO THE FOLLOWING LIMITATIONS: (see BIP)

ADDITIONAL DATA DETERMINATIONS:

☐ Yes ☑ No Based on consideration of existing data the ARD committee determines that additional emotional/behavioral data are needed.

If yes, the following type of additional data are requested: ____________

The District must seek parental consent for any reevaluation. An ARD meeting will be held upon completion of the assessment report, including additional data.

Scanned Jun 18, 2013

Page _____ of _____

| Positive Behavior Strategies for Increasing Prosocial Behaviors | Consequences Reasonably Calculated to Improve Behavior and Enable Student to Receive Instruction |
|---|---|
| A. Remove distractors<br>B. Provide a structured environment<br>C. Set well-defined limits, rules, and task expectations<br>D. Establish consistent routine<br>E. Simplify activities<br>F. Allow enough time to process information<br>G. Use visual cues and supports<br>H. Offer choices<br>I. Set easily attainable daily goals<br>J. Premack principal *(if you do your work task, you may have computer time)*<br>K. Earn activities/ privileges<br>L. Planned ignoring of minor inappropriate behavior<br>M. Provide frequent feedback concerning appropriateness of behavior<br>N. Verbal reminder<br>O. Stand near the student<br>P. Provide nonverbal signal for appropriate behavior<br>Q. Positive Reinforcers (List: ____________)<br>R. Point system<br>S. Use home-school reward system<br>T. Use behavior graphs<br>U. Coach in problem-solving situations<br>V. Role play consequences of behavior<br>W. Teach alternative behaviors<br>X. Contract for appropriate behavior<br>Y. Teach social skills-Direct instructions in prosocial behaviors<br>Z. Set up and reinforce social interaction<br>AA. Praise behaviorally appropriate students<br>BB. Work completion contracts<br>CC. Use timer for self-monitoring of on-task behavior<br>DD. Direct overactivity into productive tasks within or outside the classroom (errands, performance tasks)<br>EE. Frequent verbal reinforcement for appropriate behavior<br>FF. Help student to use language (communication system) to label and communicate feelings)<br>GG. Permit student to remain in a quiet, non-threatening, non-stimulating place in order to regain control when upset (a safe area)<br>HH. Permit student to engage in physical activities<br>II. Other: ____________<br>JJ. Other: ____________ | *** Consequences should be determined based upon the functioning level of the student and the severity of behaviors exhibited.<br><br>1. Review consequences behavior escalates<br>2. Signal nonverbal disapproval<br>3. Ask student to practice in appropriate response<br>4. Allow for peer pressure<br>5. Withhold earned activities/privileges<br>6. Response Cost Contracting<br>7. Offer student choice of changing behavior or going to cooling off area<br>8. Teacher-initiated cooling off period<br>9. Physical escort<br>10. Principal/student conference<br>11. Administrative behavior contract<br>12. Use conflict management and mediation steps<br>13. Referral to Counselor for Anger Control/Replacement Training<br>14. After school detention<br>15. Lunch detention<br>16. In-School Suspension for *specific* period<br>17. In-School Suspension for *up to 3* days<br>18. Call parent and send student home for the remainder of the day<br>19. In-School Suspension up to 10 school days w/o ARD<br>20. Suspension for up to 3 consecutive days w/o ARD<br>21. Placement for student in AEP for up to 10 school days w/o ARD<br>22. Other: ____________<br>23. Other: ____________ |

7/98

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

## Behavior Intervention Plan

PLEASE PRINT

| STUDENT LAST NAME | FIRST | MI | SS NUMBER | DOB |
|---|---|---|---|---|
| Ramirez | John | H | 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 | 6-28-87 |

Please list below each behavior, reinforcement, consequence, person responsible for administering the name and date to be reviewed. Appropriate interventions might arise from assessment data, discipline history, social history, or parental reports.

(Indicate intervention strategies by code)

| Specific Behavior(s) | Description of Means for Rewarding Desirable Behavior | Description of Consequences for Undesirable Behavior | Person Responsible / Date to be Reviewed |
|---|---|---|---|
| 1.) Improve school attendance<br>2.) refrain from verbal + physical aggression (fighting) | - Verbal praise<br>- Set well-defined limits -<br>- isolate student in another part of class - preferential seating<br>- call/conference w/ parent<br>- earn privileges/activities in class + at home | - verbal warning<br>- call/conference w/ parent<br>- loss of privileges in class<br>- office referral/conference<br>- detention<br>- offer choices<br>- detention<br>- ISS<br>- suspension | student<br>parent<br>school staff |
| 3.) Comply w/ directives from authority figures | - attend tutorials before + after school to complete assignments + make-up absences + do community services<br>- Complete attendance waiver<br>- Suggest parent contact John's doctor to see if medication for ADD would be helpful. | AEP<br>- file truancy charges + contact truant officer | |
| | | | |

Scanned Jun 18, 2013

SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| MEMBERS | | | | |
| Did not attend | ✓ | Parent(s)/Adult Student | | |
| [illegible signature] | | Administration | ✓ | |
| [illegible signature] | | Instruction | ✓ | |
| | | Instruction/Speech | | |
| P. Woolsey | | Assessment[1] | ✓ | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| Karen Boyd | ✓ | Consultant/Chairperson | ✓ | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| C. Villanueva | ✓ | VAC | ✓ | |
| | | | | |
| John [illegible] | | Student | | ✓ |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more thanten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reacha mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or to others, or if the student has committed an expellable offense. The committee will reconvene on ________ at ______________________________.[3]

Date Place and Time

**Information explaining why mutual agreement has not been reached must be noted in the ARD minutes. Participants may attach statements of agreement, disagreement, or clarification to the ARD minutes.**

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been given to parents by P. Woolsey on 11-13-01.

**If you have questions regarding these safeguards, please feel free to call 994-3500.**

[1] Assessment personnel are required when assessment issues are included in the ARD committee's deliberations.
[2] LPAC representative is required at the ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ARD/IEP SPECIAL REVIEW

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AEP/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

Purpose of ARD:
Course Change ☑
EYS (Only) ☐
Failure ☐
PLC ☐

Date of ARD Notification 11/13/00
Date of Meeting 11/28/00

Student Ramirez (Last) John (First) (MI) DOB 06/29/84 ID 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

Handicapping Condition (1) LD (2) OHI Grade 10 School Moody H.S. # 004

The ARD committee is meeting to modify the ARD committee report dated 1/21/00, and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: Discuss student's schedule

Signature of interpreter if used:

ASSESSMENT REPORT(S) FOR RELATED SERVICES:

DEVELOPMENT OF THE IEP

☑ Present competencies are unchanged.
☐ Present competencies have changed as follows:

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP COURSE/SERVICE | TIME* REG. | TIME* MOD (✓) | TIME* SP. ED. | ADD COURSE/SERVICE | TIME* REG. | TIME* MOD (✓) | TIME* SP. ED. |
|---|---|---|---|---|---|---|---|
| KYBD/P | 90 | ✓ | | VAC | | | 90 |
| IPC | 90 | ✓ | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL COURSE | 180 | ✓ | | TOTAL COURSE | | | 90 |

| NEW SCHEDULE COURSE | TIME REG. | TIME MOD (✓) | TIME SP. ED. |
|---|---|---|---|
| Eng. 2 | 90 | ✓ | |
| Eng. 3 | 90 | ✓ | |
| PEP | 90 | ✓ | |
| Alg. 2 | 90 | ✓ | |
| US Hist. | 90 | ✓ | |
| VAC | | | 90 |
| | | | |
| | | | |
| TOTAL | 340 | ✓ | 90 |

* Indicate weekly or other contact time for related/other services

☑ New IEPs have been developed for the courses/services added above (attached).
☐ New modifications have been developed for the courses added above (attached).
☐ A Behavior Management Plan has been developed (attached).

* Other ARD committee recommendations:

* Address time changes in speech and related services here.

Scanned Jun 18, 2013

Student John Ramirez ID # 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

The ARD committee has determined that the student's placement will be:

School Moody H.S. Instructional Arrangement 03-Resource Room

☑ This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report

☐ This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: TAAS/TBS

| | Take | Exempt | Modifications | |
|---|---|---|---|---|
| ☑ Mathematics | ☑ | ☐ | ☐ | Use an interpreter |
| ☑ Writing | ☑ | ☐ | ☐ | Allow oral responses |
| ☑ Reading | ☑ | ☐ | ☐ | Administer individually |

| ● UPDATED TIME | POSITION | SPECIAL EDUCATION | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular Education 270 | Parent/Guardian/Surrogate Parent/Adult Student | | | | |
| Special Education 90 | Administration | | Alma Medina | ✓ | |
| Related/Other Services: | Instruction | | C. Lemcke | ✓ | |
| Speech ______ | Instruction (SPEECH) | | | | |
| OT ______ | Consultant/Chairperson | ✓ | Karen Boyd | ✓ | |
| PT ______ | Assessment ▲ | ✓ | P. Woolsey | ✓ | |
| Counselor ______ | Counselor | | | | |
| Health ______ | Related Services Rep. | | | | |
| Auditory ______ | Vocational Teacher ◆ VAC | ✓ | C. Villanueva | ✓ | |
| Vision ______ | Certified VH/AH Specialist ✚ | | | | |
| Music Th. ______ | LPAC ★ | | | | |
| O&M ______ | Student | | John Ramirez | ✓ | |
| Special Education Transportation: ______ (✓) | ● Total time for speech and all related services ✚ When student is identified as VH/AH | ▲ When assessment data are considered ★ For limited English proficient students | ◆ When vocational programs are considered | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than ten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ______________ at ______________.
Date Place and Time

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to Parent by Pat Woolsey on 11/13/00. If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY K. Boyd

UPDATED DATA

| New School Placement | Previous IA Code 03 | New IA Code 03 | New Program Type |
|---|---|---|---|

Scanned Jun 18, 2013

Meeting Date: [illegible]

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Last Assessment: 1-15-98

REEVALUATION BY ARD

Student: John Ramirez

☒ Three-year Reevaluation ☐ Special Request

ID: 454713620 School: Moody H.S. Grade: 10 Age: 16 D.O.B.: 6-29-84 Sex: M

Current disabilities: LD / OHI

A. Review of Existing Data

The chart below indicates the areas the ARD Committee has included in its review of existing assessment data and the committee's recommendations for the student's comprehensive assessment.

N = assessment is needed in this area C = current data is satisfactory/no need to reassess

| Sources of Data | Dates/Discussion | Recommendation |
|---|---|---|
| Language/Communication: adequate | | ☐ N ☒ C |
| Physical (Motor/Health): history of ADHD - took meds in part | | ☐ N ☒ C |
| Emotional/Behavioral: can be moody, can be disruptive/argumentative w/authority, may need clearly defined limits - cooling off time, [illegible] walk out of class, can be disrespectful | | ☒ N ☐ C |
| Intellectual/Adaptive Behavior: 1-95 WISC-3 FSIQ-107; 1-98 TONI IQ 110 — AVG to Hi AVG Range | | ☐ N ☒ C |
| Present Levels of Educational Performance: 1-95 WJT-R R 4.5, RC 4.2, WL 3.2, M-6.0; 1-98 WRAT-3 R-6, M-8; main elem, [illegible] setting | (grade level) Eng: [illegible] writing conclusions, ID [illegible]; Math: computer [illegible] | ☐ N ☒ C |
| Sociological: has had excessive abs, incomplete assign | | ☐ N ☒ C |
| Assistive Technology: use calc/computer | | ☐ N ☒ C |
| Additional Information: passed exit [illegible] US Hist Spr 99 | | |

OFFICE USE ONLY:
Staff ID: ______

☐ No (additional assessment IS NOT needed.)
☐ Yes (additional assessment IS needed.)

Date of Next 3 Year Review: ______

Scanned Jun 18, 2013

B. Summary of Data to Determine Specific Disability and/or Services

☐ No Additional Data Needed.

Upon review of current assessment data, the ARD Committee agrees that:

☐ The student manifests no disabling conditions and is not eligible to receive (*see below) special education and related services.

☐ The student manifests the following disabling conditions(s): ______________________

☐ Yes ☐ No The student needs special education and related services which will be determined when the ARD/IEP Committee develops/reviews the IEP and makes recommendations for programming and placement. If NO, the student is not eligible to receive special education and related services. (Conduct a subsequent ARD to address dismissal from special education.)

The following section is to be completed if no additional data are required:

☐ Yes ☐ No The district has explained to the parent(s) the reasons for its determination that no additional data are needed to determine whether this student continues to be a student with a disability.

☐ Yes ☐ No The district has made the parent(s) aware of their right to request an assessment to determine whether this student continues to be a student with a disability.

☒ Additional Data Needed *

The ARD Committee has determined that additional data are needed to determine whether: A) this student has or continues to have a particular category of disability; B) the present levels of performance and educational needs of the student; and C) if applicable, the nature and scope of special education and related services needed.

Note:

- A student is not eligible for a new disability without formal assessment
- The parent must complete and sign a Consent for Assessment and must also receive a Notice of Assessment prior to starting the comprehensive assessment
- Requests for initial assessment for related services require the school to complete and submit to special education the customary packet of information required for consideration of services. Also, parents are required to provide a physician's prescription prior to services.

ASSURANCES

✓ YES ___ NO The ARD Committee assures that the testing, evaluation materials, and procedures used for the purposes of evaluation were selected and administered so as not to be racially or culturally discriminatory.

✓ YES ___ NO The ARD Committee assures that the tests and other evaluation materials have been validated for the specific purpose of which they were used.

✓ YES ___ NO The ARD Committee assures that the tests and other evaluation materials were administered by trained personnel in conformance with the instructions provided by their producers.

* A FOLLOW-UP ARD MUST BE HELD UPON COMPLETION OF ASSESSMENT.

(* Conduct a subsequent ARD to address dismissal from special education.)

Scanned Jun 18, 2013

SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| MEMBERS | | | | |
| parent not in attendance | | Parent(s)/Adult Student | | |
| [signature] | | Administration | ✓ | |
| [signature] | | Instruction | ✓ | |
| S. M[signature] | ✓ | Instruction/Speech | ✓ | |
| [signature] | X | Assessment[1] | ✓ | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☒ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more thanten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reacha mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or to others, or if the student has committed an expellable offense. The committee will reconvene on ________ at ________________.[3]

Date Place and Time

**Information explaining why mutual agreement has not been reached must be noted in the ARD minutes. Participants may attach statements of agreement, disagreement, or clarification to the ARD minutes.**

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been given to *parent* by *[signature]* on *11-2-00*.

If you have questions regarding these safeguards, please feel free to call 994-3500.

[1]Assessment personnel are required when assessment issues are included in the ARD committee's deliberations.
[2]LPAC representative is required at the ARD of any student who is limited English proficient.
[3]Include documentation concerning the reconvened ARD committee meeting.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Office of Special Education

Date Notified by Phone: 11-13-00

Date Mailed/Sent: 11-2-00

## FOLLOW-UP NOTICE OF ARD COMMITTEE ACTION WHEN PARENT DOES NOT ATTEND ARD/IEP MEETING

Student: John (First) ______ (Middle) Ramirez (Last) 6-29-84 (Date of Birth)

We are sorry that you were unable to attend the Admission, Review, and Dismissal/Individual Educational Program (ARD/IEP) meeting on 11-16-00. At the meeting it was determined that the above-named student:

✓ **Was eligible** for special education services. **Please read the enclosed ARD/IEP Committee report,** which:

- ☐ Outlines the Individual Education Plan and describes the services the student will receive.
- ☑ Reviews current data to determine any need for additional assessment
  - ☑ The ARD committee determined that additional assessment was not needed.
  - ☐ The ARD committee determined that additional assessment is needed. *Notice of Reevaluation* and *Consent for Reevaluation* are being sent to you on ______. Please complete and return *Consent for Reevaluation* to ______.

_____ **Was not eligible** for special education services. **Please read the enclosed ARD/IEP Committee report,** which indicates why the student was not eligible and the educational program the student will receive.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in their native language or other mode of communication each time the District proposes or refuses to initiate or change the identification, evaluation, or educational placement of a child or the provision of a free, appropriate public education (FAPE) to a child. **A full explanation of all procedural safeguards is included with this form:**

Date: ______ To: ______

As legal guardian, I have received and reviewed the ARD/IEP report and committee recommendations. The *Explanation of Rights and Procedural Safeguards Of a Parent with a Child With Disabilities in School* has been given to me and I understand its contents. I further understand that after the special education services have begun, the ARD committee determines change or termination of services.

_____ I agree with and grant consent for the proposed special education program.

_____ I agree with the review of current data to determine need for additional assessment.

_____ I do not agree and request that another ARD/IEP meeting be scheduled at a mutually agreeable time so that I may attend and participate.

_____ I understand that the above-named student is **not eligible** for special education services.

______ Parent/Guardian/Adult Student Signature ______ Date

Comments: ______

**If you wish to have more information or if you have questions, please contact the following staff person:**

Karen Boyd, Sp. Ed. Chairperson Phone: 854-3261

Please keep the original copy and return the copy of this form to: V Moody H.S.

Address: 1818 Trojan Dr. 78416

**Attach the ARD document and the *Explanation of Procedural Safeguards* to this letter and send to the parent when the parent has not attended the ARD.**

Original: Parent Copy: Eligibility folder Copy: School Copy: Psychological Services

8

Scanned Jun 18, 2013

Locked: [ ]

# Corpus Christi Independent School District
## Admission, Review and Dismissal (ARD) Meeting

[ ] Initial [ ] 3-Year Review [ ] Dismissal and/or [X] Annual and/or [ ] Failure [ ] Discipline
[ ] Transfer [X] Review [ ] End of Year Dismissal

Student ID: 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
Meeting Date: 4/11/00
Student's Name: JOHN H. RAMIREZ
Instructional Arrangement: 03
Date of Birth: 6/29/84 Sex: M
Resource Room
Home Campus: Moody High School
Speech: 0
Current Campus: Moody High School
Grade: 11
Parent's Name: GUADALUPE ALEJANDRO
Parent's Address: 3801 CASTILLA CT.
CORPUS CHRISTI, TX 78415-
Home Phone: (512) 854-1481
Work Phone: (512) 853-8891 Ext. 0000

[ ] *An Interpreter was used to assist in conducting the meeting. If yes, specify language: ____

[ ] Parent/Adult student waives the 5 school days written notice of the ARD meeting and agrees to an earlier meeting.

Parent's Signature: ____
GUADALUPE ALEJANDRO

## I. *REVIEW OF ASSESSMENT DATA (check if applicable)

[X] Assessment Reports
[X] ARD Comprehensive Individual Assessment
[ ] Other Assessments. Specify :

Date(s) of Report(s): 1/15/98

| Assessment | Initial Date | Current Date | Needed | Complete By | Active |
|---|---|---|---|---|---|
| None | | | [ ] | | [ ] |

[X] Vocational Assessment Date(s) or Report(s): 9/24/97

[ ] Current CIA, other assessments, and associated eligibility reports have been given to the parents.
[X] Information from the student's Individual Transition Plan (attach supplement dated: ____ )
[ ] Records from other school district.
[X] Information from parents/student.
[X] Information from school personnel.
[ ] Information/Records from other agencies/professionals.
[■] Information from Language Proficiency Assessment Committee.
[ ] Additional assessment is needed. Refer to the related service assessments table above for specific assessments and associated timelines.

A comprehensive individual assessment must be completed by: 1/15/2001

[X] Yes [ ] No The IEP previously developed was reviewed.

[ ] Yes [ ] No [X] Not In Attendance Parent/Guardian agrees with all entries in Section I.

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

II. *DETERMINATION OF ELIGIBILITY (check if applicable):

Based on the assessment data reviewed, the committee has determined that the student:

[ ] does not meet specific TEA and Federal eligibility criteria to receive special education services.

[X] meets specific TEA and Federal eligibility criteria to receive the following special education services for the following conditions:

Condition 1: Learning Disabled
Condition 2: Other Health Impaired
Condition 3: None
Condition 4: None
Condition 5: None

Complete the following section for transfer students only:

[ ] The parent or parents verify that the student was receiving special education services in ______. Verification from the former district [ ] by telephone reported by ______, or [ ] type of document ______ and date received ______.

The instructional arrangement and related service provided in the previous district were as follows:

Eligibility is temporary contingent upon receipt of valid assessment data or collection of new assessment data. A second ARD will be held within 30 school days to develop an IEP based on assessment data available at that time.

[ ] Yes [ ] No [X] Not In Attendance Parent/Guardian agrees with all entries in Section II.

III. COMPETENCIES: [X] discussed below [ ] to be addressed at 30 day ARD/IEP

A. PHYSICAL, as it affects participation in:

*instructional settings:

[X] normal vision ([ ] with glasses) [X] normal hearing [X] good general health

and/or

*physical education

[X] Yes [ ] No Student is capable of receiving instruction in regular P.E. with no modifications. If no, see services to be provided.

Other Physical Competencies

Not Applicable

*This field was added 8/1/98. Refer to deliberation for additional competencies, if any prior to this date.

B. BEHAVIORAL, as it affects:

Educational placement/programming:

(Check the appropriate competencies)

[ ] interacts appropriately with peers
[ ] interacts appropriately with adults
[ ] adjusts easily to new situations
[ ] respects authority
[ ] cooperative
[ ] completes tasks

Other Behavior 1: Disruptive classroom behavior at times

Other Behavior 2: Can be argumentative with authority figures

Other Behavior 3:

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

C. *Discipline:

(Check the appropriate competencies)

[X] is mentally able to follow regular discipline rules

[X] is emotionally able to follow regular discipline rules; or [ ] refer to comments below

[ ] Student's behavior impedes his/her learning or that of others (If 'X' complete function behavioral assessment, Behavior Intervention Plan/Behavioral IEP).

[X] able to follow classroom management plan

[X] Yes [ ] No The student is capable of following the Student Code of Conduct without modification. If NO, complete Special Discipline Procedures form.

Comments:

D. *Prevocational/Vocational (when appropriate)

[ ] not appropriate for this student
[ ] keeps work area neat
[ ] has good social skills
[ ] is mechanically inclined
[ ] has a part-time job
[ ] has good attendance
[ ] follows directions
[ ] is reliable
[ ] cares for materials
[ ] is responsible
[X] is able to work on time schedule
[ ] Other 1: ______
[ ] Other 2: ______

E. * Academic/Developmental, including LEP student language competencies relevant to developing the IEP (grade or age levels alone are not acceptable):

Area 1: draws conclusions
Area 2: identify main idea
Area 3: uses capitalization
Area 4: describes setting
Area 5: Adds, subtracts, multiplies, and divides whole numbers,decimals, and fractions
Area 6:
Area 7:

F. Assistive Technology needs were considered.

[X] A.T. devices and services not recommended

[ ] A.T. addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services.

G. *Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels.

[X] Language Arts/English
[ ] Reading
[X] Math
[ ] Science
[ ] Social Studies
[ ] Other: ______

H. Communication needs were considered. (Added 8/5/99)

[X] No additional communication services are recommended.

[ ] Communication needs are addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services. (Complete Communication Needs Supplement for students w/ AI.)

I. *The student's disability affects involvement or progress in the general curriculum or, for preschool, appropriate activities in the following ways: (Added 8/5/99)

John needs modifications and content mastery to be successful in general education classes.

[X] Individual Educational Plan (IEP) is attached. (Refer to Appendix A)

[ ] Refer to the previous IEP as no changes are being made at this meeting.

[ ] Yes [ ] No [X] Not in Attendance Parent/Guardian agrees with all entries in Section III.

Scanned Jun 18, 2013

Locked ☐

Corpus Christi Independent School District
IEP Transition Supplement
JOHN H. RAMIREZ

ARD Meeting Date: 4/11/00

Developed for students 16 years of age and above and other students for whom transition planning is appropriate.

The transition needs of this student were considered by the ARD Committee. Based upon the student's needs, taking into account his/her preferences and interests, needed services were identified as follows:

I. INSTRUCTION and RELATED SERVICES: For instructional objectives based upon ITP/Transition needs, see IEP goals and objectives.

Related Services: None

Other:

☐ None needed. Basis of determination:

II. COMMUNITY EXPERIENCE: The committee has determined that student instruction will be enhanced through community experiences. See ARD/IEP goals and objectives and ARD/IEP schedule page 4 of 8.

☒ None needed. Basis for determination:

☒ Student is successfully integrated.

☒ Student is able to transfer skills beyond the classroom.

☐ Other:

III. EMPLOYMENT: The committee has determined that the student requires vocational instruction. See ARD/IEP schedule page 4 of 8.

Other:

☐ None needed. Basis of determination:

☐ Student is successfully employed.

☐ Student has demonstrated employability skills.

☐ Student has the skills to access post-secondary training programs.

☐ Other:

IV. ACQUISITION OF DAILY LIVING SKILLS AND OTHER POST-SECONDARY ADULT LIVING OBJECTIVES:

The committee has determined that the student will benefit from specific instruction in adult living skills. See IEP goals and objectives

☒ None needed. Basis of determination:

☒ Student has demonstrated independent living skills.

☒ Student will need no support with post-secondary adult living skills.

☐ Other:

ASSURANCE THAT STUDENT PREFERENCE AND INTEREST WAS CONSIDERED:

☐ Student participated in ITP draft.

☒ Student attended ITP meeting.

☐ Functional Vocational Assessment was done.

☐ Level I: ☐ Student interview ☐ Parent interview

☐ Level II: ☐ Vocational interest Assessment ☐ Vocational aptitude

☐ Level III:

☒ Parent contact: ☒ Letter ☐ Phone

| AGENCY | ATTENDED | OTHER PARTICIPATION |
|---|---|---|
| Texas Rehabilitation Commission (TRC) | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |
| Texas Mental Health/Mental Retardation (Tx. MHMR) | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |
| Texas Employment Commission (TEC) | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |
| Texas Commission for the Blind (TCB) | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |
| Texas Department of Human Services (TDHS) | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |
| Local Education Agency (LEA) | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |
| Other: | ☐ Yes ☐ No | ☐ Brochure ☐ Letter ☐ Phone conference |

Steps taken to ensure agency participation: ☐ Notices ☐ Phone Calls Other:

Notes: **Educational agencies are not responsible for a student's attainment of post-secondary goals and the delivery of services that extend beyond his/her eligibility for public education.**

**If a participation agency fails to provide agreed upon transition services contained in the IEP, the public agency responsible for the student's education will initiate a meeting as soon as possible for the purpose of identifying alternative strategies to meet the transition objectives and, if necessary, revise the student's IEP.**

Scanned Jun 18, 2013

Corpus Christi Independent School District
Admission, Review and Dismissal (ARD) Meeting

Date: 4/11/00 JOHN H. RAMIREZ

IV. DETERMINATION OF SERVICES TO BE PROVIDED Resource Room

A. Justification indicates that the identified placement is in the least restrictive environment and is based on the needs of the student. Alternative placement was discussed.

Year: 1999-00 Semester: both
Start Time: 8:00 End Time: 16:00
Total Day: 480 Inst Time 330 F S

| Qtr | Reg | Rel | SpEd | IA |
|---|---|---|---|---|
| 1 | 409 | 0 | 6 | 03 |
| 2 | 409 | 0 | 6 | 03 |
| 3 | 409 | 0 | 6 | 03 |
| 4 | 409 | 0 | 6 | 03 |

SpEd=Special Education; Reg=Regular Education; Rel=Related Services; IA=Instructional Arrangement

Student's placement this year will be at: Moody High School Other Setting All Qtrs

| Subject (Option) | Qrt/ Sem | *Service Provider | *Grade Assigned | Min. Reg. | Min.SpE | Class Modifications Select Up to 10 |
|---|---|---|---|---|---|---|
| | | | | Freq/Period | | |
| English 1 | S | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| PE | S | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| Content Mastery | B | SE | SE | -30 | 30 | |
| | | | | 1 time(s) /wk | | |
| Non-Instruct Time | B | RE | RE | 55 | 0 | |
| | | | | 1 time(s) /day | | |
| World Geog | F | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| Health/Speech | F | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| Biology I w/EOC exam | F | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| Spanish 1 | F | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| Geometry | S | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |
| ICC | S | RE | RE | 90 | 0 | |
| | | | | 1 time(s) /day | | |

Min. Reg. are provided in the regular classroom. Min. SpEd. and/or Min Related Service are provide outside the regular classroom. Special locations for providing services are described as part of the subject, in the Related Service Other column, or in the deliberations.

** Modifications: (*denotes assistive technology)

1. Change pace of instruction
2. Oral tests
3. Short answer tests
4. Modified tests/texts
5. Taped texts*
6. Highlighted texts*
7. Taping lectures*
8. Note taking assistance*
9. Extended time assignments
10. Shortened assignments
11. Assignment notebooks*
12. Study aids/manipulatives
13. Repeated review
14. Reduce written task
15. Calculator*
16. Preferential seating
17. Interpreter for the deaf
18. Frequent breaks
19. Defined physical space
20. Cooling-off period
21. Concrete reinforcers
22. Positive reinforcers
23. Behavior management plan
24. Oral directives
25. Special instruction/adaptive equipment
26. Change in TEKS.
27. Change in project. report requirements.
28. Change in tool, equipment/ machinery used in classroom
29. Check for understanding
30. Other 1:
31. Other 2:
32. Other 3:

Additional modifications are listed in the deliberations.

Modifications needed to assure success in regular, remedial, and supportive programs, including eligibility for participation in extracurricular activities, are specified on the Individual Educational Plan.

Parents will be notified of progress by:
-Regular report card

Scanned Jun 18, 2013

4 cont.

Corpus Christi Independent School District
Admission, Review and Dismissal (ARD) Meeting

Date: 4/11/00

JOHN H. RAMIREZ

| Related Service | Provider | Min | Freq/ Period | Other | Qtr/ Sem |
|---|---|---|---|---|---|
| None | | | time(s) per | | |

**COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION**

This person is responsible for monitoring the student's performance in regular education: Regular Education Teacher

Monitoring Frequency: Every 9 wks.

Monitoring Method: Report cards

Schedule for evaluating progress for participation in extracurricular activities will be every:

[X] 3 week [ ] 6 weeks [ ] 9 weeks
[ ] Other

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted. Exceptions for this student, if any, are documented on the IEP.

Alternative (non-TAAS) Assessments:
NA

*Criterion referenced assessment (TAAS)

| | Mathematics | Writing | Reading | Science | Social Studies |
|---|---|---|---|---|---|
| Will Take | [ ] | [ ] | [ ] | [ ] | [ ] |
| Will Not Take | [ ] | [ ] | [ ] | [ ] | [ ] |
| Alt. Assess | [ ] | [ ] | [ ] | [ ] | [ ] |
| NA/Passed | [ ]/[ ] | [ ]/[ ] | [ ]/[ ] | [ ]/[ ] | [ ]/[ ] |

[X] not offered for this student's grade placement

**TAAS Test Modifications as defined in test administration materials.

0 0 0 0
0 0

**Refer to the attached Test Modifications for a description of each modication.

[ ] Yes [ ] No [X] Not in Attendance Parent/Guardian agrees with all entries in Section IV.

Scanned Jun 18, 2013

4b

## Corpus Christi Independent School District
## Admission, Review and Dismissal (ARD) Meeting

Date: 4/11/00

JOHN H. RAMIREZ

IV. DETERMINATION OF SERVICES TO BE PROVIDED — Resource Room

A. Justification indicates that the identified placement is in the least restrictive environment and is based on the needs of the student. Alternative placement was discussed.

Year: 2000-1 Semester: fall
Start Time: 8:00 End Time: 16:00
Total Day: 480 Inst Time 330 F S

| Qtr | Reg | Rel | SpEd | IA |
|---|---|---|---|---|
| 1 | 409 | 0 | 6 | 03 |
| 2 | 409 | 0 | 6 | 03 |
| 3 | 409 | 0 | 6 | 03 |
| 4 | 409 | 0 | 6 | 03 |

SpEd=Special Education; Reg=Regular Education; Rel=Related Services; IA=Instructional Arrangement

Student's placement next year will be at: Moody High School — Other Setting All Qtrs:

| Subject (Option) | Qrt/ Sem | *Service Provider | *Grade Assigned | Min. Reg. | Min.SpE | Freq/Period | Class Modifications Select Up to 10 |
|---|---|---|---|---|---|---|---|
| Content Mastery | B | SE | SE | -30 | 30 | 1 time(s) / wk | |
| Non-Instruct Time | B | RE | RE | 55 | 0 | 1 time(s) / day | |
| English 2 | F | RE | RE | 90 | 0 | 1 time(s) / day | 04 09 10 13 20 29 30 |
| IPC | F | RE | RE | 90 | 0 | 1 time(s) / day | 04 09 10 13 22 29 30 |
| Algebra 2 | F | RE | RE | 90 | 0 | 1 time(s) / day | 04 09 10 13 22 29 30 |
| PLFP | B | RE | RE | 90 | 0 | 1 time(s) / day | 30 22 09 |
| Eng. 3 | S | RE | RE | 90 | 0 | 1 time(s) / day | 30 29 22 04 13 |
| US History | S | RE | RE | 90 | 0 | 1 time(s) / day | 30 29 22 04 13 |
| health/KYBWP | S | RE | RE | 90 | 0 | 1 time(s) / day | 30 09 04 22 29 |

Min. Reg. are provided in the regular classroom. Min. SpEd. and/or Min Related Service are provide outside the regular classroom. Special locations for providing services are described as part of the subject, in the Related Service Other column, or in the deliberations.

** Modifications: (*denotes assistive technology)

1. Change pace of instruction
2. Oral tests
3. Short answer tests
4. Modified tests/texts
5. Taped texts*
6. Highlighted texts*
7. Taping lectures*
8. Note taking assistance*
9. Extended time assignments
10. Shortened assignments
11. Assignment notebooks*
12. Study aids/manipulatives
13. Repeated review
14. Reduce written task
15. Calculator*
16. Preferential seating
17. Interpreter for the deaf
18. Frequent breaks
19. Defined physical space
20. Cooling-off period
21. Concrete reinforcers
22. Positive reinforcers
23. Behavior management plan
24. Oral directives
25. Special instruction/adaptive equipment
26. Change in TEKS.
27. Change in project. report requirements
28. Change in tool, equipment/ machinery used in classroom
29. Check for understanding
30. Other 1: Content Mastery
31. Other 2:
32. Other 3:

Additional modifications are listed in the deliberations.

Modifications needed to assure success in regular, remedial, and supportive programs, including eligibility for participation in extracurricular activities, are specified on the Individual Educational Plan.

Parents will be notified of progress by:
-Regular report card

Scanned Jun 18, 2013

4b cont.

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

Date: 4/11/00

JOHN H. RAMIREZ

| Related Service | Provider | Min | Freq/ Period | Other | Qtr/ Sem |
|---|---|---|---|---|---|
| | | | time(s) per | | |

COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION

This person is responsible for monitoring the student's performance in regular education: Regular Education Teacher

Monitoring Frequency: 9 wks.

Monitoring Method: Report cards

Schedule for evaluating progress for participation in extracurricular activities will be

[X] 3 weeks [ ] 6 weeks [ ] 9 weeks

[ ] Other

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted. Exceptions for this student, if any, are documented on the IEP

Alternative (non-TAAS) Assessments:

*Criterion referenced assessment (TAAS)

| | Mathematics | Writing | Reading | Science | Social Studies |
|---|---|---|---|---|---|
| Will Take | [X] | [X] | [X] | [ ] | [ ] |
| Will Not Take | [ ] | [ ] | [ ] | [ ] | [ ] |
| Alt. Assess. | [ ] | [ ] | [ ] | [ ] | [ ] |
| NA/Passed | [ ] / [ ] | [ ] / [ ] | [ ] / [ ] | [X] / [ ] | [X] / [ ] |

[ ] not offered for this student's grade placement

**TAAS Test Modifications as defined in test administration materials.

**Refer to the attached Test Modifications for a description of each modication.

[ ] Yes [ ] No [X] Not in Attendance Parent/Guardian agrees with all entries in Section IV.

4/11/00

Scanned Jun 18, 2013

Corpus Christi Independent School District
Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

V. DETERMINATION OF PLACEMENT

Placement alternatives provided, tried, or considered (p, t, c), including services in regular and compensatory education, for which the student is eligible and additional services needed) area identified below. Consideration of the vocational training needs for students at or before entry into high school was discussed. (Modified 2/10/96)

| | | | |
|---|---|---|---|
| ___ | Regular education only | ___ | Compensatory education |
| P | Regular education with modifications in pacing, methods, or materials | ___ | Alternative school |
| ___ | Regular education with support services | P | Regular vocational education |
| ___ | Self-contained class (special education) | ___ | Regional Day School for the Deaf |
| ___ | Resource classroom (special education) | ___ | Homebound |
| ___ | Discipline center | ___ | Speech therapy |
| ___ | Related services: ___ | ___ | Hospital class |
| ___ | Home - based instruction | ___ | Classroom (VAC) |
| ___ | On the job training (VAC) | ___ | Home Campus |
| ___ | Bilingual education/ESL | P | Other: Content Mastery |

| Results | If efforts are not successful, provide reason(s): |
|---|---|
| Passed all classes first semester except health. | Excessive absences, incomplete assignments. |

☐ Yes ☐ No ☒ N/A Parents of students who meet eligibility criteria for visual or auditory impairments or deaf/blindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or Texas School for the Deaf, including eligibility and admissions requirements and the rights of student's related to admission.

Date(s) informed: School for Blind: ______ School for Deaf: ______

The committee determined that the student's placement will be at:

**Current Year:** Moody High School — Resource Room
Name of Current Instructional Arrangement

☒ Yes ☐ No This is the campus which the student would attend if not in special education. If no, name the student's home campus: ______

☒ Yes ☐ No This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin: 8/10/99 Anticipated duration of services: 05/00

**Next Year:** Moody High School — Resource Room
Name of Next Year's Instructional Arrangement

☒ Yes ☐ No This is the campus which the student would attend if not in special education. If no, name the student's home campus: ______

☒ Yes ☐ No This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin: 8/10/00 Anticipated duration of services: 05/01

| ■ Yes ■ No ■ Not In Attendance | Parent/Guardian agrees with all entries in Section V. |
|---|---|

VI. EXTENDED YEAR SERVICES (EYS

☐ Yes ☒ No Documentation has been submitted and the student is in need of EYS. If yes, attach the EYS SUPPLEMENT, IEP's for EYS and documentation of need.

Services to be provided:

| Subject | Amount of Time | Related Services |
|---|---|---|
| | | |

Transportation: ☐ Yes ☒ No

| ■ Yes ■ No ■ Not In Attendance | Parent/Guardian agrees with all entries in Section VI. |
|---|---|

VII. GRADUATION (High School Student Only):

The student is expected to graduate in: 2002

☐ Yes ☒ No Graduation Supplement with Transition Statement is attached.

| ■ Yes ■ No ■ Not In Attendance | Parent/Guardian agrees with all entries in Section VII. |
|---|---|

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

VIII. LEAST RESTRICTIVE ENVIRONMENT SUPPLEMENT

A. Evidence that removal of students with disabilities from the regular educational environment occurs only when the nature and severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily based on the following:

| Dates | | Dates | |
|---|---|---|---|
| 1/21/00 | Information from district staff | | Psychological data |
| 1/21/00 | Information from parents | | Medical data |
| 1/15/98 | Assessment data | | Other 1: |
| | Achievement data | | Other 2: |

Supplementary aides and services previously provided to the student include:

- [ ] Title I/Compensatory education
- [x] School health Services
- [ ] Bilingual classes
- [ ] ESL
- [x] Tutorials
- [ ] Pre-school
- [ ] Adaptive equipment
- [ ] Counseling
- [x] Modifications in regular education
- [ ] Speech Modeling
- [ ] Other 1:
- [ ] Other 2:

B. In selecting the least restrictive environment, the following considerations were given to any potential harmful effects on the student or the quality of services he or she needs.

- [ ] increased student frustration/stress
- [ ] decreased student self esteem/worth
- [ ] increased difficulty with distractions of regular environment
- [x] large student/teacher ratio vs. increased need for attention
- [ ] excessive time required to master objectives
- [ ] increased difficulty completing tasks
- [ ] increased difficulty controlling behavior
- [ ] other students distracted by related service
- [ ] increased mobility problems in a large school setting
- [ ] increased safety concerns caused by physical aspects
- [ ] increased safety concerns caused by student adaptive equipment
- [ ] lack of emotional control harmful to others
- [ ] lack of social skill causes harm
- [ ] wide difference in development levels causes isolation
- [ ] lack of specialized setting required for related service
- [ ] Other:

C. Opportunities for this student to participate in all nonacademic and extracurricular activities available to students without disabilities to the maximum extent appropriate for the individual student.

Nonacademic

- [x] lunch
- [ ] recess
- [x] counseling services, including emergency
- [x] transportation
- [x] health services
- [x] recreational services
- [x] assemblies
- [ ] others:

Extracurricular

- [x] athletics
- [x] clubs
- [x] band
- [x] choral groups
- [ ] not applicable
- [x] other school sponsored activities
- [ ] others:

If any of the above items are NOT checked, document the ARD/IEP committee's decision to exclude this student from the opportunity to participate:

D. [x] Yes [ ] No This student is being educated with regular education students to the maximum extent appropriate to the needs of the student and is unable to benefit from education with regular education students to any greater extent.

Case 2:12-cv-00410 Document 31-122 Filed on 01/26/15 in TXSD Page 25 of 40

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

E. *Removal from General Education Campus

- [ ] Services and/or therapies in the student's IEP cannot be provided on a general education campus.
- [ ] The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.
- [ ] The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.
- [ ] The student had a previously unsuccessful placement on a general education campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

- [ ] Other: __________

[ ] Yes [ ] No [X] Not in Attendance Parent/Guardian agrees with all entries in Section VIII.

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting Deliberations

JOHN H. RAMIREZ

## Additional Deliberations of the ARD Committee
## Appendix B

Purpose: Annual ARD, review and update IEPs, develop IEPs for 2000-01, review and update ITP.

Discussion: Principal discussed John's excessive absences. John failed health and biology first semester because of excessive absences and incomplete assignments.

John will take all parts of the exit-level TAAS.

Recorder: Recorder Title

4/11/00

Scanned Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

IX. ASSURANCES

The committee assures that special education placement:

- is as close as possible to the student's home.
- for national origin minority group students or linguistically different students is not based on criteria which were developed solely on command of the English language

*Basis for assurances:

☐ adaptations in testing procedures ☒ review of parent/student information
☐ use of interpreter ☐ review of language assessment

- is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

*Basis for assurances:

☒ review of parent/student information ☐ review of sociological assessment

[initials] *The ARD committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs ( including academic and developmental areas such as language and socialization).

[initials] *The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents as part of the general education program may be charged (i.e., art or laboratory fees).

NOTE: IF APPROPRIATE, COMPLETE ARD/IEP SUPPLEMENT: OUT-OF-DISTRICT PLACEMENT VERIFICATION OR REFERRAL TO A REGIONAL DAY SCHOOL PROGRAM FOR THE DEAF.

X. SIGNATURES OF COMMITTEE MEMBERS

Parent ☐ agrees ☐ not in attendance. with required entries in Sections I thru VIII of this document.
☒ disagrees

Note: Disagrees indicates that "No" was entered, or neither box was checked at the end of one or more of the sections

| Signature | Position | Agree | Disagree |
|---|---|---|---|
| | Parent/Adult Student | ☐ | ☐ |
| Manuel O. Gomez [signature] | Administration | ☑ | ☐ |
| Carol Lemcke [signature] | Instruction / Vocational | ☑ | ☐ |
| Karen Boyd [signature] | Special Education | ☑ | ☐ |
| | Assessment [1] | ☐ | ☐ |
| | Speech Therapist | ☐ | ☐ |
| | | ☑ | ☐ |
| John Ramirez [signature] | Student | ☑ | ☐ |

☑ This IEP has been developed by the members of the ARD committee by mutual agreement.

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional data, and/or obtain additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on :

☐ The members of this ARD committee have not reached mutual agreement.

______ at ______ at ______. [2] Statements of the reason mutual agreement has not been reached may be attached.
Date Location Time

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full explanation of all procedural safeguards is included with this form.

[1] Assessment personnel are required when interpretations of assessment data are being considered.

[2] Include documentation concerning the reconvened ARD.

Scanned Jun 18, 2013

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ARD/IEP SPECIAL REVIEW

Purpose of ARD:
Course Change [✓]
EYS (Only) [ ]
Failure [ ]
PLC [ ]

9/7/99
Date of ARD Notification

9/14/99
Date of Meeting

Student Ramirez John (Last) (First) (MI) DOB 06.29.84 ID# 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

Handicapping Condition (1) LD (2) OHI Grade 09 School Moody H.S. # 004

The ARD committee is meeting to modify the ARD committee report dated 1/15/99, and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: Discuss student schedule

Signature of interpreter if used:

ASSESSMENT REPORT(S) FOR RELATED SERVICES:

DEVELOPMENT OF THE IEP

[✓] Present competencies are unchanged.
[ ] Present competencies have changed as follows:

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP | TIME* | | | ADD | TIME* | | | NEW SCHEDULE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COURSE/SERVICE | REG. | MOD (✓) | SP. ED. | COURSE/SERVICE | REG. | MOD (✓) | SP. ED. | COURSE | REG. | MOD (✓) | SP. ED. |
| Algebra I | 90 | ✓ | | Accom. | 90 | ✓ | | W. Geog/Accom. | 90 | ✓ | |
| 4th Period | 90 | ✓ | | Eng. I | 90 | ✓ | | Health/Speech/ | | ✓ | |
| Math | 90 | | | PE | 90 | | | ICC | 90 | ✓ | |
| | | | | | | | | Bio./Eng. I | 90 | ✓ | |
| | | | | | | | | Spanish I/PE | 90 | ✓ | |
| TOTAL COURSE | 270 | ✓ | | TOTAL COURSE | 270 | ✓ | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | TOTAL | 360 | ✓ | |

*Indicate weekly or other contact time for related/other services

[ ] New IEPs have been developed for the courses/services added above (attached).
[✓] New modifications have been developed for the courses added above (attached).
[ ] A Behavior Management Plan has been developed (attached).

*Other ARD committee recommendations:

*Address time changes in speech and related services here.

Scanned Jun 18, 2013

NAME OF STUDENT: John Ramirez  S.S. NUMBER: 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  SCHOOL YEAR: 77-[illegible]

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS*
☐ Bilingual ☐ ESL

REGULAR DISCIPLINE PLAN
✓ YES ☐ NO

☐ NO MODIFICATIONS NEEDED

BEHAVIOR MANAGEMENT PLAN
☐ YES ✓ NO

With the use of the following modifications, this student should be expected to achieve a mastery level of 70% in all content areas in order to receive a passing grade and, thus, to participate in extracurricular activities.

| SUBJECTS | Geometry | English | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **ADDRESS ACADEMIC STANDARDS:** | | | | | | | | |
| Modifications of requisite skills and knowledge for academic performance standards | ✓ | ✓ | | | | | | |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress | | | | | | | | |
| **ALTER ASSIGNMENTS BY PROVIDING:** | | | | | | | | |
| Reduced assignments | ✓ | ✓ | | | | | | |
| Taped assignments | | | | | | | | |
| Extra time for completing assignments | ✓ | ✓ | | | | | | |
| Opportunity to respond orally | | | | | | | | |
| Task analyses of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other (see IEP for appropriate level of Academic Standard(s)) | | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | | | | | | | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids (calculator) | ✓ | | | | | | | |
| Extra time for oral response | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | | | | | | |
| Oral exams | | | | | | | | |
| Open book exams (may use notes) | ✓ | ✓ | | | | | | |
| Study carrel for independent work | ✓ | ✓ | | | | | | |
| Frequent feedback | | | | | | | | |
| Altered grade distribution (if District scoring guidelines are not appropriate) | | | | | | | | |
| Minimal auditory distractions | | | | | | | | |
| Opportunity for student to leave class for CMC assistance | ✓ | ✓ | | | | | | |
| Peer tutoring/paired working arrangement | ✓ | ✓ | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

[ ] Use repeated drill/review [ ] Use sign language [ ] Use various modalities [ ] Adjustments for misarticulations in responses

*Special language programs are required for all students who are limited English proficient.

**Scanned  Jun 18, 2013**

NAME OF STUDENT: _____   SCHOOL YEAR 99 - 00

S.S. NUMBER: 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

SUBJECTS: Elementary English

## ADAPT MATERIALS BY PROVIDING:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | |
| Highlighted materials for emphasis | | | | | | | |
| Altered format of materials | | | | | | | |
| Study aids/manipulatives | | | | | | | |
| ESL materials | | | | | | | |
| Large print materials | | | | | | | |
| Braille materials | | | | | | | |
| Color transparencies | | | | | | | |
| Other: | | | | | | | |
| Other: | | | | | | | |

## MANAGE BEHAVIOR BY PROVIDING:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clearly defined limits | ✓ | ✓ | | | | | |
| Frequent reminders of rules | ✓ | ✓ | | | | | |
| Positive reinforcement | ✓ | ✓ | | | | | |
| Frequent eye contact/proximity control | | | | | | | |
| Frequent breaks | ✓ | ✓ | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | | | | | |
| In-class timeout | | | | | | | |
| Opportunity to help teacher | | ✓ | | | | | |
| Seat near the teacher | | | | | | | |
| Supervision during transition activities | | | | | | | |
| Implementation of behavior contract | | | | | | | |
| Other: | | | | | | | |

## ASSISTIVE TECHNOLOGY DEVICES OR SERVICES:

☐ YES   ☑ NO    Assistive technology devices or services needed.  If yes, indicate needs below.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Calculators | | | | | | | |
| Word processors | | | | | | | |
| Augmentative communication devices | | | | | | | |
| Interpreter | | | | | | | |
| Decoders for TV and films | | | | | | | |
| Access to equipment: | | | | | | | |
| Training/technical assistance for student and/or family: | | | | | | | |
| Training/technical assistance for professionals, employers, etc. | | | | | | | |
| Other: | | | | | | | |

____ allow oral response    ____ use interpreter ____ use braille or large print ____ individual administration

Note: Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

7/9
ARD

Scanned Jun 18, 2013

Student John Ramirez ID# 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

The ARD committee has determined that the student's placement will be:

School Moody H.S. Instructional Arrangement

[✓] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: TAAS/TBS Not offered for grade

| | Take | Exempt |
|---|---|---|
| [ ] Mathematics | [ ] | [ ] |
| [ ] Writing | [ ] | [ ] |
| [ ] Reading | [ ] | [ ] |

Modifications:
[ ] use an interpreter
[ ] allow oral response
[ ] administer individually

| ✚UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education 360 | Parent/Guardian/Surrogate Parent/Adult Student | | | | |
| Special education ____ | Administration | | [signature] | ✓ | |
| Related/Other Services: | Instruction | ✓ | Karen Boyd | ✓ | |
| Speech ____ | Instruction (SPEECH) | | Lucinda Rosales | ✓ | |
| OT ____ | Consultant/Chairperson | | | | |
| PT ____ | Assessment▲ | | | | |
| Counselor ____ | Counselor | | | | |
| Health ____ | Related Services Rep. | | | | |
| Auditory ____ | Vocational Teacher◆ | | | | |
| Vision ____ | Certified VH/AH Specialist✚ | | | | |
| Music Th. ____ | LPAC★ | | | | |
| O&M ____ | Student | | John [signature] | ✓ | |
| Special Education Transportation: ____ (Y) | | | | | |

✚Total time for speech and all related services ▲When assessment data are considered ◆When vocational programs are considered
✚When student is identified as VH/AH ★For limited English proficient students

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[✓] The committee mutually agreed to implement the program reflected in these proceedings. OR:

[ ] The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ____________ Date at ____________ Place and Time

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to [illegible] by [signature] on 4/19/99. If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY [illegible]

UPDATED DATA

| New School Placement | Previous IA Code | New IA Code | New Program Type |
|---|---|---|---|
| | | | |

Scanned Jun 18, 2013

# CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
## Individualized Transition Plan

Student RAMIREZ, JOHN H I.D.# ______ Meeting Date 1/15/02
DOB 06-29-84 Projected Graduation Date 5/2003
S.S.# 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 Disabilities LD/OHI
School MOODY HIGH SCHOOL Parents Priscilla Martinez
Annual Review Updates: ______

ADDRESS AREAS BELOW AS THEY RELATE TO DESIRED POSTGRADUATION OUTCOMES (Based on Student Expectations) (Check as appropriate)

1. INTEGRATED EMPLOYMENT

✓ 1.1 Without support
___ 1.2 With time limited support
___ 1.3 With long term support
___ 1.4 Supported employment (enclave or mobile work crew)
___ 1.5 Other ______

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ✓ YES ___ NO
If yes, specify on page 2.

2. INDEPENDENT LIVING

✓ 2.1 Independent living - no support
___ 2.2 With family or relative
___ 2.3 With roommate
___ 2.4 Supervised living
___ 2.5 Group home
___ 2.6 ICF-MR facility
___ 2.7 Other ______

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ✓ YES ___ NO
If yes, specify on pages 2, 3.

3. RECREATION/LEISURE/COMMUNITY PARTICIPATION

✓ 3.1 Independent
✓ 3.2 Family supported
___ 3.3 Specialized recreation for persons with disabilities
___ 3.4 Community parks and recreation programs
___ 3.5 Local clubs
___ 3.6 Church groups
___ 3.7 Day programs
___ 3.8 Other ______

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ___ YES ✓ NO
If yes, specify on page 3.

4. POST-SECONDARY EDUCATION/VOCATIONAL TRAINING

___ 4.1 University
___ 4.2 Community college
___ 4.3 Proprietary (private) school
___ 4.4 Trade/Technical school
___ 4.5 Military
___ 4.6 Continuing/Adult Education

4. POST-SECONDARY EDUCATION (Continued)

___ 4.7 Apprenticeships
___ 4.8 None
✓ 4.9 Other Employment (electrical)

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ✓ YES ___ NO
If yes, specify on page 3.

5. TRANSPORTATION

✓ 5.1 Independent
___ 5.2 Public transportation
___ 5.3 Specialized transportation
___ 5.4 Family transports
___ 5.5 Car pools
___ 5.6 Other ______

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ___ YES ✓ NO
If yes, specify on page 4.

6. ADULT SERVICES

___ 6.1 SSI
___ 6.2 Public assistance (food stamps, AFDC, etc.)
___ 6.3 Insurance/Medicaid
___ 6.4 Assistive/Adaptive devices
___ 6.5 OT/PT
___ 6.6 Vision/Hearing/Speech
___ 6.7 Medical supervision and scheduling
___ 6.8 Other ______

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ___ YES ✓ NO
If yes, specify on page 4.

7. OTHER IMPORTANT LIFE CONSIDERATIONS

___ 7.1 Guardianship
___ 7.2 Family planning
___ 7.3 Counseling/support services
___ 7.4 Respite services
✓ 7.5 Voter registration
✓ 7.6 Selective Service registration
___ 7.7 Other ______

ARE SERVICES REQUIRED TO ACHIEVE OUTCOME? ___ YES ✓ NO
If yes, specify on page 4.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

Individual Transition Plan

ITP-2

Student RAMIREZ, JOHN H  Date 1/15/99

CHECK SPECIAL SERVICES REQUIRED TO ACHIEVE OUTCOMES IDENTIFIED ON PAGE ONE OF THIS PLAN.

Results:
A - Accomplished
C - Continue
D - Discontinue

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/ parent | agency | begin | end | date Res. | date Res. | date Res. |
| **1. INTEGRATED EMPLOYMENT** | | | | | | | | |
| ✓ Conduct additional vocational assessment | | | | | | | | |
| ✓ Discuss vocational options available in high school programs (provide high school course catalogue) | ✓ | | | 1/99 | 1/00 | | | |
| __ Provide names and number of key vocational service providers | | | | | | | | |
| __ Texas Rehabilitation Commission | | | | | | | | |
| __ Texas Employment Commission | | | | | | | | |
| __ Nueces County Mental Health & Mental Retardation | | | | | | | | |
| __ Other | | | | | | | | |
| __ Contact vocation service providers for intake appointment Specify: | | | | | | | | |
| __ Review school records and determine eligibility for agency services | | | | | | | | |
| __ Implement job development, job matching, and job placement activities | | | | | | | | |
| ✓ Provide academic instruction and supports necessary to meet employment outcome Specify: [illegible] | ✓ | | | 8/99 | 5/01 | | | |
| ✓ Provide regular vocational programs Specify: [illegible] | ✓ | | | 8/99 | 5/00 | | | |
| __ Provide special education vocational training | | | | | | | | |
| __ Provide support services necessary to maintain employment Specify: | | | | | | | | |
| __ Other | | | | | | | | |
| **2. INDEPENDENT LIVING** | | | | | | | | |
| __ Provide names and numbers of key residential service providers | | | | | | | | |
| __ Mental Health Mental Retardation | | | | | | | | |
| __ Corpus Christi State School | | | | | | | | |
| __ Independent living center | | | | | | | | |
| __ Other | | | | | | | | |
| __ Other | | | | | | | | |
| __ Other | | | | | | | | |
| __ Contact residential service providers for intake appointment Specify: | | | | | | | | |
| __ Review school records and determine eligibility for residential services | | | | | | | | |

itppage2.DD

Scanned Jun 18, 2013

Individual Transition Plan

ITP-3

Student RAMIREZ, JOHN Date 1/15/99

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/ parent | agency | begin | end | date | date | date |
| | | | | | | Res. | Res. | Res. |
| **INDEPENDENT LIVING (Continued)** | | | | | | | | |
| __ Provide support services necessary to maintain residential placement Specify:________ | | | | | | | | |
| __ Provide student with instruction and supports necessary to meet independent living outcomes Specify:________ | | | | | | | | |
| __ Other________ | | | | | | | | |
| **3. RECREATION/LEISURE/COMMUNITY PARTICIPATION** | | | | | | | | |
| ✓ Encourage participation in school related clubs and activities | ✓ | | | 1/99 | 1/00 | | | |
| __ Provide opportunities to participate in a variety of recreation/leisure activities | | | | | | | | |
| __ Provide information/brochures on local clubs, specialized recreation programs, and summer camps Specify:________ | | | | | | | | |
| __ Enroll and support student as needed in recreation/leisure choices Specify:________ | | | | | | | | |
| __ Provide student with instruction and supports necessary to meet recreational/leisure outcomes Specify:________ | | | | | | | | |
| ✓ Other Freshman council Bowling team | | ✓ | | 98-99 | 98-99 | | | |
| **✓ POST-SECONDARY EDUCATION/VOCATIONAL TRAINING** | | | | | | | | |
| __ Provide student with academic instruction and supports necessary for graduation requirements | ✓ | | | 8/98 | 5/02 | | | |
| __ Contact school counselor for information regarding specific colleges | | | | | | | | |
| __ Contact college or university concerning special services and accommodations | | | | | | | | |
| __ Obtain information on various tech schools | | | | | | | | |
| __ Contact military recruiter | | | | | | | | |
| __ Provide information regarding continuing/adult education classes | | | | | | | | |
| __ Complete applications and other paperwork necessary for post-secondary school admission | | | | | | | | |
| __ Complete college entrance exams | | | | | | | | |
| __ Other________ | | | | | | | | |

Scanned Jun 18, 2013

## Individual Transition Plan

ITP-4

Student RAMIREZ, JOHN Date 1/15/99

| Item | Responsibility: school | Responsibility: student/parent | Responsibility: agency | Timeline: begin | Timeline: end | Annual Review: date Res. | Annual Review: date Res. | Annual Review: date Res. |
|---|---|---|---|---|---|---|---|---|
| 5. ✓ TRANSPORTATION | | | | | | | | |
| ✓ Complete driver's education | | ✓ | | 6/00 | 5/01 | | | |
| ✓ Obtain driver's license | | ✓ | | 6/00 | 5/01 | | | |
| __ Apply for Care B transportation | | | | | | | | |
| __ Train student to utilize public transportation systems | | | | | | | | |
| __ Arrange transportation to and from work site | | | | | | | | |
| __ Other ________ | | | | | | | | |
| 6. ADULT SERVICES | | | | | | | | |
| __ Discuss/provide phone number for SSI eligibility requirements | | | | | | | | |
| __ Apply for SSI benefits | | | | | | | | |
| __ Provide phone number for Department of Human Services assistance program | | | | | | | | |
| __ Other financial considerations ________ | | | | | | | | |
| __ Apply for insurance/medicaid | | | | | | | | |
| __ Discuss/provide information regarding OT/PT needs | | | | | | | | |
| __ Assess student's need for assistive/adaptive devices | | | | | | | | |
| __ Provide assistive/adaptive devices according to assessed needs | | | | | | | | |
| __ Discuss/provide information regarding needs as related to vision, hearing, and speech | | | | | | | | |
| __ Provide training for self-medication or monitor administration of medication | | | | | | | | |
| __ Assist with scheduling of medical and dental appointments | | | | | | | | |
| __ Other medical/physical concerns ________ | | | | | | | | |
| 7. ✓ OTHER IMPORTANT LIFE CONSIDERATIONS | | | | | | | | |
| ✓ Discuss/provide information regarding: | | | | | | | | |
| __ Guardianship | | | | | | | | |
| __ Family planning | | | | | | | | |
| __ Counseling/support services provided by various agencies Specify: ________ | | | | | | | | |
| __ Respite services | | | | | | | | |
| ✓ Voter registration | ✓ | | | 6/03 | | | | |
| ✓ Selective Service registration | ✓ | | | 6/03 | | | | |
| __ Other ________ | | | | | | | | |

Scanned Jun 18, 2013

ITP

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

STUDENT NAME: RAMIREZ, JOHN

TRANSITION PLANNING PARTICIPANTS

We, the undersigned, have provided input for the review/update of this ITP.

Date 1/15/99

| Student | Parent | Teacher |
|---|---|---|
| Name Title | Name Title | Name Title |
| [signature] | Karen Boyd - Dept. Chair | Alan D. Baca; [signature] / Teacher |

Persons invited who did not attend:

We, the undersigned, have provided input for the review/update of this ITP

Date

| Student | Parent | Teacher |
|---|---|---|
| Name Title | Name Title | Name Title |

Persons invited who did not attend:

We, the undersigned, have provided input for the review/update of this ITP.

Date

| Student | Parent | Teacher |
|---|---|---|
| Name Title | Name Title | Name Title |

Persons invited who did not attend:

We, the undersigned, have provided input for the review/update of the ITP.

Date

| Student | Parent | Teacher |
|---|---|---|
| Name Title | Name Title | Name Title |

Persons invited who did not attend:

If an agency that was invited to send a representative did not do so, what steps were taken to obtain the participation of the agency in the planning of transition services?

Scanned Jun 18, 2013

All procedures and information in this document are required by law.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

[] Admission
[] Review
[] Dismissal

ARD NOTIFICATION DATE: [illegible]

DATE OF MEETING: [illegible]

Please Print

| STUDENT'S LAST NAME | FIRST | MI | SOCIAL SECURITY NO. | M | F |
|---|---|---|---|---|---|
| RAMIREZ | JOHN | H | 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 | ☒ | |

| DATE OF BIRTH | SCHOOL | GRADE/PROG | SCHOOL |
|---|---|---|---|
| 06 / 29 / 84 | MOODY HIGH SCHOOL | 9/ C/1 | 004 |

☐ Yes ☒ No An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication: ___

A. **REVIEW OF ASSESSMENT DATA and other information** (check [√] if applicable)

- ☒ Comprehensive individual assessment (dates of reports) 01-15-98
- ☐ Assessment(s) for related services. (Specify by title and by date.) ___
- ☒ Assistive technology addressed in psychological assessment report(s) dated 1/15/98 Recommended: ☐ yes ☒ no (ARD 4)
- ☐ Functional vocational evaluation report date ___
- ☐ Other assessment (Specify by title and by date.) ___
- ☒ Information from the student's Individual Transition Plan dated: 1/15/99
- ☐ Information from the Language Proficiency Assessment Committee dated: ___
- ☐ Records from other school districts (Specify) ___
- ☐ Information from parents/student (Specify) ___
- ☐ Information from school personnel (Specify) ___
- ☒ Information/records from other agencies or professionals (Specify) [illegible] 10/29/95
- ☐ Student communication needs: (If student is deaf or hard of hearing, complete the ARD supplement *Communication Needs of Deaf or Hard of Hearing Students*.) ___
- ☐ Concerns of parent for enhancing the education of their child: ___

☐ Yes ☒ No Additional assessment is needed. Specify with time line for completion: ___

☐ Specify additional assessments needed: ___

B. **DETERMINATION OF ELIGIBILITY** (check [√] if applicable)

Based on the assessment data reviewed, the ARD committee had determined that the student

☐ does not meet eligibility criteria to receive special education services.

☒ meets eligibility criteria for:

| | | |
|---|---|---|
| ☒ learning disability | ☐ speech impairment | ☐ emotionally disturbed |
| ☐ mental retardation | ☐ autism | ☒ other health impairment |
| ☐ orthopedic impairment | ☐ traumatic brain injury | ☐ multiple disabilities |
| ☐ visual impairment | ☐ auditory impairment | ☐ deaf-blind |

A student shall not be determined to be a student with a disability due to lack of instruction in reading or mathematics, or limited English proficiency.

C. **DISABILITY/DISABILITIES**
Assigned by ARD Committee LEARNING DISABLED / OTHER HEALTH IMPAIRMENT
(A disability should be noted here only if special education services are to be provided. See ARD-2)

7/98
ARD-1

Original - eligibility folder  Copy - counselor  Copy - teacher  Copy - parent copy

Scanned Jun 18, 2013

☒ Yes ☐ No The ARD committee reviewed student achievement on each current IEP. (Applicable to all but initial ARD meetings.)

**Present Competencies:**

Physical, as it affects participation in instructional settings and physical education [illegible]

Medication/Health Care, as it affects participation in instructional settings and physical education [illegible]

☒ Yes ☐ No The student is capable of receiving instruction in the Texas Essential Knowledge and Skills (TEKS) of physical education through the general education program without modification. Comments:

☐ Yes ☒ No *Physical Education Modification Plan* needed.

Academic/Developmental, as it affects participation in instructional settings (grade or age levels alone are not acceptable) [illegible]

Indicate how the disability affects the student's involvement and progress in the general curriculum or, for preschool children, how does the disability affect the student's participation in appropriate activities? [illegible]

☐ Yes ☒ No Does the student's behavior impede his or her learning or that of others? If yes, the ARD committee should develop/review/modify a functional behavioral assessment and a Behavior Intervention Plan.

☒ Yes ☐ No The student is capable of following the Student Code of Conduct without modification. If no, the ARD Committee should develop/review/modify a functional behavioral assessment and a Behavior Intervention Plan.

☐ Yes ☒ No Is student limited English proficient? If yes, what are the language needs of the student as such needs relate to the student's IEP?

The ARD Committee agrees that the student

☒ Needs and will receive special education services

☐ Does not need and will not receive special education services for the following reasons:

INSERT IEP SHEETS AFTER THIS PAGE

7/98
ARD-2

INDICATE NUMBER OF PAGES OF EACH IEP: R ___ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

Scanned Jun 18, 2013

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE

RAMIREZ, JOHN H — NAME OF STUDENT

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 — S.S. NUMBER

SCHOOL YEAR 99 - 2000

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS*
☐ Bilingual ☐ ESL

BEHAVIOR MANAGEMENT PLAN
☐ YES ☑ NO

REGULAR DISCIPLINE PLAN
☑ YES ☐ NO

☐ NO MODIFICATIONS NEEDED

With the use of the following modifications, this student should be expected to achieve a mastery level of 70% in all content areas in order to receive a passing grade and, thus, to participate in extracurricular activities.

reading 6 math 8

SUBJECTS

| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| **ADDRESS ACADEMIC STANDARDS:** | | | | | | | | |
| Modifications of requisite skills and knowledge for academic performance standards (TEKS) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress | | | | | | | | |
| **ALTER ASSIGNMENTS BY PROVIDING:** | | | | | | | | |
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Taped assignments | | | | | | | | |
| Extra time for completing assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Opportunity to respond orally | | | | | | | | |
| Task analyses of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other (see IEP for appropriate level of Academic Standard[s]) | | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | | | | | | | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids [illegible] | | ✓ | | | | | | |
| Extra time for oral response | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Oral exams | | | | | | | | |
| Open book exams | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Study carrel for independent work | | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Altered grade distribution (if District scoring guidelines are not appropriate) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Minimal auditory distractions | | | | | | | | |
| Opportunity for student to leave class for CMC assistance CONTENT MASTERY | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Peer tutoring/paired working arrangement | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

[ ] Use repeated drill/review [ ] Use sign language [ ] Use various modalities [ ] Adjustments for misarticulations in responses

*Special language programs are required for all students who are limited English proficient.

Scanned  Jun 18, 2013

NAME OF STUDENT

454 - 71 - 3620

S.S. NUMBER

SCHOOL YEAR __99__ - __2000__

SUBJECTS

## ADAPT MATERIALS BY PROVIDING:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pre- to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives | | | | | | | | |
| ESL materials | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

## MANAGE BEHAVIOR BY PROVIDING:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clearly defined limits | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent reminders of rules | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Positive reinforcement | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent eye contact/proximity control | | | | | | | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| In-class timeout | | | | | | | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |

## ASSISTIVE TECHNOLOGY DEVICES OR SERVICES:

○ YES   ○ NO    Assistive technology devices or services needed.  If yes, indicate needs below.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Calculators | | | | | | | | |
| Word processors | | | | | | | | |
| Augmentative communication devices | | | | | | | | |
| Interpreter | | | | | | | | |
| Decoders for TV and films | | | | | | | | |
| Access to equipment: | | | | | | | | |
| Training/technical assistance for student and/or family: | | | | | | | | |
| Training/technical assistance for professionals, employers, etc. | | | | | | | | |
| Other: | | | | | | | | |

____ allow oral response      ____ use interpreter ____ use braille or large print ____ individual administration

Note: Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

7/98
ARD-4