Scanned Jun 18, 2013

Page _____ of _____

F. Assessments

Criterion referenced assessment (TAAS)[1]:

☑ Yes ☐ No will take Reading. If no, alternative assessment to be given: __________

☑ Yes ☐ No will take Mathematics. If no, alternative assessment to be given: __________

☑ Yes ☐ No ☐ N/A will take Writing. If no, alternative assessment to be given: __________

☐ Yes ☐ No ☑ N/A will take Social Studies. If no, alternative assessment to be given: __________

☐ Yes ☐ No ☑ N/A will take Science. If no, alternative assessment to be given: __________

Modifications as defined in test administration materials: __________

☐ TAAS not offered for this student's grade placement

End-of-Course Examinations[2]:

☐ Yes ☐ No ☑ N/A will take Algebra 1. If no, alternative assessment to be given: __________

☑ Yes ☐ No ☐ N/A will take Biology 1. If no, alternative assessment to be given: __________

☐ Yes ☐ No ☑ N/A will take U.S. History. If no, alternative assessment to be given: __________

☑ Yes ☐ No ☐ N/A will take English II. If no, alternative assessment to be given: __________

Modifications as defined in test administration materials: __________

Districtwide Assessments: n/a (Not offered)

☐ Yes ☐ No will take Districtwide assessments. If no, alternative assessment to be given:

Modifications as defined in test administration materials: __________

Texas Primary Reading Inventory (K – 3): n/a

☐ Yes ☐ No will take TPRI. Modifications as defined in test administration materials: __________

If the student is exempted from the administration of any assessment instrument above, it is because:

____ a. The student's individualized education program does not include instruction in the essential knowledge and skills at any grade level.

OR

____ b. The assessment instrument, even with allowable modifications, would not provide an appropriate measure of the student's achievement as determined by the student's ARD committee.

**Transition Planning by age 14:**

✓ The ARD supplement, *Transition Statement*, is attached. It is required for all students beginning by age 14 and required to be updated annually.

[1] Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternative measures of accountability.

[2] The only students not required to test are students receiving content modifications resulting in an "S" on the transcript, as stated in test administration materials. These materials also provide information about testing those students for local purposes.

Scanned Jun 18, 2013

G. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services **provided, tried, or considered**. Place the key letter (p, t, c) in the space next to all that apply:

1. p General education classroom
2. p Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. ___ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes
8. ___ Pre-K program
9. ___ Alternative education program
10. ___ Assistive technology (e.g., communication devices, slant top table)
11. ___ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement **
16. p Content Mastery
17. t Counseling Services
18. ___ Behavioral Specialist/Contracts
19. ___ Other: ___

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 1, 2, 16 | Passed all classes 1st 9 wks, failed English, PERTAMDY, Hem. [illegible] 2nd 9 wks. | [illegible] |
| 16 | Attends CMC regularly for US History | |

☐Yes ☐No ☒N/A **Parents of students who meet eligibility criteria for visual or auditory impairments or deaf/blindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or the Texas School for the Deaf, including eligibility and admissions requirements and the rights of students related to admission.

H. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

1. Complete either *a* or *b*:

a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting. Go to Consideration of Harmful Effects, ARD-7.

b. ☑ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting. **Complete either (1) or (2) and (3) below:**

**(1) Removal From General Education Classroom**

☐ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

☐ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

☐ Implementing the student's behavior management plan would not permit other students to benefit satisfactorily from academic instruction or nonacademic activities.

☑ The student needs the following support services to benefit from the general education program: Content Mastery

☐ Other: ___

Scanned Jun 18, 2013

(2) Removal From General Education Campus (to a Separate Campus)

- ☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus.
- ☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.
- ☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and within a closed environment.
- ☐ The student had a previously unsuccessful placement on a general campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

________________________________________

(3) Opportunity to Participate

In removing the student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities? ☑ Yes ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

- ☐ Meals
- ☐ Field trips
- ☐ Fund raising activities
- ☐ Regular transportation
- ☐ Sports/cheerleading
- ☐ Student council
- ☐ Yearbook/newspaper
- ☐ Recess periods
- ☐ Choral group/debate
- ☐ Assemblies
- ☐ Band
- ☐ Graduation exercises
- ☐ General education routines (homeroom assignments, lockers, study hall class changes, social)
- ☐ Other: __________
- ☐ Other: __________

If any of the above items are checked, explain why this student is unable to participate: __________

2. Consideration of Potential Harmful Effects (Complete this section for all students.)

In removing the student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student or on the quality of services which the student needs.

- ☑ None anticipated
- ☐ Lack of opportunity for appropriate role models
- ☐ Stigmatization
- ☐ Decreased access to the instructional opportunities available in integrated settings
- ☐ Isolation from peers
- ☐ Other: __________
- ☐ Other: __________
- ☐ Other: __________
- ☐ Diminished access to full range of curriculum
- ☐ Lack of opportunity for social interaction
- ☐ Decreased student self-esteem
- ☐ Other: __________
- ☐ Other: __________

Scanned Jun 18, 2013

RAMIREZ | JUAN | B | 05-29-1989
STUDENT'S LAST NAME | FIRST | MI | DOB

I. SCHEDULE OF SERVICES ss# 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

Year: Semester:

| Course/ Curriculum Area | Funct / Grade Level | GEN ED Mod Y | GEN ED Mod N | GEN ED Time | Spec Ed Time | Progr/Grade Determined by Gen Ed | Progr/Grade Determined by Sp Ed |
|---|---|---|---|---|---|---|---|
| [illegible] | | ✓ | | 90 | | ✓ | |
| [illegible] | | ✓ | | 90 | | ✓ | |
| [illegible] | | ✓ | | 90 | | ✓ | |
| [illegible] | | ✓ | | 90 | | ✓ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Vocational Education __REG __CVAE __VEH | | | | | | | |
| VAC | | | | | | | |
| TOTAL MIN PER DAY | | | | 360 | | | |

| Related/Other Services | Time | D* | C* | M* | Location of Services |
|---|---|---|---|---|---|
| Auditory Hdcp Srvs | | | | | |
| Counseling | | | | | |
| Health Srvs | | | | | |
| Music Therapy | N/A | | | | |
| Occupational Therapy | | | | | |
| Orientation & Mobility | | | | | |
| Physical Therapy | | | | | |
| Speech Services | | | | | |
| Vision Services | | | | | |

☐ Yes ☑ No Special Transportation

If yes, cite justification:

EYS: ☐ Yes ☑ No If yes, see attached supplement. __OT __PT __SP __IN

Parents will be notified of student progress by:
✓ Regular report card __IEP report card
__Parent/Teacher Conference
__Portfolio
Other:

Year: Semester:

| Course/ Curriculum Area | Funct. Grade Level | GEN ED Mod Y | GEN ED Mod N | GEN ED Time | Spec Ed Time | Progr/Grade Determined by Gen Ed Educational Diagnostician | Sp |
|---|---|---|---|---|---|---|---|
| [illegible] | | ✓ | | 90 | | ✓ | |
| [illegible] | | ✓ | | 90 | | ✓ | |
| ~~[illegible]~~ | ~~[illegible]~~ | | | ~~90~~ | | ~~✓~~ | |
| [illegible] | | ✓ | | 90 | | ✓ | |
| | | | | | | | |
| | | | | | | | |
| [illegible] | | ✓ | | 90 | | ✓ | |
| Vocational Education ✓REG __CVAE __VEH | | | | | | | |
| VAC | | | | | | | |
| TOTAL MIN PER DAY | | | | | | | |

FOR OFFICE USE ONLY

Criterion referenced assessment (TAAS/ITBS):

☐ Will take Mathematics ☑ Will take Reading
☐ Will take Writing ☐ Not offered for this student's grade placement
☐ Will take Social Studies
☐ Will take Science ☐ Exempt in all areas

Comments: Will take TAAS

Data by:

Referral Date: Test Date:
Medical Date: Dx
IQ Test Test:
V__ P__ FS__
Ach. Test Test:
R SS GE
RC SS GE Lang. Dom.
WL SS GE M SS GE
SS No. 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 Inst. Arr. Code: 03 Prog. Type:
Dism. Code: Date:
ARD Date: 11/ Type: Home School: 004
Placement School: Disability Code(s): LD

*D – Direct C – Consult M – Monitor

7/98
ARD - 8

Scanned Jun 18, 2013

J. PLACEMENT DETERMINIATION

The committee determined that services will be provided at:

Moreles H. S.
NAME OF SCHOOL CAMPUS

Check appropriate instructional arrangement*
(PEIMS CODE)
__Speech Therapy (41)
__Homebound (01)
__Hospital Class (02)
✓ Resource Room (03)
__State School for the Mentally retarded (30)
__Residential Care & Treatment Facility (35)
__S/C Mild/Moderate, Reg. Campus (04)
__S/C, Severe Reg. Campus (05)
__Off Home Campus (20)
__VAC (08)
__Mainstream (40)

☑ Yes ☐ No This is the campus the student would attend if not disabled. If NO, identify (list or describe) the services which cannot reasonably be provided on the student's home campus.

☑ Yes ☐ No This is the campus which is as close as possible to the student's home. If NO, justify:

K. ASSURANCES

✓ *The ARD committee assures that the student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs (including academic and developmental areas such as language and socialization).

✓ *The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or to their parents as part of the general education program may be charged (e.g., art or laboratory fees).

**Required at least one year prior to the student reaching the age of majority (18):**

____ The student has been informed of his/her rights that will transfer to him/her on reaching the age of majority (18).

NOTE: INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

| | | | | | |
|---|---|---|---|---|---|
| ___ | Visually/Auditorially Handicapped | ___ | Extended-Year Services | ___ | Autistic |
| ___ | Regional Day School for the Deaf | ___ | Behavior Management Plan | ✓ | Minutes Page |
| ___ | Day/Residential Placement and On-Site Visit Report | ___ | Health Care Plan | ___ | Notice of Refusal |
| | | ___ | Medically Fragile | ✓ | Transition Services |
| ___ | Graduation | ___ | Vocational | ___ | Other |

* Enter instructional arrangement that meets requirements listed in the *Student Attendance Accounting Handbook*.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

## ARD/IEP SUPPLEMENT
## TRANSITION SERVICES

RAMIREZ, JOHN
NAME OF STUDENT

1/15/99
DATE OF ARD MEETING

**Statement of needed transition services:** The coordinated set of activities must be based on the individual student's needs, taking into account the student's preferences and interests, and include needed activities in the areas of instruction, community experiences, employment and other post-school adult living objectives, and if appropriate, acquisition of daily living skills and a functional vocational evaluation. If the student is leaving the school setting, include, if appropriate, a statement of each public agency's and each participating agency's responsibilities or linkages, or both. If it is determined those services are not needed for one or more of these areas then include a statement to that effect and the basis upon which the determination was made.

instruction [illegible] '99-'00 will [illegible] modified general ed. classes.

community experiences Able to access all community services.

development of employment objectives [illegible]

other post-school adult living objectives ICC ( [illegible] ) [illegible]

acquisition of daily living skills, if appropriate Will take health during '99-'00 school yr.

functional vocational evaluation, if appropriate

Related services, if appropriate Does not receive related services.

**Attendance:** The student will be invited. If the student does not attend the ARD committee meeting, what steps were taken to ensure that the student's preferences and interests were considered? Also invite a representative of any other agency that is likely to be responsible for providing or paying for transition services. If an agency invited to send a representative to a meeting did not do so, what steps were taken to obtain the participation of the other agency in the planning of any transition services?

If a participating agency fails to provide agreed upon transition services contained in the IEP, the public agency responsible for the student's education will initiate a meeting as soon as possible for the purposes of identifying alternative strategies to meet the transition objectives and, if necessary, revise the student's IEP.

7/98
ARDSPTS

Original: Parent | Copy: Eligibility Folder | Copy: School | Copy: Psychological Services

Scanned Jun 18, 2013

Page [illegible] of [illegible]

ARD MINUTES

Student's Name: RAMIREZ, JOHN D.O.B. 6-29-84 Date: [illegible] Recorder: [illegible]

ARD Committee Members: [illegible]

[illegible]

Medical - 10/24/95 [illegible]

[illegible]

IEP [illegible]

[illegible]

TAAS [illegible] TAAS

[illegible]

Scanned Jun 18, 2013

L. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| MEMBERS | | | | |
| | | Parent(s)/Adult Student | | |
| [signature] | | Administration | ✓ | |
| [signature] | | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| [signature] | ✓ | Consultant/Chairperson | ✓ | |
| [signature] | ✓ | Vocational | ✓ | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |
| | | | | |
| [signature] | | student | ✓ | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more thanten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reacha mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or to others, or if the student has committed an expellable offense. The committee will reconvene on ________ at ________________________.[3]

Date Place and Time

**Information explaining why mutual agreement has not been reached must be noted in the ARD minutes. Participants may attach statements of agreement, disagreement, or clarification to the ARD minutes.**

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. **AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been given to** [handwritten] **by** [handwritten] **on** [handwritten].

**If you have questions regarding these safeguards, please feel free to call 994-3500.**

[1] Assessment personnel are required when assessment issues are included in the ARD committee's deliberations.
[2] LPAC representative is required at the ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

7/98
ARD-10

Scanned Jun 18, 2013

All procedures and information in this document are required by law.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING

[] Admission
[✓] Review
[] Dismissal

4/8/98
ARD NOTIFICATION DATE

5/18/98
DATE OF MEETING

Please Print

| Ramirez | John | | 966514 | (M) | F |
|---|---|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | ID NUMBER | | |

| 6/27/84 | Cunningham Middle School | 08 | 046 |
|---|---|---|---|
| DATE OF BIRTH | SCHOOL | GRADE/PROG | SCHOOL |

☐ yes ☑ no An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication none

A. REVIEW OF ASSESSMENT DATA (check (✓) if applicable)

☑ Comprehensive individual assessment 1/15/98
DATE(S) OF REPORT(S)

☐ Assessment(s) for related services. Specify: ____

☑ Assistive technology addressed in reeval assessment report(s) dated 1/98. Recommended: ☐ yes ☑ no (ARD 3)

☐ Vocational assessment report date ____

☐ Other Assessment 96-97 TAAS 87 (rdg) 86 (math)

☑ Information from the student's Individual Transition Plan dated: developed Transit. 5/18/...

☐ Information from the Language Proficiency Assessment Committee ____

☐ Records from other school districts ____

☐ Information from parents/student ____

☑ Information from school personnel teacher progress reports

☐ Information/records from other agencies or professionals ____

☐ yes ☑ no Additional assessment is needed. Timeline for completion ____

B. DETERMINATION OF ELIGIBILITY (check (✓) if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student
☐ does not meet eligibility criteria to receive special education services.
☑ meets eligibility criteria for.

| | | |
|---|---|---|
| ☑ learning disability | ☐ speech impairment | ☐ emotionally disturbed |
| ☐ mental retardation | ☐ autism | ☑ other health impairment |
| ☐ orthopedic impairment | ☐ traumatic brain injury | ☐ multiple disabilities |
| ☐ visual impairment | ☐ auditory impairment | ☐ deaf-blind |

C. DISABILITY/DISABILITIES
Assigned by ARD Committee ____
(A disability should be noted here only if special education services are to be provided. See ARD-2)

1/96
ARD-1

White - eligibility folder Pink - counselor Yellow - teacher Goldenrod - parent copy

Scanned Jun 18, 2013

**DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)**

☑ yes ☐ no The ARD committee reviewed student achievement on each current IEP. (Applicable to all but initial ARD meetings.)

**Present Competencies:**

Physical, as it affects participation in instructional settings and physical education: very distractible, excessive talking to self and peers

Medication/Health Care: ______

☑ yes ☐ no The student is capable of receiving instruction in the essential elements of physical education through the general education program without modification. Comments: ______

Behavioral, as it affects educational placement, programming, or discipline: can benefit from redirection, works best independently.

☑ yes ☐ no The student is capable of following the Student code of Conduct without modification. If no, complete ARD/IEP SUPPLEMENT: Behavior Management Plan (ARD BMP 1 & 2).

Prevocational/Vocational[1] skills which may be prerequisite to vocational education (when appropriate): follows oral and written 2-step directions works well with supervision takes pride in his work.

Academic/Developmental (grade or age levels alone are not acceptable): reads and employs all basic comp. skills on grade level, good vocab. development, writes multi paragraph essays, performs algebraic operations

Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels: able to be successful with CMs and modification

Services for which the student is eligible were reviewed and discussed[1]

- ☐ Compensatory education
- ☐ Bilingual education
- ☐ ESL instruction
- ☑ Tutorials/academic remediation
- ☐ Transition services[2]
- ☑ Vocational education
- ☑ General Education
- ☐ other: ______
- ☑ other: Special education

The ARD Committee agrees that the student

- ☑ Needs and will receive special education services
- ☐ Does not need and will not receive special education services for the following reasons: ______

[1] Include consideration of occupational training needs for students at or before entry into high school or by age 14

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP R__ Sp__ Voc__ OT__ PT__ VS__ MT__ OHA__ HS__ Other__

Scanned Jun 18, 2013

# INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE

Ramirez, John — NAME OF STUDENT
966511 — ID NUMBER
SCHOOL YEAR 98 99

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS[1]
☐ Bilingual ☐ ESL

BEHAVIOR MANAGEMENT PLAN
☐ YES ☑ NO

REGULAR DISCIPLINE PLAN
☑ YES ☐ NO

ASSISTIVE TECHNOLOGY
☐ YES ☑ NO

☐ NO MODIFICATIONS NEEDED

GOAL & OBJECTIVE/SUBJECT

| | Reading/Keyboarding | Eng I | Geometry | US History | Intro Mc[illegible] | PE | | |
|---|---|---|---|---|---|---|---|---|
| **ADDRESS ACADEMIC STANDARDS:** | | | | | | | | |
| Modifications of requisite skills and knowledge for academic performance standards | ✓ | ✓ | ✓ | ✓ | | | | |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress: | | | | | | | | |
| **ALTER ASSIGNMENTS BY PROVIDING:** | | | | | | | | |
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Taped assignments | | | | | | | | |
| Extra time for completing assignments | | | | | | | | |
| Opportunity to respond orally | | | | | | | | |
| Task analysis of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other (see IEP for appropriate level of Academic Standards): | | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids Calculator | | | ✓ | | ✓ | | | |
| Extra time for oral response | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Oral exams | | | | | | | | |
| Open book exams | | | | | | | | |
| Study carrel for independent work | | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Alter grade distribution (if District scoring guidelines are not appropriate) | | | | | | | | |
| Minimal auditory distractions | | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Peer tutoring/paired working arrangement | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

[ ] Use repeated drill/review [ ] Use sign language [ ] Use various modalities [ ] Adjustments for misarticulations in responses

[1]Special language programs are required for all students who are limited English proficient.

Scanned Jun 18, 2013

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

Ramirez John
NAME OF STUDENT

965114
ID NUMBER

SCHOOL YEAR 98 - 99

GOAL & OBJECTIVE/SUBJECT

| ADAPT MATERIALS BY PROVIDING: | R[illegible]/Key[illegible] | Eng I | Geometry | U.S. History | Intro/[illegible] | PE | | |
|---|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives teacher provided class notes | | | ✓ | ✓ | ✓ | | | |
| ESL materials | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |
| **MANAGE BEHAVIOR BY PROVIDING:** | | | | | | | | |
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Frequent eye contact/proximity control | | | | | | | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| In-class timeout | | | | | | | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |
| **REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:** | | | | | | | | |
| Access to equipment | | | | | | | | |
| Augmentative communication device | | | | | | | | |
| Calculators | | | | | | | | |
| Interpreter | | | | | | | | |
| Note taker/note taking paper | | | | | | | | |
| Word processors | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

not needed

Criterion referenced assessment (TAAS/TBSI)[1]:
___ will take mathematics ___ will take reading 9-8-99 ___ exempt in all areas ___ will take social studies
___ will take writing ✓ not offered for this student's grade placement ___ will take science

Modifications as defined in test administration materials:
___ allow oral response ___ use interpreter ___ use braile or large print ___ individual administration Other.___

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability

Scanned Jun 18, 2013

F. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services provided, tried, or considered. Place the key letter (p, t, c) in the space next to all to that apply:

1. C General education classroom
2. P Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. P Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes
8. ___ Pre-K program
9. ___ Alternative education program
10. C Assistive technology (e.g., communication devices, slant top table)
11. C Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement
16. P Content Mastery
17. ___ Other: ___

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 1 | needs CMC support | for continued progress |
| 2, 5, 16 | successful | |
| 10, 11 | not needed at | this time |

G. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

1. Complete either a or b:

a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting. Go to Consideration of Harmful Effects, ARD-6.

b. ☑ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting. **Complete (3) and either (1) or (2) below:**

**(1) Removal from General Education Classroom**

☐ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

☐ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

☐ Implementing the student's behavior management plan means that other students would not benefit satisfactorily from academic instruction or nonacademic activities.

☑ The student needs the following support services to benefit from the general education program: content mastery

☐ Other: ___

Scanned Jun 18, 2013

(2) Removal from General Education Campus (to a Separate Campus)

NA

- ☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus.
- ☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.
- ☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.
- ☐ The student had a previously unsuccessful placement on a general campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

(3) Opportunity to Participate

In removing this student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities? ☑ Yes ☐ No

If no, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

- ☐ Meals
- ☐ Field trips
- ☐ Fund raising activities
- ☐ Regular transportation
- ☐ Sports/cheerleading
- ☐ Student council
- ☐ Yearbook/newspaper
- ☐ Recess periods
- ☐ Choral group/debate
- ☐ Assemblies
- ☐ Band
- ☐ Graduation exercises
- ☐ General education routines (homeroom assignments, lockers, study hall class changes, social)
- ☐ Other: ____
- ☐ Other: ____

If any of the above items are checked, explain why this student is unable to participate: ____

2. Consideration of Potential Harmful Effects (Complete this section for all students.)

In removing this student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student with disabilities or on the quality of services which the student with disabilities needs. Also check the potential harmful effects on the student without disabilities if the student with disabilities is not placed in the general education classroom or campus.

HARMFUL EFFECTS ON STUDENT WITH DISABILITY

- ☐ Decreased access to specialized services (e.g., materials, personnel, curricular modifications)
- ☐ Decreased student self-esteem
- ☐ Increased safety concerns
- ☐ Increased distractions
- ☐ Increased student frustration
- ☐ Stigmatization
- ☐ Isolation from peers
- ☑ None anticipated
- ☐ Other ____
- ☐ Other ____

HARMFUL EFFECTS ON STUDENTS WITHOUT DISABILITIES

- ☑ None anticipated
- ☐ Decreased contact with students with disabilities
- ☐ Other ____
- ☐ Other ____

Scanned Jun 18, 2013

Ramirez | John | | 6/29/84
STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH

H. SCHEDULE OF SERVICES — Duration of service is 08/17/98 to 05/27/99 for grade 9

| | COURSE/CURRICULUM AREA | Funct. Grade Level | Sem 1 GEN ED Mod Yes | Sem 1 GEN ED Mod No | Sem 1 GEN ED Time | Sem 1 Special Ed Time | Sem 1 Progr./Grade Determined By Gen Ed | Sem 1 Sp Ed | Sem 2 GEN Ed Mod Yes | Sem 2 Mod No | Sem 2 Time | Sem 2 Special Ed Time | Sem 2 Progr./Grade Determined By Gen Ed | Sem 2 Sp Ed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E16 | English I | 8.5 | ✓ | | 55 | | ✓ | | ✓ | | 55 | | ✓ | |
| D20 | Reading | 8.5 | ✓ | | 55 | | ✓ | | | | | | | |
| B09 | Keyboarding | | | | | | | | ✓ | | 55 | | ✓ | |
| M36 | Geometry | 8.5 | ✓ | | 55 | | ✓ | | ✓ | | 55 | | ✓ | |
| T20 | US History | | ✓ | | 55 | | ✓ | | ✓ | | 55 | | ✓ | |
| P13 | PE | | | ✓ | 55 | | ✓ | | | ✓ | 55 | | ✓ | |
| W26 | Intro P. Metals | | ✓ | | 55 | | ✓ | | ✓ | | 55 | | ✓ | |
| | Vocational Education ✓REG __CVAE __VEH | | | | | | | | | | | | | |
| | VAC | | | | | | | | | | | | | |
| | TOTAL MINUTES PER DAY | | | | 330 | | | | | | 330 | | | |

If times vary from requirements in 19 TAC §21.101, give justification: No change

Monitoring/Coordination
Monitoring of progress in general education: __ daily __ weekly ✓3 wks __ 6 wks __ Other ______
Coordination of General/Special Education Instruction:
Person(s) responsible __Para ✓Special Ed Teacher ✓Counselor ✓Other general ed tchr.
Method(s) ✓Report Cards ✓Progress Reports ✓Conferences __ Other
Schedule for evaluating progress for participation in extracurricular activities: __3 weeks ✓9 weeks

| RELATED/OTHER SERVICES | TIME | D* | C* | M* |
|---|---|---|---|---|
| Auditory Hdcp Services | / | | | |
| Counseling | / | | | |
| Health Services | / | | | |
| Music Therapy | / | | | |
| Occupational Therapy | / | | | |
| Orientation & Mobility | / | | | |
| Physical Therapy | / | | | |
| Speech Services | / | | | |
| Vision Services | / | | | |

(Handwritten across services: Not needed)

Criterion referenced assessment (TAAS/TBS): 98-99
__ will take mathematics
__ will take writing
__ will take social studies
__ will take science
__ will take reading
✓ not offered for this student's grade placement
__ exempt in all areas
Modifications as defined in test administration materials:
__ Allow oral response
__ use interpreter
__ Other: ______
__ use braille or large print
__ individual administration

[ ] [✓] Special Transportation
Yes No
If yes, cite justification:

EYS: O Yes ✓ No If yes, see attached supplement.
__OT __PT __SP __IH
does not qualify

[ ] [ ] Parents of students with visual or auditory impairments or deaf/blindness have been given
Yes No information about the Texas School for the Blind and Visually Impaired or Texas School for the Deaf
[✓] N/A at the time of initial placement.

Referral Date ______
Test Date ______
Medical Date ______ DX ______
IQ Test ______ Test ______
V ____ P ____ FS ____
Ach. Test ______ Test ______
R SS ____ GE ____
RC SS ____ GE ____
WL SS ____ GE ____
M SS ____ GE ____
Lang. Dom.

Comments: John will attend modified [illegible] with CMC [illegible] at least [illegible] per week.

Data By: [illegible]

| ID# [illegible] | Inst. Arr. Code [illegible] | Prog. Type N/A | Dism. Code | Date |
|---|---|---|---|---|
| ARD Date [illegible] | Type [illegible] | Home Sch # [illegible] | Placement Sch # | Disability Code(s) [illegible] |

*D-Direct C-Consult M-Monitor

6/95
ARD-7

Scanned Jun 18, 2013

I. PLACEMENT DETERMINATION

The committee determined that services will be provided at:

Moody H S

NAME OF SCHOOL CAMPUS

Check appropriate instructional Arrangement (PEIMS CODE)

| | |
|---|---|
| Speech Therapy(11) | S/C Mild/Moderate, Reg. Campus (04) |
| Homebound(01) | S/C Severe Reg. Campus (05) |
| Hospital Class (02) | Off Home Campus (20) |
| **(circled)** Resource Room (03) | VAC (08) |
| State School For The Mentally Retarded (30) | Residential Care & Treatment Facility (35) |
| | Mainstream (40) |

☑ yes ☐ no This is the campus the student would attend if not disabled. If NO, identify (list or describe) the services which cannot reasonably be provided on the student's home campus.

☑ yes ☐ no This is the campus which is as close as possible to the student's home. If NO, justify.

The Parent of the student request a schedule change to put him in 11th grade in order for him to get credit

J. ASSURANCES

1. The ARD committee assures that the decision to provide special education services:

[✓] is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

Basis for assurance:
[✓] review of parent/student information
[ ] review of sociological assessment

[✓] for national origin minority group students or linguistically different students, is not based on criteria which were developed solely on command of the English language.

Basis for assurance:
[ ] assessment conducted in both native language and English
[ ] adaptations in testing procedures (e.g., formal and informal measures)
[ ] use of interpreter
[✓] review of parent/student information
[ ] review of language assessment (including proficiency and dominance in both English and native language)
[ ] This student is not a national origin minority group student or a linguistically different student.

2. ☑ The ARD Committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs (including academic and developmental areas such as language and socialization).

3. ☑ The ARD committee assures that this student is unable to benefit from education with students without disabilities to any greater extent.

4. ☑ The committee assures that all instructional and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents, as part of the general education program, may be charged (i.e., art or laboratory fees).

NOTE INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

___ Visually/Auditorially Handicapped
___ Regional Day School for the Deaf
___ Day/Residential Placement and On-Site Visit Report
___ Graduation
___ Extended Year Services
___ Behavior Management Plan
___ Health Care Plan
___ Medically Fragile
___ Vocational
___ Autistic
✓ Minutes Page
___ Notice of Refusal
✓ Transition Services
___ Other

[1]Enter instructional arrangement that meets requirements listed in the Student Attendance Accounting Handbook.

4/96
ARD-8

Scanned Jun 18, 2013

ARD MINUTES

Student's Name: John Ramirez D.O.B. 6/29/84 Date: 5/18/98 Recorder: S. Warner

ARD Committee Members: S Warner, R Jones
John attended his ARD meeting.

ASSESSMENT: reviewed from 1/98 [illegible]

ELIGIBILITY: qualifies learning disabled

COMPETENCIES: reviewed [illegible] ARD pg 3-4 [illegible]

MEDICAL ISSUES: parent did not attend, no concerns from past [illegible]

IEP: reviewed 97-98 developed 98-99

SERVICES: no related services needed

NAPT/(TAAS/)TBS: not offered 98-99 at John's grade level

MODIFICATIONS: developed and recorded ARD 3-4

PLACEMENTS: Moody HS, all general education modified classes with CMC support at least 30 min/week

COMMENTS:

- no assistive devices needed
- Individual Trans Stmt developed for John

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

TRANSITION STATEMENT FOR 14 AND 15 YEAR OLDS

John Ramirez
NAME OF STUDENT

5/18/98
DATE OF MEETING

6/29/84
DATE OF BIRTH

May 2002
ANTICIPATED DATE OF GRADUATION

The ARD committee has determined that for the student to achieve a post school placement consistent with his/her abilities, his/her school program should support the following (check one):

- [x] This student is projected to complete minimum academic credit requirements for graduation applicable to students without disabilities, including satisfactory performance on the exit level assessment instrument.
- [ ] This student is projected to complete a 22 credit academic program and attain sufficient independent living skills to maintain employment without direct and ongoing support by other agencies.
- [ ] This student is projected to complete a school program that leads to mastery of specific but limited employability and self-help skills. The student will not require the direct ongoing support of the local school district, but may require support or ongoing post school services by other agencies.
- [ ] This student's school program will emphasize self-maintenance skills. The student may require post school services by other agencies.

Use this form for all students who will be age 14 or 15 during the subsequent school year.

Scanned Jun 18, 2013

## K. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE<br>MEMBERS | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| parent did not attend | | Parent(s)/Adult Student | | |
| Rhela Jones | | Administration | ✓ | |
| (S Warren) | ✓ | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| (S. Warren) | ✓ | Consultant/Chairperson | ✓ | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

[✓] The committee mutually agreed to implement the program reflected in these proceedings. OR:

[ ] The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ________________ at ________________________________[3]

Date Place and Time

Information explaining why mutual agreement has not been reached should be noted in the ARD minutes may be attached by the ARD meeting participants.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to parent by S Warren on 4/8/98. If you have questions regarding these safeguards, please feel free to call 994-3500.

[1] Assessment personnel are required when assessment issues are included in the ARD Committee's deliberations.
[2] LPAC representative is required at ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

Scanned Jun 18, 2013

ACT

Information for Life's Transitions

# CAREER PLANNING SURVEY REPORT

*Side 1*

For: RAMIREZ, JOHN H
Claude Cunningham Middle S, Grade 8
Date: September 24, 1997
About: Jobs You May Wish to Consider

The World of Work Map to the right arranges 23 Career Areas (groups of similar jobs) according to primary work tasks:

Working with—

- PEOPLE (care, services, leadership, sales, etc.)
- DATA (facts, numbers, files, business procedures)
- THINGS (machines, living things, materials such as food, wood, metal)
- IDEAS (knowledge, insights, new ways of expressing something)

Together, these Career Areas include all jobs in the work world. The Map is divided into 12 regions—like slices of pizza! Unlike pizza, each "slice" (map region) has a different work task "flavor."

## Your Trial Job Choice

When you completed the Career Planning Survey, we asked you to make a trial job choice. You told us that it best fit Career Area:

Construction and Maintenance

Please circle this Career Area on the Map (see Region 6).

Any job involves some work with People, Data, Things, and Ideas. As the Map shows, jobs in the Career Area you selected mainly involve working with Things.

Is this what you expected? Is it in line with the interests and abilities you reported? See below!

## Your Work-Relevant Interest and Abilities

When you completed the Career Planning Survey, you told us about everyday activities that interest you--and about your abilities. The World-of-Work Map regions that best fit what you told us are shaded on the map. (See the Map's color key.)

Because interests and abilities are different, their map regions may not overlap. If they don't, you will need to decide which to emphasize as you explore your job possibilities. Please turn to side 2 of this report.

© 1997 by ACT, Inc. All rights reserv...

## World-of-Work Map

Working with DATA
Working with THINGS
Working with IDEAS
Working with PEOPLE
Region 1
Region 2
Region 3
Region 4
Region 5
Region 6
Region 7
Region 8
Region 9
Region 10
Region 11
Region 12
PEOPLE & DATA
DATA & THINGS
IDEAS & THINGS
PEOPLE & IDEAS
Region?
C. Records & Communications
B. Management & Planning
A. Marketing & Sales
D. Financial Transactions
E. Storage & Dispatching
W. Personal/Customer Services
V. Social & Government Services
U. Education & Related Services
T. General Health Care
S. Applied Arts (Written & Spoken)
Q. Applied Arts (Visual)
R. Creative/Performing Arts
P. Social Sciences
O. Natural Sciences & Mathematics
M. Engineering & Related Technologies
N. Medical Specialties & Technologies
L. Industrial Equipment Operation & Repair

**Key:**

- = map regions in line with your measured interests
- = map regions in line with your ability self-estimates
- = map regions in line with both

If your interest regions are separated, two interest scores were tied for highest. (The same applies to ability self-estimates.) If your interest or ability region falls in Region ?, your answers did not show a clear pattern; they do not suggest jobs to explore. Your counselor may have some suggestions. If no regions are shaded, your scores were missing.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Psychological Services

**THREE-YEAR REEVALUATION ASSESSMENT REPORT**

Name: John H. Ramirez DOB: 6-29-84 Age: 13-7 School: Cunningham

Student ID#: 9665114 Grade: 8 Date of Evaluation: 1-15-98 Examiner: Gutierrez

✓ Yes Assessment of this student was conducted using standard assessment procedures.
___ No If no, explain rationale for deviating from procedures, interpreting results and determining educational need. ______

I. Assessment of Physical, Mental and/or Emotional Conditions

A. Language Assessment

Tests/Measures Used: Health Inventory/Family Information; R.E.A.; Other Sources of Data: ______

Dominant Language: ✓ English ___ Spanish ___ Bilingual ___ Other: ______

Proficiency: Expressive ___ above average ✓ average ___ below average
Receptive ___ above average ✓ average ___ below average

Mode of Expression: ✓ oral ___ other: ______

B. Assessment of Physical/Health Factors

Vision Results R 20/20 L 20/20 Date: 4/25/97 Hearing Results R P L P Date: 4/25/97

___ Based on the information provided by the parent on the Health Inventory Information form, no physical/health factors appear to adversely affect this student's educational performance.
✓ See attached eligibility report(s) for physical handicap(s). OHI Eligibility based on prior evaluation. New medical has been requested.

C. Assessment of Emotional/Behavioral Factors

Tests/Measures Used: Health Inventory/Family Information; R.E.A.

___ Behavior/Academic checklist from teacher
___ Reports of behavior from staff
✓ Report of behavior during testing by counselor/diag. staff
___ Parent Interview
___ Clinical Interview
___ Classroom Observation
___ Objective Personality Tests
___ Projective Tests/Drawings

✓ No emotional/behavioral factors appear to adversely affect educational performance.
___ See attached eligibility report for emotional disturbance.

In school/out of school behaviors influencing learning/ability to follow disciplinary rules: [illegible] should be able to follow school disciplinary rules.

PS-94-3YR-1

Scanned Jun 18, 2013

THREE-YEAR REEVALUATION ASSESSMENT REPORT (Cont.)

D. Assessment of Sociological Factors

Measures Used: Health Inventory/Family Information; R.E.A.

Other Sources of Data: __________

Cultural/Life Style factors and/or lack of opportunity _____ do ✓ do not appear to affect educational performance. If so, explain: __________

E. Assessment of Intellectual Functioning

Tests Administered: _____WISC-R _____WISC-III _____WAIS _____WAIS-R

_____Stanford-Binet _____Slosson Intelligence Test

✓ TONI _____OTHER: __________

Test Results: Verbal IQ_____ Performance IQ_____ Full Scale IQ_____
IQ 110 Composite IQ_____ Partial Composite IQ_____

Adaptive behavior was assessed using: _____formal measures ✓ informal measures

Tests/Measures Used: Health Inventory/Family Information; R.E.A.

Other Sources of Data: __________

✓ Observation of this student indicates that his/her adaptive behavior appears to fall as expected according to age and cultural background and is commensurate with his/her level of intellectual functioning.

_____Results of formal assessment of adaptive behavior: __________

_____See attached report.

II. Educational Performance Levels: Test(s) Administered

_____WRAT-R _____WJAT-R _____WRMT ✓ WRAT-3 _____WIAT _____Other: __________

Test Results: Reading GE 6 SS 92 Written Lang. GE_____ SS_____

Spelling GE 8 SS 105 Reading Comp. GE_____ SS_____

Math GE 8 SS 104 Other: __________

III. Assessment of Learning Competencies

Measures Used:

Criterion or Curriculum-Referenced:

_____Informal Reading Inventory

_____Informal Math Inventory

✓ Bender-Gestalt Test of Visual Motor Skills

Other Sources of Data: __________

PS-94-3YR-2 Name: [illegible] DOB: [illegible] School: [illegible]

Scanned Jun 18, 2013

THREE-YEAR REEVALUATION ASSESSMENT REPORT (Cont.)

Test results and interpretation (including specific strengths and weaknesses). John's strengths appear to be in spelling and math while his weaknesses appear to be in reading. In reading, John was able to identify consonants, vowels, consonant clusters, vowel digraphs, and phonetic irregularities. He appeared to have problems applying skills to the decoding of multi-syllabic words. John was able to decode 22 of 33 words. He was able to decode words like "urge, conspiracy" and "quarantine" but not "rancid, deteriorate" and "rudimentary". In spelling, John was able to spell 23 of 40 words. He was able to spell words like "reverence, commission" and "imperturbable" but not "purchase, museum" or "illogical".

With the use of the following modifications, this student should be expected to achieve a mastery level of 70% in all content areas in order to receive a passing grade, and, thus, to participate in extracurricular activities (Indicate those that apply: R = Regular; C = Compensatory; S = Special Education). (Corner)

R Leave class for resource assistance
RS Extended time for completion of assignments
RS Shortened assignments
RS Reinforcement techniques
___ Assistive technology devices/services were considered
___ Special instructional or adaptive equipment
___ Alternative materials
R Alter grade distribution
___ Other:

Recommendations: More needed to implement student's current IEP

IV. Eligibility:

✓ See attached eligibility report.
___ No handicapping condition is noted under current eligibility criteria.
___ This appears to indicate a change in handicap eligibility.

V. Placement Recommendation: (Modified) ✓ regular ✓ resource ___ P S/C ___ SC

Other Recommendations: as needed

PS-94-3YR-3 Name: ___ DOB: ___ School: ___

Scanned Jun 18, 2013

THREE-YEAR REEVALUATION ASSESSMENT REPORT

In Math, John was able to add and subtract with regrouping, multiply by 2 digits, divide by single digit, convert hours to minutes and fractions to percentages, add and subtract mixed fractions, and multiply numbers with unlike signs. Visual perception appeared to be adequate.

PS-91-3YR Name: DOB: School:

Scanned Jun 18, 2013

Verification of Eligibility: Learning Disability

A. Observation of Classroom Behavior

Observation of John's classroom behavior by S. Warner Position: Teacher Date: 1-16-98 revealed the following regarding the relationship of behavior and educational functioning:

needs a lot of redirection - will disrupt activities of peers at times, can be argumentative with adults

B. Determination of Severe Discrepancy

Results of the preceding evaluation indicate that this student's score of 110 on overall/nonverbal (circle one) intellectual functioning falls within the average range (see page 4). A comparison of this standard score and standard scores of academic achievement (see page 7) (all with a mean of 100 and standard deviation of 15, unless otherwise noted) reveals the following:

| ACHIEVEMENT Skill Area | Standard Score | Point Difference from I.Q. | Severe (✓) |
|---|---|---|---|
| Oral Expression | | | |
| Listening Comprehension | | | |
| Written Expression | | | |
| Basic Reading Skills | 92 | -18 | ✓ |
| Reading Comprehension | | | |
| Math Calculation | 104 | -6 | |
| Math Reasoning | | | |
| Spelling | | | |

C. Functional Implications:

Based on the data presented in this report, the multidisciplinary assessment team has determined that the severe discrepancy between achievement and ability is not correctable without special education and related services for the following reason(s): appears to need instruction on functional level with repetition, drill, and modifications.

Based on information from the preceding evaluation of physical, emotional/behavioral, sociological and intellectual factors, the primary cause of the severe discrepancy does not appear to be a visual, hearing or motor handicap, mental retardation, emotional disturbance or environmental, cultural or economic disadvantage.

On the basis of data presented this student ✓ does ____ does not appear to meet eligibility criteria as having a learning disability.

| | Agree | Disagree |
|---|---|---|
| (S. Warner) Instruction | ✓ | ____ |
| A. Gutierrez Assessment Representative | ✓ | ____ |

Reviewed/Supervised by: ______________________
Coordinator for Psychological Services

NOTE: If a team member disagrees with the conclusions reflected in the report, he/she must submit a separate statement presenting his/her conclusions.

PS-94-PSY-LD Name: John H. Parrish DOB: 6-27-84 School: Cunningham

Scanned Jun 18, 2013

Psych-Educational Assessment

IV. Verification of Eligibility: Physical Disability

Functional Implications:

Medical dated 10/24/95 diagnosed John's handicapping condition as Other Health Impairment due to ADHD. Functional implications include problems with concentration and completion of tasks.

Results of the preceding evaluation and the attached medical report(s) indicate that this student meets the eligibility criteria for the following handicapping condition(s):

___ Auditory Impairment (otology/audiology reports attached)
___ Visual Impairment (vision specialist/functional vision reports attached)
_✓_ Other Health Impairment (physician's report attached) Eligibility based on prior evaluation. New medical has been requested.
___ Orthopedic Impairment (physician's report attached)

[signature]
Assessment Representative

Reviewed/Supervised by: ______________________
Coordinator of Psychological Services

PS-94-PSY-PH

Student's Name: [signature]

Scanned Jun 18, 2013

All procedures and information in this document are required by law.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING

[ ]Admission
[ ]Review
[ ]Dismissal

2 25 97
ARD NOTIFICATION DATE

3-5-97
DATE OF MEETING

Please Print

| Ramirez | John | | 9665114 | (M) | F |
|---|---|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | ID NUMBER | | |

| 06/29/84 | Cunningham M.S. | 8 CM | 046 |
|---|---|---|---|
| DATE OF BIRTH | SCHOOL | GRADE/PROG | SCHOOL |

☐ yes ☑ no An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication ______

A. REVIEW OF ASSESSMENT DATA (check (✓) if applicable)

☑ Comprehensive individual assessment 1-9-95
DATE(S) OF REPORT(S)

☐ Assessment(s) for related services. Specify: ______

☑ Assistive technology addressed in [illegible] assessment report(s) dated ______. Recommended: ☐ yes ☑ no (ARD 3)

☐ Vocational assessment report date ______

☐ Other Assessment ______

☐ Information from the student's Individual Transition Plan dated: ______

☐ Information from the Language Proficiency Assessment Committee ______

☐ Records from other school districts ______

☐ Information from parents/student ______

☐ Information from school personnel ______

☐ Information/records from other agencies or professionals ______

☐ yes ☑ no Additional assessment is needed. Timeline for completion ______

DETERMINATION OF ELIGIBILITY (check (✓) if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student

☐ does not meet eligibility criteria to receive special education services.

☑ meets eligibility criteria for.

- ☐ learning disability
- ☐ mental retardation
- ☐ orthopedic impairment
- ☐ visual impairment
- ☐ speech impairment
- ☐ autism
- ☐ traumatic brain injury
- ☐ auditory impairment
- ☐ emotionally disturbed
- ☑ other health impairment
- ☐ multiple disabilities
- ☐ deaf-blind

DISABILITY/DISABILITIES
Assigned by ARD Committee Other Health Impairment
(A disability should be noted here only if special education services are to be provided. See ARD-2)

Scanned Jun 18, 2013

☑ yes ☐ no The ARD committee reviewed student achievement on each current IEP. (Applicable to all but initial ARD meetings.)

**Present Competencies:**

Physical, as it affects participation in instructional settings and physical education No limitations

Medication/Health Care Ritalin 10mg AM / 10mg noon

☑ yes ☐ no The student is capable of receiving instruction in the essential elements of physical education through the general education program without modification. Comments: ______

Behavioral, as it affects educational placement, programming, or discipline Disruptive, demanding of teacher's attention and off task

☐ yes ☐ no The student is capable of following the Student code of Conduct without modification. If no, complete ARD/IEP SUPPLEMENT: Behavior Management Plan (ARD BMP 1 & 2).

Prevocational/Vocational[1] skills which may be prerequisite to vocational education (when appropriate) Follows directions

Academic/Developmental (grade or age levels alone are not acceptable) Lang Arts summarizes a selection, recalls facts and details, writes compound sentences. Math solves linear equations, comprehends prime factorization and solves problem with periods: decimals

Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels ______

Services for which the student is eligible were reviewed and discussed[1]

☐ Compensatory education
☐ Bilingual education
☐ ESL instruction
☐ Tutorials/academic remediation
☐ Transition services[2]
☐ Vocational education
☐ General Education
☑ other: CMC
☐ other: ______

The ARD Committee agrees that the student

☑ Needs and will receive special education services
☐ Does not need and will not receive special education services for the following reasons: ______

[1] Include consideration of occupational training needs for students at or before entry into high school or by age 14.

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP: R ___ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

Scanned Jun 18, 2013

## MODIFICATION/SUPPORTS DETERMINED BY ARD COMMITTEE

NAME OF STUDENT: [illegible] ID NUMBER: 466511 SCHOOL YEAR: 97 - 98

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS[1]
☐ Bilingual ☐ ESL

REGULAR DISCIPLINE PLAN
☑ YES ☐ NO

BEHAVIOR MANAGEMENT PLAN
☐ YES ☑ NO

ASSISTIVE TECHNOLOGY
☐ YES ☑ NO

☐ NO MODIFICATIONS NEEDED

| GOAL & OBJECTIVE/SUBJECT | Lang Arts | Math | U.S. History | Science | Inter Bus | C/CL | | |
|---|---|---|---|---|---|---|---|---|
| **ADDRESS ACADEMIC STANDARDS:** | | | | | | | | |
| Modifications of requisite skills and knowledge for academic performance standards | ✓ | ✓ | ✓ | ✓ | | | | |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress | | | | | | | | |
| **ALTER ASSIGNMENTS BY PROVIDING:** | | | | | | | | |
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Taped assignments | | | | | | | | |
| Extra time for completing assignments | | | | | | | | |
| Opportunity to respond orally | | | | | | | | |
| Task analysis of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other (see IEP for appropriate level of Academic Standards): | | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids | | | | | | | | |
| Extra time for oral response | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Oral exams | | | | | | | | |
| Open book exams | | | | | | | | |
| Study carrel for independent work | | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Alter grade distribution (if District scoring guidelines are not appropriate) | | | | | | | | |
| Minimal auditory distractions | | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | | | | |
| Peer tutoring/paired working arrangement | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

[ ] Use repeated drill/review [ ] Use sign language [✓] Use various modalities [ ] Adjustments for misarticulations in responses

[1]Special language programs are required for all students who are limited English proficient

9/96
ARD-3

Scanned Jun 18, 2013

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

NAME OF STUDENT [illegible]

ID NUMBER [illegible]

SCHOOL YEAR 97 - 98

GOAL & OBJECTIVE/SUBJECT

| ADAPT MATERIALS BY PROVIDING: | Fine Arts | Health | U.S. History | Science | [illegible] | CT/CL | | |
|---|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives | | | | | | | | |
| ESL materials | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

none

| MANAGE BEHAVIOR BY PROVIDING: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent reminders of rules | | | | | | | | |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent eye contact/proximity control | | | | | | | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| In-class timeout | | | | | | | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |

| REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Access to equipment | | | | | | | | |
| Augmentative communication device | | | | | | | | |
| Calculators | | ✓ | | | | | | |
| Interpreter | | | | | | | | |
| Note taker/note taking paper | | | | | | | | |
| Word processors | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

Criterion referenced assessment (TAAS/ITBS)[1]:

__ will take mathematics
_✓_ will take writing
_✓_ will take reading
___ not offered for this student's grade placement
___ exempt in all areas
_✓_ will take science
_✓_ will take social studies

Modifications as defined in test administration materials:

___ allow oral response ___ use interpreter ___ use braile or large print ___ individual administration Other: ________

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability

Scanned Jun 18, 2013

## F. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services **provided, tried, or considered.** Place the key letter **(p, t, c)** in the space next to all to that apply:

1. ___ General education classroom
2. P Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. ___ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes
8. ___ Pre-K program
9. ___ Alternative education program
10. ___ Assistive technology (e.g., communication devices, slant top table)
11. ___ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement
16. P Content Mastery
17. ___ Other: ___

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 2, 16 | Successful | |
| | | |
| | | |
| | | |
| | | |

## G. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

1. Complete either a or b:

a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting. Go to Consideration of Harmful Effects, ARD-6.

b. ☑ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting. **Complete (3) and either (1) or (2) below:**

**(1) Removal from General Education Classroom**

☑ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

☑ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

☐ Implementing the student's behavior management plan means that other students would not benefit satisfactorily from academic instruction or nonacademic activities.

☑ The student needs the following support services to benefit from the general education program: CMC support

☐ Other: ___

6/95
ARD-5

Scanned Jun 18, 2013

(2) Removal from General Education Campus (to a Separate Campus)

- ☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus.
- ☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.
- ☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.
- ☐ The student had a previously unsuccessful placement on a general campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus. ______

(3) Opportunity to Participate

In removing this student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities? ☑ Yes ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

- ☐ Meals
- ☐ Field trips
- ☐ Fund raising activities
- ☐ Regular transportation
- ☐ Sports/cheerleading
- ☐ Student council
- ☐ Yearbook/newspaper
- ☐ Recess periods
- ☐ Choral group/debate
- ☐ Assemblies
- ☐ Band
- ☐ Graduation exercises
- ☐ General education routines (homeroom assignments, lockers, study hall class changes, social)
- ☐ Other: ______
- ☐ Other: ______

If any of the above items are checked, explain why this student is unable to participate: ______

2. Consideration of Potential Harmful Effects (Complete this section for all students.)

In removing this student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student with disabilities or on the quality of services which the student with disabilities needs. Also check the potential harmful effects on the student without disabilities if the student with disabilities is placed in the general education classroom or campus.

HARMFUL EFFECTS
ON STUDENT WITH DISABILITY

- ☐ Decreased access to specialized services (e.g., materials, personnel, curricular modifications)
- ☐ Decreased student self-esteem
- ☐ Increased safety concerns
- ☐ Increased distractions
- ☐ Increased student frustration
- ☐ Stigmatization
- ☐ Isolation from peers
- ☑ None anticipated
- ☐ Other ______
- ☐ Other ______

HARMFUL EFFECTS
ON STUDENTS WITHOUT DISABILITIES

- ☐ Decreased student self-esteem
- ☐ Increased safety concerns
- ☐ Increased distraction
- ☐ Increased student frustration
- ☑ None anticipated
- ☐ Other ______
- ☐ Other ______

Scanned Jun 18, 2013

| [illegible] | [illegible] | | [illegible] |
|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |

H. SCHEDULE OF SERVICES

Duration of service is 8-13-97 to 5-27-98 for grade 8

| COURSE/CURRICULUM AREA | Funct. Grade Level | GEN ED Mod Yes | GEN ED Mod No | GEN ED Time | Special Ed Time | Progr./Grade Determined By Gen Ed | Progr./Grade Determined By Sp Ed | GEN Ed Mod Yes | GEN Ed Mod No | GEN Ed Time | Special Ed Time | Progr./Grade Determined By Gen Ed | Progr./Grade Determined By Sp Ed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lang Arts | | ✓ | | 90 | | ✓ | | | | | | | |
| Math | | ✓ | | 90 | | ✓ | | | | | | | |
| U.S. History | | ✓ | | 45 | | ✓ | | | | | | | |
| Science | | ✓ | | 45 | | ✓ | | Same | | | | | |
| Inter Band | | ✓ | | | | ✓ | | | | | | | |
| CI ICL | | ✓ | | 45 | | ✓ | | | | | | | |
| | | | | | | | | | | | | | |
| Vocational Education __REG __CVAE __VEH | | | | | | | | | | | | | |
| VAC | | | | | | | | | | | | | |
| TOTAL MINUTES PER DAY | | | | 360 | | | | | | | | | |

If times vary from requirements in 19 TAC §21.101, give justification: ______

Monitoring/Coordination
Monitoring of progress in general education: __ daily __ weekly __ 3 wks ✓ 6 wks __ Other______
Coordination of General/Special Education Instruction:
Person(s) responsible __Para ✓Special Ed Teacher __Counselor __ Other Reg. Staff
Method(s) ✓Report Cards __Progress Reports __Conferences __ Other______
Schedule for evaluating progress for participation in extracurricular activities: __3 weeks __6 weeks

| RELATED/OTHER SERVICES | TIME | D* | C* | M* |
|---|---|---|---|---|
| Auditory Hdcp Services | / | | | |
| Counseling | / | | | |
| Health Services | / | | | |
| Music Therapy | / | | | |
| Occupational Therapy | / | | | |
| Orientation & Mobility | / | | | |
| Physical Therapy | / | | | |
| Speech Services | / | | | |
| Vision Services | / | | | |

Criterion referenced assessment (TAAS/ITBS):
✓ will take mathematics
✓ will take writing
✓ will take social studies
✓ will take science
✓ will take reading
__ not offered for this student's grade placement
__ exempt in all areas
Modifications as defined in test administration materials:
__ Allow oral response
__ use interpreter
__ Other:
__ use braille or large print
__ individual administration

[ ] Yes [✓] No Special Transportation
If yes, cite justification:

EYS: ☐ Yes ☑ No If yes, see attached supplement.
__OT __PT __SP __IN

[ ] Yes [ ] No [✓] N/A Parents of students with visual or auditory impairments or deaf/blindness have been given information about the Texas School for the Blind and Visually impaired or Texas School for the Deaf at the time of initial placement.

Comments: CMC support for Alg and [illegible]

Data By: [signature]

Referral Date ______
Test Date ______
Medical Date ______ DX______
IQ Test ______ Test ______
V ___ P ___ FS ___
Ach. Test ______ Test ______
R SS ___ GE ___
RC SS ___ GE ___
WL SS ___ GE ___ Lang. Dom.
M SS ___ GE ___

| ID# | Inst. Arr. Code | Prog. Type / / | Dism. Code | Date |
|---|---|---|---|---|
| ARD Date / Type | Home Sch # | Placement Sch # | Disability Code(s) | |

*D-Direct C-Consult M-Monitor

6/95
ARD-7

Scanned Jun 18, 2013

I. PLACEMENT DETERMINATION

The committee determined that services will be provided at:

Cunningham M.S.
NAME OF SCHOOL CAMPUS

Check appropriate instructional Arrangement[1] (PEIMS CODE)

- __ Speech Therapy (11)
- __ Homebound (01)
- __ Hospital Class (02)
- ✓ Resource Room (03)
- __ State School For The Mentally Retarded (30)
- __ S/C, Mild/Moderate, Reg. Campus (04)
- __ S/C, Severe Reg. Campus (05)
- __ Off Home Campus (20)
- __ VAC (08)
- __ Residential Care & Treatment Facility (35)
- __ Mainstream (40)

☑ yes ☐ no This is the campus the student would attend if not disabled. If NO, identify (list or describe) the services which cannot reasonably be provided on the student's home campus.

☑ yes ☐ no This is the campus which is as close as possible to the student's home. If NO, justify:

J. ASSURANCES

1. The ARD committee assures that the decision to provide special education services:

☑ is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

Basis for assurance:
☑ review of parent/student information
☐ review of sociological assessment

☑ for national origin minority group students or linguistically different students, is not based on criteria which were developed solely on command of the English language.

Basis for assurance:
☐ assessment conducted in both native language and English
☐ adaptations in testing procedures (e.g., formal and informal measures)
☐ use of interpreter
☑ review of parent/student information
☐ review of language assessment (including proficiency and dominance in both English and native language)
☐ This student is not a national origin minority group student or a linguistically different student.

2. ☑ The ARD Committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs (including academic and developmental areas such as language and socialization).

3. ☑ The ARD committee assures that this student is unable to benefit from education with students without disabilities to any greater extent.

4. ☑ The committee assures that all instructional and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents, as part of the general education program, may be charged (i.e., art or laboratory fees).

NOTE: INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

- __ Visually/Auditorially Handicapped
- __ Regional Day School for the Deaf
- __ Day/Residential Placement and On Site Visit Report
- __ Graduation
- __ Extended Year Services
- __ Behavior Management Plan
- __ Health Care Plan
- __ Medically Fragile
- __ Vocational
- __ Autistic
- ✓ Minutes Page
- __ Notice of Refusal
- __ Transition Services
- __ Other

[1]Enter instructional arrangement that meets requirements listed in the Student Attendance Accounting Handbook.

Scanned Jun 18, 2013

ARD MINUTES

Student's Name: John Ramsey D.O.B. 6-24-84 Date: 3-5-97 Recorder: C Palmer

ARD Committee Members: See Signature page

ASSESSMENT: 1-9-95

ELIGIBILITY: Other Health Impairment

COMPETENCIES: See ARD pg 2

MEDICAL ISSUES: Ritalin 15mg am / 10mg noon

IEP: Reg Modified

SERVICES: CMC support for mod. classes

HAFT/TAAS/TTBS: will take all

MODIFICATIONS: were discussed

PLACEMENTS: Cunningham

COMMENTS: no assistive technology

Scanned Jun 18, 2013

## K. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE MEMBERS | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| Priscilla Ramirez | | Parent(s)/Adult Student | ✓ | |
| E S Barrera | | Administration | — | |
| Cathy Gebhardt | ✓ | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| John H. Ramirez | | Student | ✓ | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ________________ at ________________________________.[3]
Date Place and Time

Information explaining why mutual agreement has not been reached should be noted in the ARD minutes may be attached by the ARD meeting participants.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to [signature] by [signature] on 3-5-97. If you have questions regarding these safeguards, please feel free to call 994-3500.

[1]Assessment personnel are required when assessment issues are included in the ARD Committee's deliberations.
[2]LPAC representative is required at ARD of any student who is limited English proficient.
[3]Include documentation concerning the reconvened ARD committee meeting.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

**ARD/IEP SPECIAL REVIEW**

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

Purpose of ARD:
Course Change [✓]
EYS (Only) [ ]
Failure [ ]
PLC [ ]

9 25 96
Date of ARD Notification

10-2-96
Date of Meeting

Student Ramirez (Last) John (First) (MI) DOB 06/24/84 ID# 9665114

Handicapping Condition (1) OHI (2) ______ Grade 07 School Cunningham # 046

The ARD committee is meeting to modify the ARD committee report dated 3-12-96, and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: Schedule Change

Signature of interpreter if used: ______

ASSESSMENT REPORT(S) FOR RELATED SERVICES: ______

DEVELOPMENT OF THE IEP

[ ] Present competencies are unchanged.
[ ] Present competencies have changed as follows:

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP COURSE/SERVICE | TIME* REG. | MOD (M) | SP. ED. | ADD COURSE/SERVICE | TIME* REG. | MOD (M) | SP. ED. |
|---|---|---|---|---|---|---|---|
| Science/History | 45 | ✓ | | Science | 45 | ✓ | |
| Fine Arts | 90 | ✓ | | History | 45 | ✓ | |
| | | | | Fine Arts | 45 | ✓ | |
| | | | | | | | |
| | | | | | | | |
| TOTAL COURSE | 135 | ✓ | | TOTAL COURSE | 135 | ✓ | |

NEW SCHEDULE

| COURSE | TIME REG. | MOD (M) | SP. ED. |
|---|---|---|---|
| Lang Arts | | 90 | |
| Math | | 90 | |
| Science | | 45 | [illegible] |
| History | | 45 | [illegible] |
| PE | | 45 | [illegible] |
| Fine Arts | | 45 | [illegible] |
| | | | |
| | | | |
| TOTAL | | 360 | |

*Indicate weekly or other contact time for related/other services

[ ] New IEPs have been developed for the courses/services added above (attached).
[✓] New modifications have been developed for the courses added above (attached).
[ ] A Behavior Management Plan has been developed (attached).

*Other ARD committee recommendations: ______

Address time changes in speech and related services here.

Scanned Jun 18, 2013

Student: Pamey, John 9665114

The ARD committee has determined that the student's placement will be:

School: Cunningham Instructional Arrangement: 03 Resource

[✓] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: (TAAS)/TBS

| | Take | Exempt |
|---|---|---|
| [✓] Mathematics | [ ] | [ ] |
| [ ] Writing | [ ] | [ ] |
| [✓] Reading | [ ] | [ ] |
| [ ] All areas | [ ] | [ ] |

Modifications:
[ ] use an interpreter
[ ] allow oral response
[ ] administer individually
[ ] use Braille or larger print

small group

| ✚UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education 360 | Parent/Guardian/Surrogate Parent/Adult Student | | did not attend | | |
| Special education ___ | Administration | | [signature] | ✓ | |
| Related/Other Services: | Instruction | ✓ | [signature] | ✓ | |
| Speech ___ | Instruction (SPEECH) | | | | |
| OT ___ | Consultant/Chairperson | ✓ | Kay Jackson | ✓ | |
| PT ___ | Assessment▲ | | | | |
| Counselor ___ | Counselor | | [signature] | ✓ | |
| Health ___ | Related Services Rep. | | | | |
| Auditory ___ | Vocational Teacher◆ | | | | |
| Vision ___ | Certified VH/AH Specialist✚ | | | | |
| Music Th. ___ | LPAC★ | | | | |
| O&M ___ | | | | | |
| Special Education Transportation: ___ (✓) | | | | | |

✚Total time for speech and all related services ▲When assessment data are considered ◆When vocational programs are considered
✚When student is identified as VH/AH ★For limited English proficient students

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[✓] The committee mutually agreed to implement the program reflected in these proceedings. OR:

[ ] The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ___ Date at ___ Place and Time.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to Mrs. Pamey by [signature] on 9-25-99. If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY [signature]

UPDATED DATA

| New School Placement 046 | Previous IA Code 03 | New IA Code 03 | New Program Type 2?7 |
|---|---|---|---|

Scanned Jun 18, 2013

NAME OF STUDENT

1665114 SCHOOL YEAR 96-97

NUMBER

A student ... passing grades in the ... content area for two consecutive six-week reporting periods. (Students with speech impairments only may be excluded from this requirement except when the failure is in language arts instruction.)

ARD 10-2-96

ARD Committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS[1]
Bilingual ☐
ESL ☐ NO ESL

BEHAVIOR MANAGEMENT PLAN
☐ YES
☒ NO

REGULAR DISCIPLINE PLAN
YES
NO

ASSISTIVE TECHNOLOGY
☐ YES
☒ NO

NO MODIFICATIONS NEEDED

Exempt from Essential Elements - grades based upon IEP progress

| GOAL & OBJECTIVES/SUBJECT | Language Arts | Math | Science | History | Fine Arts | P.E. | | |
|---|---|---|---|---|---|---|---|---|
| **ALTER ASSIGNMENTS BY PROVIDING:** | ✓ | ✓ | | | | | | |
| Reduced assignments | | | | | | | | |
| Taped assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Extra time for completing assignments | | | | | | | | |
| Opportunity to respond orally | | | | | | | | |
| Task analysis of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other: | | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | | | | | | | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids | | | | | | | | |
| Extra time for oral response | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Exams of reduced length | | | | | | | | |
| Oral exams | | | | | | | | |
| Open book exams | | | | | | | | |
| Study carrel for independent work | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent feedback | | | | | | | | |
| Alter grade distribution | | | | | | | | |
| Minimal auditory distractions | ✓ | ✓ | ✓ | ✓ | | | | |
| Leave class for CMC assistance | | | | | | | | |
| Peer tutoring/paired working arrangement | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

[✓] Use repeated drill/review [ ] Use sign language [✓] Use various modalities [ ] Adjustments for misarticulations in responses

[1] Special language programs are required for all students who are limited English proficient.