**Scanned  Jun 18, 2013**

...S/SUPPOR...    DETERMINED BY ARD COMMITTEE, continued

INSTRU...

...NAME OF ...

ID NUM...

SCHOOL YEAR 96 — 97

ARD
10-2-96

...S BY PROVIDING:

ADA...

Peg...ials for emphasis

...ty of materials

...manipulatives

...rials

print materials

...le materials

...lor transparencies

Other: _____

| MANAGE BEHAVIOR BY PROVIDING: | Language Arts | Math | Science | | Electives | P.E. |
|---|---|---|---|---|---|---|
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent eye contact/proximity control | | | | | | |
| Frequent breaks | | ✓ | ✓ | ✓ | | ✓ |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | | ✓ |
| In-class timeout | | | | | | |
| Opportunity to help teacher | | | | | | |
| Seat near the teacher | | | | | | |
| Supervision during transition activities | | | | | | |
| Implementation of behavior contract | | | | | | |
| Other: | | | | | | |

REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:

Access to equipment

Augmentative communication device

Calculators

Interpreter

Note taker/note taking paper

Word processors

Other:

Other:

Criterion referenced assessment (TAAS/TBSI)[1]:
___ ✓ will take mathematics   ___ will take reading   ___ exempt in all areas   ___ will take social studies
___ will take writing   ___ not offered for this student's   ___ will take science
                               grade placement

Modifications as defined in test administration materials:
___ allow oral response   ___ use interpreter   ___ use braille or large print   ___ individual administration   (Other) Small group administration

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

Scanned  Jun 18, 2013

```
SRC 9665114                        SRC 9665114 0
                                SCHOOL - 053 WYNN SEALE

REPORT CARD OF RAMIREZ        JOHN          H GR 06  SEX M  RACE H  DOB 06/29/8
EFF CHANGE DATE    -  -    LEP:  DIS:     RIC: O SIC:     STATUS:ACTIVE
A                                         6           6           6        SEM SEM
C F CRS  SC DESCRIP        TEACHER   ROOM WK GR C A  WK GR C A  WK GR C A  EXM AVG A

  1 M06_ 05 MATH 6         POELMA    0115 1:____  2:____  3:____  ____ ____ __
  2 S02_ 05 GEN SCI 6      POELMA    0115 1:____  2:____  3:____  ____ ____ __
  3 O01_ 01 BND BG678      KOCH      0402 1:____  2:____  3:____  ____ ____ __
  4 A08_ 03 ART 6          SCHAUDIES 0224 1:____  2:____  3:____  ____ ____ __
  5 E06_ 06 ENG 6          TAMEZ     0116 1:____  2:____  3:____  ____ ____ __
  6 D06_ 06 READ 6         TAMEZ     0116 1:____  2:____  3:____  ____ ____ __
  7 T09_ 05 SS 6           TAMEZ     0116 1:____  2:____  3:____  ____ ____ __
  8 P09_ 03 PE/HLTH 6      PRINCE    0404 1:____  2:____  3:____  ____ ____ __
     ____ __               ____           :____  :____  :____  ____ ____ __
     ____ __               ____           :____  :____  :____  ____ ____ __
     ____ __               ____           :____  :____  :____  ____ ____ __
     ____ __               ____           :____  :____  :____  ____ ____ __
     ____ __               ____           :____  :____  :____  ____ ____ __
     ____ __               ____           :____  :____  :____  ____ ____ __
```

*Home: 882-4438  854-1481*

*Work: 853-8891  Guadalupe Alejandro*

*1/23/96  Dr. Bill not pd yet!*
*Cuellar Eares/will call dr. why she*
*is getting bill    JSC*

Scanned  Jun 18, 2013

INSTRUCTIONAL MODIFICATIONS/SUPPORT DETERMINED BY ARD COMMITTEE, continued

NAME OF STUDENT Ramirez John

ID NUMBER 96085114

SCHOOL YEAR 96 — 97

ARD
10-2-96

| ADAPT MATERIALS BY PROVIDING: | Language | Math | Science | Studies | ElecArts | P.E. |
|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | |
| Highlighted materials for emphasis | | | | | | |
| Altered format of materials | | | | | | |
| Study aids/manipulatives | | | | | | |
| ESL materials | | | | | | |
| Large print materials | | | | | | |
| Braille materials | | | | | | |
| Color transparencies | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **MANAGE BEHAVIOR BY PROVIDING:** | | | | | | |
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent eye contact/proximity control | | | | | | |
| Frequent breaks | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | |
| In-class timeout | | | | | | |
| Opportunity to help teacher | | | | | | |
| Seat near the teacher | | | | | | |
| Supervision during transition activities | | | | | | |
| Implementation of behavior contract | | | | | | |
| Other: | | | | | | |
| **REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:** | | | | | | |
| Access to equipment | | | | | | |
| Augmentative communication device | | | | | | |
| Calculators | | | | | | |
| Interpreter | | | | | | |
| Note taker/note taking paper | | | | | | |
| Word processors | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |

Criterion referenced assessment (TAAS/TBSI):
✓ will take mathematics       ___ will take reading       ___ exempt in all areas       ___ will take social studies
___ will take writing       ___ not offered for this student's       ___ will take science
                             grade placement

Modifications as defined in test administration materials:
___ allow oral response       ___ use interpreter       ___ use braille or large print       ___ individual administration       (Other) Small group administration

¹Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

Scanned  Jun 18, 2ʋ13

```
SRC 9665114                    SRC 9665114 0
                          SCHOOL - 053 WYNN SEALE

REPORT CARD OF RAMIREZ       JOHN          H GR 06  SEX M  RACE H  DOB 06/29/8
EFF CHANGE DATE    -  -   LEP:  DIS:     RIC: O SIC:      STATUS:ACTIVE
A
                                              6          6          6       SEM SEM
C P CRS   SC DESCRIP      TEACHER   ROOM WK GR C A WK GR C A WK GR C A EXM AVG A

  1 M06_ 05 MATH 6        POELMA    0115 1:____ 2:____ 3:____
  2 S02_ 05 GEN SCI 6     POELMA    0115 1:____ 2:____ 3:____
  3 001_ 01 BND BG6678    KOCH      0402 1:____ 2:____ 3:____
  4 A08_ 03 AR  6         SCHAUDIES 0224 1:____ 2:____ 3:____
  5 E06_ 06 ENG 6         TAMEZ     0116 1:____ 2:____ 3:____
  6 D06_ 06 READ 6        TAMEZ     0116 1:____ 2:____ 3:____
  7 T09_ 05 SS 6          TAMEZ     0116 1:____ 2:____ 3:____
  8 P09_ 03 PE/HLTH 6     PRINCE    0404 1:____ 2:____ 3:____
    _____ ___                         :____ :____ :____
    _____ ___                         :____ :____ :____
    _____ ___                         :____ :____ :____
    _____ ___                         :____ :____ :____
    _____ ___                         :____ :____ :____
    _____ ___                         :____ :____ :____
```

Home: 882 1138 854-1481

Work: 853-8891 Guadalupe Alejandro

1/23/96  Dr. Bill not pd yet!
Cuellar Eares / will call dr. why she
is getting bill    jsc

Scanned  Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

RECEIPT FOR EXPLANATION OF PROCEDURAL SAFEGUARDS
*as Required by Individuals with Disabilities Education Act (IDEA) 34 Code of Federal Regulations-Part 300*

| Ramirez | John | H | 06 / 29 / 84 |
|---|---|---|---|
| STUDENT:  LAST NAME | FIRST | MI | DATE OF BIRTH |

Complete this section at the time of referral.

This is to verify that I have received a copy of the *Explanation of Procedural Safeguards* which informs me of my rights throughout the child/student-centered education process.  The procedural safeguards have been explained to me by:

| M. Diane Trevino | Dean of Special Ed. | 3-12-96 |
|---|---|---|
| Name of District Employee | Position | Date |

I understand that my rights include the right:

• To receive this and all other notices in the language I understand (primary language) or, if needed, a translation of such orally, in sign language, or in braille as appropriate.

• To answers from school personnel to additional questions I may have.

My signature below indicates that I received a copy of the *Explanation of Procedural Safeguards* on the date specified and that I understand its contents.

| *(Signature)* | 3-12-96 |
|---|---|
| (Signature of Parent/Guardian/Surrogate Parent/Adult Student) | (Date Signed) |
| *(Signature)* | 3-12-96 |
| (Signature of School Staff Providing Explanation) | (Date Signed) |
| | |
| (Signature of School Staff Providing Explanation) | (Signature of Interpreter (if used)) |

**Scanned  Jun 18, 2013**

| All procedures and information in this document are required by law. | CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT<br>Corpus Christi, Texas<br><br>ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING | []Admission<br>[✓]Review<br>[]Dismissal |
|---|---|---|

3-26-96
**ARD NOTIFICATION DATE**

3-12-96
**DATE OF MEETING**

Please Print

| Ramirez | John | H | 966574 | (M) F |
|---|---|---|---|---|
| **STUDENT LAST NAME** | **FIRST** | **MI** | **ID NUMBER** | |

| 06-19-84 | Wynn Seale AFA Middle Sch. | 6/CM | 053 |
|---|---|---|---|
| **DATE OF BIRTH** | **SCHOOL** | **GRADE/PROG** | **SCHOOL** |

☐ yes  ☒ no   An interpreter was used to assist in conducting the meeting.  If YES, specify language or other mode of communication _____

**A.  REVIEW OF ASSESSMENT DATA** (check (✓) if applicable)

☒ Comprehensive individual assessment _____ 1-9-95

**DATE(S) OF REPORT(S)**

☐ Assessment(s) for related services.  Specify: _____

_____

☐ Assistive technology addressed in _____ assessment report(s) dated _____.  Recommended: ☐ yes ☐ no (ARD 3)

☐ Vocational assessment report date _____

☐ Other Assessment _____

☐ Information from the student's Individual Transition Plan dated: _____
☐ Information from the Language Proficiency Assessment Committee _____
☐ Records from other school districts _____
☒ Information from parents/student  Parent feels John is doing better
☒ Information from school personnel  Reviewed IEP / Report Cards
☐ Information/records from other agencies or professionals _____

☐ yes  ☒ no   Additional assessment is needed.  Timeline for completion _____

**B.  DETERMINATION OF ELIGIBILITY** (check (✓) if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student
☐ does not meet eligibility criteria to receive special education services.
☒ meets eligibility criteria for.
☒ learning disability ☐ speech impairment ☐ emotionally disturbed
☐ mental retardation ☐ autism ☒ other health impairment
☐ orthopedic impairment ☐ traumatic brain injury ☐ multiple disabilities
☐ visual impairment ☐ auditory impairment ☐ deaf-blind

**C.  DISABILITY/DISABILITIES**
Assigned by ARD Committee _____
(A disability should be noted here only if special education services are to be provided.  See ARD-2)
_____

1/96
ARD-1

White - eligibility folder          Pink - counselor          Yellow - teacher          Goldenrod - parent copy

Scanned Jun 18, 2013

**D. DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)**

☒ yes ☐ no    The ARD committee reviewed student achievement on each current IEP.  (Applicable to all but initial ARD meetings.)

**Present Competencies:**

Physical, as it affects participation in instructional settings and physical education _____
ADHD was diagnosed this year

Medication/Health Care  Ritalin. 10 (2 x daily) am + pm

☒ yes ☐ no    The student is capable of receiving instruction in the essential elements of physical education through the general education program without modification.  Comments: _____

Behavioral, as it affects educational placement, programming, or discipline  improvement seen with medication; without medication John is disruptive, talkative, out-of-seat, needs refocusing

☒ yes ☐ no    The student is capable of following the Student code of Conduct without modification.  If no, complete ARD/IEP SUPPLEMENT:  Behavior Management Plan (ARD BMP 1 & 2).

Prevocational/Vocational[1] skills which may be prerequisite to vocational education (when appropriate) _____
not age appropriate

Academic/Developmental (grade or age levels alone are not acceptable) Math: Can do +, -, x & ÷ of all whole #s and decimals English: Can write single paragraph with correct grammar & punctuation punctuation Reading: Can read a selection with understanding the main idea and seque.

Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels  All Regular Education Classes (Modified)

Services for which the student is eligible were reviewed and discussed[1]

☐ Compensatory education      ☒ Tutorials/academic remediation    ☒ General Education
☐ Bilingual education          ☐ Transition services[2]             ☐ other: _____
☐ ESL instruction             ☐ Vocational education               ☐ other: _____

The ARD Committee agrees that the student

☒ Needs and will receive special education services
☐ Does not need and will not receive special education services for the following reasons: _____

_____

[1] Include consideration of occupational training needs for students at or before entry into high school or by age 14.

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP: R _2_ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

1/96
ARD-2

Scanned  Jun 18, 2013

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE

Martinez, John

NAME OF STUDENT

96685 114        SCHOOL YEAR  96 - 97

ID NUMBER

A student's IEP must be reviewed if this student has not received passing grades in the same content area for two consecutive six-week reporting periods. (Students with speech impairments only may be excluded from this requirement except when the failure is in language arts instruction.)

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS[1]
□ Bilingual  NO L
□ ESL         ES

BEHAVIOR MANAGEMENT PLAN
□ YES
☑ NO

REGULAR DISCIPLINE PLAN
☑ YES
□ NO

ASSISTIVE TECHNOLOGY
□ YES
☑ NO

□ NO MODIFICATIONS NEEDED

□ Exempt from Essential Elements - grades based upon IEP progress

ALTER ASSIGNMENTS BY PROVIDING:

| | Language Arts | Math | Science | History | Fine Arts | PE | Enrichment |
|---|---|---|---|---|---|---|---|
| Reduced assignments | | | | | | | |
| Taped assignments | | | | | | | |
| Extra time for completing assignments | ✓ | ✓ | ✓ | ✓ | | ✓ | |
| Opportunity to respond orally | | | | | | | |
| Task analysis of assignments | | | | | | | |
| Special projects in lieu of assignments | | | | | | | |
| Other: | | | | | | | |

ADAPT INSTRUCTION BY PROVIDING:

| | Language Arts | Math | Science | History | Fine Arts | PE | Enrichment |
|---|---|---|---|---|---|---|---|
| Short instructions (1 or 2 steps) | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | | | | | | | |
| Opportunity to write instructions | | | | | | | |
| Assignment notebooks | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | |
| Instructional aids | | | | | | | |
| Extra time for oral response | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Oral exams | | | | | | | |
| Open book exams | | | | | | | |
| Study carrel for independent work | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Alter grade distribution | | | | | | | |
| Minimal auditory distractions | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | | | |
| Peer tutoring/paired working arrangement | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | |
| Other: | | | | | | | |

[ ] Use repeated drill/review    [ ] Use sign language    [ ] Use various modalities    [ ] Adjustments for misarticulations in responses

[1]Special language programs are required for all students who are limited English proficient.

6/95
ARD-3

**Scanned  Jun 18, 2013**

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

NAME OF STUDENT  *Ramirez John*

ID NUMBER  *960085714*          SCHOOL YEAR  *96 -- 97*

GOAL & OBJECTIVE/SUBJECT — *Homeroom, Math, Science, History, Fine Arts, P.E. cycle*

## ADAPT MATERIALS BY PROVIDING:

| | | | | | |
|---|---|---|---|---|---|
| Peer to read materials | | | | | |
| Highlighted materials for emphasis | | | | | |
| Altered format of materials | | | | | |
| Study aids/manipulatives | | | | | |
| ESL materials | | | | | |
| Large print materials | | | | | |
| Braille materials | | | | | |
| Color transparencies | | | | | |
| Other: | | | | | |
| Other: | | | | | |

## MANAGE BEHAVIOR BY PROVIDING:

| | Homeroom | Math | Science | History | Fine Arts | P.E. |
|---|---|---|---|---|---|---|
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent eye contact/proximity control | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Frequent breaks | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| In-class timeout | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Opportunity to help teacher | | | | | | |
| Seat near the teacher | | | | | | |
| Supervision during transition activities | | | | | | |
| Implementation of behavior contract | | | | | | |
| Other: | | | | | | |

## REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:

| | | | | | |
|---|---|---|---|---|---|
| Access to equipment | | | | | |
| Augmentative communication device | | | | | |
| Calculators | | | | | |
| Interpreter | | | | | |
| Note taker/note taking paper | | | | | |
| Word processors | | | | | |
| Other: | | | | | |
| Other: | | | | | |

Criterion referenced assessment (TAAS/ITBS)[1]:
✓ will take mathematics      ✓ will take reading      ___ exempt in all areas      ___ will take social studies
___ will take writing      ___ not offered for this student's grade placement      ___ will take science

Modifications as defined in test administration materials:
___ allow oral response      ___ use interpreter      ___ use braille or large print      ___ individual administration   Other: *Small group administration*

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

ARD

Scanned  Jun 18, 2013 

## F. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services provided, tried, or considered.  Place the key letter (p, t, c) in the space next to all to that apply:

1. P  General education classroom
2. P  Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. ___ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes

8. ___ Pre-K program
9. ___ Alternative education program
10. ___ Assistive technology (e.g., communication devices, slant top table)
11. ✗ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement
16. P  Content Mastery
17. ___ Other: _____

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 1 | Works Great | |
| 2 | Successful with medication | |
| 3,11 | Successfully mainstreamed | |
| 16 | Mainstreamed | |

## G. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

Complete either a or b:

a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting.  Go to Consideration of Harmful Effects, ARD-6.

b. ✗ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting.  Complete (3) and either (1) or (2) below:

(1) Removal from General Education Classroom

☐ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

✗ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

☐ Implementing the student's behavior management plan means that other students would not benefit satisfactorily from academic instruction or nonacademic activities.

☐ The student needs the following support services to benefit from the general education program: _____
_____
_____

☐ Other: _____
_____

6/95
ARD-5

Scanned Jun 18, 2013 

(2) Removal from General Education Campus (to a Separate Campus)   N/A

- ☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus.

- ☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

- ☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

- ☐ The student had a previously unsuccessful placement on a general campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus. _____

(3) Opportunity to Participate

In removing this student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities?   ☑ Yes   ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

| | | |
|---|---|---|
| ☐ Meals | ☐ Yearbook/newspaper | ☐ General education routines (homeroom |
| ☐ Field trips | ☐ Recess periods | assignments, lockers, study hall |
| ☐ Fund raising activities | ☐ Choral group/debate | class changes, social) |
| ☐ Regular transportation | ☐ Assemblies | ☐ Other: _____ |
| ☐ Sports/cheerleading | ☐ Band | |
| ☐ Student council | ☐ Graduation exercises | ☐ Other: _____ |

If any of the above items are checked, explain why this student is unable to participate: _____
_____

2. Consideration of Potential Harmful Effects (Complete this section for all students.)

In removing this student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student with disabilities or on the quality of services which the student with disabilities needs. Also check the potential harmful effects on the student without disabilities if the student with disabilities is placed in the general education classroom or campus.

| HARMFUL EFFECTS ON STUDENT WITH DISABILITY | HARMFUL EFFECTS ON STUDENTS WITHOUT DISABILITIES |
|---|---|
| ☐ Decreased access to specialized services (e.g., materials, personnel, curricular modifications) | ☐ Decreased student self-esteem |
| ☐ Decreased student self-esteem | ☐ Increased safety concerns |
| ☐ Increased safety concerns | ☐ Increased distraction |
| ☐ Increased distractions | ☐ Increased student frustration |
| ☐ Increased student frustration | ☑ None anticipated |
| ☐ Stigmatization | ☐ Other_____ |
| ☐ Isolation from peers | ☐ Other_____ |
| ☑ None anticipated | |
| ☐ Other _____ | |
| ☐ Other _____ | |

6/95
ARD-6

**Scanned  Jun 18, 2013**

| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |
|---|---|---|---|
| Ramirez | John | H | 06-29-84 |

**H. SCHEDULE OF SERVICES**  Duration of service is 8-14-96 to 5-22-97 for grade 7

| COURSE/CURRICULUM AREA | Funct. Grade Level | GEN ED Mod Yes No Time | Special Ed Time | Progr./Grade Determined By Gen Ed Sp Ed | GEN ED Mod Yes No Time | Special Ed Time | Progr./Grade Determined By Gen Ed Sp Ed |
|---|---|---|---|---|---|---|---|
| Language Arts | 6H | ✓ 90 | | ✓ | | | |
| Math | 6.1 | ✓ 90 | | ✓ | | | |
| Science/History | | ✓ 45 | | ✓ | | | |
| PE/Enrichment | | ✓ 45 | | ✓ | | | |
| Fine Arts | | ✓ 90 | | ✓ | | | |
| Vocational Education  ___REG ___CVAE ___VEH | | | | | | | |
| VAC | | | | | | | |
| TOTAL MINUTES PER DAY | | 30min. | | | | | |

If times vary from requirements in 19 TAC §21.101, give justification: Modified Block Schedule

Monitoring/Coordination
Monitoring of progress in general education: __ daily __ weekly ✓ 3 wks __ 6 wks __ Other
Coordination of General/Special Education Instruction:
   Person(s) responsible __ Para ✓ Special Ed Teacher ✓ Counselor __ Other Reg. Ed. Teacher
   Method(s) ✓ Report Cards ✓ Progress Reports ✓ Conferences __ Other
Schedule for evaluating progress for participation in extracurricular activities: __ 3 weeks __ 6 weeks

| RELATED/OTHER SERVICES | TIME | D* | C* | M* |
|---|---|---|---|---|
| Auditory Ndcp Services | / | | | |
| Counseling | / | | | |
| Health Services | / | | | |
| Music Therapy | / | | | |
| Occupational Therapy | / | | | |
| Orientation & Mobility | / | | | |
| Physical Therapy | / | | | |
| Speech Services | / | | | |
| Vision Services | / | | | |

Criterion referenced assessment (TAAS/ITBS):
__ will take mathematics   ✓ will take reading
__ will take writing   __ not offered for this
__ will take social studies   student's grade placement
__ will take science   __ exempt in all areas
Modifications as defined in test administration materials:
__ Allow oral response   __ use braille or large print
__ use interpreter   __ individual administration
✓ Other: small group admin.

[ ] Special Transportation   EYS: ☐ Yes ☐ No  If yes,
Yes No                        see attached supplement.
If yes, cite justification:   OT PT SP IM
                              Not eligible

[ ] [✓] Parents of students with visual or auditory
Yes No   impairments or deaf/blindness have been given
[X]      information about the Texas School for the Blind
N/A      and Visually impaired or Texas School for the Deaf
         at the time of initial placement.

Comments: Science/History will be taught
every other 6wks. PE/Enrichment taught
every other day

Data By: D. Kern

| Referral Date | |
|---|---|
| Test Date | |
| Medical Date | DX |
| IQ Test | Test |
| V ___ P ___ FS ___ | |
| Ach. Test | Test |
| R | SS ___ GE ___ |
| RC | SS ___ GE ___ |
| WL | SS ___ GE ___ |
| M | SS ___ GE ___ |

Lang. Dom. ___

ID# 9665114   Inst. Arr. Code 03   Prog. Type 1/41 /   Dism. Code    Date

ARD Date 3-12-96 Type 12   Home Sch # 213   Placement Sch # 213   Disability Code(s) OHT

*D-Direct   C-Consult   M-Monitor          046      046

6/95
ARD-7

Scanned  Jun 18, 2013

I. **PLACEMENT DETERMINATION**

The committee determined that services
will be provided at:

*Cunningham*

NAME OF SCHOOL CAMPUS

Check appropriate instructional Arrangement[1]
(PEIMS CODE)

__Speech Therapy(11)  __S/C, Mild/Moderate, Reg. Campus (04)
__Homebound(01)  __S/C, Severe Reg. Campus (05)
__Hospital Class (02)  __Off Home Campus (20)
__Resource Room (03)  __VAC (08)
__State School For  __Residential Care &
__The Mentally  __Treatment Facility (35)
Retarded (30)  __Mainstream (40)

☑ yes  ☐ no  This is the campus the student would attend if not disabled.  If NO, identify (list or describe) the services
which cannot reasonably be provided on the student's home campus.

_____
_____

☑ yes  ☐ no  This is the campus which is as close as possible to the student's home.  If NO, justify:

_____
_____

J. **ASSURANCES**

1. The ARD committee assures that the decision to provide special education services:

   ☑ is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of
   educational opportunities.

   Basis for assurance:
   ☑ review of parent/student information
   ☐ review of sociological assessment

2. ☑ for national origin minority group student or linguistically different student, is not based on criteria which
   were developed solely on command of the English language.

   Basis for assurance:
   ☐ assessment conducted in both native language and English
   ☐ adaptations in testing procedures (e.g., formal and informal measures)
   ☐ use of interpreter
   ☑ review of parent/student information
   ☐ review of language assessment (including proficiency and dominance in both English and native language)
   ☐ This student is not a national origin minority group student or a linguistically different student.

The ARD Committee assures that this student is being educated with students his/her age who do not have disabilities to
the maximum extent appropriate to his/her overall educational needs (including academic and developmental areas such as
language and socialization).

The committee assures that all instructional and related services specified in the IEP will be provided to the student at no
cost.  Fees normally charged to students without disabilities or their parents, as part of the general education program,
may be charged (i.e., art or laboratory fees).

NOTE:  **INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.**

___ Visually/Auditorially Handicapped  ___ Extended Year Services  ___ Autistic
___ Regional Day School for the Deaf  ___ Behavior Management Plan  ☑ Minutes Page
___ Day/Residential Placement and  ___ Health Care Plan  ___ Notice of Refusal
    On-Site Visit Report  ___ Medically Fragile  ___ Transition Services
___ Graduation  ___ Vocational  ___ Other

[1]Enter instructional arrangement that meets requirements listed in the Student Attendance Accounting Handbook.   10/95
ARD-8

Scanned  Jun 18, 2013

Page 1 of _____

### ARD MINUTES

Student's Name: John Ramirez    D.O.B. 06/28/84 Date: 3-12-96 Recorder: D. Juma

ARD Committee Members: See Signature Page

B. Meets criteria as Other Health Impaired
due to Attention Deficit Hyperact or Disorder.

Behavioral: Without medication, he's very hyperactive + finds
it difficult to stay focused. He does better with medication.
His handicapping condition effects all areas of school
Physical: Ms. Alejandro is waiting on Medicaid vouchers for medication.
Recommendations: Maybe work on a ~~chart~~ with 96-97 teachers
to behavior contract

Modifications: made to improve his behavior. To learn to
manage his behavior. Monitor closely.

I. E. P.: Content Mastery I. E. P. was developed

Assessment: 1-9-95
Assistive Tech: none
TAAS: Take all areas in a small group
Placement: Cunningham 4th Gr. for 96-97 yr.

Parent Concern: Ms. Alejandro would like to take proper steps to keep John
here at Wynn Seale for the rest of the school year because
she has moved into Cunningham district. She will talk
to Mr. Elizalde about staying for the rest of this school year.
She's also worried that he just took his last medication pill,
today.

M_____ this was in agreement with I.E.P. developed for
John for 96-97.

Scanned   Jun 18, 2013

## K. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE<br>MEMBERS | SP.<br>ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| *(signature)* | | Parent(s)/Adult Student | ✓ | |
| *(signature)* | | Administration | ✓ | |
| M. Diane *(signature)* | ✓ | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| **OTHER PARTICIPANTS** | | | | |
| | | Representative of LPAC[2] | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings.  OR:

☐ The members of this ARD committee have not reached mutual agreement.  The school has offered and the parent has agreed to a recess of not more than 10 school days.  During the recess the members shall consider alternatives, gather additional resource persons to enable them to reach mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense.  The committee will reconvene on _____ at _____[3]

        Date                                    Place and Time

Information explaining why mutual agreement has not been reached should be noted in the ARD minutes may be attached by the ARD meeting participants.

Your rights were explained to you when your child was initially referred for special education assessment.  Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.  A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to _Mrs. *(handwritten)*_  by _D. Trevino_ on _3-12-96_.  If you have questions regarding these safeguards, please feel free to call 994-3500.

---

[1] Assessment personnel are required when assessment issues are included in the ARD Committee's deliberations.
[2] LPAC representative is required at ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

                                                                6/95
                                                                ARD-9

Scanned  Jun 18, 2ʋ13

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

**ARD/IEP SPECIAL REVIEW**

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

Purpose of ARD:
Course Change [ ]
EYS (Only) [ ]
Failure [ ]
PLC [ ]
_Review_ [✓]

_1-10-96_
Date of ARD Notification

_1-19-96_
Date of Meeting

Student _Ramirez_ , _John_ _____ DOB _061 29 1 84_ ID# _966 5114_
         (Last)    (First)    (MI)

Handicapping Condition (1) _OHI_ (2) _LD_ Grade _06_ School _WYNN SEALE # 053_

The ARD committee is meeting to modify the ARD committee report dated _12-6-95_ , and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: _Change of handicapping condition_

Signature of interpreter if used: _____

ASSESSMENT REPORT(S) FOR RELATED SERVICES: _____

DEVELOPMENT OF THE IEP

☑ Present competencies are unchanged.
[ ] Present competencies have changed as follows:

_____
_____

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| METHOD | | | ADD COURSE/SERVICE | TIME※ | | | NEW SCHEDULE COURSE | | TIME | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SP ED | | REG. | MOD (M) | SP. ED. | | | REG. | MOD (M) | SP. ED. |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTAL COURSE | | | TOTAL COURSE | | | | | | | | |
| | | | | | | | TOTAL | | | | |

※Indicate weekly or other contact time for related/other services

[ ] New IEPs have been developed for the courses/services added above (attached).
[ ] New modifications have been developed for the courses added above (attached).
[ ] A Behavior Management Plan has been developed (attached).

※Other ARD committee recommendations: _____
_____
_____

※Address time changes in speech and related services here.

Scanned  Jun 18, 2ʋ13

Student _____   ID# _____

The ARD committee has determined that the student's placement will be:

School __WYNN SEALE__   Instructional Arrangement __Resource__ 03
                                                      (PM only)

[X] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above.  An LRE supplement form has been completed (attached).

| Circle One:  TAAS/TBS | | | |
|---|---|---|---|
| | Take | Exempt | Modifications: |
| [ ] Mathematics | [ ] | [ ] | [ ] use an interpreter |
| [ ] Writing | [ ] | [ ] | [ ] allow oral response |
| [ ] Reading | [ ] | [ ] | [ ] administer individually |
| [X] All areas | [X] | [ ] | [ ] use Braille or larger print |

| UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education ____ | Parent/Guardian/Surrogate Parent/Adult Student | | | | |
| Special education ____ | Administration | | Cynthia Long | ✓ | |
| Related/Other Services: | Instruction | ✓ | | ✓ | |
| Speech ____ | Instruction (SPEECH) | | | | |
| OT ____ | Consultant/Chairperson | | | | |
| PT ____ | Assessment ▲ | ✓ | Jackie Laursey  0019 | ✓ | |
| Counselor ____ | Counselor | | | | |
| Health ____ | Related Services Rep. | | | | |
| Auditory ____ | Vocational Teacher ◆ | | | | |
| Vision ____ | Certified VH/AH Specialist ✚ | | | | |
| Music Th. ____ | LPAC ★ | | | | |
| O&M ____ | | | | | |
| Special Education Transportation: ____ (✓) | | | | | |

✚Total time for speech and all related services   ▲When assessment data are considered   ◆When vocational programs are considered
✚When student is identified as VH/AH   ★For limited English proficient students

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.  Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[X]  The committee mutually agreed to implement the program reflected in these proceedings.  OR:

[ ]  The members of this ARD committee have not reached mutual agreement.  The school has offered and the parent has agreed to a recess of not more than 10 school days.  During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense.  The committee will reconvene on _____
at _____   _____
        Place and Time                Date

Your rights were explained to you when your child was initially referred for special education assessment.  Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.  A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to _____ by __Diane Levine__ on _____.  If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY _____

| UPDATED DATA | | | | BE.002.07.93 |
|---|---|---|---|---|
| New School Placement | Previous IA Code | New IA Code | New Program Type | |

Scanned  Jun 18, 2013

Page _____ of _____

## ARD MINUTES

Student's Name: _John Ramirez_  Date: _1-19-96_

Date of Birth: _06-39-81_  Recorder: _M. Freirno_

ARD Committee Members:

See Signature Page

Parent not present but M.E. Freirno spike on the phone with her and she gave permission to have meeting without her. Results will be mailed to parent.

Purpose: To discuss handicapping condition

John received a doctor's physical exam. He was found to be Other Health Impaired (AHOHD).

Parent indicated over the phone that John is presently under medication (provided by Dr.), but did not name medication or dosage.

[illegible] with ARD.

Scanned  Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

**ARD/IEP SPECIAL REVIEW**

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/B Placement
Reevaluation
Removal/Expulsion
Other District Transfer

Purpose of ARD:
Course Change    [ ]
EYS (Only)       [ ]
Failure          [ ]
PLC             [ ]

Date of ARD Notification _____

Date of Meeting _____

Student _____ _____ _____   DOB __/__/__  ID# _____
        (Last)          (First)         (MI)

Handicapping Condition (1) _____ (2) _____   Grade _____   School _____ # _____

The ARD committee is meeting to modify the ARD committee report dated _____, and assures that the
deliberations of that meeting have been reviewed.

REASON FOR MEETING: _____

Signature of interpreter if used: _____

ASSESSMENT REPORT(S) FOR RELATED SERVICES: _____

DEVELOPMENT OF THE IEP

[ ] Present competencies are unchanged.
[ ] Present competencies have changed as follows:

_____
_____

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP | | | | ADD | | | | NEW SCHEDULE | | | |
| COURSE/SERVICE | REG. | MOD. (M) | SP. ED. | COURSE/SERVICE | REG. | MOD. (M) | SP. ED. | COURSE | REG. | MOD. (M) | SP. ED. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTAL COURSE | | | | TOTAL COURSE | | | | | | | |
| | | | | | | | | TOTAL | | | |

❋Indicate weekly or other contact time for related/other services

[ ] New IEPs have been developed for the courses/services added above (attached).
[ ] New modifications have been developed for the courses added above (attached).
[ ] A Behavior Management Plan has been developed (attached).

❋Other ARD committee recommendations: _____

_____
_____

❋Address time changes in speech and related services here.

Scanned Jun 18, 2013

## WYNN SEALE ACADEMY OF FINE ARTS
### FLEXIBLE SCHEDULE

The educational instruction at Wynn Seale AFA is on flexible scheduling for the 1995-96 school year.  Students attend 360 minutes of instruction daily.  However, students may or may not meet daily for a particular subject.  The individual subject instruction time is left to the discretion of the students' two teachers who teach language arts, mathematics, science, history, and reading.   Sixth and seventh graders attend the physical education class every other day.  On the days these students do not participate in physical education, they are actively involved in enrichment activities in their regular assigned classrooms.  In addition, eighth graders are provided the opportunity to participate in the enrichment program.  This enrichment program is a 45-minute period which is part of the daily instructional 360 minutes.

Richard Peltz, Principal
Wynn Seale Academy of Fine Arts

Scanned  Jun 18, 2013

Student _____                              ( ) 1445114

The ARD committee has determined that the student's placement will be:

School _____                    Instructional Arrangement  63 Content Mastery Only

[✓] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above.  An LRE supplement form has been completed (attached).

Circle One:  TAAS/TBS

|  | Take | Exempt | Modifications: |
|---|---|---|---|
| [ ] Mathematics | [ ] | [ ] | [ ] use an interpreter |
| [ ] Writing | [ ] | [ ] | [ ] allow oral response |
| [ ] Reading | [ ] | [ ] | [ ] administer individually |
| [✓] All areas | [✓] | [ ] | [ ] use Braille or larger print |

| UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education 36(a) | Parent/Guardian/Surrogate Parent/Adult Student | | * Parent not present gave permission | | |
| Special education | Administration | | | ✓ | |
| Related/Other Services: | Instruction | ✓ | Myliane Meant | ✓ | |
| Speech _____ | Instruction (SPEECH) | | | | |
| OT _____ | Consultant/Chairperson | | | | |
| PT _____ | Assessment▲ | | | | |
| Counselor _____ | Counselor | | | | |
| Health _____ | Related Services Rep. | | | | |
| Auditory _____ | | | | | |
| Vision _____ | Vocational Teacher◆ | | | | |
| Music Th. _____ | Certified VH/AH Specialist✚ | | | | |
| O&M _____ | | | | | |
| Special Education Transportation: ____ (✓) | LPAC★ | | | | |

✚ Total time for speech and all related services    ▲ When assessment data are considered    ◆ When vocational programs are considered
✚ When student is identified as VH/AH    ★ For limited English proficient students

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.  Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[✓] The committee mutually agreed to implement the program reflected in these proceedings.  OR:

[ ] The members of this ARD committee have not reached mutual agreement.  The school has offered and the parent has agreed to a recess of not more than 10 school days.  During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense.  The committee will reconvene on _____

at _____                                              _____
           Place and Time                                                       Date

Your rights were explained to you when your child was initially referred for special education assessment.  Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.  A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to _____ by __M. L. Gonzalez___ on __11-18-98__.  If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY _____

SE 002.07.95

|  | UPDATED DATA | | | |
|---|---|---|---|---|
| New School Placement | Previous IA Code | New IA Code | New Program Type | |

Scanned  Jun 18, 2013

Name of Child _John 1 amirz_   Grade _6_

Date of Evaluation _10/6/95_

Please answer all questions. Beside each item, indicate the degree of the problem by a check mark: (✓)

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 1. Restless in the "squirmy" sense. | | | | ✓ |
| 2. Makes inappropriate noises when he shouldn't. | | | | ✓ |
| 3. Demands must be met immediately. | | | | ✓ |
| 4. Acts "smart" (impudent or sassy). | | | | ✓ |
| 5. Temper outbursts and unpredictable behavior. | | | ✓ | |
| 6. Overly sensitive to criticism. | | | ✓ | |
| 7. Distractibility or attention span a problem. | | | | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 8. Disturbs other children. | | | ✓ | |
| 9. Daydreams. | | | ✓ | |
| 10. Pouts and sulks. | | | ✓ | |
| 11. Mood changes quickly and drastically. | | | | ✓ |
| 12. Quarrelsome. | | | ✓ | |
| 13. Submissive attitude toward authority. | | | ✓ | |
| 14. Restless, always "up and on the go." | | ✓ | | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 15. Excitable, impulsive. | | | ✓ | |
| 16. Excessive demands for teacher's attention. | | | ✓ | |
| 17. Appears to be unaccepted by group. | | | | ✓ |
| 18. Appears to be easily led by other children. | | | ✓ | |
| 19. No sense of fair play. | ✓ | | | |
| 20. Appears to lack leadership. | | ✓ | | |
| 21. Fails to finish things that he starts. | | | | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 22. Childish and immature. | | | | ✓ |
| 23. Denies mistakes or blames others. | | | | ✓ |
| 24. Does not get along well with other children. | | | ✓ | |
| 25. Uncooperative with classmates. | | ✓ | ✓ | |
| 26. Easily frustrated in efforts. | | | ✓ | |
| 27. Uncooperative with teacher. | | | | ✓ |
| 28. Difficulty in learning. | | | ✓ | |

23

Scanned  Jun 18, 2013

Name of Child   John Ramirez                                        Grade   6

Date of Evaluation   10/5

Please answer all questions. Beside *each* item, indicate the degree
of the problem by a check mark: (✓)

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 1. Restless in the "squirmy" sense. | | | | ✓ |
| 2. Makes inappropriate noises when he shouldn't. | | | | ✓ |
| 3. Demands must be met immediately. | | | ✓ | |
| 4. Acts "smart" (impudent or sassy). | | | | ✓ |
| 5. Temper outbursts and unpredictable behavior. | | | | ✓ |
| 6. Overly sensitive to criticism. | | | | ✓ |
| 7. Distractibility or attention span a problem. | | | ✓ | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 8. Disturbs other children. | | | | ✓ |
| 9. Daydreams. | | | ✓ | |
| 10. Pouts and sulks. | | ✓ | ✓ | |
| 11. Mood changes quickly and drastically. | | | | ✓ |
| 12. Quarrelsome. | | | | ✓ |
| 13. Submissive attitude toward authority. | | | | ✓ |
| 14. Restless, always "up and on the go." | | ✓ | | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 15. Excitable, impulsive. | | | | |
| 16. Excessive demands for teacher's attention. | | | | ✓ |
| 17. Appears to be unaccepted by group. | | | ✓ | ✓ |
| 18. Appears to be easily led by other children. | | | | ✓ |
| 19. No sense of fair play. | ✓ | | | |
| 20. Appears to lack leadership. | | | | ✓ |
| 21. Fails to finish things that he starts. | | | ✓ | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 22. Childish and immature. | | | | |
| 23. Denies mistakes or blames others. | | | ✓ | |
| 24. Does not get along well with other children. | | | ✓ | |
| 25. Uncooperative with classmates. | | | | ✓ |
| 26. Easily frustrated in efforts. | | | | ✓ |
| 27. Uncooperative with teacher. | | | ✓ | |
| 28. Difficulty in learning. | | | ✓ | |

27

Scanned  Jun 18, 2013

*Sent* 11/2/95

**TEACHER QUESTIONNAIRE**

Preliminary School Report

| | OFFICE USE |
|---|---|
| | Patient No. |
| | Study No. |

Name of Child __John Ramirez__ Date __10/95__

School Attended __Wynn Seale__ Grade __6__

School Address __1721 Ayers Corpus Christi Tx 78401__
        Number and Street     City     State     Zip

Name of Principal __Mr. Rick Peltz__

1. How long have you known this child? __12 wks.__ In your own words describe briefly this child's main problem.

extremely active, can't sit still always figiting, chewing fingers, hand objects, throwing paps, jumping, running, moving but cannot sit and do work. Has trouble with focusing. If I work with him in a very small group or 1 to 1 he work a little better. Is very smart

II. STANDARDIZED TEST RESULTS
   A. Intelligence Tests

| Name of Test | Date | C.A. | M.A. | I.Q. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

B. Most Recent Achievement Tests __5/94__      Exempt - ARD 5th

| Subject | Grade When Tested | Achievement Grade Level |
|---|---|---|
| Reading | +2 | 4 |
| Spelling | | |
| Arithmetic | 76 | 4 |

III. ACHIEVEMENT IN SCHOOL SUBJECTS
   A. List subjects in the appropriate category

| | Very Good | Average | Barely Passing | Failing |
|---|---|---|---|---|
| Reading | | | ✓ | |
| English | | | | ✓ |
| Social Studies | | | ✓ | |

※ Child says he was suppose to be on medication. He was diagnose in Houston but was never given the medication. it hurts the children especially during passing periods.

Scanned  Jun 18, 2013

100 13 DISRUPTIVE BEHAVIOR DISORDERS

TEACHER QUESTIONNAIRE (Continued)

| OFFICE USE |
| --- |
| Patient No. |
| Study No. |

Preliminary School Report

III. ACHIEVEMENT IN SCHOOL SUBJECTS *Continued*
  B. Check special placement or help this child has received
( ) Ungraded                ( ) Sight-Saving  ( ) Special Class  ( ) Remedial Reading  ( ) Speech Correction

( ) Tutoring, specify subjects _____

( ) Other, specify _____

IV. Listed below are descriptive terms of behavior. Place a check mark in the column which best describes this child.
ANSWER ALL ITEMS

| Observation | Degree of Activity | | | |
| --- | --- | --- | --- | --- |
| | Not at all | Just a little | Pretty much | Very much |
| CLASSROOM BEHAVIOR | | | | |
| 1. Constantly fidgeting | | | | ✓ |
| 2. Hums and makes other odd noises | | | ✓ | ✓ |
| 3. Demands must be met immediately—easily frustrated | | | | ✓ |
| 4. Coordination poor | | ✓ | | |
| 5. Restless or overactive | | | | ✓ |
| 6. Excitable, impulsive | | | | ✓ |
| 7. Inattentive, easily distracted | | | | ✓ |
| 8. Fails to finish things he starts—short attention span | | | ✓ | |
| 9. Overly sensitive | ✓ | | | |
| 10. Overly serious or sad | | ✓ | | |
| 11. Daydreams | | | | |
| 12. Sullen or sulky | | | | |
| 13. Cries often and easily | ✓ | | | |
| 14. Disturbs other children | | | | ✓ |
| 15. Quarrelsome | | | | |
| 16. Mood changes quickly and drastically | | | | ✓ |
| 17. Acts "smart" | | | | ✓ |
| 18. Destructive | | | | |
| 19. Steals | | ✓ | | |
| 20. Lies | | ✓ | | |
| 21. Temper outbursts, explosive and unpredictable behavior | | | ✓ | |

## TEACHER QUESTIONNAIRE (Continued)

*Preliminary School Report*

| OFFICE USE |
| --- |
| Patient No. |
| Study No. |

| Observation | Degree of Activity | | | |
| --- | --- | --- | --- | --- |
| | Not at all | Just a little | Pretty much | Very much |
| **GROUP PARTICIPATION** | | | | |
| 22. Isolates himself from other children | | ✓ | | |
| 23. Appears to be unaccepted by group | | | | |
| 24. Appears to be easily led | ✓ | | | ✓ |
| 25. No sense of fair play | | | | ✓ |
| 26. Appears to lack leadership | | | | ✓ |
| 27. Does not get along with opposite sex | | | | ✓ |
| 28. Does not get along with same sex | | | | ✓ |
| 29. Teases other children or interferes with their activities | | | | ✓ |
| **ATTITUDE TOWARD AUTHORITY** | | | | |
| 30. Submissive | | ✓ | | |
| 31. Defiant | | | | |
| 32. Impudent | | | | ✓ |
| 33. Shy | | ✓ | | |
| 34. Fearful | ✓ | | | |
| 35. Excessive demands for teacher's attention | | | · | ✓ |
| 36. Stubborn | | | | ✓ |
| 37. Overly anxious to please | | ✓ | | ✓ |
| 38. Uncooperative | | ✓ | | |
| 39. Attendance problem | ✓ | | | |

**V. FAMILY OF CHILD**
A. Do other children in the family who attend your school present any problem?
If YES, please explain. _____

_____

_____

_____

Scanned Jun 18, 2013

Al the procedures and information in this document are required by law and SBOE 89.221

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

[ ] Admission
[✓] Review
[ ] Dismissal

ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING

09/22/95
ARD Notification Date

09/29/95
Date of Meeting

Please Print

| Ramirez | John | H. | 9665114 | (M) F |

STUDENT LAST NAME          FIRST          MI      ID NUMBER

| 06 ' 29 ' 84 | WyNN Seale | 06 /CM | 053 |

DATE OF BIRTH          SCHOOL          GRADE/PROGRAM      SCHOOL #

[ ] [✓] An interpreter was used to assist in conducting the meeting. If YES, specify language:
YES  NO
    Language:_____ by: _____

1.  REVIEW OF ASSESSMENT DATA  (check [✓] if applicable)

    [✓] Assessment reports:

        [✓] Comprehensive individual assessment: 11-29-94, 1-9-95
                                                 DATE(S) OF REPORTS

        [✓] Assessment(s) or related services  Specify:

        Speech                    5/21/93 , 9-26-95 (dismissed)
        NAME OF SERVICES          DATE OF REPORTS

        _____
        NAME OF SERVICES          DATE OF REPORTS

        [ ] Vocational assessment: Not age appropriate
                                   DATE(S) OF REPORTS

    [✓] Records from other school districts:
        ARD / IEPS / Psychological Report received from West Oso ISD & Houston on 9/18/95
    [ ] Information from parents/student:

    [✓] Information from school personnel:
        Behavior, current performance
    [ ] Information from other agencies or professionals:

    [ ] [✓] Additional assessment was discussed.
    YES  NO   Additional assessment is as follows: _____

        Specify timeline for assessment to be completed: _____

2.  DETERMINATION OF ELIGIBILITY  (check [✓] if applicable)

    Based on the assessment data reviewed, the committee has determined that the student:

    [ ] does not meet eligibility criteria as a handicapped student.

    [✓] meets eligibility criteria for: Learning Disabled
                                        HANDICAPPING CONDITION(S)

ARD01-94

ARD - 1

Scanned  Jun 18, 2ʋ13

| STUDENT LAST NAME | FIRST | MI |
|---|---|---|
| Ramirez | John | H. |

3. DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)

[✓] [ ]   The ARD committee reviewed achievement on each short-term objective of the previous
YES   NO   year's IEP. (Applicable to all but initial ARD meetings.)

PRESENT COMPETENCIES

<u>Physical</u>, as it affects participation in:

instructional settings (include special medical procedures if needed) *In good general
health with adequate vision and hearing. Had speech
difficulties but no longer requires speech therapy.*
physical education *No limitations*

[✓] [ ]   The student is capable of receiving instruction in the essential elements of physical
YES   NO   education through the regular program without modification.  If "NO", attach Physical
          Education Modificaton Plan
          *Discussed possible need for medication.*

[ ] [✓]   Medication/Frequency _____
YES   NO

[ ] [✓]   Special medical procedures (see attached Care Plan) _____
YES   NO

<u>Behavioral</u>, as it affects:

educational placement, programming or discipline *hyperactive, distractible,
inattentive, does somersaults; difficulty staying on
task; aggressive; rough with other students*

[✓] [ ]   The student is capable of following the district's Student Code of Conduct without
YES   NO   modification.  If NO, complete ARD/IEP SUPPLEMENT: Behavior Management Plan.

<u>Prevocational/Vocational</u> (when appropriate, skills which may be a prerequisite to vocational

education): *Not required for students age 14 years and under*

<u>Academic/Developmental</u> (provide information more specific than age/grade levels):

*Math: Does basic addition and subtraction problems w/70% accuracy.
Unable to multiply w/70% accuracy. Is in 6th grade level in
reading, Language, science, and social studies.
Experiencing failure because of inability to focus on tasks.*

Indicate content areas in which student's handicap significantly interferes with his/her ability
to meet regular academic mastery levels:

*Able to function in all regular education classes
with modifications*

ARD01-94                     INSERT IEP SHEETS AFTER THIS PAGE                     ARD - 2

INDICATE NUMBER OF PAGES OF EACH IEP: R _1_ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

**Scanned  Jun 18, 2013**

| _Ramirez_ | _John_ | H. | _06'29'84_ |
|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |

| 4. | SERVICES TO BE PROVIDED | Duration of service is _09-29-95_ to _05/24/96_ for grade _06_ |
|---|---|---|

| Academic/Developmental Subject Areas | Funct. Grade Level | Regular Ed Mod* Yes No Time | Special Ed Time | Progr./Grade Determined By Reg Ed Sp Ed | Regular Ed Mod* Yes No Time | Special Ed Time | Progr./Grade Determined By Reg Ed Sp Ed |
|---|---|---|---|---|---|---|---|
| A. Reading | 6 | ✓  45 | | ✓ | | | |
| B. English | 6 | ✓  45 | | ✓ | | | |
| C. Math   below | 6 | ✓  45 | | ✓ | | ✓ | |
| D. Science | 6 | ✓  45 | | ✓ | | Same | |
| E. Social Studies | 6 | ✓  45 | | ✓ | | | |
| F. P.E./Enrichment | | ✓  45 | | ✓ | | | |
| G. 2-Fine Arts | | ✓  90 | | ✓ | | | |
| H.Vocational Education __REG __CVAE __VEH | | | | | | | |
| I.VAC | | | | | | | |
| TOTAL MINUTES PER DAY | | 360 ✗ | | | | | |

If times vary from requirements in 19 TAC §21.101, give justification: _On flexible schedule_

Monitoring/Coordination
Monitoring of progress in regular education: __ daily __ weekly ✓3 wks __6 wks __ Other __
Coordination of Regular/Special Education Instruction:
  Person(s) responsible __Para __Special Ed Teacher __Counselor __Other _Regular Ed. teacher_
  Method(s) ✓Report Cards ✓Progress Reports __Conferences __ Other __
Schedule for evaluating for participation in extracurricular activities: __3 weeks __6 weeks

| RELATED/OTHER SERVICES | TIME | ITBS Exempt | TAAS Exempt | *Test Modifications: |
|---|---|---|---|---|
| Auditory Hdcp Services | / | __ Math | __ Math | __ use interpreter |
| Counseling | / | __ English | __ Writing | __ allow oral response |
| Health Services | / | __ Reading | __ Reading | __ individual administration |
| Music Therapy | / | __ Social Studies | __ All areas | __ use braille or large print |
| Occupational Therapy | / | __ Science | __ Not offered | __ other: |
| Orientation & Mobility | / | __ All areas | for grade | |
| Physical Therapy | / | | | |
| Speech Services Reevaluation | | |

KEYS: _OT __ SP __ 
      PT __    
_not needed_

Justification for Transportation:
__ Due to handicapping condition(s) services are not
   available at home campus.
✓Other: _Walks to school_

Bus: __Regular or special      __ Special
     N/A __Special w/chairlift  __ Information on file

Comments: _John will take the_
_TAAS and any standardized_
_testing_

Data By: _DLC_

Referral Date _Transferred into dist_ N/A
Test Date _11-29-94 / 1-9-95_
Medical Date ____   DX ____
IQ Test _WISC-III_  Test _WRAT-R_
V _107_ P _106_ FS _107_  Mellia = 5.0
Ach. Test _WJ-R_  Test _Bender_
                              Moderate problem
R   SS _97_  GE _4.5_
RC  SS _96_  GE _4.2_   Woodcock Lang Prof. Batt.
WL  SS _85_  GE _3.2_   SS=99, GE= 4.8
M   SS _112_ GE _6.0_   Lang. Dom.
                         Lang.

| ID# _966 5114_ | Inst. Arr. Code _03_ | Prog. Type _CM_ | Dism. Code ___ | Date ___ |
|---|---|---|---|---|
| ARD Date _09.29.95_ Type _R_ | Home Sch # _053_ | Placement Sch # _053_ | Disability Code(s) _LD_ | |

ARD01-94                                                              ARD - 3

* Modifications needed to assure success in regular, remedial and supportive programs including
  eligibility for participation in extracurricular activities as specified on the following page

**Scanned  Jun 18, 2013**

| STUDENT LAST NAME | FIRST | MI |
|---|---|---|
| Ramirez | John | H. |

9-29-95

---

**5.  MODIFICATIONS DETERMINED BY ARD COMMITTEE**

1995-1996

To assure appropriate instruction for ths student and better coordination among regular, vocational and special education staff, the checked modifications have been designated by the ARD Committee for implementation in the courses noted.

COURSE/CURRICULUM AREA

MODIFICATION

*Assistive Technology Recommended.*

[ ] Yes   [✓] No

Behavior Management Plan

[ ] YES   [✓] NO

Regular Discipline Plan

[✓] YES   [ ] NO

[ ] Modifications not needed or not applicable

| | Reading | English | Math | Science | History/S.S. | Fine Arts | Pt./Healthsvst | MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ONC |
| 1. Leave class for resource assistance | ✓ | ✓ | ✓ | ✓ | | | | |
| 2. Oral tests | ✓ | ✓ | ✓ | ✓ | | | | |
| 3. Short answer tests | | | | | | | | |
| 4. Modified tests | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 5. Taped texts | | | | | | | | |
| 6. Highlighted texts | | | | | | | | |
| 7. Taping lectures | | | | | | | | |
| 8. Note taking assistance | ✓ | ✓ | | ✓ | | | | |
| 9. Extended time for completion of assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 10. Shortened assignments | ✓ | ✓ | ✓ | ✓ | | | | |
| 11. Assignment notebooks | ✓ | ✓ | ✓ | ✓ | | | | |
| 12. Peer tutoring | | | | | | | | |
| 13. Study sheets | ✓ | ✓ | ✓ | ✓ | | | | |
| 14. Repeated review/drill | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| 15. Reduced pencil/paper tasks | | | | | | | | |
| 16. Calculators | | | | | | | | |
| 17. Preferential seating | | | | | | | | |
| 18. Interpreter for the deaf | | | | | | | | |
| 19. Frequent breaks | | | | | | | | |
| 20. Defined limits | | | | | | | | |
| 21. Cooling off period | | | | | | | | |
| 22. Concrete reinforcers | | | | | | | | |
| 23. Positive reinforcers | ✓ | | | ✓ | ✓ | ✓ | | |
| 24. Behavior management systems | | | | | | | | |
| 25. Special instructional or adaptive equipment | | | | | | | | |
| 26. Increased response time | | | | | | | | |
| 27. Directions given in a variety of ways | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 28. Adjustments for misarticulation in responses | | | | | | | | |
| 29. Alternative materials | | | | | | | | |
| 30. Alter grade distribution | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 31. Leave class for speech services | | | | | | | | |
| 32. Other: | | | | | | | | |
| 33. Other: | | | | | | | | |

ARD12-94

ARD - 4

Scanned Jun 18, 2013

| | | |
|---|---|---|
| _Ramirez_ | _John_ | _H._ |
| STUDENT LAST NAME | FIRST | MI |

**6. DETERMINATION OF PLACEMENT**

Placement alternatives reviewed include services in regular and compensatory education for which the student is eligible, consideration of occupational training needs for students at or before entry into high school and additional services.

```
__ Chapter I Compensatory    _✓_ Special Ed Resource   __ Homebound Services    _✓_ Other _Speech Therapy_
__ Bilingual/ESL             __ Special Ed S/C          __ Regular Vocational
__ Regular Education         __ Separate Special Ed     __ Occupational Trng
__ Modified Regular Ed          Campus
```

DISCUSSION: _No longer qualifies for speech therapy — was dismissed_

[ ] [✓]  * Parents have been provided information about the Texas School for the Blind and
YES  NO     Visually Impaired or Texas School for the Deaf if student is visually or auditorially
            handicapped or deaf-blind.  _✓_ Student is not AH or VH.

> **NOTE:** LEAST RESTRICTIVE ENVIRONMENT JUSTIFICATION ARD/IEP REPORT SUPPLEMENT SHOULD BE COMPLETED
> BEFORE IDENTIFYING CAMPUS AND INSTRUCTIONAL ARRANGEMENT IF STUDENT IS TO BE IN SPECIAL
> EDUCATION FOR 50% OR MORE OF SCHOOL DAY.

The committee determined that the student's placement will be:

_Wynn Seale_                          _Content Mastery Only (03)_
CAMPUS                                INSTRUCTIONAL ARRANGEMENT (PEIMS TITLE)

[✓] [ ]  This is the campus which the student would attend if not handicapped. If NO, explain:
YES  NO

_____

**7. ASSURANCES** (check [✓] if applicable)

• The committee assures that special education placement:
  +for national origin minority group students or linguistically different students is not based
   on criteria which were developed solely on command of the English language.
   Basis for assurance:
   [ ] adaptations in testing procedures      [✓] review of parent/student information
   [ ] use of interpreter                     [✓] review of language assessment
  +is not based on deficiencies identified as directly attributable to a different culture, life-
   style or lack of educational opportunities.
   Basis for assurance:
   [✓] review of parent/student information   [ ] review of sociological assessment

• The committee assures that all instructional and related services specified in the IEP will be
  provided to the student at no cost.  Fees normally charged to nonhandicapped students or their
  parents, as part of the general education program, may be charged (i.e., art or laboratory fees).

• The committee assures that this student is being educated with nondisabled students to the maxi-
  mum extent appropriate for the student's overall educational needs, including academic and
  developmental areas such as language and social needs.

___ For students who are visually handicapped, hearing impaired, autistic, in need of behavior
    management, recommended for day/residential facilities, recommended for school removal/alter-
    native placement or on separate special education campuses, see the attached IEP supplement(s).
    ___ Visually/Auditorially Handicapped    ___ Extended Year Services       ___ Autistic
    ___ Regional Day School for the Deaf     ___ Behavior Management Plan      ___ Minutes Page
    ___ Day/Residential Placement and        ___ Least Restrictive Environment
        On-Site Visit Report                 ___ Health Care Plan

**INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.**

ARD01-94                      * Required for initial placement only                      ARD - 5

Scanned  Jun 18, 2013

## ARD MINUTES

Student's Name: _John Ramirez_   Date: _1/29/95_

Date of Birth: _06/29/84_   Recorder: _K. Sheirru_

ARD Committee Members: _See Signature Page_

CIA: 11-29-94, 1-9-95  Speech: 5/31/93, 9-26-95

Criteria: Meets eligibility as Learner/Disabled/~~Speech Handicap~~ NOT

Instruction: Teacher feels that John has problems with sitting still. Moves around the class & in hallways.

Dismissed: Speech testing - dismissed due to testing data. Surgery was not done.

No medication is being given at this time but parent plans to follow up on a medical voucher. (due to hyperactive/non-attentive behavior)

Academic: Math does basic operations (+, -, x) but not with multiplication facts.

English/reading: Grade Level reading skills with test ability.

John will attend all Regular Ed Classes with modifications.

Scanned  Jun 18, 2013

STUDENT LAST NAME: *Ramirez*   FIRST: *John*   MI: *H.*

8. | SIGNATURES OF COMMITTEE MEMBERS

| POSITION | SP. ED. | SIGNATURE | AGREE (✓) | DISAGREE (✓) |
|---|---|---|---|---|
| Parent/Guardian/Surrogate Parent or Adult Student | | *Ruge Oleandes* | ✓ | |
| Administration | | *Mike Chana* | ✓ | |
| Instruction | | | | |
| Instruction(SPEECH) | | *M. Diane Mourne* | ✓ | |
| Consultant/Chairperson | | | | |
| Assessment* | | *J. de De La Cruz* | ✓ | |
| Counselor | | | | |
| Related Services Representative | | | | |
| Vocational Teacher** | | | | |
| Certified VH/AH Specialist*** | | | | |
| LPAC | | | | |

* When assessment data are considered   ** When vocational programs are considered
*** When student is identified as VH/AH

NOTE: If any member of the committee disagrees with the decisions reflected in this report, he/she may submit a separate statement presenting reasons for disagreement.

_____
Signature of interpreter, if used at this meeting

[ ]  The ARD Committee is unable to reach mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the parent may consider alternatives, gather additional data, and/or obtain additional resource persons to present to the Committee to assist the Committee in reaching mutual agreement at _____. The Committee will reconvene on
_____                    _____
DATE                                     PLACE AND TIME

[ ]  The parent of this student was not present at the ARD Committee meeting; therefore, the committee appointed (staff member) _____ to communicate the results of this meeting with the parent.

Your rights were explained to you when you received the current copy of the booklet, Special Education: Parent and Student Rights.  Please refer to page vi of this booklet for information on procedural safeguards.

FOR INITIAL PLACEMENT

[ ]  [ ]   I have received and reviewed the admission, review, and dismissal (ARD) committee report,
YES  NO    dated _____, that has been prepared for _____
                                                        Name of Student
[ ]  [ ]   I agree with the ARD committee's decision and do give my permission for the educational
           placement that has been proposed for my child/me.

I understand that my consent for placement is voluntary and may be withdrawn any time. However, if I revoke consent after initial placement, my child's placement will not change unless:
   (a) the school and I agree otherwise (following ARD committee procedures), or
   (b) a due process hearing resolves the dispute.

_____     _____
SIGNATURE OF PARENT,GUARDIAN,SURROGATE PARENT OR ADULT STUDENT     DATE

I __do, __do not grant permission for the student to be transported by bus during the _____ school year for the purpose of reevaluation or vocational assessment.
*None needed*
_____
SIGNATURE OF PARENT/GUARDIAN OR SURROGATE PARENT

Scanned  Jun 18, 2013

Rev. 12/92

# STUDENT CHECK-OUT SHEET
## ELEMENTARY SCHOOL

| 101 | – | 912 | – | 182 |
| County | | District | | Campus Number |

Date of Check-Out Sheet __02-16-95__
SS # _____
or
PEIMS # __S17293059__
ID Last Reported to PEIMS _____
I-94 _____

Student ID Number __446042__

Name __Ramirez__ _____ __John__ _____ __H.__ ____ MI ____ Jr ☒  Sr ☐  II ☐  III ☐  IV ☐  V ☐
      Last Name          First

Present Address __4411 Fulton#7__          New Address __Corpus Christi, TX. 4318 Molina__

Parent or Guardian __John & Priscilla Ramirez__          Date of Birth __06-29-84__          Sex: M ☒  F ☐

Ethnicity:  American Indian/Alaskan ☐  Asian/Pacific Islander ☐  Black ☐  Hispanic ☒  White/Not Hispanic ☐

Phone No. __691-5572__          Grade __5__          Advisor __Mrs. Stiles__

Present School __Jefferson Elem.__  Campus # __182__  HISD Rt. No. __8__  Address __5000 Sharman__

New School _____  Campus # _____  HISD Rt. No. _____  Address __Out of District__

Reason for checking out __Moving__          Code __43__

LEP:  Yes ☐  No ☒          ESL Level ☐          LEP Program Placement ☐

Chapter 1 ☒          Special Ed. ☒ SPEECH          Special Ed. Placement ☐ (Check if Applicable) __Psycho-ad. has__

Check one if appropriate:  Migrant ☐          Refugee # _____          Immigrant ELA __been completed__
                                                                                                          __awaiting AKD.__

Date of last attendance __02-17-95__

Is student currently under suspension?  Yes ☐  No ☒   Expulsion?  Yes ☐  No ☒

If yes, date suspension/expulsion ends? _____

Effective date of ADA withdrawal __02-20-95__          Attendance Clerk __C. Wells__

| SUBJECT | Current Grade Cycle | | Current Cycle Excused Absences | Current Cycle Unext. Absences | Semester Total Ex. Curr. Absences | Teacher's Signature | Book Ret. | | If no, name, number, price of book |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| | Subject | Conduct | | | | | Yes | No | |
| Reading | 84 | P | 0 | 0 | 1 | WBSlim | ✓ | | |
| Writing | 83 | P | 0 | 0 | 1 | WBSlim | ✓ | | |
| Spelling | 74 | S | 0 | 0 | 1 | WBSlim | ✓ | | |
| Mathematics | 78 | S | 0 | 0 | 1 | WBSlim | ✓ | | |
| Science | 70 | P | 0 | 0 | 1 | WBSlim | ✓ | | |
| Social Studies | 70 | S | 0 | 0 | 1 | WBSlim | ✓ | | |
| ESL | | | | | | | | | |

General Conduct __S__          Basal Text __HBJ Light Up The Sky__          Page __368__

Librarian __Ms. Sayles__          Amount due library (if not clean) _____

Counselor __Ms. Roby__          Check if applicable:  Free Lunch ☒  Reduced Lunch ☐

Nurse __N/A__          Amount due office (pictures, lunch, etc.) _____

| VACCINES | Date | | | Last Booster |
|----------|------|------|------|-------------|
| | 1st | 2nd | 3rd | |
| DIPHTHERIA TETANUS (DPT or DT) | 8/29/84 | 9/84 | 4/85 | 3/5/89 |
| POLIO (Oral) | Same | | | 4/6 |
| MEASLES (Rubeola) R/BELLA (3-day or German Measles) MUMPS (MMR) | May be combined | 12/18/85 | | |
| HIB | | | | |
| TB SKIN TEST | DATE __10-7-89__ | RESULTS __Neg.__ | PHYSICIAN OR CLINIC EXAM  DATE | RESULTS |

Attach a copy of the report card and free lunch application to the check-out sheet.

Copy of report card will be placed in student's permanent folder ☒

Principal XXXXXXXXXXXXXX __Armandina G. Farias__

Present school phone number __(713) 696-2780__

Remarks _____

My child will be enrolling in another school or educational program.

Signed: __Priscilla R.__
                    Parent/Guardian

White Copy—Student  Canary Copy—Student Transfer
Pink Copy—Sending School  Goldenrod Copy—Receiving School

*To be completed by the office personnel*
*To be completed by classroom teacher*
*To be completed by appropriate personnel*

Scanned  Jun 18, 2013

Corpus Christi, Texas

**Temporary ARD/IEP Committee Report for Transfer Students**

1. Date of Meeting: 8-21-95                    ARD Notification Date: 8-18-95

2. Student: Ramirez    John    H    DOB: 06/29/84  ID #: 96685114  Sex: M F  Grade 06
        (Last)    (First)    (MI)

3. Parent(s): Guadalupe Alejandra  Phone #: 880-1158   School: Wynn Seale  # 053

4. Address: 1624 18th Street _____ 7841 5  Ethnic/Racial: A B (H) OT  Lang: (E) S B OT

5. Permanent ARD cannot be held because of insufficient information from: West USD ISD ____ or
   ____ Other_____ (previous school)

6. Admission to special education is based on:
   a. ✓ Parent verification that student is handicapped and was receiving special education services in the previous school district.
   b. ✓ Previous school district verification of special education eligibility.

7. School Placement: Wynn Seale AFA   Instructional Arrangement: 03   Handicapping Condition: 1) SH  2) LD

| Subject Areas | Regular Education | Regular Modified Ed. | Special Ed. | Beginning Date |
|---|---|---|---|---|
| English | | ✓ | | 8-21-95 |
| Math | | ✓ | | |
| Reading | | ✓ | CMC | |
| Science | | ✓ | at least | |
| Soc. Studies | | ✓ | 30 min. | ✓ |
| PE/Enrichment | | ✓ | wkly | |
| Fine Arts | | ✓ | | |

| Related Services | | | | |
|---|---|---|---|---|
| Speech | | 15 m/wkly | | |

| Position | Signature | Agree ( ✓ ) | Disagree ( ✓ ) |
|---|---|---|---|
| Parent | + Guadalupe Alejandra | | |
| Administration/LPAC | Grace Chapa | ✓ | |
| Instruction | M. Diane Guerra | ✓ | |
| Special Education | | | |
| Assessment* | | | |
| Counselor | | | |
| Related Services Rep. | | | |
| Voc. Teacher/Other** | | | |

*when assessment data are considered    **when vocational programs are considered

8. ✓ **Special Education: Parent and Student Rights** booklet given (receipt attached).
   ✓ Parent Permission for Exchange of Information completed.

NOTES: If a committee member disagrees with the decisions reflected in this report, he/she may submit a separate statement presenting reasons for disagreement.

SEND TWO COPIES OF TEMPORARY ARD, NOTICE OF ARD, CONSENT FOR EXCHANGE OF INFORMATION, AND RECEIPT FOR RIGHTS BOOKLET TO THE ASSOCIATE PSYCHOLOGIST/EDUCATIONAL DIAGNOSTICIAN ASSIGNED TO SCHOOL.

dg
8/17/94     An ARD meeting will be held within 30 school days to develop an IEP based on valid assessment data.

Scanned  Jun 18, 2013

# ★★★★★ TEXAS ASSESSMENT OF ACADEMIC SKILLS
## TAAS CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ

STUDENT-ID(PEIMS): 454713620

LOCAL-STUDENT-ID:

DATE OF BIRTH: 06/29/84

CLASS GROUP: CONRADO GARCIA

DISTRICT: 178-904 CORPUS CHRISTI ISD

CAMPUS: 004 MOODY H S

REPORT DATE: DECEMBER 2001

DATE OF TESTING: OCTOBER 2001

GRADE: 11-EXIT LEVEL

---

## WRITING

OBJECTIVE MASTERY*    ITEMS CORRECT/TESTED

WRITTEN COMMUNICATION
1-4. Persuasive Written Composition Rating:

5. Sentence Construction
6. English Usage
7. Use of Spelling, Capitalization, and Punctuation

TOTAL MULTIPLE-CHOICE OBJECTIVES MASTERED:    TOTAL ITEMS:

PERFORMANCE STANDARD:
Scale Score of 1500 and
Written Composition of 2, 3, or 4

TEST RESULTS:
Met Minimum Expectations:
Scale Score:

NOT TESTED
EXEMPT-ARD

---

## READING

OBJECTIVE MASTERY*    ITEMS CORRECT/TESTED

READING COMPREHENSION
1. Word Meaning
2. Supporting Ideas
3. Summarization
4. Relationships and Outcomes
5. Inferences and Generalizations
6. Point of View, Propaganda, and Fact and Opinion

TOTAL OBJECTIVES MASTERED:    TOTAL ITEMS:

PERFORMANCE STANDARD:
Texas Learning Index of X-70

TEST RESULTS:
Met Minimum Expectations:
Texas Learning Index:

NOT TESTED
EXEMPT-ARD

Maximum TLI Score Possible: X-97

X-0    X-30    X-50    X-70    X-97

---

## MATHEMATICS

OBJECTIVE MASTERY*    ITEMS CORRECT/TESTED

CONCEPTS
1. Number Concepts
2. Algebraic/Mathematical Relations and Functions
3. Geometric Properties and Relationships
4. Measurement Concepts
5. Probability and Statistics
OPERATIONS
6. Use of Addition to Solve Problems
7. Use of Subtraction to Solve Problems
8. Use of Multiplication to Solve Problems
9. Use of Division to Solve Problems
PROBLEM SOLVING
10. Problem Solving Using Estimation
11. Problem Solving Using Solution Strategies
12. Problem Solving Using Mathematical Representation
13. Evaluation of the Reasonableness of a Solution

DOCUMENT NO.
0823-00622-20996    TOTAL OBJECTIVES MASTERED:    TOTAL ITEMS:

PERFORMANCE STANDARD:
Texas Learning Index of X-70

TEST RESULTS:
Met Minimum Expectations:
Texas Learning Index:

NOT TESTED
EXEMPT-ARD

Maximum TLI Score Possible: X-92

X-0    X-30    X-50    X-70    X-92

---

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 6/8, 9/12, 11/14, or 13/16 items.
In writing, a score of 3 or 4 is needed to master objectives 1-4, which are measured by the written composition.
You should contact the school to which your results were sent if you need further explanation.

Print # 2-01693-011

Scanned  Jun 18, 2013

# *TAAS* **TEXAS ASSESSMENT OF ACADEMIC SKILLS**
## CONFIDENTIAL STUDENT REPORT

NAME: **JOHN H. RAMIREZ**

STUDENT-ID(PEIMS): **454713620**

LOCAL-STUDENT-ID:

DATE OF BIRTH: **06/29/84**

CLASS GROUP: **CONRADO GARCIA**

DISTRICT: **178-904  CORPUS CHRISTI ISD**

CAMPUS: **004  MOODY H S**

REPORT DATE: **DECEMBER 2001**

DATE OF TESTING: **OCTOBER 2001**

GRADE: **11-EXIT LEVEL**

---

### WRITING

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **WRITTEN COMMUNICATION** | | |
| 1-4. Persuasive Written Composition Rating: | | |
| 5. Sentence Construction | | |
| 6. English Usage | | |
| 7. Use of Spelling, Capitalization, and Punctuation | | |
| **TOTAL MULTIPLE-CHOICE OBJECTIVES MASTERED:** | | **TOTAL ITEMS:** |

**PERFORMANCE STANDARD:**
Scale Score of 1500 and
Written Composition of 2, 3, or 4

**TEST RESULTS:**
Met Minimum Expectations:
Scale Score:

**NOT TESTED
EXEMPT-ARD**

---

### READING

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **READING COMPREHENSION** | | |
| 1. Word Meaning | | |
| 2. Supporting Ideas | | |
| 3. Summarization | | |
| 4. Relationships and Outcomes | | |
| 5. Inferences and Generalizations | | |
| 6. Point of View, Propaganda, and Fact and Opinion | | |
| **TOTAL OBJECTIVES MASTERED:** | | **TOTAL ITEMS:** |

**PERFORMANCE STANDARD:**
Texas Learning Index of X-70

**TEST RESULTS:**
Met Minimum Expectations:
Texas Learning Index:

**NOT TESTED
EXEMPT-ARD**

Maximum TLI Score Possible: X-97

X-0      X-30      X-50      X-70      X-97

---

### MATHEMATICS

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **CONCEPTS** | | |
| 1. Number Concepts | | |
| 2. Algebraic/Mathematical Relations and Functions | | |
| 3. Geometric Properties and Relationships | | |
| 4. Measurement Concepts | | |
| 5. Probability and Statistics | | |
| **OPERATIONS** | | |
| 6. Use of Addition to Solve Problems | | |
| 7. Use of Subtraction to Solve Problems | | |
| 8. Use of Multiplication to Solve Problems | | |
| 9. Use of Division to Solve Problems | | |
| **PROBLEM SOLVING** | | |
| 10. Problem Solving Using Estimation | | |
| 11. Problem Solving Using Solution Strategies | | |
| 12. Problem Solving Using Mathematical Representation | | |
| 13. Evaluation of the Reasonableness of a Solution | | |
| **TOTAL OBJECTIVES MASTERED:** | | **TOTAL ITEMS:** |

**PERFORMANCE STANDARD:**
Texas Learning Index of X-70

**TEST RESULTS:**
Met Minimum Expectations:
Texas Learning Index:

**NOT TESTED
EXEMPT-ARD**

Maximum TLI Score Possible: X-92

X-0      X-30      X-50      X-70      X-92

DOCUMENT NO.
0823-00622-20996

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 6/8, 9/12, 11/14, or 13/16 items.
In writing, a score of 3 or 4 is needed to master objectives 1-4, which are measured by the written composition.
You should contact the school to which your results were sent if you need further explanation.

Print # 3-01693-011

Scanned  Jun 18, 2013

# ★★★★★ TEXAS ASSESSMENT OF ACADEMIC SKILLS
## TAAS
## CONFIDENTIAL STUDENT REPORT

NAME: **JOHN H. RAMIREZ**

STUDENT-ID(PEIMS): **454713620**

LOCAL-STUDENT-ID:

DATE OF BIRTH: **06/29/84**

CLASS GROUP: **CONRADO GARCIA**

DISTRICT: **178-904 CORPUS CHRISTI ISD**

CAMPUS: **004  MOODY H S**

REPORT DATE: **APRIL 2001**

DATE OF TESTING: **FEBRUARY 2001**

GRADE: **10-EXIT LEVEL**

---

| WRITING | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Scale Score of 1500 and Written Composition of 2, 3, or 4 |
|---|---|---|---|
| **WRITTEN COMMUNICATION** | | | **TEST RESULTS:** Met Minimum Expectations: Scale Score: |
| 1-4. Persuasive Written Composition Rating: | | | **NOT TESTED ABSENT** |
| 5. Sentence Construction | | | |
| 6. English Usage | | | |
| 7. Use of Spelling, Capitalization, and Punctuation | | | |
| **TOTAL MULTIPLE-CHOICE OBJECTIVES MASTERED:** | | **TOTAL ITEMS:** | |

| READING | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Texas Learning Index of X-70 |
|---|---|---|---|
| **READING COMPREHENSION** | | | **TEST RESULTS:** Met Minimum Expectations: Texas Learning Index: |
| 1. Word Meaning | | | **NOT TESTED ABSENT** |
| 2. Supporting Ideas | | | |
| 3. Summarization | | | |
| 4. Relationships and Outcomes | | | |
| 5. Inferences and Generalizations | | | |
| 6. Point of View, Propaganda, and Fact and Opinion | | | |
| | | | Maximum TLI Score Possible: X-97 |
| **TOTAL OBJECTIVES MASTERED:** | | **TOTAL ITEMS:** | X-0   X-30   X-50   X-70   X-97 |

| MATHEMATICS | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Texas Learning Index of X-70 |
|---|---|---|---|
| **CONCEPTS** | | | **TEST RESULTS:** Met Minimum Expectations: Texas Learning Index: |
| 1. Number Concepts | | | **NOT TESTED ABSENT** |
| 2. Algebraic/Mathematical Relations and Functions | | | |
| 3. Geometric Properties and Relationships | | | |
| 4. Measurement Concepts | | | |
| 5. Probability and Statistics | | | |
| **OPERATIONS** | | | |
| 6. Use of Addition to Solve Problems | | | |
| 7. Use of Subtraction to Solve Problems | | | |
| 8. Use of Multiplication to Solve Problems | | | |
| 9. Use of Division to Solve Problems | | | |
| **PROBLEM SOLVING** | | | |
| 10. Problem Solving Using Estimation | | | |
| 11. Problem Solving Using Solution Strategies | | | Maximum TLI Score Possible: X-92 |
| 12. Problem Solving Using Mathematical Representation | | | |
| 13. Evaluation of the Reasonableness of a Solution | | | |
| **DOCUMENT NO.** 0328-02065-22190 | **TOTAL OBJECTIVES MASTERED:** | **TOTAL ITEMS:** | X-0   X-30   X-50   X-70   X-92 |

* Objective mastery standards for multiple-choice items for all subject areas are as follows:  3/4, 6/8, 9/12, 11/14, or 13/16 items.
In writing, a score of 3 or 4 is needed to master objectives 1-4, which are measured by the written composition.
You should contact the school to which your results were sent if you need further explanation.        Print # (2-16588-010)

**Scanned  Jun 18, 2013**

| DATE GIVEN | VACCINES (CIRCLE AS APPROPRIATE) | VALIDATION DOCTOR OR CLINIC | DATE DOSE DUE |
|---|---|---|---|
| | DTP/DT/Td | | |
| 10-34-84 | DTP/DT/Td | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 3-6-86 | DTP/DT/Td  B | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| AUG 0 6 1991 | Td (B) | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 10-34-84 | OPV/IPV | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 9-5-89 | OPV/IPV | HOUSTON HEALTH DEPT. | |
| | MMR | | |
| 10/16/00 | MMR #2 | ALICIA LOPEZ-GUERRA, M.D | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | OTHER | | |

| | Hearing | 250 | Date: | | Signature: | | | |
|---|---|---|---|---|---|---|---|---|
| Hz | | 250 | 500 | 1000 | 2000 | 4000 | 6000 | ☐ Pass |
| R | | | | | | | | ☐ Fail |
| L | | | | | | | | |

| | Vision | Date: | Signature: |
|---|---|---|---|
| R 20/_____ | | L 20/_____ | ☐ Pass   ☐ Fail |

**PHYSICIAN'S VERIFICATION OF MEASLES/MUMPS ILLNESS**
This is to verify that the person for whom this card was issued had:

☐ measles illness on or about _____
                                    month and year

☐ mumps illness on or about _____
                                   month and year

John Ramsey

_____     _____
Date          Physician's Signature

Scanned  Jun 18, 2013

# TEXAS END-OF-COURSE — BIOLOGY
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ

STUDENT-ID(PEIMS): 454713620

LOCAL-STUDENT-ID: 9665114

DATE OF BIRTH: 06/29/84

CLASS GROUP: GARCIA CONRADO

DISTRICT: 178-904  CORPUS CHRISTI ISD

CAMPUS: 004  MOODY H S

REPORT DATE: WINTER 2000

DATE OF TESTING: FALL 1999

GRADE: 09

| BIOLOGY | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Scale Score of 1500 | |
|---|---|---|---|---|
| | | | TEST RESULTS: | |
| | | | Pass:  YES | |
| UNDERSTANDING CONCEPTS | | | Scale Score:    1610 | |
| 1. Heredity and Biological Change Over Time | NO | 4/6 | | |
| 2. Structures and Functions In Organisms | YES | 4/4 | | |
| 3. Patterns and Processes In Living Systems | NO | 2/4 | | |
| 4. Ecology | NO | 4/6 | | |
| INTEGRATING CONCEPTS WITH PROCESS SKILLS | | | | |
| 5. Design and Conduct Biological Experiments | NO | 4/6 | | |
| 6. Acquire and Organize Scientific Data | YES | 4/4 | | |
| 7. Interpret and Communicate Scientific Data | YES | 3/4 | | |
| 8. Make Inferences, Predictions, and Generalizations | YES | 4/4 | | |
| 9. Apply Science to Daily Life | YES | 4/4 | | |
| TOTAL OBJECTIVES MASTERED:  5 | TOTAL ITEMS:  33/42 | | | |

DOCUMENT NO.
7374-00818

* Objective mastery standards for Biology are as follows:  3/4 or 5/6 items.
You should contact your school if you need further explanation.

Print # 1-07108-005

Scanned  Jun 18, 2013

OF ACADEMIC SKILL

# TEXAS END-OF-COURSE — U.S. HISTORY
## CONFIDENTIAL STUDENT REPORT

DISTRICT: 178-904 CORPUS CHRISTI ISD

CAMPUS: 004 MOODY H S

REPORT DATE: SUMMER 1999

DATE OF TESTING:  SPRING 1999

GRADE: 09

JOHN H. RAMIREZ

ENT-ID(PEIMS): 454713620

.L-STUDENT-ID: 9665114

E OF BIRTH: 06/29/84

SS GROUP: PLOWMAN D

PERFORMANCE STANDARD:
Scale Score of 1500

TEST RESULTS:
Pass:   YES
Scale Score:    1510

| U.S. HISTORY | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| APPLICATION AND EVALUATION OF CONCEPTS | YES | 5/6 |
| 1. Domestic and Foreign Affairs in U.S. History | NO | 4/6 |
| 2. Geographic Influences on U.S. History | NO | 4/6 |
| 3. Economic Influences on U.S. History | NO | 4/6 |
| 4. Social and Cultural Influences on U.S. History | NO | 3/6 |
| 5. Political Influences on U.S. History | YES | 6/6 |
| 6. Critical-Thinking Skills | NO | 2/4 |
| 7. Problem-Solving/Decision-Making Skills | | |

TOTAL OBJECTIVES MASTERED:     2     TOTAL ITEMS:  28/40

s ar
: me
d fu

DOCUMENT NO.

Print # 1-16380-014

Scanned  Jun 18, 2013

COF

RAMIREZ, JOHN H
ALEJANDRO, GUADALUPE
4547113620   06/29/1984   M   09   CT

Student's Name

Teacher     Birth Date     Date

Grade/Period     4     3rd

## VISION   Method: Titmus ___ Chart ___ HOTV ___ E ___ Letter ___

| | INITIAL SCREENING | | | | RESCREENING | | | |
|---|---|---|---|---|---|---|---|---|
| | Without Correction | | With Correction | | Without Correction | | With Correction | |
| | R | L | R | L | R | L | R | L |
| N | 20/ | | | | | | | |
| F | 20/20 | 20/20 | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |

Screener: ___

Rescreen: ___     Referal: ☐ Yes ☐ No

Comments

## HEARING   Sweep Check

SEQUENCE FOR TESTING (25dB)

| | 1000Hz | 2000Hz | 4000Hz | 500Hz | RESULTS |
|---|---|---|---|---|---|
| R | | | | | ☐ PASS |
| L | | | | | ☐ RESCREEN |
| | | | | | ☐ OBSERVE |

Screener: ___     Date: ___

Rescreen: ___     Date: ___

### THRESHOLD SCREENING TEST

| | 250Hz | 500Hz | 1000Hz | 2000Hz | 4000Hz | 6000Hz |
|---|---|---|---|---|---|---|
| R | dB | dB | dB | dB | dB | dB |
| L | dB | dB | dB | dB | dB | dB |

DATE: ___

COMMENTS

H1557BI

---

Student's Name ___     School ___     Teacher/Period ___     Birth Date ___

Date ___     Male ___     Female ___

## SPINAL SCREENING CHECKLIST
### (IF YES, PLEASE SPECIFY RIGHT OR LEFT)

| | FRONT VIEW | SIDE VIEW | BACK VIEW | COMMENTS |
|---|---|---|---|---|
| | HIP   CHEST CAGE HUMP | ROUND BACK   SPINE HUMP | RIB CAGE HUMP | |

**FRONT VIEW -**
| | | | |
|---|---|---|---|
| Shoulder | Is one shoulder higher than the other? | R L | N |
| Waist | Larger space between arm and flank on one side? | R L | N |
| Hip | One side higher than the other? | R L | N |
| Chest Cage | Bump on one side? | (R) L | N |
| Lower Back | Lumbar muscles more prominent on one side? | R L | N |

**SIDE VIEW -**
| | | | |
|---|---|---|---|
| Round Back | An exaggerated roundness in the upper back? | Y | N |
| Lower Back | An exaggerated arch on the lower back? | Y | N |
| Spine Head | An exaggerated roundness over the rib cage? | Y | N |

**BACK VIEW -**
| | | | |
|---|---|---|---|
| Head | Displaced to one side of buttock? | R L | N |
| Shoulder Back | One shoulder higher than the other? | R L | N |
| Scapula | One shoulder blade higher than the other? | R L | N |
| Spine | A curve in the spine? | R L | N |
| Waist | Larger space between arm and flank? | R L | N |
| Rib Cage | One side higher? | R L | N |
| Lower Back Hump | A hump on one side of the lower back? | R L | N |

Rescreen: ___   Yes ___   No ___     If yes, complete below.

Rescreen results     Other: ___

Normal ___

Scoliometer Degrees or

Cervical ___

Thoracic ___     Refer: ___ Yes ___ No

Lumbar ___     Screener: ___     Date: ___