Scanned Jun 18, 2013

John
Ramirez
6/24/84

454713620

Up Dated
09.30.99

| DATE GIVEN | VACCINES (CIRCLE AS APPROPRIATE) | VALIDATION DOCTOR OR CLINIC | DATE DOSE DUE |
|---|---|---|---|
| 8-30-84 | DTP/DT/Td | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 10-24-84 | DTP/DT/Td | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 12-18-85 | DTP/DT/Td | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 3-6-86 | DTP/DT/Td B | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 9-5-89 | DTP/DT/Td | HOUSTON HEALTH DEPT | |
| AUG 06 1999 | Td (B) | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 8-30-84 | OPV/IPV | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 10-24-84 | OPV/IPV | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 12-18-85 | OPV/IPV | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| 9-5-89 | OPV/IPV B | HOUSTON HEALTH DEPT | |
| 3-6-86 | OPV/IPV B | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| | | | |
| 12-18-85 | MMR | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| | MR | | |
| | Measles | | |
| | | | |
| | Mumps | | |
| | | | |
| | Rubella | | |
| | | | |
| | HbCV | | |
| | | | |
| | Influenza | | |
| | | | |
| | Pneumococcal | | |
| | | | |
| AUG 06 1999 | Hepatitis B #1 | CORPUS CHRISTI CITY COUNTY HEALTH DEPT | |
| | | | |
| | | | |
| | OTHER | | |

| Hearing | Date: | | Signature: | | | | |
|---|---|---|---|---|---|---|---|
| Hz | 250 | 500 | 1000 | 2000 | 4000 | 6000 | ☐ Pass |
| R | | | | | | | ☐ Fail |
| L | | | | | | | |

| Vision | Date: | Signature: | |
|---|---|---|---|
| R 20/______ | L 20/______ | ☐ Pass | ☐ Fail |
| TB Test | Date: | Result: | |

PHYSICIAN'S VERIFICATION OF MEASLES/MUMPS ILLNESS

This is to verify that the person for whomthis card was issued had:

☐ measles illness on or about ______________ (month and year)

☐ mumps illness on or about ______________ (month and year)

______________ Date

______________ Physician's Signature

Scanned Jun 18, 2013

Information for Life's Transitions

# CAREER PLANNING SURVEY REPORT

*Side 1*

For: RAMIREZ, JOHN H
Claude Cunningham Middle S, Grade 8
Date: September 24, 1997
About: Jobs You May Wish to Consider

The World-of-Work Map to the right arranges 23 Career Areas (groups of similar jobs) according to primary work tasks:

Working with—

- PEOPLE (care, services, leadership, sales, etc.)
- DATA (facts, numbers, files, business procedures)
- THINGS (machines, living things, materials such as food, wood, metal)
- IDEAS (knowledge, insights, new ways of expressing something)

Together, these Career Areas include all jobs in the work world. The Map is divided into 12 regions—like slices of pizza! Unlike pizza, each "slice" (map region) has a different work task "flavor."

**Your Trial Job Choice**

When you completed the Career Planning Survey, we asked you to make a trial job choice. You told us that it best fit Career Area:

Construction and Maintenance

Please circle this Career Area on the Map (see Region 6).

Any job involves some work with People, Data, Things, and Ideas. As the Map shows, jobs in the Career Area you selected mainly involve working with Things.

Is this what you expected? Is it in line with the interests and abilities you reported? See below!

**Your Work-Relevant Interest and Abilities**

When you completed the Career Planning Survey, you told us about everyday activities that interest you—and about your abilities. The World-of-Work Map regions that best fit what you told us are shaded on the map. (See the Map's color key.)

Because interests and abilities are different, their map regions may not overlap. If they don't, you will need to decide which to emphasize as you explore your job possibilities. Please turn to side 2 of this report.

## World-of-Work Map

Key:
= map regions in line with your measured interests
= map regions in line with your ability self-estimates
= map regions in line with both

If your interest regions are separated, two interest scores were tied for highest. (The same applies to ability self-estimates.) If your interest or ability region falls in Region ?, your answers did not show a clear pattern; they do not suggest jobs to explore. Your counselor may have some suggestions. If no regions are shaded, your scores were missing.

by ACT, Inc. All rights reserved.

Scanned Jun 18, 2013

TAAS

# TEXAS ASSESSMENT OF ACADEMIC SKILLS

## OPTIONAL CONFIDENTIAL STUDENT ITEM ANALYSIS REPORT

## SPRING 1998

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84

DISTRICT: 178-904 CORPUS CHRISTI
CAMPUS: 046 CUNNINGHAM MIDD
REPORT DATE: SUMMER 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

### READING

Met Minimum Expectations: Yes
Texas Learning Index: 8-80

| ITEM | OBJECTIVE | CORRECT ANSWER | STUDENT'S ANSWER |
|---|---|---|---|
| 1. | 4 | D | + |
| 2. | 5 | G | + |
| 3. | 5 | B | + |
| 4. | 5 | H | G |
| 5. | 2 | A | + |
| 6. | 2 | G | + |
| 7. | 3 | B | + |
| 8. | 6 | J | + |
| 9. | 1 | B | D |
| 10. | 5 | J | + |
| 11. | 4 | D | + |
| 12. | 1 | G | + |
| 13. | 3 | B | + |
| 14. | 3 | J | + |
| 15. | 6 | A | + |
| 16. | 6 | H | + |
| 17. | 4 | A | + |
| 18. | 5 | J | + |
| 19. | 5 | D | + |
| 20. | 5 | G | + |
| 21. | 6 | B | + |
| 22. | 5 | F | + |
| 23. | 1 | D | + |
| 24. | 5 | F | + |
| 25. | 5 | D | + |
| 26. | 5 | F | + |
| 27. | 4 | C | + |
| 28. | 3 | F | + |
| 29. | 3 | B | + |
| 30. | 5 | H | J |
| 31. | 5 | D | + |
| 32. | 5 | H | J |
| 33. | 6 | B | A |
| 34. | 4 | H | + |
| 35. | 5 | B | + |
| 36. | 1 | J | + |
| 37. | 4 | B | + |
| 38. | 4 | G | + |
| 39. | 2 | C | + |
| 40. | 3 | G | H |
| 41. | 3 | D | B |
| 42. | 5 | F | J |
| 43. | 6 | D | + |
| 44. | 4 | J | + |
| 45. | 3 | B | + |
| 46. | 2 | J | H |
| 47. | 6 | D | B |
| 48. | 6 | J | G |

### MATHEMATICS

Met Minimum Expectations: Yes
Texas Learning Index: 8-85

| ITEM | OBJECTIVE | CORRECT ANSWER | STUDENT'S ANSWER |
|---|---|---|---|
| 1. | 1 | F | + |
| 2. | 3 | B | + |
| 3. | 4 | J | + |
| 4. | 2 | C | + |
| 5. | 4 | J | + |
| 6. | 5 | C | + |
| 7. | 4 | G | + |
| 8. | 4 | C | + |
| 9. | 2 | J | + |
| 10. | 1 | C | + |
| 11. | 1 | H | + |
| 12. | 2 | A | + |
| 13. | 1 | F | + |
| 14. | 3 | D | A |
| 15. | 3 | J | + |
| 16. | 3 | B | + |
| 17. | 5 | H | + |
| 18. | 5 | A | + |
| 19. | 2 | H | + |
| 20. | 5 | C | + |
| 21. | 12 | F | + |
| 22. | 12 | E | + |
| 23. | 13 | H | + |
| 24. | 10 | C | + |
| 25. | 12 | J | + |
| 26. | 11 | D | + |
| 27. | 12 | K | + |
| 28. | 12 | B | + |
| 29. | 13 | J | + |
| 30. | 11 | B | + |
| 31. | 11 | G | + |
| 32. | 12 | C | + |
| 33. | 10 | G | + |
| 34. | 11 | B | + |
| 35. | 10 | H | + |
| 36. | 11 | E | + |
| 37. | 12 | H | + |
| 38. | 11 | D | + |
| 39. | 11 | J | H |
| 40. | 10 | C | + |
| 41. | 11 | F | + |
| 42. | 13 | C | A |
| 43. | 12 | K | + |
| 44. | 13 | G | + |
| 45. | 7 | F | + |
| 46. | 6 | B | + |
| 47. | 6 | H | G |
| 48. | 7 | D | + |
| 49. | 8 | G | + |
| 50. | 8 | D | + |
| 51. | 7 | G | + |
| 52. | 9 | B | + |
| 53. | 8 | J | + |
| 54. | 6 | D | E |
| 55. | 7 | F | + |
| 56. | 8 | C | D |
| 57. | 9 | G | K |
| 58. | 9 | C | + |
| 59. | 9 | G | + |
| 60. | 6 | C | + |

### WRITING

Met Minimum Expectations:
Scale Score:

| ITEM | OBJECTIVE | CORRECT ANSWER | STUDENT'S ANSWER |
|---|---|---|---|
| | | NOT TESTED EXEMPT-ARD | |

**WRITTEN COMMUNICATION**

**Persuasive**

Written Composition Rating

+ = student's answer correct
NR = no response, student did not answer
Additional information about this student's performance and a listing of the objectives are found on the Confidential Student Report.

Print # 1-04203

Scanned Jun 18, 2013

TAAS

# TEXAS ASSESSMENT OF ACADEMIC SKILLS

## CONFIDENTIAL STUDENT ITEM ANALYSIS REPORT

## SPRING 1998

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84

DISTRICT: 178-904 CORPUS CHRISTI
CAMPUS: 046 CUNNINGHAM MIDD
REPORT DATE: SUMMER 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| SCIENCE | | | | SOCIAL STUDIES | | | |
|---|---|---|---|---|---|---|---|
| Met Minimum Expectations:<br>Scale Score: | | | | Met Minimum Expectations:<br>Scale Score: | | | |
| ITEM | OBJECTIVE | CORRECT ANSWER | STUDENT'S ANSWER | ITEM | OBJECTIVE | CORRECT ANSWER | STUDENT'S ANSWER |
| | NOT TESTED EXEMPT-ARD | | | | NOT TESTED EXEMPT-ARD | | |

\+ = student's answer correct
NR = no response, student did not answer

Additional information about this student's performance and a listing of the objectives are found on the Confidential Student Report.

Print # 1-04204

Scanned Jun 18, 2013

# ALGEBRA I TEXAS END-OF-COURSE
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE B VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: SUMMER 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| ALGEBRA I | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **GRAPHING** | | |
| 1. Characteristics of Graphing | YES | 3/4 |
| 2. Applications of Graphing | NO | 2/4 |
| 3. Equations of Lines | YES | 3/4 |
| **EQUATIONS AND INEQUALITIES** | | |
| 4. Linear Equations/Inequalities | NO | 2/4 |
| 5. Quadratic Equations | YES | 3/4 |
| 6. Polynomials | YES | 4/4 |
| **PROBLEM SOLVING** | | |
| 8. Exponents, Quadratic Situations, and Right Triangles | YES | 4/4 |
| 9. One- or Two-Variable Situations | YES | 6/8 |
| 10. Probability, Ratio and Proportion, Data Analysis | YES | 4/4 |
| TOTAL OBJECTIVES MASTERED: 7 | TOTAL ITEMS: | 31/40 |

PERFORMANCE STANDARD:
Scale Score of 1500

TEST RESULTS:
Pass: YES
Scale Score: 1550

DOCUMENT NO.
9448-00038

* Objective mastery standards for Algebra I are as follows: 3/4 or 6/8 items.
You should contact your school if you need further explanation.

Print # 1-18898-001

Scanned Jun 18, 2013

# ALGEBRA I TEXAS END-OF-COURSE

## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE B VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: SUMMER 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| ALGEBRA I | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **GRAPHING** | | |
| 1. Characteristics of Graphing | YES | 3/4 |
| 2. Applications of Graphing | NO | 2/4 |
| 3. Equations of Lines | YES | 3/4 |
| **EQUATIONS AND INEQUALITIES** | | |
| 4. Linear Equations/Inequalities | NO | 2/4 |
| 5. Quadratic Equations | YES | 3/4 |
| 6. Polynomials | YES | 4/4 |
| **PROBLEM SOLVING** | | |
| 8. Exponents, Quadratic Situations, and Right Triangles | YES | 4/4 |
| 9. One- or Two-Variable Situations | YES | 6/8 |
| 10. Probability, Ratio and Proportion, Data Analysis | YES | 4/4 |
| TOTAL OBJECTIVES MASTERED: | 7 | TOTAL ITEMS: 31/40 |

PERFORMANCE STANDARD:
Scale Score of 1500

TEST RESULTS:
Pass: YES
Scale Score: 1550

DOCUMENT NO.
9448-00038

* Objective mastery standards for Algebra I are as follows: 3/4 or 6/8 items.
You should contact your school if you need further explanation.

Print # 3-18898-001

Scanned Jun 18, 2013

# ALGEBRA I TEXAS END-OF-COURSE

## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE B VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: SUMMER 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| ALGEBRA I | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **GRAPHING** | | |
| 1. Characteristics of Graphing | YES | 3/4 |
| 2. Applications of Graphing | NO | 2/4 |
| 3. Equations of Lines | YES | 3/4 |
| **EQUATIONS AND INEQUALITIES** | | |
| 4. Linear Equations/Inequalities | NO | 2/4 |
| 5. Quadratic Equations | YES | 3/4 |
| 6. Polynomials | YES | 4/4 |
| **PROBLEM SOLVING** | | |
| 8. Exponents, Quadratic Situations, and Right Triangles | YES | 4/4 |
| 9. One- or Two-Variable Situations | YES | 6/8 |
| 10. Probability, Ratio and Proportion, Data Analysis | YES | 4/4 |
| TOTAL OBJECTIVES MASTERED: | 7 | TOTAL ITEMS: 31/40 |

PERFORMANCE STANDARD:
Scale Score of 1500

TEST RESULTS:
Pass: YES
Scale Score: 1550

DOCUMENT NO.
9448-00038

* Objective mastery standards for Algebra I are as follows: 3/4 or 6/8 items.
You should contact your school if you need further explanation.

Print # 2-18898-001

Scanned Jun 18, 2013

# TAAS TEXAS ASSESSMENT OF ACADEMIC SKILLS
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: MAY 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| WRITING | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| WRITTEN COMMUNICATION | | |
| 1-4. Persuasive Written Composition Rating: | | |
| 5. Sentence Construction | | |
| 6. English Usage | | |
| 7. Use of Spelling, Capitalization, and Punctuation | | |
| TOTAL MULTIPLE-CHOICE OBJECTIVES MASTERED: | | TOTAL ITEMS: |

PERFORMANCE STANDARD: Scale Score of 1500 and Written Composition of 2, 3, or 4

TEST RESULTS:
Met Minimum Expectations:
Scale Score:

NOT TESTED
EXEMPT-ARD

| READING | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| READING COMPREHENSION | | |
| 1. Word Meaning | YES | 3/4 |
| 2. Supporting Ideas | YES | 3/4 |
| 3. Summarization | YES | 6/8 |
| 4. Relationships and Outcomes | YES | 8/8 |
| 5. Inferences and Generalizations | NO | 12/16 |
| 6. Point of View, Propaganda, and Fact and Nonfact | NO | 5/8 |
| TOTAL OBJECTIVES MASTERED: | 4 | TOTAL ITEMS: 37/48 |

PERFORMANCE STANDARD: Texas Learning Index of 8-70

TEST RESULTS:
Met Minimum Expectations: YES
Texas Learning Index: 8-80

Maximum TLI Score Possible: 8-99

8-0 8-30 8-50 8-70 8-99

| MATHEMATICS | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| CONCEPTS | | |
| 1. Number Concepts | YES | 4/4 |
| 2. Algebraic/Mathematical Relations and Functions | YES | 4/4 |
| 3. Geometric Properties and Relationships | YES | 3/4 |
| 4. Measurement Concepts | YES | 4/4 |
| 5. Probability and Statistics | YES | 4/4 |
| OPERATIONS | | |
| 6. Use of Addition to Solve Problems | NO | 2/4 |
| 7. Use of Subtraction to Solve Problems | YES | 4/4 |
| 8. Use of Multiplication to Solve Problems | YES | 3/4 |
| 9. Use of Division to Solve Problems | YES | 3/4 |
| PROBLEM SOLVING | | |
| 10. Problem Solving Using Estimation | YES | 4/4 |
| 11. Problem Solving Using Solution Strategies | YES | 7/8 |
| 12. Problem Solving Using Mathematical Representation | YES | 8/8 |
| 13. Evaluation of the Reasonableness of a Solution | YES | 3/4 |
| TOTAL OBJECTIVES MASTERED: | 12 | TOTAL ITEMS: 53/60 |

PERFORMANCE STANDARD: Texas Learning Index of 8-70

TEST RESULTS:
Met Minimum Expectations: YES
Texas Learning Index: 8-85

Maximum TLI Score Possible: 8-92

8-0 8-30 8-50 8-70 8-92

DOCUMENT NO. 4552-00844-12606

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 6/8, 9/12, 11/14 or 13/16 items. In writing, a score of 3 or 4 is needed to master objectives 1-4, which are measured by the written composition.
You should contact the school to which your results were sent if you need further explanation.

Print # 2-16914-252

Scanned Jun 18, 2013

# TAAS TEXAS ASSESSMENT OF ACADEMIC SKILLS
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: MAY 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| SCIENCE | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Scale Score of 1500 |
|---|---|---|---|
| ACQUIRING/CLASSIFYING INFORMATION | | | TEST RESULTS: Met Minimum Expectations: Scale Score: NOT TESTED EXEMPT-ARD |
| 1. Acquire Data | | | |
| 2. Classify Information | | | |
| COMMUNICATING/INTERPRETING INFORMATION | | | |
| 3. Communicate Data | | | |
| 4. Interpret Data | | | |
| 5. Infer, Generalize, Predict | | | |
| SOLVING PROBLEMS - INVESTIGATING | | | |
| 6. Conduct Investigations | | | |
| 7. Draw Conclusions | | | |
| SOLVING PROBLEMS - APPLYING KNOWLEDGE | | | |
| 8. Apply Knowledge | | | |
| TOTAL OBJECTIVES MASTERED: | | TOTAL ITEMS: | |

| SOCIAL STUDIES | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Scale Score of 1500 |
|---|---|---|---|
| UNDERSTANDING CONCEPTS | | | TEST RESULTS: Met Minimum Expectations: Scale Score: NOT TESTED EXEMPT-ARD |
| 1. Civic Rights and Responsibilities | | | |
| 2. American and Other Economic Systems | | | |
| 3. American and Other Political Systems | | | |
| 4. Geographical Concepts and Information | | | |
| 5. Historical Concepts and Information | | | |
| 6. Sociological and Cultural Factors | | | |
| EVALUATING CONCEPTS | | | |
| 7. Interpret Social Studies Data | | | |
| 8. Analyze Relationships in Social Studies | | | |
| 9. Make Generalizations/Draw Inferences, Conclusions | | | |
| 10. Use Problem-solving/Decision-making Skills | | | |
| DOCUMENT NO. 4552-00844-12606 — TOTAL OBJECTIVES MASTERED: | | TOTAL ITEMS: | |

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 5/6, or 6/8 items.
You should contact the school to which your results were sent if you desire further explanation.

Print # 2-16915-252

Scanned Jun 18, 2013

ACT
Information for Life's Transitions

# CAREER PLANNING SURVEY REPORT
*Side 1*

For: RAMIREZ, JOHN H
Claude Cunningham Middle S, Grade 8
Date: September 24, 1997
About: Jobs You May Wish to Consider

The World-of-Work Map to the right arranges 23 Career Areas (groups of similar jobs) according to primary work tasks:

Working with—

- PEOPLE (care, services, leadership, sales, etc.)
- DATA (facts, numbers, files, business procedures)
- THINGS (machines, living things, materials such as food, wood, metal)
- IDEAS (knowledge, insights, new ways of expressing something)

Together, these Career Areas include all jobs in the work world. The Map is divided into 12 regions—like slices of pizza! Unlike pizza, each "slice" (map region) has a different work task "flavor."

## Your Trial Job Choice

When you completed the Career Planning Survey, we asked you to make a trial job choice. You told us that it best fit Career Area:
Construction and Maintenance
Please circle this Career Area on the Map (see Region 6).

Any job involves some work with People, Data, Things, and Ideas. As the Map shows, jobs in the Career Area you selected mainly involve working with Things.

Is this what you expected? Is it in line with the interests and abilities you reported? See below!

## Your Work-Relevant Interest and Abilities

When you completed the Career Planning Survey, you told us about everyday activities that interest you--and about your abilities. The World-of-Work Map regions that best fit what you told us are shaded on the map. (See the Map's color key.)

Because interests and abilities are different, their map regions may not overlap. If they don't, you will need to decide which to emphasize as you explore your job possibilities. Please turn to side 2 of this report.

© by ACT, Inc. All rights reserved.

## World-of-Work Map

Key:
= map regions in line with your measured interests
= map regions in line with your ability self-estimates
= map regions in line with both

If your interest regions are separated, two interest scores were tied for highest. (The same applies to ability self-estimates.) If your interest or ability region falls in Region ?, your answers did not show a clear pattern; they do not suggest jobs to explore. Your counselor may have some suggestions. If no regions are shaded, your scores were missing.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

**Home Language Survey**
**Prekindergarten through Grade 12**

Date 8-29-97

Name of Student John Ramirez

Campus Cunningham Grade 8

**TO BE COMPLETED BY PARENT or GUARDIAN:**

(1) What language did the student first learn to speak? English

(2) What language does the student speak **most of the time**? English

(3) Does the student speak or understand a language(s) other than English, learned outside the academic (school) setting?
Please circle: **Yes** or **No** (circled: No)
If you circled **Yes**, specify which language(s): ________

(4) What language is spoken in your home **most of the time**? English

(5) Does anyone in the student's **household** speak a language other than English?
Please circle **Yes** or **No** (circled: Yes)
If you circled **Yes**, specify which language(s): Spanish

(6) Do you need District communications in a language other than English?
Please circle. **Yes** or **No** (circled: No)
If you circled **Yes**, specify which language(s): ________

Lupita Alejandro
Signature of Parent or Guardian

8-29-97
Date

br
6/97

397-08-04-006

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

1997-1998 Documentation for Non-Testing for
English as a Second Language Program (ESL) Identification, Grades 6-8

Student Name John H. Ramirez  I.D. # 9665114
Campus Cunningham M.S  Grade Level 8

Students whose Home Language Survey had "yes" circled on questions three, five, or six and who meet the specified criteria given below do not need to be tested for ESL program identification. Please check the number below that indicates the criteria used for non-testing of students.

NOTE:
- TAAS mastery is defined as
  -- a passing TLI score of 70 or above on TAAS Reading.
  -- 1500 scale score on TAAS Writing.
- Core curricular subjects are English, mathematics, reading, social studies, and science.

✓ 1: Grades 6 through 8 students who ONLY circled "yes" to Question 5.
- Passed all core curricular subjects taken during the 1996-1997 school year.

_____ 2: Grades 6 through 8 students who ONLY circled "yes" to Question 3.

**Grade 6 student:**
- Mastered Grade 4 TAAS Reading and Writing during the 1995-1996 school year.
- Mastered Grade 5 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

**Grade 7 student:**
- Mastered Grade 4 TAAS Reading and Writing during the 1994-1995 school year.
- Mastered Grade 5 TAAS Reading during the 1995-1996 school year.
- Mastered Grade 6 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

**Grade 8 student:**
- Mastered Grade 4 TAAS Reading and Writing during the 1993-1994 school year.
- Mastered Grade 5 TAAS Reading during the 1994-1995 school year.
- Mastered Grade 6 TAAS Reading during the 1995-1996 school year.
- Mastered Grade 7 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

_____ 3: Grades 6 through 8 students who ONLY circled "yes" to Question 6.

**Grade 6 student:**
- Mastered Grade 4 TAAS Reading and Writing during the 1995-1996 school year.
- Mastered Grade 5 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

**Grade 7 student:**
- Mastered Grade 4 TAAS Reading and Writing during the 1994-1995 school year.
- Mastered Grade 5 TAAS Reading during the 1995-1996 school year.
- Mastered Grade 6 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

**Grade 8 student:**
- Mastered Grade 4 TAAS Reading and Writing during the 1993-1994 school year.
- Mastered Grade 5 TAAS Reading during the 1994-1995 school year.
- Mastered Grade 6 TAAS Reading during the 1995-1996 school year.
- Mastered Grade 7 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

Scanned Jun 18, 2013

_________ 4: Grades 6 through 8 students who circled "yes" to Questions 3, 5 and 6 in any combination

Grade 6 student:

- Mastered Grade 4 TAAS Reading and Writing during the 1995-1996 school year.
- Mastered Grade 5 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

Grade 7 student:

- Mastered Grade 4 TAAS Reading and Writing during the 1994-1995 school year.
- Mastered Grade 5 TAAS Reading during the 1995-1996 school year.
- Mastered Grade 6 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

Grade 8 student:

- Mastered Grade 4 TAAS Reading and Writing during the 1993-1994 school year.
- Mastered Grade 5 TAAS Reading during the 1994-1995 school year
- Mastered Grade 6 TAAS Reading during the 1995-1996 school year.
- Mastered Grade 7 TAAS Reading during the 1996-1997 school year.
- Passed all core curricular subjects taken during the 1996-1997 school year.

Scanned Jun 18, 2013

Southwestern Bell

ACCT NUMBER 512 854 1481 251 4
JULY 25, 1996
RETURN PAGE

PAGE 1

AMOUNT DUE 72.84

MAKE CHECKS PAYABLE TO SWBT
** PLEASE MAIL THIS PAGE WITH YOUR PAYMENT **

**C021
S55

GUADALUPE ALEJANDRO
3801 CASTILLA CT
CRP CHRISTI TX 78415-4514

John Ramirez
# 966511Y

12
ACCOUNT IS OVERDUE
SEE REMINDER NEXT PAGE

MAIL PAYMENT TO:
PO BOX 4844
HOUSTON TX 77097-0079

99 55 5128541481 251 0924 1008 520004 000002832 000007284 05

See Reverse

Scanned Jun 18, 2013

ATE OF BIRTH

# Cumulative Record — Grades K-6 (continued)

TELEPHONE NO. (In Pencil)

## EDUCATIONAL TEST RECORD

TEST DATE: 05/95
STUDENT: RAMIREZ JOHN H
STUDENT ID (PEIMS): 454713620 DOB: 06/29/84
DISTRICT: 178-915 WEST OSO ISD
CAMPUS: 101 ALLEN EL

05

| | TLI | MET MIN. EXPECT. |
|---|---|---|
| READING | EXEMPT-ARD | |
| MATH | EXEMPT-ARD | |

| Score | T.A.* | Remarks |
|---|---|---|
| | | |

*Test Age; the Score in Chronological Age, Mental Age, or Achievement Age. Use %ile if preferred.

## GROWTH, HEALTH, AND IMMUNIZATION RECORD

| Date | Hgt. | Wgt. | Notes on Health, Diseases, and Vaccination |
|---|---|---|---|
| | | | |

## RECORD OF SPECIAL EDUCATION AND PHYSICAL DEFECTS

| Grade | *Item | Condition | Action Take | Year-end Results |
|---|---|---|---|---|
| | | | | |

*1. Deficient Vision 2. Deficient Hearing 3. Orthopedic Handicaps 4. Speech Disorders 5. Lowered Vitality 6. Nervous Disorders 7. Teeth 8. Lungs 9. Tonsils 10. Adenoids 11. Skin 12. Feet 13. Posture 14. Heart 15. 16. 17. 18.

| Grade | Interests, Distinctions, and Memberships |
|---|---|
| | |

| Date | Final Recommendation and Comments |
|---|---|
| | |

Signed by:

Scanned Jun 18, 2013

order Form 7103- • Steck-Vaughn Company

| Boy / Girl | (Last Name) | (First) | (Middle) | Birthplace Country or U.S. State | Speaks English | Education | Occupation of Parents or Guardian |
|---|---|---|---|---|---|---|---|
| STUDENT | Ramirez Jr. | John | Henry | | | | |
| FATHER | Ramirez, Sr. | John | | | | | |
| MOTHER | Ramirez | Priscilla | | | | | |
| LEGAL GUARDIAN | Alejandro, Guadalupe | | | | | | |

Birthdate June 29, 1984

Birthdate Based on:

Age at Entrance:

School Last Attended: Thomas Jefferson Elem, Houston, TX.

Identification: Picture, Fingerprint, or D

Color Eyes

Color Hair

Other:

## RECORD OF ATTENDANCE, SCHOLARSHIP, AND RESIDENCE

IREZ JR. JOHN H ID 220432

T THIS TO DATE SCH YEAR 94-95 GRADE 5

PRESENT 55.0 DAYS ABSENT W/D

STAND OF CARL ALLEN ELEMENTARY

CT CON=005

| Subject | S-1 | S-2 | AVG. | CR. | TEACHER |
|---|---|---|---|---|---|
| H 5 | 78 | 84 | 81 | | STARK |
| IAL STUDIES5 | 70 | 72 | 71 | | STARK |
| ENCE 5 | 70 | 73 | 72 | | STARK |
| G-SPELL-WRTG | 79 | 83 | 81 | | STARK |
| DING 5 | 84 | 81 | 83 | | STARK |
| HEALTH 5 | | | | | GUESS |
| E ARTS 5 | | | | | STARK |
| /LA AVG | 82 | 82 | 82 | | |
| ALL CORE AVG | 75 | 78 | 77 | | |

MOTED

| Grade | Social Studies: Citizenship | Government | History | Geography | Home Ec. and Voc. Ed.: Agriculture | Homemaking | Shop Work | Art, Music, Physical Ed.: Physical Ed. | Health | Music | Art or Drawing | Mathematics and Science: Arithmetic-Mathematics | Science | Other Studies and Traits: Effort | Study Habits | Retained or Promoted to | Withdrawn: Date and Reason | Name of Teacher | School or Building | County, Parish, or City | Residence: Street Name and ? or District Numb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | 4318 Ma |
| 5 | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | |

Notes on Transportation:

| COMMENTS ON HOME, FAMILY, BEHAVIOR, AND SOCIAL ADJUSTMENTS | Kindergarten | Grade 1 | Grade 2 | Grade 3 | Grade 4 | Grade 5 | Grade 6 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Scanned Jun 18, 2013

Name of Child John Ramirez Grade 6

Date of Evaluation 10/5

Please answer all questions. Beside *each* item, indicate the degree of the problem by a check mark: (✓)

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 1. Restless in the "squirmy" sense. | | | | ✓ |
| 2. Makes inappropriate noises when he shouldn't. | | | ✓ | |
| 3. Demands must be met immediately. | | | | ✓ |
| 4. Acts "smart" (impudent or sassy). | | | | ✓ |
| 5. Temper outbursts and unpredictable behavior. | | | | ✓ |
| 6. Overly sensitive to criticism. | | | ✓ | |
| 7. Distractibility or attention span a problem. | | | | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 8. Disturbs other children. | | | | ✓ |
| 9. Daydreams. | | | ✓ | |
| 10. Pouts and sulks. | | ✓ | | |
| 11. Mood changes quickly and drastically. | | | | ✓ |
| 12. Quarrelsome. | | | | ✓ |
| 13. Submissive attitude toward authority. | ✓ | | | |
| 14. Restless, always "up and on the go." | | | | ✓ |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 15. Excitable, impulsive. | | | | ✓ |
| 16. Excessive demands for teacher's attention. | | | ✓ | |
| 17. Appears to be unaccepted by group. | | | | ✓ |
| 18. Appears to be easily led by other children. | ✓ | | | |
| 19. No sense of fair play. | | | | ✓ |
| 20. Appears to lack leadership. | | | ✓ | |
| 21. Fails to finish things that he starts. | | | ✓ | |

| | Not at all | Just a little | Pretty much | Very much |
|---|---|---|---|---|
| 22. Childish and immature. | | | ✓ | |
| 23. Denies mistakes or blames others. | | | ✓ | |
| 24. Does not get along well with other children. | | | | ✓ |
| 25. Uncooperative with classmates. | | | | ✓ |
| 26. Easily frustrated in efforts. | | | | ✓ |
| 27. Uncooperative with teacher. | | | ✓ | |
| 28. Difficulty in learning. | | | ✓ | |

Rec. 10/5 2:40pm from counselor

Returned 9:08 A.M 10/6 to counselor

B. Jane[illegible]

Scanned Jun 18, 2013

# PERMANENT TEST RECORD

Grades 1-12

Houston Independent School District

Students Name Ramirez, John H.
Last First M

Student ID. 444601412

Name (parent or guardian) Priscilla Ramirez

Date of birth 6 - 29 19 84 (Mo) (Day) Sex M F (Circle)

Boehm-R ~~Metropolitan Readiness Test~~ GRADE 1

Form C Student Age ____ Yr. Mo ____ Yr.

Teacher Mrs. Norman

| | Raw Score | Stanine | (circle) Per-Rate |
|---|---|---|---|
| Total Aud. | | | L A H |
| Total Vis. | | | L A H |
| Total Lang. | 38 | | L A H |
| Pre-Reading | R.S. | %-ile | Stn. |
| Comp. Score | | | L A H |
| Total Quant. | | | L A H |
| Copying | L BA Avg. | AA | H |

METROPOLITAN ACHIEVEMENT TESTS

MAT6 SURVEY

RAMIREZ JOHN H Gr 1 AGE 6- 9 Test Date 4/91
Student No.000446042 Level PRIMARY 1 Norms
Form L Grade 1.7
IRL PREPRIM 2 IML GRD 1 H.O.T.S. AVERAGE

| SCORE TYPE | VOCAB | WRD REC SKILLS | READING COMP | MATH CONC | MATH PROB SOLV |
|---|---|---|---|---|---|
| RAW SCORE | 6 | 16 | 16 | 21 | 16 |
| SCALED SCORE | 436 | 526 | 470 | 513 | 502 |
| GRADE EQUIV | 1.3 | 1.6 | 1.4 | 1.6 | 1.7 |
| NAT'L PR-S | 18-3 | 47-5 | 16-3 | 46-5 | 50-5 |

| SCORE TYPE | MATH COMP | SPELLING | LANGUAGE | SCIENCE | SOC ST | RESEARCH SKILLS | TOT RDG/ READING | TOT MATH/ MATH | TOT LANG/ LANG | TOT BASIC BATTERY | TOT COMP BATTERY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RAW SCORE | 13 | 11 | 16 | 20 | 20 | | 38 | 50 | 27 | 115 | 155 |
| SCALED SCORE | 462 | 461 | 530 | 524 | 523 | | 479 | 493 | 500 | 486 | 493 |
| GRADE EQUIV | 1.6 | 1.0 | 1.3 | 1.0 | 1.2 | | 1.4 | 1.7 | 1.1 | 1.5 | 1.5 |
| NAT'L PR-S | 47-5 | 36-4 | 46-5 | 27-4 | 34-4 | | 20-3 | 48-5 | 40-5 | 32-4 | 28-4 |

Iowa Tests of Basic Skills

STUDENT NAME RAMIREZ, JOHN STUDENT I.D. NUMBER 446042 GRADE 2 LEVEL 08 FORM J DATE TESTED 5/92 NORMS SPRING 91 OTHER INFORMATION 0

| REFERENCE TO SCORES SHOWN | LISTENING | WORD ANALYSIS | VOCABULARY | READING | SPELLING | CAPITALIZATION | PUNCTUATION | USAGE | L TOTAL | VISUAL MATERIALS | REFERENCE MATERIALS | W TOTAL | MATH CONCEPTS | MATH PROBLEMS | COMPUTATION | M TOTAL | BASIC COMPOSITE | COMPLETE COMPOSITE | SOCIAL STUDIES | SCIENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCE | | 56 | 45 | 46 | | | | | | | | | 43 | 35 | 21 | 31 | | | | |
| NPR-S | | 60 | 40 | 42 | | | | | | | | | 37 | 24 | 8 | 19 | | | | |

Press Label Here

STUDENT NAME RAMIREZ, JOHN — Iowa Tests of Basic Skills GRADE 2 TEST DATE 5/92

| SCORES SHOWN | LISTEN | WORD AN | VOCAB | READING | LANG | WORK ST | MATH | TOTAL |
|---|---|---|---|---|---|---|---|---|
| NPR | | 60 | 40 | 42 | | | 19 | |

PERCENTILE RANK NORMS

Press Label Here GRADE 1

TAAS CONFIDENTIAL
TEST DATE: 09/92
STUDENT: RAMIREZ JOHN H
BIRTH DATE: 06/29/84
STUDENT ID (PEIMS): S17293059
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 182 JEFFERSON EL

GRADE 03

| | SCALE SCORE | MET MINIMUM EXPECTATIONS |
|---|---|---|
| WRITING | 1380 | NO |
| READING | 1480 | NO |
| MATHEMATICS | 1480 | NO |

Press Label Here

TAAS CONFIDENTIAL
TEST DATE: 05/94
STUDENT: RAMIREZ JOHN H
STUDENT ID (PEIMS): S17293059 DOB: 06/29/84
DISTRICT: 101-912 HOUSTON ISD
CAMPUS: 182 JEFFERSON EL

GRADE 04

| | SCALE SCORE | TLI | MET MIN. EXPECT. | MASTER ALL OBJ. |
|---|---|---|---|---|
| WRITING | 1470 | | NO | |
| READING | | 4-42 | NO | |
| MATHEMATICS | | 4-76 | YES | |

Receiving Bilingual Services Yes____ No____
Comments (if approp.) ____

SUPPLEMENTARY TESTS ON OTHER SIDE

Receiving Special Services Yes____ No____
Comments (if approp.) ____

All Norm-Referenced (standardized) tests must be recorded.

This card must be kept on file in Principal's office.

Scanned Jun 18, 2013

# TAAS TEXAS ASSESSMENT OF ACADEMIC SKILLS
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: RICHARD PELTZ

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 053 WYNN SEALE MIDDLE
REPORT DATE: MAY 1996
DATE OF TESTING: SPRING 1996
GRADE: 06

### READING

| READING COMPREHENSION | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| 1. Word Meaning | YES | 4/4 |
| 2. Supporting Ideas | YES | 3/4 |
| 3. Summarization | YES | 5/6 |
| 4. Relationships and Outcomes | YES | 5/6 |
| 5. Inferences and Generalizations | YES | 12/14 |
| 6. Point of View, Propaganda, and Fact and Nonfact | NO | 4/6 |
| TOTAL OBJECTIVES MASTERED: | 5 | TOTAL ITEMS: 33/40 |

PERFORMANCE STANDARD:
Texas Learning Index of 6-70

TEST RESULTS:
Met Minimum Expectations: YES
Texas Learning Index: 6-86

Maximum TLI Score Possible: 6-100

6-0 6-30 6-50 6-70 6-100

### MATHEMATICS

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| **CONCEPTS** | | |
| 1. Number Concepts | YES | 4/4 |
| 2. Algebraic/Mathematical Relations and Functions | YES | 4/4 |
| 3. Geometric Properties and Relationships | YES | 4/4 |
| 4. Measurement Concepts | YES | 4/4 |
| 5. Probability and Statistics | YES | 4/4 |
| **OPERATIONS** | | |
| 6. Use of Addition to Solve Problems | YES | 3/4 |
| 7. Use of Subtraction to Solve Problems | YES | 4/4 |
| 8. Use of Multiplication to Solve Problems | YES | 4/4 |
| 9. Use of Division to Solve Problems | YES | 3/4 |
| **PROBLEM SOLVING** | | |
| 10. Problem Solving Using Estimation | YES | 3/4 |
| 11. Problem Solving Using Solution Strategies | YES | 5/6 |
| 12. Problem Solving Using Mathematical Representation | YES | 6/6 |
| 13. Evaluation of the Reasonableness of a Solution | YES | 4/4 |
| TOTAL OBJECTIVES MASTERED: | 13 | TOTAL ITEMS: 52/56 |

PERFORMANCE STANDARD:
Texas Learning Index of 6-70

TEST RESULTS:
Met Minimum Expectations: YES
Texas Learning Index: 6-87

MASTERED ALL OBJECTIVES

Maximum TLI Score Possible: 6-92

6-0 6-30 6-50 6-70 6-92

DOCUMENT NO. 6620-06210

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 5/6, or 11/14 items.
You should contact the school to which your results were sent if you desire further explanation.

Print # 1-42461-040

Scanned Jun 18, 2013

| STUDENT NO | ADDRESS | PHONE NO. | SEX | GRADE | BIRTH DATE |
|---|---|---|---|---|---|
| 446042 | 4411 FULTON N05 | 691-5572 | M | 05 | 06/29/84 |

| ACADEMIC SUBJECTS | 1 | 2 | 3 | 4 | FINAL AVG |
|---|---|---|---|---|---|
| READING | 74 | 76 | | | |
| WRITING | 67 | 82 | | | |
| SPELLING | 84 | 79 | | | |
| MATHEMATICS | 75 | 76 | | | |
| SCIENCE | 74 | 73 | | | |
| SOCIAL STUDIES | 78 | 77 | | | |
| ESL | | | | | |
| ENRICHMENT | | | | | |
| FINE ARTS | S | S | | | |
| HANDWRITING | N | N | | | |
| PHYSICAL EDUCATION | S | S | | | |
| HEALTH AND SAFETY | S | S | | | |
| SUPPLEMENTAL COURSES | | | | | |
| CHI LA | | | | | |
| CHI MATH | | S | | | |
| EXT DAY | | | | | |
| CONDUCT | U | P | | | |

| CITIZENSHIP | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| USES TIME AND MATERIALS EFFECTIVELY | N | | | |
| FOLLOWS CLASSROOM DIRECTIONS | N | N | | |
| PARTICIPATES WELL IN CLASS ACTIVITIES | N | | | |
| COMPLETES HOMEWORK | N | N | | |
| COMPLETES CLASSWORK | N | | | |
| IS COURTEOUS | N | | | |
| WORKS AND PLAYS WELL WITH OTHERS | N | N | | |
| FOLLOWS CLASSROOM RULES | N | N | | |
| ATTENDANCE | | | | |
| EXCUSED ABSENCES | 0 | 1 | | |
| UNEXCUSED ABSENCES | 0 | 0 | | |

| | |
|---|---|
| PROMOTION STANDARDS OVERALL AVERAGE OF 70 OR ABOVE | YEARLY AVG.: |
| LANGUAGE ARTS AVERAGE OF 70 OR ABOVE (READING 50%, WRITING 30%, SPELLING 20%) | L. ARTS AVG.: |
| MATHEMATICS AVERAGE OF 70 OR ABOVE | MATH AVG.: |

| SUBJ | SPECIAL EDUCATION NINE-WEEKS GRADES 1 | 2 | 3 | 4 | FINAL AVG |
|---|---|---|---|---|---|
| READING | | | | | |
| WRITING | | | | | |
| SPELLING | | | | | |
| MATH | | | | | |
| SCIENCE | | | | | |
| SOC. ST. | | | | | |

MEANING OF MARKS

ACADEMIC
A-90-100 EXCELLENT
B-80-89 GOOD
C-75-79 FAIR
D-70-74 PASSING
F-50-69 FAILING

ENRICHMENT
E - EXCELLENT
S - SATISFACTORY
N - NEEDS IMPROVEMENT
U - UNSATISFACTORY

CITIZENSHIP
N - NEEDS IMPROVEMENT

CONDUCT
E - EXCELLENT
S - SATISFACTORY
P - POOR
U - UNSATISFACTORY

EXPLANATION OF REPORT CARD:
* -FAILURE DUE TO EXCESSIVE ABSENCES
GRADES 70* OR ABOVE MAY BE APPEALED TO THE SCHOOL ATTENDANCE COMMITTEE
GRADE 1: FIRST SEMESTER ALL SUBJECTS GRADED EXCEPT SPELLING
LAST SEMESTER ALL SUBJECTS GRADED.
GRADES 2-6: ALL SUBJECTS GRADED.
N/A - GRADES NOT AVAILABLE

| SCHOOL YEAR | PERIOD ENDING | SCHOOL PRINCIPAL | DATE ENROLLED | TEACHER |
|---|---|---|---|---|
| 1994-1995 | 01/12/95 | A FARIAS | 08/22/94 | STILES |

COMMENTS

STUDENT IS (X) PROMOTED TO ________

RETAINED IN ________ GRADE ________

PLACED IN ________

A STUDENT WHO IS PLACED OR RETAINED IS INELIGIBLE FOR EXTRACURRICULAR ACTIVITIES FOR THE FIRST SIX WEEKS OF THE FOLLOWING SCHOOL YEAR.

[signature]
PARENT'S SIGNATURE

STUDENT COPY

Scanned Jun 18, 2013

STATE OF TEXAS

# CERTIFICATE OF BIRTH

BIRTH NO

**CHILD**

| 1. NAME (Type or print) (a) First | (b) Middle | (c) Last | 2. DATE OF BIRTH |
|---|---|---|---|
| John | Henry | Ramirez, Jr. | June 29, 1984 |

| 3. SEX | 4a. PLACE OF BIRTH — COUNTY | 4b. CITY OR TOWN (If outside city limits, give precinct no.) |
|---|---|---|
| Male | Nueces | Corpus Christi |

| 4c. NAME OF HOSPITAL (If not in hospital, give street address) | 4d. INSIDE CITY LIMITS? | 5a. THIS BIRTH-SINGLE, TWIN, TRIPLET, ETC. (Specify) | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st, 2nd, 3rd (Specify) |
|---|---|---|---|
| Memorial Medical Center | Yes | Single | |

**FATHER**

| 6. NAME (a) First | (b) Middle | (c) Last |
|---|---|---|
| John | Henry | Ramirez, Sr. |

| 7. RACE | 8a. IS FATHER OF SPANISH ORIGIN? | 8b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. |
|---|---|---|
| White | Yes | Mexican |

| 9. AGE (At time of this birth) | 10. BIRTHPLACE (State or foreign country) | 11a. USUAL OCCUPATION | 11b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 19 | Texas | Laborer | |

**MOTHER**

| 12. MAIDEN NAME (a) First | (b) Middle | (c) Last |
|---|---|---|
| Priscilla | | Martinez |

| 13. RACE | 14a. IS MOTHER OF SPANISH ORIGIN? | 14b. IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC. |
|---|---|---|
| White | Yes | Mexican |

| 15. AGE (At time of this birth) | 16. BIRTHPLACE (State or foreign country) | 17a. USUAL OCCUPATION | 17b. KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| 17 | Texas | Housewife | |

| 18a. RESIDENCE — STATE | 18b. COUNTY | 18c. CITY OR TOWN (If outside city limits, show rural) | ZIP CODE | 18d. STREET ADDRESS (If rural, give location) | 18e. INSIDE CITY LIMITS? |
|---|---|---|---|---|---|
| Texas | Nueces | Corpus Christi | 78416 | 1443 Westpoint #B | Yes |

| 19. Children previously born to this mother (Do NOT include this birth) a. How many other children are now living? | b. How many other children were born alive but are now dead? | c. How many children were born dead after 20 weeks pregnancy? | 20. INFORMANT |
|---|---|---|---|
| 1 | 0 | 0 | |

| 21. I hereby certify that this child was born alive on the date stated above | 22a. ATTENDANT'S SIGNATURE | 22b. ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER (Specify) |
|---|---|---|
| at 9:15 a.m. | David V. Espino, M.D. [signature] | M.D. |
| | 22c. ATTENDANT'S ADDRESS: Corpus Christi, Texas | 22d. DATE SIGNED: 7/6/84 |

| 23a. REGISTRAR'S FILE NO | 23b. DATE REC'D BY LOCAL REGISTRAR | 23c. SIGNATURE OF LOCAL REGISTRAR |
|---|---|---|
| 3217 | JUL 3 1 1984 | [signature] |

STATE OF TEXAS

COUNTY OF NUECES, CITY OF CORPUS CHRISTI

I HEREBY CERTIFY that this a true copy of the certificate filed in the Division of Vital Statistics, Corpus Christi-Nueces County Health Department, Corpus Christi, Texas.

DATE February 4, 1985

By Zada Given

Seal [signature]



Scanned Jun 18, 2013

0251 USU 1SU
CARL ALLEN ELEMENTARY

CORPUS CHRISTI TX 78416
(512) 855-1836



| STUDENT'S NAME AND IDENT. NO. | | | GRADE | YEAR | PRINCIPAL | HOMEROOM TEACHER |
|---|---|---|---|---|---|---|
| RAMIREZ JR. | JOHN | H 220432 | 05 | 94-95 | FRAZIER | STARK |

* * P R O M O T E D * *

TO THE PARENTS/GUARDIANS OF

JOHN H RAMIREZ JR.
4318 MOLINA ST
CORPUS CHRISTI TX 78416



| CYCLE | EXCUSED ABSENCES | UNEXCUSED ABSENCES | SCHOOL RELATED ABSENCES | TARDIES |
|---|---|---|---|---|
| 1 | [illegible] | [illegible] | [illegible] | [illegible] |
| 2 | [illegible] | [illegible] | [illegible] | [illegible] |
| 3 | [illegible] | [illegible] | [illegible] | [illegible] |
| S1 | [illegible] | [illegible] | [illegible] | [illegible] |
| 4 | [illegible] | [illegible] | [illegible] | [illegible] |
| 5 | [illegible] | [illegible] | [illegible] | [illegible] |
| 6 | [illegible] | [illegible] | [illegible] | [illegible] |
| S2 | [illegible] | [illegible] | [illegible] | [illegible] |

IF YOUR CHILD WAS NOT PRESENT FOR 163 DAYS FOR THE 94-95 SCHOOL YEAR, HE/SHE WILL BE RETAINED IN THE PRESENT GRADE LEVEL FOR THE FOLLOWING YEAR. IF ANY QUESTIONS PLEASE CALL 855-1836.



SEMESTER ONE

| COURSE TITLE | PERIOD | TEACHER | | REPORT 1 GRADE | CIT | COMMENTS | REPORT 2 GRADE | CIT | COMMENTS | REPORT 3 GRADE | CIT | COMMENTS | SEMESTER GRADE AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH 5 | 02 | STARK | C | | | | | | | | | | 78 |
| SOCIAL STUDIES5 | 01 | STARK | C | | | | | | | | | | 70 |
| SCIENCE 5 | 01 | STARK | C | | | | | | | | | | 70 |
| LANG-SPELL-WRTG | 01 | STARK | C | | | | | | | | | | 79 |
| READING 5 | 01 | STARK | C | | | | | | | | | | 84 |
| PE/HEALTH 5 | 01 | GUESS | M | S | S | | S | S | | S | S | | |
| FINE ARTS 5 | 01 | STARK | C | S | S | | S | S | | S | S | | |
| ENGLISH LANGUAGE ARTS AVERAGE | | | | | | | | | | | | | 82 |
| OVERALL CORE AVERAGE | | | | | | | | | | | | | 75 |

SEMESTER TWO

| COURSE TITLE | PERIOD | TEACHER | | REPORT 1 GRADE | CIT | COMMENTS | REPORT 2 GRADE | CIT | COMMENTS | REPORT 3 GRADE | CIT | COMMENTS | SEMESTER GRADE AVERAGE | FINAL GRADE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATH 5 | 02 | STARK | C | 78 | S | | 91 | S | | 84 | S | | 84 | 81 |
| SOCIAL STUDIES5 | 01 | STARK | C | 70 | S | | 70 | S | | 76 | N | | 72 | 71 |
| SCIENCE 5 | 01 | STARK | C | 70 | S | | 70 | S | | 80 | N | | 73 | 72 |
| LANG-SPELL-WRTG | 01 | STARK | C | 79 | S | | 83 | S | | 86 | N | | 83 | 81 |
| READING 5 | 01 | STARK | C | 84 | S | | 74 | S | | 84 | N | DJ | 81 | 83 |
| PE/HEALTH 5 | 01 | GUESS | M | S | S | | S | S | | S | S | | | |
| FINE ARTS 5 | 01 | STARK | C | S | S | | S | S | | S | N | | | |
| ENGLISH LANGUAGE ARTS AVERAGE | | | | 82 | | | 79 | | | 85 | | | 82 | 83 |
| OVERALL CORE AVERAGE | | | | 75 | | | 78 | | | 81 | | | 78 | 77 |

COMMENT CODE EXPLANATION

D CAPABLE OF DOING BETTER WORK
J CONTRIBUTES TO CLASS ACTIVITY

STUDENT COPY State law requires that report cards be signed and returned. PLEASE SIGN AND RETURN THE ATTACHED COPY

Scanned Jun 18, 2013

Rev. 12/92

# STUDENT CHECK-OUT SHEET
## ELEMENTARY SCHOOL

101 - 912 - 182
County District Campus Number

Date of Check-Out Sheet 02-16-95
SS #
or
PEIMS # S17293059
ID Last Reported to PEIMS
I-94

*To be completed by the office personnel*

Student ID Number 446042

Name Ramirez (Last Name) John (First) H. (MI) Jr ☒ Sr ☐ II ☐ III ☐ IV ☐ V ☐

Present Address 4411 Fulton#7 New Address Corpus Christi, TX. 4318 Molina

Parent or Guardian John & Priscilla Ramirez Date of Birth 06-29-84 Sex: M ☒ F ☐

Ethnicity: American Indian/Alaskan ☐ Asian/Pacific Islander ☐ Black ☐ Hispanic ☒ White/Not Hispanic ☐

Phone No. 691-5572 Grade 5 Advisor Mrs. Stiles

Present School Jefferson Elem. Campus # 182 HISD Rt. No. 8 Address 5000 Sharman

New School ______ Campus # ______ HISD Rt. No. ______ Address Out of District

Reason for checking out Moving Code 43

LEP: Yes ☐ No ☒ ESL Level ☐ LEP Program Placement ☐

Chapter 1 ☒ Special Ed. ☒ Special Ed. Placement ☐ (Check if Applicable) Psycho-ed. has been completed awaiting ARD.

Check one if appropriate: Migrant SPEECH Refugee # ______ Immigrant ELA #

Date of last attendance 02-17-95

Is student currently under suspension? Yes ☐ No ☒ Expulsion? Yes ☐ No ☒

If yes, date suspension/expulsion ends?

Effective date of ADA withdrawal 02-20-95 Attendance Clerk C. Wells

*To be completed by classroom teacher*

| SUBJECT | Current Grade Cycle: Subject | Current Grade Cycle: Conduct | Current Cycle Excused Absences | Current Cycle Unex. Absences | Semester Total Ex. Curr. Absences | Teacher's Signature | Book Ret. Yes | Book Ret. No | If no, name, number, price of book |
|---|---|---|---|---|---|---|---|---|---|
| Reading | 84 | P | 0 | 0 | / | [signature] | ✓ | | |
| Writing | 83 | P | 0 | 0 | / | [signature] | ✓ | | |
| Spelling | 74 | S | 0 | 0 | / | [signature] | ✓ | | |
| Mathematics | 78 | S | 0 | 0 | / | [signature] | ✓ | | |
| Science | 70 | P | 0 | 0 | / | [signature] | ✓ | | |
| Social Studies | 70 | S | 0 | 0 | / | [signature] | ✓ | | |
| ESL | — | — | — | — | — | | — | — | |

General Conduct S- Basal Text HBJ Light Up the Sky Page 368

Librarian Ms. Sayles Amount due library (if not clear)

Counselor Ms. Roby Check if applicable: Free Lunch ☒ Reduced Lunch ☐

Nurse N/A Amount due office (pictures, lunch, etc.)

*To be completed by appropriate personnel*

| VACCINES | Date 1st | Date 2nd | Date 3rd | Last Booster |
|---|---|---|---|---|
| DIPHTHERIA TETANUS (DPT or DT) | 8/29/84 | 10/24/84 | X1/3/85 | 9/5/89 6/86 |
| POLIO (Oral) | Same | | | |
| MEASLES (Rubeola) RUBELLA (3-day or German Measles) MUMPS (MMR) — May be combined | 12/18/85 | | | |
| HIB | | | | |

| TB SKIN TEST DATE | TB SKIN TEST RESULTS | PHYSICIAN OR CLINIC EXAM DATE | PHYSICIAN OR CLINIC EXAM RESULTS |
|---|---|---|---|
| 10-11-89 | Neg. | | |

Attach a copy of the report card and free lunch application to the check-out sheet.

Copy of report card will be placed in student's permanent folder ☒

Principal Armandina G. Farias

Present school phone number (713) 696-2780

Remarks

My child will be enrolling in another school or educational program.

Signed: Priscilla R. (Parent/Guardian)

White Copy—Student • Canary Copy—Student Transfer
Pink Copy—Sending School • Goldenrod Copy—Receiving School

Scanned Jun 18, 2013

# HOUSTON INDEPENDENT SCHOOL DISTRICT—CUMULATIVE HEALTH RECORD

Name Ramirez John H Jr. Date of Birth 6-29-84 Birth Wt. ____ M ✓ F ____

Parent's Name John Pricilla Ramirez Address (in pencil) 2510 Deams Phone [illegible]-2423

IMMUNIZATION RECORD

109 BERRY ELEM GRADE: KN

446042 RAMIREZ JR JOHN H

2510 DEAMS

PHONE: EMG-PHONE:

BIRTH: 06/29/84 SEX: MALE

DPT: 082984 102484 011785 090589

POL: 082984 102484 011785 090589

RUBEOLA: 12/18/85 11/27/89 D

RUBELLA: 111111

MUMPS: 111111

SCOLIOSIS:

HEARING:

VISION:

## GROWTH RECORD AND VISION

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grade | | | | | | | | | | | | | | | | | |
| Height | | | | | | | | | | | | | | | | | |
| Weight | | | | | | | | | | | | | | | | | |
| Date | 11/90 | 9/90 | 8/29/[illegible] | 9/26/94 | | | | | | | | | | | | | |
| Without Glasses R | 20/30 | 20/30 | 20/25 | 20/25 | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |
| Without Glasses L | 20/30 | 20/30 | 20/25 | 20/25 | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |
| Both Eyes | 20/ | 20/ | 20/25 | 20/20 | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |
| With Glasses R | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |
| With Glasses L | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ | 20/ |

## MEDICAL RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| Nutrition, Posture | | | | | | |
| Bones, Joints, Gait | | | | | | |
| Skin, Scalp | | | | | | |
| E.E.N.T. | | | | | | |
| Heart, Lungs | | | | | | |
| Hernia | | | | | | |

| | | |
|---|---|---|
| Blood Disorder | Rheumatic Fever | |
| Convulsions | Serious Accident | |
| Diabetes | Surgery/Fracture | |
| Epilepsy | T.B. Contact | |
| Heart Disease | Hearing Loss | |
| Kidney Disorder | Vision Loss | |

## HEARING

| | | | | |
|---|---|---|---|---|
| Date | 12/[illegible] | 9/90 | 9/26/94 | |
| R | 1 | | 1 | |
| L | 1 | | 1 | |

Code: MW

1—Normal
2—Needs Attention
3—Urgently needs Attn.
(Circle No. when under treatment)

## HEARING

| | | | |
|---|---|---|---|
| Date | | | |
| R | | | |
| L | | | |

## SCOLIOSIS

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | | | | | | |

Code:
H.V.—Home visit
T.N.C.—Teacher-Nurse Conference
C.N.C.—Counselor-Nurse Conference
P.N.C.—Principal

SPECIAL SERVICES, REPORTS, ETC.

Date Rec'd., From Agcy., Dr., Service

REV. [illegible]

Scanned Jun 18, 2013

STATE OF TEXAS
COUNTY OF HARRIS

ON THIS 25TH DAY OF FEBRUARY 1995, IS PRISCILLA RAMIREZ WHO UNDER OATH STATES AND DEPOSES THE FOLLOWING STATEMENT:

I PRISCILLA RAMIREZ AM THE LEGAL MOTHER OF JOHN HENRY RAMIREZ JR. AND I AM GRANTING MY MOTHER GUADALUPE ALEJANDRO FULL CUSTODY OF MY SON. SEE WILL PROVIDE EVERYTHING FOR HIM. SHE WILL BE HIS GUARDIAN. MY MOTHER WILL BE RESPONSIBLE FOR ALL HIS LIVING ACCOMMODATIONS AND OTHER VITAL NECESSITIES.

Priscilla Ramirez
PRISCILLA RAMIREZ

BE IT KNOWN THAT ON THIS DAY PERSONALLY APPEARED BEFORE ME PRISCILLA RAMIREZ, WHO ACKNOWLEDGED THE STATEMENT ABOVE TO BE TRUE AND FREE OF ACT AND DEED. IN TESTIMONY HEREOF I HAVE HEREUNTO SET MY HAND AND SEAL THIS 25TH DAY OF FEBRUARY 1995.

NICOLASA BERNABE
NOTARY PUBLIC

Nicolasa Bernabe
IN AND FOR THE STATE OF TEXAS
COUNTY OF HARRIS

MY COMMISSION EXPIRES 3-30-97.

NOTARY PUBLIC STATE OF TEXAS
Nicolasa Bernabe
Notary Public
STATE OF TEXAS
My Comm. Exp. 3/30/97

Scanned Jun 18, 2013

HOUSTON INDEPENDENT SCHOOL DISTRICT
EXCEPTIONAL EDUCATION DEPARTMENT

40.6502
Rev.1994

# ADMISSION, REVIEW, AND DISMISSAL (ARD)/INDIVIDUAL EDUCATIONAL PLAN (IEP) COMMITTEE REPORT

Name: Ramirez, John ID#: 446042 *Date of Meeting: 2-17-95
Date of Birth: 6-29-84 Age: 10-6 School: Jefferson El.
Home School: Jefferson El. Grade: 5th/
Parent/Guardian/ Surrogate Parent: Guadalupe Alejandro Home Phone: 691-5572
Address: 4411 Fulton #26 Work Phone: 699-4133
City: Houston Zip Code: 77009 Chairperson: K. Richards

☐ Parent/Guardian/Surrogate Parent/Adult Student is not present, but permission is given to proceed with ARD.
☐ YES ☒ NO *An Interpreter was used to assist in conducting the meeting. If yes, specify:
English — Not Applicable
LANGUAGE or Mode of Communication — *SIGNATURE OF INTERPRETER — TITLE

*Check (√) all appropriate spaces:*

I. The Purpose of this meeting is to X *Initiate* ___ *Change* X *Review or discuss:*
☒ Identification ☒ Placement ☒ Program (IEP) ☐ Extended Year Services ☐ Promotion
☐ Evaluation ☐ Discipline ☐ Student progress ☐ Dismissal ☐ Transition (ITP)
☐ Other: ______

II. *REVIEW OF ASSESSMENT DATA (check (√) if applicable) — DATE(S) OF REPORT(S)
☒ Assessment Reports
Comprehensive Individual Assessment (CIA): 1-9-95
Speech/Language Assessment: ______
Psychological/Psychiatric: ______

☐ Assessment(s) for related services. Specify:

NAME OF SERVICE — DATE OF REPORT — NAME OF SERVICE — DATE OF REPORT
NAME OF SERVICE — DATE OF REPORT — NAME OF SERVICE — DATE OF REPORT

Vocational assessment: DATE OF REPORT (LV 1) — DATE OF REPORT (LV 2) — DATE OF REPORT (LV 3)

☐ Other Agency/Professional:
TYPE OF REPORT — DATE — TYPE OF REPORT — DATE

☒ Yes ☐ No * Referral for Additional Assessment(s)
Private Psychiatric Evaluation
ASSESSMENT NEEDED — SPECIFY TIMELINE FOR COMPLETION[1] — ASSESSMENT NEEDED — SPECIFY TIMELINE FOR COMPLETION[1]

Student is classified as LEP ☐ Yes ☒ No
Student is currently enrolled in ☒ Regular Class ☐ Exceptional Education Class ☐ Bilingual Class ☐ ESL class

III. * ELIGIBILITY:
☒ A. Student meets TEA and Federal eligibility criteria for the disabling conditions of:
1) LD, 2) ST, 3) ______, 4) ______.
☐ B. Student does not meet specific TEA and Federal eligibility criteria for exceptional education (proceed to item XI).

[1] If additional assessment is recommended, it must be completed according to the timeline specified in the ARD committee report.

WHITE-Exceptional Education Audit Folder
CANARY-Parent's Copy
PINK-Exceptional Education Teacher or Permanent Record folder, If student does not qualify
GOLDENROD-Exceptional Education Office

*Denotes Required Items

Scanned Jun 18, 2013

NAME RAMIREZ JR JOHN H
ADDRESS 066 06/29/84 M KN
2510 DEAMS
PHONE 691-2423
PARENT RAMIREZ JOHN H

S17293059
446042
77093
HISPANIC
CORPUS CHR TX

# PERMANENT RECORD
## ELEMENTARY

HOUSTON INDEPENDENT SCHOOL DISTRICT
HOUSTON, TEXAS

STUDENT ID 446042 SEX M
SOCIAL SECURITY NUMBER
DATE OF BIRTH 6-29-84 RACE MA
PLACE OF BIRTH Corpus Christi, Texas

| | | |
|---|---|---|
| SCHOOL 1 | Berry | Berry |
| SCHOOL 2 | | Travis |
| SCHOOL 3 | | |
| YEAR | 1989-90 | 1990-91 |
| GRADE | Kdgn. | 1st |
| TEACHER 1 | Stevens | Norman |
| TEACHER 2 | | Jones |
| TEACHER 3 | | |
| ARITHMETIC | | |
| READING | | |
| LANGUAGE | | |
| SPELLING | | |
| HANDWRITING | | |
| SCIENCE | | |
| SOCIAL STUDIES | | |
| MUSIC | | |
| ART | | |
| PHYSICAL ED. | | |
| HEALTH | | |
| CONDUCT | S | |
| DAYS ATTENDED | 133 | |
| PRO / RET | ✓ RET | PRO / RET |
| ENTERED 1 | 10-16-89 | 8-27-90 |
| ENTERED 2 | | |
| ENTERED 3 | | |
| WITHDREW 1 | 6-7-90 | 1/8/91 |
| WITHDREW 2 | | 6-3-91 |
| WITHDREW 3 | | |

NAME RAMIREZ JH
ID 446042
SCH TRAVIS
GR 01 YR 90-91
ADV 107
TCH S VACANCY
ENTRY DTE 01-08

| COURSE | AVG |
|---|---|
| MATH | 78 |
| READING | 79 |
| WRITING | 81 |
| SPELLING | 85 |
| SCIENCE | 87 |
| SOC. ST. | 88 |
| FINE ART | S |
| PHY. ED. | S |
| HANDWRIT | S |
| HLTH/SAF | S |

YEARLY AVG 84
LANG ART AVG 81
MATHEMATICS AVG 78
CONDUCT AVG P
TOTAL DAY PRESENT 74
ABSENCES 0
UN 0 EX 0
PROMOTED TO 02
RETAINED IN
PLACED IN

NAME RAMIREZ JH Jefferson
ID 446042
SCH JEFFERSON
GR 02 YR 91-92
ADV 219
TCH C HUMPHREY
ENTRY DTE 08-26

| COURSE | AVG |
|---|---|
| MATH | 86 |
| READING | 84 |
| WRITING | 90 |
| SPELLING | 92 |
| SCIENCE | 89 |
| SOC. ST. | 85 |
| FINE ART | S |
| PHY. ED. | S |
| HANDWRIT | S |
| HLTH/SAF | S |

YEARLY AVG 87
LANG ART AVG 87
MATHEMATICS AVG 86
CONDUCT AVG S
TOTAL DAYS PRESENT
ABSENCES
UN 0 EX 4
PROMOTED TO 03
RETAINED IN
PLACED IN
6-3-92

NAME RAMIREZ JH
ID 446042
SCH JEFFERSON
GR 03 YR 92-93
ADV 339
TCH C VERA
ENTRY DTE 08/24

| COURSE | AVG |
|---|---|
| READING | 77* |
| WRITING | 70* |
| SPELLING | 85* |
| MATH | 70* |
| SCIENCE | 75* |
| SOC. ST. | 78* |
| FINE ART | S |
| HANDWRIT | S |
| PHY. ED. | S |
| HLTH/SAF | S |
| CHI LA | S |
| CHI MATH | S |
| EXT DAY | |

* EXCS UNEX AB
YEARLY AVG 75 *
LANG ART AVG 77 *
MATHEMATICS AVG 70 *
CONDUCT AVG U
TOTAL DAYS PRESENT
ABSENCES
UN 9 EX 7
PROMOTED TO
RETAINED IN 03
PLACED IN
8-23-93
6-3-93

NAME RAMIREZ JH
ID 446042
SCH JEFFERSON
GR 04 YR 93-94
ADV 404
TCH H SPENCER
ENTRY DTE 08/24

| COURSE | AVG |
|---|---|
| READING | 78 |
| WRITING | 79 |
| SPELLING | 74 |
| MATH | 82 |
| SCIENCE | 76 |
| SOC. ST. | 74 |
| FINE ART | S |
| HANDWRIT | N |
| PHY. ED. | N |
| HLTH/SAF | S |
| CHI LA | |
| CHI MATH | |
| EXT DAY | |

YEARLY AVG 78
LANG ART AVG 78
MATHEMATICS AVG 82
CONDUCT AVG P
TOTAL DAYS PRESENT
ABSENCES
UN 1 EX 6
PROMOTED TO 05
RETAINED IN
PLACED IN
8-23-93
6-2-94

Jefferson
94/95
5
PRO RET
8-22-94

REMARKS Chp1 90-91
Tier 2-1

COUNSELING RECORD
YES ____ SCH. ____
NO ____ GR ____
DATE

LAST OUT OF DISTRICT SCHOOL ATTENDED ____ DATE ENROLLED IN HISD ____

ADDITIONAL ADDRESSES ____

NAME ____

Scanned Jun 18, 2013

Corpus Christi Independent School District
District Name

**TEXAS EDUCATION AGENCY**
**DIVISION OF BILINGUAL EDUCATION**

**Home Language Survey**
**Grades PK - 8**

Date Mailed ______________

Name of Student John Ramirez

Campus ______________ Grade 6

**TO BE FILLED IN BY PARENT OR GUARDIAN:**

(1) What language is spoken in your home most of the time? English

(2) What language does your child speak most of the time? English

Guadalupe Alejandro
Signature of Parent or Guardian

8-18-95
Date

rlv
8/91

F74100H

Scanned Jun 18, 2013

# TAAS TEXAS ASSESSMENT OF ACADEMIC SKILLS
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: MAY 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

### WRITING

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| WRITTEN COMMUNICATION | | |
| 1-4. Persuasive Written Composition Rating: | | |
| 5. Sentence Construction | | |
| 6. English Usage | | |
| 7. Use of Spelling, Capitalization, and Punctuation | | |
| TOTAL MULTIPLE-CHOICE OBJECTIVES MASTERED: | | TOTAL ITEMS: |

PERFORMANCE STANDARD: Scale Score of 1500 and Written Composition of 2, 3, or 4

TEST RESULTS:
Met Minimum Expectations:
Scale Score:

NOT TESTED
EXEMPT-ARD

### READING

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| READING COMPREHENSION | | |
| 1. Word Meaning | YES | 3/4 |
| 2. Supporting Ideas | YES | 3/4 |
| 3. Summarization | YES | 6/8 |
| 4. Relationships and Outcomes | YES | 8/8 |
| 5. Inferences and Generalizations | NO | 12/16 |
| 6. Point of View, Propaganda, and Fact and Nonfact | NO | 5/8 |
| TOTAL OBJECTIVES MASTERED: | 4 | TOTAL ITEMS: 37/48 |

PERFORMANCE STANDARD: Texas Learning Index of 8-70

TEST RESULTS:
Met Minimum Expectations: YES
Texas Learning Index: 8-80

Maximum TLI Score Possible: 8-99

8-0 8-30 8-50 8-70 8-99

### MATHEMATICS

| | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED |
|---|---|---|
| CONCEPTS | | |
| 1. Number Concepts | YES | 4/4 |
| 2. Algebraic/Mathematical Relations and Functions | YES | 4/4 |
| 3. Geometric Properties and Relationships | YES | 3/4 |
| 4. Measurement Concepts | YES | 4/4 |
| 5. Probability and Statistics | YES | 4/4 |
| OPERATIONS | | |
| 6. Use of Addition to Solve Problems | NO | 2/4 |
| 7. Use of Subtraction to Solve Problems | YES | 4/4 |
| 8. Use of Multiplication to Solve Problems | YES | 3/4 |
| 9. Use of Division to Solve Problems | YES | 3/4 |
| PROBLEM SOLVING | | |
| 10. Problem Solving Using Estimation | YES | 4/4 |
| 11. Problem Solving Using Solution Strategies | YES | 7/8 |
| 12. Problem Solving Using Mathematical Representation | YES | 8/8 |
| 13. Evaluation of the Reasonableness of a Solution | YES | 3/4 |
| TOTAL OBJECTIVES MASTERED: | 12 | TOTAL ITEMS: 53/60 |

PERFORMANCE STANDARD: Texas Learning Index of 8-70

TEST RESULTS:
Met Minimum Expectations: YES
Texas Learning Index: 8-85

Maximum TLI Score Possible: 8-92

8-0 8-30 8-50 8-70 8-92

DOCUMENT NO. 4552-00844-12606

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 6/8, 9/12, 11/14 or 13/16 items. In writing, a score of 3 or 4 is needed to master objectives 1-4, which are measured by the written composition.
You should contact the school to which your results were sent if you need further explanation.

Print # 1-16914-252

Scanned Jun 18, 2013

# TAAS TEXAS ASSESSMENT OF ACADEMIC SKILLS
## CONFIDENTIAL STUDENT REPORT

NAME: JOHN H. RAMIREZ
STUDENT-ID(PEIMS): 454713620
LOCAL-STUDENT-ID: 9665114
DATE OF BIRTH: 06/29/84
CLASS GROUP: JANIE VELA

DISTRICT: 178-904 CORPUS CHRISTI ISD
CAMPUS: 046 CUNNINGHAM MIDDLE
REPORT DATE: MAY 1998
DATE OF TESTING: SPRING 1998
GRADE: 08

| SCIENCE | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Scale Score of 1500 |
|---|---|---|---|
| ACQUIRING/CLASSIFYING INFORMATION | | | TEST RESULTS: Met Minimum Expectations: Scale Score: |
| 1. Acquire Data | | | NOT TESTED EXEMPT-ARD |
| 2. Classify Information | | | |
| COMMUNICATING/INTERPRETING INFORMATION | | | |
| 3. Communicate Data | | | |
| 4. Interpret Data | | | |
| 5. Infer, Generalize, Predict | | | |
| SOLVING PROBLEMS - INVESTIGATING | | | |
| 6. Conduct Investigations | | | |
| 7. Draw Conclusions | | | |
| SOLVING PROBLEMS - APPLYING KNOWLEDGE | | | |
| 8. Apply Knowledge | | | |
| TOTAL OBJECTIVES MASTERED: | TOTAL ITEMS: | | |

| SOCIAL STUDIES | OBJECTIVE MASTERY* | ITEMS CORRECT/TESTED | PERFORMANCE STANDARD: Scale Score of 1500 |
|---|---|---|---|
| UNDERSTANDING CONCEPTS | | | TEST RESULTS: Met Minimum Expectations: Scale Score: |
| 1. Civic Rights and Responsibilities | | | NOT TESTED EXEMPT-ARD |
| 2. American and Other Economic Systems | | | |
| 3. American and Other Political Systems | | | |
| 4. Geographical Concepts and Information | | | |
| 5. Historical Concepts and Information | | | |
| 6. Sociological and Cultural Factors | | | |
| EVALUATING CONCEPTS | | | |
| 7. Interpret Social Studies Data | | | |
| 8. Analyze Relationships in Social Studies | | | |
| 9. Make Generalizations/Draw Inferences, Conclusions | | | |
| 10. Use Problem-solving/Decision-making Skills | | | |
| DOCUMENT NO. 4552-00844-12606 — TOTAL OBJECTIVES MASTERED: | TOTAL ITEMS: | | |

* Objective mastery standards for multiple-choice items for all subject areas are as follows: 3/4, 5/6, or 6/8 items.
You should contact the school to which your results were sent if you desire further explanation.

Print # 1-16915-252

Scanned Jun 18, 2013

WYNN SEALE 6 05/24/96 06 9665114 RAMIREZ, JOHN H

| | SUBJECT | TEACHER | 1 | 2 | 3 | EXM AVG | ABSENCES | COND |
|---|---|---|---|---|---|---|---|---|
| 1 | MATH 6 | POELMA | 70 | 60 | 70 | 67 | 1 4 | S I U |
| 2 | GEN SCI 6 | POELMA | 70 | 89 | 70 | 76 | 1 4 | S I S |
| 3 | BND BG678 | KOCH L | 93 | 83 | 94 | 93 | 1 | I S I |
| 4 | DNC BG678 | VILLA R | 85 | 83 | 86 | 84 | | S S S |
| 5 | ENG 6 | TAMEZ B | 74 | 70 | 70 | 70 | 3 | S U I |
| 6 | READ 6 | TAMEZ B | 69 | 69 | 80 | 70 | 1 | S S I |
| 7 | SS 6 | TAMEZ B | 83 | 76 | 71 | 77 | 1 | S I S |
| | PE/HLTH 6 | PRINCE | 90 | 70 | 75 | 89 | 2 2 2 | S S |

ENG/READ YR AVG = 77

| | SUBJECT | TEACHER | 4 | 5 | 6 | EXM AVG | FNL | ABSENCES | COND |
|---|---|---|---|---|---|---|---|---|---|
| 1 | MATH 6 | POELMA | 80 | 70 | 74 | 75 | 71 | 1 4 | S S S |
| 2 | GEN SCI 6 | POELMA | 85 | 89 | 85 | 86 | 81 | 2 | S S S |
| 3 | BND BG678 | KOCH L | 97 | 94 | 96 | 96 | 96 | | S S S |
| 4 | DAC BG678 | VILLA R | 95 | 89 | 91 | 92 | 88 | | S S S |
| 5 | ENG 6 | TAMEZ B | 76 | 91 | 93 | 88 | 79 | | S S S |
| 6 | READ 6 | TAMEZ B | 83 | 80 | 78 | 80 | 75 | | S S S |
| 7 | SS 6 | TAMEZ B | 89 | 88 | 82 | 86 | 82 | 2 | S S S |
| 8 | PE/HLTH 6 | PRINCE | 85 | 60 | 80 | 75 | 75 | 2 | S S I |

OVERALL YEARLY AVERAGE 81



Scanned Jun 18, 2013

CUNNINGHAM 6 05/22/97 07 9665114 RAMIREZ,JOHN H

| | SUBJECT | TEACHER | 1 | 2 | 3 | EXM | AVG | ABSENCES | | | COND | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TEX H G 7 | SMITH L | 86 | 84 | 94 | | 88 | | 4 | 1 | S | S | U |
| 2 | LIFESCI 7 | WITT | 91 | 91 | 92 | | 91 | | 4 | 1 | I | I | S |
| 3 | MATH 7 | ALANIZ | 84 | 76 | 90 | | 83 | | 3 | 1 | I | S | S |
| 4 | " | " | | | | | | | | | | | |
| 5 | ART 7 | RANTON | 100 | 87 | 93 | | 94 | | 3 | 1 | I | I | S |
| 6 | PE 7 | SMITH L | 90 | 90 | 100 | | 93 | 1 | 4 | 2 | S | S | U |
| 7 | INLNGART7 | ADAME A | 84 | 76 | 82 | | 80 | | | | | I | |
| 8 | " | " | | | | | | | | | | | |

| | SUBJECT | TEACHER | 4 | 5 | 6 | EXM | AVG | FNL | ABSENCES | | | COND | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TEX H G 7 | SMITH L | 88 | 85 | 88 | | 87 | 88 | 1 | 2 | 1 | S | S | I |
| 2 | LIFESCI 7 | WITT | 95 | 79 | 81 | | 85 | 88 | 1 | 2 | | S | S | I |
| 3 | MATH 7 | ALANIZ | 80 | 82 | 92 | | 85 | 84 | 1 | 3 | | S | S | S |
| 4 | " | " | | | | | | | | | | | | |
| 5 | ART 7 | RANTON | 90 | 90 | 90 | | 90 | 92 | 2 | 2 | 2 | S | S | S |
| 6 | PE 7 | SMITH L | 90 | 90 | 80 | | 87 | 90 | 1 | | 1 | I | U | S |
| 7 | INLNGART7 | ADAME A | 81 | 72 | 80 | 78 | 78 | 79 | | | 1 | S | S | S |
| 8 | " | " | | | | | | | | | | | | |

OVERALL YEARLY AVERAGE 87

Scanned Jun 18, 2013

NNINGHAM 6 05/22/97 07 9665114 RAMIREZ,JOHN H

| UBJECT | TEACHER | 1 | 2 | 3 | EXM | AVG | ABSENCES | | | COND | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EX H G 7 | SMITH L | 86 | 84 | 94 | | 88 | | 4 | 1 | S | S | U |
| IFESCI 7 | WITT | 91 | 91 | 92 | | 91 | | 4 | 1 | I | I | S |
| ATH 7 | ALANIZ | 84 | 76 | 90 | | 83 | | 3 | 1 | I | S | S |
| " | " | | | | | | | | | | | |
| RT 7 | RANTON | 100 | 87 | 93 | | 94 | | 3 | 1 | I | I | S |
| E 7 | SMITH L | 90 | 90 | 100 | | 93 | 1 | 4 | 2 | S | S | U |
| NLNGART7 | ADAME A | 84 | 76 | 82 | | 80 | | | | | I | |
| " | " | | | | | | | | | | | |

| | SUBJECT | TEACHER | 4 | 5 | 6 | EXM | AVG | FNL | ABSENCES | | | COND | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TEX H G 7 | SMITH L | 88 | 85 | 88 | | 87 | 88 | 1 | 2 | 1 | S | S | I |
| 2 | LIFESCI 7 | WITT | 95 | 79 | 81 | | 85 | 88 | 1 | 2 | | S | S | I |
| 3 | MATH 7 | ALANIZ | 80 | 82 | 92 | | 85 | 84 | 1 | 3 | | S | S | S |
| 4 | " | " | | | | | | | | | | | | |
| 5 | ART 7 | RANTON | 90 | 90 | 90 | | 90 | 92 | 2 | 2 | 2 | S | S | S |
| 6 | PE 7 | SMITH L | 90 | 90 | 80 | | 87 | 90 | 1 | | 1 | I | U | S |
| 7 | INLNGART7 | ADAME A | 81 | 72 | 80 | 78 | 78 | 79 | | | 1 | S | S | S |
| 8 | " | " | | | | | | | | | | | | |

OVERALL YEARLY AVERAGE 87



Scanned Jun 18, 2013

1. DATE THIS RECORD BEGUN: Month 8 Day 21 Year 95

Ramirez (Print) Last Name — John First — Other Name(s) — ✓ M F SEX — 6 Month 29 Day 84 Year BIRTHDATE

Authority for Birthdate
Birth Certificate ____
Other (Specify) ____

2. NAME OF PARENT OR GUARDIAN

Guard. ~~Father's~~ Name: John Alejandro

Grand Mother's Name: Guadalupe Alejandro

Step-parent's or Guardian's Name:

3. WITH WHOM DOES PUPIL LIVE IF NOT WITH BOTH PARENTS?

| | |
|---|---|
| Mother | (Grandparents) ✓ |
| Father | Sister |
| Uncle | Brother |
| Aunt | Other |

Explain any unusual conditions related to above:

6. OCCUPATIONS OF PARENTS OR GUARDIAN

| Date | Father's Occupation and Employer | Date | Mother's Occupation and Employer |
|---|---|---|---|
| 8/95 | Family ~~Thrift~~ Thrift Center | 8/95 | Family Thrift Center |

7. RELIGIOUS PREFERENCE (Optional)

8. HOME

| Date | Address | Telephone | Information about home (house, court, trailer, number of rooms, owner, rented, etc.) |
|---|---|---|---|
| 8/95 | 1624 18th | 882-1138 | |

4. BIRTHPLACE OF PUPIL

C.C.

5. LANGUAGE SPOKEN IN HOME

(English) Spanish
Other

9. SCHOOLS CHILD HAS ATTENDED OTHER THAN LOCAL PUBLIC

| Dates | Name and Location of School | Dates | Name and Location of School |
|---|---|---|---|
| 9/95 | Callallen | | |

Scanned Jun 18, 2013

10. FAMILY

| Date | Other Persons living in same house. Use Symbols: (F-father) (M-mother), etc. Ages optional. Record: F-38, M-32, S-12 | No. Living in Home | Date | Other Persons living in same house. Use Symbols: (F-father) (M-mother), etc. Ages optional. Record: F-38, M-32, S-12 | No. Living in Home |
|---|---|---|---|---|---|

11. ATTENDANCE RE

| Year | Grade | Date Enrol'd |
|---|---|---|
| 95/96 | 6 | 3/21 |

Teacher ____ Period ____

Birthdate ____ Date ____

053 WYNN SEALE
RAMIREZ, JOHN H
ID:9665114 DOB:06/29/84
GRADE:06 MALE
TCHR:

| FRONT VIEW | | SIDE VIEW | | BACK VIEW | | COMMENTS |
|---|---|---|---|---|---|---|
| HIP | CHEST CAGE HUMP | ROUND BACK | SPINE HUMP | CHEST CAGE HUMP | RIB CAGE HUMP | OK |

## SPINAL SCREENING CHECKLIST

PLEASE CIRCLE ONE:

**FRONT VIEW**
- Shoulder R L = Is one shoulder higher than the other? Y N
- Waist R L = Same on both sides/larger space between arm and flank on one side? Y N
- Hip R L = Are the hips level and equal/ one side higher than the other? Y N
- Chest Cage R L = Are both sides equal or bump on one side? Y N
- Lower Back R L = Is lumbar muscles more prominent on one side? Y N

**SIDE VIEW**
- Round Back R L = Is there an exaggerated roundness in the upper back? Y N
- Lower Back R L = Is there an exaggerated arch on the lower back? Y N
- Spine Waist R L = Is there an exaggerated roundness over the rib cage and on lower back? Y N

**BACK VIEW**
- Head — Head line up with buttocks or displaced to one side? Y N
- Shoulder Back R L = Is one shoulder higher than the other? Y N
- Scapula R L = Is one wing on shoulder blade higher than the other? Y N
- Spine — Is there a curve in the spine? Y N
- Waist R L = Same on both sides/ larger space between the arm and flank? Y N
- Rib Cage R L = Back equal on both sides/, one side higher? Y N
- Lower Back Hump R L = Is there a hump on one side of the lower back? Y N

Rescreen: ☐ Yes ☐ No

Screener: ____ Rescreener: ____

Date: ____ Location ____

List Scoliometer readings: Degree ____ Date: ____

Scanned Jun 18, 2013

## 12. HEALTH RECORD

### GENERAL INSPECTION

| Date | Grade | Height | Weight | Skin | Hair | Other |
|---|---|---|---|---|---|---|
| | | | | | | |

Comments/Referrals:

### ORAL INSPECTION

Defect Code: C = Caries; O = Orthodontic; H = Hygiene

| Date | Normal | Defect | Referred |
|---|---|---|---|
| | | | |

Comments:

### IMMUNIZATION RECORD

| Vaccines | | Date |
|---|---|---|
| DPT/Td | 1 | 8-29-84 |
| | 2. | 10-24-84 |
| | 3. | 1-17-85 |
| Booster | 4. | 3-6-86 |
| Booster | 5. | 9-5-89 |
| Booster | 6. | |
| Oral Polio | 1. | 8-29-84 |
| | 2. | 10-24-84 |
| | 3. | 1-17-85 |
| Booster | 4. | 3-6-86 |
| Booster | 5. | 9-5-89 |
| Measles (Rubeola) / Rubella / Mumps | | 12-18-85 |
| Others: MMR (2) 11-29-[illegible] | | |

Comments: Houston I.S.D. [illegible]

### SCREENING PROGRAM

Vision

CODE: P = Pass; F = Fail

| Date | Acuity R | Acuity L | Color | Musc. F | Bal N | Plus Lens R | Plus Lens L | Referred | Corr. |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 20/20 | 20/30 | P | P | P | [illegible] | [illegible] | | |
| 4/97 | 20/20 | 20/20 | | | P | | | NO | |
| | 20/ | 20/ | | | | | | | |
| | 20/ | 20/ | | | | | | | |
| | 20/ | 20/ | | | | | | | |
| | 20/ | 20/ | | | | | | | |

Comments:

Hearing

| Date | R | L |
|---|---|---|
| [illegible] | P | P |
| 4/97 | P | P |

CODE: P = Pass; F = Fail

AUDIOGRAM

| Date | | 250 | 500 | 1000 | 2000 | 4000 | 6000 |
|---|---|---|---|---|---|---|---|
| | Rt | | | | | | |
| | Lf | | | | | | |
| | Rt | | | | | | |
| | Lf | | | | | | |

Referred:

Correction:

Comments:

Other hearing testing (Impedance, etc.):

| Date | Type | Results | Comments |
|---|---|---|---|
| | | | |

### DISEASE HISTORY & HEALTH FACTORS

| | Date | Comments |
|---|---|---|
| Tuberculosis | | |
| Diabetes | | |
| Allergies | | |
| Heart Disease | | |
| Asthma | | |
| Orthopedic | | |
| Speech Defects | | |
| Convulsions | | |
| Hemophilia | | |
| Others: | | |
| 12-13-95 | Spinal Screening: Neg. | |

### ABNORMAL CONDITIONS

| Date | Abnormal Conditions |
|---|---|
| | |

Recommendations/Comments:

### MEDICATIONS

| Date | Name | Remarks |
|---|---|---|
| | | |

### TUBERCULIN TESTING

| Date | Type | Reading | Comments |
|---|---|---|---|
| | | | |

### CHEST X RAY

| Date | Results |
|---|---|
| | |

Anti-TB Drug Therapy

| Date | Drug |
|---|---|
| | |

Comments:

Comments:

Scanned Jun 18, 2013

# Additional special education records provided by CCISD Office of Special Education

Scanned Jun 18, 2013

Locked: [ ]

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

[ ] Initial [ ] 3-Year Review [X] Dismissal and/or [ ] Annual and/or [ ] Failure [ ] Discipline
[ ] Transfer [ ] Review [ ] End of Year Dismissal

Student ID: 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

Meeting Date: 5/23/02

Student's Name: JOHN H. RAMIREZ

Instructional Arrangement: 03

Resource Room

Date of Birth: 6/29/84 Sex: M

Speech: 0

Home Campus: To Be Determined High School

Current Campus: Moody High School

Grade: 11

Parent's Name: GUADALUPE ALEJANDRO

Parent's Address: 3801 CASTILLA CT.

CORPUS CHRISTI, TX 78415-

Home Phone: (512) 854-1481

Work Phone: (512) 853-8891 Ext. 0000

[ ] *An interpreter was used to assist in conducting the meeting. If yes, specify language:

[ ] Parent/Adult student waives the 5 school days written notice of the ARD meeting and agrees to an earlier meeting.

Parent's Signature: ______________________
GUADALUPE ALEJANDRO

I. *REVIEW OF ASSESSMENT/EVALUATION DATA (check if applicable)

[X] Assessment/Evaluation Reports

[X] ARD Full and Indivlual Evaluation

Date(s) of Report(s): 4/27/01

[ ] Other Assessments/Evaluations. Specify :

| Assessment | Initial Date | Current Date | Needed | Complete By | Active |
|---|---|---|---|---|---|
| None | | | [ ] | | [ ] |

[X] Vocational Assessment Date(s) or Report(s): 9/24/97

[ ] Current FIE, other assessments/evaluations, and associated eligibility reports have been given to the parents.

[X] Information from the student's Individual Transition Plan (attach supplement dated: ________ )

[ ] Records from other school district.

[X] Information from parents/student.

[X] Information from school personnel.

[ ] Information/Records from other agencies/professionals.

[X] Information from Language Proficiency Assessment Committee.

[ ] Additional assessment/evaluation is needed. Refer to the Other Assessments/Evaluations table above for specific assessments/evaluations and associated timelines.

A Full and Individual Evaluation (FIE) must be completed by: 4/27/2004

[X] Yes [ ] No The IEP previously developed was reviewed.

[ ] Yes [ ] No [X] Not in Attendance Parent/Guardian agrees with all entries in Section I.

5/23/02