Scanned  Jun 18, 2013

### Corpus Christi Independent School District

### Admission, Review and Dismissal (ARD) Meeting

#### JOHN H. RAMIREZ

2

II. *DETERMINATION OF ELIGIBILITY (check if applicable):

Based on the assessment/evaluation data reviewed, the committee has determined that the student:

[ ] does not meet specific TEA and Federal eligibility criteria to receive special education services.

[X] meets specific TEA and Federal eligibility criteria to receive the following special education services for the following conditions:

| Condition 1: | Learning Disabled | Condition 4: | None |
| Condition 2: | Other Health Impaired | Condition 5: | None |
| Condition 3: | None | | |

#### Complete the following section for transfer students only:

[ ] The parent or parents verify that the student was receiving special education services in

_____ . Verification from the former district [ ] by telephone reported by

_____ , or [ ] type of document _____ and date

received _____ .

The instructional arrangement and related service provided in the previous district were as follows:

Eligibility is temporary contingent upon receipt of valid assessment data or collection of new assessment data.  A second ARD will be held within 30 school days to develop an IEP based on assessment data available at that time.

| [ ] Yes | [ ] No | [X] Not in Attendance | Parent/Guardian agrees with all entries in Section II. |

III. COMPETENCIES:    [X] discussed below    [ ] to be addressed at 30 day ARD/IEP

A. PHYSICAL, as it affects participation in:

*Instructional settings:

[X] normal vision    ([ ] with glasses)    [X] normal hearing    [X] good general health

and/or

*physical education

[X]  Yes  [ ]  No    Student is capable of receiving instruction in regular P.E. with no modifications.  If no, see services to be provided.

Other Physical Competencies

Not Applicable

*This field was added 8/1/96.  Refer to deliberation for additional competencies, if any prior to this date.

B. BEHAVIORAL, as it affects:

Educational placement/programming:

(Check the appropriate competencies)

| [ ] interacts appropriately with peers | Other Behavior 1: | Disruptive classroom behavior at times |
| [ ] interacts appropriately with adults | | |
| [ ] adjusts easily to new situations | Other Behavior 2: | Can be argumentative with authority figures |
| [ ] respects authority | | |
| [ ] cooperative | Other Behavior 3: | |
| [ ] completes tasks | | |

5/23/00

Scanned  Jun 18, 2013

### Corpus Christi Independent School District

### Admission, Review and Dismissal (ARD) Meeting

#### JOHN H. RAMIREZ

3

**C. *Discipline:**

(Check the appropriate competencies)

- [X] Is mentally able to follow regular discipline rules
- [ ] Is emotionally able to follow regular discipline rules; or    [X] refer to comments below
- [X] Student's behavior impedes his/her learning or that of others (if 'X' complete function behavioral assessment, Behavior Intervention Plan/Behavioral IEP).
- [ ] able to follow classroom management plan

- [ ] Yes    [X] No    The student is capable of following the Student Code of Conduct without modification. If NO, complete Special Discipline Procedures form.

Comments:

**D. *Prevocational/Vocational (when appropriate)**

| | | |
|---|---|---|
| [ ] not appropriate for this student | [ ] has good attendance | [X] is able to work on time schedule |
| [ ] keeps work area neat | [ ] follows directions | [ ] Other 1: _____ |
| [ ] has good social skills | [ ] is reliable | [ ] Other 2: _____ |
| [ ] is mechanically inclined | [ ] cares for materials | |
| [X] has a part-time job | [ ] is responsible | |

**E. * Academic/Developmental, including LEP student language competencies relevant to developing the IEP (grade or age levels alone are not acceptable):**

| | |
|---|---|
| Area 1: | draws conclusions |
| Area 2: | identify main idea |
| Area 3: | uses capitalization |
| Area 4: | describes setting |
| Area 5: | Adds, subtracts, multiplies, and divides whole numbers, decimals, and fractions |
| Area 6: | |
| Area 7: | |

**F. Assistive Technology needs were considered.**

- [X] Based on informal and/or formal information, A.T. devices and services are not recommended at this time.
- [ ] A.T. addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services.   A.T. devices will be provided for:   [ ] Current Year   [ ] Next Year   [ ] Both

(Note: Refer to formal A.T. screenings, FIE, and/or other formal and informal information for detailed A.T. recommendations.)

**G. *Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels.**

| | |
|---|---|
| [X] Language Arts/English | [ ] Science |
| [ ] Reading | [ ] Social Studies |
| [ ] Math | [ ] Other: _____ |

**H. Communication needs were considered.  (Added 8/5/99)**

- [X] No additional communication services are recommended.
- [ ] Communication needs are addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services.  (Complete Communication Needs Supplement for students w/ Al.)

**I. *The student's disability affects involvement or progress in the general curriculum or, for preschool, appropriate activities in the following ways:  (Added 8/5/99)**

John needs modifications and content mastery to be successful in general education classes.

- [X] Individual Educational Plan (IEP) is attached. (Refer to Appendix A)    [ ] An IEP is not applicable
- [ ] Refer to the previous IEP as no changes are being made at this meeting.

| [ ] Yes    [ ] No    [X] Not in Attendance    Parent/Guardian agrees with all entries in Section III. |
|---|

8/3/02

Scanned  Jun 18, 2013

## Individual Education Plan
### (Appendix A)
### JOHN RAMIREZ

| | Date of Report: | | 01/12/2001 | |
|---|---|---|---|---|
| | ARD Meeting Date: | | 11/14/2000 | |

School:     Moody High School     DOB:   06/29/1984  Grade:   11

| Report | IP | Mast | Com | Dis |
|---|---|---|---|---|
| Goals | ☒ | ☒ | N/A | ☒ |
| Objectives | ☒ | ☒ | N/A | ☒ |
| Progress | ☒ | ☒ | ☒ | ☒ |

Goals and Objectives are listed for the period beginning:   08/13/2001   Ending:  5/23/200 2

---

## Goal:  D2: The learner will demonstrate measurable progress in the acquisition of developmentally appropriate functional independent living skills.

Start Date: 08/13/2001  End Date: _____     ☒ In Progress   ☐ Mastered   ☐ Discontinued

### Objectives:

ILE102: Cooperate with others: supervisor / teacher / peers.90%

Start date:  08/13/2001  Ending date      ☒ IP  ☐ Mast  ☐ Disc
Person Init. Resp:   Vocational Adjustment Coordinator  3/8/02
Initial Eval. Crit:   employer evals/observations

### Progress Reports

ILE103: Follow general rules / regulations / guidelines.90%

Start date:  08/13/2001  Ending date      ☒ IP  ☐ Mast  ☐ Disc
Person Init. Resp:   Vocational Adjustment Coordinator  3/8/02
Initial Eval. Crit:   employer evals/observations

### Progress Reports

ILE104: Cope with changes in routine, assignment, personnel, work conditions.90%

Start date:  08/13/2001  Ending date      ☒ IP  ☐ Mast  ☐ Disc
Person Init. Resp:   Vocational Adjustment Coordinator  3/8/02
Initial Eval. Crit:   employer evals/observations

### Progress Reports

ILE170: Arrive to work punctually.90%

Start date:  08/13/2001  Ending date      ☒ IP  ☐ Mast  ☐ Disc
Person Init. Resp:   Vocational Adjustment Coordinator  3/8/02
Initial Eval. Crit:   employer evals/observations

### Progress Reports

JOHN RAMIREZ                    Page 1 of 1

**Scanned  Jun 18, 2013**

**Corpus Christi Independent School District**
**IEP Transition Supplement**
**JOHN H. RAMIREZ**

ARD Meeting Date: 5/23/02

Locked ☐

Developed for students 16 years of age and above and other students for whom transition planning is appropriate.

The transition needs of this student were considered by the ARD Committee. Based upon the student's needs, taking into account his/her preferences and interests, needed services were identified as follows:

**I. INSTRUCTION and RELATED SERVICES:** For instructional objectives based upon ITP/Transition needs, see IEP goals and objectives.
   Related Services: None
   Other: _____
   ☐ None needed.   Basis of determination: _____

**II. COMMUNITY EXPERIENCE:** The committee has determined that student instruction will be enhanced through community experiences. See ARD/IEP goals and objectives and ARD/IEP schedule page 4 of 8.
   ☒ None needed. Basis for determination: _____
      ☒ Student is successfully integrated.
      ☒ Student is able to transfer skills beyond the classroom.
      ☐ Other: _____

**III. EMPLOYMENT:** The committee has determined that the student requires vocational instruction. See ARD/IEP schedule page 4 of 8.
   Other: _____
   ☒ None needed. Basis of determination: _____
      ☒ Student is successfully employed.
      ☒ Student has demonstrated employability skills.
      ☒ Student has the skills to access post-secondary training programs.
      ☐ Other: _____

**IV. ACQUISITION OF DAILY LIVING SKILLS AND OTHER POST-SECONDARY ADULT LIVING OBJECTIVES:**
   The committee has determined that the student will benefit from specific instruction in adult living skills. See IEP goals and objectives.
   ☒ None needed. Basis of determination: _____
      ☐ Student has demonstrated independent living skills.
      ☒ Student will need no support with post-secondary adult living skills.
      ☐ Other: _____

**ASSURANCE THAT STUDENT PREFERENCE AND INTEREST WAS CONSIDERED:**
   ☐ Student participated in ITP draft.
   ☒ Student attended ITP meeting.
   ☐ Functional Vocational Assessment was done.
      ☐ Level I:        ☐ Student interview        ☐ Parent interview
      ☐ Level II:       ☐ Vocational interest      ☐ Vocational aptitude
      ☐ Level III:      assessment
   ☒ Parent contact:   ☒ Letter   ☐ Phone

| AGENCY | ATTENDED | | OTHER PARTICIPATION | | |
|---|---|---|---|---|---|
| Texas Rehabilitation Commission (TRC) | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |
| Texas Mental Health/Mental Retardation (Tx. MHMR) | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |
| Texas Workforce Commission (TWC) | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |
| Texas Commission for the Blind (TCB) | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |
| Texas Department of Human Services (TDHS) | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |
| Local Education Agency (LEA) | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |
| Other: | ☐ Yes ☐ No | | ☐ Brochure ☐ Letter | ☐ Phone conference | |

Steps taken to ensure agency participation:   ☐ Notices   ☐ Phone Calls   Other: _____

**Notes:** Educational agencies are not responsible for a student's attainment of post-secondary goals and the delivery of services that extend beyond his/her eligibility for public education.

If a participation agency fails to provide agreed upon transition services contained in the IEP, the public agency responsible for the student's education will initiate a meeting as soon as possible for the purpose of identifying alternative strategies to meet the transition objectives and, if necessary, revise the student's IEP.

**Scanned   Jun 18, 2013**

### Corpus Christi Independent School District
### Admission, Review and Dismissal (ARD) Meeting

4

Date: __5/23/02__

JOHN H. RAMIREZ

IV. **DETERMINATION OF SERVICES TO BE PROVIDED**     Vocational Adjustment Class

A. Justification indicates that the identified placement is in the least restrictive environment and is based on the needs of the student. Alternative placement was discussed.

Year: __2001-02__  Semester: __F/S__

Start Time: __8:00__  End Time: __16:00__     Total Day: __480__

SpEd=Special Education; Reg=Regular Education; Rel=Related Services; IA=Instructional Arrangement

Student's placement this year will be at:   Moody High School

|   | Qtr | Total | Reg | Rel | SpEd | IA |
|---|---|---|---|---|---|---|
| **F** | 1 | 577 | 505 | 0 | 72 | 08 |
|  | 2 | 577 | 505 | 0 | 72 | 08 |
| **S** | 3 | 577 | 505 | 0 | 72 | 08 |
|  | 4 | 577 | 505 | 0 | 72 | 08 |

| Subject (Option) | Qrt/ Sem | *Service Provider | *Grade Assigned | Min. Reg. Freq/Period | Min.SpE Freq/Period | Class Modifications Select Up to 10 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VAC | B | SE | SE | 0 | 360 | | | | | |
|  |  |  |  | 1 time(s) | /wk | | | | | |
|  | B | RE | RE | 55 | 0 | | | | | |
|  |  |  |  | 1 time(s) | /day | | | | | |
|  | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
|  |  |  |  | 1 time(s) | /day | 29 | 30 | | | |
|  | B | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
|  |  |  |  | 1 time(s) | /day | 29 | 30 | | | |
|  | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
|  |  |  |  | 1 time(s) | /day | 29 | 30 | | | |
|  | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
|  |  |  |  | 1 time(s) | /day | 29 | 30 | | | |
|  | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
|  |  |  |  | 1 time(s) | /day | 29 | 30 | | | |
|  | B | RE | RE | 90 | 0 | | | | | |
|  |  |  |  | 1 time(s) | /day | | | | | |
|  | B | RE | RE | 90 | 0 | | | | | |
|  |  |  |  | 1 time(s) | /day | | | | | |
|  | B | RE | RE | 0 | 0 | 04 | 09 | 10 | 13 | 22 |
|  |  |  |  | 1 time(s) | /day | 29 | 30 | | | |

** Modifications: (*denotes assistive technology)

| | | |
|---|---|---|
| 1. Change pace of instruction | 9. Extended time assignments | 17. Interpreter for the deaf | 25. Special instruction/adaptive equipment |
| 2. Oral tests | 10. Shortened assignments | 18. Frequent breaks | 26. Change in TEKS. |
| 3. Short answer tests | 11. Assignment notebooks* | 19. Defined physical space | 27. Change in project, report requirements. |
| 4. Modified tests/texts | 12. Study aids/manipulatives | 20. Cooling-off period | 28. Change in tool, equipment/ |
| 5. Taped texts* | 13. Repeated review | 21. Concrete reinforcers | machinery used in classroom |
| 6. Highlighted texts* | 14. Reduce written task | 22. Positive reinforcers | 29. Check for understanding |
| 7. Taping lectures* | 15. Calculator* | 23. Behavior management plan | 30. Other 1: |
| 8. Note taking assistance* | 16. Preferential seating | 24. Oral directives | 31. Other 2: |
| | | | 32. Other 3: |

Additional modifications are listed in the deliberations.

Modifications needed to assure success in regular, remedial, and supportive programs, including eligibility for participation in extracurricular activities, are specified on the Individual Educational Plan.

Parents will be notified of progress by:
-Regular report card

5/23/02

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**
**Admission, Review and Dismissal (ARD) Meeting**

4 cont.

Date:   5/23/02

JOHN H. RAMIREZ

| Related Service | Provider | Min | Freq/ Period | Other | Qtr/ Sem |
|---|---|---|---|---|---|
| None | | | time(s) per | | |

**COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION**
This person is responsible for monitoring the student's performance in regular education:
No Longer Provided

Monitoring Frequency:   Every 9 wks.

Monitoring Method:   Report cards

Schedule for evaluating progress for participation in extracurricular activities will be every:

☒ 3 weeks    ☐ 6 weeks    ☐ 9 weeks

☐ Other

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted.  Exceptions for this student, if any, are documented on the IEP.

Explanation of Alternative Assessment Decisions (rationale/accommodations/mods)
NA

**Assessment of Student Progress:**     ☐ not offered for this student's grade

| | Mathematics | Writing | Reading | Science | SS | | RPTE |
|---|---|---|---|---|---|---|---|
| Will Take TAAS | ☐ | | | | | ☒ | Will Take |
| State Alt. Assess. | ☒ | ☒ | | ☒ | ☒ | ☒ | Will Not Take |
| Oth. Alt. Assess. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | NA |
| NA/Passed | ☐/ | ☐ | /☐ | ☐/ | ☐/ | |

**TAAS and End-of-Course Exam Test Mods as defined in test administration materials.**
0    0    0    0
0    0
*Refer to the attached Test Modifications for a description of each modification.

| ☐ Yes | ☐ No | ☒ Not In Attendance | Parent/Guardian agrees with all entries in Section IV. |
|---|---|---|---|

5/23/02

**Scanned  Jun 18, 2013**

Corpus Christi Independent School District

**Admission, Review and Dismissal (ARD) Meeting**

JOHN H. RAMIREZ

5

## V. DETERMINATION OF PLACEMENT

Placement alternatives provided, tried, or considered (p, t, c), including services in regular and compensatory education, for which the student is eligible and additional services needed) area identified below. Consideration of the vocational training needs for students at or before entry into high school was discussed. (Modified 2/10/98)

| | | | |
|---|---|---|---|
| | Regular education only | | Compensatory education |
| T | Regular education with modifications in pacing, methods, or materials | | Alternative school |
| | Regular education with support services | T | Regular vocational education |
| | Self-contained class (special education) | | Regional Day School for the Deaf |
| | Resource classroom (special education) | | Homebound |
| | Discipline center | | Speech therapy |
| | Related services: | | Hospital class |
| | Home - based Instruction | | Classroom (VAC) |
| P | On the Job training (VAC) | | Home Campus |
| | Bilingual education/ESL | T | Other:   Content Mastery |

| Results | If efforts are not successful, provide reason(s): |
|---|---|
| -Successful in current placement. | |

☐ Yes  ☐ No  ☒ N/A   Parents of students who meet eligibility criteria for visual or auditory impairments or deaf/blindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or Texas School for the Deaf, including eligibility and admissions requirements and the rights of student's related to admission.

Date(s) informed:  School for Blind: _____   School for Deaf: _____

The committee determined that the student's placement will be at:

Current Year: _____   Moody High School _____   Vocational Adjustment Class _____

Name of Current Instructional Arrangement

☒ Yes  ☐ No   This is the campus which the student would attend if not in special education. If no, name the student's home campus: _____

☒ Yes  ☐ No   This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin:   8/13/01   Anticipated duration of services:   05/02

Resource Room/Services- <21%

Next Year: _____   Moody High School _____

Name of Next Year's Instructional Arrangement

☒ Yes  ☐ No   This is the campus which the student would attend if not in special education. If no, name the student's home campus: _____

☒ Yes  ☐ No   This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin: _____   Anticipated duration of services: _____

☐ Yes  ☐ No  ☒ Not in Attendance   Parent/Guardian agrees with all entries in Section V.

## VI. EXTENDED SCHOOL YEAR SERVICES (ESY)

☐ Yes  ☒ No   Documentation has been submitted and the student is in need of ESY. If yes, attach the ESY SUPPLEMENT, IEP's for ESY and documentation of need.

Services to be provided:

| Subject | Amount of Time | Related Services |
|---|---|---|
| | | |
| | | |
| | | |

Transportation:  ☐ Yes  ☒ No

☐ Yes  ☐ No  ☒ Not in Attendance   Parent/Guardian agrees with all entries in Section VI.

## VII. GRADUATION (High School Student Only):

The student is expected to graduate in:   2002

☒ Yes  ☐ No   Graduation Supplement with Transition Statement is attached.

☐ Yes  ☐ No  ☒ Not in Attendance   Parent/Guardian agrees with all entries in Section VII.

5/23/02

Scanned Jun 18, 2013

**Corpus Christi Independent School District**
**ARD/IEP Supplement**
**Graduation with Transition Statement**

Locked: ☐

**Student's Name:** JOHN H. RAMIREZ

**Anticipated Date of Graduation:** 5/25/02          **ARD Meeting Date:** 5/23/02

Note: Graduation is a change of placement and JOHN H. RAMIREZ, upon graduation, will no longer be eligible for services under Part B of the Individuals with Disabilities Act and graduation with a regular high school diploma terminates JOHN H. RAMIREZ's entitlement to the benefits of the Foundation Schools Program. (Refer to the footnotes at the bottom of this supplement for exceptions.)

The ARD committee has determined that this student will graduate under the following option:

☐ This student has satisfactorily completed the minimum academic credit requirements for graduation applicable to students without disabilities, which includes satisfactory performance on an exit level assessment instrument.

☒ This student has maintained full-time employment without direct and ongoing educational support of the local school district based on this student's abilities and local employment opportunities. This option requires this student to complete his/her IEP and attain sufficient self-help skills to maintain the employment.*

☐ This student has demonstrated mastery of specific employability and self-help skills which will not require direct ongoing educational support of the local school district. This option requires this student to complete his/her IEP.*

☐ This student has gained access to services which are not within the legal responsibility of public education, or employment, or further educational opportunities. This option requires this student to complete his/her IEP.*

☐ This student no longer meets age eligibility requirements and has completed the requirements specified in the IEP.

☐ This student has satisfactorily completed the minimum academic credit requirements for graduation applicable to students in general education and has been exempted from the exit-level assessment instrument because modifications and accommodations provided during instruction would render the results of the assessment invalid.

Based on the anticipated method of graduation, the following instructional and educational experiences are planned to assist this student to prepare for transition from secondary education to post-secondary life. (Transition service needs should focus on the student's course of study):

John plans to attend UTI in Houston to study auto or marine mechanics. He will continue

working full-time to acquire credits for graduation.

- When considering graduation under this option, the ARD committee, when appropriate, shall seek in writing and consider written recommendations from appropriate adult service agencies and the views of the parent and, when appropriate, the student.
- Employability and self-help skills are those skills directly related to the preparation of students for employment, including general skills necessary to obtain or retain employment.
- Students with disabilities who are eligible to take the exit level assessment instrument but have not performed satisfactorily are eligible for instruction in accordance with TEC, §39.024
- For students who receive a diploma under this option, the ARD committee shall determine needed educational services upon the request of the student or parent to resume services, as long as the student meets the age eligibility requirements.

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

JOHN H. RAMIREZ

6

IV. **LEAST RESTRICTIVE ENVIRONMENT SUPPLEMENT**

A. Evidence that removal of students with disabilities from the general educational environment/campus occurs only when the nature and severity of the disability is such that education in regular education classes/campus with the use of supplementary aids and services cannot be achieved satisfactorily based on the following:

John is a full-time VAC student.

Supplementary aides and services previously provided to the student include:

- [ ] Title I/Compensatory education
- [ ] School health Services
- [ ] Bilingual classes
- [ ] ESL
- [x] Tutorials
- [ ] Pre-school

- [ ] Adaptive equipment
- [ ] Counseling
- [x] Modifications in regular education
- [ ] Speech Modeling
- [ ] Other 1: _____
- [ ] Other 2: _____

B. In selecting the least restrictive environment, the following considerations were given to any potential harmful effects on the student and the quality of services he or she needs.

- [ ] Increased student frustration/stress
- [ ] decreased student self esteem/worth
- [ ] Increased difficulty with distractions of regular environment
- [x] large student/teacher ratio vs. increased need for attention
- [x] excessive time required to master objectives
- [x] Increased difficulty completing tasks
- [ ] Increased difficulty controlling behavior
- [ ] other students distracted by related service

- [ ] Increased mobility problems in a large school setting
- [ ] Increased safety concerns caused by physical aspects
- [ ] Increased safety concerns caused by student adaptive equipment
- [ ] lack of emotional control harmful to others
- [ ] lack of social skill causes harm
- [ ] wide difference in development levels causes isolation
- [ ] lack of specialized setting required for related service
- [ ] Other:

C. Opportunities for this student to participate in all nonacademic and extracurricular activities available to students without disabilities to the maximum extent appropriate for the individual student.

Nonacademic
- [x] lunch
- [ ] recess
- [x] counseling services, including emergency
- [x] transportation
- [x] health services
- [x] recreational services
- [x] assemblies
- [ ] others:

Extracurricular
- [x] athletics
- [x] clubs
- [x] band
- [x] choral groups
- [ ] not applicable
- [x] other school sponsored activities
- [ ] others:

If any of the above items are NOT checked, document the ARD/IEP committee's decision to exclude this student from the opportunity to participate:

D. [x] Yes  [ ] No    This student is being educated with regular education students to the maximum extent appropriate to the needs of the student and is unable to benefit from education with regular education students to any greater extent.

5/23/02

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

JOHN H. RAMIREZ

6b

E.   *Removal from General Education Campus

☐   Services and/or therapies in the student's IEP cannot be provided on a general education campus.

☐   The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

☐   The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

☐   The student had a previously unsuccessful placement on a general education campus.  If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

☐   Other: _____

☐

| ☐ Yes | ☐ No | ☒ Not In Attendance | Parent/Guardian agrees with all entries in Section VIII. |

5/23/02

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting          Deliberations

JOHN H. RAMIREZ

### Additional Deliberations of the ARD Committee
### Appendix B

Purpose:  Dismissal ARD  to review credits for graduation and discuss transition.  John has 18.5 credits.  He is a full-time VAC student this year.  Anticipated graduation is 5/02 as an IEP graduate.  John is exempt from the exit-level TAAS.  He is interested in attending UTI in Houston for training in auto or marine mechanics.  John was given information about services offered by TRC and encouraged to set up an intake appointment with them.  He was also advised to talk to the school counselor for information about UTI.

Recorder:   Karen Boyd

Special Ed. Teacher (Res)
Recorder Title

5/23/02

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

7

IX.  ASSURANCES

The committee assures that special education placement:

* is as close as possible to the student's home.

* for national origin minority group students or linguistically different students is not based on criteria which were developed solely on command of the English language

*Basis for assurances:

- [ ] adaptations in testing procedures      - [x] review of parent/student information
- [ ] use of interpreter                     - [ ] review of language assessment

* is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

*Basis for assurances:

- [x] review of parent/student information   - [ ] review of sociological assessment

*The ARD committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs ( including academic and developmental areas such as language and socialization).

*The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents as part of the general education program may be charged (i.e., art or laboratory fees).

NOTE:  IF APPROPRIATE, COMPLETE ARD/IEP SUPPLEMENT: OUT-OF-DISTRICT PLACEMENT VERIFICATION OR REFERRAL TO A REGIONAL DAY SCHOOL PROGRAM FOR THE DEAF.

X.  SIGNATURES OF COMMITTEE MEMBERS

- [x] Yes  - [ ] No  - [ ] NA    A transfer of rights notice has been provided to the student and/or parent prior to the age of majority.

Parent  - [ ] agrees       - [ ] not in attendance.      with required entries in          Note:  Disagrees indicates that "No" was
        - [x] disagrees                                   Sections I thru VIII of this document.          entered, or neither box was checked at
                                                                                                          the end of one or more of the sections.

| Signature | Position | Agree | Disagree |
|---|---|---|---|
| *G Allen* | Parent/Adult Student | [ ] | [ ] |
|  | Administration | [x] | [ ] |
| *Karen Boyd* | Instruction | [ ] | [ ] |
|  | Special Education | [x] | [ ] |
|  | Assessment | [ ] | [ ] |
|  | Speech Therapist | [ ] | [ ] |
| *John Penny* | Student | [x] | [ ] |
|  |  | [ ] | [ ] |

- [x] This IEP has been developed by the members of the ARD committee by mutual agreement.
- [ ] The members of this ARD committee have not reached mutual agreement.  The school has offered and the parent has agreed to a recess of not more than 10 school days.  During the recess the members shall consider alternatives, gather additional data, and/or obtain additional resource persons to enable them to reach mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense.  The committee will reconvene on :
- [ ] The members of this ARD committee have not reached mutual agreement.

_____ at _____ at _____  2  Statements of the reason mutual
  Date            Location             Time                 agreement has not been reached
                                                            may be attached.

Your rights were explained to you when your child was initially referred for special education assessment.  Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.  A full explanation of all procedural safeguards is included with this form.  Please contact Robert Garcia at (361) 994-3500 if you have any questions or need names of other individuals to assist you in understanding this document or your procedural safeguards.

1  Assessment personnel are required when interpretations of assessment data are being considered.

2  Include documentation concerning the reconvened ARD.

Scanned  Jun 18, 2013

## GRADUATION PLAN

Name: Ramirez, John H    ID# 154713620    Grade: 10th    Date:

Special Education Option   I    Circle One:  Minimum/Recommended/DAP
Special Education Option   II  III  IV  V

| | | |
|---|---|---|
| Semester  1st  2000 | Semester  2nd  2001 | **TAAS Status.** |
| 1.  Eng 2 | 1.  Eng 3 | Math _____ |
| 2.  PLFP | 2.  PLFP | Writing _____ |
| 3.  Alg 2 | 3.  U.S. Hist | Reading _____ |
| 4.  VAC | 4.  VAC | Notes: |
| | | 11-17-00 — Discusse |
| Semester  2001 | Semester  2002 | schedule for nxt |
| 1.  Eng 4 ENG2 | 1.  Dav'll Keyboard | year. also Bio |
| 2.  W Hist | 2.  piano T ENG3 | Credit missing |
| 3.  PLFP-ICT | 3.  PLFP-ICT | |
| 4.  VAC COOP | 4.  I VAC COOP | |

| | |
|---|---|
| Semester | Semester |
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

| | |
|---|---|
| Semester | Semester |
| 1. | 1 |
| 2. | 2 |
| 3. | 3. |
| 4. | 4. |

**Scanned  Jun 18, 2013**

## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
### Individualized Transition Plan

Student **RAMIREZ, JOHN H**          I.D.# _____  Meeting Date **1/15/99**
DOB **06-29-84**                     Projected Graduation Date **5/2008**
S.S.# **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**               Disabilities **LD/OHI**
School **MOODY HIGH SCHOOL**         Parents **Priscilla Martinez**
Annual Review Updates: _____

ADDRESS AREAS BELOW AS THEY RELATE TO DESIRED POSTGRADUATION OUTCOMES (Based on Student Expectations)
(Check as appropriate)

**1.     INTEGRATED EMPLOYMENT**

_✓_  1.1 Without support
____ 1.2 With time limited support
____ 1.3 With long term support
____ 1.4 Supported employment (enclave or mobile
         work crew)
____ 1.5 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  _✓_ YES  ____ NO
If yes, specify on page 2.

**2.     INDEPENDENT LIVING**

_✓_  2.1 Independent living - no support
____ 2.2 With family or relative
____ 2.3 With roommate
____ 2.4 Supervised living
____ 2.5 Group home
____ 2.6 ICF-MR facility
____ 2.7 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  _✓_ YES  ____ NO
If yes, specify on pages 2, 3.

**3.     RECREATION/LEISURE/COMMUNITY
         PARTICIPATION**

_✓_  3.1 Independent
_✓_  3.2 Family supported
____ 3.3 Specialized recreation for persons with disabilities
____ 3.4 Community parks and recreation programs
____ 3.5 Local clubs
____ 3.6 Church groups
____ 3.7 Day programs
____ 3.8 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  ____ YES  _✓_ NO
If yes, specify on page 3.

**4.     POST-SECONDARY EDUCATION/VOCATIONAL
         TRAINING**

_✓_  4.1 University
____ 4.2 Community college
_✓_  4.3 Proprietary (private) school
_✓_  4.4 Trade/Technical school _(electrical) UTI_  3/02
____ 4.5 Military                      auto mechanics
____ 4.6 Continuing/Adult Education     marine mechanics

**4.     POST-SECONDARY EDUCATION (Continued)**

____ 4.7 Apprenticeships
____ 4.8 None
_✓_  4.9 Other _Employment (electrical)_
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  _✓_ YES  ____ NO
If yes, specify on page 3.

**5.  ✓   TRANSPORTATION**

_✓_  5.1 Independent
____ 5.2 Public transportation
____ 5.3 Specialized transportation
____ 5.4 Family transports
____ 5.5 Car pools
____ 5.6 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  ____ YES  _✓_ NO
If yes, specify on page 4.

**6.     ADULT SERVICES**

____ 6.1 SSI
____ 6.2 Public assistance (food stamps, AFDC, etc.)
____ 6.3 Insurance/Medicaid
____ 6.4 Assistive/Adaptive devices
____ 6.5 OT/PT
____ 6.6 Vision/Hearing/Speech
____ 6.7 Medical supervision and scheduling
____ 6.8 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  ____ YES  _✓_ NO
If yes, specify on page 4.

**7.     OTHER IMPORTANT LIFE CONSIDERATIONS**

____ 7.1 Guardianship
____ 7.2 Family planning
____ 7.3 Counseling/support services
____ 7.4 Respite services
_✓_  7.5 Voter registration
_✓_  7.6 Selective Service registration
____ 7.7 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?  ____ YES  _✓_ NO
If yes, specify on page 4.

itppage1.DD
1/08

Scanned  Jun 18, 2013

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
**Individual Transition Plan**                                     ITP-2

Student ___RAMIREZ, JOHN H___                    Date _1/15/99_

CHECK SPECIAL SERVICES REQUIRED TO ACHIEVE OUTCOMES
IDENTIFIED ON PAGE ONE OF THIS PLAN.

Results:
A - Accomplished
C - Continue
D - Discontinue

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/ parent | agency | begin | end | date Res. | date Res. | date Res. |

1.   INTEGRATED EMPLOYMENT
___ Conduct additional vocational assessment . . . . . . . . . . .
✓ Discuss vocational options available in high school programs
    (provide high school course catalogue) . . . . . . . . . . . . .     [school ✓] [begin 1/99] [end 1/00] [C] [C]
___ Provide names and number of key vocational service
    providers
    ___ Texas Rehabilitation Commission . . . . . . . . . . . . . . .
    ___ Texas Employment Commission . . . . . . . . . . . . . . . .
    ___ Nueces County Mental Health & Mental Retardation . . .
    ___ Other_____
___ Contact vocation service providers for intake appointment
    Specify:_____

___ Review school records and determine eligibility for agency
    services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
___ Implement job development, job matching, and job placement
    activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
✓ Provide academic instruction and supports necessary to meet
    employment outcome
    Specify: _Modified general ed._
    _classes_ . . . . . . . . . . . .     [school ✓] [begin 8/99] [end 5/01] [C] [D]
✓ Provide regular vocational programs
    Specify: _I.C.C._ . . . . . . . . .     [school ✓] [begin 8/98] [end 5/00] [A]
___ Provide special education vocational training . . . . . . . . . .
___ Provide support services necessary to maintain employment
    Specify:_____
___ Other_____

2.   INDEPENDENT LIVING
___ Provide names and numbers of key residential service
    providers
    ___ Mental Health Mental Retardation . . . . . . . . . . . . . . .
    ___ Corpus Christi State School . . . . . . . . . . . . . . . . . . .
    ___ Independent living center . . . . . . . . . . . . . . . . . . . .
    ___ Other_____
    ___ Other_____
    ___ Other_____
___ Contact residential service providers for intake appointment
    Specify:_____
___ Review school records and determine eligibility for residential
    services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

itppage2.DD

**Scanned  Jun 18, 2013**

Individual Transition Plan                                          ITP-3

Student _____ RAMIREZ, JOHN _____  Date 1/15/99

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/parent | agency | begin | end | date 1/00 Res. | date 3/02 Res. | date Res. |

### INDEPENDENT LIVING (Continued)

__ Provide support services necessary to maintain residential placement
Specify: _____

__ Provide student with instruction and supports necessary to meet independent living outcomes
Specify: _____

__ Other _____

### 3.  RECREATION/LEISURE/COMMUNITY PARTICIPATION

✓ Encourage participation in school related clubs and activities . . . . . . . . . . . . . . . . . . . . . . . .  | ✓ (school) | | | 1/99 | 1/00 | C | C |

__ Provide opportunities to participate in a variety of recreation/leisure activities . . . . . . . . . . . . . . . .

__ Provide information/brochures on local clubs, specialized recreation programs, and summer camps
Specify: _____

__ Enroll and support student as needed in recreation/leisure choices
Specify: _____

__ Provide student with instruction and supports necessary to meet recreational/leisure outcomes
Specify: _____

✓ Other _Freshman council_
_Bowling Team_ . . . . . . .  | ✓ (student/parent) | | SY 98-99 | SY 98-99 | D |

### ✓ POST-SECONDARY EDUCATION/VOCATIONAL TRAINING

__ Provide student with academic instruction and supports necessary for graduation requirements . . . . . . . . . . . . . .  | ✓ (school) | | 9/98 | 5/02 | C | A |

__ Contact school counselor for information regarding specific colleges . . . . . . . . . . . . . . . . . . . . . . . . . . . .

__ Contact college or university concerning special services and and accommodations . . . . . . . . . . . . . . . . . . . . .

✓ Obtain information on various tech schools . . . . . . . . . . .  | ✓ (student/parent) | | 3/02 |

__ Contact military recruiter . . . . . . . . . . . . . . . . . . . .

__ Provide information regarding continuing/adult education classes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

✓ Complete applications and other paperwork necessary for post-secondary school admission . . . . . . . . . . . . . .  | ✓ (student/parent) | | 3/02 |

__ Complete college entrance exams . . . . . . . . . . . . . . .

__ Other _____

itppage3.DD

Scanned  Jun 18, 2013

**Individual Transition Plan**                                    ITP-4

Student _____ RAMIREZ, JOHN _____    Date _1/15/99_

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| school | student/parent | agency | | begin | end | date 1/00 | date 3/00 | date |
| | | | | | | Res. | Res. | Res. |

**5./   TRANSPORTATION**
- ✓ Complete driver's education . . . . . . . . . . . . . . . . . .   [parent ✓] [begin 1/00] [end 5/01] [C] [C]
- ✓ Obtain driver's license . . . . . . . . . . . . . . . . . . . .   [parent ✓] [begin 6/00] [end 5/01] [C] [C]
- ___ Apply for Care B transportation . . . . . . . . . . . . . . .
- ___ Train student to utilize public transportation systems . . . . .
- ___ Arrange transportation to and from work site . . . . . . . . .
- ___ Other_____

**6.   ADULT SERVICES**
- ___ Discuss/provide phone number for SSI eligibility requirements . . . . . . . . . . . . . . . . . . . . . . . . .
- ___ Apply for SSI benefits . . . . . . . . . . . . . . . . . . . .
- ___ Provide phone number for Department of Human Services assistance program . . . . . . . . . . . . . . . . . . . . . .
- ___ Other financial considerations_____
- ___ Apply for insurance/medicaid . . . . . . . . . . . . . . . . .
- ___ Discuss/provide information regarding OT/PT needs . . . . . .
- ___ Assess student's need for assistive/adaptive devices . . . . .
- ___ Provide assistive/adaptive devices according to assessed needs . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- ___ Discuss/provide information regarding needs as related to vision, hearing, and speech . . . . . . . . . . . . . . . . .
- ___ Provide training for self-medication or monitor administration of medication . . . . . . . . . . . . . . . . . . . . . . . .
- ___ Assist with scheduling of medical and dental appointments .
- ___ Other medical/physical concerns_____

**7./   OTHER IMPORTANT LIFE CONSIDERATIONS**
- ✓ Discuss/provide information regarding:
  - ___ Guardianship . . . . . . . . . . . . . . . . . . . . . . . .
  - ___ Family planning . . . . . . . . . . . . . . . . . . . . . . .
  - ___ Counseling/support services provided by various agencies
    - Specify:_____
  - ___ Respite services . . . . . . . . . . . . . . . . . . . . . .
  - ✓ Voter registration . . . . . . . . . . . . . . . . . . . . .   [school ✓] [begin 6/03] [C] [C]
  - ✓ Selective Service registration . . . . . . . . . . . . . . .   [school ✓] [begin 6/03] [C] [C]
- ___ Other_____

itppage4.DD
November, 1995

Scanned  Jun 18, 2013

ITP-5

## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

STUDENT NAME: RAMIREZ, JOHN

### TRANSITION PLANNING PARTICIPANTS

We, the undersigned, have provided input for the review/update of this ITP.

| Student | Title | Parent | Title | Teacher | Title |
|---|---|---|---|---|---|
| John Ramirez | Asst Princpl | Karen Boyd-Elgit. Prar. | | Alan D Bean | Ea Empl / Teacher |
| Name | | Name | | Name | Date 1/15/99 |

Persons invited who did not attend:
Parent

We, the undersigned, have provided input for the review/update of this ITP

| Student | Title | Parent | Title | Teacher | Title |
|---|---|---|---|---|---|
| John Ramirez | Asst Princp | Karen Boyd-Dept. Chair. | | Carol Lancto-Vocational | |
| Name | | Name | | Name | Date 1/21/00 |

Persons invited who did not attend:
Parent

We, the undersigned, have provided input for the review/update of this ITP.

| Student | Title | Parent | Title | Teacher | Title |
|---|---|---|---|---|---|
| John Ramirez | Asst. Princp | | | Karen Boyd - Spec. Ed. | |
| Name | | Name | | Name | Date 3/8/02 |

Persons invited who did not attend:
Parent

We, the undersigned, have provided input for the review/update of the ITP.

| Student | Title | Parent | Title | Teacher | Title |
|---|---|---|---|---|---|
| Name | | Name | | Name | Date |

Persons invited who did not attend:

If an agency that was invited to send a representative did not do so, what steps were taken to obtain the participation of the agency in the planning of transition services?

ippgc5.DD

Scanned  Jun 18, 2013

AND RETURN TO YOUR CHILD'S SCHOOL

ex th # 33

If you have any questions, please feel free to call the contact person below:

Shirley Warner        Sp Education Dept    878-1432
SCHOOL CONTACT PERSON              POSITION                      TELEPHONE

Please check appropriate statement(s) below.       Re:  John Ramirez
                                                          5 | 18 | 98      11:15 am
                                                     Student
                                             Date of ARD/ITP Meeting

☐  I will attend the meeting as scheduled.
☐  . would like to attend the meeting, but cannot do so at the time suggested; please contact me at
   _____ to reschedule.
☐  I will not be able to attend the meeting; please have it without me. I wish to be notified of the results of the meeting.
☐  I will not be able to attend the meeting in person, but would like to participate via telephone. Please contact me at
   _____ at the scheduled meeting time.
☐  I wave the required five school day waiting period between Notice of the ARD Committee Meeting and the ARD Committee Meeting.
☐  I wave the required 30 day waiting period between Notice of the ITP Committee meeting and the ITP Committee meeting.

Comments:

_____          _____
Signature of Parent, Guardian, Surrogate Parent, or Adult Student          Date

_____          _____
Signature of Interpreter, If used                                          Date

8/98 - PSARDNOT-1

**Scanned  Jun 18, 2013**

Locked: ☐

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

☐ Initial   ☐ 3-Year Review   ☐ Dismissal   and/or   ☒ Annual   and/or   ☐ Failure   ☐ Discipline
☐ Transfer   ☒ Review   ☐ End of Year Dismissal

| | |
|---|---|
| Student ID: | 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 |
| Student's Name: | JOHN H. RAMIREZ |
| Date of Birth: | 6/29/84   Sex:   M |
| Home Campus: | Moody High School |
| Current Campus: | Moody High School |
| Parent's Name: | GUADALUPE ALEJANDRO |
| Parent's Address: | 3801 CASTILLA CT, |
| | CORPUS CHRISTI, TX 78415- |

Meeting Date:   9/5/01

Instructional Arrangement:   03

Resource Room

Speech:   0

Grade:   12

Home Phone:   (512) 854-1481

Work Phone:   (512) 853-8891   Ext. 0000

☐ *An interpreter was used to assist in conducting the meeting.   If yes, specify language:

☐ Parent/Adult student waives the 5 school days written notice of the ARD meeting and agrees to an earlier meeting.

Parent's Signature:   GUADALUPE ALEJANDRO   4/27/01

**I. *REVIEW OF ASSESSMENT/EVALUATION DATA (check if applicable)**

☒ Assessment/Evaluation Reports
☒ ARD Full and Individual Evaluation (FIE)   Date(s) of Report(s):
☐ Other Assessments/Evaluations. Specify :

| Assessment | Initial Date | Current Date | Needed | Complete By | Active |
|---|---|---|---|---|---|
| None | | | ☐ | | ☐ |

☒ Vocational Assessment   Date(s) or Report(s):   8/24/97

☐ Current FIE, other assessments/evaluations, and associated eligibility reports have been given to the parents.
☒ Information from the student's individual Transition Plan   (attach supplement dated: _____ )
☐ Records from other school district.
☒ Information from parents/student.
☒ Information from school personnel.
☐ Information/Records from other agencies/professionals.
☒ Information from Language Proficiency Assessment Committee.
☐ Additional assessment/evaluation is needed. Refer to the Other Assessments/Evaluations table above for specific assessments/evaluations and associated timelines.

A Full and Individual Evaluation (FIE) must be completed by:   4/27/2004

☒ Yes   ☐ No   The IEP previously developed was reviewed.

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section I. |
|---|---|---|---|

9/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**                                    2

**Admission, Review and Dismissal (ARD) Meeting**

**JOHN H. RAMIREZ**

II.  *DETERMINATION OF ELIGIBILITY (check if applicable):
Based on the assessment/evaluation data reviewed, the committee has determined that the student:

[ ]  does not meet specific TEA and Federal eligibility criteria to receive special education services.

[X]  meets specific TEA and Federal eligibility criteria to receive the following special education services for the following conditions:

| | | | |
|---|---|---|---|
| Condition 1: | Learning Disabled | Condition 4: | None |
| Condition 2: | Other Health Impaired | Condition 5: | None |
| Condition 3: | None | | |

**Complete the following section for transfer students only:**

[ ]  The parent or parents verify that the student was receiving special education services in
_____ . Verification from the former district [ ] by telephone reported by
_____ , or [ ] type of document _____ and date
received _____

The instructional arrangement and related service provided in the previous district were as follows:


Eligibility is temporary contingent upon receipt of valid assessment/evaluation data or collection of new assessment/evaluation data.  A second ARD will be held within 30 school days to develop an IEP based on

| [ ] Yes | [ ] No | [X] Not in Attendance | Parent/Guardian agrees with all entries in Section II. |
|---|---|---|---|

III.  COMPETENCIES:     [X] discussed below          [ ] to be addressed at 30 day ARD/IEP

A.  PHYSICAL, as it affects participation in:

*instructional settings:
[X]  normal vision     ([ ] with glasses)     [X] normal hearing     [X] good general health
and/or

*physical education
[X]  Yes  [ ] No     Student is capable of receiving instruction in regular P.E. with no modifications.  If no, see services to be provided.

Other Physical Competencies
Not Applicable

*This field was added 8/1/96.  Refer to deliberation for additional competencies, if any prior to this date.

B.  BEHAVIORAL, as it affects:
Educational placement/programming:

(Check the appropriate competencies)

| | |
|---|---|
| [ ]  interacts appropriately with peers | Other Behavior 1:   Disruptive classroom behavior at times |
| [ ]  interacts appropriately with adults | |
| [ ]  adjusts easily to new situations | Other Behavior 2:   Can be argumentative with authority figures |
| [ ]  respects authority | |
| [ ]  cooperative | Other Behavior 3: |
| [ ]  completes tasks | |

9/5/01

Scanned  Jun 18, 2013

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

3

**C. *Discipline:**

(Check the appropriate competencies)

☐ Is mentally able to follow regular discipline rules
☒ Is emotionally able to follow regular discipline rules; or     ☐ refer to comments below
☒ Student's behavior impedes his/her learning or that of others (if 'X' complete function behavioral assessment, Behavior Intervention Plan/Behavioral IEP).
☐ able to follow classroom management plan

☐ Yes   ☒ No   The student is capable of following the Student Code of Conduct without modification. If NO, complete Special Discipline Procedures form.

Comments:   Behavior Plan developed 11/28/00 will remain in effect in 2001-02 school year.

**D. *Prevocational/Vocational (when appropriate)**

☐ not appropriate for this student       ☐ has good attendance       ☒ is able to work on time schedule
☐ keeps work area neat                   ☐ follows directions         ☐ Other 1: _____
☐ has good social skills                 ☐ is reliable                ☐ Other 2: _____
☐ is mechanically inclined               ☐ cares for materials
☒ has a part-time job                    ☐ is responsible

**E. * Academic/Developmental, including LEP student language competencies relevant to developing the IEP (grade or age levels alone are not acceptable):**

| Area 1: | draws conclusions |
|---------|-------------------|
| Area 2: | Identify main idea |
| Area 3: | uses capitalization |
| Area 4: | describes setting |
| Area 5: | Adds, subtracts, multiplies, and divides whole numbers, decimals, and fractions |
| Area 6: | |
| Area 7: | |

**F. Assistive Technology needs were considered.**

☒ Based on informal and/or formal information, A.T. devices and services are not recommended at this time.
☐ A.T. addressed through one or more of the following:  modifications, IEP goals and objectives, related services, supplementary aids and services.   A.T. devices will be provided for: ☒ Current Year ☒ Next Year ☐ Both
(Note: Refer to formal A.T. screenings, FIE, and/or other formal and informal information for detailed A.T. recommendations.)

**G. *Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels.**

☒ Language Arts/English       ☐ Science
☐ Reading                     ☐ Social Studies
☐ Math                        ☐ Other: _____

**H. Communication needs were considered.  (Added 8/5/99)**

☒ No additional communication services are recommended.
☐ Communication needs are addressed through one or more of the following: modifications, IEP goals and objectives, related services, supplementary aids and services.  (Complete Communication Needs Supplement for students w/ A.I.)

**I. *The student's disability affects involvement or progress in the general curriculum or, for preschool, appropriate activities in the following ways: (Added 8/5/99)**
John needs modifications and content mastery to be successful in general education classes.

☒ Individual Educational Plan (IEP) is attached. (Refer to Appendix A)       ☐ An IEP is not applicable
☐ Refer to the previous IEP as no changes are being made at this meeting.

| ☐ Yes | ☐ No | ☒ Not in Attendance | Parent/Guardian agrees with all entries in Section III. |
|-------|------|---------------------|--------------------------------------------------------|

9/5/01

Scanned  Jun 18, 2013

## Individual Education Plan
### (Appendix A)
### JOHN RAMIREZ

School: Moody High School

Goals and Objectives are listed for the period beginning:   8/1/00   Ending:   9/10/01

DOB:   6/29/84   Grade:   12

| Date of Report: | | | 9/10/01 | |
| ARD Meeting Date: | | | 9/6/01 | |
| Report | IP | Mast | Com | Dis |
| Goals | ☒ | ☐ | N/A | ☐ |
| Objectives | ☒ | ☐ | N/A | ☐ |
| Progress | ☒ | ☐ | ☐ | ☐ |

**Goal: G9: The learner will achieve mastery of the school district curriculum objectives by completing his/her assignments and maintaining passing grades.**

Start Date:  9/6/01   End Date: _____    ☒ In Progress   ☐ Mastered   ☐ Discontinued

### Objectives:

**CM1:  The student will be able to bring all necessary learning materials and/or supplies to class.90%**

Start date:   9/6/01   nding date          ☒ IP ☐ Mast ☐ Disc
Person Init. Resp:   Student
Initial Eval. Crit:   Teacher observations.

#### Progress Reports

**CM10:  The student will be able to complete assignments in class and/or out of class.70%**

Start date:   9/6/01   nding date          ☒ IP ☐ Mast ☐ Disc
Person Init. Resp:   Student, teacher, parent
Initial Eval. Crit:

#### Progress Reports

**CM16:  The student will be able to know and follow classroom rules for general education classes.80%**

Start date:   9/10/01   nding date          ☒ IP ☐ Mast ☐ Disc
Person Init. Resp:   Student,teacher
Initial Eval. Crit:   Teacher observations.

#### Progress Reports

**CM17:  The student will be able to maintain passing grades and/or averages for genral education courses.70%**

Start date:   9/10/01   nding date          ☒ IP ☐ Mast ☐ Disc
Person Init. Resp:   Student,teacher, parent
Initial Eval. Crit:   Teacher tests, observations,daily work.

#### Progress Reports

JOHN RAMIREZ                                        Page 1 of 1

**Scanned  Jun 18, 2013**

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Behavior Intervention Plan

*11-28-00*

*9/5/01 - BIP reviewed at annual ARD. Will remain in effect for 2001-02 school yr.*

PLEASE PRINT

| STUDENT LAST NAME | FIRST | MI | SS NUMBER | DOB |
|---|---|---|---|---|
| Ramirez | John | H | 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 | 6-29-84 |

Please list below each behavior, reinforcement, consequence, person responsible for administering the name and date to be reviewed
Appropriate interventions might arise from assessment data, discipline history, social history, or parental reports.

(Indicate intervention strategies by code)

| Specific Behavior | Description of Means for Rewarding Desirable Behavior | Description of Consequences for Undesirable Behavior | Person Responsible / Date to be Reviewed |
|---|---|---|---|
| 1.) Improve school attendance | - Verbal praise<br>- Set well-defined limits -<br>- isolate student in another part of class - preferential seating<br>- call / conference w/ parent<br>- earn privileges / activities in class + at home | - Verbal warning<br>- call / conference w/ parent<br>- loss of privileges in class<br>- office referral<br>- office conference<br>- detention<br>- offer choices<br>- detention<br>- ISS<br>- Suspension<br>AEP | student<br><br>parent<br><br>School staff |
| 2.) refrain from verbal + physical aggression (fighting) | | | |
| 3.) Comply w/ directives from authority figures | - attend tutorials before + after school to complete assign-ments + make-up absences + do community services<br>- Complete attendance waiver<br>- Suggest parent contact | - file truancy charges<br>- contact truant officer | |

John's doctor to see if medication for ADD would be helpful.

7/98

Scanned  Jun 18, 2013

## Corpus Christi Independent School District                    4
### Admission, Review and Dismissal (ARD) Meeting

Date:  9/5/01                         JOHN H. RAMIREZ

IV.  DETERMINATION OF SERVICES TO BE PROVIDED          Resource Room/Services- <21%

A. Justification indicates that the identified placement is in the least restrictive environment
and is based on the needs of the student. Alternative placement was discussed.

| | Qtr | Reg | Rel | SpEd | IA |
|---|---|---|---|---|---|
| F | 1 | 499 | 0 | 6 | 41 |
| | 2 | 499 | 0 | 6 | 41 |
| | 3 | 499 | 0 | 6 | 41 |
| S | 4 | 499 | 0 | 6 | 41 |

Year:  2001-02  Semester:  F/S

Start Time:  8:00   End Time:  16:00          Total Day:  480   Inst Time  330

SpEd=Special Education;  Reg=Regular Education;  Rel=Related Services;  IA=Instructional Arrangement

Student's placement this year will be at:   Moody High School          Other Setting All Qtrs

| Subject (Option) | Qrt/Sem | *Service Provider | *Grade Assigned | Min. Reg./Freq/Period | Min.SpE | Class Modifications Select Up to 10 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Content Mastery | B | SE | SE | -30 | 30 | | | | | |
| | | | | 1 time(s) /wk | | | | | | |
| Non-Instruct Time | B | RE | RE | 55 | 0 | | | | | |
| | | | | 1 time(s) /day | | | | | | |
| PE/Health | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| TICP | B | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| English 2 | F | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| US Gov't/KYBWF | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| Algebra 2 | S | RE | RE | 90 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |
| CCOPWK | B | RE | RE | 90 | 0 | | | | | |
| | | | | 1 time(s) /day | | | | | | |
| | B | RE | RE | 90 | 0 | | | | | |
| | | | | 1 time(s) /day | | | | | | |
| | | | | 0 | 0 | 04 | 09 | 10 | 13 | 22 |
| | | | | 1 time(s) /day | | 29 | 30 | | | |

Min. Reg. are provided in the regular classroom.  Min. SpEd. and/or Min. Related Service are provide outside the regular classroom.  Special
locations for providing services are described as part of the subject, in the Related Service Other column, or in the deliberations.

** Modifications:  (*denotes assistive technology)

| | | | |
|---|---|---|---|
| 1.  Change pace of instruction | 9.  Extended time assignments | 17.  Interpreter for the deaf | 25.  Special instruction/adaptive equipment |
| 2.  Oral tests | 10.  Shortened assignments | 18.  Frequent breaks | 26.  Change in TEKS. |
| 3.  Short answer tests | 11.  Assignment notebooks* | 19.  Defined physical space | 27.  Change in project. report requirements. |
| 4.  Modified tests/texts | 12.  Study aids/manipulatives | 20.  Cooling-off period | 28.  Change in tool, equipment/ |
| 5.  Taped texts* | 13.  Repeated review | 21.  Concrete reinforcers | machinery used in classroom |
| 6.  Highlighted texts* | 14.  Reduce written task | 22.  Positive reinforcers | 29.  Check for understanding |
| 7.  Taping lectures* | 15.  Calculator* | 23.  Behavior management plan | 30.  Other 1: Content mastery |
| 8.  Note taking assistance* | 16.  Preferential seating | 24.  Oral directives | 31.  Other 2: |

Additional modifications are listed in the deliberations.          32.  Other 3:

Modifications needed to assure success in regular, remedial, and supportive programs, including
eligibility for participation in extracurricular activities, are specified on the Individual Educational Plan.

Parents will be notified of progress by:
-Regular report card

9/5/01

Scanned  Jun 18, 2013

Corpus Christi Independent School District                    4 cont.

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

Date:    9/5/01

| Related Service | Provider | Min | Freq/ Period | Other | Qtr/ Sem |
|---|---|---|---|---|---|
| None | | | time(s) per | | |

**COORDINATION BETWEEN REGULAR AND SPECIAL EDUCATION**
This person is responsible for monitoring the student's performance in regular education:
Reg/Spec. Ed. Teacher

Monitoring Frequency:        Every 9 wks.

Monitoring Method:           Report cards

Schedule for evaluating progress for participation in extracurricular activities will be every:

☒ 3 weeks   ☐ 6 weeks   ☐ 9 weeks

☐ Other _____

In order to receive passing grades in all content areas of instruction and to participate in extracurricular activities, the expected mastery level as established by the district is 70% unless otherwise noted. Exceptions for this student, if any, are documented on the IEP.
Explanation of Alternative Assessment Decisions (rationale/accommodations/mods)
NA

**Assessment of Student Progress:**        ☒ not offered for this student's grade

|  | Mathematics | Writing | Reading | Science | SS |
|---|---|---|---|---|---|
| Will Take TAAS | ☒ | ☒ | ☒ | | |
| State Alt. Assess. | | | | | |
| Oth. Alt. Assess. | | | | | |
| NA/Passed | / ☐ | / ☐ | / ☐ | ☒ / ☐ | ☒ / ☐ |

RPTE
☐ Will Take
☐ Will Not Take
☐ NA

**TAAS and End-of-Course Exam Test Mods** as defined in test administration materials.

| 0 | 0 | 0 | 0 |
|---|---|---|---|
| 0 | 0 | | |

**Refer to the attached Test Modifications for a description of each modication.

| | Yes | | No | ☒ | Not in Attendance | Parent/Guardian agrees with all entries in Section IV. |

9/5/01

**Scanned  Jun 18, 2013**

Corpus Christi Independent School District

Admission, Review and Dismissal (ARD) Meeting

5

JOHN H. RAMIREZ

## V. DETERMINATION OF PLACEMENT

Placement alternatives provided, tried, or considered (p, t, c), including services in regular and compensatory education, for which the student is eligible and additional services needed) area identified below.  Consideration of the vocational training needs for students at or before entry into high school was discussed. (Modified 2/10/98)

| | | |
|---|---|---|
| P | Regular education only | Compensatory education |
| | Regular education with modifications in pacing, methods, or materials | Alternative school |
| | Regular education with support services | P  Regular vocational education |
| | Self-contained class (special education) | Regional Day School for the Deaf |
| | Resource classroom (special education) | Homebound |
| | Discipline center | Speech therapy |
| | Related services: | Hospital class |
| | Home - based instruction | Classroom (VAC) |
| | On the job training (VAC) | Home Campus |
| | Bilingual education/ESL | P  Other:  Content Mastery |

| Results | If efforts are not successful, provide reason(s): |
|---|---|
| Passed all classes last year except English 2 and algebra 2 | Excessive absences, incomplete assignments and performance standards |

[ ] Yes  [ ] No  [X] N/A   Parents of students who meet eligibility criteria for visual or auditory impairments or deaf/blindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or Texas School for the Deaf, including eligibility and admissions requirements and the rights of student's related to admission.

Date(s) Informed:  School for Blind:_____   School for Deaf:_____

The committee determined that the student's placement will be at:

Current Year:   Moody High School          Resource Room
Name of Current Instructional Arrangement

[X] Yes  [ ] No   This is the campus which the student would attend if not in special education. If no, name the student's home campus:

[X] Yes  [ ] No   This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin:   9/5/01   Anticipated duration of services:   05/02

Next Year:   Moody High School          Resource Room/Services- <21%
Name of Next Year's Instructional Arrangement

[X] Yes  [ ] No   This is the campus which the student would attend if not in special education. If no, name the student's home campus:

[X] Yes  [ ] No   This is the campus that is as close as possible to the student's home which provides the services the ARD committee has deemed necessary.

Date services are to begin:_____   Anticipated duration of services:_____

[ ] Yes  [ ] No  [X] Not In Attendance   Parent/Guardian agrees with all entries in Section V.

## VI. EXTENDED SCHOOL YEAR SERVICES (ESY)

[ ] Yes  [X] No   Documentation has been submitted and the student is in need of ESY.  If yes, attach the ESY SUPPLEMENT, IEP's for ESY and documentation of need.

Services to be provided:

| Subject | Amount of Time | Related Services |
|---|---|---|
| | | |
| | | |
| | | |

Transportation:   [ ] Yes  [X] No

[ ] Yes  [X] No  [ ] Not In Attendance   Parent/Guardian agrees with all entries in Section VI.

## VII. GRADUATION (High School Student Only):

The student is expected to graduate in:   2002

[ ] Yes  [X] No   Graduation Supplement with Transition Statement is attached.

[ ] Yes  [ ] No  [X] Not In Attendance   Parent/Guardian agrees with all entries in Section VII.

9/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**                                    6

**Admission, Review and Dismissal (ARD) Meeting**

JOHN H. RAMIREZ

IV.  LEAST RESTRICTIVE ENVIRONMENT SUPPLEMENT

A.  Evidence that removal of students with disabilities from the general educational environment/campus occurs only when the nature and severity of the disability is such that education in regular education classes/campus with the use of supplementary aids and services cannot be achieved satisfactorily based on the following:

-JOHN is receiving all services in the general education classroom.

**Supplementary aides and services previously provided to the student include:**

| | |
|---|---|
| ☐ Title I/Compensatory education | ☐ Adaptive equipment |
| ☐ School health Services | ☐ Counseling |
| ☐ Bilingual classes | ☒ Modifications in regular education |
| ☐ ESL | ☐ Speech Modeling |
| ☒ Tutorials | ☐ Other 1: |
| ☐ Pre-school | ☐ Other 2: |

B.  In selecting the least restrictive environment, the following considerations were given to any potential harmful effects on the student and the quality of services he or she needs.

| | |
|---|---|
| ☐ increased student frustration/stress | ☐ increased mobility problems in a large school setting |
| ☐ decreased student self esteem/worth | ☐ increased safety concerns caused by physical aspects |
| ☐ increased difficulty with distractions of regular environment | ☐ increased safety concerns caused by student adaptive equipment |
| ☒ large student/teacher ratio vs. increased need for attention | ☐ lack of emotional control harmful to others |
| ☒ excessive time required to master objectives | ☐ lack of social skill causes harm |
| ☒ increased difficulty completing tasks | ☐ wide difference in development levels causes isolation |
| ☐ increased difficulty controlling behavior | ☐ lack of specialized setting required for related service |
| ☐ other students distracted by related service | ☐ Other: |

C.  Opportunities for this student to participate in all nonacademic and extracurricular activities available to students without disabilities to the maximum extent appropriate for the individual student.

| Nonacademic | Extracurricular |
|---|---|
| ☒ lunch | ☒ athletics |
| ☐ recess | ☒ clubs |
| ☒ counseling services, including emergency | ☒ band |
| ☒ transportation | ☒ choral groups |
| ☐ health services | ☐ not applicable |
| ☒ recreational services | ☒ other school sponsored activities |
| ☒ assemblies | ☐ others: |
| ☐ others: | |

If any of the above items are NOT checked, document the ARD/IEP committee's decision to exclude this student from the opportunity to participate:

D.  ☒ Yes  ☐ No    This student is being educated with regular education students to the maximum extent appropriate to the needs of the student and is unable to benefit from education with regular education students to any greater extent.

9/5/01

Scanned  Jun 18, 2013

Corpus Christi Independent School District                                    6b

Admission, Review and Dismissal (ARD) Meeting

JOHN H. RAMIREZ

E.   *Removal from General Education Campus

☐ Services and/or therapies in the student's IEP cannot be provided on a general education campus.

☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

☐ The student had a previously unsuccessful placement on a general education campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

☐ Other: _____
☐

| ☐ Yes | ☐ No | ☒ Not In Attendance | Parent/Guardian agrees with all entries in Section VIII. |

9/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**    Deliberations

JOHN H. RAMIREZ

### Additional Deliberations of the ARD Committee
### Appendix B

Purpose: Annual ARD held to discuss current progress, future goals, and schedule/services for the 2001-02 school year.  John has 14.5 credits at this time.  John qualifies for special ed. services as an LD/OHI student.  J. Hansen reviewed assessment for emotional disturbance(re-eval.4/27/01).  John does not qualify as ED.  ARD members were in agreement and no additional testing was requested.

Schedule was developed.  John must pass all courses in order to graduate this year.  John is currently looking for a job to earn credits through the work program.The work program teacher offered John several volunteer work options, but John stated that he would only work for money.  Mr. Adamez stated that John would not graduate if he did not start a job soon and earn credits in the work program.  TAAS was discussed.  John will take TAAS in October, 2001.  Current BIP was reviewed and continued for the current school yr.

Recorder:  Karen Boyd

Special Ed. Teacher (Res)
Recorder Title

9/5/01

Scanned  Jun 18, 2013

**Corpus Christi Independent School District**

**Admission, Review and Dismissal (ARD) Meeting**

**JOHN H. RAMIREZ**

7

## IX.  ASSURANCES

The committee assures that special education placement:

* is as close as possible to the student's home.

* for national origin minority group students or linguistically different students is not based on criteria which were developed solely on command of the English language

*Basis for assurances:

☐ adaptations in testing procedures     ☒ review of parent/student information
☐ use of interpreter     ☐ review of language assessment

* is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of educational opportunities.

*Basis for assurances:

☒ review of parent/student information     ☐ review of sociological assessment

*The ARD committee assures that this student is being educated with students his/her age who do not have disabilities to the maximum extent appropriate to his/her overall educational needs ( including academic and developmental areas such as language and socialization).

*The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to students without disabilities or their parents as part of the general education program may be charged (i.e., art or laboratory fees).

NOTE:  IF APPROPRIATE, COMPLETE ARD/IEP SUPPLEMENT: OUT-OF-DISTRICT PLACEMENT VERIFICATION OR REFERRAL TO A REGIONAL DAY SCHOOL PROGRAM FOR THE DEAF.

## X.  SIGNATURES OF COMMITTEE MEMBERS

☒ Yes  ☐ No  ☐ NA     A transfer of rights notice has been provided to the student and/or parent prior to the age of majority.

Parent ☐ agrees     ☐ not in attendance.     with required entries in     Note: Disagrees indicates that "No" was
☒ disagrees          Sections I thru VIII of this document.     entered, or neither box was checked at
the end of one or more of the sections.

| Signature | Position | Agree | Disagree |
|---|---|---|---|
|  | Parent/Adult Student | ☐ | ☐ |
|  | Administration | ☒ | ☐ |
|  | Instruction | ☒ | ☐ |
|  | Special Education | ☒ | ☐ |
|  | Assessment | ☒ | ☐ |
|  | Speech Therapist | ☐ | ☐ |
|  | Student | ☒ | ☐ |
|  |  | ☐ | ☐ |

☒ This IEP has been developed by the members of the ARD committee by mutual agreement.

☐ The members of this ARD committee have not reached mutual agreement.  The school has offered and the parent has agreed to a recess of not more than 10 school days.  During the recess the members shall consider alternatives, gather additional data, and/or obtain additional resource persons to enable them to reach mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense.  The committee will reconvene on :

☐ The members of this ARD committee have not reached mutual agreement.

_____ at _____ at _____  2  Statements of the reason mutual
Date          Location          Time          agreement has not been reached
may be attached.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full explanation of all procedural safeguards is included with this form. Please contact Robert Garcia at (361) 994-3500 if you have any questions or need names of other individuals to assist you in understanding this document or your procedural safeguards.

1  Assessment personnel are required when interpretations of assessment data are being considered.

2  Include documentation concerning the reconvened ARD.

9/5/01

Scanned  Jun 18, 2013

# CORPUS CHRISTI
# INDEPENDENT SCHOOL DISTRICT

# EMPLOYABILITY
# AND
# SELF-HELP SKILLS
# PROFILE

Scanned  Jun 18, 2013

PLOYABILITY AND SELF-HELP PR___E

Complete the profile:
- Mastery is documented by one or more of the following:
  - parental documentation = **P**
  - 70% mastery in regular education = **R**
  - IEP mastery = **IEP**
  - employer documentation = **E**
- Enter the date mastery was achieved

Name  Ramirez, John

Date of Birth  6-29-84

ID#  454 71 3620

| | | DOCUMENT CODE | DATE | COMMENTS |
|---|---|---|---|---|
| **I.** | **Daily Living Skills** | | | |
| | **A.** Finances | | | |
| | 1. Count money and make correct change | R | 00-01 | PLFP |
| | 2. Make wise purchases | | | |
| | 3. Keep basic financial records | | | |
| | 4. Use banking services | | | |
| | 5. Obtain and use credit responsibly | P Parental documentation | | |
| | 6. Calculate and pay taxes | R | 99-00 | ICC |
| | 7. Select and file insurance | parental documentation | | |
| | **B.** Home management | | | |
| | 8. Select adequate housing | R | 00-01 | PLFP |
| | 9. Maintaining a home | R | 00-01 | PLFP |
| | 10. Family living | | | |
| | **C.** Citizenship | | | |
| | 11. Demonstrate knowledge of civil rights and responsibilities | parental documentation | | |
| | 12. Know natures of local, state, and federal law | | | |
| | 13. Demonstrate knowledge of the law | R | 99-00 | ICC |
| | 14. Identify citizenship rights and responsibilities | R | 99-00 | ICC |
| | **D.** Recreational facilities and leisure time | | | |
| | 15. Demonstrate knowledge of available community resources | R | 98-99 | PE |
| | 16. Demonstrate knowledge of recreational activities | R | 98-99 | PE |
| | **E.** Transportation | | | |
| | 17. Demonstrate knowledge of traffic rules | | | |
| | 18. Demonstrate knowledge and use of various means of transportation | R | 99-00 | ICC |
| **II.** | **Personal - Social Skills** | | | |
| | **F.** Self-awareness | | | |
| | 19. Identify physical and psychological needs | R | 00-01 | PLFP |
| | 20. Identify interests and abilities | R | 00-01 | PLFP |
| | 21. Identify emotions | R | 00-01 | PLFP |
| | 22. Develop a knowledge of physical self | | | |
| | 23. Exhibit personal hygiene | Parental documentation | | |
| | **G.** Self-confidence | | | |
| | 24. Express feelings of self-worth | R | 99-00 | ICC |
| | 25. Describe others perception of self | | | |
| | 26. Accept and give praise | IEP | 00-99 | VAC |
| | 27. Accept and give criticism | IEP | 00-01 | VAC |
| | 28. Develop confidence in self | IEP | 00-01 | VAC |
| | **H.** Socially responsible behavior | | | |
| | 29. Know important character traits | R | 00-01 | PLFP |
| | 30. Demonstrate awareness of how one's behavior affects others | R | 00-01 | PLFP |
| | 31. Demonstrate proper behavior in public places | | | VAC |
| | 32. Develop respect for the rights and properties of others | | | VAC |
| | 33. Identify consequences of substance abuse | | | |
| | 34. Recognize authority and follow instructions | IEP | 00-01 | VAC |

Scanned  Jun 18, 2013

| | DOCUMENT CODE | DATE | COMMENTS |
|---|---|---|---|
| **I.  Interpersonal Skills** | | | |
| 35.  Demonstrate listening and responding skills | I&R | 00-01 | VAC |
| 36.  Establish and maintain close relationships/friendships | | | PLFP |
| 37.  Demonstrate occupational interpersonal skills | | | VAC |
| **J.  Independence** | | | |
| 38.  Individual growth | R | 00-01 | PLFP |
| 39.  Demonstrate self-organization | R | 00-01 | PLFP |
| 40.  Develop goal seeking behavior | R | 00-01 | PLFP |
| **K.  Problems solving skills** | | | |
| 41.  Recognize nature of a problem | R | 00-01 | PLFP |
| 42.  Anticipate consequences | | | VAC |
| 43.  Locate and utilize sources of assistance | | | PLFP |
| 44.  Develop and evaluate alternatives | | | |
| **L.  Communication** | | | |
| 45.  Recognize and respond to emergency situations | R | 99-00 | ICC |
| 46.  Communicate with understanding | R | 98-99 | Reading |
| 47.  Express feelings appropriately | R | 99-00 | Spanish |
| **III.  Occupational guidance and preparation** | | | |
| **M.  Occupational exploration** | | | |
| 48.  Identify the personal values met through work | R | 00-01 | PLFP |
| 49.  Identify the societal values met through work | | | |
| 50.  Identify the monetary aspects of work | I&R | 00-01 | VAC |
| 51.  Classify jobs into occupational categories | | | |
| 52.  Locate sources of occupational and training information | | | |
| 53.  Investigate local occupational and training information | | | |
| 54.  Legal aspects of work | | | |
| **N.  Occupational selection** | | | |
| 55.  Identify major occupational needs | I&R | 00-01 | VAC |
| 56.  Identify major occupational interests | | | |
| 57.  Identify occupational aptitudes | | | |
| 58.  Identify requirements of appropriate and available jobs | | | |
| 59.  Make realistic occupational choices | | | |
| **O.  Work habits and behavior** | | | |
| 60.  Follow directions and observe regulations | I&R | 00-01 | VAC |
| 61.  Attendance and punctuality | | | |
| 62.  Accept supervision | | | |
| 63.  Appropriate dress and grooming | | | |
| 64.  Occupational safety | | | |
| 65.  Work with others | | | |
| 66.  Quality work | | | |
| 67.  Satisfactory work rate | | | |
| 68.  Stamina and endurance | | | |
| **P.  Physical-manual skills** | | | |
| 69.  Balance and coordination | I&R | 00-01 | VAC |
| 70.  Manual dexterity | | | |
| 71.  Sensory discrimination | | | |
| **Q.  Specific occupational skill** | | | |
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| **R.  Employment** | | | |
| 72.  Job search | I&R | 00-01 | VAC |
| 73.  Job application | | | |
| 74.  Job interview | | | |
| 75.  Job maintenance | | | |
| 76.  Job standards and abilities | | | |
| 77.  Employment changes | | | |
| 78.  Post-school occupational resources | | | |

Scanned Jun 18, 2013

AND RETURN TO YOUR CHILD'S SCHOOL

If you have any questions, please feel free to call the contact person below:

*Karen Boyd*                          *Dept. Chair.*               854-3261 ext.
SCHOOL CONTACT PERSON                POSITION                    TELEPHONE     306

Please check (✓) appropriate statement(s) below.
☐   I will attend the meeting as scheduled.
☐   I would like to attend the meeting, but cannot do so at the time suggested; please contact me          Re: *John Ramir.*
    at _____ to reschedule                                                                        Student
☐   I will not be able to attend the meeting; please have it without me. I wish to be notified of the results of the meeting.
☐   I will not be able to attend the meeting in person, but would like to participate via telephone. Please contact
    me at _____ at the scheduled meeting time.                                               9/5/01   9:15
☐   I waive the required five school day waiting period between Notice of ARD Committee Meeting and the ARD    Date of ARD/ITP Meeting
    Committee Meeting.
☐   I waive the required 30 day waiting period between Notice of the ITP Committee meeting and the ITP
    Committee meeting.

Comments:

_____
Signature of Parent, Guardian, Surrogate Parent, or Adult Student                    _____
                                                                                          Date

_____
Signature of Interpreter, if used                                                    _____
7/98 PSARDNOT-1                                                                            Date

Scanned  Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
GRADUATION PLAN

Name _Ramirez_ _John_ _____   Birthdate _____   ID# _4547136_
       Last     First     M.I.

Special Education Option I graduation plans will be completed on the regular education form.

Special Education Graduation Options    II    III    IV    V    (circle one)

| Annual Updates | Semester 1 | Semester 2 |
|---|---|---|
| 98-99 | 1. Eng I<br>2. Geometry<br>3. U.S. History<br>4. Home Economics<br>5. Adv. Reading<br>6. P.E. Track<br>7. | 1.<br>2.<br>3.<br>4.<br>5. Keyboard<br>6.<br>7. |
| 99-2000 | 1. Eng I<br>2. Geom I<br>3. W. Geography<br>4. Biology<br>5. Introduction Construction Careers<br>6. P.E. Track<br>7. Health/Speech | 1. Spanish 1<br>2.<br>3.<br>4.<br>5.<br>6.<br>7. |
| 00-01 | 1. Eng 2<br>2. Integrated Physics & Chem.<br>3. Alg 2<br>4. Food Prod.<br>5.<br>6.<br>7. | 1. Eng 3<br>2. US Hist/<br>3. Health/Kybuip<br>4. Food Prod.<br>5.<br>6.<br>7. |
| 27.0<br>17.5<br>4.5 | | |
| 01-02 | 1. Eng IV<br>2. Env. Science<br>3. VO<br>4. Govt/Eco<br>5.<br>6.<br>7. | 1. BCIS<br>2. PED<br>3. PMS<br>4.<br>5.<br>6.<br>7. |
| | 1.<br>2.<br>3.<br>4.<br>5.<br>6.<br>7. | 1.<br>2.<br>3.<br>4.<br>5.<br>6.<br>7. |
| | 1.<br>2.<br>3.<br>4.<br>5.<br>6.<br>7. | 1.<br>2.<br>3.<br>4.<br>5.<br>6.<br>7. |

Scanned  Jun 18, 2013

Option I — Regular Curriculum
Twenty-two (22) credits and satisfactory performance on the exit level test (TAAS).

Option II — Regular/Occupational Curriculum
Graduation requirements determined by the ARD Committee.

Option III — Applied Curriculum
Graduation requirements determined by the ARD Committee.

Option IV — Practical Curriculum
Graduation requirements determined by the ARD Committee.

Option V — Functional Curriculum
Graduation requirements determined by the ARD Committee.

A student may take courses in one or more instructional options. The ARD Committee may combine five instructional options as necessary to meet the student's needs.

The following courses taught in regular and resource classes teach subskills necessary for attaining mastery of self-help and employability skills.

### DAILY LIVING SKILLS

English CLA/ALA
Reading
Fundamentals of Math
Consumer Math
Specialized Fundamentals of Math
Personal Finance
Recordkeeping
Personal Business Management
Home Economics
Economics of the
    Free Enterprise System
Driver's Education
Government
Health
Physical Education
Electives

### PERSONAL - SOCIAL SKILLS

English CLA/ALA
Reading
Speech
Vocational Language Arts
Health
Home Economics
Personal Management Skills
Psychology
Sociology
Electives

### OCCUPATIONAL GUIDANCE AND PREPARATION SKILLS

Vocational Language Arts
Personal Management Skills
Career Orientation
Vocational (1 or 2 hrs.) Courses
Vocational Co-op Courses
NJROTC
Electives
Campus Based Work
    Training Program
Community Based Work
    Taining Program
VAC (part-time or full-time)
Business courses

Scanned Jun 18, 2013

 

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

DATE SENT/MAILED 2-1-02

## NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE:   STUDENT   _John Ramirez_   SCHOOL _Moody High School_

**INVITATION TO MEETING**
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss your educational programming or that of your child. We encourage you to attend this meeting, as your involvement is an important part of your/your child's education.

DATE _3/8_   TIME _1:00_   PLACE _Moody High School_   ROOM _314_

Check (✓) all appropriate boxes.

The Purpose of this Meeting is to:
☐ Initiate special education services if your child meets eligibility criteria
☐ Review your child's program (including results of any new evaluations)
☐ Review Assessment
☐ Discuss the need for new assessment
☐ Discuss transfer of rights at age of majority
☐ Other (specify) _____

☑ Develop/review transition needs/Individual Transition Plan (ITP)**
☑ Develop and/or review the Individual Educational Plan (IEP) for your child
☑ Consider extended year services
☑ Discuss placement
☑ Discuss, at your request, any educational or related service not proposed above

This action is proposed because: _Annual ARD to discuss and make adjustment in schedule if any. Classes for 2002-03 school year_

Options considered prior to convening this meeting:
☑ Extra Time for Work Completion
☐ Add/Drop Related Services
☐ Compensatory Education
☐ Parent Conferences
☐ Change Modifications
☑ Increase/Decrease Special Education Time
☑ General Education

☐ Preferential Seating
☐ Oral Tests
☐ Counseling
☐ ISS
☐ Bilingual/ESL
☐ 504 Programs

☐ Behavior Management Strategies
☑ Modified or Shortened Assignments
☐ Add Vocational Classes
☑ Continue Current Program
☐ Tutoring
☐ Other _____

** TRANSITION SERVICES
The purpose of this meeting is to review the Individual Transition Plan (ITP) and consider transition services in accordance with 19 TAC 89.1110 and 34 CFR 300.346(b)(1-2).

☑ The district will invite the student to this meeting.

The following agencies have been invited to send a representative to this meeting:
☐ _____
☐ _____
☐ _____
☐ _____

Comments. _____

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request (describe if applicable).

Check (✓) all appropriate boxes.

The following persons have been asked to attend the meeting:
☑ Parent/Guardian/Surrogate Parent/Adult Student
☑ Instructional Representative
☐ School Administrator
☐ Adult Service Agency Representative
☐ Special Education Assessment Staff
☐ Other (list): _____

☐ Speech Pathologist
☑ Counselor
☑ Student**
☐ LPAC Representative
☑ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:
☑ Comprehensive Individual Assessment ( e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
☑ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
☐ Classroom Observation Reports/Teacher Reports
☐ Independent Evaluation Reports
☐ Parent Information
☑ Individual Transition Plan (ITP)**
☐ Other (list): _____

Other factors relevant to this ARD committee meeting (describe if applicable): _____

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been sent to _parents_ by _A. Palmes_ on _2-1_. If you have questions regarding these safeguards, please feel free to call 994-3500.

—————————— FOR SCHOOL USE ONLY ——————————

White Copy: Parent Copy  Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.  Reminder was sent on _____ by _____. Telephone call made on _____ by _____.

¡You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

··········································DETACH HERE··········································

Scanned  Jun 18, 2013

...you have any questions, please feel free to call the contact person below:

_Karen Boyd_      _Special Ed. chairperson_      _854-3261 ext 20x_
SCHOOL CONTACT/PERSON                 POSITION                TELEPHONE

Please check (✓) appropriate statement(s) below.

Re: _John Ramus_
         Student

- ☐ I will attend the meeting as scheduled.
- ☐ I would like to attend the meeting, but cannot do so at the time suggested; please contact me at _____ to reschedule
- ☐ I will not be able to attend the meeting; please have it without me. I wish to be notified of the results of the meeting.
- ☐ I will not be able to attend the meeting in person, but would like to participate via telephone. Please contact me at _____ at the scheduled meeting time.
- ☐ I waive the required five school day waiting period between Notice of ARD Committee Meeting and the ARD Committee Meeting.
- ☐ I waive the required 30 day waiting period between Notice of the ITP Committee meeting and the ITP Committee meeting.

_March 8 @ 1:00_
Date of ARD/ITP Meeting

Comments:

_____
Signature of Parent, Guardian, Surrogate Parent, or Adult Student          Date

_____
Signature of Interpreter, if used          Date

7/98 PSARDNOT-1