

*Scanning Cover Sheet*

2497636

CaseNumber: WR-72,735-03
EventDate: 09/13/2012
Style 1: RAMIREZ, JOHN HENRY
Style 2:
Event code: RR ADD'L VOLUME

EventID: 2497636
Applicant first name: JOHN HENRY
Applicant last name: RAMIREZ
Offense: 19.03
Offense code: Capital Murder
Trial court case number: 04-CR-3453-C(2)
Trial court name: 94th District Court
Trial court number: 321780094
County: Nueces
Trial court ID: 267
Event map code: GENERIC
Event description: Habeas Corpus - Capital Death
Event description code: 11.071
Remarks: VOL. 6 OF 6 VOLS.--EXHIBIT VOLUME

☐ Document Scanned                          ☐ Created or
                                            ☐ Appended
Scanned by          date          Image ID

Comment



REPORTER'S RECORD
APPELLATE COURT NO. AP-76,100
TRIAL COURT CAUSE NO. 04-CR-3453-C
VOLUME 6 of 6 VOLUMES

THE STATE OF TEXAS    )    IN THE DISTRICT COURT
    )
    )
VS.    )    94TH JUDICIAL DISTRICT
    )
JOHN HENRY RAMIREZ    )    NUECES COUNTY, TEXAS

———————————

EXHIBIT VOLUME (Cont'd)

———————————

COPY

MARY LOPEZ BUITRON, CSR, RPR
Official Court Reporter - 94th District Court

## EXHIBITS (Cont'd)

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| DX-3 | Defendant's school records (Continued) | 5 | 5 | 3 |
| DX-4 | Attorneys' fee vouchers...... | 5,15 | 6,15 | 3,4 |
| DX-5 | Troy Martinez file........... | 9 | 10 | 3 |
| DX-6 | Capital Cases................. | 63 | 63 | 3 |
| DX-7 | Mitigating Circumstances.... | | | |
| DX-8 | Mitigation in the Death Belt | 63 | 63 | 3 |
| DX-9 | Capital Cases - Dimensions of Mitigation............... | 63 | 63 | 3 |
| DX-10 | Dr. Martinez time summary... | 56 | 67 | 3 |
| DX-11 | Ramirez arguments ........... | 167 | 167 | 3 |



DX-3

(Cont'd)

MARY LOPEZ BUITRON, CSR, RPR
Official Court Reporter - 94th District Court

Scanned  Jun 18, 2013

All procedures and
information in this document
are required by law.

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
Corpus Christi, Texas

**ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING**

☐ Admission
☐ Review
☐ Dismissal

12/10/98
ARD NOTIFICATION DATE

1/15/99
DATE OF MEETING

Please Print

| RAMIREZ | JOHN | H | 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 | ☑ M | ☐ F |
| STUDENT'S LAST NAME | FIRST | MI | SOCIAL SECURITY NO. | | |

| 06/29/84 | MOODY HIGH SCHOOL | 9/CM | 004 |
| DATE OF BIRTH | SCHOOL | GRADE/PROG | SCHOOL |

☐ Yes   ☑ No   An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication: _____

**A. REVIEW OF ASSESSMENT DATA and other information** (check [√] if applicable)

☑ Comprehensive individual assessment (dates of reports)  01-15-98

☐ Assessment(s) for related services. (Specify by title and by date.) _____

☐ Assistive technology addressed in *psychological* assessment report(s) dated 1/15/98 Recommended: ☐ yes ☑ no (ARD 4)

☐ Functional vocational evaluation report date _____

☐ Other assessment (Specify by title and by date.) _____

☑ Information from the student's Individual Transition Plan dated:  1/15/99

☐ Information from the Language Proficiency Assessment Committee dated _____

☐ Records from other school districts (Specify) _____

☐ Information from parents/student (Specify) _____

☐ Information from school personnel (Specify) _____

☐ Information/records from other agencies or professionals (Specify) *Medical  10/24/95*

☐ Student communication needs: (If student is deaf or hard of hearing, complete the ARD supplement *Communication Needs of Deaf or Hard of Hearing Students*.) _____

☐ Concerns of parent for enhancing the education of their child: _____

☐ Yes   ☑ No   Additional assessment is needed. Specify with time line for completion: _____

☐ Specify additional assessments needed: _____

**B. DETERMINATION OF ELIGIBILITY** (check [√] if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student
☐ does not meet eligibility criteria to receive special education services.
☑ meets eligibility criteria to:

☑ learning disability        ☐ speech impairment        ☐ emotionally disturbed
☐ mental retardation         ☐ autism                   ☑ other health impairment
☐ orthopedic impairment      ☐ traumatic brain injury   ☐ multiple disabilities
☐ visual impairment          ☐ auditory impairment      ☐ deaf-blind

A student shall not be determined to be a student with a disability due to lack of instruction in reading or mathematics, or limited English proficiency.

**C. DISABILITY/DISABILITIES**
Assigned by ARD Committee  LEARNING DISABLED / OTHER HEALTH IMPAIRMENT
(A disability should be noted here only if special education services are to be provided. See ARD-2) _____

7/98
ARD 1

Original - eligibility folder        Copy - counselor        Copy - teacher        Copy - parent copy

RAMIREZ, JOHN

☑ Yes  ☐ No    The ARD committee reviewed student achievement on each current IEP.  (Applicable to all but initial ARD meetings.)

Present Competencies:

Physical, as it affects participation in instructional settings and physical education  *No limitations*

Medication/Health Care, as it affects participation in instructional settings and physical education  *None at this time*
*used to take ritalin for ADD*

☑ Yes  ☐ No    The student is capable of receiving instruction in the Texas Essential Knowledge and Skills (TEKS) of physical education through the general education program without modification.  Comments: _____

☐ Yes  ☑ No    *Physical Education Modification Plan* needed.

Academic/Developmental, as it affects participation in instructional settings (grade or age levels alone are not acceptable) ____
*English - Capitalizes beginning of sentences, titles, proper names, months, days,*
*uses periods & question marks, identifies nouns, verbs, forms*
*contractions, writes simple paragraphs, forms contractions*
*Math + - x = whole numbers,*

Indicate how the disability affects the student's involvement and progress in the general curriculum or, for preschool children, how does the disability affect the student's participation in appropriate activities?
*Student needs modifications and content mastery support*
*to be successful in general ed. classes*

☐ Yes  ☑ No    Does the student's behavior impede his or her learning or that of others?  If yes, the ARD committee should develop/review/modify a functional behavioral assessment and a Behavior Intervention Plan.

☐ Yes  ☐ No    The student is capable of following the Student Code of Conduct without modification.  If no, the ARD Committee should develop/review/modify a functional behavioral assessment and a Behavior Intervention Plan.

☐ Yes  ☑ No    Is student limited English proficient?  If yes, what are the language needs of the student as such needs relate to the student's IEP?

The ARD Committee agrees that the student

☑ Needs and will receive special education services

☐ Does not need and will not receive special education services for the following reasons: _____
_____
_____

INSERT IEP SHEETS AFTER THIS PAGE

7/98
ARD-2

INDICATE NUMBER OF PAGES OF EACH IEP: R _2_ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

*1/15/99-Objectives reviewed; failing average in English and geometry.*

CORPUS CHRISTI  I.S.D.
STUDENT I.E.P.

APPROVED BY A.R.D. COMMITTEE: SW  5/18/98 ✓

STUDENT NAME: John Ramirez    SCHOOL: MOODY HIGH SCHOOL

COURSE TITLE: MAINSTREAM CLASS    CONTACT TEACHER: SPECIAL EDUCATION

I.E.P. DATE: DRAFT 2/25/98    I.E.P. DURATION: 08/17/98 - 05/27/99

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED.
    2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN
    THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT
    FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%)
    ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN
    THE 'CLASS' TEXTS. 5-THE SCHEDULE OF EVALUATIONS WILL BE CONSISTENT
    WITH SIX WEEK REPORTING PERIODS.   *At least annually*

EVALUATION METHODS: 1-C.L.A.S.S., 2-OBSERVATIONS, 3-DAILY RECORDS, 4-WORK
    SAMPLES, 5-OTHER (  *report cards*  )

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| | ANNUAL GOAL: | | | | | |
| | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 8/26 | 95 | 5 | | |

( )                                              (DRAFT 2/25/98)

CORPUS CHRISTI  I.S.D.
STUDENT I.E.P.

APPROVED BY A.R.D. COMMITTEE: 1/15/99

STUDENT NAME: JOHN H. RAMIREZ          SCHOOL: MOODY HIGH SCHOOL

COURSE TITLE: CONTENT MASTERY          EVALUATOR/TEACHER: _Spec. Ed._

I.E.P. DATE: (Draft) 1/15/99          I.E.P. DURATION: 8/99 - 5/2000

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED.
   2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN
   THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT
   FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%)
   ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN
   THE 'CLASS' TEXTS. 5-THE SCHEDULE OF EVALUATIONS WILL BE CONCURRENT
   WITH SIX WEEK REPORTING PERIODS. _at least annually_

EVALUATION METHODS: 1-BRIGANCE. 2-C.L.A.S.S. 3-OBSERVATIONS. 4-DAILY RECORDS.
   5-WORK SAMPLES, 6-OTHER (_Report cards_)

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

ANNUAL GOAL:
   THE STUDENT WILL DEMONSTRATE MEASURABLE
   PROGRESS TOWARDS TASK COMPLETION.

| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 8/99 | 70 | 6 | --- | 5/2000 |

ANNUAL GOAL:
   THE STUDENT WILL DEMONSTRATE MEASURABLE
   PROGRESS TOWARDS IMPROVING WORK HABITS.

| FL1 | GATHERS NECESSARY MATERIALS. | 8/99 | 90 | 3,4 | --- | 5/2000 |

ANNUAL GOAL:
   THE STUDENT WILL DEMONSTRATE MEASURABLE
   PROGRESS TOWARDS FOLLOWING DIRECTIONS.

| | INITIATES TASK UPON TEACHER DIRECTION. | 8/99 | 90 | 3,4 | --- | 5/2000 |

R-2

E.  INSTRUCTIONAL MODIFICATIONS/SUPPORTS DE___MINED BY ARD COMMITTEE

RAMIREZ, JOHN H                              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

NAME OF STUDENT                              S.S. NUMBER          SCHOOL YEAR 99 - 2000

__e ARD committee has determined that the following modifications are necessary for the student to succeed.

**SPECIAL LANGUAGE PROGRAMS***          **BEHAVIOR MANAGEMENT PLAN**
☐ Bilingual        ☐ ESL               ☐ YES      ☐ NO

**REGULAR DISCIPLINE PLAN**             With the use of the following modifications,
☐ YES              ☐ NO                this student should be expected to achieve a
                                        mastery level of 70% in all content areas in
☐ NO MODIFICATIONS NEEDED              order to receive a passing grade and, thus, to
                                        participate in extracurricular activities.

reading 6 math 8

ADDRESS ACADEMIC STANDARDS:

| | English | Algebra | P. Please | History | Math | Legal | Spanish |
|---|---|---|---|---|---|---|---|
| Modifications of requisite skills and knowledge for academic performance standards (TEKS) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress | | | | | | | |

**ALTER ASSIGNMENTS BY PROVIDING:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Taped assignments | | | | | | | |
| Extra time for completing assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Opportunity to respond orally | | | | | | | |
| Task analyses of assignments | | | | | | | |
| Special projects in lieu of assignments | | | | | | | |
| Other (see IEP for appropriate level of Academic Standard(s)) | | | | | | | |

**ADAPT INSTRUCTION BY PROVIDING:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Short instructions (1 or 2 steps) | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | |
| _ncouragement to verbalize steps needed to complete assignment/task | | | | | | | |
| Opportunity to write instructions | | | | | | | |
| Assignment notebooks | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | |
| Instructional aids  *Calculator* | | ✓ | | | | | |
| Extra time for oral response | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Oral exams | | | | | | | |
| Open book exams | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Study carrel for independent work | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Altered grade distribution (if District scoring guidelines are not appropriate) | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Minimal auditory distractions | | | | | | | |
| Opportunity for student to leave class for CMC assistance  **CONTENT MASTERY** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Peer tutoring/paired working arrangement | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | |
| Other: | | | | | | | |

[ ] Use repeated drill/review    [ ] Use sign language    [ ] Use various modalities    [ ] Adjustments for misarticulations in responses

*___ecial language programs are required for all students who are limited English proficient.

7/98
ARD-3

E. INSTRUCTIONAL MODIFICATIONS/STRATEGIES

RAMIREZ, JOHN
**NAME OF STUDENT**

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     SCHOOL YEAR 99 - 2000
**S.S. NUMBER**

SUBJECTS

| ADAPT MATERIALS BY PROVIDING: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives | | | | | | | | |
| ESL materials | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

| MANAGE BEHAVIOR BY PROVIDING: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clearly defined limits | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ |
| Frequent eye contact/proximity control | | | | | | | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| In-class timeout | | | | | | | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |

ASSISTIVE TECHNOLOGY DEVICES OR SERVICES:
☐ YES  ☒ NO   Assistive technology devices or services needed.  If yes, indicate needs below.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Calculators | | | | | | | | |
| Word processors | | | | | | | | |
| Augmentative communication devices | | | | | | | | |
| Interpreter | | | | | | | | |
| Decoders for TV and films | | | | | | | | |
| Access to equipment: | | | | | | | | |
| Training/technical assistance for student and/or family: | | | | | | | | |
| Training/technical assistance for professionals, employers, etc. | | | | | | | | |
| Other: | | | | | | | | |

____ allow oral response     ____ use interpreter ____ use braille or large print ____ individual administration

Note: Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

**F.** Assessments

Page _____ of _____

Criterion referenced assessment (TAAS)[1]:

☑ Yes ☐ No will take Reading. If no, alternative assessment to be given: _____

☑ Yes ☐ No will take Mathematics. If no, alternative assessment to be given: _____

☑ Yes ☐ No ☐ N/A will take Writing. If no, alternative assessment to be given: _____

☐ Yes ☐ No ☑ N/A will take Social Studies. If no, alternative assessment to be given: _____

☐ Yes ☐ No ☑ N/A will take Science. If no, alternative assessment to be given: _____

Modifications as defined in test administration materials: _____

☐ TAAS not offered for this student's grade placement

End-of-Course Examinations[2]:

☐ Yes ☐ No ☑ N/A will take Algebra 1. If no, alternative assessment to be given: _____

☑ Yes ☐ No ☐ N/A will take Biology 1. If no, alternative assessment to be given: _____

☐ Yes ☐ No ☑ N/A will take U.S. History. If no, alternative assessment to be given: _____

☑ Yes ☐ No ☐ N/A will take English II. If no, alternative assessment to be given: _____

Modifications as defined in test administration materials: _____

Districtwide Assessments: *N/A (Not offered)*

☐ Yes ☐ No will take Districtwide assessments. If no, alternative assessment to be given:

Modifications as defined in test administration materials: _____

Texas Primary Reading Inventory (K – 3): *N/A*

☐ Yes ☐ No will take TPRI. Modifications as defined in test administration materials:

If the student is exempted from the administration of any assessment instrument above, it is because:

_____ a. The student's individualized education program does not include instruction in the essential knowledge and skills at any grade level.
OR

_____ b. The assessment instrument, even with allowable modifications, would not provide an appropriate measure of the student's achievement as determined by the student's ARD committee.

Transition Planning by age 14:

_____ The ARD supplement, *Transition Statement*, is attached. It is required for all students beginning by age 14 and required to be updated annually.

---

[1] Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternative measures of accountability.

[2] The only students not required to test are students receiving content modifications resulting in an "S" on the transcript, as stated in test administration materials. These materials also provide information about testing those students for local purposes.

**G.   SERVICE ALTERNATIVES**

Identify special education alternatives and supplementary aids and services provided, tried, or considered.  Place the key letter (p, t, c) in the space next to all that apply:

1. ___ General education classroom
2. ___ Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. ___ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes
8. ___ Pre-K program

9. ___ Alternative education program
10. ___ Assistive technology (e.g., communication devices, slant top table)
11. ___ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement **
16. ___ Content Mastery
17. ___ Counseling Services
18. ___ Behavioral Specialist/Contracts
19. ___ Other: _____

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 1,2,16 | Passed all classes 1st 9 wks, | Incomplete assignments, |
| | failed English, PERFAMDY, Geom. | inattentive |
| | 2nd 9 wks. | |
| 16 | Attends CMC regularly for | |
| | US History | |

□Yes □No □N/A   ** Parents of students who meet eligibility criteria for visual or auditory impairments or deaf/blindness have been given written information, within the past year, about programs offered by the Texas School for the Blind and Visually Impaired or the Texas School for the Deaf, including eligibility and admissions requirements and the rights of students related to admission.

**CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT**

1. Complete either a or b:

   a. □ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting.  Go to Consideration of Harmful Effects, ARD-7.

   b. □ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting.  Complete either (1) or (2) and (3) below:

   **(1) Removal From General Education Classroom**

   □ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

   □ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

   □ Implementing the student's behavior management plan would not permit other students to benefit satisfactorily from academic instruction or nonacademic activities.

   □ The student needs the following support services to benefit from the general education program: _____

   Content Mastery _____

   □ Other: _____

7/98
ARD-6

Scanned Jun 18, 2013

RAMIREZ, JOHN

**(2) Removal From General Education Campus (to a Separate Campus)**

- ☐  Services and/or therapies in the student's IEP cannot be provided on the general education campus.

- ☐  The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

- ☐  The student's behavior is so dangerous that it cannot be controlled without intense supervision and within a closed environment.

- ☐  The student had a previously unsuccessful placement on a general campus.  If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

  _____

  _____

**(3) Opportunity to Participate**

In removing the student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities?    ☐ Yes  ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

| | | |
|---|---|---|
| ☐  Meals | ☐  Yearbook/newspaper | ☐  General education routines (homeroom |
| ☐  Field trips | ☐  Recess periods | assignments, lockers, study hall |
| ☐  Fund raising activities | ☐  Choral group/debate | class changes, social) |
| ☐  Regular transportation | ☐  Assemblies | ☐  Other: _____ |
| ☐  Sports/cheerleading | ☐  Band | _____ |
| ☐  Student council | ☐  Graduation exercises | ☐  Other: _____ |
| | | _____ |

If any of the above items are checked, explain why this student is unable to participate:_____

_____

_____

**2. Consideration of Potential Harmful Effects (Complete this section for all students.)**

In removing the student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student or on the quality of services which the student needs.

☑ None anticipated
☐ Lack of opportunity for
   appropriate role models
☐ Stigmatization
☐ Decreased access to the instructional
   opportunities available in integrated settings
☐ Isolation from peers
☐ Other: _____
☐ Other: _____
☐ Other: _____

☐ Diminished access to full range of curriculum
☐ Lack of opportunity for social interaction
☐ Decreased student self-esteem
☐ Other: _____
☐ Other: _____

7/98
ARD-7

Scanned Jun 18, 2013

| RAMIREZ | | | JOHN | | H | 06-29-984 |
|---|---|---|---|---|---|---|
| STUDENT'S LAST NAME | | | FIRST | | MI | DOB |
| I. SCHEDULE OF SERVICES | | ss# 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 | | | | |

Year: 99-100 Semester: 1

| Course/ Curriculum Area | Funct./ Grade Level | GEN ED | | | Spec Ed Time | Progr/Grade Determined by | |
|---|---|---|---|---|---|---|---|
| | | Mod | | Time | | Gen Ed | Sp Ed |
| | | Y | N | | | | |
| English 2 | | ✓ | | 90 | | ✓ | |
| Algebra 2 | 8 | ✓ | | 90 | | ✓ | |
| W. Geog | | ✓ | | 90 | | ✓ | |
| Health/Speech | | ✓ | | 90 | | ✓ | |
| | | | | | CM at least 30 min/wk | | |
| Vocational Education ___REG ___CVAE ___VEH | | | | | | | |
| VAC | | | | | | | |
| TOTAL MIN PER DAY | | | | 360 | | | |

| Related/Other Services | Time | D* | C* | M* | Location of Services |
|---|---|---|---|---|---|
| Auditory | | | | | |
| Hdcp Srvs | | | | | |
| Counseling | | | | | |
| Health Srvs | | | | | |
| Music Therapy | | None | | | |
| Occupational Therapy | | | | | |
| Orientation & Mobility | | | | | |
| Physical Therapy | | | | | |
| Speech Services | | | | | |
| Vision Services | | | | | |

☐ Yes  ☐ No    Special Transportation
If yes, cite justification:

EYS:                    If yes, see attached supplement.
☐ Yes ☐ No              OT   PT   SP   IN

Parents will be notified of student progress by:
_✓_Regular report card  ___IEP report card
___Parent/Teacher Conference
___Portfolio
___Other:

---

Year:                    Semester:

| Course/ Curriculum Area | Funct. Grade Level | GEN ED | | | Spec Ed Time | Progr/Grade Determined by | |
|---|---|---|---|---|---|---|---|
| | | Mod | | | | Gen Ed | Sp Educational Diagnostician |
| | | Y | N | Time | | | |
| Spanish I | | ✓ | | 90 | | ✓ | |
| Biology | | ✓ | | 90 | | ✓ | |
| Health Speech | | ✓ | | 90 | | ✓ | |
| PE-Track | | | ✓ | 90 | | | |
| | | | | | CM at least 30 min/wk | | |
| ITC | | ✓ | | 90 | | ✓ | |
| Vocational Education ___REG ___CVAE ___VEH | | | | | | | |
| VAC | | | | | | | |
| TOTAL MIN PER DAY | | | | 360 | | | |

| Criterion referenced assessment (TAAS/TIBS): | |
|---|---|
| ☐ Will take Mathematics | ☐ Will take Reading |
| ☐ Will take Writing | ☐ Not offered for this student's grade placement |
| ☐ Will take Social Studies | |
| ☐ Will take Science | ☐ Exempt in all areas |

Comments: Will take TAAS

Data by: K. Boyd

| Referral Date: | Test Date: |
|---|---|
| Medical Date: | Dx: |
| IQ Test | Test: |
| V ___ P ___ FS ___ | |
| Ach. Test | Test: |
| R ___ SS ___ GE | |
| RC SS ___ GE | Lang. Dom. |
| WL SS ___ GE | M SS ___ GE |

SS No. 454713620    Inst. Arr. Code: 03    Prog. Type: CM
Diam. Code:         Date:
ARD Date: 1/15/99   Type: R   Home School: 004
Placement School:            Disability Code(s): LD/OHI
not 12/10/98

*D – Direct    C – Consult    M – Monitor

8-10-99/5-24-00

7/98
ARD - 8

J.    PLACEMENT DETERMINIATION

The committee determined that services
will be provided at:

*Moody H.S.*

NAME OF SCHOOL CAMPUS

Check appropriate instructional arrangement*
(PEIMS CODE)
___ Speech Therapy (41)
___ Homebound (01)
___ Hospital Class (02)
✓ Resource Room (03)
___ State School for the Mentally retarded (30)
___ Residential Care & Treatment Facility (35)
___ S/C Mild/Moderate, Reg. Campus (04)
___ S/C, Severe Reg. Campus (05)
___ Off Home Campus (20)
___ VAC (08)
___ Mainstream (40)

☑ Yes   ☐ No    This is the campus the student would attend if not disabled.  If NO, identify (list or describe) the services which
cannot reasonably be provided on the student's home campus.

_____

_____

☑ Yes   ☐ No    This is the campus which is as close as possible to the student's home.  If NO, justify:

_____

_____

K.    ASSURANCES

✓  *The ARD committee assures that the student is being educated with students his/her age who do not have disabilities to the
maximum extent appropriate to his/her overall educational needs (including academic and developmental areas such as
language and socialization).

✓  *The committee assures that all instruction and related services specified in the IEP will be provided to the student at no cost.
Fees normally charged to students without disabilities or to their parents as part of the general education program may be
charged (e.g., art or laboratory fees).

Required at least one year prior to the student reaching the age of majority (18):

_____    The student has been informed of his/her rights that will transfer to him/her on reaching the age of majority (18).

NOTE:  INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

| | | |
|---|---|---|
| ___ Visually/Auditorially Handicapped | ___ Extended-Year Services | ___ Autistic |
| ___ Regional Day School for the Deaf | ___ Behavior Management Plan | ___✓ Minutes Page |
| ___ Day/Residential Placement and | ___ Health Care Plan | ___ Notice of Refusal |
|     On-Site Visit Report | ___ Medically Fragile | ___✓ Transition Services |
| ___ Graduation | ___ Vocational | ___ Other |

* Enter instructional arrangement that meets requirements listed in the *Student Attendance Accounting Handbook.*

Scanned Jun 18, 2013

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
Corpus Christi, Texas

**ARD/IEP SUPPLEMENT**
**TRANSITION SERVICES**

RAMIREZ, JOHN                                          1/15/99
NAME OF STUDENT                                    DATE OF ARD MEETING

Statement of needed transition services:  The coordinated set of activities must be based on the individual student's needs, taking into account the student's preferences and interests, and include needed activities in the areas of instruction, community experiences, employment and other post-school adult living objectives, and if appropriate, acquisition of daily living skills and a functional vocational evaluation.  If the student is leaving the school setting, include, if appropriate, a statement of each public agency's and each participating agency's responsibilities or linkages, or both.  If it is determined those services are not needed for one or more of these areas then include a statement to that effect and the basis upon which the determination was made.

instruction *Instruction for '99-'00 will be in modified general ed. classes.*

community experiences, *Able to access all community services.*

development of employment objectives *Plans to be an electrician; will learn beginning skills by taking*

other post-school adult living objectives *ICCL introduction to construction careers)*
*Plans to get drivers license; will register to vote and for Selective*

acquisition of daily living skills, if appropriate *Service at age 18.*
*Will take Health during '99-'00 school yr.*

functional vocational evaluation, if appropriate

Related services, if appropriate *Does not receive related services.*

Attendance:  The student will be invited.  If the student does not attend the ARD committee meeting, what steps were taken to ensure that the student's preferences and interests were considered?  Also invite a representative of any other agency that is likely to be responsible for providing or paying for transition services.  If an agency invited to send a representative to a meeting did not do so, what steps were taken to obtain the participation of the other agency in the planning of any transition services?

If a participating agency fails to provide agreed upon transition services contained in the IEP, the public agency responsible for the student's education will initiate a meeting as soon as possible for the purposes of identifying alternative strategies to meet the transition objectives and, if necessary, revise the student's IEP.

*Not 1/16/98*

*1/15/00*                              7/98
                                        ARDSPTS

Original: Parent          Copy: Eligibility Folder     Copy: School     Copy: Psychological Services

Scanned Jun 18, 2013

Page ___1___ of ___1___

### ARD MINUTES

Student's Name: ___RAMIREZ, JOHN___ D.O.B. _6-29-84_ Date: _1/15/99_ Recorder: _K. Boyd_

ARD Committee Members: *See signature page.*

ITP- Transition Plan was discussed. John plans to be an electrician after he graduates. He will take intro. to construction careers in '99-00 followed by electrical trades as a junior.

Assessment 1/15/98 Eligibility- Learning disability -Other Health Medical - 10/24/95 Impairment

Graduation Plan- Option I student; anticipated graduation 5/02

-IEP- Current progress was discussed. Although he is failing English I and geometry, his teachers agree he is very capable of passing these classes. He will continue in modified general ed. classes for '99-'00.

TAAS- Will take all parts of exit-level TAAS.

Related Services - none

EYS, Assistive Technology - not needed.

L.   SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| MEMBERS — SIGNATURE AND TITLE | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| | | Parent(s)/Adult Student | | |
| *[signature]* Alan D. Belton | | Administration | ✓ | |
| | | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| **OTHER PARTICIPANTS** | | | | |
| *[signature] Larisa Boyd* | ✓ | Representative of LPAC[2] | | |
| *Leo Gonzalez* | ✓ | Consultant/Chairperson | ✓ | |
| | | Vocational | ✓ | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| *[signature] John ___* | | student | ✓ | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings.  OR:

☐ The members of this ARD committee have not reached mutual agreement.  The school has offered and the parent has agreed to a recess of not more than ten (10) school days.  During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach a mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or to others, or if the student has committed an expellable offense.  The committee will reconvene on _____ at _____ [3]

_____     _____
Date                   Place and Time

Information explaining why mutual agreement has not been reached must be noted in the ARD minutes.  Participants may attach statements of agreement, disagreement, or clarification to the ARD minutes.

Your rights were explained to you when your child was initially referred for special education assessment.  Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.  AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been given to _Parent_ by _L. Boyd_ on _12/10/98_

If you have questions regarding these safeguards, please feel free to call 994-3500.

[1] Assessment personnel are required when assessment issues are included in the ARD committee's deliberations.
[2] LPAC representative is required at the ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

Scanned  Jun 18, 2013

## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
### Individualized Transition Plan

Student  RAMIREZ, JOHN H                    I.D.#_____  Meeting Date 1/15/99
DOB   06-29-84                               Projected Graduation Date 5/2008
S.S.#  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                           Disabilities  LD/OHI
School  MOODY HIGH SCHOOL                    Parents  Priscilla Martinez
Annual Review Updates: _____

ADDRESS AREAS BELOW AS THEY RELATE TO DESIRED POSTGRADUATION OUTCOMES (Based on Student Expectations)
(Check as appropriate)

1.  **INTEGRATED EMPLOYMENT**

✓  1.1 Without support
___ 1.2 With time limited support
___ 1.3 With long term support
___ 1.4 Supported employment (enclave or mobile
        work crew)
___ 1.5 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ✓YES    ___NO
If yes, specify on page 2.

2.  **INDEPENDENT LIVING**

✓  2.1 Independent living - no support
___ 2.2 With family or relative
___ 2.3 With roommate
___ 2.4 Supervised living
___ 2.5 Group home
___ 2.6 ICF-MR facility
___ 2.7 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ✓YES    ___NO
If yes, specify on pages 2, 3.

3.  **RECREATION/LEISURE/COMMUNITY
     PARTICIPATION**

✓  3.1 Independent
___ 3.2 Family supported
___ 3.3 Specialized recreation for persons with disabilities
___ 3.4 Community parks and recreation programs
___ 3.5 Local clubs
___ 3.6 Church groups
___ 3.7 Day programs
___ 3.8 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ___YES    ✓NO
If yes, specify on page 3.

4.  **POST-SECONDARY EDUCATION/VOCATIONAL
     TRAINING**

___ 4.1 University
___ 4.2 Community college
___ 4.3 Proprietary (private) school
___ 4.4 Trade/Technical school
___ 4.5 Military
___ 4.6 Continuing/Adult Education

4.  **POST-SECONDARY EDUCATION** (Continued)

___ 4.7 Apprenticeships
___ 4.8 None
✓  4.9 Other Employment (electrical)
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ✓YES    ___NO
If yes, specify on page 3.

5.  **TRANSPORTATION**

✓  5.1 Independent
___ 5.2 Public transportation
___ 5.3 Specialized transportation
___ 5.4 Family transports
___ 5.5 Car pools
___ 5.6 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ___YES    ✓NO
If yes, specify on page 4.

6.  **ADULT SERVICES**

___ 6.1 SSI
___ 6.2 Public assistance (food stamps, AFDC, etc.)
___ 6.3 Insurance/Medicaid
___ 6.4 Assistive/Adaptive devices
___ 6.5 OT/PT
___ 6.6 Vision/Hearing/Speech
___ 6.7 Medical supervision and scheduling
___ 6.8 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ___YES    ✓NO
If yes, specify on page 4.

7.  **OTHER IMPORTANT LIFE CONSIDERATIONS**

___ 7.1 Guardianship
___ 7.2 Family planning
___ 7.3 Counseling/support services
✓  7.4 Respite services
✓  7.5 Voter registration
✓  7.6 Selective Service registration
___ 7.7 Other_____
ARE SERVICES REQUIRED TO ACHIEVE
OUTCOME?   ___YES    ✓NO
If yes, specify on page 4.

itppage1.DD
1/98

### CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
#### Individual Transition Plan

ITP-2

Student _____ RAMIREZ, JOHN H _____ Date _1/15/99_

CHECK SPECIAL SERVICES REQUIRED TO ACHIEVE OUTCOMES
IDENTIFIED ON PAGE ONE OF THIS PLAN.

Results:
A - Accomplished
C - Continue
D - Discontinue

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/parent | agency | begin | end | date Res. | date Res. | date Res. |
| 1. INTEGRATED EMPLOYMENT | | | | | | | | |
| Conduct additional vocational assessment | | | | | | | | |
| ✓ Discuss vocational options available in high school programs (provide high school course catalogue) | ✓ | | | 1/99 | 1/00 | | | |
| Provide names and number of key vocational service providers | | | | | | | | |
| __ Texas Rehabilitation Commission | | | | | | | | |
| __ Texas Employment Commission | | | | | | | | |
| __ Nueces County Mental Health & Mental Retardation | | | | | | | | |
| __ Other | | | | | | | | |
| Contact vocation service providers for intake appointment Specify: | | | | | | | | |
| Review school records and determine eligibility for agency services | | | | | | | | |
| Implement job development, job matching, and job placement activities | | | | | | | | |
| ✓ Provide academic instruction and supports necessary to meet employment outcome Specify: _Modified_ general ed. classes | ✓ | | | 8/99 | 5/00 | | | |
| ✓ Provide regular vocational programs Specify: _ICC_ | ✓ | | | 8/99 | 5/00 | | | |
| Provide special education vocational training | | | | | | | | |
| Provide support services necessary to maintain employment Specify: | | | | | | | | |
| Other | | | | | | | | |
| 2. INDEPENDENT LIVING | | | | | | | | |
| Provide names and numbers of key residential service providers | | | | | | | | |
| __ Mental Health Mental Retardation | | | | | | | | |
| __ Corpus Christi State School | | | | | | | | |
| __ Independent living center | | | | | | | | |
| __ Other | | | | | | | | |
| __ Other | | | | | | | | |
| __ Other | | | | | | | | |
| Contact residential service providers for intake appointment Specify: | | | | | | | | |
| Review school records and determine eligibility for residential services | | | | | | | | |

itppage2.DD

**Individual Transition Plan**                                    ITP-3

Student ___RAMIREZ, JOHN_____          Date __1/15/99__

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/parent | agency | begin | end | date Res. | date Res. | date Res. |

**INDEPENDENT LIVING (Continued)**

__ Provide support services necessary to maintain residential placement
Specify:_____

__ Provide student with instruction and supports necessary to meet independent living outcomes
Specify:_____

__ Other_____

**3. RECREATION/LEISURE/COMMUNITY PARTICIPATION**

✓ Encourage participation in school related clubs and activities . . . . . . . . . . . . . . . . . . . . . . . . . . .  [school ✓] [begin 1/99] [end 1/00]

__ Provide opportunities to participate in a variety of recreation/leisure activities . . . . . . . . . . . . . . .

__ Provide information/brochures on local clubs, specialized recreation programs, and summer camps
Specify:_____

__ Enroll and support student as needed in recreation/leisure choices
Specify:_____

__ Provide student with instruction and supports necessary to meet recreational/leisure outcomes
Specify:_____

✓ Other _Freshman council_
_Bowling Team_  [student/parent ✓] [begin 5-4 98-99] [end 5-4 98-99]

✓ **POST-SECONDARY EDUCATION/VOCATIONAL TRAINING**  [school ✓] [begin 9/98] [end 5/00]

__ Provide student with academic instruction and supports necessary for graduation requirements . . . . . . . . . . . . . .

__ Contact school counselor for information regarding specific colleges . . . . . . . . . . . . . . . . . . . . . . . .

__ Contact college or university concerning special services and and accommodations . . . . . . . . . . . . . . . . . . . . . .

__ Obtain information on various tech schools . . . . . . . . . . .

__ Contact military recruiter . . . . . . . . . . . . . . . . . . .

__ Provide information regarding continuing/adult education classes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

__ Complete applications and other paperwork necessary for post-secondary school admission . . . . . . . . . . . . . . . .

__ Complete college entrance exams . . . . . . . . . . . . . . .

__ Other_____

itp-page3.DD

Scanned Jun 18, 2013



## Individual Transition Plan

ITP-4

Student _____ RAMIREZ, JOHN _____  Date _1/15/99_

| | Responsibility | | | Timeline | | Annual Review | | |
|---|---|---|---|---|---|---|---|---|
| | school | student/parent | agency | begin | end | date Res. | date Res. | date Res. |

**5.  TRANSPORTATION**
- ✓ Complete driver's education . . . . . . . . . . . . . . . .
- ✓ Obtain driver's license . . . . . . . . . . . . . . . . . . .
- ___ Apply for Care B transportation . . . . . . . . . . . . .
- ___ Train student to utilize public transportation systems . . . . .
- ___ Arrange transportation to and from work site . . . . . . . .
- ___ Other _____

For Transportation rows: student/parent ✓; begin 9/00, end 5/01; begin 6/00, end 5/01

**6.  ADULT SERVICES**
- ___ Discuss/provide phone number for SSI eligibility requirements . . . . .
- ___ Apply for SSI benefits . . . . . . . . . . . . . . . . .
- ___ Provide phone number for Department of Human Services assistance program . . . . . . . . . . . . . . . . . . . .
- ___ Other financial considerations _____
- ___ Apply for insurance/medicaid . . . . . . . . . . . . . . . . .
- ___ Discuss/provide information regarding OT/PT needs . . . . .
- ___ Assess student's need for assistive/adaptive devices . . . . . . .
- ___ Provide assistive/adaptive devices according to assessed needs
- ___ Discuss/provide information regarding needs as related to vision, hearing, and speech . . . . . . . . . . . . . . . .
- ___ Provide training for self-medication or monitor administration of medication . . . . . . . . . . . . . . . . . . . .
- ___ Assist with scheduling of medical and dental appointments .
- ___ Other medical/physical concerns _____

**7.  OTHER IMPORTANT LIFE CONSIDERATIONS**
- ✓ Discuss/provide information regarding:
- ___ Guardianship . . . . . . . . . . . . . . . . . . .
- ___ Family planning . . . . . . . . . . . . . . . . . . .
- ___ Counseling/support services provided by various agencies Specify: _____
- ✓ Respite services . . . . . . . . . . . . . . . . .
- ✓ Voter registration . . . . . . . . . . . . . . . . .
- ✓ Selective Service registration . . . . . . . . . . . . .
- ___ Other _____

For row 7 bottom: school ✓; begin 6/02, end 6/02; (two checks, two sets 6/02)

itppage4.DD
November, 1995

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

STUDENT NAME: RAMIREZ, JOHN

TRANSITION PLANNING PARTICIPANTS

We, the undersigned, have provided input for the review/update of this ITP.

_____   _____
Student                    Title

_____   _____
Name                       Title

Persons invited who did not attend:

_____
Parent

_____
Teacher

_____
Olen D. Bean    1/15/09
Name              Date
Title

We, the undersigned, have provided input for the review/update of this ITP.

_____
Student

_____
Name                       Title

Persons invited who did not attend:

_____
Parent

_____
Teacher

_____
Name                       Title
                           Date

We, the undersigned, have provided input for the review/update of the ITP.

_____
Student

_____
Name                       Title

Persons invited who did not attend:

_____
Parent

_____
Teacher

_____
Name                       Title
                           Date

If an agency that was invited to send a representative did not do so, what steps were taken to obtain the participation of the agency in the planning of transition services?

appens4.DD

  

DATE SENT/MAILED
12-10-98

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE:   STUDENT   John Ramirez   SCHOOL   Moody High School

**INVITATION TO MEETING**
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss your educational programming or that of your child. We encourage you to attend this meeting, as your involvement is an important part of your/your child's education.

DATE 9-15   TIME 2:15   PLACE Moody High School   ROOM 314

Check (√) all appropriate spaces:

The Purpose of this meeting is to:

☐ Initiate special education services if your child meets eligibility criteria
☑ Review your child's program (including results of any new evaluations)
☑ Review Assessment
☐ Discuss the need for new assessment
☐ Discuss transfer of rights at age of majority
☐ Other (Specify):

☐ Develop/review transition needs/Individual Transition Plan (ITP)**
☐ Develop and/or review the Individual Educational Plan (IEP) for your child
☐ Consider extended year services
☐ Discuss placement
☐ Discuss, at your request, any educational or related service not proposed above

This action is proposed because:

Annual ARD to discuss classes for 99-2000 school year

Options considered before convening this meeting:

☑ Extra Time for Work Completion
___ Add/Drop Related Services
___ Compensatory Education
___ Parent Conferences
___ Change Modifications
___ Increase/Decrease Special Education Time
___ General Education

___ Preferential Seating
___ Oral Tests
___ Counseling
___ ISS
___ Bilingual/ESL
___ 504 Programs

___ Behavior Management Strategies
___ Modified or Shortened Assignments
___ Add Vocational Classes
___ Continue Current Program
___ Tutoring
___ Other

**TRANSITION SERVICES**
The purpose of this meeting is to review the individual transition plan (ITP) and consider transition services in accordance with 19 TAC 89.1110 And 34 CFR 300.346(b)(1-2).

☑ The district will invite the student To this meeting.

The following agencies have been invited to send a representative to this meeting:

☐ _____
☐ _____
☐ _____

COMMENTS: _____

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request.

Check (√) all appropriate boxes.

The following persons have been asked to attend the meeting:

☑ Parent/Guardian/Surrogate Parent/Adult Student
☑ Instructional Representative
☑ School Administrator
☐ Adult Service Agency Representative
☐ Special Education Assessment Staff
☐ Other (list):

☐ Speech Pathologist
☑ Counselor
☑ Student**
☐ LPAC Representative
☑ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

☑ Comprehensive Individual Assessment¹ (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
☑ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
☐ Classroom Observation Reports/Teacher Reports
☐ Independent Evaluation Reports
☑ Parent Information
☑ Individual Transition Plan (ITP)**
☐ Other (list):

Other factors relevant to this ARD committee meeting (describe if applicable): _____

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been sent to Guadalupe Alexander by Karen Baird on 12-10-98. If you have questions regarding these safeguards, please feel free to call 886-3600.

FOR SCHOOL USE ONLY

___ Copy: Parent Copy   Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.   Reminder was sent on _____ by _____ Telephone call made on _____ by _____

¹You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

DETACH HERE

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

**Temporary ARD/IEP Committee Report for Transfer Students**

1. Date of Meeting: 8-21-95                      ARD Notification Date: 8-18-95

2. Student: Ramirez      John      H     DOB: 06 / 29 / 84  ID #: 9665114  Sex: M F  Grade 06
   (Last)      (First)    (MI)

3. Parent(s): Guadalupe Alejandro  Phone #: 883-1138   School: Wynn Seale  # 053

4. Address: 1624 18th Street         784 1 5   Ethnic/Racial: A  B  H  OT  Lang: E  S  B  OT

5. Permanent ARD cannot be held because of insufficient information from: West Oso ISD            or
   Other_____                              (previous school)

6. Admission to special education is based on:
   a. ✓ Parent verification that student is handicapped and was receiving special education services in the
        ✓ previous school district.
   b. ___ Previous school district verification of special education eligibility.

7. School Placement: Wynn Seale AFA   Instructional Arrangement: 03   Handicapping Condition: 1) SH  2) LD

| Subject Area(s) | Regular Education | Regular Modified Ed. | Special Ed. | Beginning Date |
|---|---|---|---|---|
| English | | ✓ | | 8-21-95 |
| Math | | ✓ | | |
| Reading | | ✓ | CMC | |
| Science | | ✓ | at least | |
| Soc. Studies | | | 30 min. | ✓ |
| PE / Enrichment | | ✓ | wkly | |
| Fine Arts | | ✓ | | |

| Related Services | | | | |
|---|---|---|---|---|
| Speech | | | 15 m/wkly | |

| Position | Signature | Agree ( ✓ ) | Disagree ( ✓ ) |
|---|---|---|---|
| Parent | + Guadalupe Alejandro | | |
| Administration/LPAC | Grace Chapa | ✓ | |
| Instruction | M. Diane Stevens | ✓ | |
| Special Education | | | |
| Assessment* | | | |
| Counselor | | | |
| Related Services Rep. | | | |
| Voc. Teacher/Other** | | | |

*when assessment data are considered          **when vocational programs are considered

8. ✓ **Special Education:  Parent and Student Rights** booklet given (receipt attached).
   ✓ Parent Permission for Exchange of Information completed.

NOTES:  If a committee member disagrees with the decisions reflected in this report, he/she may submit a separate
        statement presenting reasons for disagreement.

SEND TWO COPIES OF TEMPORARY ARD, NOTICE OF ARD, CONSENT FOR EXCHANGE OF INFORMATION, AND RECEIPT FOR RIGHTS
BOOKLET TO THE ASSOCIATE PSYCHOLOGIST/EDUCATIONAL DIAGNOSTICIAN ASSIGNED TO SCHOOL.

dg       An ARD meeting will be held within 30 school days to develop an IEP based on valid assessment data.
8/17/94

## RECEIPT FOR
## RIGHTS BOOKLET

NAME OF STUDENT __John Ramirez__

DATE OF BIRTH __06/29/84__   SCHOOL __Wynn Scale AFA__

This is to verify that I have received a copy of *Special Education: Parent and Student Rights, 1991*, which informs me of my rights throughout the child-centered educational process. These rights have been explained to me by

__D. Trevino__          __Teacher__
       Name                               Position

on __8/21/95__
      Date

I understand that my rights include the right to receive:

(1)  this and all other written notices in the language I understand (primary language) or, if needed, a translation of such orally, in sign language, or in braille as appropriate, and

(2)  answers from school personnel to additional questions I may have.

My signature below indicates that I received the booklet and understand its contents.

__Guadalupe Alvarado__
SIGNATURE OF PARENT, SURROGATE PARENT, GUARDIAN, OR ADULT STUDENT

DATE SIGNED __8/21/95__

_____   __8/__ ___
SIGNATURE OF INTERPRETER, IF USED           Date

23

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Special Education
Psychological Services

Consent for Exchange of Confidential Information

Name of Student: _John Ramirez_ DOB: _06/29/84_ School: _Wynn Seale_

I, _Guadalupe Alijean_, the parent/legal guardian of the above named

student, authorize _West OSO ISD_
_5050 Rockford_ (Name of individual agency)
_Corpus Christi, TX 78416_
(Address of individual agency)

to exchange the information indicated below with:
CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Office of Psychological Services
ATTENTION: _JANIE C. DE LA CRUZ_ 1530 Airline Road
Corpus Christi, Texas  78412

The following information should be sent from my child's records
(check all that apply):
✓ Current Admission, Review, and Dismissal Committee Report/Individual
✓ Educational Plan (ARD/IEP)
___ Reports of Intelligence, Achievement, and/or Personality Assessment
✓ Reports of Speech and Language Assessment
✓ Sociological/Family Background Information
✓ Medical/Health History
✓ Medical Assessments
___ ✓ General Medical        ___ Orthopedic        ___ Neurological
___ Otological             ___ Audiometric      ___ Ophthalmological
___ Other:_____
___ Physical Therapy Evaluation      ✓ Progress Notes
___ Occupational Therapy Evaluation  ✓ Counseling Report
___ Other:_____             ___ Treatment Plans

The purpose or need for such disclosure is _to aid in providing_
_for special education_.

This consent for exchange of information may be revoked by me at any time;
however, such revocation will not affect action already taken as a result of
this consent.  This consent (unless expressly revoked earlier) expires on:
_____ _5/24/96_ _____
(Specify date, event, or condition upon which it will expire)

I understand that the confidentiality of the released information will be
respected.  I understand that I may contact _J. De la Cruz_
                                            School Staff Member
at _990-3528_ for further information or clarification of this
   Telephone Number
release.
_Guadalupe Alejandro_                        _8/21/95_
Signature of Parent/Legal Guardian            Date

PS-CE-91

Scanned  Jun 18, 2013

DATE SENT/MAILED
8-18-95

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

The ARD committee meeting for _____ John Ramirez _____ is scheduled for
(date) 8-21-95 (time) 8:00 (place) Wynn Seale _____ (room) ARD Room

Check (✓) all appropriate spaces:

The Purpose of this meeting is to ___✓___ Initiate _____ Change _____ Review or Discuss issues concerning:

☐ Individual Transition Plan    ☐ Extended Year Services    ☑ Placement    ☐ Program (IEP)    ☐ Evaluation
☐ Student Progress             ☐ Discipline               ☐ Dismissal    ☐ Other _____

This action is proposed because: Student moved into district

Options considered before proposing to take this action:

| | | |
|---|---|---|
| ___ Extra Time for Work Completion | ✓ Preferential Seating | ___ Behavior Management Strategies |
| ___ Add/Drop Related Services | ___ Oral Tests | ✓ Modified or Shortened Assignments |
| ___ Compensatory Programs | ___ Counseling | ___ Add Vocational Classes |
| ___ Parent Conferences | ___ ISS | ___ Continue Current Program |
| ✓ Change Modifications | ___ Other _____ | ___ Tutoring |
| ___ Increase/Decrease Special Education Time | | ___ Other _____ |

The Provision of any educational or related service not proposed for discussion in this notice will be discussed at your request.

Check (✓) all appropriate boxes.

The following persons have been asked to attend the meeting:
☑ Parent/Guardian/Surrogate Parent    ☐ Speech Pathologist
☐ Vocational Representative            ☐ Counselor
☑ Instructional Representative         ☐ Student
☑ School Administrator
☑ Special Education Representative
☐ Adult Service Agency Representative
☐ Special Education Assessment Staff
☐ Other

The following evaluation procedures, tests, records or reports will be reviewed and discussed:
☑ Comprehensive Individual Assessment
☑ School Permanent Records
☐ Classroom Observation Reports/Teacher Reports
☑ Independent Evaluation Reports
☑ Parent Information
☐ Other

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when you received the current copy of the booklet, Special Education: Parent and Student Rights. Please refer to page vi of this booklet for information on procedural safeguards.

The following should be completed by the parent, guardian, surrogate parent, or adult student. Please (✓) to show your response to our invitation to attend the meeting.

☑ I will be able to attend the meeting as scheduled.
☐ I want to attend the meeting but cannot come when the meeting is planned. Please contact me to reschedule.
☐ I will call the school to reschedule the meeting.
☐ I do not wish to attend the meeting; please have the meeting without me.

☑ I agree to waive my right to a five-day interval between the date of this notice and the ARD meeting.

X _____
Signature of Parent, Guardian, Surrogate Parent or Adult Student                    Date

_____ Guadalupe Alexander _____
Signature of Interpreter, If used                                                  Date

You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

PLEASE RETURN THIS FORM TO ___ D. Trevino (117) ___ AS SOON AS POSSIBLE.
                             SCHOOL STAFF PERSON

_____ FOR SCHOOL USE ONLY _____

White Copy: Parent Copy  Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.  Reminder was sent on _____ by _____ Telephone call made on _____ by _____

Comments:

2/18/94

Scanned Jun 18, 2013

DATE SENT/MAILED

9-22-95

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE: STUDENT ___John Ramirez___          SCHOOL ___Wynn Seale___

INVITATION TO MEETING
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss educational programming for your child. We encourage you to attend this meeting, as your involvement is an important part of your child's education.

DATE 9-29-95 TIME 8:30 PLACE ___Wynn Seale___          ROOM 114B

Check (✓) all appropriate spaces:

The Purpose of this meeting is to:

☐ Discuss, at your request, any educational or related service not proposed below
☐ Initiate special education services if your child meets eligibility criteria
☑ Review your child's program (including results of any new evaluations)
☑ Review Assessment
☐ Other (specify) _____

☐ Develop/review the Individual Transition Plan (ITP)
☑ Develop and/or review the Individual Educational Plan (IEP) for your child
☐ Consider extended year services
☑ Discuss placement

This action is proposed because: ___Permanent ARD___

Options considered before convening this meeting:

| | | |
|---|---|---|
| ___ Extra Time for Work Completion | ___ Preferential Seating | ___ Behavior Management Strategies |
| ___ Add/Drop Related Services | ___ Oral Tests | ✓ Modified or Shortened Assignments |
| ___ Compensatory Education | ___ ISS | ___ Add Vocational Classes |
| ___ Parent Conferences | ___ Counseling | ✓ Continue Current Program |
| ___ Change Modifications | ___ Bilingual/ESL | ___ Tutoring |
| ✓ Increase/Decrease Special Education Time | ___ 504 Programs | ___ Other _____ |
| ___ General Education | | |

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request (describe if applicable).

Check (✓) all appropriate boxes.

The following persons have been asked to attend the meeting:

☑ Parent/Guardian/Surrogate Parent/Adult Student
☐ Instructional Representative
☑ School Administrator
☑ Special Education Representative
☐ Adult Service Agency Representative
☐ Special Education Assessment Staff
☐ Other (list): _____

☑ Speech Pathologist
☐ Counselor
☑ Student
☐ LPAC Representative
☐ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

☑ Comprehensive Individual Assessment[1] (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
☑ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
☑ Classroom Observation Reports/Teacher Reports
☑ Independent Evaluation Reports
☑ Parent Information
☐ Other (list): _____

Other factors relevant to this ARD committee meeting (describe if applicable): _____

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been sent to _____ by ___M. L. Gonzales___ on ___9-22-95___. If you have questions regarding these safeguards, please feel free to call 994-3500.

FOR SCHOOL USE ONLY

White Copy: Parent Copy    Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.    Reminder was sent on ___9-28-95___ student    Telephone call made on ___9-26-95___ by ___MLG___    Ms. Guadalupe Alejandro said she will come to meeting. 9-28-95 - Guadalupe Alejandro will come to meeting.

[1]You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

DETACH HERE

------------------------------------------DETACH HERE------------------------------------------
AND RETURN TO YOUR CHILD'S SCHOOL

If you have any questions, please feel free to call the contact person below:

D. Treviño                          Teacher 117                    886-9359 Ext.
SCHOOL CONTACT PERSON               POSITION                       TELEPHONE

Please check appropriate statement(s) below.          Re: John Ramirez
                                                              Student

☑ I will attend the meeting as scheduled.
☐ I would like to attend the meeting, but cannot do so at the time suggested; please contact me at
_____ to reschedule.
☐ I will not be able to attend the meeting; please have it without me.  I wish to be notified of the results of the meeting.
☐ I will not be able to attend the meeting in person, but would like to participate via telephone.  Please contact me at
_____ at the scheduled meeting time.
☐ I waive the required five school day waiting period between Notice of the ARD Committee Meeting and the ARD Committee
Meeting.

Comments:

_Lupe Alexandras_____          _9-27-95_____
Signature of Parent, Guardian, Surrogate Parent, or Adult Student        Date

_____          _____
Signature of interpreter, if used                                        Date

Scanned Jun 18, 2013



DATE SENT/MAILED
11-28-95

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
**CORPUS CHRISTI, TEXAS**
**OFFICE OF SPECIAL EDUCATION**

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE:  STUDENT _John Ramirez_                   SCHOOL _Wynn Seale M.S._

**INVITATION TO MEETING**
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss educational programming for your child. We encourage you to attend this meeting, as your involvement is an important part of your child's education.

DATE _12-6-95_ TIME _11:00_ PLACE _Wynn Seale M.S._                   ROOM _114B_

Check (✓) all appropriate spaces:

The Purpose of this meeting is to:

☐ Discuss, at your request, any educational or related service not proposed below
☐ Initiate special education services if your child meets eligibility criteria
☑ Review your child's program (including results of any new evaluations)
☐ Review Assessment
☐ Other (specify)

☐ Develop/review the Individual Transition Plan (ITP)
☐ Develop and/or review the Individual Educational Plan (IEP) for your child
☐ Consider extended year services
☐ Discuss placement

This action is proposed because _to discuss two consecutive failing grades_

Options considered before convening this meeting:

| | | |
|---|---|---|
| ___ Extra Time for Work Completion | ___ Preferential Seating | ___ Behavior Management Strategies |
| ___ Add/Drop Related Services | ___ Oral Tests | ✓ Modified or Shortened Assignments |
| ✓ Compensatory Education | ___ Counseling | ___ Add Vocational Classes |
| ___ Parent Conferences | ___ ISS | ___ Continue Current Program |
| ___ Change Modifications | ___ Bilingual/ESL | ___ Tutoring |
| ___ Increase/Decrease Special Education Time | ___ 504 Programs | ___ Other |
| ✓ General Education | | |

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request (describe if applicable):

Check (✓) all appropriate boxes:

The following persons have been asked to attend the meeting:

☑ Parent/Guardian/Surrogate Parent/Adult Student
☑ Instructional Representative
☐ School Administrator
☑ Special Education Representative
☐ Adult Service Agency Representative
☐ Special Education Assessment Staff
☐ Other (list): _____

☐ Speech Pathologist
☐ Counselor
☐ Student
☐ LPAC Representative
☐ Vocational
Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

☐ Comprehensive Individual Assessment[1] (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
☑ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
☑ Classroom Observation Reports/Teacher Reports
☐ Independent Evaluation Reports
☑ Parent Information
☐ Other (list): _____

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been sent to _Mr. & Mrs. Alejandro_ by _M.L. Gonzalez_ on _11-28-95_. If you have questions regarding these safeguards, please feel free to call 994-3500.

FOR SCHOOL USE ONLY

White Copy: Parent Copy  Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.  Reminder was sent on _12-5-95_ by _slides_  Telephone call made on _12-5-95_ by _MLG_  _Mom said she couldn't come but to have meeting without her. We have her permission for meeting._

[1] You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

- - - - - - - DETACH HERE - - - - - - -

Scanned Jun 18, 2013

Corpus Christi, Texas

( ) Spanish

**COMPREHENSIVE INDIVIDUAL ASSESSMENT**
**ELIGIBILITY REPORT: SPEECH HANDICAPPED**
**PART I**

( ) Initial - A
( ) 3 Yr. Reeval - R3
( ) Review - R1, R2
( ) Special Request

STUDENT _John Ramirez_ SEX: M F DOB _6/29/86_ ID# _9665114_ GRADE _6th_

SCHOOL _Wynn Seale_ HANDICAPPING CONDITION (1) _LD_ (2) _____

Professional Evaluator: _Rossana Verena_ SS# _____

Referred by: [ ] Teacher [✓] Special Education [ ] Physician [ ] Other _____

**I. SOURCES OF DATA** (formal and informal):

| TEST | DATE | SCORES |
|---|---|---|
| GFTA | 9/26/95 | # of Errors: 0    PR: |
| WEISS | | Artic Score:    # of Errors: |
| HEJNA DAT | | # of Errors: |
| TOLD P/TOLD I | | SLQ:    LiQ:    SpQ:    SeQ:    SyQ: |
| PPVT - R | 9/26/95 | SSE:    PR:    Stanine: 4   AE: 9:10 (CA-V-2) |
| ROWPVT | | AE: N6   SS: 89   PR: 23   Stanine: |
| EOWPVT-R | | AE:    SS:    PR:    Stanine: |
| THE WORD-R | | Total Test: AE:    PR:    SS: |
| CELF-R | | Rec. AE:    SS:    Exp. AE:    SS:    Total AE:    SS: |
| PLS | | AC Age:    VA Age:    LA: |
| | | ACQ:    VAQ:    LQ: |
| TAPS | | Auditory Quotient:    PR:    MLA: |
| TELD | | Total Score:    LQ:    Percentile Score:    LA: |
| NON-SPEECH TEST | | Rec. AE:    Exp. AE: |
| SSI | | Total Score:    PR: |
| COOPERS | | Ave. Frequency of Stuttering:    % |
| TONI A / B | | TQ:    PR: |
| SLOSSON | | MAE:    TSS:    PR:    NCE:    Stanine: |
| LANG. SAMPLE | | |
| INFORMAL ASSESS. | 9/26/95 | Fluency, voice + syntax are WNL. |
| Oral Peripheral | 9/26/95 | Revealed a short frenum (tongue-tied) no frenectomy has been performed. He is able to produce all sounds. No articulation impairment is noted. |

(use "S" if skill is a strength, "W" if skill is a weakness)

[ ] Auditory Processing     [ ] Pre-verbal     [ ] Voice     [ ] Fluency

[ ] Receptive Language     [ ] Articulation     [ ] Expressive Language     [✓] Communication skills at appropriate level

[   ]    [✓]    The student has a communication disorder, such as stuttering, impaired articulation, a language
YES    NO    impairment, or a voice impairment, which adversely affects his/her educational performance.

## III. TYPE AND SEVERITY OF IMPAIRMENT:

| [ ] LANGUAGE | [ ] ARTICULATION | [ ] AUDITORY PROCESSING |
|---|---|---|
| [ ] Mild | [ ] Mild | [ ] Mild |
| [ ] Moderate | [ ] Moderate | [ ] Moderate |
| [ ] Severe | [ ] Severe | [ ] Severe |
| [ ] Profound | [ ] Profound | [ ] Profound |
| [ ] FLUENCY | [ ] VOICE | [✓] NO DISORDER NOTED AT THIS TIME |
| [ ] Mild | [ ] Mild | |
| [ ] Moderate | [ ] Moderate | |
| [ ] Severe | [ ] Severe | |
| [ ] Profound | [ ] Profound | |

[   ]    [✓]    Based on the identified speech and language deficit, this student will have difficulty in mastering the
YES    NO    essential elements at the appropriate level in the area(s) of:

[ ] listening        [ ] speaking        [ ] verbal language usage

## IV. RECOMMENDATIONS:

[ ] Eligible for Speech Therapy        [ ] Continue Speech Therapy

[✓] Dismiss from Speech Therapy        [ ] Reevaluate

[ ] Not eligible for Speech Therapy

## V. SERVICE DELIVERY MODEL:   n/a

[ ] Direct

[ ] Consultation (Speech Therapist is implementor)      _____ minutes per week

[ ] Monitor (Teacher is implementor)      _____ minutes per _____

## VI. MODIFICATIONS:   n/a

With the use of the following modifications in the regular education classroom, this student should be able to
achieve a mastery level of 70% in all content areas in order to receive a passing grade and, thus, to participate
in extracurricular activities.

[ ] Increased response time        [ ] Adjustments for misarticulations in responses

[ ] Use repeated drill/review        [ ] Provide preferential seating

[ ] Use various modalities        [ ] Model examples

[ ] Use sign language        [ ] Use assistive technology device/services

[ ] None recommended at this time        [ ] Use positive/concrete reinforcers

[ ] Other: _____

Use assistive technology device or services as follows: _____

_Roxana Vereu_        13417        9-26-95

[✓] Licensed Speech/Language Pathologist      License No.        Date

[ ] Certified Speech/Language Pathologist

**FOR MEDICAID ELIGIBLE STUDENTS ONLY**

I have reviewed the assessment findings of the speech therapist and recommend that this student be considered for speech therapy services. The amount, frequency, duration, and method of delivery of
services will be determined by the school's Admission, Review, and Dismissal Committee, acting on the recommendations of the speech therapist.

_____        _____

PHYSICIAN        DATE

Distribution:   White (SEO)    Yellow (Therapist)    Pink (Counselor)

Scanned Jun 18, 2013

 

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Psychological Services

TEST DATA SUMMARY SHEET

_____ Initial
_____ 3 Yr Re-eval
_____ Follow-up Re-ev
✓ Out of District
_____ Outside Referral

John H. Ramirez    Student ID# 966 5114    Examiner: West Oso ISD
                                                              Lawton
: 6-29-84  School: Wynn Seale  Grade 06  Test Lang  ✓ English
                                                                    _____ Spanish
: 11-29-94 ÷ 1-9-95 Age (yr. mo.)  11  yrs.  mos.  _____ Bilingual

le one)
_____ WISC-R _____ WAIS
-R  (WISC-III)

nf        12  PC
Sim        9  PA
Arith     13  BD
Voc       12  OA
Comp       8  COD
Dsp        Maz
SS
7 VIQ 106 PIQ 107 FSIQ
          VC      PO
          FD      PS
(Average range)

STANFORD-BINET(S-B)

M.A. _____ yrs _____ mos
I.Q. _____

Vineland Adap Behav Scale
(VABS)
                A.E.   S.S.
Commun
D. Living
Social
Motor
Composite

BEERY VMI  Correct
VMI _____ yrs _____ mos  Verbal Analogies 8.5,6.2,79%,108 SS
S.S.: _____  Listening Comp 8-7, 3.1, 27%, 91SS
Woodcock Lang. Proficiency Battery-R
Oral Lang Cluster 10-11, 4.8, 47%, 99 SS
Memory for Sent. 9-6, 4.6, 430% 
Picture Voc. 9-7, 4.2, 35%, 95 SS
Oral Voc 12-1, 6.8, 80%, 110 SS

WOODCOCK READING MASTERY
(WRMT)        gd   ts   ss
Letter ID
Word ID
Wd. Attack
Wd. Comp
Pass Comp
Tot Read

BENDER GESTALT (KOPPITZ) (B - G)
Errors 6 SD _____ VP Age _____ yrs _____ mos
To _____ yrs _____ mos
Persv _____ Dist _____ Int _____ Rot _____

moderate visual percept.
problem for mental age

ALPERN-BOLL DEV PROF
Subtest: Dev Age (Mos)

Physical      _____
Self-Help     _____
Social        _____
Academic      _____
Commun        _____
I.Q. Equiv    _____

DTLA          _____
Key Math      _____
BRIGANCE      _____
Inf. Read     _____
Inf. Math     _____

P.P.V.T. (R)

M.A. _____ yrs _____ mos
I.Q. _____

TONI
I.Q. _____

WRAT-R/WRAT-III
                  gd   ss   %ile
Reading
Spelling          5   107 68%ile
Math

STANFORD-BINET IV
_____ Voc        _____ Quant
_____ Comp       _____ QR SAS
_____ Abs        _____ Bd Mem
_____ VR SAS     _____ Mem-Sent
_____ Pat An L   _____ S-TM SAS
_____ Cap
_____ A/VR SAS
_____ Composite (SAS)

TEST OF ADOLESCENT LANG (TOAL)

_____ PROJ. DRAWING _____ MAPS
_____ S/Concept Quest.
_____ MMPI _____ TAT _____ CAT
_____ INC. SENT _____ DESPERT
_____ RORSCHACH
_____ PARENT INTERVIEW
_____ CLINICAL INTERVIEW
_____ BEHAVIOR CHECKLIST
✓ CONF. (STATE/OTHER)
_____ OBSERVATIONS

WOODCOCK-JOHNSON ACHIEV TEST-R (WJ-R)
Age-Norms ✓ : Grade Norms
✓ Cluster Scores  ✓ Broad Scores
                ae/gd        ss
Reading    9-11  4.5   41   97
Math       11-11 6.0   80   112
Writ Lang  8-7   3.2   16   85
Subtests
Letter-Wd  9-11  4.7   44   98
Wd. Attack
Pass Comp  9-9   4.2   39   96
Calc       10-9  5.4   64   105
Applied    12-9  7.4   88   118
Dictation  8-6   3.1   19   87
Writ Samp  8-8   3.3   29   92
Proofing   9-1   3.7   28   91
Basic Writing Skills 8-10, 3.4, 20%ile, 87

WECHSLER INDIVIDUAL ACHIEV TEST (WIAT)
                    Norms
                 Age        Grade
READING          gd   ss
Basic Reading
Reading Comp
MATHEMATICS
Math Reasoning
Numerical Oper
LANGUAGE
Listening Comp
Oral Expression
WRITING
Spelling
Written Expr
Total Composite

Speech eval.: 5-21-93

ssible Handicapping Condition: _____  1.  LD
                                               2.  SH
Dismissed from speech: 9-26-95
Staff with: _____  Date: _____

Scanned Jun 18, 2013

NAME: _John Ramos_          DATE: _9/22/95_

EXAMINER: _R. Venena - SLP_

I. Lips
   Can protrude: yes ✓ no____
   Can retract unilaterally: Left: yes ✓ no____; Right: yes____ no____
   Can say /p/ rapidly: yes ✓ no____

II. Teeth
   Occlusion: normal ✓, neutroclusion____, distoclusion____
              mesioclusion____
   Vertical relationship of incisors: normal ✓, open bite____,
                                      close bite____

III. Tongue
   Can touch corners of mouth rapidly for five seconds: yes ✓ no____
   Can say /t/ rapidly: yes ✓ no____

IV. Hard Palate
   Intactness: normal ✓, cleft repaired____, cleft, unrepaired____
   Palate contour: normal ✓, flat____, deep and narrow____

V. Velopharyngeal Port Mechanism
   Movement of soft palate during phonation of /a/: yes ✓ no____
   Can blow out match: yes ✓ no____
   Can say /k/ rapidly: yes____ no ✓
   Can say /pʌtʌkʌ/ rapidly: yes ✓ no____

VI. Tonsils
   Normal____ ✓Enlarged____ Absent__-_

VII. Breathing Mechanism
   Inhalation: deep and inaudible ✓, deep and audible____, shallow____
   Breathing movements: rhythmical ✓, jerky____
   Heaving of shoulders during speaking: none ✓, some____, marked____
   Number of seconds can prolong /a/ following deep inhalation: average ✓
                                                   below average____

Comments: Tongue tip is tied to the frenum. Frenectomy has not
been performed however. Despite tongue tie he is able to
produce all phonemes. The /t/ & /l/ are good. He does
not appear to have any problems w/ sound production at
this time.

VI - 16

Case 2:12-cv-00410   Document 31-127   Filed on 01/26/15 in TXSD   Page 36 of 40



Meeting Date: *11-16-00*

Last Assessment: *1-15-98*

## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

### REEVALUATION BY ARD

Student: *John Ramirez*

☒ Three-year Reevaluation  ☐ Special Request

ID: *4547/3620*  School: *Moody H.S.*  Grade: *10*  Age: *16*  D.O.B.: *6-29-84*  Sex: *M*

Current disabilities: *LD / OHI*

**A.** Review of Existing Data

The chart below indicates the areas the ARD Committee has included in its review of existing assessment data and the committee's recommendations for the student's comprehensive assessment.

N= assessment is needed in this area        C= current data is satisfactory/no need to reassess

| Sources of Data | Dates/Discussion | Recommendation |
|---|---|---|
| Language/Communication | *adequate* | ☐ N  ☒ C |
| Physical (Motor/Health) | *history of ADD - took meds in past* | ☐ N  ☒ C |
| Emotional/Behavioral | *can be moody, can be disruptive/argumentative w/ authority, may need clearly defined limits - cooling off time, will walk out of class, can be disrespectful* | ☒ N  ☒ C |
| Intellectual/Adaptive Behavior | *1-95 WISC-3 FSIQ-107, 1-98 TONI IQ 110 ⟩ AVG to HI AVG Range* | ☐ N  ☒ C |
| Present Levels of Educational Performance | *1-95 WJ-R RA 4.5, RC 4.2, WI 3.2, M-6.0 ⟩ Eng: at avg [Boyd level], 1-98 WRAT-3 R-6, M-8 (conclusion I) [10th grade] main idea, describe setting __ Math: computer based, has had excessive abs., incomplete assign.* | ☐ N  ☒ C |
| Sociological | | ☐ N  ☒ C |
| Assistive Technology | *use calc/computers* | ☐ N  ☒ C |
| Additional Information | *passed end of course US Hist gr. 99* | |

OFFICE USE ONLY:
Staff ID: *0005*        ☐ No   (additional assessment IS NOT needed.)
                        ☒ Yes  (additional assessment IS needed.)
Date of Next 3 Year Review: *11-2003*

**B.   Summary of Data to Determine Specific Disability and/or Services**

☐   No Additional Data Needed.

Upon review of current assessment data, the ARD Committee agrees that:

☐   The student manifests no disabling conditions and is not eligible to receive (*see below) special education and related services.

☐   The student manifests the following disabling conditions(s): _____

☐ ☐   The student needs special education and related services which will be determined when the ARD/IEP
Yes No   Committee develops/reviews the IEP and makes recommendations for programming and placement.  If
NO, the student is not eligible to receive special education and related services. (Conduct a subsequent
ARD to address dismissal from special education.)

The following section is to be completed if no additional data are required:

☐  Yes  ☐  No   The district has explained to the parent(s) the reasons for its determination that no additional
data are needed to determine whether this student continues to be a student with a disability.

☐  Yes  ☐  No   The district has made the parent(s) aware of their right to request an assessment to determine
whether this student continues to be a student with a disability.

☒   Additional Data Needed *

The ARD Committee has determined that additional data are needed to determine whether: A) this student has or continues
to have a particular category of disability; B) the present levels of performance and educational needs of the student; and C)
if applicable, the nature and scope of special education and related services needed.

Note:

*   A student is not eligible for a new disability without formal assessment
*   The parent must complete and sign a Consent for Assessment and must also receive a Notice of Assessment prior to
starting the comprehensive assessment
*   Requests for initial assessment for related services require the school to complete and submit to special education the
customary packet of information required for consideration of services. Also, parents are required to provide a
physician's prescription prior to services.

## ASSURANCES

☑ YES   __ NO   The ARD Committee assures that the testing, evaluation materials, and procedures used for the purposes of
evaluation were selected and administered so as not to be racially or culturally discriminatory.

☑ YES   __ NO   The ARD Committee assures that the tests and other evaluation materials have been validated for the specific
purpose of which they were used.

☑ YES   __ NO   The ARD Committee assures that the tests and other evaluation materials were administered by trained
personnel in conformance with the instructions provided by their producers.

* A FOLLOW-UP ARD MUST BE HELD UPON COMPLETION OF ASSESSMENT.

(* Conduct a subsequent ARD to address dismissal from special education.)

tu PS-2000

0005
11-2003

 

## SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| MEMBERS SIGNATURE AND TITLE | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| parent not in attendance | | Parent(s)/Adult Student | | |
| C. Salam | | Administration | ✓ | |
| Grapa M. Trevino | | Instruction | | |
| S. Morgan | ✓ | Instruction/Speech | ✓ | |
| Cynthia L. Reha Baza | X | Assessment¹ | ✓ | |
| **OTHER PARTICIPANTS** | | | | |
| | | Representative of LPAC² | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☒ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more thanten (10) school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reacha mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or to others, or if the student has committed an expellable offense. The committee will reconvene on _____ at _____
Date          Place and Time

Information explaining why mutual agreement has not been reached must be noted in the ARD minutes. Participants may attach statements of agreement, disagreement, or clarification to the ARD minutes.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. **AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been given to** _Parent_ by _C. Reha Baza_ on _11-2-00_
If you have questions regarding these safeguards, please feel free to call 994-3500.

¹Assessment personnel are required when assessment issues are included in the ARD committee's deliberations.
²LPAC representative is required at the ARD of any student who is limited English proficient.
³Include documentation concerning the reconvened ARD committee meeting.

11-2003

 

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
Corpus Christi, Texas

Special Education
Psychological Services

### NOTICE OF REEVALUATION

Name of Student: _____  DOB: 6-29-84

School: Moody H.S.  Date Sent: 11-17-00

Due to recent amendments to the special education law, an Admission, Review, and Dismissal (ARD) committee meeting has been held prior to the reevaluation to review existing data and determine the scope of the reevaluation. The results of this meeting determined that reevaluation is required in the following areas:

Types of tests/techniques which may be used in the reevaluation of your child include the following:

_____ Language — formal and/or informal measures of language dominance and proficiency

_____ Physical — medical evaluations (if physical factors are suspected of adversely affecting educational performance)

✓ Emotional/Behavioral — formal and/or informal measures of emotional/behavioral characteristics which may influence learning

_____ Sociological — formal and/or informal measures of family/community relationships which may affect learning

_____ Intellectual/Adaptive Behavior — tests which provide an estimate of the ability to acquire knowledge and formal/informal measures of the ability to function in the home, neighborhood and school

_____ Academic Achievement and Learning Competencies — formal and/or informal measures of basic skills in such areas as reading, mathematics, spelling, and other areas, including job-related skills, if appropriate.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full *EXPLANATION OF PROCEDURAL SAFEGUARDS* has been given to _parent_ on _11-2-00_ by _Prufan_. If you have questions regarding these safeguards, please feel free to call 994-3500.

PS-NR-98
dg

*11-2-00*
Date

*1-15-98*
Last Evaluation
Date

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
**OFFICE OF SPECIAL EDUCATION**
Corpus Christi, Texas

**PARENT LETTER: REEVALUATION PROCESS**

Dear Parent(s)/Guardian(s)/Adult Student:                Re: *John Ramirez*

The school district is required to reevaluate your child for special education at least once every three years or if you or the school district requests a reevaluation.

☑ Our records reflect that your child's reevaluation is due on or before    *1-2001*

☐ A special request has been made for an evaluation of your child by _____

Under recent amendments to the special education law, an Admission, Review, and Dismissal (ARD) Committee meeting must be held prior to the reevaluation to review existing data and to determine the scope of the reevaluation. You are a member of the evaluation team and your participation in the ARD process is very important. We invite you to bring any existing evaluation data (formal and informal) that you would like the ARD committee to consider as part of the evaluation process. The District will also bring existing evaluation data such as classroom-based assessments and observations, criterion-referenced testing, and teacher and related service provider observations.

Enclosed please find the following::

• *An Explanation of Rights and Procedural Safeguards of a Parent with a Child with Disabilities in School.*
• Notice of ARD meeting scheduled for *11-16*. *1:30 P.M.*

If you have any questions, please call _____ at _____

Sincerely,

Original: Parent          Copy: Eligibility Folder          Copy: School          Copy: Psychological Services

Parent I