Scanned Jun 18, 2013

DATE SENT/MAILED 11-2-00

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE: STUDENT John Ramirez SCHOOL Moody

INVITATION TO MEETING

We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss your educational programming or that of your child. We encourage you to attend this meeting, as your involvement is an important part of your/your child's education.

DATE 11-16 TIME 1:30 PLACE Library ROOM Conf.

Check (✓) all appropriate boxes.

The Purpose of this Meeting is to:

- ☐ Initiate special education services if your child meets eligibility criteria
- ☐ Review your child's program (including results of any new evaluations)
- ☐ Review Assessment
- ☒ Discuss the need for new assessment
- ☐ Discuss transfer of rights at age of majority
- ☐ Other (specify)
- ☐ Develop/review transition needs/Individual Transition Plan (ITP)**
- ☐ Develop and/or review the Individual Educational Plan (IEP) for your child
- ☐ Consider extended year services
- ☐ Discuss placement
- ☒ Discuss, at your request, any educational or related service not proposed above

This action is proposed because: 3 yr. reevaluation is due

Options considered before convening this meeting:

- ☐ Extra Time for Work Completion
- ☐ Add/Drop Related Services
- ☐ Compensatory Education
- ☐ Parent Conferences
- ☐ Change Modifications
- ☐ Increase/Decrease Special Education Time
- ☐ General Education
- ☐ Preferential Seating
- ☐ Oral Tests
- ☐ Counseling
- ☐ ISS
- ☐ Bilingual/ESL
- ☐ 504 Programs
- ☐ Behavior Management Strategies
- ☐ Modified or Shortened Assignments
- ☐ Add Vocational Classes
- ☒ Continue Current Program
- ☐ Tutoring
- ☐ Other

Comments:

** TRANSITION SERVICES

The purpose of this meeting is to review the Individual Transition Plan (ITP) and consider transition services in accordance with 19 TAC 89.1110 and 34 CFR 300.346(b)(1-2).

☐ The district will invite the student to this meeting.

The following agencies have been invited to send a representative to this meeting:

- ☐
- ☐
- ☐
- ☐

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request (describe if applicable).

Check (✓) all appropriate boxes.

The following persons have been asked to attend the meeting:

- ☒ Parent/Guardian/Surrogate Parent/Adult Student
- ☒ Instructional Representative
- ☒ School Administrator
- ☐ Adult Service Agency Representative
- ☒ Special Education Assessment Staff
- ☐ Other (list):
- ☐ Speech Pathologist
- ☐ Counselor
- ☐ Student**
- ☐ LPAC Representative
- ☐ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

- ☐ Comprehensive Individual Assessment, (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
- ☒ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
- ☒ Classroom Observation Reports/Teacher Reports
- ☐ Independent Evaluation Reports
- ☒ Parent Information
- ☐ Individual Transition Plan (ITP)**
- ☐ Other (list):

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. AN EXPLANATION OF RIGHTS AND PROCEDURAL SAFEGUARDS OF A PARENT WITH A CHILD WITH DISABILITIES IN SCHOOL has been sent to parent by Pilzam on 11-2-00. If you have questions regarding these safeguards, please feel free to call 994-3500.

FOR SCHOOL USE ONLY

White Copy: Parent Copy Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder. Reminder was sent on 11-9 by Pilzam. Telephone call made on 11-13 by Pilzam.

You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

DETACH HERE
AND RETURN TO YOUR CHILD'S SCHOOL

If you have any questions, please feel free to call the contact person below:

Karen Boyd
SCHOOL CONTACT PERSON

Sp. Ed. Chairperson
POSITION

854-3261 Ext 200
TELEPHONE

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Office of Special Education

Date Notified by Phone: 11-13-00

Date Mailed/Sent: 11-2-00

**FOLLOW-UP NOTICE OF ARD COMMITTEE ACTION WHEN PARENT DOES NOT ATTEND ARD/IEP MEETING**

Student: John (First) ______ (Middle) Ramirez (Last) 6-29-84 (Date of Birth)

We are sorry that you were unable to attend the Admission, Review, and Dismissal/Individual Educational Program (ARD/IEP) meeting on 11-16-00. At the meeting it was determined that the above-named student:

✓ **Was eligible** for special education services. **Please read the enclosed ARD/IEP Committee report**, which:

- ☐ Outlines the Individual Education Plan and describes the services the student will receive.
- ☑ Reviews current data to determine any need for additional assessment
  - ☑ The ARD committee determined that additional assessment was not needed.
  - ☐ The ARD committee determined that additional assessment is needed. *Notice of Reevaluation* and *Consent for Reevaluation* are being sent to you on ______. Please complete and return *Consent for Reevaluation* to ______.

______ **Was not eligible** for special education services. **Please read the enclosed ARD/IEP Committee report**, which indicates why the student was not eligible and the educational program the student will receive.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in their native language or other mode of communication each time the District proposes or refuses to initiate or change the identification, evaluation, or educational placement of a child or the provision of a free, appropriate public education (FAPE) to a child. **A full explanation of all procedural safeguards is included with this form:**

Date: ______ To: ______

As legal guardian, I have received and reviewed the ARD/IEP report and committee recommendations. The *Explanation of Rights and Procedural Safeguards Of a Parent with a Child With Disabilities in School* has been given to me and I understand its contents. I further understand that after the special education services have begun, the ARD committee determines change or termination of services.

______ I agree with and grant consent for the proposed special education program.

______ I agree with the review of current data to determine need for additional assessment.

______ I do not agree and request that another ARD/IEP meeting be scheduled at a mutually agreeable time so that I may attend and participate.

______ I understand that the above-named student is not eligible for special education services.

______ Parent/Guardian/Adult Student Signature ______ Date

Comments: ______

**If you wish to have more information or if you have questions, please contact the following staff person:**

Karen Boyd, Sp. Ed. Chairperson Phone: 854-3261

Please keep the original copy and return the copy of this form to: Moody H.S.

Address: 1818 Trojan Dr. 78416

**Attach the ARD document and the *Explanation of Procedural Safeguards* to this letter and send to the parent when the parent has not attended the ARD.**

Original: Parent Copy: Eligibility folder Copy: School Copy: Psychological Services

6/00

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Special Education
Psychological Services

NOTICE OF REEVALUATION

Name of Student: John Ramirez DOB: 6-29-84

School: ______ Date Sent: ______

Due to recent amendments to the special education law, an Admission, Review, and Dismissal (ARD) committee meeting has been held prior to the reevaluation to review existing data and determine the scope of the reevaluation. The results of this meeting determined that reevaluation is required in the following areas:

Types of tests/techniques which may be used in the reevaluation of your child include the following:

| | Area | Description |
|---|---|---|
| ___ | Language | formal and/or informal measures of language dominance and proficiency |
| ___ | Physical | medical evaluations (if physical factors are suspected of adversely affecting educational performance) |
| ✓ | Emotional/Behavioral | formal and/or informal measures of emotional/behavioral characteristics which may influence learning |
| ___ | Sociological | formal and/or informal measures of family/community relationships which may affect learning |
| ___ | Intellectual/ Adaptive Behavior | tests which provide an estimate of the ability to acquire knowledge and formal/informal measures of the ability to function in the home, neighborhood and school |
| ___ | Academic Achievement and Learning Competencies | formal and/or informal measures of basic skills in such areas as reading, mathematics, spelling, and other areas, including job-related skills, if appropriate. |

---

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full *EXPLANATION OF PROCEDURAL SAFEGUARDS* has been given to Parent by Pruzan on 11-2-00. If you have questions regarding these safeguards, please feel free to call 994-3500.

PS-NR-98
dg

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Psychological Services

TEST DATA SUMMARY SHEET

#156

__ Initial
✓ 3 Yr Re-eval
__ Follow-up Re-Eval
__ Out of District
__ Outside Referral

Name: John Ramirez ID#: 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 Examiner(s): JS Hansen

D.O.B.: 6-29-84 School: Moody Grade: 10

D.O.T.: 4-20-01 Rept date: 4-27-01 Age (yrs./months) 16 yrs. 10 mos.

Test Language:
✓ English
__ Spanish
__ Bilingual

(Circle One)

WPPSI WAIS-3 WISC-III

____ Inf ____ PC
____ Sim ____ COD/DS
____ Arith ____ PA
____ Voc ____ BD
____ Comp ____ OA
____ Desp ____ SS
____ Maze
____ MR
____ VIQ ____ PIQ ____ FSIQ
____ VC ____ PO
____ FD ____ PS
____ GAI ____ WM

WECHSLER INDIV ACHIEV TEST (WIAT)

Norms: ____ Age ____ Grade

| | A.E. | Grade | %ile | S.S. |
|---|---|---|---|---|
| READING | | | | |
| Basic Reading | | | | |
| Reading Comprehension | | | | |
| MATHEMATICS | | | | |
| Math Reasoning | | | | |
| Numerical Operation | | | | |
| LANGUAGE | | | | |
| Listening Comprehension | | | | |
| Oral Expression | | | | |
| WRITING | | | | |
| Spelling | | | | |
| Written Expression | | | | |
| Total Composite | | | | |

__ Projective Drawings __ MAPS
__ Self-Concept Questionnaire
__ MMPI __ TAT __ CAT
__ Incomplete Sentences
__ Despert Fables
__ Rorschach
__ Parent Interview
✓ Clinical Interview __ Parent Interview
✓ Behavior Checklists
✓ Conferences
✓ Observations
✓ Teacher interview

WRAT-3

| | S.S. | Grade |
|---|---|---|
| Reading | | |
| Spelling | | |
| Math | | |

TONI 2/3
I.Q.: ____
%ile: ____

STANFORD-BINET (S-B)
M.A.: ____ Yrs ____ Mos
I.Q.: ____

STANFORD-BINET IV
___ Voc ___ Quant
___ Comp ___ QR SAS
___ Abs ___ Bd Mem
___ VR SAS ___ Mem-Sent
___ Pat An L ___ S-TM SAS
___ Cap ___ A/VR SAS
___ Comp SAS

WOODCOCK READNG MASTERY - REV

| | Grade | %ile | S.S. |
|---|---|---|---|
| Letter Identification | | | |
| Word Identification | | | |
| Word Attack | | | |
| Word Comprehension | | | |
| Passage Comprehension | | | |
| Total Reading | | | |

BENDER GESTALT (Koppitz) (B-G)
Errors ____ SD ____ Age ____ Yrs ____ Mos
To ____ Yrs ____ Mos
Persv ____ Dist ____ Int ____ Rot ____

BEERY VMI
Correct: ____
VMI ____ Yrs ____ Mos
SS: ____ %ile ____

WOODCOCK-JOHNSON ACHIEV TEST-REV
Age-Norms ____ Grade Norms ____
___ Cluster Scores ___ Broad Scores

| | Age | Grade | %ile | S.S. |
|---|---|---|---|---|
| Reading | | | | |
| Math | | | | |
| Writ Lang | | | | |
| SUBTESTS | | | | |
| Lt-Wd ID | | | | |
| Wd Attack | | | | |
| P Comp | | | | |
| Calculation | | | | |
| Applied | | | | |
| Dictation | | | | |
| Writ Samp | | | | |
| Proofing | | | | |
| Rdg Voc | | | | |
| Quant Con | | | | |

VINELAND ADAPTIVE BEHAVIOR SCALE-VBS

| | A.E. | S.S. |
|---|---|---|
| Communication | | |
| Daily Living | | |
| Social | | |
| Motor | | |
| Composite | | |

LEITER (R)
Developmental Age ____
I.Q. ____

KBIT
Vocabulary ____
Matrices ____
Composite ____

OTHER:

ALPERN-BOLL DEVELOPMENTAL PROFILE

| Subtest: | Developmental Age (mos) |
|---|---|
| Physical | |
| Self-Help | |
| Social | |
| Academic | |
| Communication | |
| I.Q. Equiv | |

Possible Handicapping Condition: DNQ ED. Qualifies LD/OHI by previous testing.

Staffed with: ____ 2. ____

Date: ____ __ Over

Scanned Jun 18, 2013

CONFIDENTIAL

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Psychological Services

Reevaluation Assessment

#R156

**Reason for Referral:**

Emotional/behavioral testing was requested by a Reevaluation ARD Committee due to John's disruptive, non-compliant classroom behavior. John is currently receiving Special Education services at Moody High School due to a Learning Disability and ADHD/OHI (Other Health Impairment).

**Testing Conditions/Observations:**

Testing was attempted on several occasions, but could not be conducted due to John's excessive absenteeism. John attends Moody High School half-day and works off campus in the afternoons. However, he refuses to attend all day, except for one morning class and frequently skips school altogether.

Standardized assessment procedures were not used with this student. Projective assessment was refused by examiner. Therefore, the following procedures were utilized: interview and behavior rating scales were administered.

**I. Assessment of Physical, Mental, and/or Emotional Conditions**

Sources of data include the Request for Educational Assistance (R.E.A.) (demographic information and academic/behavioral concerns) which was completed by the student's teacher on 11/16/01, and the Health Inventory and Family Information form, completed via parent interview, which includes physical, emotional/behavioral, sociological, and adaptive behavior information. Dates of assessment data obtained from other sources will be listed only if different from the "Date of Evaluation" given below.

Name: Ramirez, John
DOB: 6/29/84 CA: 16 Years, 10 Mos.
School: Moody H.S. Grade: 10
Date of Evaluation: 4/20/01
Student ID#: 454313620
Date of Report: 4/27/01

Scanned Jun 18, 2013

C. Assessment of Emotional/Behavioral Factors

Tests/Measures Used:

| | |
|---|---|
| R.E.A. | 11/16/01 |
| Behavior/Academic checklist from teacher | 12/11/00 |
| Reports of Behavior from Staff | 11/16/00,4/20/01 |
| Reports of Behavior during Testing by Counselor/Team | 4/20/01 |
| Clinical Interview | 4/20/01 |

Interpretation:

Based on information from the identified sources, emotional/behavioral factors do not at present appear to adversely influence John's learning to a significant degree.

John appears to be a socially maladjusted individual, who chooses to violate school and community rules for personal gain. He is able to understand the consequences of his own behavior and, by his own admission, is also in control of his behavior. He expresses no remorse for his actions and proudly states that he has no intention to change.

Please see attached eligibility report for Emotional Disturbance.

Characteristics of John's behavior, as manifested in in-school and/or out-of-school settings which appear to influence his educational placement and programming include:

John is described by his teachers as aggressive, argumentative with authority, disrespectful to others, and disruptive in class.

Characteristics of John's behavior as manifested in in-school and/or out-of-school settings which appear to influence his ability to follow school disciplinary rules include:

John is able to follow all school disciplinary rules and should be subject to regular discipline procedures.

Scanned Jun 18, 2013

D. Assessment of Sociological Factors

Measures Used:

| | |
|---|---|
| R.E.A. | 11/16/01 |
| Teacher Reports | 4/20/01 |

Interpretation:

Information from identified sources does indicate that significant culture and/or lifestyle factors may influence John's learning and behavioral patterns.

John belongs to a peer group, possibly gang-like and it's activities, which does not appear to value compliance with school and community rules. John may act inappropriately (i.e., disrespectful, aggressive, etc.) in order to preserve his reputation and esteem in his own eyes and in the eyes of his peer group.

ch

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Comprehensive Individual Assessment
Statement of Eligibility

Date of Report: 4-27-01 SSN: 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 Age: 16:10

Based on the data in this report, the student: John Ramirez

School: Moody High School Grade: 10 Sex: M

☑ does meet the eligibility criteria for special education services with the disability of:

Condition 1: Learning Disability Condition 4: ______
Condition 2: OHI : ADHD Condition 5: ______
Condition 3: ______

☐ does not meet eligibility criteria for special education services.

ASSURANCES (Representative of multidisciplinary team initial below.)

JLH *The multidisciplinary team assures that the testing, evaluation materials, and procedures used for the purposes of evaluation were selected and administered so as not to be racially or culturally discriminatory.

JLH *The multidisciplinary team assures that the tests and other evaluation materials have been validated for the specific purpose for which they were used.

JLH *The multidisciplinary team assures that the tests and other evaluation materials were administered by trained personnel in conformance with the instructions provided by their producers.

I have reviewed this report and it reflects my professional conclusions.

| Multidisciplinary Team | Position | Agree | Disagree |
|---|---|---|---|
| Justine L. Hansen | LSSP | ☑ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

* Denotes required item.
** If you disagree, submit a written explanation of area(s) of disagreement.

REVIEWED BY: [signature]

Scanned Jun 18, 2013

V. Verification of Eligibility as Severely Emotionally Disturbed

A. Tests Administered

Date: 4/27/01

____ Thematic Apperception Test
____ Make a Picture Story
____ Children's Apperception Test
____ Rorschach
____ Minnesota Multiphasic Personality Inventory
____ Parent Interview
_✓_ Clinical Interview

_✓_ Student Observation(s)

____ Incomplete Sentences
____ Despert Fables
____ Self-Concept Questionnaire
____ Draw-A-Person
____ House-Tree-Person
____ Kinetic Family Drawing
____ Behavior Evaluation Scale
_✓_ Other: BASC – Teacher Rating Scale, BASC – Self-Report, and Teacher Information and Interview

B. **Test Interpretation:**

John was extremely resistant to testing. He expressed anger towards this examiner for embarrassing him by coming into his classroom to get him for testing. He stated that he did not need to be tested, and that he believes the tests are designed to make people feel bad about themselves. He also expressed anger about having been previously labeled LD and ADHD/OHI and placed in Special Education. However, he does not want to be exited from Special Education because it's the only way he can be in the half-day work program, but added that he otherwise doesn't need Special Education services. He attributed his failing grades to his lack of effort, attendance, and concern; but defended his ability to do the work.

John refused to participate in projective testing, but allowed an interview and completed a BASC. John's BASC responses indicate that his attitude toward school and teachers are areas of significant maladjustment for him. A BASC completed by John's teacher indicates that hyperactivity and aggression are areas of concern. No other emotional/behavioral concerns were noted by John's teacher.

An interview revealed that John does not value or prioritize school. He expressed a general dislike of teachers and school. He does value his job and his peer group. However, he lost his job due to possession of marijuana and belongs to a delinquent peer group. John appears extremely wary of trusting others and states that he will purposefully lash out at any person he perceives to be disrespectful of him. He has done this in the past and has no remorse for his actions.

John's teachers describe him as an oppositional student with an attitude problem and suspect him of gang membership. They state that he has rejected efforts to help him meet his school goal. One of his teachers has established adequate rapport and John describes her as the only teacher he likes/tolerates. However, he skips and behaves inappropriately in her class despite that he is afforded many privileges and rewards. John does not attend his other classes at all.



Scanned Jun 18, 2013

4. **Recommendations for behavioral management in the educational setting:**

Firm, clear boundaries and expectations should be set with John. All redirections should be made in private. Every attempt to demonstrate respect towards John should be made. He will refuse to work with, and may be aggressive towards any person he perceives as lacking respect for him. John does not like working with his peers, especially those he perceives to be inferior to him. Little can be gained from forcing him to work with others as he will resist and may fight verbally or physically with other students. John works best in hands-on activity oriented situations. John may agree to work for special privileges, such as computer time or free time. John enjoys computers.

[signature]
Licensed Specialist in School Psychology

Reviewed/Supervised by: [signature]
Coordinator for Psychological Services
Licensed Psychologist

PS-94-Psy-ED ch Name: John Ramirez DOB: 6/29/84 School: Moody H.S.

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Psychological Services

TEST DATA SUMMARY SHEET #R671

___ Initial
✓ 3 Yr Re-eval
___ Follow-up Re-ev
___ Out of District
___ Outside Referral

Name: John H. Ramirez Student ID# 9665114 Examiner: Gutierrez
D.O.B.: 6-29-84 School: Cunningham Grade 8 Test Lang ✓ English ___ Spanish ___ Bilingual
D.O.T.: 1-15-98 Age (yr. mo.) 13 yrs. 7 mos.

(circle one)
WPPSI WISC-R WAIS
WAIS-R WISC-III

__Inf __PC
__Sim __PA
__Arith __BD
__Voc __OA
__Comp __COD
__Dsp __Maz
__SS
__VIQ __PIQ __FSIQ
__VC __PO
__FD __PS

STANFORD-BINET(S-B)
M.A. ___ yrs ___ mos
I.Q. ______

P.P.V.T. (R)
M.A. ___ yrs ___ mos
S.S. ______

Vineland Adap Behav Scale (VABS)

| | A.E. | S.S. |
|---|---|---|
| Commun | | |
| D. Living | | |
| Social | | |
| Motor | | |
| Composite | | |

TONI - 2
I.Q. 110

___ PROJ.DRAWING ___ MAPS
___ S/Concept Quest.
___ MMPI ___ TAT ___ CAT
___ INC.SENT ___ DESPERT
___ RORSCHACH
___ PARENT INTERVIEW
___ CLINICAL INTERVIEW
___ BEHAVIOR CHECKLIST
___ CONF.(STATE/OTHER)
___ OBSERVATIONS

BEERY VMI Correct ___
VMI ___ yrs ___ mos
S.S.: ______

WOODCOCK READING MASTERY (WRMT)

| | gd | ts | ss |
|---|---|---|---|
| Letter ID | | | |
| Word ID | | | |
| Wd. Attack | | | |
| Wd. Comp | | | |
| Pass Comp | | | |
| Tot Read | | | |

Adequate

BENDER GESTALT (KOPPITZ) (B - G)
Errors ___ SD ___ VP Age ___ yrs ___ mos
P ___ ___ yrs ___ mos
Persv ___ Dist ___ Int ___ Rot ___

WRAT-R / WRAT-III

| | gd | ss |
|---|---|---|
| Reading | 6 | 92 |
| Spelling | 8 | 105 |
| Math | 8 | 104 |

WOODCOCK-JOHNSON ACHIEV TEST-R(WJ-R)
Age-Norms ___ Grade Norms ___
Cluster Scores ___ Broad Scores ___

| | ae/gd | % | ss |
|---|---|---|---|
| Reading | | | |
| Math | | | |
| Writ Lang | | | |
| Subtests | | | |
| Letter-Wd. | | | |
| Wd. Attack | | | |
| Pass Comp. | | | |
| Calc | | | |
| Applied | | | |
| Dictation | | | |
| Writ Samp | | | |
| Proofing | | | |

STANFORD-BINET IV
___ Voc ___ Quant
___ Comp ___ QR SAS
___ Abs ___ Bd Mem
___ VR SAS ___ Mem-Sent
___ Pat An L ___ S-TM SAS
___ Cap
___ A/VR SAS
___ Composite (SAS)

ALPERN-BOLL DEV PROF
Subtest: Dev Age (Mos)

| | |
|---|---|
| Physical | |
| Self-Help | |
| Social | |
| Academic | |
| Commun | |
| I.Q. Equiv | |

WECHSLER INDIVIDUAL ACHIEV TEST (WIAT)
Norms: ___ Age ___ Grade

| | gd | ss |
|---|---|---|
| READING | | |
| Basic Reading | | |
| Reading Comp | | |
| MATHEMATICS | | |
| Math Reasoning | | |
| Numerical Oper | | |
| LANGUAGE | | |
| Listening Comp | | |
| Oral Expression | | |
| WRITING | | |
| Spelling | | |
| Written Expr | | |
| Total Composite | | |

TCLA
Key Math ___
SIGANCE ___
Inf. Read ___
Inf. Math ___

TEST OF ADOLESCENT LANG (TOAL)
______ ______ ______

Possible Handicapping Condition: ______ 1. LD 2. OHI Pending Med

Staff with: ______ Date: ______

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Psychological Services

#R621 CONFIDENTIAL

**THREE-YEAR REEVALUATION ASSESSMENT REPORT**

Name: John H. Ramirez DOB: 6-29-84 Age: 13-7 School: Cunningham

Student ID#: 9665114 Grade: 8 Date of Evaluation: 1-15-98 Examiner: Gutierrez

✓ Yes Assessment of this student was conducted using standard assessment procedures.
___ No If no, explain rationale for deviating from procedures, interpreting results and determining educational need. ______

I. **Assessment of Physical, Mental and/or Emotional Conditions**

A. Language Assessment

Tests/Measures Used: Health Inventory/Family Information; R.E.A.; Other Sources of Data: ______

Dominant Language: ✓ English ___ Spanish ___ Bilingual ___ Other: ______

Proficiency: Expressive ___ above average ✓ average ___ below average
Receptive ___ above average ✓ average ___ below average

Mode of Expression: ✓ oral ___ other: ______

B. Assessment of Physical/Health Factors

Vision Results R 20/20 L 20/20 Date: 4/25/97 Hearing Results R P L P Date: 4/25/97

___ Based on the information provided by the parent on the Health Inventory Information form, no physical/health factors appear to adversely affect this student's educational performance.
✓ See attached eligibility report(s) for physical handicap(s). OHI Eligibility based on prior evaluation. New medical has been requested.

C. Assessment of Emotional/Behavioral Factors

Tests/Measures Used: Health Inventory/Family Information; R.E.A.

___ Behavior/Academic checklist from teacher
___ Reports of behavior from staff
✓ Report of behavior during testing by counselor/diag. staff
___ Parent Interview
___ Clinical Interview
___ Classroom Observation
___ Objective Personality Tests
___ Projective Tests/Drawings

✓ No emotional/behavioral factors appear to adversely affect educational performance.
___ See attached eligibility report for emotional disturbance.

In school/out of school behaviors influencing learning/ability to follow disciplinary rules: John should be expected to follow school disciplinary rules.

PS-94-3YR-1




Scanned Jun 18, 2013

THREE-YEAR REEVALUATION ASSESSMENT REPORT (Cont.)

D. Assessment of Sociological Factors

Measures Used: Health Inventory/Family Information; R.E.A.

Other Sources of Data:______

Cultural/Life Style factors and/or lack of opportunity ____ do ✓ do not appear to affect educational performance. If so, explain:______

E. Assessment of Intellectual Functioning

Tests Administered: ____WISC-R ____WISC-III ____WAIS ____WAIS-R

____Stanford-Binet ____Slosson Intelligence Test

✓ TONI ____OTHER:______

Test Results: Verbal IQ____ Performance IQ____ Full Scale IQ____
IQ 110 Composite IQ____ Partial Composite IQ____

Adaptive behavior was assessed using: ____formal measures ✓ informal measures

Tests/Measures Used: Health Inventory/Family Information; R.E.A.

Other Sources of Data:______

✓ Observation of this student indicates that (his)/her adaptive behavior appears to fall as expected according to age and cultural background and is commensurate with (his)/her level of intellectual functioning.
____Results of formal assessment of adaptive behavior:______
____See attached report.

II. Educational Performance Levels: Test(s) Administered

____WRAT-R ____WJAT-R ____WRMT ✓ WRAT-3 ____WIAT ____Other:______

| Test Results: | | | | | | |
|---|---|---|---|---|---|---|
| Reading | GE 6 | SS 92 | Written Lang. | GE____ | SS____ |
| Spelling | GE 8 | SS 105 | Reading Comp. | GE____ | SS____ |
| Math | GE 8 | SS 104 | Other:______ | | |

III. Assessment of Learning Competencies

Measures Used:

Criterion or Curriculum-Referenced:

____Informal Reading Inventory
____Informal Math Inventory
✓ Bender-Gestalt Test of Visual Motor Skills

Other Sources of Data:______

PS-94-3YR-2 Name: John H. Ramirez DOB: 6-29-84 School: Cunningham

Scanned Jun 18, 2013

III. THREE-YEAR REEVALUATION ASSESSMENT REPORT (Cont.)

Test results and interpretation (including specific strengths and weaknesses). John's strengths appear to be in spelling and math while his weaknesses appear to be in reading. In reading, John was able to identify consonants, vowels, consonant clusters, vowel diagraphs, and phonetic irregularities. He appeared to have problems applying skills to the decoding of multi-syllabic words. John was able to decode 22 of 33 words. He was able to decode words like "urge, consperacy" and "quarantine" but not "rancid, deteriorate" and "rudimentary". In spelling, John was able to spell 23 of 40 words. He was able to spell words like "reverence, commission" and "imperturbable" but not "purchase, museum" or "illogical". (over)

With the use of the following modifications, this student should be expected to achieve a mastery level of 70% in all content areas in order to receive a passing grade, and, thus, to participate in extracurricular activities (Indicate those that apply: R = Regular; C = Compensatory; S = Special Education).

R Leave class for resource assistance
RS Extended time for completion of assignments
RS Shortened assignments
RS Reinforcement techniques
___ Assistive technology devices/services were considered
___ Special instructional or adaptive equipment
___ Alternative materials
R Alter grade distribution
___ Other:

Recommendations: None needed to implement student's current IEP

IV. Eligibility:

✓ See attached eligibility report.
___ No handicapping condition is noted under current eligibility criteria.
___ This appears to indicate a change in handicap eligibility.

V. Placement Recommendation: ✓ Modified regular ✓ resource ___ P S/C ___ SC

Other Recommendations: as needed

PS-94-3YR-3

Name: John H. Ramirez DOB: 6-29-84 School: Cunningham

Scanned Jun 18, 2013

THREE-YEAR REEVALUATION ASSESSMENT REPORT

In Math, John was able to add and subtract with regrouping, multiply by 2 digits, divide by single digit, convert hours to minutes and fractions to percentages, add and subtract mixed fractions, and multiply numbers with unlike signs. Visual perception appeared to be adequate.

PS-91-3YR Name: John H. Ramirez DOB: 6-29-84 School: Cunningham

Scanned Jun 18, 2013

Verification of Eligibility: Learning Disability

A. Observation of Classroom Behavior

Observation of John's classroom behavior by S. Warner
Position: Teacher Date: 1-16-98 revealed the following regarding the relationship of behavior and educational functioning:

needs a lot of redirection - will disrupt activities & peers at times, can be argumentative with adults

B. Determination of Severe Discrepancy

Results of the preceding evaluation indicate that this student's score of 110 on overall/nonverbal (circle one) intellectual functioning falls within the average range (see page 4). A comparison of this standard score and standard scores of academic achievement (see page 7) (all with a mean of 100 and standard deviation of 15, unless otherwise noted) reveals the following:

| ACHIEVEMENT Skill Area | Standard Score | Point Difference from I.Q. | Severe (✓) |
|---|---|---|---|
| Oral Expression | | | |
| Listening Comprehension | | | |
| Written Expression | | | |
| Basic Reading Skills | 92 | -18 | ✓ |
| Reading Comprehension | | | |
| Math Calculation | 104 | -6 | |
| Math Reasoning | | | |
| Spelling | | | |

C. Functional Implications:

Based on the data presented in this report, the multidisciplinary assessment team has determined that the severe discrepancy between achievement and ability is not correctable without special education and related services for the following reason(s): appears to need instruction on functional level with repetition, drill, and modifications.

Based on information from the preceding evaluation of physical, emotional/behavioral, sociological and intellectual factors, the primary cause of the severe discrepancy does not appear to be a visual, hearing or motor handicap, mental retardation, emotional disturbance or environmental, cultural or economic disadvantage.

On the basis of data presented this student ✓ does ____ does not appear to meet eligibility criteria as having a learning disability.

| | Agree | Disagree |
|---|---|---|
| Instruction (S. Warner) | ✓ | |
| Assessment Representative | ✓ | |

Reviewed/Supervised by: ______________________
Coordinator for Psychological Services

NOTE: If a team member disagrees with the conclusions reflected in the report, he/she must submit a separate statement presenting his/her conclusions.

PS-94-PSY-LD

Name: John H. Ramirez DOB: 6-27-84 School: Cunningham

  

Scanned Jun 18, 2013

Psych-Educational Assessment

IV. Verification of Eligibility: Physical Disability

Functional Implications:

Medical dated 10/24/95 diagnosed John's handicapping condition as Other Health Impairment due to ADHD. Functional implications include problems with concentration and completion of tasks.

Results of the preceding evaluation and the attached medical report(s) indicate that this student meets the eligibility criteria for the following handicapping condition(s):

- ___ Auditory Impairment (otology/audiology reports attached)
- ___ Visual Impairment (vision specialist/functional vision reports attached)
- ✓ Other Health Impairment (physician's report attached) Eligibility based on prior evaluation. New medical has been requested.
- ___ Orthopedic Impairment (physician's report attached)

[signature]
Assessment Representative

Reviewed/Supervised by: [signature]
Coordinator of Psychological Services

PS-94-PSY-PH

Student's Name: John Ramirez




Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas
Psychological Services

TEST DATA SUMMARY SHEET

___ Initial
✓ 3 Yr Re-eval
___ Follow-up Re-ev
___ Out of District
___ Outside Referral

Name: John H. Ramirez Student ID# 9665114 Examiner: Gutierrez

D.O.B.: 6-29-84 School: Cunningham Grade 8 Test Lang ✓ English ___ Spanish ___ Bilingual

D.O.T.: 1-15-98 Age (yr. mo.) 13 yrs. 7 mos.

(circle one)
WPPSI WISC-R WAIS
WAIS-R WISC-III

___ Inf ___ PC
___ Sim ___ PA
___ Arith ___ BD
___ Voc ___ OA
___ Comp ___ COD
___ Dsp ___ Maz
___ SS
___ VIQ ___ PIQ ___ FSIQ
___ VC ___ PO
___ FD ___ PS

STANFORD-BINET (S-B)
M.A. ___ yrs ___ mos
I.Q. ___

P.P.V.T. (R)
M.A. ___ ___ yrs ___ mos
S.S. ___

Vineland Adap Behav Scale (VABS)

| | A.E. | S.S. |
|---|---|---|
| Commun | | |
| D. Living | | |
| Social | | |
| Motor | | |
| Composite | | |

TONI - 2
I.Q. 110

___ PROJ. DRAWING ___ MAPS
___ S/Concept Quest.
___ MMPI ___ TAT ___ CAT
___ INC. SENT ___ DESPERT
___ RORSCHACH
___ PARENT INTERVIEW
___ CLINICAL INTERVIEW
___ BEHAVIOR CHECKLIST
___ CONF. (STATE/OTHER)
___ OBSERVATIONS

BEERY VMI Correct ___
VMI ___ yrs ___ mos
S.S.: ___

WOODCOCK READING MASTERY (WRMT)

| | gd | ts | ss |
|---|---|---|---|
| Letter ID | | | |
| Word ID | | | |
| Wd. Attack | | | |
| Wd. Comp | | | |
| Pass Comp | | | |
| Tot Read | | | |

Adequate

BENDER GESTALT (KOPPITZ) (B - G)
Errors ___ SD ___ VP Age ___ yrs ___ mos
___ ___ yrs ___ mos
Persv ___ Dist ___ Int ___ Rot ___

WRAT-R / WRAT-III (circled)

| | gd | ss |
|---|---|---|
| Reading | 6 | 92 |
| Spelling | 8 | 105 |
| Math | 8 | 104 |

WOODCOCK-JOHNSON ACHIEV TEST-R (WJ-R)
Age-Norms ___ Grade Norms ___
___ Cluster Scores ___ Broad Scores ___

| | ae/gd | % | ss |
|---|---|---|---|
| Reading | | | |
| Math | | | |
| Writ Lang | | | |
| Subtests | | | |
| Letter-Wd. | | | |
| Wd. Attack | | | |
| Pass Comp. | | | |
| Calc | | | |
| Applied | | | |
| Dictation | | | |
| Writ Samp | | | |
| Proofing | | | |

STANFORD-BINET IV
___ Voc ___ Quant
___ Comp ___ QR SAS
___ Abs ___ Bd Mem
___ VR SAS ___ Mem-Sent
___ Pat An L ___ S-TM SAS
___ Cap
___ A/VR SAS
___ Composite (SAS)

ALPERN-BOLL DEV PROF
Subtest: Dev Age (Mos)

| | |
|---|---|
| Physical | |
| Self-Help | |
| Social | |
| Academic | |
| Commun | |
| I.Q. Equiv | |

WECHSLER INDIVIDUAL ACHIEV TEST (WIAT)
Norms: ___ Age ___ Grade

| | gd | ss |
|---|---|---|
| READING | | |
| Basic Reading | | |
| Reading Comp | | |
| MATHEMATICS | | |
| Math Reasoning | | |
| Numerical Oper | | |
| LANGUAGE | | |
| Listening Comp | | |
| Oral Expression | | |
| WRITING | | |
| Spelling | | |
| Written Expr | | |
| Total Composite | | |

| | |
|---|---|
| LA | |
| y Math | |
| IGANCE | |
| f. Read | |
| f. Math | |

TEST OF ADOLESCENT LANG (TOAL)
___ ___ ___

Possible Handicapping Condition: ___ 1. LD 2. OHI

Staff with: ___ Date: ___

Pending Med

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Special Education
Psychological Services

NOTICE OF REASSESSMENT

Name of Student: JOHN RAMIREZ DOB: 06/29/84 ID: 9665114

School: CUNNINGHAM Date Sent: 12/12/97

Federal regulations and state law require that each handicapped student be reassessed at least every three years. Due to this requirement, no other options are available for consideration. There will be at least a *five (5) day interval* between your receipt of this notice and the initiation of the reassessment.

Types of tests/techniques which may be used in the reassessment of your child include the following:

| | |
|---|---|
| • Language | formal and/or informal measures of language dominance and proficiency |
| • Physical | medical evaluations (if physical factors are suspected of adversely affecting educational performance) |
| • Emotional/Behavioral | formal and/or informal measures of emotional/behavioral characteristics which may influence learning |
| • Sociological | formal and/or informal measures of family/community relationships which may affect learning |
| • Intellectual/ Adaptive Behavior | tests which provide an estimate of the ability to acquire knowledge and formal/informal measures of the ability to function in the home, neighborhood and school |
| • Academic Achievement and Learning Competencies | formal and/or informal measures of basic skills in such areas as reading, mathematics, spelling, and other areas, including job-related skills, if appropriate. |

---

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. The *EXPLANATION OF PROCEDURAL SAFEGUARDS* was sent to you by the Corpus Christi Independent School District on ______________. If you have questions regarding these safeguards, please feel free to call 994-3500.

PS-NR-95
jh 12/10/97

Assigned Examiner: Angie Gutierrez



Scanned Jun 18, 2013

12/12/97
DATE SENT

Corpus Christi, Texas

## CONSENT FOR COMPREHENSIVE INDIVIDUAL ASSESSMENT

Student: JOHN RAMIREZ DOB: 06/29/84 School: CUNNINGHAM

You have received the NOTICE OF COMPREHENSIVE INDIVIDUAL ASSESSMENT.

We need your permission to test your child/you to find out what your child's/your educational needs are.

Please check the appropriate box by each statement, sign your name, and date and return this form to the school as soon as possible.

☐ YES ☐ NO I have been fully informed and understand the assessment process and why it has been recommended for my child/me. If NO, please explain:

☐ YES ☐ NO I have been given the name and telephone number of a school staff member whom I may call if I want more information or if I have any questions. If NO, please explain:

☐ YES ☐ NO I give my permission for the testing that has been recommended for my child/me. If NO, please explain:

☐ YES ☐ NO I understand that my consent for assessment is voluntary and may be revoked at any time. If NO, please explain:

☐ YES ☐ NO I have been informed in my native language or other mode of communication.

☐ YES ☐ NO I give permission for the testing to begin immediately by waiving the required five school day waiting period between notice of assessment and initiation of the assessment.

SIGNATURE OF PARENT, GUARDIAN, SURROGATE PARENT, OR ADULT STUDENT ______ DATE ______

SIGNATURE OF INTERPRETER, IF USED ______ DATE ______

Please return this form to Dr. Adrian Haston, Coordinator for Psychological Services, 1530 Airline Road, Corpus Christi, Tex 78412, as soon as possible.

dg
PS-97

Assigned Examiner: Angie Gutierrez

Scanned Jun 18, 2013

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

## ARD/IEP SPECIAL REVIEW

Purpose of ARD:
Course Change [ ]
EYS (Only) [ ]
Failure [ ]
PLC [ ]
Review [✓]

1-10-96
Date of ARD Notification

1-19-96
Date of Meeting

Student Ramirez, John (Last) (First) (MI) DOB 06/29/84 ID# 9665114

Handicapping Condition (1) OHI (2) LD Grade 06 School WYNN SEALE #053

The ARD committee is meeting to modify the ARD committee report dated 12-6-95, and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: Change of handicapping condition

Signature of interpreter if used:

ASSESSMENT REPORT(S) FOR RELATED SERVICES:

DEVELOPMENT OF THE IEP

[X] Present competencies are unchanged.
[ ] Present competencies have changed as follows:

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| [illegible] | | | | [illegible] COURSE/SERVICE | REG | MOD | SPEC | [illegible] | REG | MOD | SPEC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTAL COURSE | | | | TOTAL COURSE | | | | | | | |
| | | | | | | | | TOTAL | | | |

✱Indicate weekly or other contact time for related/other services

[ ] New IEPs have been developed for the courses/services added above (attached).
[ ] New modifications have been developed for the courses added above (attached).
[ ] A Behavior Management Plan has been developed (attached).

✱Other ARD committee recommendations:

✱Address time changes in speech and related services here.

Scanned Jun 18, 2013

Student Ramirez, John

9665114

The ARD committee has determined that the student's placement will be:

School WYNN SEALE

Instructional Arrangement Resource 03 (CM only)

[X] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: TAAS/TBS

| | Take | Exempt |
|---|---|---|
| [ ] Mathematics | [ ] | [ ] |
| [ ] Writing | [ ] | [ ] |
| [ ] Reading | [ ] | [ ] |
| [✓] All areas | [✓] | [ ] |

Modifications:
- [ ] use an interpreter
- [ ] allow oral response
- [ ] administer individually
- [ ] use Braille or larger print

| SUPPORT/TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education 360 min | Parent/Guardian/Surrogate Parent/Adult Student | | X Parent not present | | |
| Special education ⊖ | Administration | | | | |
| Related/Other Services: | Instruction | | Cynthia [illegible] | ✓ | |
| Speech ____ | Instruction (SPEECH) | ✓ | McDeane Morris | ✓ | |
| OT ____ | Consultant/Chairperson | | | | |
| PT ____ | Assessment▲ | | | | |
| Counselor ____ | Counselor | ✓ | Jo De La Cruz 0017 | ✓ | |
| Health ____ | Related Services Rep. | | | | |
| Auditory ____ | Vocational Teacher◆ | | | | |
| Vision ____ | Certified VH/AH Specialist✚ | | | | |
| Music Tr. ____ | LPAC★ | | | | |
| O&M ____ | | | | | |
| Special Education Transportation: ____ (Y) | | | | | |

✚Total time for speech and all related services
✚When student is identified as VH/AH
▲When assessment data are considered
★For limited English proficient students
◆When vocational programs are considered

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. **Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.**

[X] The committee mutually agreed to implement the program reflected in these proceedings. OR:

[ ] The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ____________ at ____________

Place and Time ____ Date ____

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to Mrs. Alejandro by Diane Trevino on 1-19-96. If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY DLC 0017

UPDATED DATA

| New School Placement 053 | Previous IA Code 03 | New IA Code 03 | New Program Type CM |
|---|---|---|---|

**ARD MINUTES**

Student's Name: John Ramirez Date: 1-19-96

Date of Birth: 06-29-84 Recorder: Y.D. Treviño

ARD Committee Members:
See Signature Page

Parent not present but M.Y.D. Treviño spoke on the phone with her and she gave permission to have meeting without her. Results will be mailed to parent.

Purpose: To discuss handicapping condition

John received a doctor's physical exam. He was found to be Other Health Impaired (ADHD).

Parent indicated over the phone that John is presently under medication (perscribed by Dr.), but did not name medication or dosage.

All members were in agreement with discussion in ARD.

MDZ

M-1

Scanned Jun 18, 2013

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

Please return to:
Psychological Services
1530 Airline Road
Corpus Christi, TX 78412

# MEDICAL ASSESSMENT RECORD FOR SPECIAL EDUCATION ELIGIBILITY

To be considered for special education services, a student must meet specific eligibility criteria for one or more handicapping conditions, as defined by state and federal law.

Verification of Eligibility: *OTHER HEALTH IMPAIRMENT*

Other health impairment means having limited strength, vitality or alertness, due to chronic or acute health problems including, but not limited to, the following:

- a heart condition
- lead poisoning
- sickle cell anemia
- hemophilia
- nephritis
- attention deficit disorder
- tuberculosis
- leukemia
- epilepsy
- asthma
- rheumatic fever
- diabetes

Student: John Ramirez Age: 11 DOB 6/29/84

Parent: Guadalupe Alijandro School: Wynn Seale

| PHYSICAL EXAMINATION Wt 83 lb Ht 55 BP ___ Head Circum. ___ | Normal | Abnormal | Not Examined | | Normal | Abnormal | Not Examined |
|---|---|---|---|---|---|---|---|
| General Appearance, Posture, Gait | ✓ | | | Lymph Nodes | ✓ | | |
| Behavior During Exam | ✓ | | | Thyroid | ✓ | | |
| Activity Level | ✓ | | | Heart | ✓ | | |
| Speech | ✓ | | | Lungs | ✓ | | |
| Skin | ✓ | | | Abdomen | ✓ | | |
| Eyes: External | ✓ | | | Genitalia | ✓ | | |
| Fundi | | [crossed out] | ✓ | Bones, Joints, Muscles | ✓ | | |
| Ears: External | ✓ | | | Neurological Examination | ✓ | | |
| Tympanic Membranes | ✓ | | | Fine-Motor Function | ✓ | | |
| Nose, Mouth, Pharynx | ✓ | | | Gross-Motor Function | ✓ | | |
| Teeth | ✓ | | | Other | | | |

RECEIVED
Coor. of Psych. Services
Office of Special Educat
JAN 5 1996
Corpus Christi I.S.D.

SIGNIFICANT MEDICAL HISTORY none

(*) *Must be completed.*

* Based on my examination dated 10/24/95, this child ✓ does or __ does not appear to meet the criteria for other health impairment.
  * Type of Impairment ADHD
  * Severity of Impairment moderate
  * Implications for student's education (e.g., precautions regarding student's mobility, activity, cognitive ability; need for rest periods and special equipment; effects of any medication; and need for medical update(s):

[signature] MD
Physician's Signature

Victor Diaz delaGarza, MD
Physician's Name (Please Print)

10/24/95
Date

Reviewed By L. Haby C.P.N.P.
Date: 1/9/96 Dx: 01

Scanned Jun 18, 2013

All procedures and information in this document are required by law and SBCE 89.221

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

[ ] Admission
[✓] Review
[ ] Dismissal

ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING

09/22/95
ARD Notification Date

09/29/95
Date of Meeting

Please Print

| Ramirez | John | H. | 9665114 | (M) F |
|---|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | ID NUMBER | |

| 06' 29' 84 | Wynn Seale | 06/CM | 053 |
|---|---|---|---|
| DATE OF BIRTH | SCHOOL | GRADE/PROGRAM | SCHOOL # |

[ ] YES [✓] NO An interpreter was used to assist in conducting the meeting. If YES, specify language:
Language: ______ by: ______

1. REVIEW OF ASSESSMENT DATA (check (✓) if applicable)

[✓] Assessment reports:

[✓] Comprehensive individual assessment: 11-29-94, 1-9-95
DATE(S) OF REPORTS

[✓] Assessment(s) or related services Specify:
Speech — 5/21/93, 9-26-95 (dismissed)
NAME OF SERVICES — DATE OF REPORTS

NAME OF SERVICES — DATE OF REPORTS

[ ] Vocational assessment: Not age appropriate
DATE(S) OF REPORTS

[✓] Records from other school districts:
ARD/IEPS/Psychological Report received from West Oso ISD & Houston on 9/18/95

[ ] Information from parents/student:

[✓] Information from school personnel:
Behavior, Current performance

[ ] Information from other agencies or professionals:

[ ] YES [✓] NO Additional assessment was discussed.
Additional assessment is as follows: ______

Specify timeline for assessment to be completed: ______

2. DETERMINATION OF ELIGIBILITY (check (✓) if applicable)

Based on the assessment data reviewed, the committee has determined that the student:

[ ] does not meet eligibility criteria as a handicapped student.

[✓] meets eligibility criteria for: Learning Disabled, ~~Speech Handicapped~~ JCDLC
HANDICAPPING CONDITION(S)

ARD01-94

Scanned Jun 18, 2013

Ramirez | John | H.
STUDENT LAST NAME | FIRST | MI

3. DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)

[✓] YES [ ] NO The ARD committee reviewed achievement on each short-term objective of the previous year's IEP. (Applicable to all but initial ARD meetings.)

PRESENT COMPETENCIES

Physical, as it affects participation in:

instructional settings (include special medical procedures if needed) In good general health with adequate vision and hearing. Had speech difficulties but no longer requires speech therapy.

physical education no limitations
Discussed possible need for medication.

[✓] YES [ ] NO The student is capable of receiving instruction in the essential elements of physical education through the regular program without modification. If "NO", attach Physical Education Modificaton Plan

[ ] YES [✓] NO Medication/Frequency

[ ] YES [✓] NO Special medical procedures (see attached Care Plan)

Behavioral, as it affects:

educational placement, programming or discipline hyperactive distractible, inattentive, does somersaults, difficulty staying on task; aggressive; rough with other students

[✓] YES [ ] NO The student is capable of following the district's Student Code of Conduct without modification. If NO, complete ARD/IEP SUPPLEMENT: Behavior Management Plan.

Prevocational/Vocational (when appropriate, skills which may be a prerequisite to vocational education): Not required for students age 14 years and under

Academic/Developmental (provide information more specific than age/grade levels):
Math: Does basic addition and subtraction problems w/ 70% accuracy. Unable to multiply w/70% accuracy. Is on 6th grade level in reading, Language, science, and Social studies. Experiencing failure because of inability to focus on tasks.

Indicate content areas in which student's handicap significantly interferes with (his)/her ability to meet regular academic mastery levels:

Able to function in all regular education classes with modifications

ARD01-94

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP: R 1 Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

Scanned Jun 18, 2013

C[illegible]US CHRISTI I.S.D.
STUDENT I.E.P.

APPROVED BT A.R.D. COMMITTEE: 9-29-95 MDB

STUDENT NAME: JOHN RAMIREZ SCHOOL: WYNN SEALE M.S.

COURSE TITLE: MAINSTREAMED CLASSES EVALUATOR/TEACHER: Special Education

I.E.P. DATE: 9/25/95 ~~DRAFT~~ I.E.P. DURATION: 9/29/95 TO 5/24/96

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED. 2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%) ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN THE 'CLASS' TEXTS. 5-~~THE SCHEDULE OF EVALUATIONS WILL BE CONCURRENT WITH SIX WEEK REPORTING PERIODS.~~ At Least Annually MDB

EVALUATION METHODS: 1-BRIGANCE, 2-C.L.A.S.S., 3-OBSERVATIONS, 4-DAILY RECORDS, 5-WORK SAMPLES, 5-OTHER ( report cards ).

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| ANNUAL GOAL: | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| PH2 | HANDS IN HOMEWORK ASSIGNMENTS ON TIME. | -------- | 75% | 3,5,6 | ------- | -------- |
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | -------- | 75% | 3,5,6 | ------- | -------- |

(JOHN RAMIREZ) (9/25/95 ~~DRAFT~~)

R-1

Scanned Jun 18, 2013

| Ramirez | John | H. | 06'29'84 |
|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |

4. SERVICES TO BE PROVIDED — Duration of service is 09-29-95 to 05/24/96 for grade 06

| Academic/Developmental Subject Areas | Funct. Grade Level | Regular Ed Mod* Yes | Regular Ed Mod* No | Time | Special Ed Time | Progr./Grade Determined By Reg Ed | Progr./Grade Determined By Sp Ed | Regular Ed Mod* Yes | Regular Ed Mod* No | Time | Special Ed Time | Progr./Grade Determined By Reg Ed | Progr./Grade Determined By Sp Ed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Reading | 6 | ✓ | | 45 | content mastery at least 30 min. training | ✓ | | | | | | | |
| B. English | 6 | ✓ | | 45 | | ✓ | | | | | | | |
| C. Math below | 6 | ✓ | | 45 | | ✓ | | | | | | | |
| D. Science | 6 | ✓ | | 45 | | ✓ | | | Same | | | | |
| E. Social Studies | 6 | ✓ | | 45 | | ✓ | | | | | | | |
| F. P.E./Enrichment | | ✓ | | 45 | | ✓ | | | | | | | |
| G. 2-Fine Arts | | ✓ | | 90 | | ✓ | | | | | | | |
| H. Vocational Education __REG __CVAE __VEH | | | | | | | | | | | | | |
| I. VAC | | | | | | | | | | | | | |
| TOTAL MINUTES PER DAY | | | | 360* | | | | | | | | | |

If times vary from requirements in 19 TAC §21.101, give justification: On flexible schedule

Monitoring/Coordination
Monitoring of progress in regular education: __ daily __ weekly ✓ 3 wks ✓ 6 wks __ Other
Coordination of Regular/Special Education Instruction:
Person(s) responsible __ Para ✓ Special Ed Teacher ✓ Counselor ✓ Other Regular Ed. teachers
Method(s) ✓ Report Cards ✓ Progress Reports ✓ Conferences __ Other
Schedule for evaluating progress for participation in extracurricular activities: __ 3 weeks ✓ 6 weeks

| RELATED/OTHER SERVICES | ✓ | TIME |
|---|---|---|
| Auditory Hdcp Services | | / |
| Counseling | | / |
| Health Services | | |
| Music Therapy | | / |
| Occupational Therapy | | / |
| Orientation & Mobility | | / |
| Physical Therapy | | / |
| Speech Services | Dismissed | |
| Transportation | | |
| Vision Services | | |

ITBS Exempt: __ Math __ English __ Reading __ Social Studies __ Science __ All areas

TAAS Exempt: __ Math __ Writing __ Reading __ All areas __ Not offered for grade

*Test Modifications: __ use interpreter __ allow oral response __ individual administration __ use braille or large print __ other:

EYS: OT ___ SP ___ PT ___ IN ___ none needed

Justification for Transportation:
__ Due to handicapping condition(s) services are not available at home campus.
✓ Other: walks to school

Bus N/A Regular or special; Special w/chairlift; __ Special Information on file

Comments: John will take the TAAS and any standardized testing

Data By: DLC

Referral Date: Transferred student N/A
Test Date: 11-29-94 / 1-9-95
Medical Date ______ DX ______
IQ Test: WISC-III Test: WRAT-R
V 107 P 106 FS 107 Spelling = 5.0
Ach. Test: WJ-R Test: Bender: Moderate problem
R SS 97 GE 4.5
RC SS 96 GE 4.2 — Woodcock Lang Prof. Battery SS=99, GE=4.8 Lang. Dom. Eng.
WL SS 85 GE 3.2
M SS 112 GE 6.0

| ID# 966 5114 | Inst. Arr. Code 03 | Prog. Type CM | Dism. Code — | Date — |
|---|---|---|---|---|
| ARD Date 09-29-95 Type R | Home Sch # 053 | Placement Sch # 053 | Disability Code(s) LD, [illegible] JCBC | |

ARD01-94

* Modifications needed to ensure success in regular, remedial and supportive programs including eligibility for participation in extracurricular activities are specified on the following page

Scanned Jun 18, 2013

Ramirez | John | H.

STUDENT LAST NAME | FIRST | MI

9-29-95

5. **MODIFICATIONS DETERMINED BY ARD COMMITTEE**

To assure appropriate instruction for the student and better coordination among regular, vocational and special education staff, the checked modifications have been designated by the ARD Committee for implementation in the courses noted.

1995-1996

COURSE/CURRICULUM AREA

| Reading | English | Math | Science | History/S.S. | Fine Arts | PE/Enrichment | | MODIFICATION |
|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | | | | 1. Leave class for ~~resource~~ CMC assistance |
| ✓ | ✓ | ✓ | ✓ | ✓ | | | | 2. Oral tests |
| | | | | | | | | 3. Short answer tests |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 4. Modified tests |
| | | | | | | | | 5. Taped texts |
| | | | | | | | | 6. Highlighted texts |
| | | | | | | | | 7. Taping lectures |
| ✓ | ✓ | ✓ | ✓ | ✓ | | | | 8. Note taking assistance |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 9. Extended time for completion of assignments |
| ✓ | ✓ | ✓ | ✓ | ✓ | | | | 10. Shortened assignments |
| ✓ | ✓ | ✓ | ✓ | ✓ | | | | 11. Assignment notebooks |
| | | | | | | | | 12. Peer tutoring |
| ✓ | ✓ | ✓ | ✓ | ✓ | | | | 13. Study sheets |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 14. Repeated review/drill |
| | | | | | | | | 15. Reduced pencil/paper tasks |
| | | | | | | | | 16. Calculators |
| | | | | | | | | 17. Preferential seating |
| | | | | | | | | 18. Interpreter for the deaf |
| | | | | | | | | 19. Frequent breaks |
| | | | | | | | | 20. Defined limits |
| | | | | | | | | 21. Cooling off period |
| | | | | | | | | 22. Concrete reinforcers |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 23. Positive reinforcers |
| | | | | | | | | 24. Behavior management systems |
| | | | | | | | | 25. Special instructional or adaptive equipment |
| | | | | | | | | 26. Increased response time |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 27. Directions given in a variety of ways |
| | | | | | | | | 28. Adjustments for misarticulation in responses |
| | | | | | | | | 29. Alternative materials |
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 30. Alter grade distribution |
| | | | | | | | | (31) Leave class for speech services |
| | | | | | | | | 32. Other: |
| | | | | | | | | 33. Other: |

Assistive Technology Recommended:

[ ] yes [✓] no

Behavior Management Plan

[ ] YES [✓] NO

Regular Discipline Plan

[✓] YES [ ] NO

[ ] Modifications not needed or not applicable

ARD 12-94

Scanned Jun 18, 2013

Ramirez — STUDENT LAST NAME | John — FIRST | H. — MI

6. DETERMINATION OF PLACEMENT

Placement alternatives reviewed include services in regular and compensatory education for which the student is eligible, consideration of occupational training needs for students at or before entry into high school and additional services.

- __ Chapter I Compensatory
- __ Bilingual/ESL
- ✓ Regular Education
- ✓ Modified Regular Ed
- ✓ Special Ed Resource
- __ Special Ed S/C
- __ Separate Special Ed Campus
- __ Homebound Services
- __ Regular Vocational
- __ Occupational Trng
- ✓ Other Speech Therapy

DISCUSSION: No longer qualifies for speech therapy - Was dismissed.

[ ] YES [✓] NO * Parents have been provided information about the Texas School for the Blind and Visually Impaired or Texas School for the Deaf if student is visually or auditorially handicapped or deaf-blind. ✓ Student is not AH or VH.

NOTE: LEAST RESTRICTIVE ENVIRONMENT JUSTIFICATION ARD/IEP REPORT SUPPLEMENT SHOULD BE COMPLETED BEFORE IDENTIFYING CAMPUS AND INSTRUCTIONAL ARRANGEMENT IF STUDENT IS TO BE IN SPECIAL EDUCATION FOR 50% OR MORE OF SCHOOL DAY.

The committee determined that the student's placement will be:

Wynn Seale — CAMPUS

Content Mastery Only (03) — INSTRUCTIONAL ARRANGEMENT (PEIMS TITLE)

[✓] YES [ ] NO This is the campus which the student would attend if not handicapped. If NO, explain: ______

7. ASSURANCES (check [✓] if applicable)

- The committee assures that special education placement:

+for national origin minority group students or linguistically different students is not based on criteria which were developed solely on command of the English language.
Basis for assurance:
[ ] adaptations in testing procedures [✓] review of parent/student information
[ ] use of interpreter [✓] review of language assessment

+is not based on deficiencies identified as directly attributable to a different culture, life-style or lack of educational opportunities.
Basis for assurance:
[✓] review of parent/student information [ ] review of sociological assessment

- The committee assures that all instructional and related services specified in the IEP will be provided to the student at no cost. Fees normally charged to nonhandicapped students or their parents, as part of the general education program, may be charged (i.e., art or laboratory fees).

- The committee assures that this student is being educated with nondisabled students to the maximum extent appropriate for the student's overall educational needs, including academic and developmental areas such as language and social needs.

__ For students who are visually handicapped, hearing impaired, autistic, in need of behavior management, recommended for day/residential facilities, recommended for school removal/alternative placement or on separate special education campuses, see the attached IEP supplement(s).

- ___ Visually/Auditorially Handicapped
- ___ Regional Day School for the Deaf
- ___ Day/Residential Placement and On-Site Visit Report
- ___ Extended Year Services
- ___ Behavior Management Plan
- ___ Least Restrictive Environment
- ___ Health Care Plan
- ___ Autistic
- ✓ Minutes Page

INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

ARD01-94

* Required for initial placement only

**ARD MINUTES**

Student's Name: John Ramirez Date: 9/29/95

Date of Birth: 06/29/84 Recorder: [illegible] Treviño

ARD Committee Members: See Signature Page

CIA: 11-29-94, 1-9-95 Speech: 5/21/93, 9-26-95

Criteria: Meets eligibility as Learning Disabled/ ~~Speech Handicap~~ [illegible]

Instruction: Teacher feels that John has problems with sitting still. Moves around the class or in hallways.

Discussed Speech testing - Dismissed due to testing data. Surgery was not done.

No medication is being given at this time but parent plans to follow up on a medical voucher. (due to hyperactive/non atten behaviors)

Academic: Math does basic operations (+, −, x, ÷) Does not know multiplication facts.

English/Reading: Grade Level Reading Skills Works best orally.

John will attend all Regular Ed Classes with modifications.

Content Mastery will be available at least 30 min. wkly.

M-1

Ramirez — STUDENT LAST NAME
John — FIRST
H. — MI

8. SIGNATURES OF COMMITTEE MEMBERS

| POSITION | SP. ED. | SIGNATURE | AGREE (✓) | DISAGREE (✓) |
|---|---|---|---|---|
| Parent/Guardian/Surrogate Parent or Adult Student | | [signature] | ✓ | |
| Administration | | [signature] | ✓ | |
| Instruction | ✓ | [signature] | | |
| Instruction(SPEECH) | | [signature] / M. [signature] | ✓ | |
| Consultant/Chairperson | | | | |
| Assessment* | ✓ | [signature] | | |
| Counselor | | | ✓ | |
| Related Services Representative | | | | |
| Vocational Teacher** | | | | |
| Certified VH/AH Specialist*** | | | | |
| LPAC | | | | |
| | | | | |

* When assessment data are considered ** When vocational programs are considered
*** When student is identified as VH/AH

NOTE: If any member of the committee disagrees with the decisions reflected in this report, he/she may submit a separate statement presenting reasons for disagreement.

______________________________
Signature of interpreter, if used at this meeting

[ ] The ARD Committee is unable to reach mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the parent may consider alternatives, gather additional data, and/or obtain additional resource persons to present to the Committee to assist the Committee in reaching mutual agreement. The Committee will reconvene on ______________ (DATE) at ______________ (PLACE AND TIME).

[ ] The parent of this student was not present at the ARD Committee meeting; therefore, the committee appointed (staff member) ______________ to communicate the results of this meeting with the parent.

Your rights were explained to you when you received the current copy of the booklet, Special Education: Parent and Student Rights. Please refer to page vi of this booklet for information on procedural safeguards.

FOR INITIAL PLACEMENT

[ ] YES [ ] NO I have received and reviewed the admission, review, and dismissal (ARD) committee report, dated ______________, that has been prepared for ______________ (Name of Student).

[ ] [ ] I agree with the ARD committee's decision and do give my permission for the educational placement that has been proposed for my child/me.

I understand that my consent for placement is voluntary and may be withdrawn any time. However, if I revoke consent after initial placement, my child's placement will not change unless:
(a) the school and I agree otherwise (following ARD committee procedures), or
(b) a due process hearing resolves the dispute.

______________________________ ______________
SIGNATURE OF PARENT, GUARDIAN, SURROGATE PARENT OR ADULT STUDENT DATE

I __do, __do not grant permission for the student to be transported by bus during the ______________ school year for the purpose of reevaluation or vocational assessment.

None needed
SIGNATURE OF PARENT/GUARDIAN OR SURROGATE PARENT

ARD01-94

Scanned Jun 18, 2013

Note: This form is not to be used for:
Initial ARD
Annual Review
Shortened Day
AE/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

## ARD/IEP SPECIAL REVIEW

Purpose of ARD:
Course Change [ ]
EYS (Only) [ ]
Failure [✓]
PLC [ ]

11-28-95
Date of ARD Notification

12-6-95
Date of Meeting

Student: Ramirez (Last) John (First) (MI) DOB 06/29/84 ID# 9665114

Handicapping Condition (1) LD (2) ____ Grade 06. School Wynn Seale # 053

The ARD committee is meeting to modify the ARD committee report dated 09/29/95, and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: discuss two consecutive failing 6wks grades

Signature of interpreter if used: N/A

ASSESSMENT REPORT(S) FOR RELATED SERVICES:

DEVELOPMENT OF THE IEP

[ ] Present competencies are unchanged.
[✓] Present competencies have changed as follows:
John failed two consecutive 6wks in English/Reading. He is a bit active and fidgety. Behavior in classroom affects performance. Concentration is a problem. Disruptive behavior.

The ARD committee recommends that the student's IEP should remain unchanged except for the following:

| [illegible] | | | | ADD COURSE/SERVICE | TIME* REG. | MOD | SP. ED. | NEW SCHEDULE COURSE | REG. | MOD | SP. ED. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Reading | | 45 | |
| | | | | | | | | English | | 45 | |
| | | | | | | | | Math | | 45 | |
| | | | | | | | | Science | | 45 | |
| | | | | | | | | Social Studies | | 45 | |
| | | | | | | | | PE/Enrichment | | 45 | |
| | | | | | | | | Fine Arts | | 90 | |
| | | | | | | | | | | | |
| TOTAL COURSE | | | | TOTAL COURSE | | | | TOTAL | | 360 min | |

*Indicate weekly or other contact time for related/other services
Safeguards read and explained 11-28-95 by M.L. Gonzalez

[ ] New IEPs have been developed for the courses/services added above (attached).
[ ] New modifications have been developed for the courses added above (attached).
[ ] A Behavior Management Plan has been developed (attached).

*Other ARD committee recommendations: Continued monitoring of behavior. Hand note to teacher. Medication is not available at this time. The parent is unable to pay. She is working on getting needed prescription. Discussion of behavior and monitoring will occur.

*Address time changes in speech and related services here: Wynn Seale is on a flexible schedule see attachment.

Scanned Jun 18, 2013

Student Ramirez, John ID 9665114

The ARD committee has determined that the student's placement will be:

School Wynn Seale Instructional Arrangement 03 Content Mastery Only

[✓] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above. An LRE supplement form has been completed (attached).

Circle One: TAAS/TBS

| | Take | Exempt |
|---|---|---|
| [ ] Mathematics | [ ] | [ ] |
| [ ] Writing | [ ] | [ ] |
| [ ] Reading | [ ] | [ ] |
| [✓] All areas | [✓] | [ ] |

Modifications:
[ ] use an interpreter
[ ] allow oral response
[ ] administer individually
[ ] use Braille or larger print

| UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education 360 | Parent/Guardian/Surrogate Parent/Adult Student | | * Parent not present gave permission. | | |
| Special education ____ | Administration | | Cynthia [signature] | ✓ | |
| Related/Other Services: | Instruction | ✓ | M. Diane Fuerino | ✓ | |
| Speech ____ | Instruction (SPEECH) | | | | |
| OT ____ | Consultant/Chairperson | | | | |
| PT ____ | | | | | |
| Counselor ____ | Assessment▲ | | | | |
| Health ____ | Counselor | | | | |
| Auditory ____ | Related Services Rep. | | | | |
| Vision ____ | | | | | |
| Music Th. ____ | Vocational Teacher◆ | | | | |
| O&M ____ | Certified VH/AH Specialist✚ | | | | |
| Special Education Transportation: ____ (√) | LPAC★ | | | | |

✚Total time for speech and all related services
✚When student is identified as VH/AH
▲When assessment data are considered
★For limited English proficient students
◆When vocational programs are considered

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed. Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[✓] The committee mutually agreed to implement the program reflected in these proceedings. OR:

[ ] The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on ____________ Date at ____________ Place and Time.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to Mrs. Alejandro by M. C. Gonzalez on 11-28-93. If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY M. Fuerino

UPDATED DATA

| New School Placement 053 | Previous IA Code 03 | New IA Code 03 | New Program Type CM |
|---|---|---|---|

Scanned Jun 18, 2013

DATE SENT/MAILED
2-26-96

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE: STUDENT John Ramirez SCHOOL Wynn Seale

INVITATION TO MEETING
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss educational programming for your child. We encourage you to attend this meeting, as your involvement is an important part of your child's education.

DATE 3/12/96 TIME 1:50 PLACE Wynn Seale Academy ROOM 114B

Check (✓) all appropriate spaces:

The Purpose of this meeting is to:

- ☐ Discuss, at your request, any educational or related service not proposed below
- ☐ Initiate special education services if your child meets eligibility criteria
- ☒ Review your child's program (including results of any new evaluations)
- ☐ Review Assessment
- ☐ Other (specify) ____
- ☒ Develop/review the Individual Transition Plan (ITP) (NDT)
- ☒ Develop and/or review the Individual Educational Plan (IEP) for your child
- ☒ Consider extended year services
- ☒ Discuss placement

This action is proposed ~~because~~ to discuss student progress and educational placement for the 1996-97 school year

Options considered before convening this meeting:

- ___ Extra Time for Work Completion
- ___ Add/Drop Related Services
- ___ Compensatory Education
- ✓ Parent Conferences
- ✓ Change Modifications
- ✓ Increase/Decrease Special Education Time
- ✓ General Education
- ✓ Preferential Seating
- ___ Oral Tests
- ___ Counseling
- ___ ISS
- ___ Bilingual/ESL
- ___ 504 Programs
- ✓ Behavior Management Strategies
- ✓ Modified or Shortened Assignments
- ___ Add Vocational Classes
- ___ Continue Current Program
- ___ Tutoring
- ___ Other ____

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request (describe if applicable).

Check (✓) all appropriate boxes.

The following persons have been asked to attend the meeting:

- ☑ Parent/Guardian/Surrogate Parent/Adult Student
- ☑ Instructional Representative
- ☑ School Administrator
- ☑ Special Education Representative
- ☐ Adult Service Agency Representative
- ☐ Special Education Assessment Staff
- ☐ Other (list): ____
- ☐ Speech Pathologist
- ☐ Counselor
- ☑ Student
- ☐ LPAC Representative
- ☐ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

- ☑ Comprehensive Individual Assessment[1] (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
- ☐ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
- ☑ Classroom Observation Reports/Teacher Reports
- ☑ Independent Evaluation Reports (MDT)
- ☑ Parent Information
- ☐ Other (list): ____

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been sent to Guadalupe Alejandro by M.L. Gonzalez on 2-26-96. If you have questions regarding these safeguards, please feel free to call 994-3500.

FOR SCHOOL USE ONLY

White Copy: Parent Copy Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder. Reminder was sent on 3-11-96 by Students Telephone call made on 3-11-96 by MLG Mother ~~can't~~ will try to come, but if she can't she gives us permission to have meeting.

[1] You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

DETACH HERE

Scanned Jun 18, 2013

All procedures and information in this document are required by law.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING

[] Admission
[X] Review
[] Dismissal

2-26-96
ARD NOTIFICATION DATE

3-12-96
DATE OF MEETING

Please Print

| STUDENT LAST NAME | FIRST | MI | ID NUMBER | | |
|---|---|---|---|---|---|
| Ramirez | John | H | 9665114 | (M) | X |

| DATE OF BIRTH | SCHOOL | GRADE/PROG | SCHOOL |
|---|---|---|---|
| 06/29/84 | Wynn Seale AFA Middle School | 6/Cm | 053 |

☐ yes ☒ no An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication ______

A. REVIEW OF ASSESSMENT DATA (check (✓) if applicable)

☒ Comprehensive individual assessment 1-9-95
DATE(S) OF REPORT(S)

☐ Assessment(s) for related services. Specify: ______

☐ Assistive technology addressed in ______ assessment report(s) dated ______. Recommended: ☐ yes ☐ no (ARD 3)

☐ Vocational assessment report date ______

☐ Other Assessment ______

☐ Information from the student's Individual Transition Plan dated: ______

☐ Information from the Language Proficiency Assessment Committee ______

☐ Records from other school districts ______

☒ Information from parents/student Parent feels John is doing better

☒ Information from school personnel Review IEP / Report Cards

☐ Information/records from other agencies or professionals ______

☐ yes ☒ no Additional assessment is needed. Timeline for completion ______

B. DETERMINATION OF ELIGIBILITY (check (✓) if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student
☐ does not meet eligibility criteria to receive special education services.
☒ meets eligibility criteria for.

☒ learning disability
☐ mental retardation
☐ orthopedic impairment
☐ visual impairment
☐ speech impairment
☐ autism
☐ traumatic brain injury
☐ auditory impairment
☐ emotionally disturbed
☒ other health impairment
☐ multiple disabilities
☐ deaf-blind

C. DISABILITY/DISABILITIES
Assigned by ARD Committee Other Health Impaired
(A disability should be noted here only if special education services are to be provided. See ARD-2)

White - eligibility folder Pink - counselor Yellow - teacher Goldenrod - parent copy

Scanned Jun 18, 2013

D. DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)

☒ yes ☐ no The ARD committee reviewed student achievement on each current IEP. (Applicable to all but initial ARD meetings.)

**Present Competencies:**

Physical, as it affects participation in instructional settings and physical education ADHD was diagnosed this year

Medication/Health Care Ritalin 10 (2 X daily) am + pm

☒ yes ☐ no The student is capable of receiving instruction in the essential elements of physical education through the general education program without modification. Comments: ____

Behavioral, as it affects educational placement, programming, or discipline improvement seen with medication; without medication John is disruptive, talkative, out-of-seat, needs refocusing

☒ yes ☐ no The student is capable of following the Student code of Conduct without modification. If no, complete ARD/IEP SUPPLEMENT: Behavior Management Plan (ARD BMP 1 & 2).

Prevocational/Vocational[1] skills which may be prerequisite to vocational education (when appropriate) not age appropriate

Academic/Developmental (grade or age levels alone are not acceptable) Math: Can do +, -, X & ÷ of all whole #'s and decimals English: Can write single paragraph with correct grammar & ~~punctuation~~ punctuation Reading: Can read a selection with understanding the main idea and seque...

Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels All Regular Education Classes (Modified)

Services for which the student is eligible were reviewed and discussed[1]

☐ Compensatory education
☐ Bilingual education
☐ ESL instruction
☒ Tutorials/academic remediation
☐ Transition services[2]
☐ Vocational education
☒ General Education
☐ other: ____
☐ other: ____

The ARD Committee agrees that the student

☒ Needs and will receive special education services
☐ Does not need and will not receive special education services for the following reasons: ____

[1]Include consideration of occupational training needs for students at or before entry into high school or by age 14.

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP: R 2 Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

1/96
ARD-2

CO[illegible]E CHRISTI I.S.D.
STUDENT I.E.P.

APPROVED BY A.R.D. COMMITTEE: 9-29-95 MDT

STUDENT NAME: JOHN RAMIREZ

SCHOOL: WYNN SEALE H.S.

COURSE TITLE: MAINSTREAMED CLASSES

EVALUATOR/TEACHER: Special Education

I.E.P. DATE: 9/25/95 ~~DRAFT~~

I.E.P. DURATION: 9/29/95 TO 5/24/96

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED. 2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%) ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN THE 'CLASS' TEXTS. 5-~~THE SCHEDULE OF EVALUATIONS WILL BE CONCURRENT WITH SIX WEEK REPORTING PERIODS.~~ At Least Annually MDT

EVALUATION METHODS: 1-BRIGANCE, 2-C.L.A.S.S., 3-OBSERVATIONS, 4-DAILY RECORDS, 5-WORK SAMPLES, 6-OTHER (report cards).

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| ANNUAL GOAL: | | | | | | |
| | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| 1 | HANDS IN HOMEWORK ASSIGNMENTS ON TIME. | 9/95 | 75% | 3,5,6 | 75% | 2/16/96 Mastered Goals |
| PHS | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 9/95 | 75% | 3,5,6 | 75% | 2/16/96 |

(JOHN RAMIREZ)

(9/25/95 ~~DRAFT~~)

R-1

Scanned Jun 18, 2013

CORPUS CHRISTI I.S.D.
STUDENT I.E.P.

APPROVED BT A.R.D. COMMITTEE: 3-12-96 MOT

STUDENT NAME: JOHN RAMIREZ SCHOOL: WYNN SEALE

COURSE TITLE: MAINSTREAMED CLASSES EVALUATOR/TEACHER: Special Education

I.E.P. DATE: 3-4-96 I.E.P. DURATION: 8-14-96 to 5-22-97

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED. 2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%) ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN THE 'CLASS' TEXTS. ~~5-THE SCHEDULE OF EVALUATIONS WILL BE CONCURRENT WITH SIX-WEEK REPORTING PERIODS~~. at least annually MOT

EVALUATION METHODS: 1-BRIGANCE, 2-C.L.A.S.S., 3-OBSERVATIONS, 4-DAILY RECORDS, 5-WORK SAMPLES, 6-OTHER (progress report).

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| ANNUAL GOAL: | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| PH2 | HANDS IN HOMEWORK ASSIGNMENTS ON TIME. | -------- | 75% | 3,5,6 | ------- | -------- |
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | -------- | 80% | 3,6 | ------- | -------- |

(JOHN RAMIREZ) ()

R-2

Scanned Jun 18, 2013

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE

Ramirez, John
NAME OF STUDENT

9665114
ID NUMBER

SCHOOL YEAR 96-97

A student's IEP must be reviewed if this student has not received passing grades in the same content area for two consecutive six-week reporting periods. (Students with speech impairments only may be excluded from this requirement except when the failure is in language arts instruction.)

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS[1]
- ☐ Bilingual
- ☐ ESL
No ESL

BEHAVIOR MANAGEMENT PLAN
- ☐ YES
- ☒ NO

REGULAR DISCIPLINE PLAN
- ☒ YES
- ☐ NO

ASSISTIVE TECHNOLOGY
- ☐ YES
- ☒ NO

☐ NO MODIFICATIONS NEEDED

☐ Exempt from Essential Elements - grades based upon IEP progress

GOAL & OBJECTIVE/SUBJECT

| ALTER ASSIGNMENTS BY PROVIDING: | Language Arts | Math | Science | History | Fine Arts | PE/Enrichment | | |
|---|---|---|---|---|---|---|---|---|
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | | | | |
| Taped assignments | | | | | | | | |
| Extra time for completing assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Opportunity to respond orally | | | | | | | | |
| Task analysis of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other: | | | | | | | | |

| ADAPT INSTRUCTION BY PROVIDING: | Language Arts | Math | Science | History | Fine Arts | PE/Enrichment | | |
|---|---|---|---|---|---|---|---|---|
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | | | | | | | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids | | | | | | | | |
| Extra time for oral response | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Oral exams | | | | | | | | |
| Open book exams | | | | | | | | |
| Study carrel for independent work | | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Alter grade distribution | | | | | | | | |
| Minimal auditory distractions | | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | | | | |
| Peer tutoring/paired working arrangement | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

(✓) Use repeated drill/review ( ) Use sign language (✓) Use various modalities ( ) Adjustments for misarticulations in responses

[1]Special language programs are required for all students who are limited English proficient.

6/95
ARD-3

Scanned Jun 18, 2013

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

Ramirez, John
NAME OF STUDENT

96665114
ID NUMBER

SCHOOL YEAR 96 – 97

GOAL & OBJECTIVE/SUBJECT

| ADAPT MATERIALS BY PROVIDING: | Language Arts | Math | Science | History | Fine Arts | PE/Enrich | | |
|---|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives | | | | | | | | |
| ESL materials | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |
| **MANAGE BEHAVIOR BY PROVIDING:** | | | | | | | | |
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent eye contact/proximity control | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| In-class timeout | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |
| **REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:** | | | | | | | | |
| Access to equipment | | | | | | | | |
| Augmentative communication device | | | | | | | | |
| Calculators | | | | | | | | |
| Interpreter | | | | | | | | |
| Note taker/note taking paper | | | | | | | | |
| Word processors | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

Criterion referenced assessment (TAAS/ITBS)[1]:

✓ will take mathematics
___ will take writing
✓ will take reading
___ not offered for this student's grade placement
___ exempt in all areas
___ will take science
___ will take social studies

Modifications as defined in test administration materials:

___ allow oral response
___ use interpreter
___ use braile or large print
___ individual administration
(Other) Small group administration

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.