## F. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services provided, tried, or considered.  Place the key letter (p, t, c) in the space next to all to that apply:

1. _P_ General education classroom
2. _P_ Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. ___ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes

8. ___ Pre-K program
9. ___ Alternative education program
10. ___ Assistive technology (e.g., communication devices, slant top table)
11. _✓_ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement
16. _P_ Content Mastery
17. ___ Other: _____

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|------|--------------------|-----------------------------------------------|
| 1 | Works Great | |
| 2 | Successful with medication | |
| 3 11 | Successfully mainstreamed | |
| 16 | Mainstreamed | |

## G. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

1. Complete either a or b:

   a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting.  Go to Consideration of Harmful Effects, ARD-6.

   b. ☒ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting.  Complete (3) and either (1) or (2) below:

   (1) Removal from General Education Classroom

   ☐ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

   ☒ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

   ☐ Implementing the student's behavior management plan means that other students would not benefit satisfactorily from academic instruction or nonacademic activities.

   ☐ The student needs the following support services to benefit from the general education program: _____
   _____

   ☐ Other: _____
   _____

6/95
ARD-5

**(2) Removal from General Education Campus (to a Separate Campus)** N/A

- ☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus.
- ☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.
- ☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.
- ☐ The student had a previously unsuccessful placement on a general campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus. _____
  _____

**(3) Opportunity to Participate**

In removing this student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities? ☒ Yes ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

- ☐ Meals
- ☐ Field trips
- ☐ Fund raising activities
- ☐ Regular transportation
- ☐ Sports/cheerleading
- ☐ Student council

- ☐ Yearbook/newspaper
- ☐ Recess periods
- ☐ Choral group/debate
- ☐ Assemblies
- ☐ Band
- ☐ Graduation exercises

- ☐ General education routines (homeroom assignments, lockers, study hall class changes, social)
- ☐ Other: _____
- ☐ Other: _____

If any of the above items are checked, explain why this student is unable to participate: _____
_____
_____

## 2. Consideration of Potential Harmful Effects (Complete this section for all students.)

In removing this student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student with disabilities or on the quality of services which the student with disabilities needs. Also check the potential harmful effects on the student without disabilities if the student with disabilities is placed in the general education classroom or campus.

**HARMFUL EFFECTS ON STUDENT WITH DISABILITY**

- ☐ Decreased access to specialized services (e.g., materials, personnel, curricular modifications)
- ☐ Decreased student self-esteem
- ☐ Increased safety concerns
- ☐ Increased distractions
- ☐ Increased student frustration
- ☐ Stigmatization
- ☐ Isolation from peers
- ☒ None anticipated
- ☐ Other _____
- ☐ Other _____

**HARMFUL EFFECTS ON STUDENTS WITHOUT DISABILITIES**

- ☐ Decreased student self-esteem
- ☐ Increased safety concerns
- ☐ Increased distraction
- ☐ Increased student frustration
- ☒ None anticipated
- ☐ Other_____
- ☐ Other_____

6/95
ARD-6

| Ramirez | John | H | 06.29.84 |
|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |

**N. SCHEDULE OF SERVICES**   Duration of service is 8-14-96 to 5-22-97 for grade 7

| COURSE/CURRICULUM AREA | Funct. Grade Level | GEN ED Mod Yes No Time | Special Ed Time | Progr./Grade Determined By Gen Ed Sp Ed | GEN ED Mod Yes No Time | Special Ed Time | Progr./Grade Determined By Gen Ed Sp Ed |
|---|---|---|---|---|---|---|---|
| Language Arts | 6.4 | ✓ 90 | | ✓ | | | |
| Math | 6.1 | ✓ 90 | | ✓ | | | |
| Science/History | | ✓ 45 | | ✓ | | | same |
| PE/Enrichment | | ✓ 45 | | ✓ | | | |
| Fine Arts | | ✓ 90 | | ✓ | | | |
| Vocational Education __ REG __ CVAE __ VEH | | | | | | | |
| VAC | | | | | | | |
| TOTAL MINUTES PER DAY | | 360m. | | | | | |

If times vary from requirements in 19 TAC §21.101, give justification: Modified Block Schedule

Monitoring/Coordination
Monitoring of progress in general education: __ daily __ weekly ✓ 3 wks ✓ 6 wks __ Other
Coordination of General/Special Education Instruction:
    Person(s) responsible __ Para, ✓ Special Ed Teacher ✓ Counselor __ Other Reg. Ed. Teacher
    Method(s) ✓ Report Cards ✓ Progress Reports __ Conferences __ Other
Schedule for evaluating progress for participation in extracurricular activities: __ 3 weeks __ 6 weeks

| RELATED/OTHER SERVICES | TIME | D* C* M* | Criterion referenced assessment (TAAS/ITBS): |
|---|---|---|---|
| Auditory Hdcp Services | / | | __ will take mathematics   ✓ will take reading |
| Counseling | / | | __ will take writing   __ not offered for this |
| Health Services | / | | __ will take social studies   student's grade placement |
| Music Therapy | / | | __ will take science   __ exempt in all areas |
| Occupational Therapy | | | Modifications as defined in test administration materials: |
| Orientation & Mobility | | N/A | __ Allow oral response   __ use braille or large print |
| Physical Therapy | | | __ use interpreter   __ individual administration |
| Speech Services | | | ✓ Other: small group admin. |
| Vision Services | | | |

[ ]  [✓] Special Transportation
Yes  No
If yes, cite justification:

EYS: ☐ Yes ☐ No   If yes, see attached supplement.
    OT ___ PT ___ SP ___ IN   Not eligible

[ ]  [✓] Parents of students with visual or auditory
Yes  No   impairments or deaf/blindness have been given
    information about the Texas School for the Blind
[✓] and Visually Impaired or Texas School for the Deaf
N/A   at the time of initial placement.

Comments: *Science/History will be taught every other 3wks. PE/Enrichment taught every other day.

Data By: D. Greers

| Referral Date | |
|---|---|
| Test Date | |
| Medical Date | DX |
| IQ Test | Test |
| V ___ P ___ FS ___ | |
| Ach. Test | Test |
| R | SS ___ GE ___ |
| SS ___ GE ___ | |
| WL | SS ___ GE ___ |
| M | SS ___ GE ___ |
| Lang. Dom. | |

| ID# 9605114 | Inst. Arr. Code 03 | Prog. Type 7th / | Dism. Code | Date |
|---|---|---|---|---|
| ARD Date 3-12-96 Type R | Home Sch # | Placement Sch # | Disability Code(s) OHI |

*D-Direct   C-Consult   M-Monitor

6/95
ARD-7

## I. PLACEMENT DETERMINATION

The committee determined that services
will be provided at:

*Cunningham*

NAME OF SCHOOL CAMPUS

Check appropriate instructional Arrangement[1]
(PEIMS CODE)

___ Speech Therapy(11)    ___ S/C, Mild/Moderate, Reg. Campus (04)
___ Homebound(01)         ___ S/C, Severe Reg. Campus (05)
___ Hospital Class (02)   ___ Off Home Campus (20)
_X_ Resource Room (03)    ___ VAC (08)
___ State School For      ___ Residential Care &
___ The Mentally              ___ Treatment Facility (35)
    Retarded (30)         ___ Mainstream (40)

☑ yes   ☐ no    This is the campus the student would attend if not disabled.  If NO, identify (list or describe) the services
                 which cannot reasonably be provided on the student's home campus.

_____
_____
_____

☑ yes   ☐ no    This is the campus which is as close as possible to the student's home.  If NO, justify:

_____
_____
_____

## J. ASSURANCES

1. The ARD committee assures that the decision to provide special education services:

   ☑ is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of
   educational opportunities.

   Basis for assurance:
   ☑ review of parent/student information
   ☐ review of sociological assessment

2. ☑ for national origin minority group student or linguistically different student, is not based on criteria which
   were developed solely on command of the English language.

   Basis for assurance:
   ☐ assessment conducted in both native language and English
   ☐ adaptations in testing procedures (e.g., formal and informal measures)
   ☐ use of interpreter
   ☑ review of parent/student information
   ☐ review of language assessment (including proficiency and dominance in both English and native language)
   ☐ This student is not a national origin minority group student or a linguistically different student.

The ARD Committee assures that this student is being educated with students his/her age who do not have disabilities to
the maximum extent appropriate to his/her overall educational needs (including academic and developmental areas such as
language and socialization).

The committee assures that all instructional and related services specified in the IEP will be provided to the student at no
cost.  Fees normally charged to students without disabilities or their parents, as part of the general education program,
may be charged (i.e., art or laboratory fees).

NOTE: INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

___ Visually/Auditorially Handicapped      ___ Extended Year Services        ___ Autistic
___ Regional Day School for the Deaf       ___ Behavior Management Plan      _X_ Minutes Page
___ Day/Residential Placement and          ___ Health Care Plan              ___ Notice of Refusal
    On-Site Visit Report                   ___ Medically Fragile             ___ Transition Services
___ Graduation                             ___ Vocational                    ___ Other

[1] Enter instructional arrangement that meets requirements listed in the Student Attendance Accounting Handbook.    10/95
                                                                                                                      ARD-8

## ARD MINUTES

Student's Name: John Ramirez     D.O.B. 06/29/84 Date: 3-12-96 Recorder: D. Nunn

ARD Committee Members: See Signature Page

Meets criteria as Other Health Impaired due to Attention Deficit Hyperactive Disorder

Behavioral: Without medication, he's very hyperactive + finds it difficult to stay focused. He does better with medication. His handicapping condition affects all areas at school.

Physical: Ms. Alejandro is waiting on Medicaid vouchers for medication.

Recommendations: Maybe work on a ~~test~~ with 96-97 teachers ~~to~~ behavior contract

Modifications: made to improve his behavior. To learn to manage his behavior. Monitor closely.

I. E. P.: Content Mastery I. E. P. was developed

Assessment: 1-9-95
Assistive Tech: none
TAAS: Take all areas in a small group
Placement: Cunningham 7th Gr. for 96-97 yr.

Parent Concern: Ms. Alejandro would like to take proper steps to keep John here at Wynn Seale for the rest of the school year because she has moved into Cunningham district. She will talk to Mr. Peltz about staying for the rest of this school year. She's also worried that he just took his last medication pill, today.

All members were in agreement with I. E. P. developed for John Ramirez

## K. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE MEMBERS | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| ✗ *Guadalupe Alexander* | | Parent(s)/Adult Student | ✓ | |
| *Cynthia — Reyna —* | | Administration | ✓ | |
| *M. Diane Reyna* | ✓ | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings.  OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on _____ at _____[3]
  Date                          Place and Time

Information explaining why mutual agreement has not been reached should be noted in the ARD minutes may be attached by the ARD meeting participants.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to *Mrs. Ramirez Alejandro* by *D. Treviño* on *3-12-96*. If you have questions regarding these safeguards, please feel free to call 994-3500.

[1] Assessment personnel are required when assessment issues are included in the ARD Committee's deliberations.
[2] LPAC representative is required at ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

6/95
ARD-9

Scanned Jun 18, 2013

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
Corpus Christi, Texas

**RECEIPT FOR EXPLANATION OF PROCEDURAL SAFEGUARDS**
*as Required by Individuals with Disabilities Education Act (IDEA) 34 Code of Federal Regulations-Part 300*

| Ramirez | John | H | 06 129 184 |
|---|---|---|---|
| STUDENT: LAST NAME | FIRST | MI | DATE OF BIRTH |

Complete this section at the time of referral.

This is to verify that I have received a copy of the *Explanation of Procedural Safeguards* which informs me of my rights throughout the child/student-centered education process. The procedural safeguards have been explained to me by:

M. Diane Trevino      Dean of Special Ed.      3-12-96
Name of District Employee      Position      Date

I understand that my rights include the right:

* To receive this and all other notices in the language I understand (primary language) or, if needed, a translation of such orally, in sign language, or in braille as appropriate.

* To answers from school personnel to additional questions I may have.

My signature below indicates that I received a copy of the *Explanation of Procedural Safeguards* on the date specified and that I understand its contents.

Guadalupe Alejandro      3-12-96
(Signature of Parent/Guardian/Surrogate Parent/Adult Student)      (Date Signed)

M. Diane Trevino      3-12-96
(Signature of School Staff Providing Explanation)      (Date Signed)

(Signature of School Staff Providing Explanation)      (Signature of Interpreter [if used])

AND RETURN TO YOUR CHILD'S SCHOOL

If you have any questions, please feel free to call the contact person below.

| | | |
|---|---|---|
| _Irenenu_ | _Sp Ed Dean_ | _886 9359 - E.V.I_ |
| SCHOOL CONTACT PERSON | POSITION | TELEPHONE |

Please check appropriate statement(s) below.                    Re: _John Ramirez_
                                                                        Student

☑ I will attend the meeting as scheduled.
☐ I would like to attend the meeting, but cannot do so at the time suggested; please contact me at
_____ to reschedule.
☐ I will not be able to attend the meeting; please have it without me. I wish to be notified of the results of the meeting.
☐ I will not be able to attend the meeting in person, but would like to participate via telephone. Please contact me at
_____ at the scheduled meeting time.
☐ I waive the required five school day waiting period between Notice of the ARD Committee Meeting and the ARD Committee
Meeting.

Comments

| | |
|---|---|
| ✗ _Guadalupe Olquin_ | _3-12-96_ |
| Signature of Parent, Guardian, Surrogate Parent, or Adult Student | Date |
| | |
| Signature of Interpreter, if used | Date |

6/95 - PSARDNOT-1

Note: This form is not to be used for
Initial ARD
Annual Review
Shortened Day
AE/BI Placement
Reevaluation
Removal/Expulsion
Other District Transfer

**CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT**
Corpus Christi, Texas

**ARD/IEP SPECIAL REVIEW**

Purpose of ARD:
Course Change  [✔]
EYS (Only)  [ ]
Failure  [ ]
PLC  [ ]

Date of ARD Notification  9-25-96

Student _Ramirez_ (Last)  _John_ (First)  (MI)  DOB _06,29,84_  ID# _9665114_

Date of Meeting  10-2-96

Handicapping Condition (1) _OHI_  (2) _____  Grade _07_  School _Cunningham_  # _046_

The ARD committee is meeting to modify the ARD committee report dated _3-12-96_ , and assures that the deliberations of that meeting have been reviewed.

REASON FOR MEETING: _Schedule Change_

Signature of interpreter if used: _____

ASSESSMENT REPORT(S) FOR RELATED SERVICES: _____

DEVELOPMENT OF THE IEP

] Present competencies are unchanged.
] Present competencies have changed as follows:

_____

_____

ARD committee recommends that the student's IEP should remain unchanged except for the following:

| DROP | TIME● | | | ADD | TIME● | | | NEW SCHEDULE | | | |
|------|------|------|------|-----|------|------|------|------|------|------|------|
| COURSE/SERVICE | REG. | MOD (M) | SP. ED. | COURSE/SERVICE | REG. | MOD (M) | SP. ED. | COURSE | TIME | | |
| | | | | | | | | | REG. | MOD (M) | SP. ED. |
| Science/History | 45 | ✔ | | Science | 45 | ✔ | | Lang Arts | | 90 | |
| Fine Arts | 90 | ✔ | | History | 45 | ✔ | | Math | | 90 | |
| | | | | Fine Arts | 45 | ✔ | | School | | 45 | +80 |
| | | | | | | | | History | | 45 | year per |
| | | | | | | | | P.E. | | 45 | smart per |
| TOTAL COURSE | 135 | ✔ | | TOTAL COURSE | 135 | ✔ | | Fine Arts | | 45 | needed |
| | | | | | | | | | | | |
| | | | | | | | | TOTAL | | 360 | |

●Indicate weekly or other contact time for related/other services

New IEPs have been developed for the courses/services added above (attached).
New modifications have been developed for the courses added above (attached).
A Behavior Management Plan has been developed (attached).

Other ARD committee recommendations:

_____

_____

Address time changes in speech and related services here.

Students _Gonzalez + _____ yonn_____                    ID# _4465114_

The ARD committee has determined that the student's placement will be:

School _Cunningham_                    Instructional Arrangement _03 Resource_

[ ✓ ] This placement continues to be in the least restrictive environment (LRE) appropriate for this student as stated in his/her previous ARD committee report.

[ ] This placement is in a more restrictive environment than that assigned in the ARD committee report noted above.  An LRE supplement form has been completed (attached).

| Circle One: | TAAS/TBS | | | |
|---|---|---|---|---|
| | | Take | Exempt | Modifications: |
| [✓] Mathematics | | [ ] | [ ] | [ ] use an interpreter |
| [ ] Writing | | [ ] | [ ] | [ ] allow oral response |
| [✓] Reading | | [ ] | [ ] | [ ] administer individually |
| [ ] All areas | | [ ] | [ ] | [ ] use Braille or larger print |

_small group_

| ✦UPDATED TIME | POSITION | SP. ED. | SIGNATURE | AGREE | DISAGREE |
|---|---|---|---|---|---|
| Regular education _360_ | Parent/Guardian/Surrogate Parent/Adult Student | | _did not attend_ | | |
| Special education _____ | Administration | | _Sheila Jones_ | ✓ | |
| Related/Other Services: | Instruction | ✓ | _Cathy Calmet_ | ✓ | |
| Speech _____ | Instruction (SPEECH) | | | | |
| OT _____ | Consultant/Chairperson | ✓ | _Kay Jackson_ | ✓ | |
| PT _____ | Assessment▲ | | | | |
| Counselor _____ | Counselor | | | | |
| Health _____ | Related Services Rep. | | _Nita Turner - Boyce_ | ✓ | |
| Auditory _____ | Vocational Teacher◆ | | | | |
| Vision _____ | Certified VH/AH Specialist✚ | | | | |
| Music Th. _____ | LPAC★ | | | | |
| O&M _____ | | | | | |
| Special Education Transportation: ____ [✓] | | | | | |

✚Total time for speech and all related services      ▲When assessment data are considered      ◆When vocational programs are considered
✚When student is identified as VH/AH               ★For limited English proficient students

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.  Information explaining why mutual agreement has not been reached should be noted in the ARD minutes and may be attached by the ARD meeting participants.

[✓]   The committee mutually agreed to implement the program reflected in these proceedings.  OR:

[ ]   The members of this ARD committee have not reached mutual agreement in these proceedings.  During the recess the members shall consider alternatives and/or gather additional resource persons to enable them to reach mutual agreement.  This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense.  The committee will reconvene on _____

at _____                    _____
           Place and Time                                                    Date

Your rights were explained to you when your child was initially referred for special education assessment.  Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child.   A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to

_Mrs. Gonzalez_____ by _C. Calmet_____ on
_5-25-99_   If you have questions regarding these safeguards, please feel free to call 994-3500.

COMPUTER DATA BY   _Cathy Calmet_

| UPDATED DATA | | | |
|---|---|---|---|
| New School Placement _046_ | Previous IA Code _03_ | New IA Code _03_ | New Program Type _Reg_ |

NAME OF STUDENT ~1665114   SCHOOL YEAR 96-97

NUMBER

A student's IEP must be reviewed if this student has not received passing grades in the same content area for two consecutive six-week reporting periods. (Students with speech impairments only may be excluded from this requirement except when the failure is in language arts instruction.)

The ARD committee has determined that the following modifications are necessary for the student to succeed.

ARD
10-2-96

**SPECIAL LANGUAGE PROGRAMS'**
☐ Bilingual JO L
☐ ESL ε²

**BEHAVIOR MANAGEMENT PLAN**
☐ YES
☑ NO

**REGULAR DISCIPLINE PLAN**
☑ YES
☐ NO

**ASSISTIVE TECHNOLOGY**
☑ YES
☐ NO

☐ NO MODIFICATIONS NEEDED

☐ Exempt from Essential Elements - grades based upon IEP progress

| ALTER ASSIGNMENTS BY PROVIDING: | Language A. | Math | Science | History | Fine Arts | PE | | |
|---|---|---|---|---|---|---|---|---|
| Reduced assignments | | | | | | | | |
| Taped assignments | | | | | | | | |
| Extra time for completing assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Opportunity to respond orally | | | | | | | | |
| Task analysis of assignments | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | |
| Other: | | | | | | | | |

| ADAPT INSTRUCTION BY PROVIDING: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Short instructions (1 or 2 steps) | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | | | | | | | | |
| Opportunity to write instructions | | | | | | | | |
| Assignment notebooks | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | |
| Instructional aids | | | | | | | | |
| Extra time for oral response | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | | ✓ | | | |
| Oral exams | | | | | | | | |
| Open book exams | | | | | | | | |
| Study carrel for independent work | | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| After grade distribution | | | | | | | | |
| Minimal auditory distractions | | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | | | | |
| Peer tutoring/paired working arrangement | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | |
| Other: | | | | | | | | |

[ ] Use repeated drill/review    [ ] Use sign language    [ ] Use various modalities    [ ] Adjustments for misarticulations in responses

' Special language programs are required for all students who are limited English proficient.

6/95
ARD-3

INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

GOAL & OBJECTIVE/SUBJECT

NAME OF STUDENT: Ramirez John
ID NUMBER: 9610S114

SCHOOL YEAR 96 — 97

ARD
10-2-96

Column headers (handwritten, diagonal): Language Arts | Math | Science | History | Elective Arts | D.

**ADAPT MATERIALS BY PROVIDING:**

| | Lang Arts | Math | Science | History | Elec Arts | D. | | |
|---|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives | | | | | | | | |
| ESL materials | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

**MANAGE BEHAVIOR BY PROVIDING:**

| | Lang Arts | Math | Science | History | Elec Arts | D. | | |
|---|---|---|---|---|---|---|---|---|
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Frequent eye contact/proximity control | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| In-class timeout | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |

**REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:**

| | Lang Arts | Math | Science | History | Elec Arts | D. | | |
|---|---|---|---|---|---|---|---|---|
| Access to equipment | | | | | | | | |
| Augmentative communication device | | | | | | | | |
| Calculators | | | | | | | | |
| Interpreter | | | | | | | | |
| Note taker/note taking paper | | | | | | | | |
| Word processors | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

Criterion referenced assessment (TAAS/TBS)[1]:
✓ will take mathematics     ___ will take reading     ___ exempt in all areas     ___ will take social studies
___ will take writing     ___ not offered for this student's     ___ will take science
                                        grade placement

Modifications as defined in test administration materials:
___ allow oral response     ___ use interpreter     ___ use braille or large print     ___ individual administration     (Other) Small group administration

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

DATE SENT/MAILED
9-25-96

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE: STUDENT   John Ramirez                SCHOOL   Cunningham

**INVITATION TO MEETING**
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss educational programming for your child. We encourage you to attend the meeting, as your involvement is an important part of your child's education.

DATE 10-2-96  TIME 11:00  PLACE   Cunningham                ROOM  office

Check (✓) all appropriate spaces:

The Purpose of this meeting is to:

- ☐ Discuss, at your request, any educational or related service not proposed below
- ☐ Initiate special education services if your child meets eligibility criteria
- ☐ Review your child's program (including results of any new evaluations)
- ☐ Review Assessment
- ☑ Other (specify) _____

- ☐ Develop/review the Individual Transition Plan (ITP)
- ☐ Develop and/or review the Individual Educational Plan (IEP) for your child
- ☐ Consider extended year services
- ☐ Discuss placement

This action is proposed because:  To  Change  service  Due to

Options considered before convening this meeting:  to  Compliance  with  schedule

- ____ Extra Time for Work Completion
- ____ Add/Drop Related Services
- ____ Compensatory Education
- ____ Parent Conferences
- ____ Change Modifications
- ____ Increase/Decrease Special Education Time
- ____ General Education

- ____ Preferential Seating
- ____ Oral Tests
- ____ Counseling
- ____ ISS
- ____ Bilingual/ESL
- ____ 504 Programs

- ____ Behavior Management Strategies
- ☑ Modified or Shortened Assignments
- ____ Add Vocational Classes
- ____ Continue Current Program
- ____ Tutoring
- ____ Other _____

The provision of any educational or related service not proposed for discussion in this notice will be discussed at your request (describe if applicable).

Check (✓) all appropriate boxes.

The following persons have been asked to attend the meeting:

- ☑ Parent/Guardian/Surrogate Parent/Adult Student
- ☑ Instructional Representative
- ☑ School Administrator
- ☑ Special Education Representative
- ☐ Adult Service Agency Representative
- ☐ Special Education Assessment Staff
- ☐ Other (list): _____

- ☐ Speech Pathologist
- ☑ Counselor
- ☐ Student
- ☐ LPAC Representative
- ☐ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

- ☐ Comprehensive Individual Assessment[1] (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
- ☐ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
- ☐ Classroom Observation Reports/Teacher Reports
- ☐ Independent Evaluation Reports
- ☐ Parent Information
- ☐ Other (list): _____

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been sent to   Mrs. Ramirez   by   C. Bushel   on   9-25-96 . If you have questions regarding these safeguards, please feel free to call 994-3600.

FOR SCHOOL USE ONLY

White Copy   Parent Copy   Yellow Copy:  Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.   Reminder was sent on  9-30-96 by  C. Bushel   Telephone call made on  10/1 _____ by _____
C. Bushel

[1]You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

DETACH HERE

AND RETURN TO YOUR CHILD'S SCHOOL

If you have any questions, please feel free to call the contact person below:

_Cathy Gilbot_

SCHOOL CONTACT PERSON      POSITION      878 1432 EX 26

_Self. Chairperson_      TELEPHONE

Please check appropriate statement(s) below.

Re: _John Edwards_ Student

_10-2-96_    _11:00_

Date of ARD/ITP Meeting

- ☐ I will attend the meeting as scheduled.
- ☐ I would like to attend the meeting, but cannot do so at the time suggested; please contact me at _____ to reschedule.
- ☑ I will not be able to attend the meeting; please have it without me. I wish to be notified of the results of the meeting.
- ☐ I will not be able to attend the meeting in person, but would like to participate via telephone. Please contact me at _____ at the scheduled meeting time.
- ☐ I waive the required five school day waiting period between Notice of the ARD Committee Meeting and the ARD Committee Meeting.
- ☐ I waive the required 30 day waiting period between Notice of the ITP meeting and the ITP meeting.

Comments: _____

Signature of Parent, Guardian, Surrogate Parent, or Adult Student      Date

Signature of Interpreter, if used      Date

6/95 - PSARDNOT-1

All procedures and
information in this document
are required by law.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING

[]Admission
[]Review
[]Dismissal

**2-25-97**
ARD NOTIFICATION DATE

**3-5-97**
DATE OF MEETING

Please Print

| STUDENT LAST NAME | FIRST | MI | ID NUMBER | | |
|---|---|---|---|---|---|
| Ramirez | John | | 9665114 | (M) | F |

| DATE OF BIRTH | SCHOOL | | GRADE/PROG | SCHOOL |
|---|---|---|---|---|
| 06/29/84 | Cunningham M.S. | | 8 | (M) 046 |

☐ yes   ☑ no   An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication _____

**A. REVIEW OF ASSESSMENT DATA** (check (√) if applicable)

☑ Comprehensive individual assessment   _1-9-95_

☐ Assessment(s) for related services. Specify: _____
DATE(S) OF REPORT(S)
_____

☑ Assistive technology addressed in _minutes_ assessment report(s) dated_____. Recommended: ☐ yes  ☑ no (ARD 3)

☐ Vocational assessment report date _____

☐ Other Assessment _____

☐ Information from the student's Individual Transition Plan dated: _____
☐ Information from the Language Proficiency Assessment Committee _____
☐ Records from other school districts _____
☐ Information from parents/student _____
☐ Information from school personnel _____
☐ Information/records from other agencies or professionals _____

☐ yes   ☑ no   Additional assessment is needed. Timeline for completion _____

**B. DETERMINATION OF ELIGIBILITY** (check (√) if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student
☐ does not meet eligibility criteria to receive special education services.
☑ meets eligibility criteria for:

☐ learning disability          ☐ speech impairment        ☐ emotionally disturbed
☐ mental retardation          ☐ autism                   ☑ other health impairment
☐ orthopedic impairment       ☐ traumatic brain injury   ☐ multiple disabilities
☐ visual impairment           ☐ auditory impairment      ☐ deaf-blind

**C. DISABILITY/DISABILITIES**
Assigned by ARD Committee   _Other Health Impairment_
(A disability should be noted here only if special education services are to be provided. See ARD-2)
_____

White - eligibility folder        Pink - counselor        Yellow - teacher        Goldenrod - parent copy

1/96
ARD-1

**D. DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)**

☑ yes   ☐ no     The ARD committee reviewed student achievement on each current IEP.  (Applicable to all but initial ARD meetings.)

Present Competencies:

Physical, as it affects participation in instructional settings and physical education   *No limitations*

_____

Medication/Health Care   *R italin 10mg AM / 10mg noon*

☑ yes   ☐ no     The student is capable of receiving instruction in the essential elements of physical education through the general education program without modification.  Comments: _____

Behavioral, as it affects educational placement, programming, or discipline   *Disruptive, demanding of teacher's attention and off task*

_____

☐ yes   ☐ no     The student is capable of following the Student code of Conduct without modification.  If no, complete ARD/IEP SUPPLEMENT:  Behavior Management Plan (ARD BMP 1 & 2).

Prevocational/Vocational[1] skills which may be prerequisite to vocational education (when appropriate)   *Follows directions*

_____

Academic/Developmental (grade or age levels alone are not acceptable)   *Lang. Arts summarizes a selection, recalls facts and details, writes compound sentences. (Math) solves linear equations comprehends area, factorization and solves problems with percents, decimals*

Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery levels

Services for which the student is eligible were reviewed and discussed[1]

☐ Compensatory education      ☐ Tutorials/academic remediation      ☐ General Education
☐ Bilingual education          ☐ Transition services[2]               ☑ Other:  *CMC*
☐ ESL instruction             ☐ Vocational education                ☐ other: _____

The ARD Committee agrees that the student

☑ Needs and will receive special education services
☐ Does not need and will not receive special education services for the following reasons: _____

_____

[1]Include consideration of occupational training needs for students at or before entry into high school or by age 14.

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP: R _2_ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

1/96
ARD-2

CORPUS CHRISTI  I.S.D.
STUDENT I.E.P.

APPROVED BT A.R.D. COMMITTEE: 3-12-96 MDT

STUDENT NAME: JOHN RAMIREZ                SCHOOL: WYNN SEALE

COURSE TITLE: MAINSTREAMED CLASSES        EVALUATOR/TEACHER: Special Education

I.E.P. DATE: 3-4-96                        I.E.P. DURATION: 8-14-96 to 5-22-97

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED.
2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN
THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT
FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%)
ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN
THE 'CLASS' TEXTS. 5-THE SCHEDULE OF EVALUATIONS WILL BE CONCURRENT
WITH SIX WEEK REPORTING PERIODS. at least annually MDT

EVALUATION METHODS: 1-BRIGANCE, 2-C.L.A.S.S., 3-OBSERVATIONS, 4-DAILY RECORDS,
5-WORK SAMPLES, 6-OTHER ( progress report ).

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| | ANNUAL GOAL: | | | | | |
| | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| PH2 | HANDS IN HOMEWORK ASSIGNMENTS ON TIME. | 8/97 | 75% | 3,5,6 | 100% | 3/97 |
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 8/97 | 80% | 3,6 | 100% | 3/97 |

(JOHN RAMIREZ)

()

CORPUS CHRISTI I.S.D.
STUDENT I.E.P.

APPROVED BY A.R.D. COMMITTEE: _3-5-97_

STUDENT NAME: JOHN RAMIREZ                    SCHOOL: CUNNINGHAM MIDDLE SCHOOL

COURSE TITLE: REGULAR MODIFIED                CONTACT TEACHER: SPECIAL ED TEACHER

I.E.P. DATE: 01-28-97 DRAFT _CR_             I.E.P. DURATION: 08-13-97 TO 05-21-98

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED.
        2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN
        THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT
        FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%)
        ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN
        THE 'CLASS' TEXTS. 5-THE SCHEDULE OF EVALUATIONS WILL BE ~~CONCURRENT~~
        ~~WITH SIX WEEK REPORTING PERIODS.~~ _At least annually_

EVALUATION METHODS: 1-C.L.A.S.S., 2-OBSERVATIONS, 3-DAILY RECORDS, 4-WORK
        SAMPLES, 5-OTHER _report card_

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| | ANNUAL GOAL: | | | | | |
| | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| PH6 | REMAINS ON TASK WHEN OTHERS RECEIVE ATTENTION. | 8/97 | 75% | 2 | | |
| PH8 | BUDGETS TIME TO COMPLETE A SEQUENCE OF TASKS. | 8/97 | 75% | 2 | | |
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 8/97 | 80% | 5 | | |

(JOHN RAMIREZ)                                      (01-28-97 DRAFT)

R-2

E.  INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE

NAME OF STUDENT   John Ramirez          ID NUMBER   9665114          SCHOOL YEAR   97 . 98

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS¹
☐ Bilingual   ☐ ESL

BEHAVIOR MANAGEMENT PLAN
☐ YES   ☑ NO

REGULAR DISCIPLINE PLAN
☑ YES   ☐ NO

ASSISTIVE TECHNOLOGY
☐ YES   ☑ NO

GOAL & OBJECTIVE/SUBJECT

☐ NO MODIFICATIONS NEEDED

| ADDRESS ACADEMIC STANDARDS: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Modifications of requisite skills and knowledge for academic performance standards | ✓ | ✓ | ✓ | ✓ | | | |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress | | | | | | | |
| **ALTER ASSIGNMENTS BY PROVIDING:** | | | | | | | |
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Taped assignments | | | | | | | |
| Extra time for completing assignments | | | | | | | |
| Opportunity to respond orally | | | | | | | |
| Task analysis of assignments | | | | | | | |
| Special projects in lieu of assignments | | | | | | | |
| Other (see IEP for appropriate level of Academic Standards): | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Opportunity to write instructions | | | | | | | |
| Assignment notebooks | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | |
| Instructional aids | | | | | | | |
| Extra time for oral response | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | | | |
| Oral exams | | | | | | | |
| Open book exams | | | | | | | |
| Study carrel for independent work | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Alter grade distribution (if District scoring guidelines are not appropriate) | | | | | | | |
| Minimal auditory distractions | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | | | |
| Peer tutoring/paired working arrangement | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | |
| Other: | | | | | | | |

[ ] Use repeated drill/review    [ ] Use sign language    [✓] Use various modalities    [ ] Adjustments for misarticulations in responses

¹Special language programs are required for all students who are limited English proficient.

9/96
ARD-3

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

NAME OF STUDENT: John Ramirez

ID NUMBER: 9665114

SCHOOL YEAR: 97 . 98

GOAL & OBJECTIVE/SUBJECT

| ADAPT MATERIALS BY PROVIDING: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | |
| Highlighted materials for emphasis | | | | | | | |
| Altered format of materials | | | | | | | |
| Study aids/manipulatives | | | | | | | |
| ESL materials | | | | | | | |
| Large print materials | | | | | | | |
| Braille materials | | | | | | | |
| Color transparencies | | | | | | | |
| Other: | | | | | | | |
| Other: | | | | | | | |
| MANAGE BEHAVIOR BY PROVIDING: | | | | | | | |
| Clearly defined limits | | | | | | | |
| Frequent reminders of rules | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Positive reinforcement | | | | | | | |
| Frequent eye contact/proximity control | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Frequent breaks | | | | | | | |
| Private discussion regarding behavior | | | | | | | |
| In-class timeout | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Opportunity to help teacher | | | | | | | |
| Seat near the teacher | | | | | | | |
| Supervision during transition activities | | | | | | | |
| Implementation of behavior contract | | | | | | | |
| Other: | | | | | | | |
| REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY: | | | | | | | |
| Access to equipment | | | | | | | |
| Augmentative communication device | | | | | | | |
| Calculators | | ✓ | | | | | |
| Interpreter | | | | | | | |
| Note taker/note taking paper | | | | | | | |
| Word processors | | | | | | | |
| Other: | | | | | | | |
| Other: | | | | | | | |

Criterion referenced assessment (TAAS/RBSI):
✓ will take mathematics   ✓ will take reading   _____ exempt in all areas   ✓ will take social studies
✓ will take writing        _____ not offered for this student's   ✓ will take science
                                  grade placement
Modifications as defined in test administration materials:
_____ allow oral response   _____ use interpreter   _____ use braile or large print   _____ individual administration   Other:_____

[1]Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability.

6/95
ARD-4

## F. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services provided, tried, or considered.  Place the key letter (p, t, c) in the space next to all to that apply:

1. ___ General education classroom
2. _P_ Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. ___ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes

8. ___ Pre-K program
9. ___ Alternative education program
10. ___ Assistive technology (e.g., communication devices, slant top table)
11. ___ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement
16. _P_ Content Mastery
17. ___ Other: _____

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 2, 16 | *Successful* | |

## G. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

1. Complete either a or b:

   a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting. Go to Consideration of Harmful Effects, ARD-6.

   b. ☑ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting. Complete (3) and either (1) or (2) below:

   (1) Removal from General Education Classroom

   ☑ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

   ☑ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

   ☐ Implementing the student's behavior management plan means that other students would not benefit satisfactorily from academic instruction or nonacademic activities.

   ☑ The student needs the following support services to benefit from the general education program: _CMC_
   _support_

   ☐ Other: _____

6/95
ARD-5

**(2) Removal from General Education Campus (to a Separate Campus)**

☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus

☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus

☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

☐ The student had a previously unsuccessful placement on a general campus.  If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus. _____

**(3) Opportunity to Participate**

In removing this student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities?  ☒ Yes  ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

| | | |
|---|---|---|
| ☐ Meals | ☐ Yearbook/newspaper | ☐ General education routines (homeroom assignments, lockers, study hall class changes, social) |
| ☐ Field trips | ☐ Recess periods | |
| ☐ Fund raising activities | ☐ Choral group/debate | |
| ☐ Regular transportation | ☐ Assemblies | ☐ Other: _____ |
| ☐ Sports/cheerleading | ☐ Band | |
| ☐ Student council | ☐ Graduation exercises | ☐ Other: _____ |

If any of the above items are checked, explain why this student is unable to participate: _____

**2. Consideration of Potential Harmful Effects (Complete this section for all students.)**

In removing this student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student with disabilities or on the quality of services which the student with disabilities needs.  Also check the potential harmful effects on the student without disabilities if the student with disabilities is placed in the general education classroom or campus.

HARMFUL EFFECTS
ON STUDENT WITH DISABILITY

☐ Decreased access to specialized services (e.g., materials, personnel, curricular modifications)
☐ Decreased student self-esteem
☐ Increased safety concerns
☐ Increased distractions
☐ Increased student frustration
☐ Stigmatization
☐ Isolation from peers
☒ None anticipated
☐ Other _____
☐ Other _____

HARMFUL EFFECTS
ON STUDENTS WITHOUT DISABILITIES

☐ Decreased student self-esteem
☐ Increased safety concerns
☐ Increased distraction
☐ Increased student frustration
☒ None anticipated
☐ Other_____
☐ Other_____

6/95
ARD-6

Scanned Jun 18, 2013

| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |
|---|---|---|---|
| Ramirez | John | | 06 / 29 / 84 |

**H. SCHEDULE OF SERVICES**   Duration of service is 8-13-97 to 5-27-98 for grade 8

| COURSE/CURRICULUM AREA | Funct. Grade Level | SEMESTER GEN Ed Mod Yes No | Time | Special Ed Time | Progr./Grade Determined By Gen Ed Sp Ed | SEMESTER GEN Ed Mod Yes No | Time | Special Ed Time | Progr./Grade Determined By Gen Ed Sp Ed |
|---|---|---|---|---|---|---|---|---|---|
| Lang. Arts | | ✓ | 90 | | ✓ | | | | |
| Math | | ✓ | 90 | | ✓ | | | | |
| U.S. History | | ✓ | 45 | | ✓ | | | | |
| Science | | ✓ | 45 | | ✓ | | | | |
| Inter Band | | ✓ | | | | | Same | | |
| C.I.C. | | | 45 | | ✓ | | | | |

Vocational Education
__REG __CVAE __VEH

VAC

TOTAL MINUTES PER DAY   360

If times vary from requirements in 19 TAC §21.101, give justification: _____

Monitoring/Coordination
Monitoring of progress in general education: __ daily __ weekly __ 3 wks ✓ 6 wks __ Other ____
Coordination of General/Special Education Instruction:
    Person(s) responsible __ Para ✓ Special Ed Teacher __ Counselor __ Other ___ Reg. Staff
    Method(s) ✓ Report Cards __ Progress Reports __ Conferences __ Other ____
Schedule for evaluating progress for participation in extracurricular activities: __ 3 weeks __ 6 weeks

| RELATED/OTHER SERVICES | TIME | D* | C* | M* | Criterion referenced assessment (TAAS/ITBS): |
|---|---|---|---|---|---|
| Auditory Hdcp Services | / | | | | ✓ will take mathematics ✓ will take reading |
| Counseling | / | | | | ✓ will take writing __ not offered for this |
| Health Services | / | | | | ✓ will take social studies student's grade placement |
| Music Therapy | / | | | | ✓ will take science __ exempt in all areas |
| Occupational Therapy | / | | | | Modifications as defined in test administration materials: |
| Orientation & Mobility | / | | | | __ Allow oral response __ use braille or large print |
| Physical Therapy | / | | | | __ use interpreter __ individual administration |
| Speech Services | / | | | | __ Other: |
| Vision Services | / | | | | |

[ ] [✓] Special Transportation
Yes  No
If yes, cite justification: ____

EYS: ☐ Yes ☒ No  If yes,
see attached supplement.
__OT __PT __SP __IN

[ ] [ ] Parents of students with visual or auditory
Yes  No  impairments or deaf/blindness have been given
        information about the Texas School for the Blind
[✓]     and Visually Impaired or Texas School for the Deaf
N/A     at the time of initial placement.

| Referral Date | |
|---|---|
| Test Date | |
| Medical Date | DX |
| IQ Test | Test |
| V __ P __ FS __ | |
| Ach. Test | Test |
| R   SS __ GE __ | |
| RC  SS __ GE __ | |
| WL  SS __ GE __ | Lang. Dom. |
| M   SS __ GE __ | |

Comments: CMC support for
Reg. mod. Classes

Data By: C. Dehmel

| ID# 966 5114 | Inst. Arr. Code 03 | Prog. Type IC/M | Dism. Code | Date |
|---|---|---|---|---|
| ARD Date 3-5-97 | Type R | Home Sch # 046 | Placement Sch # 046 | Disability Code(s) OHI |

*D-Direct   C-Consult   M-Monitor

6/95
ARD-7

I. PLACEMENT DETERMINATION

The committee determined that services
will be provided at:

*Cunningham M.S.*

NAME OF SCHOOL CAMPUS

Check appropriate Instructional Arrangement[1]
(PEIMS CODE)

___ Speech Therapy(11)       ___ S/C, Mild/Moderate, Reg. Campus (04)
___ Homebound(01)             ___ S/C, Severe Reg. Campus (05)
___ Hospital Class (02)        ___ Off Home Campus (20)
☑ Resource Room (03)        ___ VAC (08)
___ State School For          ___ Residential Care &
___ The Mentally              ___ Treatment Facility (35)
Retarded (30)                ___ Mainstream (40)

☑ yes  ☐ no   This is the campus the student would attend if not disabled. If NO, identify (list or describe) the services
which cannot reasonably be provided on the student's home campus.

_____
_____
_____

☑ yes  ☐ no   This is the campus which is as close as possible to the student's home. If NO, justify:

_____
_____
_____

J. ASSURANCES

1. The ARD committee assures that the decision to provide special education services:

   ☑ is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of
      educational opportunities.

      Basis for assurance:
      ☑ review of parent/student information
      ☐ review of sociological assessment

   ☑ for national origin minority group students or linguistically different students, is not based on criteria which
      were developed solely on command of the English language.

      Basis for assurance:
      ☐ assessment conducted in both native language and English
      ☐ adaptations in testing procedures (e.g., formal and informal measures)
      ☐ use of interpreter
      ☑ review of parent/student information
      ☐ review of language assessment (including proficiency and dominance in both English and native language)
      ☐ This student is not a national origin minority group student or a linguistically different student.

2. ☑ The ARD Committee assures that this student is being educated with students his/her age who do not have
   disabilities to the maximum extent appropriate to his/her overall educational needs (including academic and
   developmental areas such as language and socialization).

3. ☑ The ARD committee assures that this student is unable to benefit from education with students without
   disabilities to any greater extent.

4. ☑ The committee assures that all instructional and related services specified in the IEP will be provided to the
   student at no cost. Fees normally charged to students without disabilities or their parents, as part of the general
   education program, may be charged (i.e., art or laboratory fees).

NOTE: INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

___ Visually/Auditorially Handicapped       ___ Extended Year Services          ___ Autistic
___ Regional Day School for the Deaf        ___ Behavior Management Plan        ☑ Minutes Page
___ Day/Residential Placement and           ___ Health Care Plan                ___ Notice of Refusal
    On-Site Visit Report                     ___ Medically Fragile               ___ Transition Services
___ Graduation                               ___ Vocational                      ___ Other

[1] Enter instructional arrangement that meets requirements listed in the Student Attendance Accounting Handbook.   4/96
ARD 8

Page _1_ of _1_

**ARD MINUTES**

Student's Name: _John Ramsley_ D.O.B. _6-24-84_ Date: _3-5-97_ Recorder: _C. Dedmon_

ARD Committee Members: _See Signature page_

ASSESSMENT: _1-9-95_

ELIGIBILITY: _Other Health Impairment_

COMPETENCIES: _See ARD pg 2_

MEDICAL ISSUES: _Ritalin 10mg am / 10mg noon_

IEP: _Reg Modified_

SERVICES: _CMC support for mod classes_

NAPT (TAAS) ITBS: _____

_will take all_

MODIFICATIONS: _were discussed_

PLACEMENTS: _Cunningham_

COMMENTS: _no assistive technology_

## K. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE MEMBERS | SP. ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| Priscilla Ram. | | Parent(s)/Adult Student | ✓ | |
| E S Barrea | | Administration | ✓ | |
| Cathy Schmit | ✓ | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| **OTHER PARTICIPANTS** | | | | |
| | | Representative of LPAC[2] | | |
| | | Consultant/Chairperson | | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| John H. Ramirez | | Student | ✓ | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on _____ at _____ [3]
                              Date                        Place and Time

Information explaining why mutual agreement has not been reached should be noted in the ARD minutes may be attached by the ARD meeting participants.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to _____ by _____ on 3-5-97 . If you have questions regarding these safeguards, please feel free to call 994-3500.

[1] Assessment personnel are required when assessment issues are included in the ARD Committee's deliberations.
[2] LPAC representative is required at ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

6/95
ARD-9

AND RETURN TO YOUR CHILD'S SCHOOL

If you have any questions, please feel free to call the contact person below:

_Cathy Rednvet_          _Sp. Ed. Chairperson_          _8.78 - 1432 X33_

SCHOOL CONTACT PERSON          POSITION          TELEPHONE

Please check appropriate statement(s) below.          Re: _John Ramirez_

Date of ARD/ITP Meeting _3/5/9_ Student _2:30_

☐ I will attend the meeting as scheduled.

☐ I would like to attend the meeting, but cannot do so at the time suggested; please contact me at _____ to reschedule.

☐ I will not be able to attend the meeting; please have it without me. I wish to be notified of the results of the meeting.

☐ I will not be able to attend the meeting in person, but would like to participate via telephone. Please contact me at _____ at the scheduled meeting time.

☐ I waive the required five school day waiting period between Notice of the ARD Committee Meeting and the ARD Committee Meeting.

☐ I waive the required 30 day waiting period between Notice of the ITP Committee meeting and the ITP Committee meeting.

Comments: _____

_____          _____
Signature of Parent, Guardian, Surrogate Parent, or Adult Student          Date

_____          _____
Signature of Interpreter, if used          Date

8/96 - PSARDNOT-1

854 /481

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

DATE SENT/MAILED 2/25/97

RE:   STUDENT   John Ramirez   SCHOOL   Kaiser Elem

**INVITATION TO MEETING**

We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss educational programming for your child. We encourage you to attend this meeting, as your involvement is an important part of your child's education.

DATE   3/5   TIME   2:30   PLACE   Ramirez Room   ROOM   Office

Check (✔) all appropriate spaces:

**The Purpose of this meeting is to:**

☑ Discuss, at your request, any educational or related service not proposed below
☐ Initiate special education services if your child meets eligibility criteria
☐ Review your child's program (including results of any new evaluations)
☐ Review Assessment
☐ Other (specify)

☐ Develop/review the Individual Transition Plan (ITP)
☑ Develop and/or review the Individual Educational Plan (IEP) for your child
☐ Consider extended year services
☐ Discuss placement

This action is proposed because:   Annual Review

Options considered before convening this meeting:

_____ Extra Time for Work Completion
_____ Add/Drop Related Services
_____ Compensatory Education
_____ Parent Conferences
_____ Change Modifications
_____ Increase/Decrease Special Education Time
_____ General Education

_____ Preferential Seating
_____ Oral Tests
_____ Counseling
_____ ISS
_____ Bilingual/ESL
_____ 504 Programs

_____ Behavior Management Strategies
_____ Modified or Shortened Assignments
_____ Add Vocational Classes
_____ Continue Current Program
_____ Tutoring
_____ Other

The provision of any educational or related services not proposed for discussion in this notice will be discussed at your request (describe if applicable).

Check (✔) all appropriate boxes.

The following persons have been asked to attend the meeting:

☑ Parent/Guardian/Surrogate Parent/Adult Student
☐ Instructional Representative
☐ School Administrator
☐ Special Education Representative
☐ Adult Service Agency Representative
☐ Special Education Assessment Staff
☐ Other (list):

☐ Speech Pathologist
☐ Counselor
☐ Student
☐ LPAC Representative
☐ Vocational Representative

The following evaluation procedures, tests, records or reports will be reviewed and discussed:

☑ Comprehensive Individual Assessment* (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance)
☑ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports)
☐ Classroom Observation Reports/Teacher Reports
☐ Independent Evaluation Reports
☑ Parent Information
☐ Other (list):

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child. A copy of the Provision of public education (FAPE) to your child.

PROCEDURAL SAFEGUARDS has been sent to

here questions regarding these safeguards, please feel free to call 994-3600.

by _____ on 2/25/97   if you

FOR SCHOOL USE ONLY

Scanned Jun 18, 2013

| All procedures and information in this document are required by law. | | CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT<br>Corpus Christi, Texas<br><br>ADMISSION, REVIEW AND DISMISSAL (ARD) COMMITTEE MEETING | | []Admission<br>[✓]Review<br>[]Dismissal |
|---|---|---|---|---|

**4 | 8 | 98**
ARD NOTIFICATION DATE

**5 | 18 | 98**
DATE OF MEETING

Please Print                                        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

| Ramirez | John | 9665114 | (M) | F |
|---|---|---|---|---|
| STUDENT LAST NAME | FIRST | MI  ID NUMBER | | |

| 6-29-84 | Cunningham Middle School | 08 | 046 |
|---|---|---|---|
| DATE OF BIRTH | SCHOOL | GRADE/PROG | SCHOOL |

[] yes  [✓] no  An interpreter was used to assist in conducting the meeting. If YES, specify language or other mode of communication  **none**

**A.  REVIEW OF ASSESSMENT DATA** (check ✓ if applicable)

[✓] Comprehensive individual assessment  **1 | 15 | 98**
DATE(S) OF REPORT(S)

[] Assessment(s) for related services. Specify: _____

[✓] Assistive technology addressed in  **reeval**  assessment report(s) dated **1/98**.  Recommended: [] yes [✓] no (ARD 3)

[] Vocational assessment report date _____

[] Other Assessment  **96-97 TAAS  87 (rdg)  86 (math)**

[✓] Information from the student's Individual Transition Plan dated:  **developed Tran snti. 5/18/9**

[] Information from the Language Proficiency Assessment Committee _____

[] Records from other school districts _____

[] Information from parents/student _____

[✓] Information from school personnel  **teacher progress reports**

[] Information/records from other agencies or professionals _____

[] yes  [✓] no  Additional assessment is needed.  Timeline for completion _____

**B.  DETERMINATION OF ELIGIBILITY** (check ✓ if applicable)
Based on the assessment data reviewed, the ARD committee had determined that the student
[] does not meet eligibility criteria to receive special education services.
[✓] meets eligibility criteria for.

| [✓] learning disability | [] speech impairment | [] emotionally disturbed |
|---|---|---|
| [] mental retardation | [] autism | [✓] other health impairment |
| [] orthopedic impairment | [] traumatic brain injury | [] multiple disabilities |
| [] visual impairment | [] auditory impairment | [] deaf-blind |

**C.  DISABILITY/DISABILITIES**
Assigned by ARD Committee  **Learning Disability / Other Health**
[A disability should be noted here only if special education services are to be provided. See ARD-2]  **Impairment**

_____

1/96
ARD-1

White - eligibility folder          Pink - counselor          Yellow - teacher          Goldenrod - parent copy

D   DEVELOPMENT OF THE INDIVIDUAL EDUCATIONAL PLAN (IEP)

☑ yes   ☐ no        The ARD committee reviewed student achievement on each current IEP.   (Applicable to all but initial ARD
                         meetings.)

**Present Competencies:**

Physical, as it affects participation in instructional settings and physical education _Very_
_distractible, excessive talking to_
_self and peers_

Medication/Health Care

☑ yes   ☐ no        The student is capable of receiving instruction in the essential elements of physical education through the
                         general education program without modification.  Comments: _____

Behavioral, as it affects educational placement, programming, or discipline _Can benefit_
_from redirection, works best independently_

☑ yes   ☐ no        The student is capable of following the Student code of Conduct without modification.  If no, complete
                         ARD/IEP SUPPLEMENT:  Behavior Management Plan (ARD BMP 1 & 2).

Prevocational/Vocational skills which may be prerequisite to vocational education (when appropriate) _follows_
_oral and written 2-step directions, works_
_well with supervision, takes pride in his work_

Academic/Developmental (grade or age levels alone are not acceptable) _reads and employs all_
_basic comp. skills on grade level, good vocab._
_development, writes multi-paragraph essays,_
_performs algebraic operations_

Indicate content areas in which the student's disability significantly interferes with his/her ability to meet regular academic mastery
levels _able to be successful with CMC and_
_modification_

Services for which the student is eligible were reviewed and discussed[1]

☐ Compensatory education          ☑ Tutorials/academic remediation      ☑ General Education
☐ Bilingual education             ☐ Transition services[2]               ☐ other: _____
☐ ESL instruction                ☑ Vocational education                ☑ other: _special education_

The ARD Committee agrees that the student

☑ Needs and will receive special education services
☐ Does not need and will not receive special education services for the following reasons: _____
_____
_____

[1] Include consideration of occupational training needs for students at or before entry into high school or by age 14.

INSERT IEP SHEETS AFTER THIS PAGE

INDICATE NUMBER OF PAGES OF EACH IEP: R _2_ Sp ___ Voc ___ OT ___ PT ___ VS ___ MT ___ OM ___ HS ___ Other ___

1/96
ARD-2

CORPUS CHRISTI  I.S.D.
STUDENT I.E.P.

APPROVED BY A.R.D. COMMITTEE: 3-5-97

STUDENT NAME: JOHN RAMIREZ               SCHOOL: CUNNINGHAM MIDDLE SCHOOL

COURSE TITLE: REGULAR MODIFIED           CONTACT TEACHER: SPECIAL ED TEACHER

I.E.P. DATE: 01-28-97 DRAFT  CR          I.E.P. DURATION: 08-13-97 TO 05-21-98

454-71-36-20

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED.
2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN
THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT
FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%)
ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN
THE 'CLASS' TEXTS. 5-THE SCHEDULE OF EVALUATIONS WILL BE CONCURRENT
WITH SIX WEEK REPORTING PERIODS.  At least annually.

EVALUATION METHODS: 1-C.L.A.S.S., 2-OBSERVATIONS, 3-DAILY RECORDS, 4-WORK
SAMPLES. 5-OTHER  report card

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|
| | ANNUAL GOAL: | | | | | |
| | THE STUDENT WILL DEMONSTRATE MEASURABLE PROGRESS TOWARDS TASK COMPLETION. | | | | | |
| PH6 | REMAINS ON TASK WHEN OTHERS RECEIVE ATTENTION. | 8/97 | 75% | 2 | 75% | 5/98 |
| PH8 | BUDGETS TIME TO COMPLETE A SEQUENCE OF TASKS. | 8/97 | 75% | 2 | 80% | 5/98 |
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 8/97 | 80% | 5 | 100% | 5/98 |

(JOHN RAMIREZ)                                    (01-28-97 DRAFT)

R-1

CORPUS CHRISTI  I.S.D.
STUDENT I.E.P.

APPROVED BY A.R.D. COMMITTEE: _SW_ 5/18/98

STUDENT NAME: John Ramirez        SCHOOL: MOODY HIGH SCHOOL

COURSE TITLE: MAINSTREAM CLASS        CONTACT TEACHER: SPECIAL EDUCATION

I.E.P. DATE: DRAFT 2/25/98        I.E.P. DURATION: 08/17/98 - 05/27/99

CONSIDERATIONS: 1-NO ENTRIES WILL BE MADE FOR OBJECTIVES UNTIL STARTED.
    2-ANTICIPATED LEVELS OF MASTERY FOR OBJECTIVES WILL BE INDICATED IN
    THE COLUMN LABELED 'ANT.(%) MASTERY'. 3-FINAL LEVELS OF ACHIEVEMENT
    FOR OBJECTIVES WILL BE INDICATED IN THE COLUMN LABELED 'FINAL (%)
    ACH.'. 4-OBJECTIVES ARE STATED IN MORE SPECIFIC BEHAVIORAL TERMS IN
    THE 'CLASS' TEXTS. 5-THE SCHEDULE OF EVALUATIONS WILL BE ~~CONSISTENT~~
    ~~WITH SIX-WEEK REPORTING PERIODS.~~  At least annually

EVALUATION METHOD: 1-C.L.A.S.S., 2-OBSERVATIONS, 3-DAILY RECORDS, 4-WORK
    SAMPLES, 5-OTHER  ( __report__ )
                          cards

| CLASS CODES | GOALS AND OBJECTIVES | START DATE | ANT.(%) MASTERY | EVAL. METHOD | FINAL (%)ACH. | COMP. DATE |
|---|---|---|---|---|---|---|

ANNUAL GOAL:

THE STUDENT WILL DEMONSTRATE MEASURABLE
PROGRESS TOWARDS TASK COMPLETION.

| | | | | | | |
|---|---|---|---|---|---|---|
| PH9 | MAINTAINS PASSING GRADES IN MAINSTREAMED CLASSES. | 8/26 | 95 | 5 | | |

( )

(DRAFT 2/25/98)

R-2

E. INSTRUCTIONAL MODIFICATION / SUPPORTS DETERMINED BY ARD COMMITTEE

**Ramirez, John**  ID NUMBER **9665114**  SCHOOL YEAR **98 99**

NAME OF STUDENT

The ARD committee has determined that the following modifications are necessary for the student to succeed.

SPECIAL LANGUAGE PROGRAMS¹
☐ Bilingual  ☐ ESL

BEHAVIOR MANAGEMENT PLAN
☐ YES  ☑ NO

REGULAR DISCIPLINE PLAN
☑ YES  ☐ NO

ASSISTIVE TECHNOLOGY
☐ YES  ☑ NO

GOAL & OBJECTIVE/SUBJECT

☐ NO MODIFICATIONS NEEDED

Column headers (diagonal): Reading/Keyboarding, Eng. I, Geometry, US History, Intro Pro Matls, PE

| ADDRESS ACADEMIC STANDARDS: | Reading/Keyboarding | Eng. I | Geometry | US History | Intro Pro Matls | PE | | | |
|---|---|---|---|---|---|---|---|---|---|
| Modifications of requisite skills and knowledge for academic performance standards | ✓ | ✓ | ✓ | ✓ | | | | | |
| Exempt from Academic Standards/Essential Elements - grades based upon IEP progress | | | | | | | | | |
| **ALTER ASSIGNMENTS BY PROVIDING:** | | | | | | | | | |
| Reduced assignments | ✓ | ✓ | ✓ | ✓ | SLt. | | | | |
| Taped assignments | ✓ | | | | | | | | |
| Extra time for completing assignments | | | | | | | | | |
| Opportunity to respond orally | | | | | | | | | |
| Task analysis of assignments | | | | | | | | | |
| Special projects in lieu of assignments | | | | | | | | | |
| Other (see IEP for appropriate level of Academic Standards) | | | | | | | | | |
| **ADAPT INSTRUCTION BY PROVIDING:** | | | | | | | | | |
| Short instructions (1 or 2 steps) | | | | | | | | | |
| Opportunity to repeat and explain instructions | | | | | | | | | |
| Encouragement to verbalize steps needed to complete assignment/task | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Opportunity to write instructions | | | | | | | | | |
| Assignment notebooks | | | | | | | | | |
| Visual aids (pictures, flash cards, etc.) | | | | | | | | | |
| Auditory aids (cues, tapes, etc.) | | | | | | | | | |
| Instructional aids    Calculator | | | ✓ | | ✓ | | | | |
| Extra time for oral response | | | | | | | | | |
| Exams of reduced length | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Oral exams | | | | | | | | | |
| Open book exams | | | | | | | | | |
| Study carrel for independent work | | | | | | | | | |
| Frequent feedback | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Alter grade distribution (if District scoring guidelines are not appropriate) | | | | | | | | | |
| Minimal auditory distractions | | | | | | | | | |
| Leave class for CMC assistance | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| Peer tutoring/paired working arrangement | | | | | | | | | |
| Opportunity for student to dictate themes, information, answers on tape or to others | | | | | | | | | |
| Other: | | | | | | | | | |

[ ] Use repeated drill/review    [ ] Use sign language    [ ] Use various modalities    [ ] Adjustments for misarticulations in responses

¹Special language programs are required for all students who are limited English proficient.

9/96
ARD - 3

E. INSTRUCTIONAL MODIFICATIONS/SUPPORTS DETERMINED BY ARD COMMITTEE, continued

NAME OF STUDENT  Ramirez, John

ID NUMBER  965114      SCHOOL YEAR  98 . 99

GOAL & OBJECTIVE/SUBJECT

| ADAPT MATERIALS BY PROVIDING: | Rdg/Keyboarding | Eng I | Geometry | US History | Intro Prog | PE | | |
|---|---|---|---|---|---|---|---|---|
| Peer to read materials | | | | | | | | |
| Highlighted materials for emphasis | | | | | | | | |
| Altered format of materials | | | | | | | | |
| Study aids/manipulatives  teacher provided study | | | ✓ | ✓ | | | | |
| ESL materials                        notes | | | | | | | | |
| Large print materials | | | | | | | | |
| Braille materials | | | | | | | | |
| Color transparencies | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |
| **MANAGE BEHAVIOR BY PROVIDING:** | | | | | | | | |
| Clearly defined limits | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Frequent reminders of rules | ✓ | ✓ | ✓ | | ✓ | | | |
| Positive reinforcement | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| Frequent eye contact/proximity control | | | | | | | | |
| Frequent breaks | | | | | | | | |
| Private discussion regarding behavior | ✓ | ✓ | ✓ | ✓ | ✓ | | | |
| In-class timeout | | | | | | | | |
| Opportunity to help teacher | | | | | | | | |
| Seat near the teacher | | | | | | | | |
| Supervision during transition activities | | | | | | | | |
| Implementation of behavior contract | | | | | | | | |
| Other: | | | | | | | | |
| **REQUIRED EQUIPMENT/ASSISTIVE TECHNOLOGY:** | | | | | | | | |
| Access to equipment | | | | | | | | |
| Augmentative communication device | | | | | | | | |
| Calculators | | | | | | | | |
| Interpreter     — not | | | | | | | | |
| Note taker/note taking paper | | | | | | | | |
| Word processors   needed | | | | | | | | |
| Other: | | | | | | | | |
| Other: | | | | | | | | |

Criterion referenced assessment (TAAS/TBSI)[1]:
____ will take mathematics       ____ will take reading   98-99 ____ exempt in all areas              ____ will take social studies
____ will take writing           _✓_ not offered for this student's   ____ will take science
                                      grade placement

Modifications as defined in test administration materials:
____ allow oral response         ___ use interpreter   ___ use braille or large print   ____ individual administration   Other:_____

[1] Until Spanish TAAS tests are available, LEP students exempt from the English TAAS must be tested with alternate measures of accountability

6/95
ARD-4

## F. SERVICE ALTERNATIVES

Identify special education alternatives and supplementary aids and services provided, tried, or considered.  Place the key letter (p, t, c) in the space next to all to that apply:

1. _C_ General education classroom
2. _P_ Modifications in general education and/or curriculum, instruction testing procedures, and/or physical arrangements (including vocational education and nontraditional instructional programs)
3. ___ Special education supplementary aids and services
4. ___ Title 1 Part A/Accelerated Instruction
5. _P_ Tutorials/academic remediation
6. ___ English as a Second Language (ESL)
7. ___ Bilingual classes

8. ___ Pre-K program
9. ___ Alternative education program
10. _C_ Assistive technology (e.g., communication devices, slant top table)
11. _C_ Resource classroom
12. ___ Self-contained classroom
13. ___ Separate special education campus
14. ___ Nonpublic day school placement
15. ___ Residential placement
16. _P_ Content Mastery
17. ___ Other: _____

| Item | Results of Efforts | If efforts not successful, provide reason(s) |
|---|---|---|
| 1 | needs cmc support for continued progress | |
| 2, 5, 16 | successful | |
| 10, 11 | not needed at this time | |

## G. CONSIDERATION OF LEAST RESTRICTIVE ENVIRONMENT

1. Complete either a or b:

   a. ☐ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive all instruction and services in the general education setting.  Go to Consideration of Harmful Effects, ARD-6.

   b. ☑ Based on ARD committee review of assessment data, new IEP goals and objectives, instructional modifications/supports necessary to implement the content of the IEP, and previous efforts/considerations, the committee recommends that this student receive part or all of instruction and services in a special education instructional setting.  Complete (3) and either (1) or (2) below:

   (1) Removal from General Education Classroom

   ☐ Placement in the general education classroom prohibits the student from achieving the goals and objectives contained in the IEP even though supplementary aids and services are used.

   ☐ The modifications required for the student to achieve the goals and objectives in the IEP cannot be implemented in the general education classroom without eliminating essential components of the regular curriculum/activity.

   ☐ Implementing the student's behavior management plan means that other students would not benefit satisfactorily from academic instruction or nonacademic activities.

   ☑ The student needs the following support services to benefit from the general education program: _____
   _____ Content mastery _____

   ☐ Other: _____
   _____

2/97
ARD-5

**(2) Removal from General Education Campus (to a Separate Campus)**

NA

- ☐ Services and/or therapies in the student's IEP cannot be provided on the general education campus.

- ☐ The behavior management plan contained in the student's IEP cannot be implemented on a general education campus.

- ☐ The student's behavior is so dangerous that it cannot be controlled without intense supervision and a closed environment.

- ☐ The student had a previously unsuccessful placement on a general campus. If selected, list instructional and related service goals and objectives and modification/support services that address returning the student to the general education campus.

_____

**(3) Opportunity to Participate**

In removing this student from the general education classroom or general education campus, will the student have the opportunity to participate with students without disabilities in all nonacademic and extracurricular activities?   ☑ Yes   ☐ No

If NO, describe the nonacademic and extracurricular activities in which the student will not have an opportunity to participate:

| | | |
|---|---|---|
| ☐ Meals | ☐ Yearbook/newspaper | ☐ General education routines (homeroom |
| ☐ Field trips | ☐ Recess periods | assignments, lockers, study hall |
| ☐ Fund raising activities | ☐ Choral group/debate | class changes, social) |
| ☐ Regular transportation | ☐ Assemblies | ☐ Other: _____ |
| ☐ Sports/cheerleading | ☐ Band | |
| ☐ Student council | ☐ Graduation exercises | ☐ Other: _____ |

If any of the above items are checked, explain why this student is unable to participate:_____
_____
_____

2.  **Consideration of Potential Harmful Effects (Complete this section for all students.)**

In removing this student from the general education classroom or general education campus, place a check to indicate below the potential harmful effects on the student with disabilities or on the quality of services which the student with disabilities needs.  Also check the potential harmful effects on the student without disabilities if the student with disabilities is not placed in the general education classroom or campus.

HARMFUL EFFECTS
ON STUDENT WITH DISABILITY

- ☐ Decreased access to
  specialized services (e.g.,
  materials, personnel,
  curricular modifications)
- ☐ Decreased student self-esteem
- ☐ Increased safety concerns
- ☐ Increased distractions
- ☐ Increased student frustration
- ☐ Stigmatization
- ☐ Isolation from peers
- ☑ None anticipated
- ☐ Other _____
- ☐ Other _____

HARMFUL EFFECTS
ON STUDENTS WITHOUT DISABILITIES

- ☑ None anticipated
- ☐ Decreased contact with students with disabilities
- ☐ Other_____
- ☐ Other_____

2/97
ARD-6

| STUDENT LAST NAME | FIRST | MI | DATE OF BIRTH |
|---|---|---|---|
| Ramirez | John | | 6·29·84 |

**H. SCHEDULE OF SERVICES**   Duration of service is 08 / 3 / 98 to 05 / 27 / 99 for grade 9

| | | | GEN ED SEMESTER 1 | | Special Ed Time | Progr./Grade Determined By | | | GEN ED SEMESTER 2 | | Special Ed Time | Progr./Grade Determined By | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COURSE/CURRICULUM AREA | | Funct. Grade Level | Mod Yes | No | Time | | Gen Ed | Sp Ed | Mod Yes | No | Time | | Gen Ed | Sp Ed |
| E 16 | English I | 8.5 | ✓ | | 55 | | ✓ | | | | 55 | | ✓ | |
| D 20 | Reading | 8.5 | ✓ | | 55 | | ✓ | | | | 55 | | ✓ | |
| B 09 | Keyboarding | | | | | | | | | | 55 | | ✓ | |
| M 36 | Geometry | 8.5 | ✓ | | 55 | | ✓ | | | | 55 | | ✓ | |
| T 20 | US History | | ✓ | | 55 | | ✓ | | | | 55 | | ✓ | |
| P 13 | PE | | ✓ | | 55 | | ✓ | | | ✓ | 55 | | ✓ | |
| W 26 | Intro P. Metals | | ✓ | | 55 | | | | | | | | | |

Vocational Education
✓ REG __ CVAE __ VEH

VAC

**TOTAL MINUTES PER DAY**   330   330

If times vary from requirements in 19 TAC §21.101, give justification: _no change_

**Monitoring/Coordination**
Monitoring of progress in general education: __ daily __ weekly ✓ 3 wks __ 6 wks __ Other __
Coordination of General/Special Education Instruction: __
Person(s) responsible __ Para __ Special Ed Teacher __ Counselor ✓ Other _general ed tchr._
Method(s) __ Report Cards ✓ Progress Reports __ Conferences __ Other __
Schedule for evaluating progress for participation in extracurricular activities: __ 3 weeks ✓ 9 weeks

| RELATED/OTHER SERVICES | TIME | D* | C* | M* |
|---|---|---|---|---|
| Auditory Voice Services | | | | |
| Counseling | | | | |
| Health Services | no | | | |
| Music Therapy | | | | |
| Occupational Therapy | no | | | |
| Orientation & Mobility | | | | |
| Physical Therapy | no | | | |
| Speech Services | | | | |
| Vision Services | | | | |

Criterion referenced assessment (TAAS/TBS):   98-99
__ will take mathematics   ✓ will take reading
__ will take writing       __ not offered for this
__ will take social studies     student's grade placement
__ will take science       __ exempt in all areas
Modifications as defined in test administration materials:
__ Allow oral response    __ use braille or large print
__ use interpreter        __ individual administration
__ Other: _____

[ ] ✓ Special Transportation    EYS: □ Yes ✓ No  If yes,
Yes  No                         see attached supplement.
If yes, cite justification:     OT __ PT __ SP __ IM __
_does not qualify_

[ ] [ ] Parents of students with visual or auditory
Yes  No  impairments or deaf/blindness have been given
         information about the Texas School for the Blind
✓ N/A    and Visually impaired or Texas School for the Deaf
         at the time of initial placement.

| Referral Date | |
|---|---|
| Test Date | |
| Medical Date | DX |
| IQ Test | Test |
| V __ P __ FS __ | |
| Ach. Test | Test |
| RS __ SS __ GE __ | |
| RC __ SS __ GE __ | |
| VL __ SS __ GE __ | Lang. Dom. |
| M __ SS __ GE __ | |

Comments: _John will attend modified_
_general ed classes with CMC_
_support at least 30 minutes_
_per week._   Data By: S. Warner

| ID# 9665114 | Inst. Arr. Code 03 | Prog. Type CM | Dism. Code | Date |
|---|---|---|---|---|
| ARD Date 5·18 | Type R | Home Sch #004 | Placement Sch #004 | Disability Code(s) LD OHI |

*D-Direct   C-Consult   M-Monitor

6/95
ARD-7

I.  PLACEMENT DETERMINATION

The committee determined that services
will be provided at:

Moody HS

NAME OF SCHOOL CAMPUS

Check appropriate Instructional Arrangement
(PEIMS CODE)

Speech Therapy(11)    S/C. Mild/Moderate. Reg. Campus (04)
Homebound(01)         S/C. Severe Reg. Campus (05)
Hospital Class (02)   Off Home Campus (20)
Resource Room (03)    VAC (08)
State School For       Residential Care &
The Mentally          Treatment Facility (35)
Retarded (30)         Mainstream (40)

☑ yes  ☐ no   This is the campus the student would attend if not disabled.  If NO, identify (list or describe) the services
              which cannot reasonably be provided on the student's home campus

☑ yes  ☐ no   This is the campus which is as close as possible to the student's home.  If NO, justify:

J.  ASSURANCES

1.  The ARD committee assures that the decision to provide special education services:

    i ☑ is not based on deficiencies identified as directly attributable to a different culture, lifestyle, or lack of
        educational opportunities.

        Basis for assurance:
        [☑ review of parent/student information
        [. review of sociological assessment

    (b) ☑ for national origin minority group students or linguistically different students, is not based on criteria which
        were developed solely on command of the English language.

        Basis for assurance:
        [ ] assessment conducted in both native language and English
        [ ] adaptations in testing procedures (e.g., formal and informal measures)
        [ ] use of interpreter
        [☑ review of parent/student information
        [ ] review of language assessment (including proficiency and dominance in both English and native language)
        [ ] This student is not a national origin minority group student or a linguistically different student.

2.  ☑ The ARD Committee assures that this student is being educated with students his/her age who do not have
       disabilities to the maximum extent appropriate to his/her overall educational needs (including academic and
       developmental areas such as language and socialization).

3.  ☑ The ARD committee assures that this student is unable to benefit from education with students without
       disabilities to any greater extent.

4.  ☑ The committee assures that all instructional and related services specified in the IEP will be provided to the
       student at no cost.  Fees normally charged to students without disabilities or their parents, as part of the general
       education program, may be charged (i.e., art or laboratory fees).

NOTE:  INSERT ARD/IEP SUPPLEMENTS AFTER THIS PAGE, WHEN APPLICABLE.

___ Visually/Auditorially Handicapped      ___ Extended Year Services          ___ Autistic
___ Regional Day School for the Deaf       ___ Behavior Management Plan         | Minutes Page
___ Day/Residential Placement and          ___ Health Care Plan                 | Notice of Refusal
    On Site Visit Report                   ___ Medically Fragile                | Transition Services
___ Graduation                             ___ Vocational                       ___ Other

¹Enter instructional arrangement that meets requirements listed in the Student Attendance Accounting Handbook.    4/96
                                                                                                                  ARD-8

Scanned Jun 18, 2013

Page 1 of 1

### ARD MINUTES

Student's Name: John Ramirez D.O.B. 6/29/84 Date: 5/18/98 Recorder: S. Warne

ARD Committee Members: S. Warner, R Jones
John attended his ARD meeting.

ASSESSMENT: reviewed from 1/98

ELIGIBILITY: qualifies, learning disabled

COMPETENCIES: reviewed, recorded
ARD pg 3-4

MEDICAL ISSUES: parent did not attend, no concerns
from past records

IEP: reviewed 97-98, developed 98-99

SERVICES: no related services needed

NAPT/TAAS/TBS: not offered 98-99 at
John's grade level

MODIFICATIONS: developed and recorded ARD 3-4

PLACEMENTS: Moody Hs, all general education
modified classes with CMC support at least
30 min /week

COMMENTS:
- no assistive devices needed
- Individual Trans Stmt developed
for John