## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

### TRANSITION STATEMENT FOR 14 AND 15 YEAR OLDS

John Ramirez
_____
NAME OF STUDENT

5/18/98
_____
DATE OF MEETING

6/29/84
_____
DATE OF BIRTH

May 2002
_____
ANTICIPATED DATE OF GRADUATION

The ARD committee has determined that for the student to achieve a post school placement consistent with his/her abilities, his/her school program should support the following (check one):

[X] This student is projected to complete minimum academic credit requirements for graduation applicable to students without disabilities, including satisfactory performance on the exit level assessment instrument.

[ ] This student is projected to complete a 22 credit academic program and attain sufficient independent living skills to maintain employment without direct and ongoing support by other agencies.

[ ] This student is projected to complete a school program that leads to mastery of specific but limited employability and self-help skills. The student will not require the direct ongoing support of the local school district, but may require support or ongoing post school services by other agencies.

[ ] This student's school program will emphasize self-maintenance skills. The student may require post school services by other agencies.

Use this form for all students who will be age 14 or 15 during the subsequent school year.

## K. SIGNATURE OF COMMITTEE MEMBERS AND OTHER PARTICIPANTS

| SIGNATURE AND TITLE<br>MEMBERS | SP.<br>ED. | POSITION | AGREE | DISAGREE |
|---|---|---|---|---|
| parent did not attend | | Parent(s)/Adult Student | | |
| Bhela Jones | | Administration | ✓ | |
| (S. Warner) | ✓ | Instruction | ✓ | |
| | | Instruction/Speech | | |
| | | Assessment[1] | | |
| OTHER PARTICIPANTS | | | | |
| | | Representative of LPAC[2] | | |
| (S. Warner) | ✓ | Consultant/Chairperson | ✓ | |
| | | Vocational | | |
| | | Visual/Auditory | | |
| | | Counselor | | |
| | | | | |
| | | | | |
| | | | | |

My signature indicates that I was present at the ARD meeting, participated in the discussion, and understood what was discussed.

☑ The committee mutually agreed to implement the program reflected in these proceedings. OR:

☐ The members of this ARD committee have not reached mutual agreement. The school has offered and the parent has agreed to a recess of not more than 10 school days. During the recess the members shall consider alternatives, gather additional resource persons to enable them to reach mutual agreement. This recess does not apply if the student presents a danger of physical harm to himself or herself or others, or if the student has committed an expellable offense. The committee will reconvene on _____ at _____[3]
                                          Date                                    Place and Time

Information explaining why mutual agreement has not been reached should be noted in the ARD minutes may be attached by the ARD meeting participants.

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been given to _____ parent _____ by ____ S. Warner _____ on __4/8/98__. If you have questions regarding these safeguards, please feel free to call 994-3500.

[1] Assessment personnel are required when assessment issues are included in the ARD Committee's deliberations.
[2] LPAC representative is required at ARD of any student who is limited English proficient.
[3] Include documentation concerning the reconvened ARD committee meeting.

DATE SENT/MAILED
4/8/98

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI, TEXAS
OFFICE OF SPECIAL EDUCATION

NOTICE OF THE ADMISSION, REVIEW, AND DISMISSAL (ARD) COMMITTEE MEETING

RE    STUDENT    John Ramirez    SCHOOL    Cunningham MS

INVITATION TO MEETING
We would like to invite you to attend an Admission, Review, and Dismissal (ARD) Committee meeting to discuss educational programming for your child. We encourage you to attend this meeting, as your involvement is an important part of your child's education.
DATE 5/18/98 TIME 11.15 am PLACE Cunningham Middle School    ROOM office

Check ☑ all appropriate spaces:

The Purpose of this meeting is to:

☐ Discuss, at your request, any educational or related service not proposed below
☐ Initiate special education services if your child meets eligibility criteria
☑ Review your child's program (including results of any new evaluations)
☑ Review Assessment
☑ Other (specify)    Transition

☐ Develop/review the Individual Transition Plan (ITP)
☐ Develop and/or review the Individual Educational Plan (IEP) for your child
☐ Consider extended year services
☐ Discuss placement

This action is proposed because:    annual review for John

Options considered before convening this meeting:

| | | |
|---|---|---|
| ✓ Extra Time for Work Completion | ✓ Preferential Seating | ✓ Behavior Management Strategies |
| ___ Add/Drop Related Services | ___ Oral Tests | ✓ Modified or Shortened Assignments |
| ___ Compensatory Education | ___ Counseling | ___ Add Vocational Classes |
| ___ Parent Conferences | ___ ISS | ___ Continue Current Program |
| ___ Change Modifications | ___ Bilingual/ESL | ___ Tutoring |
| ___ Increase/Decrease Special Education Time | ___ 504 Programs | ___ Other ___ |
| ___ General Education | | |

The provision of any educational or related service not proposed in this notice will be discussed at your request (describe if applicable).

Check ☑ all appropriate boxes.

| The following persons have been asked to attend the meeting: | The following evaluation procedures, tests, records or reports will be reviewed and discussed: |
|---|---|
| ☑ Parent/Guardian/Surrogate Parent/Adult Student  ☐ Speech Pathologist | ☑ Comprehensive Individual Assessment¹ (e.g., language, physical, emotional/behavioral, sociological intellectual, educational performance) |
| ☐ Instructional Representative  ☑ Counselor | |
| ☑ School Administrator  ☑ Student | ☑ School Permanent Records (e.g., grades, attendance reports, teachers' observations, achievement test scores, discipline reports) |
| ☑ Special Education Representative  ☐ LPAC Representative | ☑ Classroom Observation Reports/Teacher Reports |
| ☐ Adult Service Agency Representative  ☐ Vocational | ☐ Independent Evaluation Reports |
| ☐ Special Education Assessment Staff      Representative | ☑ Parent Information |
| ☐ Other (list): ___ | ☐ Other (list): ___ |

Other factors relevant to this ARD committee meeting (describe if applicable):

Your rights were explained to you when your child was initially referred for special education assessment. Federal regulations require that parents and adult students be provided a full explanation of all procedural safeguards in your native language or other mode of communication each time the district proposes or refuses to initiate or change the identification, evaluation, or educational placement of your child or the provision of a free appropriate public education (FAPE) to your child. A full EXPLANATION OF PROCEDURAL SAFEGUARDS has been sent to ___PARENT___ by ___S. Warren___ on ___4/8/98___. If you have questions regarding these safeguards, please feel free to call 994-3600.

FOR SCHOOL USE ONLY

White Copy: Parent Copy   Yellow Copy: Retain to document reasonable attempts to schedule meeting at agreed time. Attach yellow copy to ARD/IEP (Initial, Annual, Special Review) form and file in eligibility folder.   Reminder was sent on ___5/11/98___ by ___S.Wa___ Telephone call made on ___5/1/98___ b ___L. Esquivel, VC___

¹You were previously sent the Notice of Comprehensive Individual Assessment which described the evaluation procedures and tests which would be used to determine your child's educational needs.

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ DETACH HERE ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

Corpus Christi, Texas

Psychological Services/Special Education

SUMMARY OF RECOMMENDATIONS/ACTIONS    W. Seale

NAME: John Ramirez                    DOB: 6-29-84          6th Gr.

DATE:        9-13-95

COMMENTS: (Please sign name and position after making copy)

9-13-95    Telephoned West Oso Special Ed Office
to remind them to mail me the ARD/IEPS/
psychological reports on John Ramirez for the
permanent ARDs. They have delayed in sending
the needed information. I was told that the
reports will be mailed today.

(request mailed 8/29/95)                JCDeLaCruz
                                        Associate Psychologist

9-18-95: Called West Oso for records again. Lady
said records had already been sent.
                                        JCDeLaCruz
                                        Asso. Psychologist

9-26-95: Received ARD/IEPS/Psych. report from West Oso
which was done in Houston ISD.
"Perm" ARD meeting set for 9-29-95 at Wynn Seale
                                        JCDeLaCruz, M.S., P.A., Ed.D.
                                        Asso. Psych.

PS-87

Scanned Jun 18 2013



Behavior Assessment System For Children
by Cecil R. Reynolds and Randy W. Kamphaus

TEACHER RATING SCALES - ADOLESCENT
INDIVIDUAL REPORT

Child: Ramirez, Joan                    School: Moody
Test Date: 12/11/2000                   Grade: 10
Birth Date: 06/29/1984                  Sex: Male
Age: 16-5                               Other Data:
Teacher: C. Lemecke                     Type of Class: Homemaking
Position: Teacher                       Time Known Child:

The Behavior Assessment System for Children (BASC) is an integrated system
designed to facilitate the differential diagnosis and classification of a
variety of emotional and behavioral disorders of children and to aid in the
design of treatment plans.  This computer-generated report is based on one
component of this system and should not be the sole basis for making important
diagnostic or treatment decisions.  Guidance on interpreting the BASC is
provided in the BASC Manual.

CAUTION INDEXES

| Index | Raw Score | Comment |
|-------|-----------|---------|
| F | 4 | CAUTION |
| Response Pattern | 105 | ACCEPTABLE |
| Consistency | 8 | ACCEPTABLE |

F INDEX: This is a measure of the rater's tendency to be excessively negative
in describing the child's behaviors.  The following items caused John's F
index to be in the Caution or Extreme Caution range.

| Item | Response |
|------|----------|
| 1. Shows interest in others' ideas. | Never |
| 48. Refuses to join group activities. | Almost Always |
| 71. Says, "please" and "thank you." | Never |
| 84. Politely asks for help. | Never |

If these extremely negative responses are consistent with other information
about the child, the TRS-A can be accepted as valid.  On the other hand, if
these responses seem inconsistent with other information, the possibility
should be considered that the TRS-A is invalid.  The teacher may have adopted
a negative response set in completing the form, or may have misunderstood the
items.  However, the possibility should be considered that the child's
negative behavior is specific to the rater or the social situation. Use your
judgment and outside data, perhaps including an interview with the teacher, to
discern the reason for this high F score.

The following scale(s) are unscorable because 3 or more items were omitted:

Conduct Problems, Withdrawal
If a scale is unscorable, the scale T score and the corresponding composite
T score are not plotted on the profile or reported.

COPYRIGHT 1996, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES , MN 55014-1796

Scanned Jun 18, 2013        Teacher Rating Scales - Adolescent                Page  2

Child: Ramirez, John                        Rater: C. Lemecke
Test Date: 12/11/2000      Age: 16-5

## OMITTED ITEMS

The following items were not answered by the respondent:

Item
----
  6. Steals at school.
 12. Uses the school library.
 16. Has trouble deciding which courses to take at school.
 41. Has to stay after school for punishment.
 43. Seeks attention while doing schoolwork.
 61. Will change direction to avoid having to greet someone.
 76. Uses illegal drugs.
 96. Is chosen last by other children for games.
110. Drinks alcoholic beverages.
117. Has trouble making new friends.
134. Smokes or chews tobacco.

## CRITICAL ITEMS

Responses of Sometimes, Often, and Almost Always to the following items
may deserve attention:

| Item | Response |
|------|----------|
| 19. Is in trouble with the police. | Almost Always |
| 26. Uses foul language. | Almost Always |
| 28. Threatens to hurt others. | Sometimes |
| 35. Throws tantrums. | Almost Always |

Scanned Jun 18, 2013

Teacher Rating Scales - Adolescent                    Page   3

Child: Ramirez, John
Test Date: 12/11/2000        Age: 16-5        Rater: C. Lemecke
                                             Norm Group:  (X) General

### CLINICAL SCALES



| T SCORE | EXTERNALIZING PROBLEMS Hyp Agg Con COM | INTERNALIZING PROBLEMS Anx Dep Som COM | SCHOOL PROBLEMS Att Lrn COM | Aty Wth | BSI | T SCORE |
|---|---|---|---|---|---|---|

BASC ... ing Scales – Adolescent                    Page  4

Child: Ramirez, John                     Rater: C. Lemecke
Test Date: 12/11/2000    Age: 16-5       Norm Group:  (X) General

```
              ADAPTIVE SCALES
    T    |--------------------| T
  SCORE| Soc Led Stu COM    |SCORE
  ------|                    |------
  100 + |                    | +  100
        |                    |
        |                    |
   90 + |                    | +   90
        |                    |
        |                    |
   80 + |                    | +   80
        |                    |
        |                    |
   70 + |                    | +   70
        |                    |
        |                    |
   60 + |--------------------| +   60
        |                    |
        |                    |
   50 + |                    | +   50
        |                    |
        |                    |
   40 + |----X---X-------+    | +   40
        |              X     |
        |                    |
   30 + |    X               | +   30
        |                    |
        |                    |
   20 + |                    | +   20
        |                    |
        |                    |
   10 + |                    | +   10
        |--------------------|
        | Soc Led Stu COM    |
        |--------------------|
```

Scale abbreviations key, in order
  of presentation:

(Hyp) Hyperactivity
(Agg) Aggression
(Con) Conduct Problems

(Anx) Anxiety
(Dep) Depression
(Som) Somatization

(Att) Attention Problems
(Lrn) Learning Problems

(Aty) Atypicality
(Wth) Withdrawal

(Soc) Social Skills
(Led) Leadership
(Stu) Study Skills

Composite abbreviation key:

(COM) Composite
(BSI) Behavioral Symptoms Index


Key to T score cutoffs:

Clinical Scales
---------------
70+      Clinically Significant
60-69    At-Risk
41-59    Average
31-40    Low
-30      Very Low

Adaptive Scales
---------------
70+      Very High
60-69    High
41-59    Average
31-40    At-Risk
-30      Clinically Significant

Child: Ramirez, John                          Rater: C. Lemecke
Test Date: 12/11/2000      Age: 16-5          Norm Group: General

SCORE SUMMARY: General Norm Group
----------------------------------------------

NORMATIVE COMPARISON                    IPSATIVE
                                        COMPARISON*

| Scale | Raw Score | Total Omits | T Score | 90% Conf Interval | %ile | Diff | Sig Level | Freq |
|-------|-----------|-------------|---------|-------------------|------|------|-----------|------|
| CLINICAL SCALES | | | | | | | | |
| Hyperactivity | 26 | 1 | 73 | 69-77 | 97 | 15 | .05 | <5% |
| Aggression | 31 | 0 | 83 | 79-87 | 99 | 25 | .05 | <1% |
| Conduct Problems | 17 | 5 | UNSCORABLE | | | | | |
| Anxiety | 2 | 1 | 40 | 33-47 | 15 | -18 | .05 | <2% |
| Depression | 3 | 0 | 49 | 44-54 | 63 | -9 | .05 | <10% |
| Somatization | 0 | 0 | 42 | 36-48 | 22 | -16 | .05 | <10% |
| Attention Problems | 9 | 0 | 59 | 53-65 | 80 | 1 | NS | |
| Learning Problems | 8 | 0 | 53 | 47-59 | 67 | -5 | NS | |
| Atypicality | 0 | 0 | 42 | 35-49 | 16 | -16 | .05 | <2% |
| Withdrawal | 3 | 3 | UNSCORABLE | | | | | |
| | | | | | | | | |
| ADAPTIVE SCALES | | | | | | | | |
| Social Skills | 2 | 0 | 30 | 26-34 | 1 | -7 | .05 | <5% |
| Leadership | 5 | 0 | 40 | 35-45 | 16 | 3 | NS | |
| Study Skills | 10 | 1 | 40 | 36-44 | 19 | 3 | NS | |

+  Clinical scales:  Compares scale T score with mean of scales
                     composing BSI (mean=58)
   Adaptive scales:  Compares scale T score with mean of scales
                     composing Adaptive Skills Composite (mean=37)

Note:  Scales with 1 or 2 omits have been prorated

COMPOSITES

| Composite | Sum of T Scores | T Score | 90% Conf Interval | Percentile |
|-----------|-----------------|---------|-------------------|------------|
| Externalizing Problems | | UNSCORABLE | | |
| Internalizing Problems | 131 | 43 | 39-47 | 25 |
| School Problems | 112 | 56 | 52-60 | 75 |
| Behavioral Symptoms Index | 346 | 60 | 57-63 | 84 |
| Adaptive Skills | 110 | 36 | 33-39 | 7 |

COMPARISON OF COMPOSITE SCORES

| Composite Pairs | Diff | Sig Level | Freq of Difference |
|-----------------|------|-----------|--------------------|
| Internalizing Problems < School Problems | 13 | .01 | <15% |

Scanned Jun 18, 2013

Child: Ramirez, John                              Rater: C. Lemecke
Test Date: 12/11/2000        Age: 16-5

TEACHER RATING SCALES - ADOLESCENT
SCORE NARRATIVE: General Norm Group

This report is based on the teacher's rating of John's behavior.  Any score in
the Clinically Significant range suggests a high level of maladjustment.
Scores in the At-Risk range identify either a significant problem that may not
be severe enough to require formal treatment or a potential of developing a
problem that needs careful monitoring.

Clinical Scales Overview
----------------------------
In the Behavioral Symptom Index, John's raw score yields a T score of 60 (90%
confidence interval of 57-63) and a percentile rank of 84. This score was in
the At-Risk range.

Externalizing Problems Composite
----------------------------------
In the Externalizing Problems composite, John's score on this composite was
not calculated due to one or more unscorable scales. Externalizing Problems
scales and their ranges are as follows: Hyperactivity - Clinically
Significant; Aggression - Clinically Significant; Conduct Problems -
Unscorable.

Internalizing Problems Composite
----------------------------------
In the Internalizing Problems Composite, John's raw score yields a T score of
43 (90% confidence interval of 39-47) and a percentile rank of 25. This score
was in the Average range. Internalizing Problems scales and their ranges are
as follows: Anxiety - Low; Depression - Average; Somatization - Average.

School Problems Composite
----------------------------
In the School Problems composite, John's raw score yields a T score of 56 (90%
confidence interval of 52-60) and a percentile rank of 75. This score was in
the Average range. School Problems scales and their ranges are as follows:
Attention Problems - Average; Learning Problems - Average.

Additional Clinical Scales
----------------------------
Additional clinical scales are those not included in any composite. These
scales and their ranges are as follows: Atypicality - Average; Withdrawal -
Unscorable.

Adaptive Skills Composite
----------------------------
In the Adaptive Skills composite, John's raw score yields a T score of 36 (90%
confidence interval of 33-39) and a percentile rank of 7. This score was in
the At-Risk range. Adaptive Skills scales and their ranges are as follows:
Social Skills - Clinically Significant; Leadership - At-Risk; Study Skills -
At-Risk.

Child: Ramirez, John                    Rater: C. Lemecke
Test Date: 12/11/2000   Age: 16-5       Norm Group: General

## ITEMS BY SCALE

Scale: AGGRESSION

| Item | Response |
|------|----------|
| 2. Dares other children to do things. | Often |
| 15. Is a "sore loser." | Almost Always |
| 28. Threatens to hurt others. | Sometimes |
| 33. Complains about rules. | Almost Always |
| 37. Argues when denied own way. | Almost Always |
| 50. Brags to others about getting into trouble. | Almost Always |
| 63. Orders others around. | Almost Always |
| 68. Breaks other children's things. | Sometimes |
| 72. Hits other children. | Never |
| 85. Bullies others. | Almost Always |
| 98. Talks back to teachers. | Almost Always |
| 106. Calls other children names. | Sometimes |
| 119. Teases others. | Almost Always |
| 132. Blames others. | Often |

Scale: ANXIETY

| Item | Response |
|------|----------|
| 3. Expresses self-doubt before tests. | Sometimes |
| 16. Has trouble deciding which courses to take at school. | |
| 38. Bites nails. | Never |
| 51. Says, "I'm afraid I will make a mistake." | Never |
| 73. Worries about things that cannot be changed. | Never |
| 86. Says, "I'm not very good at this." | Never |
| 107. Worries. | Never |
| 120. Is nervous. | Never |

Scale: ATTENTION PROBLEMS

| Item | Response |
|------|----------|
| 4. Listens to directions. | Sometimes |

Scanned Jun 18, 2013

Behavior Rating Scales - Adolescent                    Page   8

Child: Ramirez, John                          Rater: C. Lemecke
Test Date: 12/11/2000        Age: 16-5        Norm Group:  General

ITEMS BY SCALE
--------------

Scale: ATTENTION PROBLEMS (cont)

| Item | | Response |
|------|--|----------|
| 39. | Is easily distracted. | Often |
| 74. | Does not pay attention to lectures. | Almost Always |
| 87. | Forgets things. | Never |
| 108. | Is easily distracted from classwork. | Sometimes |
| 121. | Has trouble concentrating. | Sometimes |

Scale: ATYPICALITY

| Item | | Response |
|------|--|----------|
| 5. | Seems out of touch with reality. | Never |
| 18. | Tries to hurt self. | Never |
| 29. | Sees things that are not there. | Never |
| 40. | Has strange ideas. | Never |
| 53. | Sings or hums to self. | Never |
| 64. | Babbles to self. | Never |
| 75. | Gets lost. | Never |
| 88. | Eats things that are not food. | Never |
| 99. | Repeats one thought over and over. | Never |
| 109. | Complains about being unable to block out unwanted thoughts. | Never |
| 122. | Hears sounds that are not there. | Never |

Scale: CONDUCT PROBLEMS

| Item | | Response |
|------|--|----------|
| 6. | Steals at school. | |
| 19. | Is in trouble with the police. | Almost Always |
| 30. | Complains about police or other law enforcement officers. | Almost Always |
| 41. | Has to stay after school for punishment. | |
| 54. | Skips classes at school. | Almost Always |

Scanned Jun 18, 2013

Teacher Rating Scales – Adolescent                    Page 9

Child: Ramirez, John                           Rater: C. Lemecke
Test Date: 12/11/2000        Age: 16-5          Norm Group:  General

ITEMS BY SCALE
--------------

Scale: CONDUCT PROBLEMS (cont)

| Item | Response |
|------|----------|
| 65. Has been suspended from school. | Almost Always |
| 76. Uses illegal drugs. | |
| 89. Cheats in school. | Sometimes |
| 100. Is truant. | Almost Always |
| 110. Drinks alcoholic beverages. | |
| 123. Has friends who are in trouble. | Sometimes |
| 134. Smokes or chews tobacco. | |

Scale: DEPRESSION

| Item | Response |
|------|----------|
| 7. Says, "I don't have any friends." | Never |
| 20. Says, "Nobody understands me." | Sometimes |
| 42. Is sad. | Never |
| 55. Says, "I hate myself." | Never |
| 69. Is easily upset. | Often |
| 77. Says, "I want to die" or "I wish I were dead." | Never |
| 90. Cries easily. | Never |
| 111. Says, "Nobody likes me." | Never |
| 124. Says, "I want to kill myself." | Never |

Scale: HYPERACTIVITY

| Item | Response |
|------|----------|
| 8. Disrupts the schoolwork of other children. | Almost Always |
| 21. Rushes through assigned work. | Often |
| 31. Bothers other children when they are working. | Almost Always |
| 34. Acts without thinking. | Almost Always |
| 43. Seeks attention while doing schoolwork. | |
| 56. Is overly active. | Sometimes |
| 66. Taps foot or pencil. | Often |

Scanned Jun 18, 2013

, Teacher Rating Scales - Adolescent                    Page 10

Child: Ramirez, John                    Rater: C  Lemecke
Test Date: 12/11/2000    Age: 16-5      Norm Group:  General

ITEMS BY SCALE
---------------

Scale: HYPERACTIVITY (cont)

| Item | Response |
|------|----------|
| 78. Hurries through assignments. | Almost Always |
| 91. Interrupts others when they are speaking. | Almost Always |
| 101. Talks too loud. | Sometimes |
| 112. Cannot wait to take turn. | Often |
| 125. Acts silly. | Never |
| 135. Calls out in class. | Often |

Scale: LEADERSHIP

| Item | Response |
|------|----------|
| 9. Is usually chosen as a leader. | Never |
| 22. Joins clubs or social groups. | Never |
| 44. Works well under pressure. | Sometimes |
| 57. Is creative. | Sometimes |
| 79. Gives good suggestions for solving problems. | Sometimes |
| 92. Attends after-school activities. | Never |
| 113. Has lots of ideas. | Never |
| 126. Makes decisions easily. | Often |
| 137. Is good at getting people to work together. | Never |

Scale: LEARNING

| Item | Response |
|------|----------|
| 10. Says that textbooks are hard to understand. | Never |
| 23. Has problems with mathematics. | Never |
| 45. Completes assignments incorrectly because of not following instructions. | Sometimes |
| 58. Gets failing school grades. | Almost Always |
| 80. Has poor handwriting or printing. | Sometimes |
| 93. Does not complete tests. | Sometimes |
| 104. Makes careless errors. | Sometimes |

Scanned Jun 18, 2013

01/26/2001        Teacher Rating Scales – Adolescent                    Page 11

Child: Ramirez, John                            Rater: C. Lemecke
Test Date: 12/11/2000        Age: 16-5         Norm Group:  General

## ITEMS BY SCALE

**Scale: LEARNING (cont)**

| Item | Response |
|------|----------|
| 114. Has reading problems. | Never |
| 127. Has spelling problems. | Sometimes |

**Scale: SOCIAL SKILLS**

| Item | Response |
|------|----------|
| 1. Shows interest in others' ideas. | Never |
| 14. Tries to bring out the best in other people. | Never |
| 36. Congratulates others when good things happen to them. | Never |
| 49. Admits mistakes. | Never |
| 62. Makes suggestions without offending others. | Never |
| 71. Says, "please" and "thank you." | Never |
| 84. Politely asks for help. | Never |
| 97. Compliments others. | Never |
| 105. Offers help to other children. | Sometimes |
| 118. Encourages others to do their best. | Never |
| 131. Volunteers to help with others. | Sometimes |

**Scale: SOMATIZATION**

| Item | Response |
|------|----------|
| 11. Complains of dizziness. | Never |
| 24. Complains of pain. | Never |
| 46. Complains of shortness of breath. | Never |
| 59. Has headaches. | Never |
| 81. Complains of being hot. | Never |
| 94. Complains of blurred vision. | Never |
| 115. Complains of being cold. | Never |
| 128. Complains about health. | Never |

**Scale: STUDY SKILLS**

| Item | Response |
|------|----------|
| 12. Uses the school library. | |

Scanned Jun 18, 2013

Teacher Rating Scales - Adolescent                                Page 12

Child: Ramirez, John
Test Date: 12/11/2000        Age: 16-5          Rater: C. Lemecke
                                                Norm Group:  General

ITEMS BY SCALE
--------------

Scale: STUDY SKILLS (cont)

| Item | | Response |
|---|---|---|
| 25. | Takes careful notes during lectures. | Never |
| 32. | Does extra credit. | Never |
| 47. | Studies with other students. | Never |
| 60. | Works hard, even in courses he or she does not like. | Sometimes |
| 67. | Reads assigned chapters. | Sometimes |
| 82. | Completes homework. | Sometimes |
| 95. | Asks to make up missed assignments. | Sometimes |
| 102. | Has good study habits. | Never |
| 116. | Analyzes the nature of a problem before starting to solve it. | Sometimes |
| 129. | Appears confident before tests. | Often |
| 136. | Is well organized. | Never |
| 138. | Reads. | Sometimes |

Scale: WITHDRAWAL

| Item | | Response |
|---|---|---|
| 13. | Refuses to talk. | Never |
| 48. | Refuses to join group activities. | Almost Always |
| 61. | Will change direction to avoid having to greet someone. | |
| 83. | Is shy with adults. | Never |
| 96. | Is chosen last by other children for games. | |
| 117. | Has trouble making new friends. | |
| 130. | Avoids other children. | Never |

Scanned Jun 18, 2013

03/04/2001          Teacher Rating Scales - Adolescent                    Page 13

Child: Ramirez, John                                    Rater: C. Lemecke
Test Date: 12/11/2000        Age: 16-5            Norm Group:  General

ITEM RESPONSES

| | | | |
|---|---|---|---|
| 1. N | 46. N | 91. A | 136. N |
| 2. O | 47. N | 92. N | 137. N |
| 3. S | 48. A | 93. S | 138. S |
| 4. S | 49. N | 94. N | |
| 5. N | 50. A | 95. S | |
| 6. | 51. N | 96. | |
| 7. N | 52. N | 97. N | |
| 8. A | 53. N | 98. A | |
| 9. N | 54. A | 99. N | |
| 10. N | 55. N | 100. A | |
| 11. N | 56. S | 101. S | |
| 12. | 57. S | 102. N | |
| 13. N | 58. A | 103. N | |
| 14. N | 59. N | 104. S | |
| 15. A | 60. S | 105. S | |
| | | | |
| 16. | 61. | 106. S | |
| 17. N | 62. N | 107. N | |
| 18. N | 63. A | 108. S | |
| 19. A | 64. N | 109. N | |
| 20. S | 65. A | 110. | |
| 21. O | 66. O | 111. N | |
| 22. N | 67. S | 112. O | |
| 23. N | 68. S | 113. N | |
| 24. N | 69. O | 114. N | |
| 25. N | 70. N | 115. N | |
| 26. A | 71. N | 116. S | |
| 27. N | 72. N | 117. | |
| 28. S | 73. N | 118. N | |
| 29. N | 74. A | 119. A | |
| 30. A | 75. N | 120. N | |
| | | | |
| 31. A | 76. | 121. S | |
| 32. N | 77. N | 122. N | |
| 33. A | 78. A | 123. S | |
| 34. A | 79. S | 124. N | |
| 35. A | 80. S | 125. N | |
| 36. N | 81. N | 126. O | |
| 37. A | 82. S | 127. S | |
| 38. N | 83. N | 128. N | |
| 39. O | 84. N | 129. O | |
| 40. N | 85. A | 130. N | |
| 41. | 86. N | 131. S | |
| 42. N | 87. N | 132. O | |
| 43. | 88. N | 133. O | |
| 44. S | 89. S | 134. | |
| 45. S | 90. N | 135. O | |

Scanned Jun 18, 2013

# BASC
**Teacher Rating Scales**

## TRS-A (12 - 18)

 **Computer Entry Form**

Cecil R. Reynolds and Randy W. Kamphaus

Child's name _John ___ Ramirez_   Your name _C. ___ Limele_
Date _12-1-00_  Birth date _6-29-84_  Age _16_  Position _Teacher_
School _Moody_   Grade _10_  What type of class do you teach _Resource/Remed._
Sex: ☐ Female ☑ Male  Other data ___   How long have you known this child ___

### Instructions

On both sides of this form are phrases that describe how children may act. Please read each phrase and mark the response that describes how this child has acted over the last six months. If the child's behavior has changed a great deal during this period, describe the child's recent behavior.

Please mark every item. If you don't know or are unsure, give your best estimate. A "Never" response does not mean that a child "never" engages in a behavior, only that you have not observed the child to behave that way.

Before starting, please provide the information requested in the box at the top of the page.

### How to Mark Your Responses

Circle N if the behavior never occurs.
Circle S if the behavior sometimes occurs.
Circle O if the behavior often occurs.
Circle A if the behavior almost always occurs.

Be certain to circle completely the letter you choose, like this:
N Ⓢ O A

If you wish to change a response, mark an X through it and circle your new choice, like this: N Ⓧ Ⓞ A

1. Shows interest in others' ideas .......... Ⓝ S O A
2. Dares other children to do things .......... N S Ⓞ A
3. Expresses self-doubt before tests .......... N Ⓢ O A
4. Listens to directions .......... N Ⓢ O A
5. Seems out of touch with reality .......... Ⓝ S O A
6. Steals at school .......... Ⓝ S O A
7. Says, "I don't have any friends." .......... Ⓝ S O A
8. Disrupts the schoolwork of other children ..... N S O Ⓐ
9. Is usually chosen as a leader .......... Ⓝ S O A
10. Says that textbooks are hard to understand .... Ⓝ S O A
11. Complains of dizziness .......... Ⓝ S O A
12. Uses the school library .......... Ⓝ S O A
13. Refuses to talk .......... Ⓝ S O A
14. Tries to bring out the best in other people ..... Ⓝ S O A
15. Is a "sore loser" .......... N S O Ⓐ
16. Has trouble deciding which courses to take at school .......... N S O A
17. Uses medication .......... Ⓝ S O A
18. Tries to hurt self .......... Ⓝ S O A
19. Is in trouble with the police .......... N S O Ⓐ
20. Says, "Nobody understands me." .......... N Ⓢ O A
21. Rushes through assigned work .......... N S Ⓞ A
22. Joins clubs or social groups .......... Ⓝ S O A
23. Has problems with mathematics .......... Ⓝ S O A
24. Complains of pain .......... Ⓝ S O A
25. Takes careful notes during lectures .......... Ⓝ S O A

26. Uses foul language .......... N S O Ⓐ
27. Has a hearing problem .......... Ⓝ S O A
28. Threatens to hurt others .......... Ⓝ S O A
29. Sees things that are not there .......... Ⓝ S O A
30. Complains about police or other law enforcement officers .......... N S O Ⓐ
31. Bothers other children when they are working . N S O Ⓐ
32. Does extra credit .......... Ⓝ S O A
33. Complains about rules .......... N S O Ⓐ
34. Acts without thinking .......... N S O Ⓐ
35. Throws tantrums .......... N S O Ⓐ
36. Congratulates others when good things happen to them .......... Ⓝ S O A
37. Argues when denied own way .......... N S O Ⓐ
38. Bites nails .......... Ⓝ S O A
39. Is easily distracted .......... N S Ⓞ A
40. Has strange ideas .......... Ⓝ S O A
41. Has to stay after school for punishment ...... Ⓝ S O A
42. Is sad .......... Ⓝ S O A
43. Seeks attention while doing schoolwork ...... N S O Ⓐ
44. Works well under pressure .......... N Ⓢ O A
45. Completes assignments incorrectly because of not following instructions .......... N Ⓢ O A
46. Complains of shortness of breath .......... Ⓝ S O A
47. Studies with other students .......... Ⓝ S O A
48. Refuses to join group activities .......... N S O Ⓐ
49. Admits mistakes .......... Ⓝ S O A

If this form is not printed with blue ink on white paper, it is not an original and may be an illegal photocopy.

**AGS** ®

© 1992, American Guidance Service, Inc. All rights reserved. No part of this form may be photocopied or otherwise reproduced. Printed in the U.S.A. on recycled paper. For additional forms, call or write American Guidance Service, 4201 Woodland Road, Circle Pines, MN 55014-1796; toll-free 1-800-328-2560, in Canada 1-800-263-3558. Ask for item #3817 (25/package).   A  0  9

Continue on the back ➡

Scanned Jun 18, 2013

04/27/2001     Behavior Assessment System For Children
                by Cecil R. Reynolds and Randy W. Kamphaus

SELF-REPORT OF PERSONALITY - ADOLESCENT
INDIVIDUAL REPORT

Child: John, Raniez                    School: Moody
Test Date: 04/27/2001                  Grade:
Birth Date: 06/29/1984                 Sex: Male
Age: 16-9                              Other Data:

The Behavior Assessment System for Children (BASC) is an integrated system
designed to facilitate the differential diagnosis and classification of a
variety of emotional and behavioral disorders of children and to aid in the
design of treatment plans.  This computer-generated report is based on one
component of this system and should not be the sole basis for making important
diagnostic or treatment decisions.  Guidance on interpreting the BASC is
provided in the BASC Manual.

CAUTION INDEXES

| Index           | Raw Score | Comment     |
| --------------- | --------- | ----------- |
| F               | 1         | ACCEPTABLE  |
| V               | 0         | ACCEPTABLE  |
| L               | 2         | ACCEPTABLE  |
| Response Pattern| 100       | ACCEPTABLE  |
| Consistency     | 2         | ACCEPTABLE  |

The following scale(s) are unscorable because 3 or more items were omitted:

Sense of Inadequacy
If a scale is unscorable, the scale T score and the corresponding composite
T score are not plotted on the profile or reported.

OMITTED ITEMS

The following items were not answered by the respondent:

Item
----
31. I am good at making decisions.
33. My parents blame too many of their problems on me.
39. Other people are against me.
86. When I am angry, I throw things.
87. Most teachers are lazy.
88. People say bad things to me.

COPYRIGHT 1996, AMERICAN GUIDANCE SERVICE, INC., CIRCLE PINES , MN 55014-1796

CHA
4-27-01

Scanned Jun 18, 2013

04/27/2001     Self-Report of Personality - Adolescent          Page  2

Child: John, Ramiez
Test Date: 04/27/2001     Age: 16-9

OMITTED ITEMS

The following items were not answered by the respondent:

Item
----
107. I am always disappointed with my grades.
114. Nobody ever listens to me.
126. People expect too much from me.
136. My teacher cares about me.
145. Adults have a better life than I do.
151. I am seldom happy with my efforts at school.
169. I quit easily.

CRITICAL ITEMS

Responses of True to the following items may deserve attention:

| Item | Response |
| ---- | -------- |
| 11. Someone wants to hurt me. | True |
| 21. No one understands me. | True |
| 38. I just don't care anymore. | True |
| 161. I get into fights at school. | True |

Scanned Jun 18, 2013

04/27/2001    Self-Report of Personality - Adolescent    Page 3

Child: John, Ramiez
Test Date: 04/27/2001    Age: 16-9    Norm Group: (X) General



CLINICAL SCALES

| T SCORE | SCHOOL MALADJUSTMENT Sch Tch Sen COM | CLINICAL MALADJUSTMENT Aty Loc Som Str Anx COM | Dep Ina | ESI | T SCORE |

04/27/2001      Self-Report of Personality - Adolescent       Page  4

Child: John, Ramiez
Test Date: 04/27/2001    Age: 16-9          Norm Group:  (X) General

```
           ADAPTIVE SCALE
  T   |-------------------------|  T
SCORE | Par Int Est Rel COM     | SCORE
------|-------------------------|------
 100 + |                         | + 100
      | |                       | |
      | |                       | |
  90 + |                         | + 90
      | |                       | |
      | |                       | |
  80 + |                         | + 80
      | |                       | |
      | |                       | |
  70 + |                         | + 70
      | |                       | |
      | |                       | |
  60 +-|-----------------------|-+ 60
      | |                       | |
      | |    X    X            | |
      | |  X                    | |
      | |            X          | |
  50 + |                         | + 50
      | |                       | |
      | |                       | |
  40 +-|-----------------------|-+ 40
      | |                       | |
      | |  X                    | |
      | |                       | |
  30 + |                         | + 30
      | |                       | |
      | |                       | |
  20 + |                         | + 20
      | |                       | |
      | |                       | |
  10 + |                         | + 10
      | |-----------------------| |
      | | Par Int Est Rel COM   | |
      |-------------------------|
```

Scale abbreviations key, in order
of presentation:

(Sch) Attitude To School
(Tch) Attitude To Teachers
(Sen) Sensation Seeking

(Aty) Atypicality
(Loc) Locus of Control
(Som) Somatization
(Str) Social Stress
(Anx) Anxiety

(Dep) Depression
(Ina) Sense of Inadequacy

(Par) Relations With Parents
(Int) Interpersonal
(Est) Self-Esteem
(Rel) Self-Reliance

Composite abbreviation key:

(COM) Composite
(ESI) Emotional Symptoms Index

Key to T score cutoffs:

Clinical Scales
-----------------
70+     Clinically Significant
60-69   At-Risk
41-59   Average
31-40   Low
-30     Very Low

Adaptive Scales
-----------------
70+     Very High
60-69   High
41-59   Average
31-40   At-Risk
-30     Clinically Significant

04/27/2001     Self-Report of Personality - Adolescent                Page   5

Child: John, Ramiez
Test Date: 04/27/2001      Age: 16-9          Norm Group:  General

SCORE SUMMARY: General Norm Group
------------------------------------

|                          |              |                |             | NORMATIVE COMPARISON |       | IPSATIVE COMPARISON* |          |      |
|--------------------------|-------------|-------|-------|----------------|-------|-------|-------|------|
| Scale                    | Raw Score   | Total Omits | T Score | 90% Conf Interval | %ile | Sig Diff | Level | Freq |
| **CLINICAL SCALES**      |             |       |       |                |      |      |       |      |
| Attitude To School       | 9           | 0     | 71    | 64-78          | 96   |      |       |      |
| Attitude To Teachers     | 6           | 2     | 62    | 54-70          | 85   |      |       |      |
| Sensation Seeking        | 7           | 0     | 55    | 46-64          | 71   |      |       |      |
| Atypicality              | 3           | 1     | 47    | 39-55          | 45   |      |       |      |
| Locus of Control         | 5           | 2     | 53    | 46-60          | 66   |      |       |      |
| Somatization             | 1           | 0     | 45    | 35-55          | 36   |      |       |      |
| Social Stress            | 5           | 2     | 52    | 45-59          | 62   |      |       |      |
| Anxiety                  | 3           | 0     | 41    | 35-47          | 24   |      |       |      |
| Depression               | 2           | 2     | 49    | 43-55          | 64   |      |       |      |
| Sense of Inadequacy      | 3           | 3     | UNSCORABLE |           |      |      |       |      |
| **ADAPTIVE SCALES**      |             |       |       |                |      |      |       |      |
| Relations With Parents   | 4           | 0     | 37    | 29-45          | 12   |      |       |      |
| Interpersonal Relations  | 16          | 0     | 57    | 50-64          | 78   |      |       |      |
| Self-Esteem              | 8           | 0     | 58    | 52-64          | 77   |      |       |      |
| Self-Reliance            | 7           | 1     | 59    | 48-70          | 82   |      |       |      |

   Clinical Scales:   Because of unscorable scales, Ipsative Comparisons cannot
                      be made.
   Adaptive Scales:   Because of unscorable scales, Ipsative Comparisons cannot
                      be made.

Note:  Scales with 1 or 2 omits have been prorated

COMPOSITES

| Composite              | Sum of T Scores | T Score | 90% Conf Interval | Percentile |
|------------------------|-----------------|---------|-------------------|------------|
| School Maladjustment   | 188             | 66      | 61-71             | 92         |
| Clinical Maladjustment | 238             | 47      | 43-51             | 45         |
| Personal Adjustment    | 211             | 54      | 49-59             | 54         |
| Emotional Symptoms Index |               | UNSCORABLE |              |            |

COMPARISON OF COMPOSITE SCORES

| Composite Pairs                                  | Diff | Sig Level | Freq of Difference |
|--------------------------------------------------|------|-----------|--------------------|
| School Maladjustment > Clinical Maladjustment    | 19   | .01       | <10%               |

Scanned Jun 18, 2013

04/27/2001    Self-Report of Personality - Adolescent          Page  6

Child: John, Raniez
Test Date: 04/27/2001    Age: 16-9

SELF-REPORT OF PERSONALITY - ADOLESCENT
SCORE NARRATIVE: General Norm Group

This report is based on the child's rating of himself.  Any score in the
Clinically Significant range suggests a high level of maladjustment.  Scores
in the At-Risk range identify either a significant problem that may not be
severe enough to require formal treatment or a potential of developing a
problem that needs careful monitoring.

Overview
--------

In the Emotional Symptom Index, Ramiez's score on this composite was not
calculated due to one or more unscorable scales.

School Maladjustment Composite
------------------------------

In the School Maladjustment composite, Ramiez's raw score yields a T score of
66 (90% confidence interval of 61-71) and a percentile rank of 92. This score
was in the At-Risk range. School Maladjustment scales and their ranges are as
follows: Attitude to School - Clinically Significant; Attitude to Teachers -
At-Risk; Sensation Seeking - Average.

Clinical Maladjustment Composite
--------------------------------

In the Clinical Maladjustment Composite, Ramiez's raw score yields a T score
of 47 (90% confidence interval of 43-51) and a percentile rank of 45. This
score was in the Average range. Clinical Maladjustment scales and their ranges
are as follows: Atypicality - Average; Locus of Control - Average;
Somatization - Average; Social Stress - Average; Anxiety - Average.

Additional Clinical Scales
--------------------------

Additional clinical scales are those not included in any composite. These
scales and their ranges are as follows: Sense of Inadequacy - Unscorable;
Depression - Average.

Personal Adjustment Composite
-----------------------------

In the Personal Adjustment composite, Ramiez's raw score yields a T score of
54 (90% confidence interval of 49-59) and a percentile rank of 54. This score
was in the Average range. Personal Adjustment scales and their ranges are as
follows: Relations with Parents - At-Risk; Interpersonal Relations - Average;
Self-Esteem - Average; Self-Reliance - Average.

Scanned Jun 18, 2013

04/27/2001     Self-Report of Personality - Adolescent          Page  7

Child: John, Ramiez
Test Date: 04/27/2001     Age: 16-9          Norm Group:  General

ITEMS BY SCALE
-------------

Scale: ANXIETY

| Item | Response |
|---|---|
| 5. I am afraid of a lot of things. | False |
| 19. I worry about what other people think about me. | False |
| 29. Little things bother me a lot. | True |
| 36. My feelings get hurt easily. | False |
| 50. I worry about little things. | False |
| 60. I worry about what is going to happen. | False |
| 67. I am afraid of being "put down" by a teacher. | False |
| 81. I have trouble making up my mind. | False |
| 98. I worry a lot of the time. | False |
| 112. I feel guilty about things. | True |
| 129. I often worry about something bad happening to me. | True |
| 143. I am nervous. | False |
| 160. I get nervous when things do not go the right way for me. | False |
| 174. I worry when I go to bed at night. | False |

Scale: ATTITUDE TO SCHOOL

| Item | Response |
|---|---|
| 3. I don't like thinking about school. | True |
| 18. School is a waste of time. | True |
| 34. I wish there were no report cards. | True |
| 49. I hate school. | True |
| 65. I don't care about school. | True |
| 80. My school feels good to me. | False |
| 96. I can hardly wait to quit school. | False |
| 111. Finishing my work is important to me. | False |
| 127. I get bored in school. | True |
| 158. School is boring. | True |

Scale: ATTITUDE TO TEACHERS

| Item | Response |
|---|---|
| 12. Teachers are neat people. | False |

Scanned Jun 18, 2013

04/27/2001     Self-Report of Personality – Adolescent      Page  8

Child: John, Ramiez
Test Date: 04/27/2001     Age: 16-9     Norm Group:  General

### ITEMS BY SCALE
----------------

**Scale: ATTITUDE TO TEACHERS (cont)**

| Item | Response |
|------|----------|
| 25. My teacher understands me. | False |
| 43. My teachers want too much. | False |
| 56. My teacher is always telling me what to do. | True |
| 74. Most teachers are unfair. | True |
| 87. Most teachers are lazy. | |
| 105. Teachers mostly look for the bad things that you do. | True |
| 136. My teacher cares about me. | |
| 167. My teacher is often proud of me. | False |

**Scale: ATYPICALITY**

| Item | Response |
|------|----------|
| 11. Someone wants to hurt me. | True |
| 24. I hear voices in my head. | False |
| 42. Sometimes I want to hurt myself. | False |
| 55. Sometimes I do things over and over and can't stop. | False |
| 61. I see weird things. | False |
| 73. I itch on the inside. | False |
| 86. When I am angry, I throw things. | |
| 92. I go from happy to mad very fast. | True |
| 104. My skin feels funny sometimes. | False |
| 117. I cannot control my thoughts. | False |
| 123. Sometimes, when alone, I hear my name. | False |
| 135. I have many accidents. | False |
| 148. I like to make up strange stories. | False |
| 154. Sometimes voices tell me to do bad things. | False |
| 166. I often have bad dreams. | False |
| 179. I still have fits of temper. | True |
| 185. I cannot stop myself from doing bad things. | False |

**Scale: DEPRESSION**

| Item | Response |
|------|----------|
| 7. I don't seem to do anything right. | False |

Scanned Jun 18, 2013

04/27/2001          Self-Report of Personality – Adolescent                Page  9

Child: John, Ramiez
Test Date: 04/27/2001     Age: 16-9          Norm Group:   General

ITEMS BY SCALE
--------------

Scale: DEPRESSION (cont)

| Item | Response |
|------|----------|
| 21. No one understands me. | True |
| 38. I just don't care anymore. | True |
| 52. I think I am dumb next to my friends. | False |
| 69. I never have anything to do that is really fun. | False |
| 83. Nothing goes my way. | False |
| 100. Nothing about me is right. | False |
| 106. Nothing ever goes right for me. | False |
| 114. Nobody ever listens to me. | |
| 131. Life is getting worse and worse. | False |
| 145. Adults have a better life than I do. | |
| 162. I am good at only one or two things. | False |
| 176. I always have bad luck. | False |

Scale: INTERPERSONAL RELATIONS

| Item | Response |
|------|----------|
| 1. I am good at making new friends. | True |
| 16. I am a likable person. | True |
| 32. I need help to get along with others. | False |
| 47. Others have respect for me. | True |
| 63. People think I am fun to be with. | True |
| 78. I enjoy making new friends. | True |
| 91. My classmates don't like me. | False |
| 94. I feel close to others. | True |
| 109. I am liked by others. | True |
| 122. Other kids hate to be with me. | False |
| 125. People like me because I am easy to talk to. | True |
| 140. I enjoy meeting others. | True |
| 153. Nobody likes me. | False |
| 156. My friends are usually kind to me. | True |
| 171. I am slow to make new friends. | False |
| 184. Other children don't like to be with me. | False |

Scanned Jun 18, 2013

04/27/2001          Self-Report of Personality - Adolescent          Page 10

Child: John, Ramiez
Test Date: 04/27/2001     Age: 16-9          Norm Group: General

ITEMS BY SCALE
--------------------

Scale: LOCUS OF CONTROL

| Item | | Response |
|------|---|---------|
| 2. | I can't seem to control what happens to me. | False |
| 17. | My parents expect too much from me. | False |
| 33. | My parents blame too many of their problems on me. | |
| 48. | My parents control my life. | True |
| 57. | What I want never seems to matter. | False |
| 64. | I can't cope with all my responsibilities at home. | False |
| 79. | I am blamed for a lot of things I don't do. | False |
| 95. | People get mad at me, even when I don't do anything wrong. | True |
| 110. | I can't stop myself from making mistakes. | False |
| 126. | People expect too much from me. | |
| 141. | I get blamed for things I can't help. | False |
| 157. | Bad things just happen. | True |
| 172. | My parents are always telling me what to do. | True |

Scale: RELATIONS WITH PARENTS

| Item | | Response |
|------|---|---------|
| 10. | I am an important person in my family. | True |
| 41. | My mother and father help me if I ask them to. | True |
| 72. | My parents trust me. | False |
| 103. | My parents are often proud of me. | False |
| 134. | My parents listen to what I say. | True |
| 149. | My mother and father like my friends. | False |
| 165. | I help make decisions at home. | True |
| 180. | I like to be close to my parents. | False |

Scale: SELF-ESTEEM

| Item | | Response |
|------|---|---------|
| 4. | I like who I am. | True |

Scanned Jun 18, 2013

04/27/2001          Self-Report of Personality - Adolescent                 Page 11

Child: John, Ramiez
Test Date: 04/27/2001      Age: 16-9          Norm Group:  General

ITEMS BY SCALE
--------------

Scale: SELF-ESTEEM (cont)

| Item | Response |
|------|----------|
| 35. My looks bother me. | False |
| 66. I wish I were someone else. | False |
| 97. I get upset about my looks. | False |
| 128. I like the way I look. | True |
| 142. I am nice looking. | True |
| 159. I wish I were different. | False |
| 173. I have nice hair. | True |

Scale: SELF-RELIANCE

| Item | Response |
|------|----------|
| 31. I am good at making decisions. | True |
| 62. I am good at showing others how to do things. | True |
| 93. I am dependable. | True |
| 124. I like to make decisions on my own. | True |
| 155. When I am wrong I can change things to be right again. | True |
| 183. I am a dependable friend. | True |
| 186. I am someone you can rely on. | True |

Scale: SENSATION SEEKING

| Item | Response |
|------|----------|
| 6. I like to argue. | True |
| 13. Stealing something from a store is exciting. | False |
| 20. I like it when my friends dare me to do something. | False |
| 30. I have been in the principal's office at least five times. | True |
| 37. I like to be scared. | False |
| 51. I like to play rough sports. | True |
| 68. I would rather work for the FBI than be a teacher. | False |

Scanned Jun 18, 2013

04/27/2001        Self-Report of Personality - Adolescent                Page 12

Child: John, Ramiez
Test Date: 04/27/2001        Age: 16-9          Norm Group:  General

ITEMS BY SCALE

Scale: SENSATION SEEKING (cont)

| Item | Response |
|------|----------|
| 82. I love thunderstorms. | False |
| 99. I like motorcycles. | False |
| 113. I like to ride in a car that is going fast. | True |
| 130. I like loud music. | True |
| 144. I like to take chances. | True |
| 161. I get into fights at school. | True |
| 175. I think it would be exciting to steal things. | False |

Scale: SENSE OF INADEQUACY

| Item | Response |
|------|----------|
| 14. I never quite reach my goal. | False |
| 27. When I take tests, I can't think. | False |
| 45. I don't like other people to know my grades. | True |
| 58. I usually fail. | False |
| 76. I want to do better, but I can't. | False |
| 89. Tests are not fair to most people. | True |
| 107. I am always disappointed with my grades. | |
| 118. I hide my work when the teacher walks by. | False |
| 120. When you fail at something, give up and go on to something else. | False |
| 138. I do not like to be called on in class. | True |
| 151. I am seldom happy with my efforts at school. | |
| 169. I quit easily. | |
| 182. I often get sick before tests. | False |

Scale: SOCIAL STRESS

| Item | Response |
|------|----------|
| 8. People act as if they don't hear me. | True |
| 22. Sometimes I feel lonely, even when there are people with me. | False |

Scanned Jun 18, 2013



Child: John, Ramiez
Test Date: 04/27/2001     Age: 16-9          Norm Group: General

ITEMS BY SCALE
----------------

Scale: SOCIAL STRESS (cont)

| Item | | Response |
|------|--|----------|
| 39. Other people are against me. | | |
| 53. I am left cut of things. | | |
| 70. Sometimes I feel as if I am invisible. | | False |
| 84. I feel really "stressed out". | | False |
| 88. People say bad things to me. | | True |
| 101. I feel that others do not like the way I do things. | | |
| 115. I am lonely. | | False |
| 132. Other children are happier than I am. | | False |
| 146. I feel out of place around people. | | True |
| 163. Other people always find things wrong with me. | | False |
| 177. My friends have more fun than I do. | | False |
| | | True |

Scale: SOMATIZATION

| Item | | Response |
|------|--|----------|
| 15. I am a healthy person. | | True |
| 28. I have fainting spells. | | False |
| 46. I am afraid I have cancer. | | False |
| 59. Other people are healthier than I am. | | False |
| 77. I often have headaches. | | False |
| 90. Sometimes my ears hurt for no reason. | | False |
| 108. My stomach gets upset more than most people. | | False |
| 121. Often I feel sick in my stomach. | | False |
| 139. Sore throats are a common problem of mine. | | False |
| 152. I think I have heart trouble. | | True |
| 170. I have trouble swallowing my food. | | False |

Scanned Jun 18, 2013

04/27/2001          Self-Report of Personality - Adolescent                Page 14

Child: John, Ramiez
Test Date: 04/27/2001      Age: 16-9          Norm Group:  General

                              ITEM RESPONSES

| | | | | |
|---|---|---|---|---|
| 1. T | 46. F | 91. F | 136. | 181. F |
| 2. F | 47. T | 92. T | 137. F | 182. F |
| 3. T | 48. T | 93. T | 138. T | 183. T |
| 4. T | 49. T | 94. T | 139. F | 184. F |
| 5. F | 50. F | 95. T | 140. T | 185. F |
| 6. T | 51. T | 96. F | 141. F | 186. T |
| 7. F | 52. F | 97. F | 142. T | |
| 8. T | 53. F | 98. F | 143. F | |
| 9. F | 54. T | 99. F | 144. T | |
| 10. T | 55. F | 100. F | 145. | |
| 11. T | 56. T | 101. F | 146. F | |
| 12. F | 57. F | 102. T | 147. F | |
| 13. F | 58. F | 103. F | 148. F | |
| 14. F | 59. F | 104. F | 149. F | |
| 15. T | 60. F | 105. T | 150. F | |
| | | | | |
| 16. T | 61. F | 106. F | 151. | |
| 17. F | 62. T | 107. | 152. T | |
| 18. T | 63. T | 108. F | 153. F | |
| 19. F | 64. F | 109. T | 154. F | |
| 20. F | 65. T | 110. F | 155. T | |
| 21. T | 66. F | 111. F | 156. T | |
| 22. F | 67. F | 112. T | 157. T | |
| 23. F | 68. F | 113. T | 158. T | |
| 24. F | 69. F | 114. | 159. F | |
| 25. F | 70. F | 115. F | 160. F | |
| 26. F | 71. F | 116. F | 161. T | |
| 27. F | 72. F | 117. F | 162. F | |
| 28. F | 73. F | 118. F | 163. F | |
| 29. T | 74. T | 119. F | 164. F | |
| 30. T | 75. F | 120. F | 165. T | |
| | | | | |
| 31. | 76. F | 121. F | 166. F | |
| 32. F | 77. F | 122. F | 167. F | |
| 33. | 78. T | 123. F | 168. F | |
| 34. T | 79. F | 124. T | 169. | |
| 35. F | 80. F | 125. T | 170. F | |
| 36. F | 81. F | 126. | 171. F | |
| 37. F | 82. F | 127. T | 172. T | |
| 38. T | 83. F | 128. T | 173. T | |
| 39. | 84. T | 129. T | 174. F | |
| 40. F | 85. T | 130. T | 175. F | |
| 41. T | 86. | 131. F | 176. F | |
| 42. F | 87. | 132. T | 177. T | |
| 43. F | 88. | 133. F | 178. F | |
| 44. F | 89. T | 134. T | 179. T | |
| 45. T | 90. F | 135. F | 180. F | |



**Computer Entry Form**

**SRP-A** (12 - 18)

Self-Report

Cecil R. Reynolds and Randy W. Kamphaus





### Instructions

On both sides of this form are sentences that many young people use to describe themselves. These sentences are listed to help you describe your thoughts, feelings, and actions.

Read each sentence carefully. If you agree with the sentence, circle the T for **True**. If you don't agree with it, circle the F for **False**. Here is an example:  1. I like parties. (T) F

If you want to change your answer, make an X through it and circle your new answer. Here is an example:
1. I like parties. (X) (F)

Please respond to each sentence truthfully as it applies to you. There are no right or wrong answers. Do not skip any sentences.

Before starting, please fill in the box at the top of the page.

1. I am good at making new friends. (T) F
2. I can't seem to control what happens to me.   T (F)
3. I don't like thinking about school. (T) F
4. I like who I am. (T) F
5. I am afraid of a lot of things.   T (F)
6. I like to argue. (T) F
7. I don't seem to do anything right.   T (F)
8. People act as if they don't hear me. (T) F
9. I always go to bed on time.   T F
10. I am an important person in my family. (T) F
11. Someone wants to hurt me. (T) F
12. Teachers are neat people.   T (F)
13. Stealing something from a store is exciting.   T (F)
14. I never quite reach my goal.   T (F)
15. I am a healthy person. (T) F
16. I am a likable person. (T) F
17. My parents expect too much from me.   T F
18. School is a waste of time. (T) F
19. I worry about what other people think about me.   T (F)
20. I like it when my friends dare me to do something.   T (F)
21. No one understands me. (T) F
22. Sometimes I feel lonely, even when there are people with me.   T (F)
23. I like everyone I meet.   T (F)
24. I hear voices in my head.   T (F)
25. My teacher understands me.   T (F)
26. I have not seen a car in at least six months.   T (F)

27. When I take tests, I can't think.   T (F)
28. I have fainting spells.   T (F)
29. Little things bother me a lot. (T) F
30. I have been in the principal's office at least five times. (T) F
31. I am good at making decisions.   T F
32. I need help to get along with others.   T (F)
33. My parents blame too many of their problems on me.   T F
34. I wish there were no report cards. (T) F
35. My looks bother me.   T (F)
36. My feelings get hurt easily.   T (F)
37. I like to be scared.   T (F)
38. I just don't care anymore. (T) F
39. Other people are against me.   T F
40. I always do homework on time.   T (F)
41. My mother and father help me if I ask them to. (T) F
42. Sometimes I want to hurt myself.   T (F)
43. My teachers want too much.   T (F)
44. The local newspaper has a story about me almost every day.   T (F)
45. I don't like other people to know my grades. (T) F
46. I am afraid I have cancer.   T (F)
47. Others have respect for me. (T) F
48. My parents control my life. (T) F
49. I hate school. (T) F
50. I worry about little things.   T (F)
51. I like to play rough sports. (T) F
52. I think I am dumb next to my friends.   T (F)

53. I am left out of things.   T (F)
54. I get mad at my parents sometimes. (T) F
55. Sometimes I do things over and over and can't stop. (T) F
56. My teacher is always telling me what to do. (T) F
57. What I want never seems to matter.   T (F)
58. I usually fail.   T (F)
59. Other people are healthier than I am.   T (F)
60. I worry about what is going to happen.   T (F)
61. I see weird things.   T (F)
62. I am good at showing others how to do things. (T) F
63. People think I am fun to be with. (T) F
64. I can't cope with all my responsibilities at home. (T) F
65. I don't care about school. (T) F
66. I wish I were someone else.   T (F)
67. I am afraid of being "put down" by a teacher.   T (F)
68. I would rather work for the FBI than be a teacher.   T (F)
69. I never have anything to do that is really fun.   T (F)
70. Sometimes I feel as if I am invisible.   T (F)
71. My social life is just perfect.   T (F)
72. My parents trust me.   T (F)
73. I itch on the inside.   T (F)
74. Most teachers are unfair. (T) F
75. Superman is a real person.   T (F)

Continue on the back ➡

76. I want to do better, but I can't.   T (T) F

77. I often have headaches.   T (F)

78. I enjoy making new friends.   (T) F

79. I am blamed for a lot of things I don't do.   T (F)

80. My school feels good to me.   T (F)

81. I have trouble making up my mind.   T (F)

82. I love thunderstorms.   T (F)

83. Nothing goes my way.   T (F)

84. I feel really "stressed out."   (T) F

85. I always think before I act.   (T) F

86. When I am angry, I throw things.   T F

87. Most teachers are lazy.   T F

88. People say bad things to me.   T F

89. Tests are not fair to most people.   (T) F

90. Sometimes my ears hurt for no reason.   T (F)

91. My classmates don't like me.   T (F)

92. I go from happy to mad very fast.   (T) F

93. I am dependable.   (T) F

94. I feel close to others.   (T) F

95. People get mad at me, even when I don't do anything wrong.   (T) F

96. I can hardly wait to quit school.   T (F)

97. I get upset about my looks.   T (F)

98. I worry a lot of the time.   (T) F

99. I like motorcycles.   T (F)

100. Nothing about me is right.   T (F)

101. I feel that others do not like the way I do things.   T (F)

102. I feel bad when people criticize me.   (T) F

103. My parents are often proud of me.   T (F)

104. My skin feels funny sometimes.   T (F)

105. Teachers mostly look for the bad things that you do.   (T) F

106. Nothing ever goes right for me.   T (F)

107. I am always disappointed with my grades.   T F

108. My stomach gets upset more than most people.   T (F)

109. I am liked by others.   (T) F

110. I can't stop myself from making mistakes.   T (F)

111. Finishing my work is important to me.   T (F)

112. I feel guilty about things.   T (F)

113. I like to ride in a car that is going fast.   T F

114. Nobody ever listens to me.   T F

115. I am lonely.   T (F)

116. I sometimes get mad.   (T) F

117. I cannot control my thoughts.   T (F)

118. I hide my work when the teacher walks by.   T (F)

119. My parents are always right.   T (F)

120. When you fail at something, give up and go on to something else.   T (F)

121. Often I feel sick in my stomach.   T (F)

122. Other kids hate to be with me.   T (F)

123. Sometimes, when alone, I hear my name.   T (F)

124. I like to make decisions on my own.   T   F

125. People like me because I am easy to talk to.   T   F

126. People expect too much from me.   T F

127. I get bored in school.   T (F)

128. I like the way I look.   (T) F

129. I often worry about something bad happening to me.   T (F)

130. I like loud music.   (T) F

131. Life is getting worse and worse.   T (F)

132. Other children are happier than I am.   T (F)

133. I tell the truth every single time.   T (F)

134. My parents listen to what I say.   (T) F

135. I have many accidents.   T (F)

136. My teacher cares about me.   T F

137. I take a plane trip from New York to Chicago at least twice a week.   T (F)

138. I do not like to be called on in class.   (T) F

139. Sore throats are a common problem of mine.   T (F)

140. I enjoy meeting others.   (T) F

141. I get blamed for things I can't help.   (T) F

142. I am nice looking.   (T) F

143. I am nervous.   (T) F

144. I like to take chances.   T (F)

145. Adults have a better life than I do.   T   F

146. I feel out of place around people.   T (F)

147. I always do what my parents tell me.   T (F)

148. I like to make up strange stories.   T (F)

149. My mother and father like my friends.   T (F)

150. I am sometimes jealous.   T (F)

151. I am seldom happy with my efforts at school.   T (F)

152. I think I have heart trouble.   T (F)

153. Nobody likes me.   T (F)

154. Sometimes voices tell me to do bad things.   T (F)

155. When I am wrong I can change things so I can be right again.   (T) F

156. My friends are usually kind to me.   (T) F

157. Bad things just happen.   (T) F

158. School is boring.   (T) F

159. I wish I were different.   T (F)

160. I get nervous when things do not go the right way for me.   T (F)

161. I get into fights at school.   (T) F

162. I am good at only one or two things.   T (F)

163. Other people always find things wrong with me.   T (F)

164. I am the most popular person in town.   T (F)

165. I help make decisions at home.   (T) F

166. I often have bad dreams.   (T) F

167. My teacher is often proud of me.   (T) F

168. Television does not really exist.   T (F)

169. I quit easily.   T F

170. I have trouble swallowing my food.   T (F)

171. I am slow to make new friends.   T (F)

172. My parents are always telling me what to do.   T (F)

173. I have nice hair.   (T) F

174. I worry when I go to bed at night.   T (F)

175. I think it would be exciting to steal things.   T (F)

176. I always have bad luck.   T (F)

177. My friends have more fun than I do.   T   F

178. I have some bad habits.   T   F

179. I still have fits of temper.   (T) F

180. I like to be close to my parents.   (T) F

181. I have just returned from a nine-month trip on an ocean liner.   T (F)

182. I often get sick before tests.   T (F)

183. I am a dependable friend.   (T) F

184. Other children don't like to be with me.   T (F)

185. I cannot stop myself from doing bad things.   T (F)

186. I am someone you can rely on.   (T) F

If this form is not printed with blue ink on white paper, it is not an original and may be an illegal photocopy.



AGS   © 1992, American Guidance Service, Inc. All rights reserved. No part of this form may be photocopied or otherwise reproduced. Printed in the U.S.A. on recycled paper.   For additional forms, call or write American Guidance Service, 4201 Woodland Road, Circle Pines, MN 55014-1796; toll-free 1-800-328-2560. In Canada 1-800-263-3558. Ask for item #3822 (25/package).   A 0 9 8

Scanned Jun 18, 2013



### CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

## PRE-ARD INFORMATION

STUDENT: _John Ramirz_    ARD DATE _9-29-95 (Fri.)_ 8:30

HOMEROOM TEACHER: _James_

READING TEACHER: _B. Janz_

MATH TEACHER: _____

SUBJECTS:

| | Present Level | Level to Be Completed By the End of May | Comments |
|---|---|---|---|
| Reading | 6 | 6 | |
| Language | 6 | 6 | |
| Spelling | | | |
| Mathematics | | | |
| Science/Social Science | 6 | 6 | |

COMPETENCIES (tasks student is able to do):

He is extremely bright on one to one or if I sit with his group.

ACADEMIC CONCERNS: He is experiencing failure because of his inability to focus even in small group activities which we have focus on this sixweeks

BEHAVIOR CONCERNS: - John is extremely active. He has a hard time concentrating. Talking to his grandmother (guardian) tells me he is suppose to be on medication

RECOMMENDATION(S) FOR SPECIAL EDUCATION SERVICES FOR NEXT YEAR:

He needs medication

CH-ARD(Ardanz?   PLEASE RETURN PROMPTLY

## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
Corpus Christi, Texas

### PRE-ARD INFORMATION

STUDENT: _John Ramirez_        ARD DATE _(time) 9-28-95_

HOMEROOM TEACHER: _Tamez / Poelma_

READING TEACHER: _Tamez_

MATH TEACHER: _Poelma_

SUBJECTS:

| | Present Level | Level to Be Completed By the End of May | Comments |
|---|---|---|---|
| Reading | | | |
| Language | | | |
| Spelling | | | |
| Mathematics | | | |
| Science/Social Science | | | |

COMPETENCIES (tasks student is able to do):

+, − with just 70% accuracy

ACADEMIC CONCERNS:   cannot × ÷ with 70% accuracy

BEHAVIOR CONCERNS:
cannot concentrate due to extreme nervous movements and loss of concentrations

RECOMMENDATION(S) FOR SPECIAL EDUCATION SERVICES FOR NEXT YEAR:
Should stay in Reg. Math with Modifications & if doctor recommends something to improve his concentration ability

RC 9665114                     SRC 9665114 O
                      SCHOOL - O53 WYNN SEALE

REPORT CARD OF RAMIREZ          JOHN          H GR O6  SEX M  RACE H  DOB 06/29/8
EFF CHANGE DATE   - -      LEP:   DIS:     RIC: O SIC:       STATUS:ACTIVE
A                                       6          6          6           SEM SEM
C P CRS  SC DESCRIP        TEACHER   ROOM WK GR C A WK GR C A WK GR C A  EXM AVG A

   1 MO6_ O5 MATH 6        POELMA    O115 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   2 SO2_ O5 GEN SCI 6     POELMA    O115 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   3 OO1_ O1 BND BG678     KOCH      O402 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   4 AO8_ O3 ART 6         SCHAUDIES O224 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   5 EO6_ O6 ENG 6         TAMEZ     O116 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   6 DO6_ O6 READ 6        TAMEZ     O116 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   7 TO9_ O5 SS 6          TAMEZ     O116 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___
   8 PO9_ O3 PE/HLTH 6     PRINCE    O404 1:___ ___ 2:___ ___ 3:___ ___ ___ ___ ___

## WYNN SEALE ACADEMY OF FINE ARTS
### FLEXIBLE SCHEDULE

The educational instruction at Wynn Seale AFA is on flexible scheduling for the 1995-96 school year. Students attend 360 minutes of instruction daily. However, students may or may not meet daily for a particular subject. The individual subject instruction time is left to the discretion of the students' two teachers who teach language arts, mathematics, science, history, and reading. Sixth and seventh graders attend the physical education class every other day. On the days these students do not participate in physical education, they are actively involved in enrichment activities in their regular assigned classrooms. In addition, eighth graders are provided the opportunity to participate in the enrichment program. This enrichment program is a 45-minute period which is part of the daily instructional 360 minutes.

Richard Peltz, Principal
Wynn Seale Academy of Fine Arts

Scanned Jun 18, 2013

 CONFIDENTIAL 



**HOUSTON INDEPENDENT SCHOOL DISTRICT**
**CHILD STUDY DEPARTMENT**

Eligibility Report: LEARNING DISABILITY

NAME: Ramirez, John
DOB: 6-29-84
DATE OF MDT:

ID: 446042
SCHOOL: Jefferson Elem.
GRADE: Fifth

The Multidisciplinary Team confirms the presence of a learning deficit demonstrated by a severe discrepancy between academic achievement and intellectual ability.

(X) Yes        ( ) No

Areas of Severe Deficit
Written Language
Listening Comprehension

Method used to determine severe discrepancy:
—x disability area(s) more than one standard deviation below assessed intelligence on approved standardized instruments;
—— comparison of actual achievement standard score to predicted score (regression formula);
—— other, explain _____ . See CIA, _____.

Relevant physical and behavioral considerations have been discussed in the CIA.

It is the opinion of the Multidisciplinary Team that the demonstrated deficits are NOT primarily due to : visual, hearing, motor handicap; mental retardation, emotional disturbance, or environmental, cultural, or economic disadvantage.  See CIA.

(X) Yes        ( ) No

The Multidisciplinary Team determines that:
a. the services available through regular and compensatory education programs are insufficient for the student to make satisfactory progress.
(X) Yes        ( ) No

b. the services needed are available only through special education.
See CIA, 1-9-95.   (X) Yes        ( ) No

Multidisciplinary Assessment Team

|  | Agree | Disagree |
|---|---|---|
| Marti Aratoon  Educational Diag | (X) | ( ) |
| Licensed/Certified Assessment Personnel    Title | | |
| Lynn Jessup, Evaluation Specialist | (X) | ( ) |
| Personnel Certified/Trained in the Area of Learning Disabilities  Title | | |
| School Personnel                              Title | ( ) | ( ) |

 

HOUSTON INDEPENDENT SCHOOL DISTRICT
3830 Richmond Avenue  Houston, Texas 77027
(713) 861-1217

CHILD STUDY BUREAU
COMPREHENSIVE INDIVIDUAL ASSESSMENT
Report Date: 1/09/95

NAME: Ramirez, John
DOB: 6-29-84
CA: 10-5
SEX: Male
ETHNICITY: Hispanic
EXAMINER: Martivee Aratoon, M.Ed.
          Educational Diagnostician

.ID:      446042
SCHOOL:   Jefferson Elem.
GRADE:    Fifth
PARENT:   Lupe Alejandro
ADDRESS:  4410 Fulton, #5
PHONE:    691-5572

PART I:  Determination of Disability and Educational Need

REASON FOR REFERRAL:

Initial Assessment — John's inability to maintain attention or focus on work. He is in constant motion and displays frustration with self because of attention deficits.

ASSESSMENT OF PHYSICAL, MENTAL, OR EMOTIONAL CONDITIONS
Information related to the assessment of physical, mental, or emotional conditions was obtained from the following sources:

|                              | Date     |                          | Date            |
|------------------------------|----------|--------------------------|-----------------|
| Home Language Survey         | 9/?/94   | Initial Referral         | 11/03/94        |
| Language Rating Scale        |          | Vision/Hearing           | 10/24 & 8/29/94 |
| Classroom Observation        | 11/17/94 | Physician Report         | N/A             |
| LAS Testing                  | N/A      | OT/PT Evaluation         | N/A             |
| LPAC Deliberations           | N/A      | Functional Vision        | N/A             |
| Speech/Language Evaluation   | 5/21/93  | Behavior Rating Scale    | 11/31/94        |
| Sociological Data Form       | 11/08/94 | Psychological Evaluation | N/A             |
| Intellectual Assessment      | 11/29/94 | Psychiatric Evaluation   | N/A             |
| Adaptive Behavior            | N/A      | Parent/Student Rights    | 11/08/94        |
| Academic Performance Levels  | 11/29/94 | Notice of Referral       | 11/08/94        |
| Vocational Assessment        | N/A      | Other                    | N/A             |

WARNING — THIS DATA, INCLUDING PSYCHIATRIC AND PSYCHOLOGICAL EVALUATIONS, HAS BEEN PREPARED BY SPECIALISTS IN THEIR RESPECTIVE FIELDS AND MAY BE INTERPRETED OR USED ONLY BY THOSE LICENSED TO DO SO. HOUSTON INDEPENDENT SCHOOL DISTRICT

LANGUAGE DOMINANCE AND PROFICIENCY:
The student's home language is reported by the parents to be Spanish on the Home Language Survey and Sociological Data Form.

Based upon observation suggests levels of receptive proficiency in the dominant language appears to be below age expectancy. The examiner's observation suggests that the level of expressive competency in the dominant language appears to be below age expectancy.

The Language Rating Scale completed by the teacher indicates that John frequently uses incomplete sentences; often gropes for words to