

express himself; has difficulty relating ideas in logical sequence and his speech is difficult to understand. He has average vocabulary for age and usually relates facts into meaningful ideas.

Please refer to the Speech/Language assessment for further information.

Please refer to the discussion of formal testing procedures in this report under Assessment of Educational Performance Levels.

Modifications in Testing Procedures
Based on the assessment of the student's language abilities, the remainder of the assessment was conducted in English.

Language proficiency abilities were considered in all test selections; therefore, standard assessment procedures were used.

PHYSICAL:

Assessment of the physical factor suggests that the student is in good general health with adequate vision and hearing.

Assessment of psychomotor functioning using the Bender suggests that John has a moderate visual perception problem for his mental age.

Modifications in Testing Procedures
The physical factor does not appear to affect this student's educational functioning.

EMOTIONAL/BEHAVIORAL:

Out of School Behavior:
The parent reports that John has a lot of anger.

In School Behavior:
Characteristics that may influence the student's learning include: continually disrupts classroom; is never attentive; is highly disorganized; becomes extremely excitable; avoided by others; rejects responsibility; seldom finishes even with guidance and is always rude.

Classroom Observation—Suspected LD Student:
The student was observed in the classroom by Marti Arataon. Observational data indicates that ___ was playing with 2 paintbrushes throughout the lesson. The teacher re-directed him she gave him a choice to go to his desk or work in a small group; he did not make a decision.

Test Behavior and Observation:
John appeared for testing willingly. John was of average height and of average weight for John's age. Rapport was easy to establish and was maintained throughout testing. John was talkative, volunteered information and asked many questions, presenting a rather positive general affect. John was cooperative, helpful and appeared

 

self-motivated for task completion, working diligently on presented items. Even on tasks beyond John's ability John made persistent attempts and fully utilized the allotted time. John maintained a task oriented approach throughout testing. Response style was more reflective than impulsive. Problem solving skills were of a trial and error approach. Speech was intelligible. Language consisted of single words, phrases, and complete sentences. Testing was completed in three sessions. Eye contact was established. Receptive and expressive language were adequate for testing purposes. John exhibited good attending skills and contributed good effort toward testing. John was very responsive to verbal reinforcement. Fine motor coordination was adequate for the purpose of testing. Vision and hearing appeared adequate. Test results are considered an accurate estimate of John's functioning level at this time.

Modifications in Testing Procedures
The Emotional/Behavioral factor does  affect this student's educational functioning.

Emotional/behavioral factors resulted in modification of test procedures to include: allowing unusual student freedom of movement during testing.

SUMMARY STATEMENT
Characteristics of the student's behavior, as manifested in in-school, and out-of-school settings do  appear to influence John's EDUCATIONAL PLACEMENT, PROGRAMMING, or DISCIPLINE.

SOCIOLOGICAL

Family History
The student lives with his grandmother and 7 siblings.

Educational History
The student has attended Jefferson school since kindergarten. School records indicate good attendance.
The student is currently enrolled as a Special Education student in Speech under the Speech Impaired handicapping condition
Refer to the Sociological for further information.
Language of instruction for this student has been consistent.

SUMMARY COMMENTS

Cultural and/or lifestyle factors DO NOT influence the student's learning and/or behavioral pattern. Explanation: No significant factors are identified in the sociological data.

The student's sociological status indicates DOES NOT indicate a LACK OF PROVIDED EDUCATIONAL OPPORTUNITIES. Explanation: No significant factors are identified in the sociological data.




INTELLECTUAL:

Intellectual information is analyzed and interpreted in light of data collected in the previous sections. ID determinations are made using measures from the State Board of Education approved list.

Wechsler Intelligence Scale for Children-Third Edition (WISC-III)
Results to be used for diagnostic purposes only.

VIQ: 107       PIQ: 106       FSIQ: 107

VERBAL SCALED SCORES                    PERFORMANCE SCALED SCORES

Information          10             Picture Completion      12
Similarities         12             Coding                   8
Arithmetic           14             Picture Arrangement      9
Vocabulary            8             Block Design            13
Comprehension        12             Object Assembly         12
Digit Span           13


Results and Interpretations:

WISC-III
John's performance on the WISC-III indicates that John is presently functioning overall in the average range of intelligence. Verbal comprehension skills are in the average range of intelligence. Perceptual organizational skills are in the average range of intelligence. Comparison of verbal comprehension skills and perceptual organizational skills indicates no significance. Analysis of the profile of Verbal subtest scores indicates a relative strength in arithmetic reasoning and a relative weakness in general expressive word knowledge. Analysis of the performance subtest scores indicates a relative strength in nonverbal problem solving and a relative weakness in visual perceptual motor.

ADAPTIVE BEHAVIOR

Parent observations and additional information obtained from teacher and parents indicate adaptive behavior to be adequate for the student's chronological age.

SUMMARY OF INTELLECTUAL ASSESSMENT
The WISC-III is considered the best indicator of the student's intellectual ability.

ASSESSMENT OF EDUCATIONAL PERFORMANCE LEVELS

Sources of data:                           Date
Psychoeducational assessment               11/29/94

 

TEST RESULTS:

Bender Visual Motor Gestalt Test
(Watkins norms)

Time: 3 minutes  45 seconds                    Errors: 6

MA Interpretation:    Moderate
CA Interpretation:    Normal

Wide Range Achievement Test-Revised (WRAT-R)

| | GE | %ILE | SS |
|---|---|---|---|
| Spelling | 5 | 68 | 107 |

Woodcock-Johnson Tests of Achievement-Revised (WJ-R)

| Standard Battery | GE | AE | %ILE | SS |
|---|---|---|---|---|
| Letter-Word ID | 4.7 | 9-11 | 44 | 98 |
| Passage Comprehension | 4.2 | 9-9 | 39 | 96 |
| Calculation | 5.4 | 10-9 | 64 | 105 |
| Applied Problems | 7.4 | 12-9 | 88 | 118 |
| Dictation | 3.1 | 8-6 | 19 | 87 |
| Writing Samples | 3.3 | 8-8 | 29 | 92 |

| Supplemental Battery | GE | AE | %ILE | SS |
|---|---|---|---|---|
| Proofing | 3.7 | 9-1 | 28 | 91 |

| Standard Battery Clusters | GE | AE | %ILE | SS |
|---|---|---|---|---|
| Broad Reading | 4.5 | 9-10 | 41 | 97 |
| Broad Mathematics | 6.0 | 11-4 | 80 | 112 |
| Broad Writ. Lang. | 3.2 | 8-7 | 16 | 85 |

| Supplemental Battery Cluster | GE | AE | %ILE | SS |
|---|---|---|---|---|
| Basic Writing Skills | 3.4 | 8-10 | 20 | 87 |

Woodcock Language Proficiency Battery-Revised

| Oral Language Cluster | GE | AE | %ile | SS |
|---|---|---|---|---|
| Memory for Sentences | 4.8 | 10-3 | 47 | 99 |
| Picture Vocabulary | 4.6 | 9-6 | 43 | 97 |
| Oral Vocabulary | 4.2 | 9-7 | 35 | 95 |
| Oral Vocabulary | 6.7 | 12-7 | 80 | 110 |
| Listening Comp. | 3.1 | 8-7 | 27 | 91 |
| Verbal Analogies | 6.2 | 11-8 | 70 | 108 |

RESULTS AND INTERPRETATIONS:

Determination of a Severe Discrepancy:
The intelligence measure used to determine a Severe Discrepancy is the
WISC-I  with a mean of 100 and a standard deviation of 15. The Severe

 

Discrepancy determination is based upon a comparison of achievement standard scores with the student's intelligence score of 107.

### Bender

John's error score indicates a no degree of deficit based on John's chronological age, with moderate degree of deficit based on John's mental age. John's errors include: dashes and commas for dots or circles; substitutions and perseveration.

### WLPB-R

John's performance on the Woodcock Language Proficiency Battery-Revised indicates that John's academic achievement in oral language is commensurate with John's level of intellectual functioning.

### WJ-R

John's performance on the WJ-R indicates that John's academic achievement in Written Language is not commensurate with John's level of intellectual functioning. An educational deficit was noted in the following area: Written Language

### WRAT-R

John's performance on the WRAT-R indicates that John's academic achievement in Spelling is not commensurate with John's level of intellectual functioning.

The student demonstrates significant educational deficits in the area(s) of:
Written Expression
Listening Comprehension

The student appears to meet specific eligibility criteria for special education services based upon the attached eligibility reports for the following handicapping condition: Learning Disabled.

Marlivee Aratoon

Marlivee Aratoon, M.Ed.
Educational Diagnostician
01/00/96

Scanned Jun 18, 2013

 

HOUSTON INDEPENDENT SCHOOL DISTRICT
3830 Richmond Avenue  Houston, Texas 77027
(713) 861-1217

CHILD STUDY BUREAU
COMPREHENSIVE INDIVIDUAL ASSESSMENT
Report Date: 1/09/95

NAME: Ramirez, John
DOB: 6-22-84
CA: 10-5
SEX: Male
ETHNICITY: Hispanic
EXAMINER: Martivee Aratoon, M.Ed.
          Educational Diagnostician

ID:       446042
SCHOOL:   Jefferson Elem.
GRADE:    Fifth
PARENT:   Lupe Alejandro
ADDRESS:  4410 Fulton, #5
PHONE:    691-5572

PART II:  ASSESSMENT OF LEARNING COMPETENCIES

Sources of Data:
Criterion, Curriculum Referenced
and Other Measures

Psychoeducational Assessment
Wide Range Achievement Test-Revised (WRAT-R)
Woodcock-Johnson Tests of Achievement-Revised (W-J-R)
Woodcock Language Proficiency Battery-Revised

Date:

11/29/94

ANALYSIS OF STRENGTHS AND WEAKNESSES
SUBJECT MATTER/SKILL AREA

ACADEMIC/DEVELOPMENTAL
WRITTEN EXPRESSION
Strengths:
  Draw geometric shapes and marks resembling letters.
 -Write upper and lower case letters of the alphabet.
 -Write upper and lower case letters of the alphabet and words from
dictation.

Weaknesses:
 -Write complete sentences to convey ideas.
 -Write short paragraph which describe and/or explain.
 -Copy written material correctly.
 -Recognize and apply the rules for capitalization and punctuation
 -Recognize and apply the rules for grammar and spelling.

LISTENING (COMPREHENSION)
Strengths:
 -Identify rhyming parts.
 -Associate sounds with objects, animals, people, and situations.
 -Respond appropriately to action words.

 

Weaknesses
-Follow oral directions which require comprehension or directional and positional concepts.
-Execute 3 verbal directions in sequential order.
-Repeat digits, words, phrases, and sentences from memory.
-Detect likenesses and differences, cause and effect relationships in what he hears and sees.
-Make comparison in sizes, colors, shapes, and sounds.
-Listen attentively and respond appropriately.
-Respond appropriately to concrete and abstract questions.

Recommended adaptations/modifications of instructional content, settings, methods or materials in REGULAR and other special and COMPENSATORY EDUCATION PROGRAMS (including regular physical education, if needed) required by the student to achieve and maintain satisfactory progress:

"MODIFICATIONS:"

Changes in pace of instruction
Short Answer Tests
Modified tests
Leave class for resource assistance
Shorten assignments
Assignment notebooks
Study sheets
Reduce pencil/paper tasks
Oral directives  with visual
Changes in requirements of essential elements
Changes in projects or report requirements

Assistive Technology
Assistive technology needs were considered and based on the previously addressed competencies:
-assistive technology devices and services are not recommended at this time.

Recommended modifications of instructional content, settings, methods, or materials that can ONLY be provided through SPECIAL EDUCATION SERVICES (including adapted physical education, if indicated) REQUIRED by the student to achieve and maintain satisfactory progress:

Alternate curriculum
with group instruction
Individual time on tasks or
within small group.

GRADING CRITERIA

The student's disability appears to significantly interfere with his ability to meet regular master level standards.  Therefore, standards for

 

determining passing grades and maintaining extracurricular eligibility will be based on revised grading criteria for the following subjects:

SUBJECT AREA                                    REVISION
Written Expression                                 70% of functioning level

TAAS RECOMMENDATIONS
Based on the results of this assessment, it is recommended that John may be exempt from the TAAS in composition.

Marilvee Aratoon

Marilvee Aratoon, M.Ed.
Educational Diagnostician
01/09/95

# CHILD STUDY BUREAU
## CENTRAL MDT REQUEST FORM

STUDENT NAME __John Ramirez__ DOB __6-29-84__

STUDENT ID __446 042__ GRADE __5__

CAMPUS __Jefferson__

SPECIALIST __Mari. Aratoon/E. Ford__

TYPE OF CASE: (Circle the appropriate case)

Possible MR    (Possible ED)    Re-eval Label Change

Transfer (out of District)    Bilingual    ECH    LD-UIQ/PIQ

OUTCOME: (To be completed by CMDT Chairperson)
__Documented disruptive behavior__
__warrant the appropriateness for a__
__Psychiatric Eval.__

Additional Testing Recommended    (YES)    NO

CMDT MEMBERS:    DATE OF CMDT: __02/03/95__

__Robert G. Koest__
__Gary McMorran__
__Mali Aratoon__
__Elaine Ford, P.D.__

Specialist Assigned (To be completed by Director) _____

Assignment _____

Reviewed by _____

**COPY**

Name: JOHN RAMIREZ

ID:

**CONFIDENTIAL**

Page: 1



Sex: M
Examiner: ABATOON
Testing Date: 11/29/94
Birth Date: 06/29/84
Age: 10 years  5 months
Grade Placement: 5
Years Retained: 0
Years Skipped: 0
Years of Schooling: 5.0

School/Agency: JEFFERSON
Teacher/Dept:
City:                        State:
Adult Subjects
  Education:
  Occupation:
Other Info:
Glasses:                  Used:
Hearing Aid:              Used:

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv. | RMI | | SS | PR |
|---|---|---|---|---|---|---|---|---|
| Memory for Sentences | 45 | 498 | 9-6 | 4.6 | 87/90 | | 97 | 43 |
| | | | | | | -1 SEM | 91 | 27 |
| | | | | | | +1 SEM | 103 | 58 |
| Picture Vocabulary | 32 | 497 | 9-7 | 4.2 | 84/90 | | 95 | 36 |
| | | | | | | -1 SEM | 89 | 23 |
| | | | | | | +1 SEM | 101 | 53 |
| 3. Oral Vocabulary | 23 | 509 | 12-1 | 6.7 | 96/90 | | 113 | 80 |
| | | | | | | -1 SEM | 107 | 68 |
| | | | | | | +1 SEM | 119 | 90 |
| COMPREHENSION-KNOWLEDGE (Gc) | ---- | 503 | 10-9 | 5.3 | 92/90 | | 103 | 58 |
| | | | | | | -1 SEM | 99 | 47 |
| | | | | | | +1 SEM | 107 | 68 |
| Listening Comprehension | 23 | 490 | 8-7 | 3.1 | 77/90 | | 91 | 27 |
| | | | | | | -1 SEM | 84 | 14 |
| | | | | | | +1 SEM | 98 | 45 |
| Verbal Analogies | 16 | 507 | 11-8 | 6.2 | 95/90 | | 108 | 70 |
| | | | | | | -1 SEM | 102 | 55 |
| | | | | | | +1 SEM | 114 | 82 |
| ORAL LANGUAGE | ---- | 500 | 10-3 | 4.8 | 89/90 | | 99 | 47 |
| | | | | | | -1 SEM | 96 | 39 |
| | | | | | | +1 SEM | 102 | 55 |

===== Form A was used to obtain Achievement Scores =====

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv. | RMI | | SS | PR |
|---|---|---|---|---|---|---|---|---|
| Letter-Word Identification | 40 | 495 | 9-11 | 4.7 | 85/90 | | 98 | 44 |
| | | | | | | -1 SEM | 94 | 34 |
| | | | | | | +1 SEM | 102 | 55 |

| Test Name | Raw Score | W | Age Equiv. | Grade Equiv. | RMI | | SS | PR |
|---|---|---|---|---|---|---|---|---|
| 21. Passage Comprehension | 21 | 493 | 9-9 | 4.2 | 82/90 | | 96 | 39 |
| | | | | | | -1 SEM | 91 | 27 |
| | | | | | | +1 SEM | 101 | 53 |
| 22. Calculation | 23 | 503 | 10-9 | 5.4 | 93/90 | | 105 | 64 |
| | | | | | | -1 SEM | 101 | 53 |
| | | | | | | +1 SEM | 109 | 73 |
| 25. Applied Problems | 38 | 514 | 12-9 | 7.4 | 98/90 | | 118 | 88 |
| | | | | | | -1 SEM | 113 | 81 |
| | | | | | | +1 SEM | 123 | 94 |
| 26. Dictation | 27 | 481 | 8-6 | 3.1 | 58/90 | | 87 | 19 |
| | | | | | | -1 SEM | 82 | 12 |
| | | | | | | +1 SEM | 92 | 30 |
| 38. Writing Samples | 15-W | 492 | 8-8 | 3.3 | 79/90 | | 92 | 29 |
| | | | | | | -1 SEM | 87 | 19 |
| | | | | | | +1 SEM | 97 | 42 |
| BROAD READING | ---- | 494 | 9-10 | 4.5 | 84/90 | | 97 | 41 |
| | | | | | | -1 SEM | 94 | 34 |
| | | | | | | +1 SEM | 100 | 50 |
| BROAD MATH (Bd) | ---- | 508 | 11-4 | 6.0 | 96/90 | | 112 | 80 |
| | | | | | | -1 SEM | 108 | 70 |
| | | | | | | +1 SEM | 116 | 86 |
| BROAD WRITTEN LANGUAGE | ---- | 486 | 8-7 | 3.2 | 68/90 | | 85 | 16 |
| | | | | | | -1 SEM | 81 | 10 |
| | | | | | | +1 SEM | 89 | 23 |
| SKILLS (B Rev) | ---- | 497 | 10-2 | 4.8 | 88/90 | | 98 | 45 |
| | | | | | | -1 SEM | 95 | 37 |
| | | | | | | +1 SEM | 101 | 53 |
| 1. Proofing | 9 | 490 | 9-1 | 3.7 | 73/90 | | 91 | 28 |
| | | | | | | -1 SEM | 87 | 19 |
| | | | | | | +1 SEM | 95 | 37 |
| MATHEMATICS REASONING | Use scores from Test 25: Applied Problems | | | | | | | |
| BASIC WRITING SKILLS | ---- | 486 | 8-10 | 3.4 | 66/90 | | 87 | 20 |
| | | | | | | -1 SEM | 84 | 14 |
| | | | | | | +1 SEM | 90 | 25 |

Scanned Jun 18, 2013



CONFIDENTIAL

COPY

WEST OSO INDEPENDENT SCHOOL DISTRICT
SPECIAL EDUCATION PROGRAM
5050 ROCKFORD DRIVE
CORPUS CHRISTI, TEXAS 78416

V. Frazier
Parent
File

## CONTACT REPORT

Student's Name: John Ramirez   D.O.B. 6-29-84   DATE: 4-3-95

School: Carl Allen   Initial ☐   Follow-Up ☑

Person(s) Contacted: Specialist   Home Phone: _____   Work Phone: _____

Type of Services: Speech Therapy

Location: Home ☐   School ☐   Other ☑ phone

Purpose: Follow Up Research about procedures for Tongue ~~Surgery~~ Surgery for short frenum

OBSERVATION AND/OR RECOMMENDATIONS:

1) ESC-II   a) must be an educational need
   b) try tongue strengthening exercises
   c) try pediatrician for referral

2) Coastal Bend S, L Center   a) tongue strengthening exercises
   b) pediatrician

3) Greenwood Home Health Clinic — they are preventative only — try Driscoll Hosp.

4) Driscoll Hosp.   a) go through family pediatrician, Driscoll Health Center, family Practice doctors, or ENT (ear nose throat)

Driscoll also has financial counselors

Amanda Speech Therapist

Signature (Person Completing Report)   Date 4-3-95

Scanned Jun 18, 2013

COPY   CONFIDENTIAL 

**CHILD STUDY**

**Comprehensive Individual Assessment**
**Speech Handicapped Eligibility Report**

Student _Ramirez, John_      D.O.B. _6/29/84_

I.D. Number _446042_

School _6/29/84_     Sex _M_   Ethnic _H_

         Grade _3_

✓ ——— Initial Assessment
——— Reevaluation
——— Special Request by ARD Commitee
——— Request by Evaluation Specialist

**\*DATA INFORMATION**

| Data Source (Name of Formal Test Instrument) | Assessment Date | Comments |
|---|---|---|
| PPVT-R (L) | 5/21/93 | SS: 74  AE: 6-4  %ile: 4 |
| EOWPVT-R | 5/21/93 | SS: 93  AE: 7-10  %ile: 32 |
| UTAH Test of Lang. Dev. | 5/21/93 | Lang. Age: 9-4 |
| GFTA | 5/21/93 | moderate |
| TONI-2 | 5/93 | IQ - 105  Rep |

\*Attach Speech/Language Report and appropriate Severity Rating Scales.

☑   ☐
YES   NO

\*The student has a communication disorder, such as stuttering, impaired articulation, a language impairment, or a voice impairment, which adversely effects his/her educational performance.

\*Type of impairment: _Articulation  Exp & Rec. Vocabulary  Language_

\*Severity of impairment: _moderate / moderate_

\*Degree to which the communication disorder affects the student's performance in the classroom, resulting in an educational need for speech therapy services:

_Articulation skills limit academic and communicative functioning. Language in area of vocabulary may limit academic & communicative functioning_

_Cecilia Rodriguez_
Speech Therapist      _5/21/93_
            ·Date

sp/elig1

Case 2:12-cv-00410   Document 31-131   Filed on 01/26/15 in TXSD   Page 14 of 30

NUECES INDEPENDENT SCHOOL DISTRICT — SPECIAL EDUCATION DEPARTMENT

## SPEECH AND LANGUAGE ASSESSMENT REPORT

40-0000 Rev. 5-80

- ___ Initial Evaluation
- ___ Annual Re-assessment
- ___ 3 year Re-evaluation
- ___ Dismissal
- ___ Handicapping Label(s)

NAME  Ramirez, Qelia
    (last)    (first)    ID# 446,042  Birthdate 6/29/84  Race W  Sex M

School  Jefferson  Grade/Class 3  Guardian(s)/ Parent(s)  Priscilla Ramirez (mother)

Address 4411 Tucker #5  Telephone: Home 614-5576  Work

AS 1/8/91 (English) Spanish
(date given)  (level)  (level)

Language Dominance English
Hearing W  Vision 20/30  9/23/92  Background Data:
(status)  (date)  (status)  (date)

Peripheral Speech Mechanism: Lips ✓ Tongue ✓ Jaw ___ Teeth ✓ Hard Palate ___ Velum ___ Comments:

All appear to adequate Peripheral structure except for tongue-freedom of articulation position.

Type of Disorder: Articulation  Severity: moderate  Comments:

Last ARD/IEP date ___  Last Speech Evaluation date ___

Chronological Age 8-11  Intellectual TONI-2 105/ 5/93  Estimated Mental Age/Functioning 9-2
    (test/score/date)

| Date | Test | Results/Scores | | |
|---|---|---|---|---|
| 1/21/93 | PPVT-R (L) | SS = 74 | AE = 6-4 | Percentile = 4 |
| 1/21/93 | EOWPVT-R | SS = 93 | AE = 7-0 | Percentile = 32 |
| 1/21/93 | WTAH Test of Lang Dev. | Language 9-4 | | |
| 1/21/93 | GFTA | most consonants r/aⓔ 100 +/00 b/vⓔ s/ⓔ k/rⓔ ts/ⓔ | | |
| 1/21/93 | Language Sample | Length appropriate for age. Unintelligible speech was observed at conversation level. | | |

(over)

Scanned Jun 18, 2013

Observation of language/speech in other than test setting: _____

Summary and Recommendations: An oral peripheral exam indicated a "tight" frenulum which

Tongue movement of tongue. Language tests revealed overall language ability to be commensurate

with EMH and a moderate deficit in expressive + receptive vocabulary at the one word level.

Articulation test revealed a moderate deficit with errors of substitution and distortion. During observation, it was

by distortion, omission + substitution. During observation, it was observed that Gabriel

speech was difficult to understand. This may be due to the "tight" frenulum + other mouth

structures. It is recommended that Gabriel receive therapy in area of articulation + vocabulary. Articulation

be addressed until frenulum is clipped although tongue movement may be/may not produce for quick production

Functional Implications for the educational process: Articulation skills limit academic and communicative

functions. Vocabulary skills may limit academic and communicative functions.

Specific learning competencies related to identified needs: _____ Overall language skills as commensurate

with EMH.

Instructional strategies: 1. Use multi-sensory approach to therapy. 2. Make student aware of correct

placement particular for quick production. 3. Provide activities to stimulate correct

production of target phonemes. 4. Provide activities to stimulate vocabulary at

the one word level in receptive and expressive language.

_____
Chila Rubio
Speech/Language Therapist

5/21/93
Date of Report

Severity rating scale(s) attached  ✓ yes
Additional information attached  ✓ yes  ____ no

HOUSTON INDEPENDENT SCHOOL DISTRICT
SPECIAL EDUCATION
BUREAU OF FIELD SUPPORT, ARD/IEP SERVICES
SPEECH/LANGUAGE THERAPY PROGRAM

## LANGUAGE SEVERITY RATING SCALE

NAME: _John Lewis_        DOB: _4/29/04_        DATE: _5/21/13_

| CRITERIA | DESCRIPTOR | SEVERE | MODERATE | MILD TO NORMAL |
|---|---|---|---|---|
| Students with moderate or severe receptive or expressive disorders are eligible for speech therapy. Eligibility will be determined on an individual basis for students with mild disorders. | | Communication skills are severely limited. This could range from no usable language to unintelligible speech and language. Language functioning is severely impaired in one or more of the following areas: auditory skills, syntax, semantics, pragmatic skills. | Communication skills are moderately limited. Language functioning is moderately impaired in one or more of the following areas: auditory skills, syntax, semantics, pragmatic skills. | Language functioning may be different from the norm, but it is functional. |
| Language scores of more than one standard deviation below the assessed mental functioning on a non-verbal IQ test are necessary to qualify a student as Speech Handicapped. The Goodenough Harris Drawing Test can be used if an IQ is not available. | SCORES | **Pre-K** One or more must be documented: <br> - standard scores of 70 and below. <br> - %ile below the 5th. <br> - language age scores of more than 1½ years below CA. | **Pre-K** One or more must be documented: <br> - standard scores between 71 and 84. <br> - %ile between 5th and 14th. <br> - language age scores between 1 and 1½ years below CA. | **Pre-K** One or more must be documented: <br> - standard scores of 85 and up. <br> - %ile at 15th and above. <br> - language age scores less than 1 year below CA. |
| There may be an occasion when a student does not fall within the clinical judgement of the Speech/Language Therapist, the student is felt not to have adequate communication skills and therefore needs language services. When possible, additional testing should be used to support clinical judgement. | SCORES | **Grades K-12** One or more must be documented based on assessed IQ on a nonverbal test: <br> - standard scores of more than 30 points below IQ. <br> - %ile scores of less than 5th. <br> - language age scores of more than 1½ years below mental age. | **Grades K-12** One or more must be documented based on assessed IQ on a nonverbal test: <br> - standard scores of more than 15 points below IQ. <br> - %ile between 5th and 20th. <br> - language age scores between 1 and 1½ years below mental age. | **Grades K-12** One or more must be documented based on assessed IQ on a nonverbal test: <br> - standard scores of less than 15 points below IQ, and/or 85 and up. <br> - %ile scores over 20th. <br> - language age scores less than 1 year below mental age. |

HOUSTON INDEPENDENT SCHOOL DISTRICT
SPECIAL EDUCATION
BUREAU OF FIELD SUPPORT, ARD/IEP SERVICES
SPEECH/LANGUAGE THERPY PROGRAM

ARTICULATION SEVERITY RATING SCALE

NAME _____ 

D.O.B. 6/29/04

DATE 5/21/43

| CRITERIA | DESCRIPTOR | SEVERE | MODERATE | MILD TO NORMAL |
|---|---|---|---|---|
| **ELIGIBILITY:**<br>Students with moderate and severe disorders are eligible for speech therapy.<br><br>Eligibility will be determined on an individual basis for students with mild disorders.<br><br>Scores more than one standard deviation below the mean for his/her age level on a norm-referenced test of articulation.<br><br>There might be occasions when a student does not fall within this criteria but in the clinical judgment of the Speech/Language Therapist, it is felt that the student has an articulation disorder. When possible, nature should be used to support clinical judgment.<br><br>**EXIT:**<br>A student will be dismissed if one or more of the following is demonstrated:<br>- IEP goals are met.<br>- performance is at expected levels.<br>- therapy attendance is sporadic (50% of therapy is missed).<br>- poor motivation interferes with therapy progress. | | Articulation interferes with the individual's ability to appropriately interact and respond in learning and/or school situations. Speech intelligibility and/or is noticeably affected. Environment and/or student concern is evident. | Articulation limits the individual's ability to participate in learning and/or social situations. Intelligibility may or may not be affected. Some level of student, parent, and/or teacher concern is evident. | Articulation minimally interferes the individual's ability to participate in school learning and/or social situations. Intelligibility may or may be present. One or two misarticulated phonemes may be present. Phonology development is close to normal maturational stages. |
| | INTELLIGIBILITY / PHONEME ERROR | Less than 50%<br>Six or more phonemes consistently in error. Vowel distortion is present. | 50% to 80%<br>Four or five phonemes consistently in error (vowel distortion may be present.  | 80% - 100%<br>Three or less phonemes inconsistently in error. No vowel distortions. |
| | STIMULABILITY | The student:<br>- is not stimulable for error phonemes.<br>- is not expected to achieve spontaneous acquisition. | The student:<br>- may be stimulable for error phonemes.<br>- is not expected to achieve spontaneous acquisition. | The student:<br>- may be stimulable for error phonemes.<br>- may be expected to achieve spontaneous acquisition. |
| | FUNCTIONAL IMPLICATIONS | Articulation seriously limits communicative, academic, and/or emotional functioning. | Articulation interferes with communicative, academic and/or emotional functioning. | Articulation has little or no impact on communicative, academic, and/or emotional functioning. |
| | DELIVERY MODEL SERVICE | 60-120 minutes direct and/or indirect therapy per week. | 60-90 minutes direct and/or indirect therapy per week. | Service for mild disorders will be determined on an individual basis. 30 minutes direct and/or indirect per week, or service on a consultation basis. Reassess periodically as needed. |

Scanned Jun 18, 2013

| | SEVERE | MODERATE | MILD TO NORMAL |
|---|---|---|---|
| FUNCTIONAL IMPLICATIONS | Language skills seriously limit communicative and academic functioning. | Language skills interfere with communicative and academic functioning. | Little or no interference with communication. |
| SERVICE DELIVERY MODEL | 60-120 minutes direct and/or indirect therapy per week. | 60-90 minutes direct and/or indirect therapy per week. | Service for mild disorders will be determined on an individual basis. Reassess periodically as needed. |

CRITERIA

A student will be dismissed if he demonstrates one or more of the following:

- language scores are within the normal range.

- language scores are commensurate with nonverbal IQ.

- language scores are commensurate with mental age.




CONFIDENTIAL
COPY

## HOUSTON INDEPENDENT SCHOOL DISTRICT
### HEALTH AND MEDICAL SERVICES
#### Referral Information

FULL NAME OF CHILD _John H. Ramirez_

PHONE _____

ADDRESS (Including Zip Code) _____

DATE OF BIRTH _____

SCHOOL _____

GRADE AND TYPE OF CLASS _____

SEX _____

FATHER'S NAME _____

MOTHER'S NAME _____

NAME OF LEGAL GUARDIAN _____

Person Making The Referral _Stiles_

Position _Teacher_

Date Form Filled Out _1/23/95_        Informant _Spencer_

PHYSICAL FINDINGS:

Hearing: Normal _____        Vision: L 20/_____    Right 20/_____
                                   Loss L _____    Loss R _____

PERTINENT HISTORY:

Please be brief and specific.

1. What undesirable behaviors does this student exhibit at school?
   (please give examples of behavior)

In my 4th grade class, John was constantly disruptive verbally & at times he was physically disruptive. He had a hard time sitting at his desk & completing work & he also had to do things "his" way so rules & instructions were hard for him to follow. His too behavior around other children was undesirable as he did a lot of name-calling & gesturing to others.

Scanned Jun 18, 2013




Referral Information Sheet
Page 2

2.  At school, is there any identifiably consistent event, situation, or
    occurrence that seems to bring on this behavior? Does it occur in certain
    places? Please be specific with examples.

He could not work well with others (such as cooperative
groups) + routines in hallway such as going to restrooms or
cafeteria seemed to fuel his disruptive behavior.

3.  What approaches have been tried in dealing with this student? Please list
    at least 3 approaches if behavior management has been used, specify
    clearly.

① Pairing up with another student.
② Sitting at a table with plenty of room, & allowing his
   hands to be busy while listening to instructions.
③ Responsibility of a "manager's job".

4.  What approaches have been successful? Please specify with examples.

Giving John room & freedom to move about while
instruction is being given (#2 from above) — for example, folding
paper into shapes didn't keep him from completing assignments.

5.  What approaches have been least successful? Please specify with examples.

Pairing up with another student. Inevitably, phrases such as
"shut up" or "that's dumb" come out of his mouth!

6.  What are this student's chief assets? (or strengths - every child has
    some!)

Manipulative skills! Curiosity!

7.  What problems does parent identify with student at home? What joint
    approaches have been used between school and home?

Getting into trouble around apartment complex after
when he doesn't have structured activities + talking
back to adults. Most joint approaches I used were included
reward charts for homework
& chores completed — this
was short-lived, however.

Please attach documentation of classroom behaviors/discipline cards.




*Music*
*5th*

## THOMAS JEFFERSON ELEMENTARY SCHOOL
### STUDENT BEHAVIOR REPORT

Student  *John Ramirez*   Date  *9/29/94*

Parents _____   Phone _____

_____ ✓ _____   I did not pay attention in class.

_____   I talked during class.

_____   I did not bring materials (pen, pencil, paper, notebook, textbook) to class.

_____ ✓ _____   I did not stay in my assigned seat.

_____   I refused to follow directions.

_____   I did not do my homework.

_____   I was tardy to class.

_____   I was eating in class.

_____   I was cheating in class.

_____   I did not complete my classwork.

_____ ✓ _____   I disrupted class by my conduct. *(hit someone on shoulder)*

_____   Other  *Turned cartwheel in Music Room*

_____

I understand that failure to follow classroom rules and regulations may cause me to fail and/or be suspended from school.

*John Ramirez*
Student's Signature

 *empwer*

HOUSTON INDEPENDENT SCHOOL DISTRICT
HEALTH AND MEDICAL SERVICES
Referral Information

FULL NAME OF CHILD    *Ramirez John*

PHONE

ADDRESS (Including Zip Code)

DATE OF BIRTH    *6-29-84*

SCHOOL    *Jefferson*

SEX    *Male*

GRADE AND TYPE OF CLASS    *5*

FATHER'S NAME

MOTHER'S NAME

NAME OF LEGAL GUARDIAN

Person Making The Referral    *Stiles*

Position    *teacher*

Date Form Filled Out    *January 23, 1995*    Informant    *Tate*

PHYSICAL FINDINGS:

Hearing: Normal *8-29-94* Loss L _____    Vision: L 20/ *W*  Right 20/ *70*    Loss R _____

PERTINENT HISTORY:

Please be brief and specific.
1. What undesirable behaviors does this student exhibit at school?
   (please give examples of behavior)

John takes little self-initiative and/or has little self-discipline. He must be told repeatedly, easy to follow instructions. (Example: During my class, John must leave for Speech. He never, on his own, leaves. When another student reminds him, he still sits until I tell him a couple of times.) (Example: Each time he uses the computer which is normally one to two times per week, he must be told how to work the menu +/or close down.




Referral Information Sheet
Page 2

2. At school, is there any identifiably consistent event, situation, or occurrance that seems to bring on this behavior? Does it occur in certain places? Please be specific with examples.

*See #1, re leaving for Speech.*

3. What approaches have been tried in dealing with this student? Please list at least 3 approaches if behavior management has been used, specify clearly.

*He has been teamed with other students. In my class, except for recess/recently he walks around which I have allowed so long as he is not disruptive.*

4. What approaches have been successful? Please specify with examples.

*John enjoys working with another student for a while & then wants to be on his own. This has been successful up to a point. Also, letting him move around, and within reason, seems to be beneficial.*

5. What approaches have been least successful? Please specify with examples.

*Trying to rely on self-governing even with praise, treats, etc.*

6. What are this student's chief assests? (or strengths – every child has some!)

*He is a nice boy who wants to please, even though at times he goes about it all wrong. He seems accepted by peers while in here.*

7. What problems does parent identify with student at home? What joint approaches have been used between school and home?

*I'm not aware of any as I have not spoken with the parents.*

Please attach documentation of classroom behaviors/discipline cards.



Mrs. Stiles

HOUSTON INDEPENDENT SCHOOL DISTRICT
HEALTH AND MEDICAL SERVICES
Referral Information

Ramirez, John
FULL NAME OF CHILD

PHONE _____

ADDRESS (Including Zip Code) _____

6-29-84
DATE OF BIRTH

Jefferson
SCHOOL

Male
SEX

5
GRADE AND TYPE OF CLASS

FATHER'S NAME _____

MOTHER'S NAME _____

NAME OF LEGAL GUARDIAN _____

Person Making The Referral  Mrs. Stiles

Position  Teacher

Date Form Filled Out  1/20/95     Informant  Stiles - his 5th grade teacher.

PHYSICAL FINDINGS:

Hearing: Normal 8-29-94 Loss L _____    Vision: L 20/ 20  Right 20/ 20
                              Loss R _____

PERTINENT HISTORY:

Please be brief and specific.

1. What undesirable behaviors does this student exhibit at school?
   (please give examples of behavior)

John has a tremendous need to move, constant motion in the classroom. Also, he has great difficulty working cooperatively with others. He is not capable of continuing work on multi-step activities. He is disruptive in class both verbally and physically. He cannot follow instructions communicated verbally or in writing in a classroom setting. John never remembers his supplies, never does homework, never has notes signed, etc.

Referral Information Sheet
Page 2

2.  At school, is there any identifiably consistent event, situation, or occurrence that seems to bring on this behavior? Does it occur in certain places? Please be specific with examples.

Cooperative grouping is usually difficult. Enrichment activities are ignored. Routines are very difficult to follow: bathroom breaks, lunch lines, speech.

3.  What approaches have been tried in dealing with this student? Please list at least 3 approaches if behavior management has been used, specify clearly.

John has been given a great deal of special one-on-one attention: mentor program, volunteers for basketball & afterschool activities. Boyscouts mentor, etc. In class, I have tried peer tutoring, positive reinforcements, management jobs in classroom. Short term behavior goals established by him.

4.  What approaches have been successful? Please specify with examples.

John seems happy & enthusiastic about his after school & mentor programs. All other attempts inside the classroom are helpful for the short term, but must be changed or modified constantly to remain effective.

5.  What approaches have been least successful? Please specify with examples.

Peer tutoring or cooperative grouping. The other children are very flexible concerning John, but he is generally anti-social with peers.

6.  What are this student's chief assests? (or strengths - every child has some!)

He is terrific with building things (legos, erector sets, etc.). He is very curious & enjoys learning.

7.  What problems does parent identify with student at home? What joint approaches have been used between school and home? John's home environment is less than stable. Our "Communities in Schools" social worker can better describe what efforts have been made here.

Please attach documentation of classroom behaviors/discipline cards.

HOUSTON INDEPENDENT SCHOOL DISTRICT
HEALTH AND MEDICAL SERVICES
Referral Information

FULL NAME OF CHILD   John H. Ramirez

PHONE _____

ADDRESS (Including Zip Code) _____

DATE OF BIRTH _____

SCHOOL _____

SEX _____

GRADE AND TYPE OF CLASS _____

MOTHER'S NAME _____

FATHER'S NAME _____

NAME OF LEGAL GUARDIAN _____

Person Making The Referral  Stiles

Position  Teacher                 Informant  Ruiz

Date Form Filled Out _____

PHYSICAL FINDINGS:

Hearing: Normal _____  Vision: L 20/_____ Right 20/_____

                                Loss L _____   Loss R _____

PERTINENT HISTORY:

Please be brief and specific.

1. What undesirable behaviors does this student exhibit at school?
   (please give examples of behavior)
   a. John gets very upset with any slight change in schedule.
   b. John disrups class in order to get attention, he will yell
      out the teachers name over and over again until he gives him
      one on one attention.
   c. John can not sit still for more than five minutes, even when
      he is having fun, it is really hard to keep him entertained in
      his work.



Referral Information Sheet
Page 2

2. At school, is there any identifiably consistent event, situation, or occurrance that seems to bring on this behavior? Does it occur in certain places? Please be specific with examples.

3. What approaches have been tried in dealing with this student? Please list at least 3 approaches if behavior management has been used, specify clearly.
   a. Teacher has assigned classroom jobs to student, he seems to enjoy it and takes his job very seriously.
   b. Student has been referred to Communities in Schools (CIS).
   c. Student has also been referred to the Police Activity League.

4. What approaches have been successful? Please specify with examples.
   All approaches have seem to be successful in that the student has developed a close relationship to the teacher, the CIS worker, and the police officer. He has been able to open up and talk more about his problems.

5. What approaches have been least successful? Please specify with examples.
   Punishing the student has not been too effective, he seems to just get upset and lose trust.

6. What are this student's chief assests? (or strengths — every child has some!)
   John is a very bright and active child. He is very creative and good at building things with his hands. John is a sweet child once you get to know him, he has been through a lot.

7. What problems does parent identify with student at home? What joint approaches have been used between school and home?
   Parent gets easily agrevated with child. Gives him many chores to keep him busy. Keeps child from interacting with other children, could possibly explain why he does not get along so well with others. Many field trips have been taken with child to introduce him to new surroundings. CIS worker and officer have taken child out to meet friends. Teacher, CIS worker, and officer have met with mother.
   Please attach documentation of classroom behaviors/discipline cards.

HOUSTON INDEPENDENT SCHOOL DISTRICT
HEALTH AND MEDICAL SERVICES
Referral Information

_Ramirez, John_
FULL NAME OF CHILD

PHONE _____

ADDRESS (Including Zip Code) _____

SCHOOL _Jefferson_

DATE OF BIRTH _6-29-84_

GRADE AND TYPE OF CLASS _5_

SEX _Male_

FATHER'S NAME _____

MOTHER'S NAME _____

NAME OF LEGAL GUARDIAN _____

Person Making The Referral _Stilo_

Position _teacher_

Date Form Filled Out _____     Informant _Dr. Smith_

PHYSICAL FINDINGS:

Hearing:  Normal _8-29-94_ Loss L _____     Vision: L 20/_20_   Right 20/_20_
                                              Loss R _____

PERTINENT HISTORY:

Please be brief and specific.

1. What undesirable behaviors does this student exhibit at school?
   (please give examples of behavior)

   _Lack of attention, and not "on task"_
   _disrupts (such as bothering other_
   _students)_

Referral Information Sheet
Page 2

2.  At school, is there any identifiably consistent event, situation, or
    occurrance that seems to bring on this behavior?  Does it occur in certain
    places?  Please be specific with examples.

    *Seems to lose concentration & attention in*
    *group activities*

3.  What approaches have been tried in dealing with this student?  Please list
    at least 3 approaches—if behavior management has been used, specify
    clearly.

    *Talked to him, encouraged him to*
    *concentrate*

4.  What approaches have been successful?  Please specify with examples.

5.  What approaches have been least successful?  Please specify with examples.

6.  What are this student's chief assests?  (or strengths – every child has
    some!)

    *Most of the time he has a good attitude,*

7.  What problems does parent identify with student at home?  What joint
    approaches have been used between school and home?

Please attach documentation of classroom behaviors/discipline cards.

*Only 1 Behavior Report this year –*
        *attached*

Scanned COPY 08/2013

HOUSTON INDEPENDENT SCHOOL DISTRICT
EXCEPTIONAL EDUCATION DEPARTMENT    CONFIDENTIAL    40.6502 Rev.1994

**ADMISSION, REVIEW, AND DISMISSAL (ARD)/INDIVIDUAL EDUCATIONAL PLAN (IEP)**
**COMMITTEE REPORT**

Name: _Ramirez, John_ ID#: _446042_ *Date of Meeting: _2-17-95_

Date of Birth: _6-29-84_ Age: _10-6_ School: _Jefferson El._

Home School: _Jefferson El._ Grade: _5th_

Parent/Guardian/ Surrogate Parent: _Guadalupe Alejandro_ Home Phone: _691-5572_

Address: _4411 Fulton #28_ Work Phone: _699-4733_

City: _Houston_ Zip Code: _77009_ Chairperson: _L. Richards_

☐ Parent/Guardian/Surrogate Parent/Adult Student is not present, but permission is given to proceed with ARD.
☐YES ☒NO *An Interpreter was used to assist in conducting the meeting. If yes, specify:
_English_

LANGUAGE or Mode of Communication _not applicable_ *SIGNATURE OF INTERPRETER    TITLE

Check (√) all appropriate spaces:
**I.** The Purpose of this meeting is to:
☐ Identification ☐ Placement ☒ Initiate ___ Change ☒ Review or discuss:
☐ Evaluation ☒ Program (IEP) ☐ Extended Year Services · ☐ Promotion
☐ Other: ☐ Discipline ☐ Student progress ☐ Dismissal ☐ Transition (ITP)

**II.** REVIEW OF ASSESSMENT DATA (check (√) if applicable)
☒ Assessment Reports    DATE(S) OF REPORT(S)
Comprehensive Individual Assessment (CIA): _1-9-95_
Speech/Language Assessment: _____
Psychological/Psychiatric: _____
☐ Assessment(s) for related services. Specify:

NAME OF SERVICE    DATE OF REPORT    NAME OF SERVICE    DATE OF REPORT
NAME OF SERVICE    DATE OF REPORT    NAME OF SERVICE    DATE OF REPORT

Vocational assessment: _____
DATE OF REPORT (LV 1)    DATE OF REPORT (LV 2)    DATE OF REPORT( LV 3)

☐ Other Agency/Professional: _____

☒ Yes ☐ No * Referral for Additional Assessment(s)
TYPE OF REPORT    DATE    TYPE OF REPORT    DATE
_Pursue Psychiatric Evaluation_
ASSESSMENT NEEDED    SPECIFY TIMELINE FOR COMPLETION    ASSESSMENT NEEDED    SPECIFY TIMELINE FOR COMPLETION

Student is classified as LEP ☐ Yes ☒ No
Student is currently enrolled in ☒ Regular Class · ☐ Exceptional Education Class · ☐ Bilingual Class · ☐ ESL class
**III.** * ELIGIBILITY:
☒ A. Student meets TEA and Federal eligibility criteria for the disabling conditions of:
1) _LD_ , 2) _ST_ , 3) _____, 4) _____
☐ B. Student does not meet specific TEA and Federal eligibility criteria for exceptional education (proceed to item XI).

¹ If additional assessment is recommended, it must be completed according to the timeline specified in the ARD committee report.
WHITE-Exceptional Education Audit Folder
CANARY-Parent's Copy
PINK-Exceptional Education Teacher or Permanent Record folder, if student does not qualify    *Denotes Required Item
GOLDENROD-Exceptional Education Office

Page _1_ of _14_ ARD