UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN H RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-410 |
| | § | |
| WILLIAM STEPHENS, *et al*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On April 17, 2017, this Court appointed attorney Seth Kretzer to represent John H. Ramirez, an inmate on Texas's death row. (D.E. 57). Mr. Ramirez has filed two documents manifesting his desire to have Mr. Kretzer withdraw from representation. (D.E. 58, 59). Federal law entitles indigent capital petitioners to the appointment of counsel, but an inmate has no right to the service of an appointed attorney of his choice. *See United States v. Gonzalez-Lopez*, 548 U.S. 140, 151 (2006). A court may only substitute counsel for capital inmates when in the "interests of justice." *Martel v. Clair*, 565 U.S. 648, 659-60 (2012). To determine whether the circumstances require the substitution of counsel, the Court **ORDERS** Mr. Kretzer to file a response to his client's documents with ten (10) days from the entry of this Order. Mr. Kretzer may file his response *ex parte* and under seal, if necessary.

ORDERED this 11th day of May, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE