UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

JOHN H. RAMIREZ, §
§
    Petitioner, §
VS. § CIVIL ACTION NO. 2:12-CV-410
§
LORIE DAVIS, §
Director, Texas Department of §
Criminal Justice, Correctional §
Institutions Division
§
    Respondent.

---

Dear Court Clerk,

    Please send me a copy of the Docket Report in the above numbered case? Please file this letter on the Docket BEFORE sending me the copy of the Docket Report? Enclosed is a self-addressed stamped envelope to use to send me the Docket Report. Thank You for your time in answering this request.

respectfully,

John H. Ramirez #999544



John Ramirez #999544
Polunsky Unit
3872 FM 350 South
Livingston, TX, 77351

NORTH HOUSTON TX 77
07 AUG 2017 PM 3 L

Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 09 2017
David J. Bradley, Clerk of Court

LEGAL MAIL

Clerk, U.S. District Court
Southern District of Texas
FILED
AUG 09 2017
David J. Bradley, Clerk of Court

The Honorable Judge Nelva Gonzalez-Ramos
United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX, 78401

78401-200399