IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN HENRY RAMIREZ, | * | |
| | | Civil Action No. 2:12-CV-410 |
| Petitioner, | * | |
| | | The Honorable Judge |
| v. | * | Nelva Gonzalez Ramos |
| | | |
| LORIE DAVIS, Director, | * | |
| Texas Department of Corrections, | | |
| Correctional Institutions Division, | * | |
| | | |
| Respondent. | * | |

# CAPITAL CASE
# *CANCELLED* EXECUTION DATE:
# September 9, 2020

## ADVISORY TO THE COURT

COMES NOW, Petitioner Ramirez, and files this Advisory concerning developments in state court pertaining to now-cancelled execution.

Judge Galvan held a Zoom hearing on Friday, August 14, 2020 at 10:00 a.m.

At its conclusion, Judge Galvan issued an oral order withdrawing the death warrant and cancelling execution.

The undersigned will file in this Court a file-stamped copy of the state court's order when received. But for present purposes, it should be noted that the Assistant District Attorney (Mr. Doug Norman), the AAG (Mrs. Jennifer Morris), and the chief of the post-conviction department (Mr. Ed Marshall) of the Attorney General's Office all participated in the Zoom hearing; hence, all the pertinent correctional officers in TDCJ are aware of Judge Galvan's order for cancellation

1

of execution at this time.

Also, please find attached a file-stamped copy of the Memorandum in support filed yesterday in advance of the hearing.

                                        Respectfully submitted,

                                        /s/ Seth Kretzer

                                        _____
                                        Seth Kretzer
                                        seth@kretzerfirm.com
                                        TBN: 24043764
                                        440 Louisiana , Suite 1440
                                        Ph: 713 775 3050
                                        Fax: 713 929 2019

## **CERTIFICATE OF SERVICE**

I certify that I have served the foregoing document via the Court's CM/ECF system on Counsel for Respondent on this the 14th day of August 2020.

/s/ Seth Kretzer

Seth Kretzer